FILED

07 DEC 20 AM 9: 39

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  YOUR NAME
2  YOUR ADDRESS
   YOUR TELEPHONE NUMBER

3  Michael T. Fox
4      General Delivery
5  San Diego CA 92138
6  No phone
   EmaiL Address  Lfox449@Hotmail.com  (small Caps)
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA
                  (Must start on line 8 or below)
10

11  Michael T Fox
                              )
12                            )
                              )
13            -v-             )      Case No. **07** CV 2388 DMS POR
14  US Attorneys office       )        (To be assigned at time of filing)
    federal Bureau of investigation)
15  United states Dept of Justice )
                              )
16                            )      COMPLAINT FOR (Brief description of document)

17

Plaintiff alleges:
18

19      Filing Complaint and Petition For Many Reasons.
20      Need Great Legal Counsel Appointed.

21
22      See Petition and Complaint And Exhibits Attached
23      Hereto

24  1.) Plaintiff filed complant with FBI SANDiego office
25  2) Plaintiff filed larger Complaint with US Justice Dept. washington DC.
26  3.) Plaintiff filed Complaint with Senators and Congressman in Washington DC.
27  4.) Plaintiff CAN find no Justice & Comes to Court Seeking Justice
28  5.) Plaintiff is not Being Allowed his Rights of Due Process
    6.) Plaintiff is A Victim of Deprevation of Civil Rights under Color of The Law.

::ODMA\PCDOCS\WORDPERFECT\68691\1 May 26, 1999 (2)
      Attached Complaint with Petition& Exhibits Are Proof.
    Plaintiff Seeking Orders For Plaintiffs Attached Petition.

FEDERAL PETITION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNISAN DIEGO CALIFORNIA

PLAINTIFF/PETITONER
MICHAEL T. FOX
GENERAL DELIVERY
SAN DIEGO CA. 92138

VS.                                                CASE NO.

DEFENDANTS
FEDERAL BUREAU OF INVESTIGATIONS
9797 AERO DRIVE
SAN DIEGO CALIFORNIA 92123
VICTOR OLSEN SPECIAL AGENT
VINCE CELLAR FBI AGENT
ANY OTHER FBI AGENT WORKING THIS CASE

DEFENDANTS
UNITED STATES ATTORNEY OFFICE
880 FRONT STREET
SAN DIEGO  CALIFORNIA
UNKNOWN US ATTORNEYS

DEFENDANTS
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYVANIA AVE
WASHINTON DC 20530
SECTION CIVIL RIGHTS DIVISION
CRIMINAL SECTION PHB
AND COMPLAINT ADJUDICATION OFFICE NALC

PLAINTIFF/PETITIONER MICHAEL FOX COMES BEFORE THIS HONORABLE COURT, SEEKING JUSTICE AND
FURTHERMORE COURT ORDERS OF THE PLAINTIFF/PETITIONERS ATTACHED PETITION FROM THE FOLLOWING
COMPLAINT FOR RELIEF OF ABUSE AND MONETARY RIGHTS, AND FURTHERMORE A CONTINUING COMPLAINT
OF DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW.

THAT THE PLAINTIFF/PETITIONER MICHAEL FOX ASKS FOR COURT ORDERS, REGARDING THE FORE-GOING
PETITION ON EACH AND EVERY ONE OF THE  PHARAGRAPHS LISTED-- 1 THRU 19 AND ANY AND ALL
ADDITIONAL ALPHBETICAL NUMBER PARAGRAPHS OF THIS PETITION..

Page 1

FEDERAL PETITION
PLAINTIFF/PETITIONER MICHAEL FOX REQUESTS COURT ORDERS IN THIS PETITION FOR THE FOLLOWING

1) THAT MICHAEL FOX PETITIONS THIS HONORABLE COURT AND FURTHER REQUEST AN ORDER, TO ENFORCE THE UNITED STATES ATTORNEYS OFFICE, FEDERAL BUREAU OF INVESTIGATIONS, AND THE UNITED STATES DEPARTMENT OF JUSTICE, TO INVESTIGATE AND CHARGE EVERYONE, AND ANYBODY CRIMINALY INVOLVED IN THE ATTACHED  FORGOING COMPLAINT, INCLUDING EXHIBITS, THAT WAS GIVEN TO THEM..IN THIS COURT CASE...

1A) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUEST AN ORDER. THAT THE PLAINTIFF/PETITIONER MICHAEL FOX HAS ADDED ADDTIONAL DOCUMENTATION OF HISTORY OF CIVIL RIGHTS VIOLATIONS, THROUGH EXHIBITS IN THIS COMPLAINT, AND THE PLAINTIFF/PETITIONER FURTHER DEMANDS THAT THE FBI AND UNITED STATES JUSTICE DEPARTMENT AND US ATTORNEYS OFFICE TO CRIMINALY AND CIVILY PROSECUTE AND SENTENCE THESE PEOPLE TO JAIL. AND SEVERLY PUNISH THEM WITH CIVIL FINES AND CIVIL JUDGEMENTS FOR THE PLAINTIFF/PETITIONER MICHAEL FOX

2) THAT MICHAEL FOX THE PLAINTIFF PETITIONER FURTHER ASKS FOR AN ORDER--THAT ALL CIVIL RIGHTS COMPLAINTS, BOTH CRIMINAL AND CIVIL BE TRIED & HEARD IN THE SOUTHERN DISTRICT OF CALIFORNIA IN THE UNITED STATES DISTRICT COURT. IN SAN DIEGO CALIFORNIA. AND TO FURTHER WAIVE THE JURISDICTION OF THE PLACE OF THE CIVIL RIGHTS VIOLATIONS, BOTH CIVIL AND CRIMINAL COMPLAINTS.. THAT THESE COMPLAINTS ON VIOLATION OF THE PLAINTIFF/PETITIONERS CIVIL RIGHTS HAVE HAPPENED ALL THROUGH OUT THE UNITED STATES, MEXICO, BELIZE, AND GUADAMAULA..

3) THAT MICHAEL FOX THE PLAINTIFF PETITIONER HAS UTTERLY NO MONEY, AND FURTHER ASKS THIS COURT TO APPOINT LEGAL COUNSEL FOR THE PLAINTIFF PETITIONER, AND FURTHERMORE THAT THE LAW FIRM BE OF A LARGE CAPACITY OF ATTORNEYS AND FAMILAR WITH CIVIL RIGHTS AND FEDERAL COURT RULES AND REGULATIONS..

4) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUEST AN ORDER OF THIS COURT--- TO FORCE THE UNITED STATES ATTORNEYS OFFICE, OR WHAT EVER GOVERMENT OFFICE IT IS, TO PAY THE PLAINTIFF/PETITIONER THE TEN THOUSAND DOLLAR PER MONTH CHECK THAT WAS OFFERED, IF MICHAEL FOX WAS TO MARRY A UNITED STATES ATTORNEY. BEGINING FROM JAN 1 1995. WHICH IS PART OF THIS COMPLAINT. WITH NO MARRIAGE TO ANY SUCH PERSON, EVER...OR ANY WOMAN EVER..

4A) THAT THE PLAINTIFF/PETITIONER MICHAEL FOX FURTHER REQUEST AN ORDER THIS COURT TO FORCE WHICH EVER GOVERMENT AGENCY, FOR ALL PAST DUE RATE OF PAY INCREASE AND COST OF LIVING AJUSTMENTS BEGINING FROM JAN 1 1995-- WHICH ARE DUE AND OWING. AMOUNTS UNKNOWN AT PRESENT TIME. THAT IT IS KNOWN THAT THIS WILL CHANGE THE 10,000 PER MONTH CHECK FROM THE 1995 TO 2007 YEAR DATE DRASTICLY DUE TO THE PAY INCREASES AND COST OF LIVING AJUSTMENTS...

5) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUESTS AN ORDER OF THIS COURT-- TO FORCE THE UNITED STATES ATTORNEYS OFFICE OR WHAT EVER GOVERMENT AGENCY IT IS, TO PAY THE PLAINTIFF/PETITIONER--- THE ARREARAGE AMOUNT FROM JANUARY 1ST 1995 TO THE CURRENT TIME, INCLUDING PAY RAISES AND ALL COST OF LIVING AJUSTMENTS..

6) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUESTS AN ORDER OF THIS COURT-- FOR THIS GOVERMENT AGENCY TO PAY BACK INTREST AT 12% YEARLY. COMPOUNDED MONTHLY. AMOUNT DUE AND OWING UNKNOWN..

6A) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUEST AN ORDER OF THIS COURT. THAT THE GOVERMENT PAY THE PLAINTIFF HIS MONTHLY CHECK INCLUDING COST OF LIVING AJUSTMENTS AND RAISES UNTIL THE PLAINTIFF/PETITIONERS DEATH..

6B) THAT MICHAEL FOX THE PLAINTIFF PETITIONER FURTHER ASKS THIS COURT FOR AN ORDER TO FORCE THE FBI THE US ATTORNEYS OFFICE AND US JUSTICE DEPARTMENT TO FIND THE GOVERMENT AGENCEY AND THERE PEOPLE WHO HAD THE PLAINTIFF/PETITIONERS FORMER NEXT DOOR NIEGHBOR GASSIN HAMMI TELL THE PLAINTIFF PETITIONER THAT HE IS ENTITLED TO 10,000 DOLLARS PER MONTH. AND TO FORCE THIS UNKNOWN GOVERMENT AGENCY TO PAY THE PLAINTTIFF/PETITIONER THE MONTHLY CHECK OF TEN THOUSAND DOLLARS TO WHICH THE PLAINTIFF/PETITIONERS IS DUE, AND ENTITLE TO..

6C) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER ASKS THIS COURT FOR AN ORDER TO FORCE THIS UNKNOWN GOVERMENT AGENCY TO PAY THE PLAINTIFF/PETITIONER THE ARREARAGE AMOUNT FROM JAN 1 1995 TO CURRENT TIME AND DATE. AMOUNT UNKNOWN AS OF RIGHT NOW..

6D) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER ASKS THIS COURT FOR AN ORDER TO

Page 2

FEDERAL PETITION

FORCE THE UNKNOWN GOVERMENT AGENCY TO PAY BACK INTREST IN THE AMOUNT OF 12% PER YEAR COMPOUNDED MONTHLY, ON THE UNPAID TOTAL AMOUNT OWING OF THESE MONTHLY CHECKS. FROM JAN 1995 TO THE CURRENT TIME, WHEN THIS MONEY IS PAID IN FULL.

6E) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUESTS AN ORDER OF THIS COURT TO FORCE THE UNKNOWN GOVERMENT AGENCY TO PAY THE PLAINTIFF/PETITIONER ALL EMPLOYEE RATE INCREASES AND COST OF LIVING AJUSTMENTS FROM 1995 TO 2007 AT THE RATE OF THE THE GOVERMENTS 10,000 PER MONTH EMPLOYEE RATE SINCE 1995 TO CURRENT. AMOUNT OF INCREASES UNKNOWN AT PRESENT TIME..

6F) THAT THE PLAINTIFF/PETITIONER MICHAEL FOX FURTHER REQUEST AN ORDER TO FORCE THIS UNKNOWN GOVERMENT AGENCY TO PAY THE PLAINTIFF/PETITIONER MICHAEL FOX HIS MONTHLY CHECK UNTIL THE PLAINTIFF/PETITIONERS DEATH..

7) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER ASKS THIS COURT FOR AN ORDER THAT THE PLAINTIFF/PETITIONER RECIEVE ANY AND ALL MEDICAL TREATMENT, AND SURGURIES THAT THE PLAINTIFF SO DESIRES, WHICH IS TO BE PAID BY THE FEDERAL GOVERMENT, OR ANY STATE AND COUNTY GOVERMENT, CITY GOVERMENT, ALSO INCLUDING THE US MILITARY BRANCHES. BECAUSE OF THERE GROSS MALICE AND INTENT TO PHYSICAL AND EMOTIONALY, HARM THE PLAINTIFF/PETITIONER MICHAEL FOX...

8) THAT MICHAEL FOX THE PLAINTIFF/PETITONER REQUEST AND ORDER OF THIS COURT, TO PLACE MICHAEL FOX THE PLAINTIFF/PETITIONER IN THE WITNESS PROTECTION AGENCY. THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER HAS THE RIGHT TO BE PLACED ANYWHERE HE SO DESIRES, IN THE UNITED STATES, OR ANY COUNRY IN THE WORLD AT THE GOVERMENTS EXPENSE...

9) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER REQUEST AN ORDER OF THIS COURT, THAT IF THE PLAINTIFF/PETITIONER EVER SO DESIRES TO BE MOVED AGAIN AT HIS FREE WILL AND DESIRE, OR IF THESE SICO SICK GOVERMENT PEOPLE THAT TRACK AND FOLLOW THE PLAINTIFF/PETITIONER MICHAEL FOX AND FIND THE PLAINTIFF/PETITIONER. THAT MICHAEL FOX THE PLAINTIFF/PETITIONER WILL BE MOVED AT THE GOVERMENTS EXPENSE, AND THE GOVERMENT WILL BUY ANY REAL ESTATE, AND ANY AND ALL PERSONAL PROPERTY AT FAIR MARKET VALUE, OR AT REPLACEMENT VALUE..

10) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER REQUESTS AN ORDER THAT DURING THE INVESTIGATION OF THIS FOR-GOING COMPLAINT, THAT THE PLAINTIFF/PETITIONER MICHAEL FOX WILL BE TRANSPORTED OR REIMBURSTED OF ALL EXPENSES INCURRED, AT THE GOVERMENTS EXPENSE FOR ANY LEGAL MATTERS A-RISING FROM THIS COMPLAINT AND PETITION SEEKING JUSTICE..

11) THAT THE PLAINTIFF/PETITIONER MICHAEL FOX FURTHER PETITIONS THIS COURT FOR AND ORDER TO MAKE THE GOVERMENT PURCHASE THE REAL ESTATE PROPERTY OF MICHAEL FOX THE PETITIONER. WHICH IS LOCATED IN CLARKSTON MICHIGAN FOR TWO HUNDRED THOUSAND DOLLARS.. LOT NUMBER 23 ON BRONCO DRIVE IN TIMBERLINE ESTATES.. PARCEL ID. NUMBER J-08-31-229-012  LOCATED IN CLARKSTON MICHIGAN...

12) THAT MICHAEL FOX THE PLAINTIFF PETITIONER FURTHER REQUEST AN ORDER OF THIS COURT, THAT THE PLAINTIFF/PETITIONER MICHAEL FOX, NEVER HAS TO PAY FEDERAL OR STATE INCOME TAX FOR THE REST OF THE PLAINTIFFS NATURAL LIFE. THAT THE PLAINTIFF IS EXEMPT FROM ANY AND ALL FEDERAL AND STATE TAXES, BEGINING FROM JANUARY 1 2006...

13) THAT MICHAEL FOX THE PLAINTIFF PETITONER REQUESTS AN ORDER OF THIS COURT, THAT THE PLAINTIFF/PETITIONER HAS THE RIGHT TO ADD TO THIS COMPLAINT OF ANY PAST CRIMIAL CIVIL RIGHTS VIOLATIONS, AS FAR BACK AS OF JANUARY 1 1980AD.EVEN THOUGH IT IS NOT PUNISHABLE BY LAW, BUT IS FURTHER PROOF OF A CONTINUING ABUSE OF POWER AND CORRUPTION, FURTHER CAUSING GREAT EMOTIONAL AND IRRUPTABLE HARM TO THE PLAINTIFF/PETITIONER MICHAEL T. FOX...AND FURTHER VIOLATIONS OF THE CIVIL RIGHTS OF THE PLAINTIFF/PETITIONER

14) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER REQUEST AND ORDER OF THIS COURT, THAT THE PLAINTIFF/PETITIONER HAS THE RIGHT TO ADD TO THIS COMPLAINT, FOR ANY INCIDENTS THAT HAVE HAPPENED RECENTLY, BUT ARE NOT CURRENTLY LISTED IN THIS COMPLAINT. AND THE FUTURE ATTACKS AGANIST THE PLAINTIFF/PETITIONER, REGARDING THE PLAINTIFF PETITIONERS CIVIL RIGHTS BEING VIOLATED, BOTH CRIMINAL AND CIVIL....

15) THAT THE PLAINTIFF/PETITIONER FURTHER REQUESTS AND ORDER OF THIS COURT--- THAT THE TWO TEN THOUSAND DOLLAR PER MONTH AMOUNTS, INCLUDING RAISES AND COST OF LIVING AJUSTMENTS THAT ARE CURRENTLY DUE AND OWING, CAN-NOT BE DEDUCTED FROM THE 50 BILLION DOLLAR PLUS JUDGEMENT THE PLAINTIFF/PETITIONER IS SEEKING...

FEDERAL PETITION

16) THAT THE PLAINTIFF/PETITIONER FURTHER REQUEST AND ORDER OF THIS COURT FOR ANY AND ALL LEGAL FEE'S, FILING FEES & PROCESSING FEES. THAT ARISE FROM THE COURT ISSUING AN ATORNEY FOR THE PLAINTIFF/PETITIONER, AND THE PLAINTIFF BEING AWARDED THE FIFTY BILLION DOLLAR PLUS JUDGEMENT, THAT THE PENDING GOVERMENTS AND PRIVATE PARTIES AT FAULT WILL BE ORDERED TO PAY ANY AND ALL MONIES DUE TO PLAINTIFFS ATTORNEY FOR REPRESENTATION AND AWARDED JUDGEMENT AMOUNT...

17) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUEST AND ORDER-- TO HAVE ANY AND ALL SECURITY COMPANYS, AND GOVERMENT AGENCIES, INCLUDING US. MILITARY, TO SHOW CAUSE WHY THE PLAINTIFF/PETITIONER IS BEING FOLLOWED THROUGH ELECTRONIC TRACKING. KNOWN AS (GPS)TRACKING DEVICE, AND THAT THIS COURT FURTHER ORDER THESE PRIVATE SECURITY COMPANYS, AND GOVERMENT AGENCYS AND US MILITARY TO STOP THERE ILLEGAL SURVALLANCE...

18) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUESTS THAT AN ORDER BE GIVEN THAT THE PLAINTIFF MICHAEL FOX HAS THE RIGHT TO GO PUBLIC IF THE PLAINTIFF SO DESIRES IN REGARDS TO THE TONS OF GOVERMENT ABUSE THAT THE PLAINTIFF/PETITIONER HAS LIVED THROUGH....AND NO COURT ON THIS LAND CAN STOP THE PLAINTIFF/PETITIONER OF HIS CONSITUTIONAL RIGHT OF FREE SPEECH...

19) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUESTS AN ORDER THAT ALL LEGAL PROCEEDINGS IN THIS CASE BE OF CLOSED DOORS TO THE PUBLIC WHILE THIS CASE IS BEING HEARD. AND THAT ANY AND ALL PEOPLE THAT HAVE NO BEARING TO THIS CASE NOT BE PERMITED IN THE COURT ROOM UNLESS AGREED BY ALL PARTYS ENVOLVED..

PLAINTIFF/PETITIONER          DATE-_Dec 20 2007_
MICHAEL T. FOX
IN PRO PER CURRENTLY

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

------PLAINTIFF/PETITIONER-------
        MICHAEL FOX
      GENERAL DELIVERY
    SAN DIEGO CALIFORNIA 92138
EMAIL LFOX449@HOTMAIL.COM-SMALL CAPS

        VS.

--------DEFENDANTS------
FEDERAL BUREAU OF INVESTIGATIONS-(FBI)
9797 AERO RD
SAN DIEGO CALIFORNIA 92123
FBI AGENT VICTOR OLSEN
FBI AGENT VINCE CELLAR

UNITED STATES ATTORNEYS OFFICE             CASE NO._____
880 FRONT
SAN DIEGO CALIFORNIA

UNITED STATES JUSTICE DEPARTMENT
950 PENNSYVANIA AVE.
WASHINGTON DC 20530
  OF THE
SECTION CIVIL RIGHTS DIVISON
COMPLAINT ADJUDICATION OFFICE NALC

     COMPLAINT FOR PETITION FOR RELIEF OF ABUSE AND MONETARY RIGHTS AND
   CONTINUING COMPLAINT OF DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW

PETITION/COMPLAINT READS AS FOLLOWS---- AS PLAINTIFF/PETITONER FURTHER PETITIONS THIS
HONORABLE COURT FOR ORDERS OF THE ATTACHED PETITION, IN REGARDS TO THE COMPLAINT FOR
RELIEF OF ABUSE, AND MONETARY RIGHTS...

Page 1

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW

1) THEE FORGOING COMPLAINT AN ITS EXHIBITS, IS A TREMENDUS CIVIL RIGHTS ABUSE CASE UNDER DEPRIVATION OF THE CIVIL RIGHTS UNDER COLOR OF THE LAW, AND WILL NOT STOP UNTIL THIS HONORABLE COURT, AWARDS THE PLAINTIFF/PETITIONER, HIS ORDERS IN THE ATTACHED PETITION FOR RELIEF OF ABUSE AND MONETARY RIGHTS.

2) THAT ON MARCH 28 2007 MICHAEL FOX THE PLAINTIFF/PETITIONER, DROVE TO THE FBI OFFICE IN SAN DIEGO CA. AT 9797 AREO DRIVE..

3) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER MEET SPECIAL AGENT VICTOR OLSEN, AND DISCUST BRIEFLY WHAT IS HAPPENING IN THE PLAINTIFF/PETITIONERS LIFE. THERE WAS ANOTHER UNKNOWN STATE OR FEDERAL AGENT WHO WALK OUT OF THE FBI BUILDING WITH SPECIAL AGENT VICTOR OLSEN..

4) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER GAVE THIS FBI AGENT VICTOR OLSEN, A COPY OF THE PARTICAL COMPLAINT THAT THE PLAINTIFF/PETITIONER HAD SENT TO NUMEROUS ATTORNEYS IN TEXAS..

5) MICHAEL FOX THE PLAINTIFF/PETITIONER TALKED FURTHER WITH THIS FBI AGENT VICTOR OLSEN AND THIS OTHER MAN WHOM CAME OUT OF THE FBI BUILDING WITH VICTOR OLSEN.

6) THAT AS MICHAEL FOX THE PLAINTIFF/PETITIONER KEPT EXPLAINING THE ISSUES OF ABUSE, THE PLAINTIFF/PETITIONER BECAME UTTERELY ENRAGED AND WAS SCREAMING LIKE A CRAZY MAN. THAT MICHAEL FOX THE PLAINTIFF WAS TOLD TO LEAVE..

7) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER LEFT THE FBI PREMISES WITH NO PROBLEM..

8) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER ON APRIL 11 2007 WENT BACK TO THE FBI BUILDING ON AERO ROAD IN SAN DIEGO TO GET HIS COPY OF THE COMPLAINT BACK, AND TO FURTHER FIND OUT WHATS HAPPENING WITH THE COMPLAINT ISSUES.
THAT MICHAEL FOX MEET ANOTHER FBI AGENT WHOM CLAIMED HIS NAME WAS VINCE CELLAR. THIS FBI AGENT WAS VERY RELUCTANT TO WRITE HIS NAME DOWN WHEN THE PLAINTIFF/PETITIONER MICHAEL FOX ASKED FOR IT..
THAT MOST LIKELY THIS WAS A BOGIS NAME GIVEN. WITH NO RIGHTFUL NAME YOU HAVE NO WAY TO SERVE COMPLAINTS OR REFERENCE BACK TO, BECAUSE THERE IS NO SUCH PERSON.

9) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER WAS TOLD AT THIS TIME, BY THIS FBI AGENT VINCE CELLAR, THAT THE CASE IS AN ISSUE UNDER INVESTIGATION, AND THAT HE CAN GIVE NO MORE INFORMATION..

10) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER TALKS BREIFY WITH THIS FBI AGENT, THEN GOES TO LEAVE. THAT MICHAEL FOX IS TOLD NOT TO EVER COME BACK TO THIS PLACE, BY FBI AGENT VINCE CELLAR, THAT MICHAEL FOX, RESPONDED THAT HE HAD ONLY COME BACK FOR THE COMPLAINT AND WANTED TO KNOW WHATS HAPPENING WITH THE COMPLAINT ISSUES..

11) COPY OF COMPLAINT AND ITS EXHIBITS GIVEN TO THE FBI SPECIAL AGENT VICTOR OLSEN ON MARCH 28 2007----- ATTACHED HERETO AS EXHIBITS (1)  35 PAGES COMPLAINT--INCLUDING 95 PAGES OF EXHIBITS..

12) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HAS NEVER BEEN, AND TO TODAYS DATE OF DEC 15 2007 BEEN APPROACHED BY ANY FBI AGENT ON THE STREETS.
   THAT THE PLAINTIFF MICHAEL FOX BELIEVING THAT THE FBI IS GOING TO SQUASH THIS COMPLAINT, AND NOT SEEK JUSTICE FOR THE PLAINTIFF AS IS STATED IN THE PARTCIAL COMPLAINT HE GAVE TO VICTOR OLSEN THE FBI AGENT.
   THAT THE PLAINTIFF/PETITONER HAS FURTHER DRIVEN TO WASHINGTON DC TO GIVE A COMPLAINTS TO THE UNITED STATES JUSTICE DEPT AT 950 PENNSYVANIA AVE, CRIMINAL CIVIL RIGHTS DIVISION,
   AND TO FURTHER GIVE COPYS OF THE COMPLAINT TO SENATORS AND CONGRESSMAN OF THE UNITED STATES OF AMERICA. TO FURTHER SEEK THERE HELP TO TRY TO FIND JUSTICE, AND LEGAL RERESENTATION THAT THE PLAINTIFF/PETITIONIOR SO SEEKS AND DESIRES..

13) THAT MICHAEL FOX FURTHERMORE DROVE TO JOHN EDWARDS PRESIDENTIAL CAMPAGAIN OFFICE AT 410 MARKET STREET IN CHAPEL HILL NORTH CAROLINA. TO SEE IF THE PLAINTIFF/PETITIONER COULD MEET JOHN EDWARDS, AND GIVE THE COMPLAINT TO HIM FOR POSSIBLE REPRESENTATION OR TO HAVE ONE OF JOHN EDWARDS PAST LEGAL ASSOCIATES POSSIBLY TAKE THE CASE.
   THAT MICHAEL FOX THE PLAINTIFF/ PETITIONER BELIEFS IN JOHN EDWARDS, AND HIS NEW AMERICA CRUSADE.

Page 2

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW

14) MICHAEL FOX THE PLAINTIFF/PETITIONER WAS TOLD THAT HE COULD NOT SEE JOHN EDWARDS AND POSSIBLE COULD SEE HIS CAMPAIGN MANAGER DAVID BONIOR.. MICHAEL FOX STATING HE WILL BE BACK AT A LATER TIME TO SEE DAVID BONIOR. THAT THE PLAINTIFF/PETITIONER WANTED TO ADD FURTHER TO THE COMPLAINT HE HAS WRITTEN...

15) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER, LEFT AND WENT TO FLORIDA TO SEE ATTORNEYS FOR REPRESENTATION ON WORKERS COMP CASES, AND TO FURTHER ADD TO THE COMPLAINT THAT THE PLAINTIFF/PETITIONER GAVE TO THE FBI IN SAN DIEGO CALIFORNIA..
    THAT MICHAEL FOX THE PLAINTIFF/PETITIONER ADDED 16 MORE PAGES TO THE COMPLAINT AND ADDITIONAL EXHIBITS...
    COPY OF SECOND COMPLAINT ATTACHED HERETO AS EXHIBIT (2) INCLUDES 50 PAGE COMPLAINT, AND 100 PAGES AS EXHIBITS...

16) THAT WHEN MICHAEL FOX THE PLAINTIFF/PETITIONER DROVE TO SEE ATTORNEYS IN THE STATE OF FLORIDA.  THAT EVERY ATTORNEY THE PLAINTIFF WENT TO SEE, WAS WAITING FOR THE PLAINTIFF. FURTHERMORE PRE-INFORMED ABOUT THE PLAINTIFF COMMING FOR LEGAL REPRESENTATION..
    THAT THE GOVERMENT/POLICE FORCE KNEW OF EVERY ATTORNEY THE PLAINTIFF WAS SEEING DUE TO THE PLAINTIFF IS ACCESSING HIS COMPUTER FOR LOCAL ATTORNEYS IN THE MIAMI FLORIDA AREA. THEN MAKING PHONE CALLS FROM THE HOTEL. THAT BOTH THE THE PLAINTIFFS/PETITIONERS COMPUTER AND PHONE AT THIS HOTEL, THE GOVERMENT/SECURITY HAS WIRE TAPPED.. THE HOTEL IS (HORIZON BY-THE SEA INN) 4229 N. OCEAN DRIVE/(A1A) LAUDERDALE BY THE SEA FLORIDA 33308

17) THAT EACH ONE OF THESE ATTORNEYS HAD TOLD MICHAEL FOX THE PLAINTIFF/PETITIONER THAT HE COULD GET BETWEEN 50K AND 80K TO SETTLE THESE TWO WORKERS COMP CASES..
    THAT MICHAEL FOX THE PLAINTIFF STATED HE DID NOT WANT TO SETTLE.. AND FURTHERMORE WAS ASKING FOR 500 MILLION DOLLARS IN HIS CRIMINAL AND CIVIL RIGHTS COMPLAINT.. THAT THE PLAINTIFF WAS UTTERLY LAUGHED AT. AND WAS  TOLD TO LEAVE..

18) THAT MICHAEL FOX THE PLANNTIFF/PETITIONER DROPPED OFF THIS CRIMINAL AND CIVIL COMPLAINT IN FULL-- WITH THE PETITION FOR BENIFITS THAT THE PLAINTIFF FILED FOR, WHILE IN FLORIDA. AT THE LAW FIRM OF ADAM BARON AT 5251 GOLDEN GATE PARKWAY NAPLES FLORIDA. PH#-239-352-5511

19) THAT MICHAEL FOX IS AND WAS UNDER FULL WATCH AND SURVALENCE WHILE TRYING TO SEEING ATTORNEYS AGAIN ON THE WEST COAST OF FLORIDA.
    THAT WHEN MICHAEL FOX WENT TO THIS LAW FIRM OF ADAM BARON, THAT THIS ATTORNEY WAS NOT THERE.  THAT THE PLAINTIFF MICHAEL FOX SPOKE TO ADAM BARON'S SECRETARY. THIS SECRETARY CALLED THIS ALLEDGED ATTORNEY ADAM BARON BY PHONE. THAT MIChael FOX THE PLAINTIFF/PETITIONER SPOKE TO THIS ATTORNEY BY PHONE. AND EXPLAINED THE ISSUES, THIS ATTORNEY ASKED HOW MUCH THE PLAINTIFF WAS SEEKING.
    PLAINTIFF MICHAEL FOX SAID HE WAS ASKING FOR 500 MILLION DOLLARS..
    PLAINTIFF/PETITIONER STATING FURTHER TO ATTORNEY ADAM BARON, THAT YOU NEED TO READ THE COMPLAINT.. THAT MICHAEL FOX THE PLAINTIFF/PETITIONER ASKED THIS ATTORNEY TO SEND THE PLAINTIFF AN EMAIL ON THE COMPLAINT, AND TO FURTHER SEND THE COMPLAINT BACK IF NOT INTERESTED IN REPRESENTING THE PLAINTIFF/PETITIONER..
    THAT MICHAEL FOX NEVER RECIEVED AN EMAIL FROM THIS ATTORNEY, AND THE COMPLAINT WAS NEVER SENT BACK..

    A LIST OF ITEMS THAT WHERE DROPPED OFF AT THIS ATTORNEYS OFFICE OF ADAM BARON ARE LISTED BELOW AS EXHIBITS ATTACHED HERETO

    COPY OF COMPLAINT AND EXHIBITS, AGAINST CNA INSURANCE..  ATTACHED HERETO AS EXHIBIT (3) 23 PAGE COMPLAINT WITH 37 PAGES OF EXHIBITS.
    COPY OF PETITION FILED WITH WORKERS COMP ATTACHED HERETO AS EXHIBIT (4)  9 PAGE PETITION WITH 23 PAGE OF EXHIBITS.
    COPYS OF DOCTOR JOHN KAGANS OFFICE VISITS AND OPERATION REPORT AND AND OTHER MEDICAL REPORTS THAT DOCTOR JOHN KAGAN ORDERED ATTACHED HERETO AS EXHIBIT (5) 26 PAGES
    COPYS OF DOCTOR WALTER FURMANS OFFICE VISITS AND ALL OTHER DOCTOR REPORTS AS TO DOCTOR FURMANS ORDERS ATTACHED HERETO AS EXHIBIT (6) 12 PAGES
    COPY OF LETTER AND EXHIBITS TO JENNEY MOYSON CNA INSURANCE WORKERS COMP AJUSTER FOR THE PLAINTIFFPETITIONER MICHAEL FOX ATTACHED HERETO AS EXHIBITS (7) 2 PAGE LETTER AND 22 PAGE OF EXHIBITS.

20) ITS THE PLAINTIFFS/PETITIONER MICHAEL FOXES OPINION THAT EITHER THREE THINGS HAPPENED HERE WITH THE DOCUMENTS DROPPED OFF AT THIS ADAM BARONS ATTORNEYS OFFICE...
    EITHER THE GOVERMENT POLICE AND THERE SECURITY COMPANYS, THAT POLICE THE PLAINTIFF

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW
MICHAEL FOX.  POSSIBLY ERASED THE EMAIL THAT WAS SENT FROM THIS ATTORNEY, THEN CONFISCATED
THE COMPLAINT WHEN IT WAS MAILED BACK TO THE PLAINTIFF/PETITIONER MICHAEL FOX.
     OR EITHER THIS ATTORNEY WAS NOT WHO HE REALLY WAS, WHEN THE THE SECRETARY HAD CALLED
HIM FROM HIS OFFICE.
     THAT BECAUSE THE PLAINTIFF/PETITIONER MICHAEL FOXES COMPUTER BEING BUGGED, AND THE
PLAINTIFF FINDING ATTORNEYS TO VISIT, THEN THE PLAINTIFF/PETITIONER FURTHER CALLING
ATTORNEYS FOR APPOINTMENTS AND THE PHONES BEING WIRE TAPPED.
     THESE UNKNOWN GOVERMENT POLICE FORCES KNOW EXACTLY WHERE MICHAEL FOX THE
PLAINTIFF/PETITIONER IS HEADING TO, AND TALKING TO. THAT THESE UNKNOWN GOVRERMENT POLICE.
HAVE AGAIN STAGED ANOTHER FALSE INCIDENT..
     OR EITHER THIS ATTORNEY WAS PRE INFORMED AGAIN, AND JUST THREW THE COMPLAINT INTO THE
GARBAGE, AND NEVER REPONDED TO MICHAEL FOXES WISHES OF SENDING AND EMAIL, AND FURTHER
RETURNING THE COMPLAINT TO MICHAEL FOX THE  PLAINTIFF/PETITIONER, AS HE REQUESTED..

21) THAT MICHAEL FOX THE PLAINTIFF HAD LEFT FLORIDA NOT RETAINING AN ATTORNEY. AND DROVE
TO A MOTEL IN VIRGINIA TO FURTHER WORK ON THE COMPLAINT.
     THAT WHILE AT THIS HOTEL--NAMED THE (RELAX INN MOTEL)-AT 7253 LEE HIGHWAY IN RURAL
RETREAT VIRGINA 24386. THE PLAINTIFF/PETITIONER WAS UNDER A FULL FLEDGE WATCH AND HIT LIST
BY THESE SICO SICK POLICE THAT CONTINUE TO PROKE AND INTIMADE THE PLAINTIFF MICHAEL FOX.

21A) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HAD AGAIN, FOUND THAT SOMEONE HAD BROKEN
INTO THE PLAINTIFF/PETITIONERS VEHICAL, AND AGAIN TOOK THE BOTTLE OF PERT SHAMPOO.
     THAT MICHAEL FOX ALWAYS HAS HIS SHAMPOO STOLEN FROM HIM. WITH THESE PEOPLE BREAKING
INTO THE PLAINTIFFS VEHICAL AND TAKING THE SHAMPOO.
     THAT WHEN THE PLAINTIFF/PETITIONER, WENT TO THE STORE TO BUY ANOTHER BOTTLE OF
SHAMPOO, THE PLAINTIFF FINDS THERE SICO SICK POLICE ARE WAITING AND STALKING THE PLAINTIFF
AT THE LOCATION OF WHERE THE SHAMPOO IS IN THE STORE.
     THEY DO THIS TO ONLY FURTHER PROVOKING AND INTIMADING THE PLAINTIFF/PETITIONER
MICHAEL FOX... TRYING TO GET THE PLAINTIFF/PETITIONER TO LASH BACK.  TRYING TO GET THE
PLAINTIFF PETITIONER TO SNAP, AND LASH BACK AT THESE PEOPLE, AND CAUSING FURTHER COURT
ACTION. AND MAKING UP LIES THAT THE PLAINTIFF/PETITIONER IS UNSTABLE.
     THAY HAVE DONE THIS TO THE PLAINTIFF FOR OVER 20 YEARS OF THE PLAINTIFFS/PETITIONERS
LIFE.
     THAT THIS WILL NOT END UNTIL COURT ACTION IS IS NOT TAKEN, ON BEHALF OF THE
PLAINTIFF/PETITIONER MICHAEL FOX

21B) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER AFTER LEAVING TO GO SOMEWHERE FROM THIS
HOTEL AND THEN  GOING BACK TO THE HOTEL, THEN TO FURTHER TAKE A SHOWER. ONLY TO HAVE WATER
SQUIRT ALL OVER HIM, WHEN TURNING ON THE SHOWER IN THE BATHTUBE.
     THAT SOMEONE AGAIN HAD BROKEN INTO THE HOTEL ROOM AND TURNED THE SHOWER HEAD TO THE
FAR ONE-SIDE. THAT WHEN YOU ARE STANDING OUTSIDE THE BATHTUBE, THEN FIRST TURNING THE
WATER ON. THEN FURTHER TURNING ON THE SHOWER. THE WATER IS SPRAYING ALL OVER YOU...
     THAT THIS HAPPENED REPEADLY TO THE PLAINTIFF/PETITIONER MICHAEL FOX WHILE MICHAEL FOX
WAS LIVING AT HIS MOTHERS HOME AT 19109 HARBOUR TREE COURT NORTH FORT MEYERS FLORIDA
33903..
     THAT THESE GOVERMENT/POLICE WANT YOU TO KNOW YOU WHERE AGAIN IN YOUR HOME, ONLY
FURTHER ADDING TO THE INTIMIDATION AND PROKING MANNER OF THERES. JUST RELENTLESSLY
TERRORIZING YOU, FOR UTTERLY NO REASON. BUT TO FORCE YOU TO BE A LOW LIFE POLICE
INFORMANT, JUST LIKE THEY ARE.. THE UTTER SCUM OF THE EARTH....

21C) THAT MICHAEL FOX WAS UNDER ATTACK EVERWHERE THE PLAINTIFF WENT IN THIS AREA OF
VIRGINA, AND THERE WHERE PEOPLE IN THE AJOINING TOWNS THAT WHERE STAYING IN THIS MOTEL,
AFTER THE PLAINTIFF/PETITIONER HAD ARRIVED..

22) THAT AGAIN THE PLAINTIFF/PETITIONER MICHAEL FOX, DROVE TO JOHN EDWARDS  PRESIDENTIAL
CAMPAIGN OFFICE TO SEE EITHER JOHN EDWARDS OR DAVID BONIOR THE CAMPAGIN MANAGER..
     THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HAD PEOPLE WAITING FOR THE
PLAINTIFF/PETITIONER WHEN ARRIVING AT JOHN EDWARDS OFFICE.
     THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER SPOKE TO THE FRONT OFFICE SECRETARY,
THEN SPOKE TO DAVID BONIORS SECRETARY, THAT THE PLAINTIFF/PETITIONER WAS TOLD TO LEAVE THE
INFORMATION AT FRONT DESK.
     MICHAEL FOX THE PLAINTIFF/PETITIONER WANTING TO HAND DELIVER IT TO DAVID BONIORS
SECRETARY. BUT THIS SECREATARY STATING SHE WAS GOING INTO A MEETING, AND TO LEAVE THE
INFORMATION AT THE FRONT DESK.
     MICHAEL FOX THE PLAINTIFF/PETITIONER, STATING HE WILL NOT LEAVE IT AT THE FRONT DESK,
AND THAT MICHAEL FOX IS DRIVING TO WASHINGTON DC TO GIVE COPYS OF COMPLAINT TO SENATORS
AND CONGRESSMAN.

Page  4

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW
    THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HUNG UP PHONE AND TALKED TO THE FRONT DESK
SECRETARY BRIEFLY.  THEN PEOPLE CAME WALKING OUT FROM THE BACK HALLWAY, LOOKING AT MICHAEL
FOX THE PLAINTIFF/PETITIONER IN UTTER DISCUST. THAT MICHAEL FOX THE PLAINTIFF/PETITIONER
KNOWS THESE PEOPLE DO NOT WANT MICHAEL FOX TO EVER RECIEVE ANY KIND OF LEGAL
REPRESENTATION DUE TO THER GROSS BEHAVIOR IN THE LIFE TIME OF THE PLAINTIFF/PETITIONER
MICHAEL FOX.

22) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER LEAVES THIS BUILDING, AND FINDS AGAIN,
PEOPLE WAITING IN THERE VEHICALS WHEN WALKING OUT OF JOHN EDWARDS CAMPAIGN OFFICE.. TIME
IS APPROX 6PM/EST.

23) THAT MICHAEL FOX DROVE TO THE UNITED STATES JUSTICE DEPARTMENT AT 950 PENNSYVANIA AVE.
IN WASHINTON DC AND HAND DELIVERIED A COPY OF THE COMPLAINT.. THAT MICHAEL FOX HAD A
AFRICAN AMERICAN WOMAN WHO TOOK POSSESSION OF THE COMPLAINT.
    THAT MICHAEL FOX HAD THIS WOMAN SIGN A NOTICE OF RECIEVING THE COMPLAINT.
    ATTACHED HERETO IS COPY OF A COVER LETTER ADRESSED TO THE JUSTICE DEPARTMENT AS
EXHIBIT (8)
    ATTACHED HERETO IS A COPY OF NOTICE OF SERVICE. AND WOMAN SIGNING FOR THE COMPLAINT
FROM THE JUSTICE DEPARTMENT-- AS EXHIBIT (9)

23A)THAT MICHAEL FOX THE PLAINTIFF/PETITIONER RECIEVES A LETTER DATED SEPT 14 2007 AND
MAILED SEPT 14 2007 FROM THE THE CRIMINAL SECTION OF THE UNITED STATES JUSTICE DEPT.
    THAT AFTER MICHAEL FOX GIVING THIS JUSTICE DEPARTMENT A 50 PAGE COMPLAINT, AND 100
PAGES OF EXHIBITS. THE JUSTICE DEPART CLAIMS THIS IS NO DEPRIVATION OF CIVIL RIGHTS UNDER
COLOR OF THE LAW.
    THAT ITS FURTHER PROOF THAT THERE IS NOTHING BEING DONE IN REGARDS TO THE PLAINTIFFS
CIVIL RIGHTS BEING VIOLATED UNDER COLOR OF THE LAW... AND THE PLAINTIFF/PETITONER FURTHER
TRYING TO SEEK JUSTICE IN THIS GROSS CIVIL RIGHTS CRIMINAL CASE..
    COPY OF JUSTICE DEPT LETTER, AND ENVELOPE MAILED IN ATTACHED HERETO AS EXHIBIT (10)  2
PAGES

24) THAT WHEN MICHAEL FOX THE PLAINTIFF/PETITIONER WENT TO DROP OFF THIS COMPLAINT AT THE
JUSTICE DEPARTMENT, THE PLAINTIFF WAS BEING FOLLOWED EVERYWHERE.. THAT WHEN TALKING TO THE
WOMAN SIGNING FOR THIS COMPLAINT, SHE WAS ACTING VERY PROKING AND INTIMADING...
    THAT WHEN THE PLAINTIFF MICHAEL FOX WALKED OUT OF THE JUSTICE DEPARTMENT, AND WAS
TALKING TO A SECURITY GAURD ON DIRECTIONS TO THE SENATORS AND CONGRESSMANS OFFICES.
    A WHITE HAIRED MAN APPROX 160 LBS AND 5FT 9IN WALKS OUT OF THE JUSTICE DEPT. WEARING A
THREE PIECE, BLACK STRIPED SUIT. THAT THIS MAN LOOKING AND STARRING AT THE
PLAINTIFF/PETITTIONER MICHAEL FOX AS HE TALKS TO A SECURITY GAURD.
    THIS WHITE HAIRED MAN SHAKING HIS HEAD, FROM LEFT TO RIGHT, AND LAUGHING AT MICHAEL
FOX THE PLAINTIFF REDUCULISLY. THIS MAN STOPS APPROX. 15 FEET FROM THE PLAINTIFF MICHAEL
FOX AND JUST CONTINUES TO STARE AT THE PLAINTIFF AND JUST CONTINUES TO SHAKE HIS HEAD AND
LAUGH..
    THAT MICHAEL FOX THE PLAINTIFF/PETITIONER IGNORES THIS MAN AND WALKS AWAY AFTER
GETTING DIRRECTIONS FROM THIS GAURD...

25) THAT AS MICHAEL FOX THE PLAINTIFF/PETITIONER IS WALKING AWAY, THE PLAINTIFF/PETITIONER
IS THINKING TO HIMSELF, ARE THEY GOING TO STOP THIS COMPLAINT FROM GOING FOWARD, AND ARE
THESE PEOPLE AGAIN, GOING TO SQUASH THE JUSTICE THAT NEVER PERVAILS ANYMORE IN THIS
COUNTRY, AND FOR MICHAEL FOX THE PLAINTIFF/PETITIONER..

26) THAT MICHAEL FOX DROVE TO 160 D STREET, TO HAND DELIVERIED THESE COMPLAINTS AT THE
DROP MAIL CENTER WHO COLLECTS MAIL TO HAVE IT ANYLISED FOR POSSIBLE POSION..

27) THAT MICHAEL FOX HAD EACH COMPLAINT SIGNED FOR BY ATTENDANTS COLLECTING THE MAIL AT
THIS MAIL CENTER, AT 160 D STREET IN WASHINTON DC

27AA) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HAD PROOFF OF SERVICE SIGNED FOR, FROM THE
ATTENDANTS IN THIS MAIL SERVICE CENTER FOR THE FOLLOWING..

27A) COPY OF PROOF OF SERVICE ADDRESSED TO SENATOR HARRY REID OF NEVEDA ATTACHED HERETO AS
EXHIBIT (11)

27B) COPY OF PROOF OF SERVICE ADDRESSED TO SENATOR DEBBRA SABINOFF OF MICHIGAN ATTACHED
HERETO AS EXHIBIT (12)

27C) COPY OF PROOF OF SERVICE ADDRESSED TO SENATOR DIANE FINSTIEN OF CALIFORNIA ATTACHED

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW
HERETO AS EXHIBIT (13)

27D) COPY OF PROOF OF SERVICE ADDRESSED TO SENATOR BILL NELSON OF FLORIDA ATTACHED HERETO
AS EXHIBIT (14)

27E) COPY OF PROOF OF SERVICE ADDRESSED TO CONGRESSMAN JOHN CONYORS OF MICHAIGAN ATTACHED
HERETO AS EXHIBIT (15)

27F) THAT THE PROOF OF SERVICE ADDRESSED TO SENATOR DEBBRA SABINOFF OF MICHIGAN WAS SIGNED
BY A MEMBER OF HER STAFF AND HER OFFICE...

28) THAT MICHAEL FOX THE PLAINTIFF/PETITONER WAS THROWN OUT OF THIS OFFICE BUILDING DUE TO
NO MAIL IS TO BE HAND DELIVERED, DUE TO ANTHRAX POSION SCARE. AND THAT ALL MAIL IS TO
PROCESSED THROUGH THE MAIL CENTER ONLY..

29) THAT MICHAEL FOX WENT TO THE MAIL CENTER AND HAND DELIVERED ALL OTHER COMPLAINTS TO
THIS MAIL CENTER..

30) THAT AS OF TODAYS DATE, MICHAEL FOX THE PLAINTIFF/PETITIONER HAS NEVER RECIEVED
ANYTHING BY 1ST CLASS MAIL, OR EMAIL FROM ANY OF THESE SENATORS OR CONGRESMAN.

30B) THAT ATTACHED HERETO AS EXHIBIT (16) IS A COPY OF COVER LETTER THAT WENT WITH EACH
ONE OF THESE COMPLAINTS TO EACH SENATOR AND CONGRESSMAN, WHICH INCLUDES MAILING ADDRESS
AND EMAIL ADDRESS.

31) THAT AGAIN, EITHER SOME SORT OF GOVERMENT POLICE HAVE INTERVINED AGAIN. AND HAVE
AGAIN STOPPED EMAILS FROM COMMING THROUGH, AND STOPPING THE DELIVERY OF THE MAIL..
    OR THESE SENATORS AND CONGRESSMAN ARE PROTECTING THESE ASSULTS AND CIVIL RIGHTS
VIOLATIONS AGANIST MICHAEL FOX THE PLAINTIFF/PETITIONER.
    THAT THE GOVERMENT/POLICE AND ITS EMPLOYEES AN SECURITY COMPANYS WIN AGAIN, AND
JUSTICE CONTINUES NOT TO PREVAIL.. FURTHER CAUSING ADDITIONAL PHYSICAL AND EMOTIONAL AND
IRRUTABLE HARM TO THE PLAINTIFF/PETITIONER MICHAEL FOX...

32) THAT THIS UN-JUSTICE FURHTER EMBEDING INTO THE PLAINTIFF/PETITIONERS MIND, THAT THERE
WILL NEVER BE JUSTICE FOR THE PLAINTIFF/PETITIONER, THAT THERE WILL NEVER BE PEACE AND
SECURITY IN THE MIND OF THE PLAINTIFF/PETITIONER
    THAT THE PLAINTIFF/PETITONER WILL CONTINUE TO HAVE A TOUGH AND MISRIBLE LIFE IF HE
NEVER CAN GET TO A JUDGE FOR RELIEF OF THESE UNJUSTICE ACTS INFLICTED AGAINST THE
PLAINTIFF/PETITIONER.

33) THAT STILL TO THIS PRESENT TIME AND DATE, THE MIND GAMES AND PROVOKING CONTINUES ON.
    IT WILL NEVER END UNTIL THERE IS RESTRAINING ORDERS ISSUED. FURTHERMORE THESE PEOPLE,
AND THERE GOVERMENT AGENCYS AND SECURITY COMPANYS WILL NOT ABIDE BY ANY SUCH RESTRAINING
ORDER. THAT THE PLAINTIFF PETITIONER IS SEEKING.
    THAT THE PLAINTIFF MICHAEL FOX REQUESTS AND UTTERLY DEMANDS TO BE PLACEED IN THE
WITNESS PROTECTION AGENCY.OR PROTECTIVE CUSTODY.

34) THAT IN THE STATE OF VIRGINIA IN NOVEMBER OF 1997, MICHAEL FOX THE
PLAINTIFF/PETITIONER WAS SET UP BY THE GOVERMENT AND ITS FATURNITY ORDER OF COUNTY
SHERRIFF ASSOCIATION. AND OTHER UNKNOWS..
    THAT MICHAEL FOX IS ACUSED OF STEALING A HONDA POWER WASHER, AND ROTO TILLER FROM THE
RESIDENCE WHERE WORKING, THEN 2 WEEKS LATER, THE PLAINTIFF/PETITIONER MICHAEL FOX BEING
ACUSED OF BREAKING INTO A QUARTER CAR WASH, AND STEALING MONEY.
    THAT THE PLAINTIFF/PETITIONER MICHAEL FOX TAKES A POLYGRAPH TEST, AND IS TOLD HE
FAILED THE POLYGRAPH TEST WITH FLYING COLORS. THIS IS A TOTAL STAGE INCIDENT. AND FULLY
STAGED FABRICATED STING OPPERATION.
    A FURTHER GOVERMENT HIT, ON THE PLAINTIFF/PETITIONER MICHAEL FOX..

34A) THAT WHILE MICHAEL FOX THE PLAINTIFF/PETITIONER MOVED TO THE ROANOKE VIRGINIA AREA,
IN SEPT OF 1997 AND STAYED UNTIL DEC 1997
    THAT WHILE WORKING AND LIVING IN THIS AREA. MICHAEL FOX THE PLAINTIFF PETITIONER MEET
A MAN THAT WAS STALKING THE PLAINTIFF/PETITIONER FOR THE GOVEREMENT.
    HIS NAME IS CARL-- LAST NAME CAN-NOT GIVE CORRECTLY- LAST NAME BEGINS WITH S.
    THAT THE PLAINTIFF/PETITIONER MICHAEL FOX HAS THIS MANS LAST NAME IN A LOCKED PLACE
CURRENTLY.. AND CAN NOT RETRIVE IT..

35) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER GOES TO US ATTORNEYS OFFICE IN ROANOKE

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW
VIRGINA TO MAKE A COMPLAINT IN REGARDS TO THESE CONTINUING FALSE CHARGES THAT SOME
GOVERMENT OFFICALS AND THERE POLICE STAGED AGAINST THE PLAINTIFF/PETITIONER MICHAEL FOX,
WHILE LIVING AROUND ROANOKE VIRGINIA AREA.
    AND TO FURTHERMORE MAKE OTHER VERBAL COMPLAINTS OF YEARS OF CIVIL RIGHTS ABUSE
    THAT MICHAEL FOX THE PLAINTIFF/PETITIONER AFTER TALKING TO THE US ATTORNEY ALONZO LONG
ON OR AROUND NOV 24 OF 1997--THE PLAINTIFF/PETITIONER IS ARRESTED AND CHARGED WITH BEING A
FUGITIVE OF JUSTICE, BY ASSISTANT US ATTORNEY ALONZO LONG..

36) THAT MICHAEL FOX THE PLAINTIFF/PETITONER HAVING TO DRIVE BACK TO MICHIGAN, TO AGAIN
FIGHT MORE FALSE CHARGES ON ADDTITION GOVERMENT CHARGES AGANIST THE PLAINTIFF/PETTIONER
MICHAEL FOX. IN THE STATE OF MICHIGAN.
    THAT THE GOVERMENT  ABUSE NEVER ENDS FOR THE PLAINTIFF/PETITIONER..

37) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER CALLS FROM MICHIGAN, FROM HIS HOME PHONE
NUMBER OF 248-666-1728 AND CALLS THIS MAN CARL S. THAT WAS STALKING MICHAEL FOX THE
PLAINTIFF, WHO THE PLAINTIFF HAD MEET IN THE STATE OF VIRGINIA.
    THE PLAINTIFF MICHAEL FOX MAKING THIS PHONE CALL ON OR AROUND FEBUARY 17 1998 OR SOME
TIME IN THE SECOND HALF OF FEB. 1998
    THAT MICHAEL FOX AND THIS CARL S. HAD TALKED FOR OVER ONE HOUR...

38) THAT DURING THIS PHONE CONVERSATION WITH THIS CARL S.   MICHAEL FOX THE
PLAINTIFF/PETITIONER IS TOLD BY THIS CARL S.   THAT THE PLAINTIFF/PETITIONER CAN COLLECT
10,000 DOLLARS PER MONTH, IF HE MARRYS A BLOND HAIRED US ATTORNEY AROUND 42-44 YEARS OLD,
AND THAT SHE MAKES 10,000 DOLLARS PER MONTH, AND THAT THE PLAINTIFF/PETITIONER MICHAEL FOX
CAN HAVE A GOOD LIFE...
    THAT THE PLAINTIFF PETITIONER MICHAEL FOX IS TOLD BY THIS CARL S. THAT HE SHOULD HAVE
NEVER SAID WHAT YOU SAID... THAT MICHAEL FOX NEVER RESPONDED TO THIS STATMENT FROM THIS
CARL S.

39) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER STATES HE WILL NEVER ALLOW TO BE MANIPULATED
INTO ANY KIND OF MARRIAGE. AND TO THINK THAT THESE GOVERMENT PEOPLE HAVE TAKEN EVERYTHING
AWAY FROM THE PLAINTIFF/PETITIONER MICHAEL FOX, OR DESTROYED EVERYTHING THE PLAINTIFF
OWNS..
    THAT WHERE-EVER THE THE PLAINTIFF/PETITIONER HAS MOVED TO. THEY INTIMADE PROKE AND
INSULT THE PLAINTIFF RELENTLESSLY. FURTHER CAUSING GREAT PHYSICAL EMOTIONAL AND
IRREPTABLE HARM TO THE PLAINTIFF/PETITIONER, FOR UTTERLY NO REASON, BUT TO TRY TO FORCE
THE PLAINTIFF/PETITIONER TO BE AN INFORMANT OF SOME SORT, AND TO FURTHER HEAR THESE
NONSENSE ACUSATION.
    THAT  NOW THE GOVERMENT IS GOING TO GIVE THE PLAINTIFF/PETITIONER MICHAEL FOX, 10,000
TEN THOUSAND DOLLARS PER MONTH, BUT MICHAEL FOX HAS TO MARRY A UNITED STATES ATTORNEY OF
42 TO 44 YEARS OF AGE, TO HAVE A GOOD LIFE...
    THAT THIS IS UTTERLY AN INSULT TO THE PLAINTIFF/PETITIONER.
    FURTHERMORE THIS EVIDENCE ON HOW THES PEOPLE HAVE, AND WILL CONTINUE TO DESTROY THE
PLAINTIFF MICHAEL FOX, IF RESTRAINING ORDERS ARE NOT GIVEN. AND FURTHER WITNESS PROTECTION
GIVEN AND RELOCATION....
    THIS IS OUT RIGHT APALLING AND DIRRECT VIOLATIONS OF THE PLAINTIFF/PETITIONER CIVIL
RIGHTS...UNDER COLOR OF THE LAW.

40) THAT MICHAEL FOX THE PLAINTIFF/PETITIONERS PHONE FROM MICHIGAN OF 248-666-1728 WAS
WIRE TAPED ON THE DATE AND TIME THIS CALL WAS MADE.
    THAT THIS PHONE CONVERSATION WITH CARL S. IS OF RECORD.. BUT THE GOVERMENT WILL
CONTINUE TO HIDE AND DECIEVE THE FACTS TO THE PLAINTIFFS STATEMENT AND DEMANDS.

41) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER COMES TO THIS TO THIS FEDERAL COURT IN SAN
DIEGO CALIFORNIA, AND ASKS FOR THE 10,000 DOLLARS PER MONTH BEGINING JAN 1 1995
    FURTHERMORE THAT THE GOVERMENT PAY THE PLAINTIFF MICHAEL FOX THE ARREARGAE AMOUNT DUE
FROM JAN 1 1995 TO CURRENT TIME AND DATE
    TO FURTHER CONTINUING PAYING THE PLAINTIFF THE 10,000 DOLLARS PER MONTH, UNTIL THE
PLAINTIFF DEATH.

42) THAT MICHAEL THE PLAINTIFF/PETITIONER FURTHER REQUSTS THAT THIS 10,000 DOLLARS PER
MONTH, BE AJUSTED YEARLY AS TO THE RAISES OF THE US ATTORNEYS OFFICE GETS THERE RAISES..
AND COST OF LIVING AJUSTMENTS... FROM 1995 TO THE CURRENT TIME AND DATE.
    KNOWING THAT THIS WILL DRASTICLY CHANGE THE CURRENT MONTHLY CHECK AMOUNT.

43) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUEST THAT THE 10,000 DOLLAR PER
MONTH PAST DUE CHECKS, ALONG WITH RATE INCREASES AND COST OF LIVING AJUSTMENT BE CHARGED

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW
AT A 12 PERCENT YEARLY RATE COMPOUNDED MONTHLY AT 1% INTREST.


44) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER WAS APPROACHED BY JASON HAMMI HIS NEXT DOOR
NEIGHBOR FROM 8885 TACKELS COURT IN WHITE LAKE MICHIGAN 48386-- IN THE SPRING/SUMMER OF
1996. AFTER THE PLAINTIFF/PETITIONER MICHAEL FOX COMMING BACK FROM FLORIDA AFTER 6 TO 7
MONTHS.
    THAT THIS JASON HAMMI TOLD MICHAEL FOX THE PLAINTIFF/PETITIONER ON SEVERAL DIRRERENT
OCCASIONS, THAT HE-THE PLAINTIFF/PETITIONER CAN RECIEVE 10,000 PER MONTH. A ONE HUNDRED
AND TWENTY THOUSAND DOLLAR A YEAR PAY CHECK (120,000)

45) THAT MICHAEL FOX THE PLAINTIFF PETITIONER WAS TOLD THIS AT LEAST 4 DIFFERENT TIMES,
AND THAT MICHAEL FOX THE PLAINTIFF/PETITIONER NEVER RESPONDED TO ANY OF THIS OFFER, FROM
THIS JASON HAMMI..
    THAT THIS JASON HAMMI IS OF AN IRAQI DESENT. FURTHERMORE THIS JASON HAMMI WAS MOVED TO
THIS AREA BY THE GOVERMENT, TO FURTHER MOVE IN ON THE PLAINTIFF/PETITIONER MICHAEL FOX.
    FURTHERMORE THAT THE GOVERMENT USED THIS MAN JASON HAMMI AS A MEDIATOR FROM THE
NONSENSE THE PEOPLE LIVING IN THIS SUBDIVISION INFLICTED ON-TO THE PLAINTIFF/PETITIONER
MICHAEL FOX..
    THAT THIS JASON HAMMI ADMITTED TO MICHAEL FOX THE PLAINTIFF/PETITIONER,  WHEN THE
PLAINTIFF/PETITIONER WAS UTTERLY GETTING INTO THIS JASON HAMMI'S FACE ABOUT THE GOVERMENT
AND THE NEIGHBORS IN THIS SUBDIVISION. THE PLAINTIFF STATING TO THIS JASON HAMMI THAT THE
GOVERMENT SENT YOU HERE TO FURTHER ADD TO THE BULLSHIT, AND TO BE A MEDIATOR OF THE
INFLICTIONS OF ABUSE AGANIST THE PLAINTIFF/PETITIONER MICHAEL FOX
    THAT THIS JASON HAMMI DID IN FACT ADMIT THAT THE GOVERMENT DID IN FACT MOVE HIM THERE
BECAUSE OF THE PLAINTIFF/PETITIONER MICHAEL FOX.

46) THAT MICHAEL FOX THE PLAINTIFF PETITIONER SAYS TO HIMSELF, THAT YOU SCUM, OFFER THE
PLAINTIFF/PETITIONER UTTER CHUMP CHANGE, FOR DESTROYING EVERYTHING THE PLAINTIFF EVER
OWNED AND DESTROYED EVERYTHING THE PLAINTIFF HAS EVER TRYED TO DO WITH HIS LIFE,. WHEN THE
PLAINTIFF IS TRYING TO BUILD A LIFE AND FURTURE FOR HIMSELF...
    BUT TO BE ONLY FURTHER PROVOKED, INTIMADATING AND SLANDERING EVERYDAY OF THE
PLAINTIFF/PETITIONER LIFE...
    THAT THIS OFFER OF 10,000 TEN THOUSAND DOLLARS HAPPENED IN 1996... AND TODAYS DATE OF
OCT OF 2007
    THE PLAINTIFF FURTHER STATES THAT THE WILLFUL AND INTENTFUL CONTINUING ATTACKS OF
CRIMINAL CIVIL RIGHTS ABUSE HAS CONTINUED FOR ANOTHER 11 YEARS OF THE PLAINTIFFS LIFE.
WITH THE CONTINUING ASSULTS, AND STAGED CAR WRECKS TO POSSIBLLY CAUSE DEATH IN THESE
STAGED CAR WRECKS. THE LOOSENING OF LUG NUTS ON THE PLAINTIFF/PETITIONER VEHICAL.
    IT WILL NEVER END UNTIL SOME KIND OF COURT ACTION IS INSTUTED TO SAVE THE
PLAINTIFF/PETITONER.. ON THIS TOTAL UNJUSTICE AND FURTHERMORE CRIMINAL COMPLAINT OF CIVIL
RIGHTS ABUSE, UNDER COLOR OF THE LAW..

47) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HAS BEEN TOLD BY THIS JASON HAMMI THAT
YOU-THE PLAINTIFF/PETITIONER SHOULD NEVER HAVE SAID WHAT YOU DID...

48) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER NEVER REPONDED  TO THIS QUESTIONING, AND
NEVER RESPONDED TO THE TEN THOUSAND DOLLAR PER MONTH OFFER..
    FURTHERMORE THE PLAINTIFF PETITIONER MICHAEL FOX, KNOWING IF HE EVER ACCEPTS THIS
MONEY, THAT THIS IS AN OPEN DOOR OF LETTING THESE SCUM INTO THE PLAINTIFF/PETITIONERS
LIFE.. THAT THE PLAINTIFF/PETITIONER DOES NOT WANT THESE PEOPLE IN HIS LIFE, KNOWING WHAT
THESE PEOPLE ARE, AND WHAT THEY REPRESENT, AND WHAT THEY ARE CAPPABLE OF..

48A) THAT MICHAEL FOX THE PLAINTIFF PETITIONER HAS ALWAYS BEEN TOLD THAT EVERYTHING IS
MICHAEL FOX THE PLAINTIFF/PETITIONER FAULT.. ITS ALL YOUR FAULT TO WHAT HAS HAPPENED TO
YOU, AND WHAT WILL CONTINUE TO HAPPEN TO YOU...

49) WHEREFORE MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER PETITIONS THE COURT TO AWARD
MICHAEL FOX THIS 10,000 PER MONTH CHECK.
    THAT MICHAEL FOX THE PLAINTIFF/PETITIONER TO BE FURTHER REIMBURSTED FROM BACK PAY
BEGINING JAN 1 1995 TO THE CURRENT TIME, AND DATE.
    THAT THE PLAINTIFF CONTINUE TO RECIEVE THESE CHECKS UNTIL THE PLAINTIFFS DEATH..

50) THAT THE PLAINTIFF/PETITIONER MICHAEL FOX FURTHER REQUESTS THAT THIS MONTHLY CHECK

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW

OFFERED BY THIS JASON HAMMI TO BE AJUSTED TO RAISES AND COST OF LIVING INCREASES AS DOES THE GOVERMENTS EMPLOYEES CHECKS RISE. BEGINING FROM JAN 1 1995 TO THE CURRENT TIME.

51) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER BE AWARDED ALL BACK RAISES AND COST OF LIVING INCREASES AS DID THE GOVERMENTS EMPLOYEES OF THIS AMOUNT OF TEN THOUSAND DOLLARS FROM FROM JAN 1995..

52) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER BE AWARDED  INTREST AMOUNT OF 12 PERCENT PER YEAR PAID MONTHLY ON THE UNPAID BALANCE OF THIS SAID MONEY, INCLUDING BACK COST OF LIVING AJUSTMENTS AND  YEARLY RAISES, WHICH IS PAST DUE AND OWING, UNTIL PAID IN FULL.
    FURTHERMORE THE CURRENT MONTHLY AJUSTED CHECKS ARE TO BE PAID MONTHLY THERE-AFTER.

53) THAT MICHAEL FOX WHILE LIVING IN FLORIDA, AND BEING ASSULTED RELENTLESSLY BY THE GOVERMENT AND ITS AGENTS AND EMPLOYEES, EX-MILITARY/CURRENT MILITARY AND SECURITY COMPANYS. THE PLAINTIFF/PETITIONER WROTE A HISTORY OF ABUSE, AND THE CURRENT NONSENSE GOING ON IN COLLIER, LEE, AND CHARLOTTE COUNTY.
    THE PLAINTIFF/PETITINER MICHAEL FOX DROVE TO MIAMI FLORIDA TO DELIVER IT TO THE ACLU FOR HELP..

53A) THAT ATTACHED HERETO AS EXHIBIT (17) IS 90 PAGE COMPLAINT AND 59 PAGES OF EXHIBITS IS A COPIES OF MICHAEL FOX THE PLAINTIFF/PETITIONERS HISTORY OF ABUSE GIVEN TO THE ACLU IN MIAMI FLORIDA...

53B) COPY OF THE LETTER FROM ACLU DENYING TO ACCEPT THIS CASE, AND TO FURTHER LOOK ON FOR AN ATTORNEY ELSEWHERE..ATTACHED HERETO AS EXHIBIT (18)

54) THAT EVERYWHERE MICHAEL FOX THE PLAINTIFF/PETITIONER WENT TRYING TO GET LEGAL REPRESENTATION.  EACH AND EVERYONE OF THESE ATTORNEYS WHERE GOTTEN TO, BY SOME UNKNOWN GOVERMENT POLICING AGENCY AND THERE SECURITY COMPANYS.
    THAT THE  PLAINTIFF IS UNABLE TO GET PROPER LEGAL ADVICE AND REPRESENTATION THAT WILL FIGHT FOR THE HUMAN AND CIVIL RIGHTS OF THE PLAINTIFF/PETITIONER MICHAEL FOX...

55) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER DROVE TO JACKSON HOLE WYOMING TO SEE ATTORNEY JERRY SPENCE. THAT THIS ATTORNEY REPRESENT THE MAN, RANDY WEAVER IN THE RUBY RIDGE CASE FROM IDAHO.

56) THAT THIS CASE WAS ABOUT HOW A MAN REGAINED FIRE ARMS AGAINST THE GOVERMENT AND ITS FBI--- THAT THE FBI TRYED TO FORCE THIS MAN TO BE A POLICE OR GOVERMENT INFORMANT...

57) THAT BECAUSE OF THESE PEOPLE IN THE GOVERMENT POLICE AND AGAIN BECAUSE OF THESE GOVERMENT AGENTS THROUGH THERE POWER, ARE ABLE TO DESTROY ANYONE THEY SO CHOOSE TO.. RANDY WEAVER FOUGHT FOR HIS RIGHTS, AND PEOPLE DIED BECAUSE OF IT.... PEOPLE ALWAYS HAVE TO DIE BECAUSE YOU STAND UP FOR YOUR RIGHTS.
    RANDY WEAVER FOUND NOT GUILTY OF MURDER, BUT FOUND GUILTY OF GUN VIOLATIONS AND DOES 6 MONTHS IN PRISON. I BELIEVE 5 PEOPLE DIED IN THIS INCIDENT.

58) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER THOUGHT THAT THIS ATTORNEY JERRY SPENCE WOULD ACCEPT THS CASE EASYLY AFTER READING ABOUT WHAT THE GOVERMENT POLICE AND ITS EMPLOYEES AND UNKNOWNS HAVE DONE TO THE PLAINTIFF/PETITIONER MICHAEL FOX IN HIS LIFE TIME..

59) THAT WHEN MICHAEL FOX WENT TO THE SPENCE LAW FIRM TO HAND DELIVER THIS BOOKLET OF ABUSE, AND ADDITIONAL DOCUMENTED WRITINGS OF ABUSE..
    THE PLAINTIFF MICHAEL FOX WALKING ACROSS THE ROAD, AND HERE COMES A TALL MAN APPROX 6FT 2IN AND WEIGHING APPROX 210LBS THAT IS WAITING FOR THE PLAINTIFF/PETITIONER MICHAEL FOX TO CROSS THE ROAD, TO GO INTO THE SPENCE LAW FIRM.
    AS MICHAEL FOX THE PLAINTIFF/PETITIONER WALKS ACROSS THE ROAD, THIS MAN COMES WALKING DOWN THE ROAD LIKE HE WANTS TO KILL THE PLAINTIFF/PETITIONER MICHAEL FOX,

60) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER LOOKED DOWN THIS MAN AND WOULD NOT FLINCH, THAT MICHAEL FOX HAS COME FOR LEGAL REPRESENTATION TO PUT YOU SCUM IN A JAIL CELL. RIGHT WHERE YOU BELONG..
    THAT THIS MAN WALKED AWAY AS HE KNEW THAT THE PLAINTIFF PETITIONER WAS HOLDING HIS GORUND AND WAS READY TO GET PHYSICAL IF SO NEED TO BE...

61) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER WALKS INTO THIS LAW FIRM AND SAW THE SECRETARY, MICHAEL FOX THE PLAINTIFF/PETITIONER STATING HE HAS A CASE LIKE THE RUBY RIDGE

Page 9

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW
CASE, BUT ONLY NO-ONE HAS DIED AS OF YET..
    THAT THIS SECREATARY JUST SQUIRMED WHEN THE PLAINTIFF/PETITIONER STATED THIS..

62) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER STATED HE WANTED TO SEE JERRY SPENCE. THAT
THE SECRETARY TOLD THE PLAINTIFF/PETITIOER HE COULD NOT, AND THAT SHE WILL TRY TO GET
ANOTHER ATTORNEY, BUT THAT ALL ATTORNEYS ARE IN A MEETING RIGHT NOW.

63) THAT MICHAEL FOX THE PLAINTIFF PETITIONER SAW A ATTORNEY, AND HAD A BRIEF DISCUSSION.
    MICHAEL FOX THE PLAINTIFF GAVE THE BLACK BOOKLET THAT THE PLAINTIFF PETITIONER GAVE TO
THE ACLU ALONG WITH ADDTIONAL TYPED INCIDENTS OF FURTHER GOVERMENT ABUSE AGAINST THE
PLAINTIFF/PETITIONER MICHAEL FOX:..WHICH ARE IN THE BACK OF THE BLACK BINDER LISTED IN
NUMERAL ORDER 1 THRU 9--- AND TO READ IT IN THAT MANNER..WHICH ARE ATTACHED HERETO AS
EXHIBITS (19) 62 PAGE COMPLAINT OF ABUSE.
    THAT THIS ATTORNEY FROM THE SPENCE LAW FIRM IS ACTING VERY PROVOKING AND INTIMADING
AGAINST THE PLAINTIFF/PETITIONER MICHAEL FOX...

64) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER THINKING TO HIMSELF AS HE LEAVES THIS LAW
FIRM, IS THIS ANOTHER DEAL WERE THE GOVERMENT IS AGAIN GOING TO BLOCK THE
PLAINTIFF/PETITIONER MICHAEL FOX FROM LEGAL COUNSEL
    THAT IS THIS FURTHERMORE WHERE THE GOVERMENT, AND ITS EMPLOYEES ARE INSIDE THIS LAW
FIRM, ACTING AS ATTORNEYS OR SECREATARY HELP..
    FURTHERMORE, WHO WAS THIS MAN OUTSIDE OF THIS LAW FIRM, WAITING FOR THE
PLAINTIFF/PETTITONER MICHAEL FOX WHEN COMMING TO SEE THE SPENCE LAW FIRM..
    THESE GOVERMENT PEOPLE THAT POLICE THE PLAINTIFF, KNOW EVERY-MOVE THE
PLAINTIFF/PETITIONER IS MAKING, ONLY TO FURTHER PROKE AND INTIMADE, AND PREVENT THE
PLAINTIFF FROM GETTING LEGAL COUNSEL.

65) THE GOVERMENT EMPLOYEES AND ITS POLICE AND UNKNOWNS, DO THIS, UNTIL YOU CAVE IN, OR
GIVE UP. OR YOU KILL YOURSELF, OR YOU GO POSTAL, AND KILL SOMEONE...
    THEY FINANCIAL DESTROY YOU, ALONG WITH DESTROYING EVERYTHING IN YOUR LIFE.. THEY
DETSROY YOUR HEALTH, THEY DESTROY YOUR MIND. THEY TAKE AWAY YOUR PEACE AND JOY IN LIFE..
    THEY STRIP YOU OF ALL YOUR CIVIL RIGHTS, AND FURTHER PREVENT YOU FROM EVER GETTING
YOUR DAY IN COURT.. (WHY------BECAUSE THEY CAN)

66) THE GOVERMENT AND THERE EMPLOYEES AND THE POLICE AGENCIES, DO THIS TO THE
PLAINTIFF/PETITIONER MICHAEL FOX, BECAUSE THEY CAN, THEY KNOW THEY ARE EXEMPT FROM
CRIMINAL PROSECUTION, AND CAN GET AWAY WITH ANYTHING THEY SO CHOOSE TO..

67) ATTACHED HERETO IS A COPY OF AN EMAIL RECIEVE FROM THE SPENCE LAW FIRM, STATING THEY
WILL NOT REPRESENT THE PLAINTIFF/PETITIONER MICHAEL FOX COPY OF EMAIL ATTACHED HERETO AS
EXHIBIT (20)

67A) ALSO ATTACHED, IS A LETTER TO MICHAEL FOX WHEN THE PLAINTIFF/PETITIONER WENT TO PICK
UP THE WRITTEN DOCUMENTS OF ABUSE FROM THE SPENCE LAW FIRM.
    THAT THE PLAINTIFF PETITIONER PICKED UP THESE DOCUMENTS ON FROM ATTORNEY MEL ORCHARD
ON FRIDAY JULY 7 2006
    A LETTER ATTACHED TO IT TELLING MICHAEL FOX GOOD LUCK IN IT..
    LETTER ATTACHED HERETO AS EXHIBIT (21)

67B) THAT THE PLAINTIFF/PETITIONER HEARS THIS MESSAGE ALL THE TIME, IN A VERY WICKED AND
NASTY TONE OF VOICE, GOOD LUCK TO YOU.. GOOD LUCK TO YOU MR. FOX, IS WHAT THEY TELL THE
PLAINTIFF/PETITIONER

68) THAT THE PLAINTIFF/PETITIONER MICHAEL FOX FURTHER STATES THAT THE TYPED EVENTS LABELED
AS EXHIBITS (19) 62 PAGE COMPLAINT..CAN AT TIMES, BE VERY NASTY AND ABUSIVE LANGUGE.

69) THAT THE PLAINTIFF/PETITIONER FURTHER STATES THAT THE GOVERMENT AND THERE POLICE
AGENCYS THAT TRACKS THE PLAINTIFF, FURTHER DESTROYING THE PLAINTIFF/PETITIONER.  WHAT
THEY CAN DO TO YOUR HEALTH AND MIND. AND YOUR SANITY.
    THAT THESE TYPED WRITTEN DOCUMENTATION ATTACHED AS EXHIBIT (18) 62 PAGE COMPLAINT OF
ABUSE--- SHOWS IN THE LANGUAGE USED, AND THE UTTER RAGE, AND FUSTRATION THAT THE
PLAINTIFF/PETITIONER HAS LIVED THROUGH FOR OVER TWENTY YEARS OF HIS LIFE..
    THAT THE PLAINTIFF/PETITIONER FURTHER STATES WHILE DOCUMENTING AND TYPING THE ABOVE
EXHIBITS. THAT THE PLAINTIFF/PETITIONER BECOMING OVERWHEILMED WITH ANGER, AND RAGE, WAS
SWEATING LIKE A PIG IN 200 DEGREE HEAT...
    THAT THE PLAINTIFF WAS UNTERLY ENRAGED WHILE TYPING AND WRITTING SOME OF THIS
DOCUMENTATION. AND STILL BECOMES UTTER ENRAGED, AT THE THOUGHT OF THE ABUSE THAT THE

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW
PLAINTIFF/PETITIONER HAS ENDURED FOR WELL OVER TWENTY YEARS OF HIS LIFE...

70) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HAS ALWAYS LOOKED FOR LEGAL REPRESENTATION, BUT HAS ALWAYS BEEN TURNED DOWN.. FROM THE STATE OF MICHIGAN, TO THE STATE OF FLORIDA, TO THE STATE OF VIRGINA THE STATE OF TEXAS AND WYOMING.
     THAT IT IS ONLY EVIDENT THAT THESE ATTORNEYS HAVE BEEN PRE INFORMED BY SOME GOVERMENT AGENCY AND THERE EMPLOYEES, ABOUT MICHAEL FOX THE PLAINTIFF/PETITIONER...

71) THAT FROM THE WRITTEN STATEMENTS, AND ADDTIONAL EXHIBITS THAT ARE ATTACHED HERETO THIS COMPLAINT, FOR THE  PETITION FOR RELIEF OF ABUSE AND MONETARY RIGHTS AND THE CONTINUING COMPLAINT OF CRIMINAL DEPRIVATIONS OF CIVIL RIGHTS ABUSE UNDER COLOR OF THE LAW.

72) THAT THE FORE-GOING EXPLANATION OF ABUSE, THE PLAINTIFF/PETITIONER MICHAEL FOX HAS INDURED FOR WELL OVER 20 YEARS. THE PHYSICAL CONDITION OF THE PLAINTIFF/PETITIONER HAS SEVERLY CHANGED.
     THAT AS OF THE CURRENT TIME. THE PLAINTIFF/PETITIONER HAS LUMPS GROWING ALL OVER HIS BODY. AND MORE LUMPS HAVE STARTED TO GROW AS EXSISTING LUMPS CONTINUE TO GROW BIGGER...

72A) THAT THESE LUMPS ARE A FATTY TISSUE. THAT DOCTORS HAVE TOLD THE PLANTTIFF THAAT YOU HAVE ARE IN YOUR FAMILY, AND MEMBERS IN YOUR FAMILY MUST HAVE THEM.

73) THAT THE PLAINTIFF/PETITIONER HAS BEEN TOLD THIS BY 3 OR 4 DIFFERENT DOCTORS. THAT MICHAEL FOX THE PLAINTIFF/PETITIONER BELIEVES THE GOVERMENT HAS TOLD THE DOCTORS TO TELL THIS TO THE PLAINTIFF/PETITIONER MICHAEL FOX..

74) THAT DURING THE PAST 20 PLUS YEARS. THE PLAINTIFF/PETITIONER HAS HAD HUGE WEIGHT LOSS GAINS AND LOSSES...AMOUNTING IN THE WEIGHT GAIN OF 50 TO 90 LBS AND WEIGHT LOSSES OF 50 TO 80LBS

75) THAT DOCTOR MARIO MANCINI OF SAN DIEGO CALIFORNIA, HAS TOLD MICHAEL FOX THE PLAINTIFF/PETITIONER THAT BECAUSE OF THE STRESS YOU HAVE LIVED UNDER FOR PAST TWENTY PLUS YEARS AND THE WEIGHT LOSS AND GAINS THAT YOU HAVE HAD. THAT THE STRESS HAS BROKEN YOUR BODY DOWN, AND IT NO LONGER DISPOSES OF THE FAT NORMALLY.. AND THAT IS WHAT IS CAUSING THESE LUMPS OF FAT TO GROW ALL OVER YOUR BODY, AND MOST LIKELY WILL CONTINUE TO GROW...

76) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER STATES THAT NO-ONE IN THE FOX FAMILY HAS THESE LUMPS GROWING ON THEM. NEITHER MOTHER OR FATHER..OR BROTHER..

77) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER WILL SHOW PROOF OF THESE LUMPS ON PLAINTIFF/PETITIONERS BODY, IN COURT, ON THE HEARING OF THIS PETITION AND COMPLAINT..

78) THAT THESE LUMPS OF FAT HAVE TO BE SURGICULY REMOVED.. WHEREFORE THE PLAINTIFF MICHAEL FOX ASKS FOR MEDICAL TREATMENT OF THESE LUMPS OF FAT AND ADDITIONAL MEDICAL AND DENTAL, AND OPTICAL TREATMENT FOR THE LIFE OF THE PLAINTIFF/PETITIONER MICHAEL FOX...

79) THAT MICHAEL FOX, THE PLAINTIFF/PETITIONER HAS ALWAYS TRYED TO KEEP HEALTHY, BUT EVERYWHERE THE PLAINTIFF EVER GOES TO EXERCISE AND WORK OUT, THE PLAINTTIFF/PETITIONER IS ATTACKED BY SOME SORT OF GOVERMENT POLICE FORCE...

80) THAT IT SEEMS THAT EVERY DOCTOR THAT THE PLAINTIFF/PETITIONER EVER SEES IS PRE INFORMED OF MICHAEL FOX, AND THE DOCTOR HAS BEEN TOLD WHAT TO DO IN BEHALF OF THE PLAINTIFF/PETITIONER MICHAEL FOX HEALTH SITUATION.

81) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HAS SUFFERED SEVERE PHYSICAL AND EMOTIONAL TAUMA DUE TO THE ATTACKS AGAINST THE PLAINTIFF/PETITIONER MICHAEL FOX IN THE EXCESS OF THE PAST TWENTY YEARS.. AND WILL CONTINUE TO DO SO, AS THE PLAINTIFF/PETITIONER MICHAEL FOX GETS OLDER.

82) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER REQUESTS THAT HE BE GIVEN A FULL HEALTH INSURANCE PROGRAM, INCLUDING FULL PERSCIPTION AND FULL DENTAL, AND OPTICAL PROGRAM BY THE GOVERMENT..

82A) THAT MICHAEL FOX THE PLAINTIFF HAS SEVERE HEALTH PROBLEMS NOW, DUE TO MANY STAGED CAR WRECKS, AND THE LINGERING EFFECTS FROM THEM. AND THE SEVERE STRESS THAT ALSO HAS BROKEN THE BODY DOWN OF THE PLAINTIFF MICHAEL FOX.
     WHEREFORE THE PLAINTIFF AGAIN INSISTS AND ASKS THIS COURT TO ORDRER THE GOVERMENT TO SUPPLY THE PLAINTIFF WITH LIFE TIME HEALTH-DENTAL-PERSRIPTION AND OPTICAL HEALTH INSURANCE

Page 11

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW

DUE TO THE GOVERMENT GROSS AND INTENTFUL WRONG DOINGS TO THE PLAINTIFF MICHAEL FOX FOR WELL OVER 20 YEARS OF HIS LIFE.

83) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER OWNS A WATERFRONT VACANT LOT THAT THE PLAINTIFF MICHAEL FOX HAS BEEN TRYING TO SELL SINCE 1995. LOT NUMBER 23 TIMBERLINE ESTATES ON BRONCO DRIVE. PARCEL ID NUMBER J-08-31-229-012

84) THAT MICHAEL FOX THE PLAINTIFF PETITIONER WAS TOLD BY ATTORNEY DAVID HULL IN THE OAKLAND COUNTY COURT HOUSE IN PONTIAC MICHIGAN IN JANUARY OF 1998. AFTER HAVING TO MOVE BACK TO MICHIGAN FROM ROANOKE VIRGINA.
    THAT THIS ATTORNEY DAVID HULL TELLING THE PLAINTIFF MICHAEL FOX, THAT THE STATE OF MICHIGAN WILL NEVER LET YOU GO..

84A) THAT MICHAEL FOX THE PLAINTIFF PETITIONER WAS ALWAYS SUED IN THE 50TH DISTRICT COURT IN PONTIAC MICHIGAN BY THIS ATTORNEY DAVID HULL WHOM WORKED FOR THE OAKLAND LIVINSTON LEGAL AID DEPARTMENT.
    THAT THIS ATTORNEY DAVID HULL WOULD REPRESENT TENENTS MICHAEL FOX THE PLAINTIFF/PETITIONER WAS TRYING TO EVICT FROM THE PLAINTIFFS APARTMENT BUILDINGS FOR NON PAYMENT OF RENT OR FOR SELLING DRUGS, OR FOR WHAT EVER REASON.

84B) THAT  DURING THIS CONVERSATION IN JAN OF 1998 WITH ATTORNEY DAVID HULL, HE TELLS THE PLAINTIFF/PETITIONER HE WORKS NO MORE FOR THE LIVINGSTON LEGAL AID DEPT, AND NOW WORKS WITH A LAW FIRM IN CLARKSTON MICHIGAN..

84C) THAT THIS DAVID HULL IS A POSSIBLE GOVERMENT EMPLOYEE, AND IS IN FACT WORKING WITH SOME GOVERMENT AGENCY IN MICHIGAN AGAINST MICHAEL FOX THE PLAINTIFF/PETITIONER

85) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HAS BEEN TOLD BY OTHER PEOPLE, THAT THE PLAINTIFF WILL WILL NEVER SELL THAT LOT, NAMES ARE LOCKED UP AND NOT AVAILABLE AT THE PRESENT TIME.

86) THAT THE COMPLAINT GIVEN TO THE SENATORS IN WASHNTON DC AND THE US DEPARTMENT OF JUSTICE IN WASHINTON DC. THAT THIS COMPLAINT HAS IN IT THE BRAKE TAMPERING OF THE PLAINTIFF/PETITIONERS VEHICAL, AND THE MAN THAT WAS WEARING THE TEE SHIRT AT THE REPAIR SHOP. THAT SAYS---(IF YOU LOVE SOMEONE---SET THEM FREE---IF THEY DO'NT COME BACK----HUNT THEM DOWN AND KILL THEM)-THIS IS DOCUMENTED IN 50 PAGE COMPLAINT GIVEN TO SENATORS ANS CONGRESSMAN AND US JUSTICE DEPT-LISTED AS EXHIBIT 2 IN THIS COMPLAINT.

86A) THAT THE PLAINTIFF MICHAEL FOX IN  JANUARY 1998 THROUGH AUGUST OF 1998 TRYED TO FIND A BUILDER TO BUILD A SPECK HOME ON THIS LOT..
    BUT BECAUSE OF THE PHONE WIRE TAP SURVALIENCE, MICHAEL FOX WAS INTIMADED AND PROVOKED AND UNABLE TO SELL THIS LOT TO A BUILDER OR HAVE A SPECK HOME BUILT ON THIS LOT, AND THAT THE PLAINTIFF/PETITIONER WAS GOING TO WAIT UNTIL THE HOME SOLD, UNTIL RECIEVING MONEY FOR THE VACANT WATER-FRONT LOT..

87) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER IS AT ROOKIES SPORTS BAR IN INCLINE VILLAGE NEVADA WATCHING  THE FIRST PLAY OFF GAME OF THE 2007 NATIONAL LEAGUE CHAMPIONSHIP SERIES BETWEEN THE CHICAGO CUBS VS. ARIZONIA DIAMOND BACKS..THAT APPROX DURING THE 4 INNING. THAT AN OLD MAN CAME IN WITH WHITE HAIR. AND SAT NEXT TO MICHAEL FOX WHILE SITTING AT THE BAR WATCHING THE GAME.
    THIS MAN STATING HE HAD TO COME WATCH THE GAME BECAUSE IT WAS ON PAID TELEVISION... THIS MAN MAKING UP A LIE..

87A) THAT THIS OLD MAN LOOKS LIKE THE MAN THAT MIGHT HAVE BEEN OUTSIDE THE JUSTICE DEPARTMENT IN WASHINGTON DC TRYING TO PROKE THE PLAINTIFF MICHAEL FOX AFTER DELIVERYING THE COMPLAINT TO THE JUSTICE DEPARTMENT.

87B) THAT THIS OLD MAN ALSO LOOKED LIKE THE LITTLE WHITE HAIRED MAN THAT WAS INSIDE THE TIRE KINGDOM IN THE STATE OF FLORIDA, WEARING THE TEE SHIRT THAT STATED- IF YOU LOVE SOME ONE--SET THEM FREE---IF THEY DO'NT COME BACK--HUNT THEM DOWN AND KILL THEM...
    THIS IS RIGHT AFTER MICHAEL FOX THE PLAINTIFF/PETITIONER LEAVES WORK IN MARCH OF 2003 AND FINDING HE HAS NO BRAKES..
    AGAIN THAT THERE IS WRITTEN DOCUMENTATION OF THIS INCIDENT IN COMPLAINT TO JUSTICE DEPT. AND SENATORS AND CONGRESSMAN. AND NOW THIS COURT THE UNITED STATES ATTORNEYS OFFICE AND FBI OF SAN DIEGO CALIFORNIA...ATTACHED TO THIS COMPLAINT AS EXHIBIT (2)

87C)THAT THIS LITTLE OLD WHITE HAIRED MAN TOLD THE PLAINTIFF HE WAS FROM THE MIDWEST,

Page 12

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW
PLAINTIFF/PETITIONER KNOWING THIS IS ANOTHER STAGED INCIDENT. AND NEVER CONFRONTED THIS MAN.

87D)THAT THIS IS FURTHER PROOF OF THE PEOPLE WHO POLICE AND STALK THE PLAINTIFF MICHAEL FOX, AND WHAT THEY ARE CAPABLE OF, AND THE FACTS THAT THEY WILL NOT ALLOW MICHAEL FOX THE PLAINTIFF/PETITIONER THE RIGHT TO SELL HIS PROPERTY... THAT THEY WANT TO FORCE THE PLAINTIFF MICHAEL FOX TO LIVE IN MICHIGAN, WHERE THEY WILL CONTINUE TO DESTROY AND PROKE AND INTIMADE THE PLAINTIFF..

87E)THAT THIS MAN PAID WITH CASH AFTER EATING AND DRINKING--THAT THESE PEOPLE THAT TRACK THE PLAINTIFF ALWAYS PAY IN CASH, BECAUSE THEY CAN NOT BE TRACKED THAT WAY. PAYING WITH CREDIT CARD LEAVES A TRAIL.

88) THAT THE PEOPLE THAT POLICE THE PLAINTIFF MICHAEL FOX WILL NOT ALLOW MICHAEL FOX THE PLAINTIFF/PETITIONER TO SELL THIS VACANT LAND OR PROPERTY.
    NOW THAT THE HOUSING INDUSTRY HAS COLAPSED, AND IS FALLING, AND THE COLAPSE OF THE ECONOMY IN MICHIGAN, THE PROPERTY HAS FALLEN GREATLY IN VALUE AND WILL BE A LOT HARDER TO SELL.

89) THAT BECAUSE OF THESE UNKNOWN GOVERMENT EMPLOYEES AND THERE POLICE AND SECURITY COMPANYS THAT HAVE, AND CONTINUE TO DESTROY EVEYTHING THIS PLAINTIFF/PETITIONER MICHAEL FOX OWNS, AND HAS FURTHER DENIED THE PLAINTIFF/PETITIONER THE RIGHT TO SELL THIS VACANT LOT.
    THAT THE PLAINTIFF DEMANDS THAT THE GOVERMENT BUY THIS LAND FOR 200 THOUSAND DOLLARS...ASSUMMING ALL SPECIAL ACESSMENT.

90) THAT THE PLAINTIFF/PETITIONER FURTHER REQUEST THAT THIS COURT ENFORCE THE UNITED STATES ATTORNEY OFFICE, FBI AND UNITED STATES JUSTICE DEPT, TO TRACK DOWN THESE PEOPLE WHO HAVE DENIED THE PLAINTIFF/PETITIONER TO SELL THIS PROPERTY, AND FORCE THEM TO PAY BACK THE FEDERAL GOVERMENT BACK FOR THE 200 THOUSAND DOLLARS, INCLUDING BACK INTREST AND ALL LEGAL FEES, AND INVESTIGATION TIME INCLUDED IN THIS RIGHT FOR DUE JUSTICE..

91) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER ASKS TO BE PLACED IN THE WITNESS PROTECTION PROGRAM WHILE WORKING WITH WHOM EVER IN REGARDS TO THIS HUGE CIVIL RIGHTS VIOLATIONS.
    THAT THESE CONSITUTION VIOLATERS OF THE UNITED STATES OF AMERICA, WILL CONTINUE TO TRACK AND PROKE AND INTIMADE, AND POSSIBLE KILL THE PLAINTIFF/PETITIONER MICHAEL FOX DURING THIS CONTINUING INVESTIGATION AND PENDING CRIMINAL AND CIVIL RIGHTS VIOLATIONS..

92) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER KNOWS THESE PEOPLE WILL CONTINUE TO LOOK FOR THE PLAINTIFF MICHAEL FOX. THAT THESE PEOPLE WILL NOT ABIDE BY ANY RESTAINING ORDER, AND THAT THE PLAINTIFF/PETITIONER FURTHER DEMANDS THAT HE BE RELOCATED AT THE GOVEREMENTS EXPENSE, AND TO BE RELOCATED ANYWHERE THE PLAINTIFF/PETITIONER SO DESIRES TO LIVE. ANYWHERE IN THE WORLD OR IN THE UNITED STATES OF AMERICA.

93) THAT BECAUSE OF MICHAEL FOX THE PLAINTIFF/PETITIONER ALWAYS MOVING AND TRYING TO GET AWAY FROM THESE PEOPLE AND UTTERLY TRYING TO AVOID THESE PEOPLE.
    THAT THESE UNKNOWN GOVERMENT AGENCYS AND SECURITY COMPANYS FOLLOWING THE PLAINTIFF/PETITIONER EVERYWHERE. FURTHER DESTROYING EVERYTHING IN THE PLAINTIFF LIFE. HAVING UTTERLY DESTROYED THE PLAINTIFFS HEALTH, AND MENTAL STATE OF MIND. FURTHERMORE TO WHERE POSSIBLE DEATH, OR CATASTROPIC HEALTH IMPAIRMENT CAN OCUR IF THE PLAINTIFF BECOMES PARILIZED FROM BLOOD CLOTTING, DUE FROM THIS STAGED CAR WRECK ON FEB 4 2004 IN GALVISTON TEXAS.
    THAT THE PLAINTIFF SURLY NEEDS TO BE PLACED IN THE  WITNESS PROTECTION PROGRAM, AND BE RELOCATED. THAT THE PLAINTIFF BASICLY DEMANDS THIS, AND FURTHER REQUESTS THE COURT TO SIGN THE PETITION AND ORDER TO THIS EFFECT.

93A) WHEREFORE MICHAEL FOX THE PLAINTIFF/PETITIONER ASKS THIS COURT TO SUPPLY THE PLAINTIFF/PETITIONER WITH AN ATTORNEY FROM A LARGE ATTORNEY FIRM, THAT IS FAMILAR WITH FEDERAL CIVIL RIGHTS LAW.
    THAT ALL MONEY JUDGEMENTS AWARDS, AND THERE LEGAL FEES BE PAID BY THE GOVERMENT.
    THIS COURT TO FURTHER ORDER THE FBI AND US ATTORNEYS OFFICE, AND UNITED STATES JUSTICE DEPARTMENT TO FIGHT THE GOVERMENT AGENCIES, MILITARY FORCES, SECURITY COMPANYS AND PRIVATE DETECTIVE FIRMS AND PRIVATE INDIVIDULES FOR REINBUSTMENT OF ALL LEGAL FEES INCURED FROM THERE GROSS MISCONDUCT...

93B) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HAS TO PAY NO LEGAL FEES OF THE 50 BILLION

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW
DOLLAR PLUS MONEY JUDGEMENT HE IS SEEKING...OR PAY ANY SUCH MONIES ARISING FROM THIS CIVIL
JUDGEMENT AND CRIMINAL COMPLAINT THAT THE PLAINTIFF IS SEEKING...

94) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER ASKING THIS COURT TO HEAR ALL CIVIL
AND CRIMINAL RIGHTS VIOLATIONS AND GOVEREMENT ABUSE IN SAN DIEGO CALIFORNIA.
     THAT THE PLAINTIFF/PETITIONER HAS ALWAY TRYED TO MOVE AWAY FROM THESE PEOPLE, BUT
THESE UNKNOWN PEOPLE, AND GOVERMENT AGENCYS JUST CHASE THE PLAINTIFF/PETITIONER MICHAEL
FOX WHERE EVER HE GOES IN THIS COURNTY OR OTHER COUNTRYS..
     THAT IT IS ONLY RIGHT THAT THESE PEOPLE HAVE TO COME TO THIS ONE COURT IN THE SOUTHERN
DISTRICT OF CALIFORNIA TO DEFEND THERE SORRY ACTS OF CRIME AGAINST THE
PLAINTIFF/PETITIONER MICHAEL FOX.

94A) THAT THE PLAINTIFF/PETITIONER FURTHER STATES WHY SHOULD HE HAVE TO TRAVEL ALL OVER
THE UNITED STATES OF AMERICA TO DIFFERENT COURT JURISDICTIONS. WHEN THE
PLAINTIFF/PETITIONER MICHAEL FOX HAS DONE EVERYTHING TO RUN AWAY AND AVOID THESE GOVERMENT
POLICING AGENCYS AND SECURITY COMPANYS, AND THEIR GOVERMENT EMPLOYEES.
     THAT MICHAEL FOX THE PLAINTIFF/PETITIONER ONLY TRYING TO FURTHER AVOID THEM, BUT IS
UNABE TO, DUE TO THE ARMY THEY HAVE, AND ALL THERE SERVAILENCE EQUIPMENT, AND UNLIMITED
FUNDING. WHICH IS FURTHER PROOF OF THERE GROSS MISS COUNDUCT OF THERE POWER, AND THERE
GROSS INTENTFUL MALICE AND INFLICTION OF HARDSHIPS OF THE PLAINTIFF/PETITIONERS MICHAEL
FOX.
     FURTHERMORE THE NON STOP CIVIL RIGHTS BEING RELENTLESS VIOLATED. AND THEY NEVER WILL
STOP UNTIL SOME JUDGE AND COURT ACTION COMES TO SAVE THE PLAINTIFF MICHAEL FOX OF THIS
ABUSE.

94B) THAT MICHAEL FOX FURTHER REQUESTS THAT THIS HONORABLE COURT FORCE THESE GOVERMENT
AGENCYS AND THERE EMPLOYEES AND FURTHERMORE THESE UNKNOWNS, TO COME TO THE FEDERAL COURT
HOUSE IN SAN DIEGO CALIFORNIA, TO DEFEND THEMSELFS IN THIS GROSS INFLICTION OF THE
PLAINTIFF/PETITIONERS CIVIL RIGHTS BEING VIOLATED RELENTLESS..THAT IT WILL INFACT FURTHER
CAUSE GREAT CONFUSSION AND UNWARRANTED STRESS ON THE PLAINTIFF/PETITIONER MICHAEL FOX
HAVING TO DRIVE ALL OVER THE UNITED STATES OF AMERICAN. TO THE FEDERAL COURT HOUSES OF THE
CRIMES IN WHICH JURISDICTION WHERE THESE CRIMES WHERE INFLICTED UPON THE
PLAINTIFF/PETITIONER MICHAEL FOX.

95) THAT IF THIS IS NOT ACCEPTABLE FOR THE COURT TO DO SO, THE PLAINTIFF/PETITIONER
FURTHER REQUEST THAT THE COURT ORDER THE US JUSTICE DEPARTMENT, THE US ATTORNEYS OFFICE
AND FBI, TO HANDLE THE LEGAL FORMALITIES, AND SEND WHICH EVER PARTS OF THE COMPLAINT TO
WHAT EVER COURT JURISDICTION THESE CRIMES HAVE OCCURED IN. AND TO FURTHER PROSECUTE AND
CONVICT THESE GOVERMENT AGENCIES AND THEIR EMPLOYEES AND THE UNKNOWNS AND TO SENTENCE
HARSH CIVIL PENILTIES AND PRISON CONFIEMENT. EXCEEDING ONE YEAR TO NATURAL LIFE IN
PRISON..

96) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER ASKS THIS COURT TO FURTHER MAKE THE
GOVERMENT PAY HIS TRAVELING AND HOUSING EXPENSE DURING ANY AND ALL LEGAL MATTERS OUTSIDE
OF THIS COURTS JURISDICTION... THAT WHY SHOULD THE PLAINTIFF/PETITIONER BE RESPONSIBLE FOR
THE GROSS NEGLIGENTS OF THESE GOVERMERNT OFFICIALS, AND POLICE AND SECURITY COMPANYS, THAT
HAVE RELENTLESS ATTACKED THE PLAINTIFF/PETITIONER  MICHAEL FOX NO MATTER WHERE THE
PLAINTIFF/PETITIONER HAS GONE TO LIVE, AND BUILD A FUTURE FOR HIMSELF...

97 THAT DUE TO THE GOVERMENT AND ITS EMPLOYEES AND POLICE FORCES GROSS AND NEGLIGENT
ATTACKS WHICH ARE WILLFULLY AND INTENTFULLY TO HARM THE PLAINTIFF/PETITIONER MICHAEL FOX,
THE PLAINTIFF HAS UTTERLY SHELTERED HIMSELF AWAY FROM ANY AND ALL PEOPLE.
     THAT THE PLAINTIFF/PETITIONER DOES NOT HAVE ANY FRIENDS AND DOES NOT HAVE ANY
RELATIONSHIPS DUE TO THIS THE LIFE LONG ABUSE OF ATTACKS AGAINIST THE
PLAINTIFF/PETITIONER.
     THAT MICHAEL FOX THE PLAINTIFF/PETITIONER DOES NOT, AND WILL NOT TRUST ANYONE, POSSIBLE
FOR THE REMAINING LIFE TIME OF THE PLAINTIFF PETITIONER..

97A) THAT MICHAEL FOX THE PLAINTIFF PETITIONER NEEDS TO BE RELOCATED AND FURTHER PLACED
INSIDE THE WITNESS PROTECTION PROGRAM, TO WHERE NO-ONES KNOWS THE PLAINTIFF/PETITIONER,
AND THE PLAINTIFF MIICHAEL FOX CAN LIVE IN PEACE..

98) THAT THE PLAINTIFF/PETITIONER FURTHER STATES--- IF THESE GOVERMENT AGENCYS AND POLICE
AGENCIES AND SECURITY COMPANYS AND THERE PRIVATE DETECTIVES  HAVE DONE THIS TO THE
PLAINTIFF/PETTIONER MICHAEL FOX... HOW MANY OTHER PEOPLES LIVES ARE DESTROYED BY THESE
PEOPLE.
     THAT THERE MUST BE PUNISHMENT TO THESE MODERN DAY KLU-KLUX-KLAN PEOPLE... THEY NEED TO

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW

BE UTTERLY THROWN IN JAIL, AND HAVE EVERYTHING STRIPPED FROM THEM, AS THEY HAVE TAKEN EVERYTHING AWAY FROM THE PLAINTIFF/PETITIONER MICHAEL FOX HIS ENTIRE LIFE..

99) THAT IF THIS COURT DOES NOT UP HOLD THE LAW, THEN THIS WILL JUST CONTINUE TO BE PART OF EVERYDAY LIFE AS IT CONTINUES ON AS OF TODAY, FOR THE PLAINTIFF MICHAEL FOX.. THAT JUSTICE IS TRULY NOT UP HELD FOR THE AMERICAN PEOPLE WHO CAN NOT DEFEND THEMSELF, AND NEVER WILL BE. HOW MANY PEOPLE SUFFER BECAUSE OF THESE PEOPLE THAT ARE ABOVE THE LAW....

100) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER RESERVES THE RIGHT TO AMEND ANY PAST AND ANY CONTINUING FUTURE ATTACKS OF GOVERMENT ABUSE TO THIS FORE-GOING COMPLAINT, WHICH ARE NOT CURRENT PART OF THIS COMPLAINT FOR THE ATTACHED PETITION.

101) THAT THE PLAINTIFF/PETITIONER FURTHER BELIEVES, THAT AFTER THE US ATTORNEYS OFFICE AND FBI READING THIS COMPLAINT AND ITS EXHIBITS ATTACHED HERETO--
     AND FURTHER THIS COMPLAINT AND PETITION SEEKING MONETARY MONIES WELL PAST DUE, AND DEMANDING THE PROSECUTION OF THESE PEOPLE. WILL DO EVERYTHING POSSIBLE TO HAVE THIS CASE DISMISSED, AND WILL NOT FULLY INVESTIGATE, AND CONVICTED THESE PEOPLE OF THESE CRIMES AGAINST THE PLANTIFF MICHAEL FOX. AND TO FURTHER AVOID THE TRUE FACTS AND MERRIT OF THIS HARSH CRIMINAL, CIVIL RIGHTS VIOLATIONS INFLICTED UPON THE PLAINTIFF/PETITIONER MICHAEL FOX- FOR UTTERLY NO JUST CAUSE.
     AND FURTHER DENY THE PLAINTIFF/PETITIONER MICHAEL FOX HIS RIGHT TO AN ATTORNEY, AND THE JUSTICE THE PLAINTIFF/PETITIONER SEEKS AND FURTHERMORE AND A REAL INVESTIGATION OF THESE VIOLATIONS AND CRIMES OF CIVIL RIGHTS ABUSE INFLICTED ON MICHAEL FOX THE PLANINTIFF/PETITIONER. IF A FEDERAL JUDGE DOES NOT ORDER IT..AND HONOR THE PLAINTIFF/PETITIONER HIS PETITIONER ORDERS THE PLAINTIFF IS SEEKING..

102) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER HAS STATED THE TRUTH IN ALL ABOVE STATEMENTS, AND ALL COMPLAINTS AND DOCUMENTATIONS OF EXHIBITS OF ABUSE ATTACHED HERETO THIS PETITION AND COMPLAINT FOR RELIEF OF ABUSE AND MONETARY RIGHTS. AND FURTHER THE GROSS VIOLATIONS OF DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW..

103) THAT MICHAEL FOX UTTERLY DEMANDS THE JUSTICE HE HAS TRIED TO FIND FOR MANY YEARS, AND THAT THIS HONORABLE COURT FORCE THE FBI, US JUSTICE DEPARTMENT, AND US ATTORNEYS OFFICE, TO INVESTIGATE THESE CRIMES OF HUMAN RIGHTS AND CIVIL RIGHTS UNDER DEPRIVATION COLOR OF THE LAW...
     AND TO FURTHER PROSECUTE ANY AND ALL PEOPLE INVOLVED.

104) THAT THIS HONORALE COURT TO FORCE THE FBI- THE UNITED STATES ATTORNEYS OFFICE, AND UNITED STATES JUSTICE DEPARTMENT, TO USE ALL ATTACHED EXHIBITS AS A WRITTEN COMPLAINT, AND DOCUMENTATION. AND TO INVESTIGATE THE BRUTAL ATTACKS THE PLAINTIFF MICHAEL FOX HAS SUFFERED THROUGH, AND TO PROSECUTE THESE PEOPLE TO THE HIGHEST DEGREE.

105) THAT THE (FBI)--THE US. JUSTICE DEPARTMENT AND US. ATTORNEY OFFICE TO BE ORDER TO USE THIS COMPLAINT FOR THE PETITION FOR ABUSE AND MONETARY RIGHTS AND CIVIL RIGHTS VIOLATIONS UNDER COLOR OF THE LAW AND ALL ITS ATTACHED EXHIBITS AND EXPLANATIONS AND WRITTEN DOCUMENTATION OF ABUSE, AND TO USE IT AS PART OF THIS COMPLAINT OF THE PETITION. AND TO FURTHER FIND THESE VIOLATORS OF THE CRIMINAL HUMAN AND CIVIL RIGHTS OF THE PLAINTIFF/PETITIONER MICHAEL FOX BEING RELENTLESSLY VIOLATED IN THE EXCESS OF 20 YEARS.

106) THAT THE PLAINTIFF RESERVES THE RIGHT TO AMEND TO THIS COMPLAINT FOR THE PETITION OF RELIEF OF ABUSE AND MONETARY RIGHTS, OF PAST AND FUTURE COMPLANTS...

107) THAT THE PLANTIFF/PETITIONER AGAIN, UTTER DEMANDS TO FURTHER BE PLACED IN THE WITNESS PROTECTION AGENCY, AS SOON AS THE PLAINTIFF/PETITIONER SEE'S FIT, AND TO RELOCATED WHERE EVER THE PLAINTIFF/PETITONER SO DESIRES..

108) THAT THE PLAINTIFF/PETITIONER FURTHER REQUESTS THAT THIS HONORABLE COURT, FURTHER INSTRUCT THE FBI THE US. ATTORNEYS OFFICE AND THE US DEPARTMENT OF JUSTICE TO FURTHER CONTACTED EACH STATE ATTORNEYS OFFICE OF EVERY STATE THE PLAINTIFF/PETITIONER MICHAEL FOX HAS BEEN A VICTIM OF THIS CONTINUING GROSS MISCONDUCT OF GOVERMENT AND POLICE ABUSE, AND TO BRING THESE PEOPLE TO JUSTICE UNDER THE STATES LAWS AND REGULATIONS FOR CIVIL AND CRIMINAL CHARGES. IN WHICH STATES THESE CRIMES WHERE COMMITED AGAINST THE PLAINTIFF/PETITIONER MICHAEL FOX..

109) THAT AS OF TODAYS DATE OCTOBER 22 2007 MICHAEL FOX IS ALWAYS UNDER SERVALENCE AND A VICTIM OF CONTINUED PROVOKING AND INTIMADATION...

DEPRIVATION OF RIGHTS UNDER COLOR OF THE LAW

109A) THAT ALL AMENDED ADDITIONAL COMPLAINTS WILL BE SENT  CERTIFIED MAIL TO THE THREE DEFENDANTS ADDRESSES LISTED ON THIS PETITION COMPLAINT..

110) THAT DUE TO THE STATE GOVERMENTS, COUNTY AND CITY GOVERMENTS. AND INDEPENDANT POLICE. THAT HAVE TRACKED MICHAEL FOX ALL OVER THE UNITED STATES OF AMERICAN, AND DESTROYING EVERYTHING THR PLAINTIFF OWNS, INCLUDING THE PLAINTIFF/PETITIONERS HEALTH. THAT IT IS ONLY DUE FIT, THAT THE PLAINTIFF/PETITIONER MICHAEL FOX WILL NEVER HAVE TO PAY ANY STATE INCOME TAX IN ANY STATE IN THIS COUNTRY WHERE-EVER THE PLAINTIFF/PETITIONER SO DESIRES TO LIVE...BEGINING IN THE YEAR 2006

111) THAT DUE TO THE FEDERAL GOVERMENT AND ITS AGENCYS THAT HAVE TRACKED AND FOLLOWED THE PLAINTIFF EVERYWHERE IN HIS LIFE AND UTTERLY DESTOYING EVERYTHING THE PLAINTIFF/PETITIONER OWNS AND HIS HEALTH, THAT THE PLAINTIFF/PETITIONER MICHAEL FOX WILL NEVER HAVE TO PAY ANY FEDERAL INCOME TAX AS LONG AS THE PLAINTIFF LIVES. BEGINING FROM THE YEAR 1990
    FURTHTER-MORE THERE WILL NEVER BE ANY SUCH INHERITANCE TAX EVER IMPOSED AGAINST THE PLAINTIFF/PETITIONERS HEIRS. OF THE ESTATE AMOUNT OF THE PLAINTIFF/PETITIONER MICHAEL FOX.


    WHEREFORE THE PLAINTIFF/PETITIONER MICHAEL FOX COMES TO THIS FEDERAL COURT AND UTTERLY DEMANDS THE COURT ORDERS AS STATED IN THE PETITION FOR THE ABOVE COMPLAINT AND ITS EXHIBITS FOR RELIEF OF ABUSE AND MONETARY RIGHTS. AND FURHTERMORE THE PLAINTIFF/PETITIONER UTTERLY DEMANDS JUSTICE IN THE FORGOING COMPLAINTS THE CONTINUING COMPLAINT OF DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW WHICH HAS CLEARLY BEEN DENIED THE PLAINIFF PETITIONER


    PLAINTIFF/PETITIONER
     MICHAEL T. FOX
    CURRENTLY IN PRO PER

Dec 20 2007

(

PLAINTIFF
MICHAEL T FOX
MAILING ADRESS
PO BOX 111621
NAPLES FLORDIA 34108
CURRENTLY WORKING AND LIVING
IN SAN DIEGO CA....

----------------VS--------------------

AIG INSURANCE

OMICA INSURANCE

AJUSTERS NAME—3——TERRY SCOLARI—SHERON CHAPA-----EREKIA HUDGINS

MAN AND WOMEN WHO CAUSED CAR ACCIDENT..

GALVISTON POLICE..

US MILITARY--US NAVY
CHORPUS CRISTI TEXAS
GALVISTON TEXAS

UNITED STATES DEPT OF DEFENSE

US MARSHALL SERVICE...

UNITED STATES DRUG ENFORCEMENT--(DEA)

TEXAS STATE POLICE

INTERNAL REVENUE SERIVICE..(IRS)


TEXAS POITICAL PARTY

STATE OF MICHIGAN POLICE
FATURNITY ORDER OF COUNTY SHERIFF DEPT
FATURITY ORDER OF POLICE
FATURNITY ORDER OF CHIEF OF POLICE....
FATURNITY ORDER OF STATE POLICE...
INDEPENDENT HIRED SECURITY COMPANYS
INDEPENDENT HIRED INVESTIGATION COMPANYS

AND EVERY OTHER POLICE AGENCY-SECURITY COMPANY AND PRIVATE INDIVIDULES..

DICK CHENEY-----VICE PRESIDENT OF THE UNITED STATES OF AMERICA....

UNITED STATES BORDER PATROL

UNITED STATES CUSTOMS

HENDERSON POLICE DEPT.
HENDERSON NV.

ANY AND ALL OTHER INDIVUALS---FROM ANY STATE OR COUNTRY
ANY AND ALL OTHER STATE POLICE—FROM ANY STATE OR COUNTRY

ANY AND ALL OTHER COUNTY SHERRIFF DEPT—FROM ANY STATE OR COUNTRY
ANY AND ALL OTHER CITY OR TOWNSHIP POLICE—FROM ANY STATE OR COUNTRY
ANY AND ALL OTHER INDEPENDENT POLICE, SECURITY COMPANYS, PRIVATE INVESTIGATION COMPANYS
FROM ANY STATE OR COUNTRY..
ANY AND ALL OTHER POLICE AGENCYS—STATE—FEDERAL—CITY FROM ANY STATE OR GOVERMENT AND
GOVERMENT EMPLOYEE'S
THE ABOVE TO BE AMENDED TO THE COMPLAINT AS INVESTIGATION CONTINUES ON, AND


---------------------------------COMPLAINT READS AS FOLLOWS------------------------------

THE PLAINTIFF MICHAEL FOX IS A SINGLE WHITE MALE, CURRENT AGE 48 YEARS OLD...TIME OF ACCIDENT 47
YEARS OLD

THAT PLANTIFF MICHAEL FOX CURRENTLY IS STAYING IN SAN DIEGO CALIFORNIA...

THAT THE PLAINTIFF MICHAEL FOX HAS A CURRENT MICHIGAN DRIVERS LICENSE.:..VALID THRIUGH DEC 26,
2010

THAT THE PLAINTIFF MICHAEL FOX CLAIMS NO STATE FOR RESIDENCE OR HAS NO PHYISICAL HOME...

THAT THE PLAINTIFF MICHAEL FOX HAS BEEN LIVING IN A 1995 PLYMOUTH GRAND VOYAGER SINCE LEAVING
FLORDIA, OCTOBER 22 2004..

THAT THE PLAINTIFF MICHAEL FOX WAS INVOLVED IN A STAGED CAR WRECK, FEBUARY 4 2006 ....

THAT THE PLAINTIFF MICHAEL FOX, WAS LEGALLY PARKED AND SLEEPING IN THE PLAINTIFFS GRAND
VOYAGER..............AT THE TIME OF THIS STAGED CAR WRECK OR PROPERTY DAMAGE CASE..

AT THE TIME OF THIS STAGE CAR ACCIDENT, MICHAEL FOX WEIGHT 220 TO 228 LBS...

SINCE THIS STAGED CAR WRECK... THE PLAINTIFF MICHAEL FOX HAS GAINED 50LBS...

THAT PLANTIFF MICHAEL FOX HAS BEEN UNDER A FEDERAL.—STATE—COUNTY—MILITARY AND SECURITY
COMPANY WATCH LIST AND MANY OTHER POLICE AGENCY FOR WELL OVER 20 YEARS.....AND STILL IS
CURRENTLY...

THAT MICHAEL FOX THE PLAINTIFF WAS TOLD BY A STATE JUDGE IN MICHIGAN.... THAT WHEN THE POLICE
WANT YOU MR. FOX ——THERE GOING TO GET YOU..................THIS JUDGE TOLD THIS TO THE PLAINTIFF
MICHAEL FOX ON 3 DIFFERENT OCASSIONS......

THAT THE PLAINTIFF MICHAEL FOX LEFT THE STATE OF FLORDIA, BECAUSE OF THE SICO SICK
GOVERMENTAL POLICE FORCE...THAT HAS UTTERLY TERRORIZED THE PLAINTIFF, WHILE LIVING IN FLORIDA
SINCE APRIL OF 2002.....TILL LEAVING FLORIDA ON OCT.22 2004

THAT THE PLAINTIFF MICHAEL FOX HAS BEEN TERRORIZED BY THESE SAME POLICE ANGENCYS IN PRIOR
YEARS IN THE STATE OF FLORIDA, WHEN EVER THE PLAINTIFF MICHAEL FOX WOULD GO TO FLORIDA TO
LIVE AND WORK.....

THAT DURING THE LIFE-TIME OF MICHAEL FOX THE PLAINTIFF——THE PLAINTIFF MICHAEL FOX HAS BEEN
TOLD HE IS MENTALLY ILL——BY A MAN WORKING AS A FEDERAL INFORMANT, THAT WAS BUSTED FOR
SELLING DRUGS BY THE FEDERAL GOVERMENT....THIS MAN TELLING THE PLAINTIFF MICHAEL FOX HE CAN
COLLECT A SOCIAL SECURITY DISIBLTY CHECK.... THAT THE PLAINTIFF MICHAEL FOX CAN WORK AS AN FBI
INFORMANT IN IDAHO, AND GET INTO THE SKIN HEAD AND MALISIA GROUPS IN IDAHO... AND TELL THESE
GROUPS, HOW THE GOVERMENT HAS DONE THE PLAINTIFF WRONG HIS ENTIRE LIFE....AND THAT THE
PLAINTIFF MICHAEL FOX CAN COLLECT A DISABILITY CHECK FROM SOCIAL SECURITY FOR DOING SO....
THAT THIS HAPPENED IN 1996 WHILE THE PLAINTIFF MICHAEL FOX HAD SECURED A BUILDING CONTRACT....
REBUILDING A HOUSE THAT HAD BURN'NT ON THE FORT MEYERS BEACH. IN THE STATE OF FLORIDA....

THAT MICHAEL FOX HAD NEVER SAID A THING TO THIS MAN IN REGARDS TO HOW THE GOVERMENT HAS TERRORIZED THE PLAINTIFF MICHAEL FOX..

THAT IN 1998 WHILE MICHAEL FOX THE PLAINTIFF WAS TRYING TO SELL HIS HOME IN MICHIGAN..
THAT THE PLAINTIFF RECIEVED A PHONE CALL FROM A MAN THAT WANTED TO SEE THE HOME FOR SALE...
A MAN AND WOMEN ARIVIDED...AFTER TALKING ABOUT THE HOUSE WITH THESE TWO PEOPLE.... THE POLICE
VERBAL ASULT AND POLICE TACTICS BEGAN....
THAT THIS MAN INFORMED MICHAEL FOX THE PLAINTIFF..... THAT HE HAS TO WORK AS A MICHIGAN STATE
POLICE INFORMANT, THAT THE PLAINTIFF HAS TO GROW HIS HAIR LONG AND PUT IT IN A PONY TAIL, AND
FURTHER MORE WORK AS AN INFORMANT.... THAT THE PLAINTIFF MICHAEL FOX HAS TO BE A TEAM PLAYER,
AND IF THE PLAINTIFF MICHAEL FOX DOES NOT.... THAT THE PLAINTIFF MICHAEL FOXES LIFE WILL BE REAL
HARD....AND THAT NO MATTER WHERE THE PLAINTIFF MICHAEL FOX WENT IN HIS LIFE, THAT THE PLAINTIFFS
LIFE WOULD BE REALLY HARD.....

THAT THE PLAINTIFF MICHAEL FOX HAS NEVER WORKED AS AN INFORMANT, AND THAT THESE POLICE
AGENCYS HAVE UTTERLY DESTROYED THE PLAINTIFFS LIFE, FOR NOT WORKING AS A POLICE
INFORMANT.....

THAT THE PLAINTIFF MICHAEL FOX HAS BEEN UNDER ATTACK BY THESE GROUPS OF PEOPLE FOR MANY
YEARS..NO MATTER WHERE THE PLAINTIFF GOES TO LIVE....AND IT NEVER STOPS.....

THAT MICHAEL FOX HAS ALWAYS STATED THAT SOMEDAY THESE SICO SICK POLICE WILL KILL HIM.....

THAT THE PLAINTIFF MICHAEL FOX HAS 20 YEARS OF ABUSE THAT THE PLAINTIFF CAN DISCRIBE...THE
PLAINTIFF MICHAEL FOX HAS THE RIGHT TO ADD TO THIS COMPLAINT...FROM PAST INCIDENTS AND AS
FUTURE INCIDENTS ARISE...AS ADDITIONAL INFORMATION AND EVIDENCE IS TO ARISE.......IF NEEDED

THAT THE PLAINTIFF... MICHAEL FOX— HAS 2 OR 3 DIFFERENT TRACKING DEVICES ON HIS VEHICAL—
KNOWN AS GPS TRACKING....

THAT THE PLAINTIFF MICHAEL FOX IS FOLLOWED EVERYWHERE HE GOES

THAT MICHAEL FOX THE PLAINTIFF WAS ATTACKED BY THESE GROUP OF SICO SICK POLICE AGAIN IN
HENDERSON AND LAS VEGAS NEVEDA, WHERE THE PLAINTIFF MICHAEL FOX SPENT THE WINTER OF 2004
THRU 2005...

THAT ON THE DAY THE ROSE BOWL WAS PLAYED IN JAN OF 2005, THE PLAINTIFF MICHAEL FOX WAS INSIDE
THE SUNSET CASINIO, WATCHING THE ROSE BOWL AND OTHER FOOTBALL GAMES....

THAT THE UNIVERSITY OF MICHIGAN WAS PLAYING IN THE ROSE BOWL ON THIS DAY.....

THAT WHEN MICHAEL FOX THE PLAINTIFF CAME INTO THE SPORTS BETTING AREA..TO WATCH THE
GAME...MICHAEL FOX THE PLAINTIFF SEE'S THE WOMAN THAT WAS WITH THE MAN WHO CAME INTO THE
PLAINTIFF MICHAEL FOXES HOME, AND SAID HE HAD TO WORK AS A MICHIGAN STATE INFORMANT....

MICHAEL FOX THE PLAINTIFF ACTED AS IF HE DID NOT KNOW THIS WOMEN, AND THAT THE PLAINTIFF SAT BY
THIS WOMEN AND WATCHED THE GAME....

THIS WOMEN IS STARTELED WHEN SHE SEE THE PLAINTIFF MICHAEL FOX...THAT MICHAEL FOS THE
PLAINTIFF SAT BY THIS WOMAN, AND STARTING A CONVERSATION WITH THIS WOMEN..... THIS WOMANIS
ACTING VERY GUILTY AND AFRAID...

THAT MICHAEL FOX THE PLAINTIFF CONTINUES THE CONVERSATION WITH THIS WOMEN.....

THAT MICHAEL FOX KNEW WHO THIS WOMEN WAS AND STARTED QUESTIONING HER...

THAT THIS WOMEN GOT UP, AND MOVED TO ANOTHER LOCATION IN THE SPORTS AREA...AND WATCHED THE
UNIVERSITY OF MICHIGAN LOSE THE FOOTBALL GAME...

THAT THIS WOMEN WAS DEEPLY SAD THAT UNIVERSITY OF MICHIGAN LOST THIS GAME.....

THAT THIS WOMEN STATED SHE WAS FOR THE OTHER TEAM...DURING CONVERSATION.....SHE IS IN FACT PART OF THE SICK SICO POLICE FORCE FROM MICHIGAN STATE....THAT TRACKS THE PLAINTIFF MICHAEL FOX.....

THAT MICHAEL FOX THE PLAINTIFF STATES THERE IS A VERY LARGE AMOUNT OF GOVERMENT ABUSE THAT IS NOT WRITTEN IN THE COMPLAINT...AND THAT THE PLAINTIFF FURTHER HAS THE RIGHT TO LIST AND AMEND OTHER ISSUES OF GOVERMENT ABUSE TO THIS COMPLAINT

THAT MICHAEL FOX THE PLAINTIFF WAS ATTACKED IN LAKE TAHOE AS HE SPENT THE SUMMER THERE IN 2005....

THAT MICHAEL FOX LEFT CALIFORNIA IN OCT OF 2005 FOR MEXICO....

THAT THE PLAINTIFF MICHAEL FOX WAS AGAIN ATTACKED BY THE MEXICAN, BRITISH AND AMERICAN POLICE FORCES.AND THE UNKNOWN POLICE AGENCYS...SECURITY COMPANYS, AND OTHERES

THAT MICHAEL FOX THE PLAINTIFF WENT TO CENTRAL AMERICA TO CONTINUE TO TRY TO GET AWAY FROM THESE PEOPLE..AND TO FURTHERMORE SEE THE DIFFERENT PARTS OF THE WORLD.....

THAT THE PLAINTIFF MICHAEL FOX, TURNED AROUND IN THE COUNTRY OF GUADAMALA NEAR THE EL SALVADOR BOARDER, AND TURNED AROUND, TO GO BACK TO MEXICO...

THAT THE PLAINTIFF MICHAEL FOX WAS CONTINUALLY BEING ASSULTED BY THESE POLICE/SECURITY FORCES..

THAT THE PLAINTIFF MICHAEL FOX LEFT MEXICO IN JAN 2006, AND RE-ENTERED THE UNITED STATES IN TEXAS....AT THE BORDER CROSSING AT Brownsville_____ TEXAS.... Matamoros mexico crossing

THAT THE PLAINTIFF MICHAEL FOX WAS ATTACKED AGAIN BY ANOTHER FEDERAL AND STATE, STING OPPPERATION...

THAT THE PLAINTIFF MICHAEL FOX WAS ATTACKED BY THE US BOARDER PATROL AND ANOTHER UNKNOWN FEDERAL OR STATE POLICE FORCE... WHEN ENTERING THE UNITED STATES ....

THAT THE PLAINTIFF MICHAEL FOX IS BEING SCREAMED AT BY A UNITED STATES CUSTOM OFFICER, OR BOARDER PATOL OFFICER WHEN STOPPING AT THE BOARDER CHECK POINT....

THAT THE PLAINTIFF MICHAEL FOX IS ASKED IF HE EVER MADE IT TO CENTAL AMERICA....FOX KNOWING THAT THIS MAN HAS BEEN PRE-INFORMED ABOUT THE PLAINTIFF MICHAEL FOX..

THE PLAINTIFF IS TOLD TO GO TO VEHICAL INSPECTION OVER TO THE RIGHT..Left.

THE PLAINTIFF DRIVES TO THE VEHICAL INSPECTION AREA ONLY TO FIND 3 PEOPLE LOOKING AT THE PLAINTIFF, LIKE WE GOT YOU...

THAT MICHAEL FOX THE PLAINTIFF IS TOLD THAT HE HAS TO TAKE EVERYTHING OUT OF THE VAN...

THAT THE PLAINTIFF MICHAEL FOX ARGUED THAT YOU THE BOARDER PATROL CAN CLIMB AROUND THROUGH THE VAN..

THERE ARE 2 DIFFERENT UNIFORMS THESE POPLE ARE WEARING...

THE PEOPLE WEARING THE BLUE UNIFORMS ARE AFTER THE PLAINTIFF MICHAEL FOX, TAKING STUPID AND ACTING AS IF THE PLAINTIFF MICHAEL FOX IS HIDDING SOMETHING....

THEY SEIZE ALL OF THE PLAINTIFFS FRUIT THAT THE PLAINTIFF BOUGHT THE DAY BEFORE...TRYING TO HUMILIATE AND PROVOKE THE PLAINTIFF MICHAEL FOX AS THEY TOOK IT......

THAT ONE MAN IN THE BLUE UNIFORM REALLY PUSHING THE PLAINTIFF MICHAEL FOXES BUTTONS, AND GETTING FOX UPSET....

THAT THE PLAINTIFF MICHAEL FOX SAYS, Fine I WILL TAKE ALL THINGS OUT OF THE VAN....

THEN THIS SAME MAN GOING OVER TO THE PASSAGER REAR SLIDING DOOR AND GRABING THE DOOR LATCH, AND BECAUSE THE DOOR WAS LOCKED, LEANED HIS BODY BACK AND JERKED ON THE HANDLE AS TO BREAK THE DOOR ASSMBLY....

WHILE ALL THIS IS GOING ON, THERE WAS A MEXICAN, WEARING A BORDER PATROL UNIFORM THAT WAS WITNESSING ALL THE ABOVE INTIMADATION AND WHEN THIS MAN WEARING THE BLUE UNIFORM TRYED TO Breck THE PLAINTIFFS DOOR LATCH...

THAT THIS INDIVIDULE THAT TRYED TO BREAK THE PASSAGER REAR SLIDING DOOR WAS DRESSED IN DIFFERENT UNIFORM THAN THE US. BOARDER PATROL...

THAT THE PLAINTIFF MICHAEL FOX WENT OFF YELLING AT THIS MAN TRYING TO BREAK THE DOOR LATCH HANDLE ASSEMBLY.
THEN THIS ALLEDGED BOARDER PATROL OFFICER, STATING HE'S CALLING THE SHERRIFFS DEPT..AND HAVE THE PLAINTIFF MICHAEL FOX ARRESTED FOR DISURBING THE PEACE...THE PLAINTIFF MICHAEL FOX YELLING BACK AT HIM, THAT YOUR A CRY BABY......

THAT THE PLAINTIFF MICHAEL FOX WAS TOLD TO SHUT HIS MOUTH BY THE HEAD MAN RUNNING THIS VEHICAL INSPECTION AREA OR THE PLAINTIFF MICHAEL FOX WOULD BE GOING TO JAIL......HE IS WERING A BORDER PATROL UNIFORM....

THE PLAINTIFF MICHAEL FOX IS TOTALLY ENRAGED RIGHT NOW......

THAT THERE WAS ACTUALLY A BOARDER PATROL OFFICER IN UNIFORM THAT WHITNESS THIS ENTIRE INCIDENT, BUT DID NOT SPEAK UP IN THE PLAINTIFF MICHAEL FOXES BEHALF...
WHY DID THIS MAN NOT SPEAK UP.....BECAUSE ITS ALL ABOUT BEING A TEAM PLAYER....

AFTER THIS INCIDENT, THE PLAINTIFF MICHAEL FOX WAS TOLD TO PUT EVERYTHING BACK IN HIS VAN...

THAT THE PLAINTIFF MICHAEL FOX HAD BARLY TAKEN ANY THING OUT....

THAT THE PLAINTIFF MICHAEL FOX, AFTER THIS BOARDER CROSSING INCIDENT LEFT, THE PLAINTIFF MICHAEL FOX IS EXTREAMLY ANGRY, AND UTTERLY DISCUSTED AT THE GOVERMENT, AND THERE SICO POLICE...

THAT THE PLAINTIFF MICHAEL FOX DROVE INTO SOUTH PADRA ISLAND, THE PLAINTIFF MICHAEL FOX IS HEADING NORTH ON THE MAIN ROAD...

THAT THE PLAINTIFF MICHAEL FOX WAS SPEEDING AND RECIEVE A TRAFFIC TICKET FOR DRIVING 20 OVER THE SPEED LIMIT....

THAT THE PLAINTIFF MICHAEL FOX WAS TOTALLY UNAWARE OF HOW FAST HE WAS DRIVING....THAT THE PLAINTIFF MICHAEL FOX'ES MIND IS COMPLETLY UN- FOCUSED, THE PLAINTIFF MICHAEL FOX IS UTTERLY ENRAGED AND PISSED OFF...WAS TOTALLY UNAWARE OF THE PLAINTIFFS SPEED..

THAT THE PLAINTIFF MICHAEL FOX NEVER DRIVES LIKE THIS....

AS THE PLAINTIFF MICHAEL FOX IS IN SOUTH PADRA ISLAND, THE PLAINTIFF IS AGAIN BEING STALKED BY THE UNDER COVER POLICE,AND UNIFORM POLICE.. THE US MILITARY..AND OTHER UNKNOWNS..

THAT MICHAEL FOX THE PLAINTIFF WENT TO USE HIS COMPUTER, THAT MICHAEL FOX COULD NOT ACCESS WEB PAGES...

THAT MICHAEL FOX PLAINTIFF WENT TO A COMPUTER INTERNET REPAIR AND ACCESS SHOP, THAT THE PLAINTIFF IS TOLD THAT THE PLAINTIFF MUST HAVE PUNCHED IN A BUNCH OF NEW NUMBER IN IT..

THAT THE PLAINTIFF ASKED THE REPAIR MAN IF YOU HAVE TO HOOKED TO THE WEB TO CHANGE THIS COMPUTER FREQUENCY...REPAIR MAN SAYS NO..
SOME ONE HAD GOTTEN INTO THE PLAINTIFFS CAR, AND TURNED ON THE COMPUTER AND CHANGED THE COMPUTER CONFIGURATION....

MICHAEL FOX THE PLAINTIFF IS  AGAIN SICK OF THE NONSENSE, AND I DRIVES TO CHORPIS CHRISTI TEXAS..

MICHAEL FOX THE PLAINTIFF IS  AGAIN  ATTACKED BY THE SICO POLICE....

THAT THE PLAINTIFF MICHAEL FOX GOES TO A HEALTH CLUB AND GOES INSIDE..
THE PLAINTIFF MICHAEL FOX WALKS OUT TO HIS VAN, AND FINDS  A STATE JUDGE OR THE STATE JUDGES POLICE FORCE FOLLOWING THE PLAINTIFF...THAT A  VEHICAL THAT HAS LICENSE PLATES, THAT HAS ITS LICENSE NUMBER ON IT AND UNDER THE NUMBERS ARE  STATE JUDGE ON THIS LICENSE PLATE
 AND A MERCEDES BENZ ALONG SIDE OF THIS STATE JUDGES ALLEDED VEHICAL....
THESE  WHERE OUT SIDE THE PHISICAL FITNESS CENTER WHEN THE PLAINTIFF MICHAEL FOX CAME OUT, THAT THE PLAINTIFF MICHAEL FOX WAS PROKED IN THIS GYM ALSO WHILE BEING INSIDE...THIS WAS THE FIRST TIME AND LAST TIME THE PLAINTIFF WENT TO THIS GYM.....

THAT THE PLAINTIFF MICHAEL FOX HAS FOUND THIS  SAME JUDGES CAR AND SAME  MERCEDES BENZ AT 3 OTHER LOCATIONS, AFTER THE PLAINTIFF MICHAEL FOX,  HAS CAME BACK OUT TO HIS VEHICAL TO LEAVE FROM THE BUISNESS THAT THE PLAINTIFF WAS IN...

THAT THE PLAINTIFF MICHAEL FOX THOUGHT THAT IS QUITE UNUSUAL THAT ANY STATE JUDGE WOULD BROADCAST WHO THEY ARE IN TODAYS SOCIETY..
POSSIBLY PROVOKING SOME ONE INTO HURTING THEM OR KILLING THEM....

THAT THE PLAINTIFF MICHAEL FOX WHILE IN CHORPUS CHRISTI IS TRYING TO GET HIS VEHICAL REPAIRED AT THIS TIME..

THAT EVERY AUTO SHOP THE PLAINTIFF MICHAEL FOX WENT TO.... THERE WHERE SOME SORT OF UNDER COVER POLICE WAITING FOR THE PLAINTIFF MICHAEL FOX... OR CAME TO THE SAME LOCATION WHERE THE PLAINTIFF IS ...

THAT THE PLAINTIFF MICHAEL FOX ENDED UP PAYING FOR AUTO PARTS AND LABOR THAT THIS SHOP  SAID THE VEHICAL NEED TO REPAIR IT....
THAT AFTER THE INSTALLATION OF THESE PARTS THE PLAINTIFFS VEHICAL WAS NOT REPAIRED....COST WHERE APPROX. 275 DOLLARS...
OWNER OF THIS SHOP LAUGHING AT THE PLAINTIFF MICHAEL FOX, WHEN THE PLAINTIFF WAS COMPLAINING REGARDING THIS SITUATION...
THAT THIS AGAIN WAS THE INFLUENCE OF THE SICK AND SICO POLICE THAT CASE AND FURTHER MORE TRY TO PROKE AND INTIMADATE THE PLAINTIFF MICHAEL FOX.....

THIS IS A CONTINUING PROBLEM THAT SOMEONE RUINED THE RUNNING CONDITION OF THE PLAINTIFF MICHAEL FOXES MINI VANN WHEN THE PLAINTIFF WAS IN CANCUN MEXICO....AND FURTHER IN VERECRUZ MEXICO...

THAT THE PLAINTIFF MICHAEL FOX IS  AT FED EX KINKOS ON HIS LAPTOP COMPUTER, IN CHORPUS CHRISTI TEXAS..... THAT THE POLICING AGENCYS ARE COMMING  INTO THE FED EX KINKOS AND GETTING ON THE WEB THERE...SOME HOW THESE PEOPLE GOT ONTO THE PLAINTIFFS COMPUTER, AND THESES POLICING PEOPLE ARE DELETING EMAILS ON MY HOTMAIL ACCOUNT...AT THIS TIME A MEXICAN MAN AND WOMEN CAME IN AN WHERE ACTING ALL STUPID AS THEY WHERE ON THERE LAPTOP...LOOKING OVER AT THE PLAINTIFF MICHAEL FOX AND LAUGHING AT THE PLAINTIFF, WHEN THE PLAINTIFF IS SAYING WHAT HAS



HAPPENED HERE....THESE MEXICANS THE PLAINTIFF BELEIVES WHERE INVOLVED WHEN THESE EMAIS ARE BEING ERASED OFF THE PLAINTIFFS COMPUTER...

MICHAEL FOX WAS SENDING AND HAVING THESE EMAILS RETURNED TO THE PLAINTIFF, FOR A COPY OF THE EMAIL TO PRINT OUT...THAT MICHAEL FOX THE PLAINTIFF WAS SENDING EMAILS TO A WORKERS COMP AJUSTER IN THE STATE OF FLORIDA....

THAT MICHAEL FOX HAD NUMEROUS PEOPLE COMING INTO THIS FED EX KINKOS IN CHORPUS CHRITI TEXAS, AFTER THE PLAINTIFF GOT THERE AND WAS ON THE WEB...THAT THESE PEOPLE WOULD START CONVERSATIONS WITH OTHER PEOPLE, OR CALL ON THERE CELL PHONES...AND IN EVERYONE OF THESE CONVERSATIONS, THESE PEOPLE WHERE FROM TALKING ABOUT HOUSTON TEXAS...AND SOME OF THEM QUOTED THEY WHERE FROM HOUSTON TEXAS......

THAT THE PLAINTIFF MICHAEL FOX IS  GOES TO ANOTHER PHYSICAL FITNESS CENTER AND IS AGAIN ATTACKED ..IN CHORPUS CHRISTI TEXAS

THAT THE PLAINTIFF MICHAEL FOX STOPPED GOING TO ANY PHYSICAL FITNESS CENTERS..........IN CHORPUS CHRISTI TEXAS...

THAT THE PLAINTIFF MICHAEL FOX IS TRYING TO GET DOCTORS FOR HIS WORKERS COMP INJURYS FROM FLORIDA IN CHORPUS CHRISTI TEXAS

THAT THE PLAINTIFF MICHAEL FOX IS HAVING MAIL DELIVERED TO GENERAL DELIVERY AT THE POST OFFICE IN CHORPUS CHRISTI TEXAS....

THAT THE PLAINTIFF MICHAEL FOX WAS GOING TO THIS POST OFFICE, THE POSTAL WORKERS  STOPPED GIVING THE PLAINTIFF MICHAEL FOX HIS  MAIL THAT WAS BEING MAILED TO THE PLAINTIFF...

THAT THE PLAINTIFF MICHAEL FOX  HAD ONE LETTER THAT THE PLAINTIFF WAS TRYING TO GET FROM AN ATTORNEY IN FLORIDA FOR 2 WORKERS COMP CASES, ATTORNEYS SECRETARY STATED SHE MAIL THE LETTER.. THE PLAINTIFF MICHAEL FOX GOES TO GET THE LETTER..
THAT THE POSTAL CLERKS TELL THE PLAINTIFF MICHAEL FOX, THEY NEVER RECIEVED ANY LETTER...

 THEN AS THE PLAINTIFF MICHAEL FOX CONTINUES TO COME TO THE POST OFFICE EVERYDAY TO RETRIEVE THIS LETTER.. THE POSTAL CLERK  GAVE THE PLAINTIFF THE LETTER WEEKS LATER AFTER THE PLAINTIFF HAD THIS LAW FIRM ATTACH THE DOCUMENTS TO AN EMAIL AND SEND THEM TO THE PLAINTIFF..... ANOTHER WAY THE GOVERMENT MAKES EVERTHING AS HARD AS POSSIBLE FOR THE PLAINTIFF..... THE POSTAL CLERK STATING  THEY PLACED THE PLAINTIFFS MAIL ON ANOTHER SHELVE....

MICHAEL FOX MAKING COMPLAINT TO THE POSTMASTER, AT THIS POST OFFICE... AND THE POSTMASTER ACTING VERY PROKING AND INTIMADING THAT THIS IS NOTHING AND IS NO BIG DEAL.... AGAIN..THIS INCIDENT IS JUST ANOTHER WAY, THE GOVERMENT THAT ATTACKS THE PLAINTIFF, AND FURTHER FUSTRATES AND ANOYS AND PROVOKES THE PLAINTIFF MICHAEL FOX....

THAT THE DEFENDANT MICHAEL FOX  GOT. SO FED UP WITH THE NONESENSE, THAT THE PLAINTIFF  LEFT CHORPUS CHRISTI TEXAS, ON FEBUARY 3RD 2006....

THAT MICHAEL FOX THE PLAINTIFF HAD MEN FOLLOWING HIM EVERYWHERE THE PLAINTIFF WENT.....
THAT THESE PEOPLE FOLLOWING THE PLAINTIFF MICHAEL FOX, ON THE WINDSHIELDS OF THERE CARS WHERE DEPARTMENT OF DEFENSE STICKERS...

 THAT MICHAEL FOX THE PLAINTIFF DROVE  TO GALVISTON TEXAS... ARRIVE IN THE EVENING HOURS....

 THAT MICHAEL FOX THE PLAINTIFF DROVE AROUND A LITTLE THAT EVENING...

 THAT MICHAEL FOX THE PLAINTIFF THEN DROVE TO A GAS STATION AND FILLED UP THE MINI VAN WITH GAS.

 THAT MICHAEL FOX THE PLAINTIFF DROVE AROUND SOME MORE LOOKING FOR A PLACE TO SLEEP FOR THE

NIGHT....

THAT MICHAEL FOX THE PLAINTIFF PULL OVER AND PARKED ON SEA SHORE BLVD... ON THE SHOUDER OF THE ROAD...

THAT MICHAEL FOX THE PLAINTIFF PARKED BEHIND A RED FORD TAURUS AND HAD AT LEAST A 6 FOOT OPEN AREA FROM THE REAR OF THIS FORD TAURAS

THAT MICHAEL FOX THE PLAINTIFF PARKED IN FRONT OF A BLUE FORD EXPEDITION...AND HAD A OPEN SPACE OF 8 TO 9 FEET BETWEEN THE FORD EXPEDITION...

THAT MICHAEL FOX THE PLAINTIFF PARKED LIKE THIS FOR A CUSHION, THAT IF THERE WAS A CAR ACCIDENT, THAT MICHAEL FOX WOULD BE SAFE....

THAT MICHAEL FOX THE PLAINTIFF IS ALWAYS TRYING TO PROTECT HIMSELF, IF THE GOVERMENT STAGES ANOTHER CAR WRECK..

THAT THE PLAINTIFF MICHAEL FOX IS SITTING IN THE DRIVERS SEAT, AND WITHIN THE FIRST 5-8 MINUTES OF MICHAEL FOX THE PLAINTIFF ARRIVING AT THIS SPOT... A GALVISTON POLICE CRUSIER DRIVES BY, HEADING WEST, AS THE PLAINTIFF MICHAEL FOX IS PARKED ON THE SHOUDER OF THE ROAD HEADING EAST...

THAT THE PLAINTIFIFF MICHAEL FOX SAID TO HIMSELF, I NEED TO GET OUT OF HERE, I FEEL LIKE SOMETHING IS GOING TO HAPPEN....

THE PLAINTIFF MICHAEL FOX FELL A-SLEEP IN THE DRIVER SEAT.....

THAT THE PLAINTIFF MICHAEL FOX WOKE UP, AND SAID, OUT LOUD TO HIMSELF, THE HELL WITH IT. I WILL SLEEP HERE TONIGHT...

THAT THE PLAINTIFF MICHAEL FOX CLIMBED IN THE BACK OF THE MINI VAN TO HIS BED, AND LAYED DOWN AND WENT TO SLEEP.....
TIME IS NOT KNOWN OF WHEN THIS HAPPENED....

THE PLAINTIFF MICHAEL FOX WAS COMPLETLY ASLEEP, WHEN A BLUE MID SIZE CAR REAR ENDED THE FORD EXPEDITION THAT WAS PARKED BEHIND MICHAEL FOXES MINI VANN..

THAT THE HIGH RATE OF SPEED THAT THE DEFENDANTS CAR WAS TRAVELING AT THE TIME OF IMPACT, DROVE THE FORD EXPEDITION INTO THE REAR END OF PLAINTIFF MICHAEL FOXES MINI VANN...

THAT THE HIGH IMPACT OF THE FORD EXPEDITION HITTING THE PLAINTIFFS VANN, DRIVING THE PLAINTIFFS PLYMONTH GRAND VOYAGER INTO THE REAR OF THE RED FORD TAURUS....

THAT WHEN MICHAEL FOX THE PLAINTIFF CLIMB OUT OF THE VEHICAL, THERE WHERE 2 YOUNG COUPLES TOGETHER IN TWO DIFFERENT VEHICALS....ALREADY OUTSIDE AND LOOKING AROUND....

ITS THE PLAINTIFF MICHAEL FOXES THOUGHTS... THAT THESE WHERE PEOPLE THAT KNOW ABOUT THIS STAGED CAR ACCIDENT...

THESE INDIVIDULES ARE ACTING VERY FUNNY AS MICHAEL FOX THE PLAINTIFF IS OUT OF HIS MINI VAN, AND WALKING AROUND...

POLICE SHOW UP....AND ASK QUESTIONS TAKE LICENSE'S AND INFORMATION...

AMBULANCES COME...WANTS TO TAKE MICHAEL FOX TO THE HOSPITAL..
MICHAEL FOX THE PLAINTIFF WANTS TO GO, BUT PLAINTIFF WANTS TO TAKE PERSONAL BELONGINGS...PLAINTIFF MICHAEL FOX IS TOLD HE CAN NOT BRING A THING.....

MICHAEL FOX IS TOLD BY POLICE AND AMBULANCE DRIVERS THAT ALL MY BELONGINGS WOULD BE SAFE....

MICHAEL FOX THE PLAINTIFF KNOWS THESE PEOPLE ARE FRIGGIN LIARS....

MICHAEL FOX THE PLAINTIFF... KNOWS THIS IS A GOVERMENT HIT..AND THAT THESE PEOPLE WANT TO GET TO THE PLAINTIFFS COMPUTER AND FILES THAT PLAINTIFF MICHAEL FOX CARRIES... AND OTHER INFORMATION...
MICHAEL FOX THE PLAINTIFF REFUSES TO GO IN AMBULANCE.. MICHAEL FOX THE PLAINTIFF IS FORCED TO SIGN A RELEASE THAT THE PLAINTIFF MICHAEL FOX REFUSED TO GO TO HOSPITAL IN AMBULANCE....

POLICE ARE TOLD BY PLAINTIFF MICHAEL FOX—THAT THE PLAINTIFF WAS SLEEPING IN THE VAN......AT THE TIME OF THE COLLISION.....

WOMEN THAT CAUSED CAR ACCIDENT IS STILL IN FRONT SEAT OF HER  CAR...

WOMENS ALLEDGED HUSBAND SHOWS UP 15-20 MINUTES AFTER CAR WRECK......DRIVING AN OLD FORD PICK UP....
HOW UNUSUAL THIS IS THAT BOTH THIS HUSBAND AND WIFE ARE IN GALVESTON TEXAS, THE WOMEN DESTROYS THE FAMILY CAR, AND THIS ALLEDGED HUSBAND COMES DRIVING UP TO THE ACCIDENT DRIVING AN OLD FORD PICK UP BY HIMSELF.....IF THIS ALLEGED COUPLE IS TOGETHER, AND VISITING FROM HOUSTON TEXAS, HOW DOES THIS MAN/HUSBAND SHOW UP BY HIMSELF.....AND DRIVING ANOTHER VEHICAL......THIS IS A GOVERMENT STING OPERATION....

AFTER THE  WOMEN THAT CAUSED THIS WRECK  GETS OUT OF HER CAR, AND THE POLICE ARE DONE TALKING TO HER, AND HER ALLEDGED HUSBAND, BOTH OF THESE INDIVIDULES WALK TOWARDS MICHAEL FOX THE PLAINTIFF, AND THE LOOK ON THERE FACES AND IN THERE EYES, YOU COULD CLEARLY TELL THIS WAS A STAGED CAR WRECK......THEY WALKED BY THE PLAINTIFF MICHAEL FOX  AND HAD A LOOK AS————— YEA—— MICHAEL FOX—— WE GOT YOU...........
THIS MAN AND WOMEN DROVE OFF IN THE OLD FORD PICK UP, NOT EVER ASKING IF THE PLAINTIFF MICHAEL FOX  IS ALRIGHT..... OR THERE SORRY......AND THERE NOT SORRY, AND THESE PEOPLE DO'NT GIVE A DAM ABOUT THE PLAINTIFF MICHAEL FOXES WELL BEING, AS THESE TWO PEOPLE HAVE CONSPIRED WITH OTHERS IN TRYING TO CAUSE GREAT PHYSICAL HARM OR POSSIBLE DEATH TO MICHAEL FOXES LIFE, AND TO FURTHER DESTROY EVERYTHING THE PLAINTIFF OWNS....THIS HAS GONE ON IN THE PLAINTIFFS LIFE FOR OVER 20 YEARS NOW....

MICHAEL FOX THE PLAINTIFF TOLD THE GALVESTON POLICE OF THE PAIN HE WAS IN AND FURTHER MORE TOLD THE POLICE THAT HE KNOWS NO-ONE IN GALVESTON TEXAS AS THE PLAINTIFF WAS BEING QUESTIONED BY THE GALVESTON POLICE....AND AMBULANCE EMPLOYEE'S.....

THAT AT THE END OF CLEAN UP OF THIS ACCIDENT, AND THE CARS WHERE ALL HAULED AWAY, THE AMBULANCES LEFT...
 THE GALVESTON POLICE LEFT MICHAEL FOX ON THE SHOULDER OF THE ROAD, CARRYING HIS BELONGINGS....

THAT THE GALVISTON POLICE NEVER OFFERING THE PLAINTIFF MICHAEL FOX A RIDE TO A SECURE LOCATION.....OR TO HELP THE PLAINTIFF MICHAEL FOX

THAT THE GALVISTON POLICE SHOULD HAVE.. IF THEY HAVE ANY RESPECT FOR THE LIFE OF MICHAEL FOX THE PLAINTIFF, OFFERING OR GIVING THE PLAINTIFF A RIDE AND HELPED HIM OUT....

MICHAEL FOX THE PLAINTIFF  WALKED 12 MILES IN THE  EARLY MORNING HOURS TO TEXAS CITY TEXAS..TO THE ENTERPRISE CAR RENTAL THERE..

THE PLAINTIFF MICHAEL FOX,TRYING TO HITCH HIKE..TO TEXAS CITY TEXAS..

THAT MICHAEL FOX HAD A GROUP OF SICO SICK POLICE TEAM PLAYERS INVOLVED IN THIS STAGED CAR WRECK, THAT WHILE  THE PLAINTIFF WAS WALKING  AS HE TRYED TO HITCH HIKE.....ONE MAN IN THE PASSENGER SIDE OF ONE CAR THAT DROVE BY, HANGING OUT OF THE CAR WINDOW... YELLING TO THE

PLAINTIFF MICHAEL FOX............( MARCH ON FOX———— MARCH ON FOX)

THE PLAINTIFF MICHAEL FOX IS UTTERLY ENRAGED AT THIS TIME....

ALL KINDS OF CARS PASSING AND BLOWING THERE HORN AT MICHAEL FOX AS THE PLAINTIFF WALKED TOWARDS TEXAS CITY TEXAS TRYING TO HITCH HIKE.....TIME IS 2AM TO 5 AM IN THE MORNING AS THIS CONTINUED ON....

TWO OTHER CARS AS THEY APPROACHED THE PLAINTIFF MICHAEL FOX HITCH HIKING...TURNING ON THERE INSIDE LIGHT AND DRIVING BY

MICHAEL FOX SAID TO HIMSELF, WHAT A TRUELY BUNCH OF COLD BLOODED PEOPLE THESE SCUM ARE.....

WHEN MICHAEL FOX THE PLAINTIFF WALKED TO THE NEAREST GAS STATION OR CONVENIECE STORE TO CALL THE INSURANCE COMPANY..RIGHT AFTER THE ACCIDENT.....THE PLAINTIFF IS AGAIN BEING STALKED BY THE SICO POLICE....AND THERE TEAM PLAYERS.....

A YOUNG MAN APPROX. 28-32 YRS OLD DROVE INTO THE GAS STATION WHILE MICHAEL FOX THE PLAINTIFF IS ON THE PHONE....DRIVING AN IDENTICAL OLD FORD PICK UP TRUCK, LIKE THE MAN WHO CAME TO GET HIS WIFE AFTER THIS GOVERMENT STAGED CAR WRECK........

THIS MAN GETTING OUT OF THE TRUCK AND LOOKING AT MICHAEL FOX THE PLAINTIFF AS IF HE IS SCUM.....MICHAEL FOX THE PLAINTIFF GIVING THE SAME LOOK BACK.......

BELOW IS THE DISCRIPTION WHAT SAVED THE PLAINTIFF MICHAEL FOX INSIDE THE MINI VANN DURING INPACT OF THE COLLISION,,, AND THE INJURIES AND PAIN AND SUFFERING THAT THE PLAINTIFF ENDURES AS A RESULT OF THIS ACCIDENT...

THAT THE HEAD OF MICHAEL FOX THE PLAINTIFF, WAS AT THE REAR OF THE PLAINTIFFS MINI VANN......THAT THE PLAINTIFFS BED WAS ON THE DRIVERS SIDE...

THAT MICHAEL FOX WAS SAVED FROM DEATH, OR FROM SEVERE HEAD INJURIES DUE TO THE FACT THAT THE IMPACT OF THE DEFENDANTS CAR HIT THE DRIVERS SIDE OF THE REAR END OF THIS FORD EXPEDITION, CAUSING THE FORD EXPEDITION TO JUMP FORWARD BUT TO ALSO CAUSE THE FORD EXPEDITION TO VERE TO THE RIGHT SIDE...

THAT WHEN THE IMPACT OF THE FORD EXPEDITION BUMPER WENT OVER THE TOP OF THE PLAINTIFFS BUMPER, IT DROVE THE PLAINTIFFS REAR HATCH IN, THAT THE INTERIOR OF THE HATCH SMACKED THE RIGHT SIDE OF THE PLAINTIFF HEAD...AS THE PLAINTIFF MICHAEL FOX WAS SLEEPING ON HIS BACK...

THAT THE PLAINTIFF MICHAEL FOXES BODY WAS TWISTED AND THROWN ALL AROUND THE REAR END OF THIS MINI VAN

THAT THE FORD EXPEDITION CAVED IN THE COMPLETE REAR DOOR HATCH AND CARRIED THROUGH THE PASSANGER SIDE OF THE MINI VAN PEELING BACK THE PASSNGER REAR QUARTER PANEL, AND BREAKING ALL WINDOWS IN THE REAR OF THIS MINI VANN......

THAT AS A RESULT OF THIS STAGED CAR ACCIDENT.... THE PLAINTIFF MICHAEL FOX HAS INDURED SEVERE HEADACHES, SHARP AND STINGING SHOTS OF PAIN IN THE PLAINTIFFS UPPER FORE HEAD AREA....CAN FEEL THE SHOTS OF PAIN IN THE BACK OF THE PLAINTIFFS EYES.....

THAT THE PLAINTIFF MICHAEL FOX HAS THESE SHARP AND STINGING SHOTS OF PAIN SHOOT UP THE BACK OF THE NECK AND INTO THE SKULL AREA, AND STOP AROUND THE HEIGHT OF THE TOP OF THE EARS IN THE BACK OF THE SKULL.....

THAT THE PLAINTIFF MICHAEL FOX HAS SHARP AND STINGING PAIN TO THE UPPER AND LOWER MIDDLE AND LOWER BACK AREA OF THE PLAINTIFFS BACK ..

THAT ON 3 DIFFERENT SEPARATE OCASSIONS SINCE THIS CAR WRECK, IT WAS ALMOST IMPOSSIBLE FOR THE PLAINTIFF MICHAEL FOX TO MOVE AND GET UP AND WALK DUE TO THE GREAT AND INTENSE PAIN THAT THE PLAINTIFF MICHAEL FOX WAS IN......

THAT THE PLAINTIFF MICHAEL FOX GOES TO THE WHIRPOOL/SPA ON A DAILY BASIS TO HELP WITH THE PAIN.... SPENDING 1 TO 2 HOURS A DAY SITTING IN THE HOT CIRCULATING WATER.....

THAT THE PLAINTIFF MICHAEL FOX HAS TRYED TO LIFT WEIGHTS AND WHEN THE PLAINTIFF MICHAEL FOX LIFTS WEIGHTS OVER HIS HEAD EXCEDDING 40-50 POUNDS FOR ANY DURATION OF TIME, OR CONTINUES REPITIONS.... THE PLAINTIFF SUFFERS SEVERE SHARP AND STINGING PAIN IN THE UPPER AND MIDDLE OF THE BACK, AND SHOTS OF STINGING PAIN IN THE REAR NECK AND BACK OF THE SKULL AREA...

THE PLAINTIFF MICHAEL FOX HAS BEEN LIVING IN THE BACK OF HIS 1995 PLYMOUTH GRAND VOYARGER SINCE OCT 22 2004–UNTIL THE VEHICAL WAS DESTROYED IN THIS STAGED CAR WRECK THAT THE DEFENDENT CAUSED ON FEBUARY 4TH 2006...WHILE THE PLAINTIFF MICHAEL FOX LAY SLEEPING IN HIS VEHICAL...

THAT THIS MINI VAN WAS THE PLAINTIFFS HOME...AND IT WAS PARKED ON THE SHOULDER OF THE ROAD LEGALLY, AND NOT INTERFERING WITH TRAFFIC...

THAT THE PLAINTIFF MICHAEL FOX WAS UNABLE TO GET A MINI VANN AS A RENTAL CAR AT FIRST...

THAT MICHAEL FOX WAS ABLE TO GET A MINI VANN FOR A SHORT PERIOD OF TIME, BUT DECLINED TO TAKE IT BECAUSE OF THE SEATS IN THE BACK, AND THAT THE PLAINTIFF WAS UNABLE TO TAKE THE SEATS OUT AND TO MAKE A BED IN THE BACK, LIKE IN THE PLAINTIFFS WRECKED VEHICAL......,

THAT THE PLAINTIFF MICHAEL FOX WENT FROM SLEEPING IN CONFORTABLE BED, TO SLEEPING UP RIGHT IN THE FRONT SEAT OF A MID-SIZE AND LATER  COMPACT CARS.

THAT THE PLAINTIFF TRYED TO GET THE INSURANCE COMPANY TO PAY FOR A HOTEL ROOM....
THAT THE INSURANCE AJUSTOR FOR THE DEFENDANT WOULD NOT ALLOW IT.......

THAT THE PLAINTIFF TRYED TO EXPLAIN TO THE AJUSTER FOR THE DEFENDANT  THAT THE PLAINTIFFS HOME WAS DESTOYED, THAT AMICA INSURANCE AJUSTER DID NOT WANT TO HEAR ABOUT IT. AND KEPT SAYING THIS WAS A CAR ACCIDENT,

THAT THE PLAINTIFF MICHAEL FOX TRYED TO TELL THIS AJUSTER THAT THIS IS A PROPERTY DAMAGE WRECK, AND THAT MICHAEL FOXES CAR WAS IN FACT PARKED ON THE SHOULDER OF THE ROAD..

THAT MICHAEL FOX THE PLAINTIFF HAS TWO DIFFERENT AJUSTERS,,, ONE FOR THE MEDICAL AND ONE FOR THE VEHICAL INSURANCE........THAT AS OF JANUARY 15 2007, MICHAEL FOX HAS NOT BEEN PAID FOR HIS TOTALED VANN....

THAT THE PLAINTIFF MICHAEL FOX DROVE ALL OVER FOR AT LEAST 10 DAYS TRYING TO FIND ANOTHER MINI VAN, RIGHT AFTER THIS STAGED CAR WRECK, BUT WAS UNABLE TO PURCHASE ANOTHER VEHICAL DUE TO NOT RECIEVING MONEY FROM THE PLAINTIFFS DESTOYED VEHICAL...

THAT MICHAEL FOX WAS BEING TRACKED BY STATE...FEDERAL AND GALVISTON POLICE AS HE WAS IN GALVESTON TEXAS, AND OTHER UNKNOWN POLICE DIVISIONS....

THAT MICHAEL FOX WAS ATTACKED VERBALLY AND LATER ASSULTED BY THE GALVISTON POLICE VICE SQUAD, AFTER THIS STAGED CAR ACCIDENT... WHILE THE PLAINTIFF MICHAEL FOX WAS SEATING IN A BAR IN DOWNTOWN GALVESTON TEXAS, WATCHING THE SUPER BOWL IN FEBUARY 2006...MICHAEL FOX THE PLAINTIFF NOT DRINKING, ONLY EATING AND WATCHING THE GAME....

THAT MICHAEL FOX WENT TO THE GALVISTON POLICE DEPT. THE DAY AFTER THE ACCIDENT...TO GET POLICE REPORT....MICHAEL FOX PAID AND RECIEVED POLICE REPORT.

THAT WRITTEN IN THE POLICE REPORT IS THE DEFENDANTS INSURANCE CARRIER....WHICH IS SUPOSEDLY AMERICAN MUTUAL INSURANCE....
COPY OF POLICE REPORT ATTACHED HERETO AS EXHIBIT  58 A Thru 58 D   4 Page Exhibit

THAT MICHAEL FOX THE PLAINTIFF TRYED CALLING INFORMATION ON THE PHONE TO RECIEVE THE PHONE NUMBER FOR AMERICAN MUTUAL..
THAT THERE IS NO SUCH NUMBER LISTED FOR THE AMERICAN MUTUAL INSURANCE...

BUT THERE WAS A SIMULAR COMPANY NAME, THE PLAINTIFF MICHAEL FOX TRYED CALLING THAT NUMBER...BUT IT WAS NOT THE RIGHT INSURANCE CARRIER....

THAT MICHAEL FOX THE PLAINTIFF CALLED HIS INSURANCE COMPANY... AIG INSURANCE COMPANY TO SEE IF THEY COULD FIND THIS WOMENS INSURANCE COMPANY, BUT AIG INSURANCE COULD NOT FIND THE DEFENDENTS INSURANCE COMPANY EITHER.....

THAT THERE WERE 2 DIFFERENT AJUSTERS FROM AIG INSURANCE COMPANY FROM THE DISTRICT OFFICE IN DALLAS TEXAS, CALLING AND LEAVING MESSAGES FOR THE DEFENDENT WHO CAUSED THIS STAGED CAR WRECK TO RETURN THE PHONE CALL, AND THAT AIG INSURANCE NEEDED THE DEFENDENTS INSURANCE COMPANY NAME AND NUMBER...

THAT MICHAEL FOX CALLED AIG INSURANCE,, THE PLAINTIFF MICHAEL FOXES INSURANCE CARRIER AGAIN...
THAT MICHAEL FOX QUESTIONING AJUSTER DAVID WATERHOUSE IF HE EVER RECIEVED OR HAS THE DEFENDENT EVER CALLED IN WITH THERE INSURANCE COMPANY NAME...DAVID WATERHOUSE STATING WE HAVE NOT HEARD FROM THE WOMEN THE DEFENDENT...
DAVID WATERHOUSE THEN STATING HE WILL TRY TO CALL THE WOMEN RIGHT NOW, AND PUT THE PLAINTIFF MICHAEL FOX ON HOLD WHILE DAVID WATERHOUSE TRYED TO CALL THE DEFENDENT.... DAVID WATERHOUSE COMES BACK ON THE LINE WITH MICHAEL FOX...AND TELLS THE PLAINTIFF MICHAEL FOX THAT HE DAVID WATERHOUSE CALLED THE DEFENDENT AT HERE HOME, AND THE DEFENDENT ANSWERED THE PHONE, AND DAVID WATERHOUSE EXPLAINING WHO HE IS AND WANT HE WANTS, BUT THE DEFENDENT CUT THE CONVERSATION SHORT, DID NOT ANSWER ANY QUESTION..DEFENDENT STATING TO DAVID WATERHOUSE THAT SHE THE DEFENDENT WILL CALL HIM BACK AT A LATER TIME WITH THE INFORMATION HE IS REQUESTING...

MICHAEL FOX THE PLAINTIFF CALLING DAVID WATERHOUSE ALMOST DAILY TRYING TO GET AN ANSWER TO THE DEFENENTS INSURENCE CARRIER, DAVID WATERHOUSE REPLYING THAT THE DEFENDENT HAS NOT, AND DID NOT RETURN A PHONE CALL WITH DEFENDENT INSURANCE COMPANYS NAME AND #

THIS IS A COMPLETE GOVERMENT STING OPERATION..THAT IT IS FURTHER THE PLAINTIFFS SUSPISION THAT THIS AMICA INSURANCE IS A GOVERMENT RAN COVER UP INSURANCE COMPANY WHEN THE GOVERMENT STAGES CAR ACCIDENTS ALL OVER THE UNITED STATES.....

THAT THIS DEFENDENT THAT CAUSED THIS STAGED CAR ACCIDENT, SOMEHOW PURCHASED AND CONSPIRED WITH OTHER UNKNOW PEOPLE TO COVER THIS ACCIDENT UP IN A SECOND INSURANCE POLICY, AND FILTER IT THROUGH AMICA INSURANCE.....ANYTHING IS POSSIBLE WHEN YOU DEAL WITH THESE SICO SICK GOVERMENT PEOPLE...

THAT THE GALVISTON POLICE FALSIFIED THE POLICE REPORT AND GAVE A BOGIS INSURANCE CARRIER NAME FOR THE DEFENDENT_ Paula Patson

THAT THE DEFENDENT WOULD HAVE TO HAD SHOWN THE GALVISTON POLICE, AN INSURANCE CERTIFICATE....OR THE GALVISTON POLICE WOULD HAVE HAD TO TICKET THE DEFENDENT FOR NO PROOF OF INSURANCE.....

THAT THE ALLEDGED WOMENS HUSBAND CAME TO THE ACCIDENT RIGHT AFTER IT OCCURED, THAT THIS MAN IS OF SOUND MIND, AND COULD HAVE SUPPLIED THE CORRECT INFORMATION, OR RETRIEVED IT FROM THE DAMADED VEHICAL.....THIS AGAIN IS FURTHER PROOF OF A COVER UP, BY THE GALVISTON POLICE....

THAT FURTHER MORE WRITTEN IN THIS POLICE REPORT IS THAT THE DEFENDENT STATES,, SHE MUST HAVE

FALLEN ASLEEP AT THE WHEEL OF THE CAR, THAT THE DEFENDENT ~~Pat~~ Paula Patson HAD TAKEN THE PERSCRIBE DRUG ZANEX......AND THE DEFENDANT FURTHER STATES SHE HAD NOT EATEN ANYTHING ALL DAY.....

THAT THE GALVISTON POLICE AGAIN DO NOT ISSUE ANY TICKET TO THIS WOMEN FOR DRIVING UNDER THE INFLUENCE OF PRESRIBED DRUGS...OR CITED FOR WRECKLESS DRIVING....CARELESS DRIVING......

THAT THE GALVISTON POLICE ARE IN FACT PART OF THIS COVER UP ON THIS STAGED CAR WRECK, AND THE ATTEMPTED MURDER ON THE PLAINTIFF MICHAEL FOX..THAT THE GALVISTON POLICE WHERE TRACKING THE PLAINTIFF MICHAEL FOX THE NIGHT THE PLAINTIFF MICHAEL FOX PULLED INTO GALVISTON TEXAS ON THE NIGHT OF FEBUARY 3RD 2006...

THAT THIS STAGED CAR WRECK THAT WAS INFLICTED UPON THE PLAINTIFF MICHAEL FOX... THERES A BOGIS INSURANCE CARRIER NAME WRITTEN INTO THE POLICE REPORT,, THEN THE NON ISSUING OF TRAFFIC VIOLATIONS.... AS THE DEFENDENT Paula Patson ADMITS TO BEING ON PERSCIBED DRUG KNOWN AS ZANEX.... AT THE TIME OF THIS ACCIDENT...

THAT THE DEFENDENT Paula Patson WAS DRIVING A MOTOR VEHICAL UNDER THE INFLUENCE OF DRUGS......THAT THE GALVISTON POLICE ARE PROTECTING THIS WOMEN....AND THAT THIS WOMEN AGAIN IS NOT CHARGED WITH ANY MOVING VIOLATIONS.... .....

THAT THE PLAINTIFF MICHAEL FOX WANTS PROOF THAT THIS WOMEN IS UNDER DOCTORS CARE FOR THE PERSCIBE DRUG ZANEX...AND THAT THIS WOMEN WAS INFACT UNDER THE INFLUENCE OF DRUGS.....

AGAIN THIS IS FURTHER PROOF OF ANOTHER GOVERMENT COVER UP.........

THAT THE PLAINTIFF MICHAEL FOX KNOWS AND BELIEVES THAT THE DEFENDENT WAS NOT HIGH ON DRUGS AND DID NOT FALL ASLEEP AT THE WHEEL OF THE CAR...THAT THE DEFENDENT DID INFACT INTENTIONALY CRASH THE DEFENDENTS CAR INTO THE BACK OF THE FORD EXPLORER KNOWING THAT THE FORD EXPLORER WOULD PLOW INTO THE BACK OF THE PLAINTIFF MICHAEL FOXES VAN...DESTROYING THE PLAINTIFFS VEHICAL..AND THE PLAINTIFFS HOME..AND FURTHER MORE POSSIBLLY KILLING THE PLAINTIFF MICHAEL FOX OR SERIOUSLY WOUDING THE PLAINTIFF MICHAEL FOX..

THAT THE PLAINTIFF MICHAEL FOX WAS INVOLVED IN ANOTHER ACCIDENT IN FORT MEYERS FLORIDA, WHICH TOTALED THE PLAINTIFFS CAR, WHICH MICHAEL FOX WAS BLAMED FOR, AND THE POLICE AND MAN AND WOMEN THAT CAUSED THIS ACCIDENT  FALSIFY THE FORT MEYERS FLORIDA POLICE REPORT AND STATEMENTS...

THAT MICHAEL FOX WROTE GRIEVENCES AGAINST THE FORT MEYERS POLICE, AND THAT THE PLAINTIFF MICHAEL FOX WAS ATTACKED BY HIGHER RANKING POLICE OFFICERS AND POLITICAL FIGURES...AND FURTHERMORE BEING STALKED BY THE FATURNITY ORDER OF POLICE........

THAT AGAIN AMICA INSURANCE WAS ONE OF THE PEOPLES INSURANCE IN THIS STAGED CAR ACCIDENT......IN FORT MEYERS FLORIDA....

THAT THE MAN WHO CAUSED THIS ACCIDENT, DID RECIEVE PAYMENT FROM THE PLAINTIFF MICHAEL FOXES INSURANCE COMPANY--(AIG INSURANCE)

THAT AS OF A RESULT OF THIS STAGED ACCIDENT, THE PLAINTIFF MICHAEL FOXES INSURANCE RATES JUMPED UP.....AGAIN FURTHER DAMAGING THE PLAINTIFF MICHAEL FOXES...

AFTER THE PLAINTIFF MICHAEL FOX PURCHASING ANOTHER VEHICAL.FROM THE STAGED CAR WRECK IN FORT MEYERS FLORIDA.... THAT THE PLAINTIFF MICHAEL FOX HAD HIS BRAKES TAMPERED WITH WHILE WORKING AT R J VANN MECHANICAL IN FORT MEYERS FLORIDA IN MARCH OF 2003...THAT MICHAEL LEFT WORK, AND THE BRAKES ARE NOT WORKING....THAT MICHAEL FOX COULD HAVE BEEN KILLED OR SOME OTHER INDIVIDULES, AND AGAIN IT WOULD HAVE BEEN THE PLAINTIFFS MICHAEL FOXES FAULT...WHEN IT IS NOT...SOMEONE HAD TAMPERED WITH THE PLAINTIFF MICHAEL FOXES CAR....MICHAEL FOX THE PLAINTIFF BELIEVES IT TO BE A POLITICAL POLICE FORCE FROM THE STATE OF MICHIGAN ALONG WITH THE FLORIDA



POLICE...
THAT AFTER THIS INCIDENT IN FLORIDA, MICHAEL FOX DROVE STRAIGHT HOME, AND CALLED AIG INSURANCE, AND HAD COLLISION ADDED TO THE PLAINTIFF MICHAEL FOXES INSURANCE POLICY...

THAT MICHAEL FOX WAS GOING TO THE POST OFFICE IN GALVISTON TEXAS WHERE THE UNITED STATES DISTRICT COURT HOUSE IS...

THAT ON ONE OCASSION MICHAEL FOX WENT TO THE POST OFFICE IN THE FEDERAL COURT HOUSE, THEN TO FURTHER GO TO COURT CLERKS OFFICE IN THE FEDERAL COURT HOUSE TO GET INFORMATION ON FILING A COMPLAIT IN THE FEDERAL COURT HOUSE...THAT THE UNITED STATES MARSHALL SERVICE WAS WAITING FOR MICHAEL FOX ON THIS DAY....THAT THE PLAINTIFF MICHAEL FOX WAS ATTACKED WITH VERBAL INSULTS, IN A DEMEANING WAY....US MARSHALL KEPT ASKING WHY THE PLAINTIFF MICHAEL FOX IS HERE, MICHAEL FOX THE PLAINTIFF RESPONDING THAT HE NEEDS INFORMATION AND COURT FORMS FOR A LAW SUIT...
US MARSHALLS TELLING MICHAEL FOX WHAT FLOOR TO GET OFF ON, AND WHICH WAY TO TURN GETTING OFF ELEVATOR...THAT MICHAEL FOX WENT UP THE ELEVATOR IN THE COURT HOUSE TO THE CLERKS OFFICE, TO HAVE QUESTIONS ANSWERED AND TO GET COURT FORMS, WHICH MICHAEL FOX RECIEVED....MICHAEL FOX WENT BACK DOWNSTAIRS IN THE ELEVATOR...AND NOW THE TWO US MARSHALL THAT WHERE WAITING FOR THE PLAINTIFF, WHEN THE PLAINTIFF MICHAEL FOX ARRIVED, ARE NOW GONE...APPROX 15 MINUTES HAVE GONE BY SINCE THE PLAINTIFF MICHAEL FOX WENT UP STAIRS AND BACK DOWN STAIRS...AND NOW THERE IS ONLY ONE US MARSHALL THERE...MICHAEL FOX HAVING A CONVERSATION WITH THIS US MARSHALL, AND THE US MARSHALL ACTING VERY INTIMIDATING..MICHAEL FOX ASKING FOR THE BEST ATTORNEYS THAT THE US MARSHALL KNOWS OF... THIS US MARSHALL TELLING MICHAEL FOX THAT IT IS NOT ETHICAL FOR HIM TO GIVE ADVICE OR PROPER...BUT THAT THERE ARE SOME GOOD ONES...US MARSHALL SAYS I SHOULD GO TO HOUSTON TEXAS, THAT THERE ARE GREAT ATTORNEYS IN HOUSTON...THEN THIS US MARSHALL LAUGHING IN A INTIMATING WAY....THE PLAINTIFF MICHAEL FOX CUTTING THE CONVERSATION SHORT....AND SAYING GOOD BY..ONLY TO HERE THE US MARSHALL SAYING GOOD LUCK TO YOU...MR FOX...
HOW DOES THIS US MARSHALL KNOW MY NAME....BECAUSE I'M ON THE GOVERMENT HIT LIST....MICHAEL FOX THE PLAINTIFF RESPONDS BACK....I NEED ALL THE HELP I CAN GET....IF YOU ONLY KNEW THE TYPE OF SCUM I AM DEALING WITH......US MARSHALL LAUGHING AT MY COMMENT...

MICHAEL FOX IS UTTERLY ENRAGED RIGHT NOW.....AND LEFT GALVISTON TEXAS ON THIS SAME DAY THAT THE PLAINTIFF WENT TO THIS COURT HOUSE....

THAT MICHAEL FOX THE PLAINTIFF LEAVES AGAIN BECAUSE OF THE FEDERAL/STATE POLICE NONSENSE...AND SECURITY COMPANYS AND ALL OTHERS.

THAT MICHAEL FOX DROVE TO DALLAS TEXAS TO MEET WITH HIS INSURANCE CO (AIG), TRYING TO GET PAID BY THE PLAINTIFFS OWN INSURANCE COMPANY.... AIG INURANCE...

MICHAEL FOX THE PLAINTIFF ARRIVING AT AIG INSURANCE AND TALKING TO DAVID WATERHOUSE, MICHAEL FOX GIVING ALL VEHICAL RECIEPTS ON THIS TOTALED VEHICAL OF THE PLAINTIFF..

DAVID WATERHOUSE TAKING ALL RECIEPTS INTO HIS MANAGER... TO REVIEW...
DAVID WATERHOUSE RETURNING TO THE WAITING ROOM...TELLS FOX THAT AIG WILL OFFER TWENTY-TWO---HUNDRED DOLLARS..

MICHAEL FOX WAS ABLE TO RECIEVE A CHECK FOR 2200 HUNDRED DOLLARS FOR THE PLAINTIFFS VEHICAL, PLAINTIFF WOULD NOT ACCEPT THAT LOW OF A FIGURE... THAT DAVID WATERHOUSE TOLD THE PLAINTIFF MICHAEL FOX IT WOULD BE BETTER TO GO THOUGH AMICA INSURANCE TO GET YOUR MONEY...
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
+++++++++++++++++++++++++++++++++++++++++++++++++++++
THAT MICHAEL FOX THE PLAINTIFF ASKED DAVID WATERHOUSE.... WITH ALL THE RECIEPT I HAVE SUPPLIED YOU WITH AND THE EXCELLANT CONDITION OF THIS CAR, HOW MUCH DO YOU THINK THE AMICA INSURANCE WILL PAY ME..
DAVID WATERHOUSE SAYS YOU SHOULD GET BETWWEN 5 AND 6 THOUSAND....
THE PLAINTIFF MICHAEL FOX TOLD DAVID WATERHOUSE, HE WANTS 7 THOUSAND....

MICHAEL FOX THE PLAINTIFF ARGUED WITH DAVID WATERHOUSE, WHY AIG DOES NOT PAY ME AFTER ALL TEH RECIEPTS I HAVE FOR THIS VEHICAL
DAVIVID WATERHOUSE REPLYS THAT IF WE PAY YOU THAT AMOUNT, AND AMICA INSURANCE MIGHT NOT REPAY THE AMOUNT AIG PAYED THE PLAINTIFF MICHAEL FOX FOR DAMAGES TO THE PLAINTIFF VEHICAL...

THAT WHILE MICHAEL FOX WAS IN THIS AIG OFFICE...MICHAEL FOX HAD BLACK MAN THE PLAINTIFF HAS SEEN IN FLORIDA AND IN MICHIGAN...THERE LOOKING AT THE PLAINTIFF LIKE THERE IS SOMETHING WRONG WITH THE PLAINTIFF..

THESE BLACK MEN KEEP WALKING IN AND OUT OF THE LOCKED OFFICES... AND WATCHING THE PLAINTIFF AND DAVID WATERHOUSE HAVE THERE CONVERSATION IN THE WAITING ROOM....

THAT AFTER THIS MEETING WITH DAVID WATERHOUSE THE PLAINTIFF MICHAEL FOX  HAD TO DRIVE TO HENDERSON NEVEDA WHERE THE PLAINTIFF MICHAEL FOX HAD A 5 BY 8 ENCLOSED TRAILER STORED... THAT THE RENTAL CAR MICHAEL FOX WAS GIVEN,  WAS PACKED FROM FLOOR TO CEILING WITH ALL THE BELONGINGS MICHAEL FOX HAD IN THE MINI VANN THAT WAS DESTROYED....AND THERE WAS UTTERLY NO ROOM IN THIS VEHICAL TO STORE ANOTHER THING....

THAT MICHAEL FOX THE PLAINTIFF PARKED THE NIGHT HE GOT INTO HENDERSON NEVEDA IN A COURNER VACANT LOT....TO SLEEP THAT NIGHT....

THAT THE NEXT MORNING THE THE BATTERY WAS DEAD IN THIS RENTAL CAR.....
THE PLAINTIFF MICHAEL FOX  BELIVES THAT SOME OF THE GOVERMENT SICOS IN THE POLICE HAD TAMPERED WITH THE CAR AS MICHAEL FOX THE PLAINTIFF SLEEP THAT NIGHT....

THAT MICHAEL FOX THE PLAINTIFF TRYED STARTING THE CAR THE NEXT MORNING...THAT THE PLAINTIFF FURTHER TRYED TO GET PEOPLE TO GIVE THE PLAINTIFF A JUMP... NO-ONE WOULD.....SOME PEOPLE THE PLAINTIFF ASKED, WHERE UNDERCOVER POLICE OR SOME KIND OF INFORMANT....OR TEAM PLAYER IN ANOTHER ONE OF THE SICO POLICE STAGED INCIDENTS....

MICHAEL FOX THE PLAINTIFF FINIALY GOT A JUMP..... MAN LEAVES WHO GAVE JUMP...MICHAEL FOX IS OUTSIDE THE VEHICAL AND IS SORTING THROUGH THE BELONGINGS HE TOOK OUT OF THE CAR, TRYING TO FIND SOMETHING...

MICHAEL FOX THEN HEARS ON A LOUD SPEAKER, TO STOP WHAT YOUR  DOING, AND WALK TOWARDS THE POLICE VEHICAL.....THERE ARE TWO HENDERSON NEVEDA POLICE SUBURBAN VEHICALS  THERE....THE PLAINTIFF WALKS TOWARDS THE POICE VEHICALS......THEN THE PLAINTIFF HEARS ONE OF THESE POLICE ASK..... IS THAT YOU MICHAEL FOX.....IS THAT YOU MICHAEL FOX....THE PLAINTIFF RESPONDS YES... YOU GOT ME....
MICHAEL FOX THE PLAINTIFF WALKS TOWARDS THE VEHICALS...MICHAEL FOX IS TOLD TO PUT HIS HANDS ON THE FRONT HOOD OF THE VEHICAL,  AND DO'NT TAKE THEM OFF....THEN THE POLICE OFFICER ASKING ME IF THE PLAINTIFF REMEMBER HIM.....THE PLAINTIFF MICHAEL FOX RESPONDS—— HOW COULD I NOT, AFTER YOU AND YOUR  FELLOW POLICE BEAT MY BALLS OFF LAST TIME.......THIS OFFICER IS SHOOK FROM WHAT THE PLAINTIFF  JUST SAID...AND SAID HE DID NOT DO ANYTHING WRONG.....
HOW DOES THIS POLICE OFFICER AGAIN KNOW WHO THE PLAINTIFF IS,, AFTER NOT SEEING MICHAEL FOX THE PLAINTIFF FOR ALMOST 1 YEAR....MICHAEL FOX ONLY HAD MEET THIS OFFICER ONCE......
AGAIN THIS IS FURTHER PROOF OF THE POLICE TRACKING ME AND STAGING ON GOING INCIDENTS WITH THE PLAINTIFF MICHAEL FOX.....FURTHER INTIMIDATING AND PROVOKING THE PLAINTIFF MICHAEL FOX....
AT THIS TIME THE PLAINTIFF MICHAEL FOX IS  AGAIN BEING INTERIGATED....FURTHER BEING HARRESED AND INTIMADED AND PROVOKED......
THEN THE POLICE OFFICER I KNOW FROM THE THE ONE  PAST INCIDENT....ASKS ME WHAT I THINK ABOUT DICK CHENEY THE VICE PRESIDENT OF THE UNITED STATES....DICK CHENEY SHOOTING THIS ATTORNEY IN CHORPUS CHRISTI TEXAS....THIS HEDERSON POLICE OFFICER ASKING THE PLAINTIFF WHATS GOING ON.... THE PLAINTIFF MICHAEL FOX RESPONDED,,, SAYING THE PLAINTIFF  WAS JUST THERE IN CHORPUS CHRISTI TEXAS—HUM—HUM.....THE PLAINTIFF MICHAEL FOX SAID NO MORE REGARDING THIS QUESTIONING REGARDING THE VICE PRESIDENT OF THE UNITED STATES DICK CHENEY...

RIGHT AFTER MICHAEL FOX HAD LEFT CHORPUS CHRISTI TEXAS AND WENT TO GALVESTON TEXAS,

(15)

MICHAEL FOXES CAR IS DESTROYED IN A GOVERMENT STAGED CAR ACCIDENT....THE FIRST NIGHT IN GALVESTON TEXAS....THEN THIS ALLEGED INCIDENT HAPPENED THAT DICK CHENEY SHOT HIS LONG TIME FRIEND, 8 DAYS AFTER MICHAEL FOXES GOVERMENT STAGED CAR WRECK... WHEN FOX WAS IN GALVESTON TEXAS DRIVING ALL OVER TYING TO FIND AOTHER VEHICAL...ALL OVER THE NEWS IS THE VICE PRESIDENT SHOT THIS ATTORNEY THAT IS FROM HOUSTON TEXAS....

IN THE NEWSPAPER ARTICALS THAT WHERE POSTED, AFTER THIS ALLEDGED SHOOTING IS THIS A WELL KNOWN AND RESPECTED ATTORNEY FROM HOUSTON TEXAS...

THAT THIS ATTORNEY THAT IS SHOT, ALDEGEDLY BY THE VICE PRESIDENT DICK CHENEY IS 72 PLUS YEARS OLD, THAT THIS ATTORNEY DOES NOT SUFFER FROM A HEART ATTACK FROM A SHOT GUN BLAST FROM 20 YARDS AWAY, OR IS NOT MORE SERIOUS  WOULDED....

THIS AGAIN IS ANOTHER POLICE AND GOVERMENT COVER-UP, AND ANOTHER STUNT PREFORMED BY THE GOVERMENT.....

IS THIS A MESSAGE FROM THE HEAD OF THE GOVERMENT POLICE FORCE FROM WASHINGTON DC...THAT IF YOU DARE MICHAEL FOX TRY TO GET AN ATTORNEY..
THAT THIS ATTORNEY YOU HIRE FOR RERESENTATION WILL DIE IN AN UNUSAL AND TRAGIC MANNER......
MICHAEL FOX HAS ALWAYS STATED, AND WILL UNTIL HIS DEATH..THESE PEOPLE ARE THE SICKEST FORM OF HUMAN LIFE ON THE EARTH.....
AND FURTHER MORE ABOVE THE LAW, BECAUSE THEY DESTROY ANYBODY THEY WANT OR THEY KILL THEM.......MY LIFE AND THE INCIDENTS IN MY LIFE ARE LIVING FACT TO THE PLAINTIFF MICHAEL FOXES STATEMENT....

THE DEFENDENTS THAT CAUSED THE PLAINTIFF MICHAEL FOXES STAGE CAR WRECK ARE FROM HOUSTON TEXAS...OR ARE ALEDGEDLY FROM HOUSTON TEXAS....

THAT THE US MARSHALL FROM THE COURT HOUSE IN GALVISTON TEXAS TOLD THE DEFENDENT TO GO TO HOUSTON TEXAS TO GET A GREAT ATTORNEY FOR LEGAL MATTERS IN FEDERAL COURT....

THAT THE VICE PRESIDENT OF THE UNITED STATES OF AMERICA WHO ALEDGEDLY SHOT HIS LONG TERM FRIEND, IS AN ATTORNEY, ALEDGEDLY FROM HOUSTON TEXAS...

THAT IN FED EX KINKOS IN CHORPUS CHRISTI TEXAS, EVERYBODY THAT SAT NEAR OR TALKED TO THE PLAINTIFF MICHAEL FOX WAS FROM HOUSTON TEXAS.....

THAT MICHAEL FOX THE PLAINTIFF  HAS BEEN RENTING CARS EVER SINCE THIS CAR ACCIDENT HAPPENED...UNTIL THE PLAINTIFF MICHAEL FOX BOUGHT  ANOTHER VEHICAL, A DODGE GRAND CARAVAN ON NOVEMBER 21 2006..........

THAT MICHAEL FOX THE PLAINTIFF HAS RENTED ECONOMY SIZE CARS FROM THRIFTHY CAR RENTAL, SINCE THIS CAR ACCIDENT/CAR WRECK....

THAT MICHAEL FOX THE PLAINTIFF HAS BEEN SLEEPING IN THE FRONT SEAT OF THESE RENTAL CARS, DUE FROM THIS CAR WRECK...

THAT DUE TO MICHAEL FOX THE PLAINTIFF SLEEPING IN THE FRONT SEAT OF  CRAMP CARS, THE PLAINTIFF MICHAEL FOX HAS DEVEOLPED BLOOD CLOTS IN HIS LOWER RIGHT CALF, AND IN HIS LUNGS....

THAT THE PLAINTIFF MICHAEL FOX, WAS HOSPITILIZED FOR 5 DAYS..FROM SEPT 21 THRU SEPT. 25 2006

THAT THE DOCTORS HAVE SINCE TOLD MICHAEL FOX THE PLAINTIFF,, THAT HIS LEG WILL NEVER BE NORMAL AGAIN..

THAT THE PLAINTIFF MICHAEL FOX WILL NEED SURGURY TO HIS VEINS THAT HAVE COLAPESED AND ARE NOT FUNCTIONING CORRECTLY....AND THE BLOOD VESSELS HAVE BEEN DESTROY, AND CAN NOT BE REPAIRED TROUGH SURGERY....

THAT THE DOCTORS HAVE TOLD THE PLAINTIFF THAT HE WILL HAVE TO WATCH HIS LEG FOR THE REST OF HIS LIFE,, AND THAT FURTHER CLOTTING WILL MOST LIKELY HAPPEN......

THAT IF THE PLAINTIFF MICHAEL FOXES VEHICAL WAS NEVER DESTOYED, WHICH WAS THE PLAINTIFFS HOME FOR THE PAST 16 MONTHS PRIOR TO THIS CAR ACCIDENT.. THAT THE PLAINTIFF WOULD NOT HAVE BEEN LIVING IN THE FRONT SEAT OF SMALL RENTAL CARS....

THAT THE PLAINTIFF MICHAEL FOX WOULD NOT HAVE BEEN IN A CRAMPED AND UPRIGHT POSTION WHILE SLEEPING AT NIGHT, CAUSING HIS BLOOD TO POOL IN THE PLAINTIFFS RIGHT  LEG... AND CLOTTING UP AND FURTHER DESTROYING THE VEINS IN HIS LEG....

THAT FROM THE CLOTS FORMING IN THE PLAINTIFF MICHAEL FOXES LEG,  CLOTS BROKE OFF AND MOVED INTO THE PLAINTIFFS LUNGS, WHERE THE PLAINTIFF WAS LEFT GASPING FOR AIR JUST SITTING IN A UP RIGHT POSITION......

THAT THE NEXT AREA FOR THE BLOOD CLOTS TO MOVE TO WAS THE HEART, POTENTALY CAUSING A STROKE OR HEART ATTACK, OR IF BLOOD CLOTS PASSED THROUGH THE HEART AND LODGED IN THE VEINS TO THE BRAIN FURTHER CAUSING A STROKE AND VERY POSSIBLE CAUSING THE PLAINTIFF TO BECOME PARTCIALLY OR FULLY PARILYISED...OR EVEN KILLING THE PLAINTIFF MICHAEL FOX

DOCTORS TELLING MICHAEL FOX THE PLAINTIFF THAT HE THE PLAINTIFF IS VERY LUCKY NOT TO BE CURRENTLY IN THAT CONDITION..WHERE THE PLAINTIFF IS PARILIZED.....AND THAT THE PLAINTIFF MICHAEL FOX WILL NEED TO BE CAREFUL FOR THE REST OF THE PLAINTIFFS NATURAL LIFE..OF FURURE BLOOD CLOTTING FROM THE DAMADED BLOOD VEINS, AND BLOOD VESSELS IN THE PLAINTIFFS  LEG....

THAT THE PLAINTIFF MICHAEL FOXES LIFE IS UTTERLY DESTROYED BECAUSE OF ANOTHER GOVERMENT/POLICE STAGED CAR WRECK...

THAT ATTACHED HERETO IS EXHIBITS OF EMAIL TRANSMISSIONS THAT WHERE BETWEEN THE PLAINTIFF MICHAEL FOX AND AMICA INSURANCE AJUSTER,  EREKIA B HUDGINS, FOR A SETTLEMENT ON THE PLAINTIFFS VEHICAL WHICH WAS NEVER REACHED.....

THAT ATTACHED HERETO IS EXHIBITS OF EMAIL TRANSMISSIONS THAT WHERE BETWEEN MICHAEL FOX THE PLAINTIFF AND THE AJUSTER-SHANNON WILLIAMS FROM THE PLAINTIFFS  INSURANCE COMPANY.. AIG INSURANCE.

THAT THE PLAINTIFF MICHAEL FOX MADE MANY ATTEMPS TO SETTLE COLLISION PART OF THE CLAIM , BUT TO NO AVAIL....

THAT MICHAEL FOX THE PLAINTIFF ASKED IF HE COULD RECIEVE THE MONIES THAT THE AMICA INSURANCE COMPANY WAS OFFERING, AND CONTINUE TO ARBTRATION SO THE PLAINTIFF MICHAEL FOX COULD TRY TO PURCHASE ANOTHER VEHICAL.
EMAIL FROM MICHAEL FOX TO SHANNON WILLIAMS AT AIG INSURANCE, THE PLAINTIFFS INSURANCE COMPANY..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-A

THIS IS EMAILS FROM MICHAEL FOX THE PLAINTIFF TO AMICA INSURANCE AJUSTER  EREKIA HUDGINS..TELLING AMICA INSURANCE AJUSTER THAT THE PLAINTIFF MICHAEL FOX DOES NOT EXCEPT AMICA INSURANCE OFFER FOR THE VEHICAL DAMAGE OFFER...AND THAT THE PLAINTIFF MICHAEL FOX WOULD LIKE TO RECIEVE A CHECK FOR THE AMOUNT AMICA IS OFFERING, UNTIL THERE IS A ARBITRATION HEARING ON DAMAGES...SO THAT THE PLAINTIFF MICHAEL FOX CAN PURCHASE A NEW CAR......................
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-B

 THAT THE PLAINTIFF MICHAEL FOX RECIEVES EMAIL FROM SHANNON WILLIAMS THE PLAINTIFFS INSURANCE AJUSTER, STATING THAT IF THE PLAINTIFF MICHAEL FOX  ACCEPTS ANY MONEY FROM EITHER INSURANCE CARRIER THAT THE PLAINTIFF IS ACCEPTING THE OFFER FOR THE PLAINTIFFS TOTAL LOSS...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-C——

FURTHER IN THIS EMAIL IS ABOUT ANOTHER OFFER FROM AMICA INSURANCE....AND IF THE PLAINTIFF CAN AGAIN RECIEVE THE FUNDS AMICA INSURANCE IS OFFERING TO PURCHASE ANOTHER VEHICAL...AND FURTHERMORE ABOUT THE PLAINTIFF MICHAEL FOX GETTING REIMBURSTED FOR THE RENTAL VEHICALS THAT THE PLAINTIFF IS RENTING...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-C

THAT THE PLAINTIFF MICHAEL FOX SENT ANOTHER EMAIL TO SHANNON WILLIAMS REGARDING THE STAGED CAR WRECK AND CONDITION OF THE PLAINIFF VEHICAL, AND FURTHER MORE THE PLAINTIFF DESCRIBING THE CLAIM AS A PROPERTY DAMAGE CLAIM. NOT A COLLISION CLAIM....AND THAT THE PLAINTIFF IS SUFFING FROM A FINANCIAL LOSS DUE THIS PROPERTY DAMAGE CLAIM...MICHEL FOX AGAIN ASKING IF HE CAN RECIEVE A CHECK FOR THE MONEY BEING OFFERED FROM AMICA INSURANCE AND THE ARBITRATION TO CONTINUE FOWARD...AND ABOUT THE REINBURSTMENT OF THE CAR RENTAL FEE DUE TO THE PLAINTIFFS 30 DAY CAR RENTAL POLICY....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-CC

THAT THE PLAINTIFF MICHAEL FOX STATES THIS IS JUST ANOTHER WAY INSURANCE COMPANYS FORCE UPON YOU A SETTLEMENT, WHEN THE INSURANCE COMPANY SHOULD PAY THE VICTIM OR INSURED OR PERSON NOT AT FAULT THE MONEY FOR THE CLAIM WHICH THE INSURANCE COMPANY BELIEVES IS JUST, SO THAT THE INJURIED OR DAMGED PARTY COULD MOVE FORWARD WITH THE PUCHASE OF ANOTHER VEHICAL..

THE PLAINTIFF MICHAEL FOX SHOULD HAVE HAD THE FUNDS AMICA INSURANCE WAS OFFERING.. SENT TO THE PLAINTIFF. SO THE PLAINTIFF MICHAEL FOX COULD PURCHASE ANOTHER VEHICAL...BUT THE AMICA INSURANCE COMPANY GIVES YOU A ULTAMADEM,, YOU EXCEPT ARE OFFER, IF YOU DON'T EXCEPT ARE OFFER, THAN MICHAEL FOX THE PLAINTIFF IS TO GO BACK TO HIS INSURANCE COMPANY..... WHICH IS AIG INSURANCE, AND NEGOTATE A SETTLEMENT WHICH WAS 800.00 DOLLARS LOWER THAN AMICA INSURANCE OFFER...COPY OF EMAIL FROM AMICA INSURANCE TO MICHAEL FOX ABOUT SETTLING THE CLAIM ATTACHED HERETO AS EXHIBIT 1-D

SHANNON WILLIAMS SENDING EMAIL TO MICHAEL FOX THAT SHE (SHANNON WILLIAMS) HAS RECIEVED A NOTICE THAT THE PLAINTIFF MICHAEL FOX DECLINED AMICA INSURANCE OFFER... AND THAT AIG'S INSURANCE OFFER WILL STAY THE SAME..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-E

THAT MICHAEL FOX ALMOST WONDERS IF THE PEOPLE THAT TRACK HIM, ARE NO CONSPIRING WITH BOTH INSURANCE COMPANYS TO FORCE THE PLAINTIFF MICHAEL FOX INTO SETTLEMENT...UTTERLY CHEATING THE PLAINTIFF OF HIS MONEY AND THE PLAINTIFFS RIGHTS....

THAT MICHAEL FOX THE PLAINTIFF SENDING EMAIL FURTHER DISPUTING AMICA INSURANCE COMPANYS OFFER AND TO EXPLAIN THE PLAINTIFFS SIDE OF HIS CLAIM...MICHAEL FOX CLAIMING THIS IS A PROPERTY DAMAGE CLAIM, AND NOT A REGULAR COLLISION CLAIM, THAT MICHAEL FOX THE PLAINTIFF WAS LEGALLY PARK, AND AMICA INSURANCE WHO'S INSURED CLIENT. THE DEFENDENT PATSON.........THROUGH HER GROSS NEGLIGENCE CAUSE THIS PROPERTY DAMAGE CLAIM................ COPY OF EMAIL CONVERSATION WITH AMICA INSURANCE AJUSTER EREKIA HUDGINS................COPY OF EMAIL ATTACHED HERETO AS A TWO PAGE EXHIBIT 1-F AND 1-FF

THAT MICHAEL FOX THE PLAINTIFF SENT COPYS OF ALL NEW PARTS AND REPAIR BILLS FOR THE PLAINTIFFS VEHICAL THAT WAS DESTROYED IN THIS PROPERTY DAMAGE CLAIM, TO EREKIA HUDGINS THE AJUSTER FOR AMICA INSURANCE...AND EREKIA HUDGINS SENDING EMAIL OF RECIEVING THEM, AND THE AMICA INSURANCE OFFER FOR THE CLAIM.............COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-G

THE PLAINTIFF MICHAEL FOX SENDING EMAIL BACK....DISAGREEING ON THE AMICA INSURANCE OFFER....THE PLAINTIFF MICHAEL FOX STATING WHAT HE WANTS FOR THE PROPERTY DAMAGE TO HIS CLAIM..... WHICH IS 7,000 DOLLARS...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-H

THAT MICHAEL FOX DROVE TO AIG OFFICE IN DALLAS TEXAS AREA..THAT SHANNON WILLIAMS WAS NOT IN AT THIS TIME , SO MICHAEL FOX THE PLAINTIFF SPOKE TO DAVID WATERHOUSE...DAVID WATERHOUSE ANOTHER AIG AJUSTER WAS GIVEN ALL VEHICAL RECIEPTS ON THE PLAINTIFFS VEHICAL....
MICHAEL FOX TRIED TO GET A CHECK FOR THE PLAINTIFFS DAMAGED CAR....THAT DAVID WATERHOUSE GAVE ALL RECIEPTS TO HIS MANAGER......AFTER DAVID WATERHOUSE CONSULTING WITH THE AIG MANAGER....DAVID WATERHOUSE MADE AN OFFER OF 2200 FOR PLAINTIFFS DESTROYED VEHICAL..



THAT MICHAEL FOX WAS TOLD BY DAVID WATERHOUSE THAT IT WOULD BE BETTER IF THE PLAINTIFF DEALT WITH AMICA INSURANCE...
AT THIS TIME, DAVID WATERHOUSE SAID THAT HE HAS FOUND THE OTHER INSURANCE CARRIER FOR THE DEFENDENT WHO CAUSED THIS STAGED WRECK:..MICHAEL FOX GOT ALL PHONE NUMBERS AND CLAIM NUMBERS AT THIS TIME....
MICHAEL FOX THE PLAINTIFF DECLINED AIG INSURANCE OFFER... THAT MICHAEL FOX ASKED DAVID WATERHOUSE OF HIS OPINION OF WHAT THE PLAINTIFF SHOULD RECIEVE WITH ALL THE RECIEPTS THAT DAVID WATERHOUSE WAS FURNISHED AND CONDITION OF THE CAR...DAVID WATERHOUSE TOLD THE PLAINTIFF HE SHOULD RECIEVE 5 TO 6 THOUSAND DOLLARS....PLAINTIFF MICHAEL FOX TOLD DAVID WATERHOUSE THAT THE PLAINTIFF WANTED 7 THOUSAND DOLLARS..

WHILE MICHAEL FOX THE PLAINTIFF IS IN THE WAITING ROOM OF AIG INSURANCE OFFICE AND TALKING WITH DAVID WATERHOUSE, THERE IS A BLACK MAN WHICH THE PLAINTIFF HAS SEEN ON DIFFERENT OCASSIONS FOLLOWING THE PLAINTIFF MICHAEL FOX...THIS MAN WALKING IN AND OUT OF THE AIG LOCKED DOORS TO THE OFFICE AREA'S.... THE PLAINTIFF MICHAEL FOX HAS SEEN THIS MAN IN FLORIDA, MICHIGAN AND TEXAS...AND NOW HAS AGAIN SEEN THIS SAME MAN IN CALIFORNIA....

MICHAEL FOX CONTACTING SHANNON WILLIAMS REGARDING THE PLAINTIFFS 30 DAY RENTAL AGREEMENT PER THE INSURANCE....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-I

SHANNON WILLIAMS REPLYING BACK ON PLAINTIFFS 30 DAY CAR RENTAL POLICY PER THE INSURANCE POLICY... SHANNON WILLIAMS DECLINING MY 30 DAY RENTAL CLAUSE IN MY POLICY...COPY ATTACHED HERETO AS EXHIBIT 1-J

MICHAEL FOX IS ENTITLED TO HIS 30 DAY RENTAL COVERAGE PER HIS INSURANCE POLICY..MICHAEL FOX THE PLAINTIFF NEEDS TO BE REINBURSTED....

THAT THE MONEY OFFERED BY AMICA INSURANCE FOR THE COLLISION CLAIM SHOULD HAVE BEEN PAID TO THE PLAINTIFF, EVEN IF THE PLAINTIFF DECLINED THERE OFFER... SO MICHAEL FOX THE PLAINTIFF COULD HAVE PURCHASED ANOTHER VEHICAL.

THAT MICHAEL FOX THE PLAINTIFF—— WAS TOLD BY SHANNON WILLIAMS THAT HE COULD NOT RECIEVE ANY PAYMENT UNLESS THE PLAINTIFF MICHAEL FOX WAS ACCEPTING THE OFFER FOR THE PLAINTIFFS VEHICAL..ANY PAYMENT MADE WAS PAYMENT IN FULL.......COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 2A..

THAT DUE TO THIS CAR ACCIDENT AND THE FAILURE OF AMICA INSURANCE TO SUPPLY MICHAEL FOX THE PLAINTIFF WITH MONEY FOR ANOTHER VEHICAL..THE PLAINTIFF HAS BLOOD CLOTTED HIS RIGHT LEG AND BOTH LUNGS... AND WILL INDURE PAIN AND SUFFERING FOR THE REST OF HIS NATURAL LIFE...

THAT IF THE PLAINTIFF MICHAEL FOX LIVES TO 78 YEARS OLD, WHICH IS A EASY AGE TO REACH TO LIVE IN TODAYS MEDICAL SCIENCE AND TREATMENT.
THE PLAINTIFF WILL HAVE COST AND PERSONAL TIME ENVOLVED FOR 31 YEARS.....

THAT THE PLAINTIFF MICHAEL FOX WILL ALSO SUFFER PHYSICAL AND EMOTIONAL AND IRREPTABLE HARM FOR 31 YEARS, OR THE THE REST OF THE PLAINTIFFS NATURAL LIFE....WHICH EVER COMES FIRST..........

THAT MICHAEL FOX HAS THE RIGHT TO BE REIMBURSTED FOR ALL RENTEL CARS THAT THE PLAINTIFF HAS RENTED FROM THE TIME OF THE ACCIDENT, TO SEPT 22 2006 WHEN THE PLAINTIFF WAS ABLE TO PURCHASE ANOTHER VEHICAL....

THAT ANY AND ALL REPAIR BILLS AND MAINTENCE CHARGES ALSO TO BE REINBURSTED BY AMICA INSURANCE....FROM CAR RENTAL AGENCIES...

THAT MICHAEL FOX BE REINBURSTED FOR GAS AND PERSONAL TIME FOR HAVING TO RETURN THE CAR RENTAL EVERY 28 DAYS... DUE TO ALL CAR RENTAL POLICYS..
PLAINTIFFS RETURNING THE THE RENTAL CAR, AND GETTING A NEW RENTAL CAR FOR THE NEXT 28 DAY RENTAL AND RETURN TO HIS ORIGINAL PLACE OF ORIGIN....

THAT THE PLAINTIFF MICHAEL FOX HAS HAD EMAIL CONVERSATIONS WITH THE MEDICAL AJUSTER AT AMICA INSURANCE.... AJUSTER SHERON CHAPA..SENIOR AJUSTER AT AMICA MUTUAL INSURANCE...14090 SOUTHWEST FRWY. SUITE 500 SURGUR LAND TEXAS 77478
PHONE# 1-888-887-9310 EXT.65119

THAT THE PLAINTIFF MICHAEL FOX WAS FIRST CONTACTED BY SHERON CHAPA ON MONDAY FEB 27 2006---COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 3A

THAT THE PLAINTIFF MICHAEL FOX WAS ALSO CONTACTED AGAIN BY THE AJUSTER SHERON CHAPA WITH ANOTHER EMAIL ON THE SAME DAY FEBUARY 27 2006... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 4B

THAT THE PLAINTIFF MICHAEL FOX RESPONDED WITH A EMAIL TO AJUSTER SHERON CHAPA 1ST EMAIL ON FEBUARY 28 2006... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 5A

THAT THE NEXT EMAIL TRANSMISSIONS ARE MARCH 23 2006--- BETWEEN MICHAEL FOX THE PLAINTIFF AND SHERON CHAPA THE AJUSTER FOR AMICA INSURANCE....COPYS OF SENT EMAIL FROM THE PLAINTIFF MICHAEL FOX, AND RETURN EMAIL FROM THE AJUSTER SHERON CHAPA ATTACHED HERETO AS EXHIBITS 6A AND 7A

THAT MICHAEL FOX THE PLAINTIFF RECIEVED AN EMAIL DATED WED MARCH 22 2006 FROM SHERON CHAPA WITH NO WRITTRN MESSAGE...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 8A

MICHAEL FOX RECIEVED NEXT EMAIL FROM AJUSTER SHERON CHAPA ON MAY 10 2006....WANTING TO SET UP AN APPOINTMENT WITH AN AJUSTER FOR MORE INFORMATION REGARDING THE CAR WRECK.---COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 9A

THAT MICHAEL FOX THE PLAINTIFF SENT A EMAIL BACK THE NEXT DAY DATED THURDSAY MAY 11 2006....
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 10A
THAT MICHAEL FOX THE PLAINTIFF STATES IN THIS EMAIL, THAT HE HAS TRIED TO CONTACT SHERON CHAPA BY PHONNE REGARDING UNPAID DOCTOR BILLS, AND COLLECTION AGENCY'S FOR UNPAID MEDICAL BILLS DUE TO THIS CAR WRECK...
THAT MICHAEL FOX THE PLAINTIFF IS ASKING WHY THESE BILLS ARE NOT BEING PAID...AND THAT HIS HEALTH CONDITIONS SEEM TO BE WORSENING..

THAT MICHAEL FOX THE PLAINTIFF RECIEVED A RESONSE TO HIS EMAIL FROM AJUSTER SHERON CHAPA THE NEXT DAY, MAY 11 2006... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 11A AND 11B A TWO PAGE EXHIBIT...

THAT MICHAEL FOX THE PLAINTIFF RECIEVED THE NEXTED EMAIL FROM SHERON CHAPA THE SENIOR AJUSTER FROM AMICA INSURANCE ON JUNE 27 2006 COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 12A

THAT IN THIS EMAIL DATED TUES JUNE 27 2006, SHERO CHAPA MAKES AN OFFER TO MICHAEL FOX THE PLAINTIFF TO SETTLE THE MEDICAL CLAIM IN THIS CAR WRECK FOR 1650 DOLLARS.....
THIS AGAIN IS A MOVE BY THE INSURANCE COMPANY TO DO EVEYTHING IN ITS POWER TO SETTLE A CLAIM FOR AS LITTLE AS POSSIBLE...AND THAT THE INSURANCE COMPANY DOES NOT WANT ANY MEDICAL CLAIM TO LINGER ON, AND TO SETTLE IT ANYWAY THEY CAN WITH NO REGARD TO THE VICTIMS HEALTH....OR THE INSURED PARTY.
THAT THE PLAINTIFF HAS SENT EMAILS REGARDING HIS CURRENT MEDICAL CONDITION, AND THE PAIN THAT THE PLAINTIFF MICHAEL FOX IS LIVING THROUGH....AND THAT THE CURRENT LIVING CONDITIONS THAT THE PLAINTIFF IS LIVING UNDER IT IS VERY DIFFICULT FOR THE PLAINTIFF TO SEE ANY DOCTOR UNDER A LONG TERM CONDITION....

THAT MICHAEL FOX THE PLAINTIFF SENT AN EMAIL THE NEXT DAY WED JUNE 28 2006 REGARDING THE AMICA INSURANCE AJUSTER SHERON CHAPA OFFER TO SETTLE..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 13A
THAT MICHAEL FOX DECLINES THE OFFER AND AGAIN STATES THE PAIN THAT THE PLAINTIFF IS LIVING THROUGH...AND THE PLAINTIFFS LIVING CONDITIONS...AND THAT MICHAEL FOX THE PLAINTIFF FURTHER

WANTS THE INTERVIEW WITH THIS OTHER AJUSTER FROM AMICA INSURANCE..

THAT MICHAEL FOX THE PLAINTIFF SENT ANOTHER EMAIL TO SHERON CHAPA THE SENIOR AJUSTER HANDLINGING THE MEDICAL CLAIM FOR AMICA INSURANCE..ON THURS. JUNE 29 2006...THAT MICHAEL FOX THE PLAINTIFF IS WAITING ON AN APPOINTMENT WITH ANOTHER REPRESENTIVE OR AJUSTER FROM AMICA INSURANCE....AND TO HAVE THIS AJUSTER MEET THE PLAINTIFF IN FED EX KINKOS IN ENCINITAS CALIFORNIA....
THAT THE PLAINTIFF MICHAEL FOX ALSO MADE A OFFERER TO SETTLE THIS MEDICAL CLAIM FOR 250 MILLION DOLLARS..THAT IS IN THIS EMAIL, YOU CAN READ THE FUSTRATION THAT THE PLAINTIFF IS INDURING, AT NO FAULT TO HIS OWN.....COPY OF THIS EMAIL ATTACHED HERETO AS EXHIBIT 14A

THAT MICHAEL FOX THE PLAINTIFF RECIEVIED AN EMAIL THE SAME DAY FROM AJUSTER SHERON CHAPA, THURSDAY JUNE 29 2006 COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 15A
IN THIS EMAIL THE AJUSTER SHERON CHAPA IS WORKING ON SETTING UP THIS INTERVIEW WITH THIS AJUSTER......

THAT ON FRI. JUNE 30 2006 MICHAEL FOX THE PLAINTIFF RECIEVED AN EMAIL FROM TERRY SCOLARI ANOTHER SENIOR AUSTER FROM AMICA INSURANCE      .... THIS IS THE AJUSTER THAT SHERON CHAPA WAS SETTING UP TO MEET THE PLAINTIFF MICHAEL FOX.......
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 16A

THIS TRAVELING ON THE ROAD AJUSTERS NAME IS TERRY SCOLARI...THAT IN HER EMAIL TO MICHAEL FOX THE PLAINTIFF. THE AJUSTER TERRY SCOLARI
STATES FOR THE PLAINTIFF MICHAEL FOX TO CONTACT HER AT THE PLAINTIFFS EARLIEST CONVIENCE, THAT SHE IS HEADING OUT IN THE FIELD AT 9AM
THAT THIS EMAIL WAS SENT AT 9:33AM. WITCH IS ON ATTACHED COPY OF EMAIL....EXHIBIT 16A
THAT THIS AJUSTER TERRY SCOLARI FURTHER STATES IF THE PLAINTIFF SENDS HER AN EMAIL---THAT THE AJUSTER TERRY SCOLARI STATES SHE DOES NOT ALWAYS GET THEM ON HER BLACKBERRY.....
WHY DO THEY USE A BLACKBERRYS IF YOU DO'NT GET THE INFORMATION YOU NEED IN YOUR TYPE OF WORK... OR IS THIS JUST ANOTHER EXCUSE THE INSURANCE AJUSTER USES.....

THAT THE PLAINTIFF MICHAEL FOX DOES NOT KNOW IT AT THIS TIME, BUT THIS IS ANOTHER CALCULATED STUNT THAT THE INSURANCE COMPANY AND ITS SENIOR AJUSTERS USE TO FURTHER FUSTRATE AND INTIMIDATE AND PROVOKE MICHAEL FOX THE PLAINTIFF....AND TO TRY TO CAUSE A SETTLEMENT...

THAT MICHAEL FOX THE PLAINTIFF RETURNED AN EMAIL AT 1:21PM ON THE SAME DAY FRIDAY JUNE 30 2006. ASKING THIS SENIOR AJUSTER TO MET MICHAEL FOX THE PLAINTIFF AT FED EX KINKOS ON JULY 3RD OR JULY 5TH....AND TO SEND THE PLAINTIFF MICHAEL FOX A EMAIL CONFIMING A TIME AND DATE....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 17A

THAT MICHAEL FOX THE PLAINTIFF RECIEVES ANOTHER EMAIL FROM TERRY SCOLARI ON THE SAME DAY JUNE 30TH 2006 AT 4:52 PM---THAT THIS AJUSTER TERRY SCOLARI STATES THAT SHE IS ON VACTION UNFORTUNATELY STARTING THIS AFTERNOON TILL JULY 10TH 2006..THIS AJUSTER FURTHER STATES IF THE PLAINTIFF IS WILLING TO COME DOWN TO HER LOCATION OVER THE WEEKEND IN ESCONDIDO CA...SHE WILL MEET THE PLAINTIFF, DURING HER VACATION TIME...THAT THIS AJUSTER TERRY SCOLARI FURTHER STATES IF I THE PLAINTIFF MICHAEL FOX...IS SINSERELY INTERESTED IN MOVING THIS CASE FOWARD TO RESOLUTION, SHE SUGGESTS THAT THE PLAINTIFF MICHAEL FOX GO TO A PHONE BOOTH AND CALL HER COLLECT TO WORK OUT THE DETAILS....OR OTHERWISE SHE WILL REQUEST MRS CHAPA WORK OUT ALTERNATIVE ARRANGMENTS WITH YOU..............COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 18A..

THAT MICHAEL FOX THE PLAINTIFF WENT TO THE PHONE BOOTH AT THE STRIP MALL, WITCH IS BEHIND FED EX KINKOS IN ENCINITA CA...THE PLAINTIFF MICHAEL FOX CALLED THIS SENIOR AJUSTER TERRY SCOLARI COLLECT...

THAT THE PLAINTIFF MICHAEL FOX AND TERRY SCOLARI MADE ARRANGEMENTS TO MET ON SUNDAY JULY 2 2006, AT THE BALL PARK WHERE HER DAUGHTER WAS PLAYING IN A BASEBALL TOURNEMENT BETWEEN 8:30AM AND 10AM....
THAT MICHAEL FOX WAS TOLD BY THIS SENIOR AJUSTER THAT HER DAUGHTERS GAME BEGINS AT 830AM

AND IF THE PLAINTIFF MICHAEL FOX COMES EARLIER THAN 830AM--THAT TERRY SCOLARI AND THE PLAINTIFF CAN DO THE INTERVIEW PRIOR TO THE GAME...
THAT DURING THIS CONVERSATION, THE PLAINTIFF MICHAEL FOX WAS GIVEN DIRRECTIONS ON HOW TO GET TO THE BALL PARK....THAT MICHAEL FOX THE PLAINTIFF WROTE DOWN THE DIRRECTIONS, AND TOLD TERRY SCOLARI THE PLAINTIFF WOULD BE DOWN TO SEE HER FIRST THING, AND TO EXPECT THE THE PLAINTIFF TO ARRIVE AROUND 8:30AM...

THAT THE PLAINTIFF LEFT ON THE NIGHT OF JULY 1ST 2006 TO ESCONDINDIO CALIFORNIA FOR THE BALL PARK, AND WOULD SLEEP IN THE CAR IN SOME AREA AROUND THE BALL PARK....THAT MICHAEL FOX FOLLOWED THE DIRRECTIONS THAT THIS TERRY SCOLARI GAVE..... THAT THE WAY TO TURN OFF THE INTERSTATE WAS THE WRONG WAY...HOW MANY TRAFFIC LIGHTS YOU PASS THROUGH UNTIL YOU TURN LEFT WHERE WRONG.....THE DIRRECTIONS WHERE ALL COMPLETLY WRONG EXCEPT FOR THE OFF RAMP OR EXIT OFF OF I-15 TO TAKE TO GET TO THE BALL PARK.....

THAT THE PLAINTIFF MICHAEL FOX IS NOW FEELING MIGHTY FUSTRATED AND FURTHER ANGERED BY THIS.. THAT MICHAEL FOX THE PLAINTIFF FOUND THE PARK WHERE THE PLAINTIFF IS TO MEET THIS AJUSTER. TERRY SCOLARI..

THAT MICHAEL FOX THE PLAINTIFF SLEEP THAT NIGHT OF JULY 1 2006 AT THIS BALL PARK

THAT ON THE MORNING OF SUN. JULY 2 2006–TIME APPROX. 7:30 AM--- MICHAEL FOX THE PLAINTIFF WENT TO FIND THIS TEAM THAT TERRY SCOLARI DAUGHTER PLAYED ON...
THAT MICHAEL FOX THE PLAINTIFF WALKED ALL AROUND LOOKING FOR THIS BASEBALL TEAM....THAT MICHAEL FOX THE PLAINTIFF COULD NOT FIND THIS TEAM ANYWHERE... THAT MICHAEL FOX ASKED QUESTIONS TO COACHES OF OTHER BASEBALL TEAMS ALREADY THERE...THAT THE PLAINTIFF MICHAEL FOX WAS TOLD TO GO OVER TO A BULLETIN BOARD WHERE THEY HAD THE BASEBALL TEAMS, TIMES AND DATES TO PLAY IN THIS BASEBALL TURNEMENT....

THAT THE PLAINTIFF MICHAEL FOX LOOKED UP TERRY SCOLARI DAUGHTERS BASEBALL TEAM ON THIS BOARD AND THAT THIS TEAM IS LISTED AS J2 FOR THE TOURNEMENT...AND IS SCHEDULED TO PLAY AT 1:30PM......ON SUNDAY JULY 2 2006
THE PLAINTIFF MICHAEL FOX WAS TOLD BY THIS TERRY SCOLARI TO MEET IN THE MORNING OF SUNDAY JULY 2 2006 AT 8:30 TO 10 AM OR TO COME EARLYIER AND WE COULD DO THE INTERVIEW BEFORE THE GAME STARTED...
THIS AGAIN WAS ANOTHER WAY TO FURTHER INTIMIDATE FUSTRATE AND PROVOKE THE PLAINTIFF MICHAEL FOX...THAT THIS IS THE WAY MICHAEL FOX HAS BEEN TREATD THROUGH OUT HIS ENTIRE LIFE BY GOVERMENT AND POLICE OFFICALS THAT SICK THE TEAM PLAYERS ON YOU.... TO DESTROY YOU AND TO FURTHER PROKE AND TERRIOIZE YOU.......

THAT THE PLAINTIFF MICHAEL FOX WENT TO THE PAY PHONE BY ONE OF THE BATHROOMS AND TRYED TO CALL THIS TERRY SCOLARI COLLECT... THAT TERRY SCOLARI DID NOT ANSWER THIS CALL...THAT MICHAEL FOX CALLED AGAIN AND THE SAME THING HAPPENED, THE PHONE CALL WAS NOT BEING ANSWERED....THE PLAINTIFF MICHAEL FOX LEAVES IN UTTER DISCUST AND FUSTRATION, KNOWING AGAIN THAT HE HAS BEEN SET UP....

THAT DURING THE MORNING HOURS OF SUNDAY JULY 2 2006, AS MICHAEL FOX THE PLAINTIFF WAS TRYING TO FIND THIS BASEBALL TEAM..AND DURING THE TIME MICHAEL FOX THE PLAINTIFF TRYED TO CALL TERRY SCOLARI, AND THE PLAINTIFF MICHAEL FOX LEAVING THIS BALLPARK..
MICHAEL FOX WAS BEING WATCHED AND STALKED BY MAN AND WOMEN TEAMS. AND SINGLE WOMEN, AND AS ALWAYS..MICHAEL FOX DECLINES TO TALK TO, AND WILL NEVER GET INVOLVED WITH THIS SCUM...

THAT MICHAEL FOX THE PLAINTIFF WENT AND SENT AN EMAIL TO TERRY SCOLARI ON SUNDAY JULY 2ND 2006 ....MICHAEL FOX EXPLAINING THE NONSENSE AGAIN WITH THE SICO GOVERMENT AND THE INSUANCE COMPANYS.....READ THE EMAIL AND YOU CAN FEEL THE DISCUST MICHAEL FOX IS CONTINUING ON LIVING THROUGH, DUE TO THIS STAGED CAR WRECK....AND NOW THE GOVERMENT AND THE INSURANCE COMPANY, AND ITS AGENTS CONTINUE TO SET THE PLAINTIFF MICHAEL FOX UP FOR MORE HARDSHIP.........COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 19A

THAT MICHAEL FOX THE PLAINTIFF RECIEVED AN EMAIL BACK FROM TERRY SCOLARI ON MONDAY JULY 3RD 2006--- AFTER MICHAEL FOX THE PLAINTIFF SENDING THE EMAIL ON JULY 2 2006---COPT OF EMAIL ATTACHED HERETO AS EXHIBIT 20A

THAT THIS EMAIL--- MICHAEL FOX RECIEVED  FROM TERRY SCOLARI ON MONDAY JULY 3RD 2006---EVERYTHING IN THIS EMAIL IS A LIE....AND THE SENIOR AJUSTER IS ACTING LIKE SHE NEVER RECIEVED THE EMAIL THAT THE PLAINTIFF MICHAEL FOX SENT ON SUNDAY THE DAY BEFORE..
NEVER RESPONDINGING TO ANY OF THE PLAINTIFFS  STAEMENTS...

THE PLAINTIFF STATING NOW...THAT TERRY SCOLARI IS A COOL CALCULATING WOMEN THAT DOES ANYTHING SHE NEEDS TO SETTLE A CASE FOR AMICA INSURANCE.....THIS WOMEN IS NEVER TO BE TRUSTED....SHE ACTS AND RESPONDS LIKE THE SICK AND SICO POLICING GOVERMENT DOES...
FURTHERMORE  THIS SENIOR AJUSTER IS ACCESSING THE AMICA INSURANSE EMAIL WEB PAGE, AND THAT THIS AJUSTER TERRY SCOLARI WOUD HAVE SEEN AND READ THE EMAIL THAT WAS SENT ON JULY 2ND 2006.....THIS WOMEN IGNORING THE EMAIL SENT BY THE PLAINTIFF ON JULY 2ND 2006 COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 21A

THAT ON JULY 10 2006 MICHAEL FOX SENT EMAIL TO SHERON CHAPA THE AJUSTER HANDLING THE MEDICAL CLAIM FOR AMICA INSURANCE, MICHAEL FOX THE PLAINTIFF REQUESTING FOR AN AJUSTER FOR THE INCLINE VILLAGE NEVEDA AREA......COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 22A

THAT MICHAEL FOX THE PLAINTIFF RECIEVED AN EMAIL BACK FROM SHERON CHAPA THAT SHE IS ON VACTION FROM JULY 3 THROUGH JULY 14  2006
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 23A

THAT MICHAEL FOX THE PLAINTIFF RECIEVED HIS NEXT EMAIL FROM SHERON CHAPA ON MON JULY 17 2006...THAT IN THIS EMAIL AGAIN IS ANOTHER STATEMENT REGARDING SETTLEMENT, AND IT WILL TAKE INTO CONSIDERATION ON ANY AMOUNT PAID, BECAUSE THIS CASE IS 5 MONTHS OLD...AGAIN THE PLAINTIFF MICHAEL FOX IS BEING THREATENED BY THE LONGTIVITY OF THIS CASE..AND BEING INTIMADATED INTO A POSSIBLE SETTLEMENT...
ALSO INCLUDED IN THIS EMAIL IS THAT THE AJUSTER SHERON CHAPA IS IN TRIAL ALL NEXT WEEK....WHY IS THIS AJUSTER IN TRIAL ALL WEEK.. . BECAUSE OF ANOTHER AMICA INSURANCE COMPANYS MANIPULATION TO CHEAT THE VICTIM OF MEDICAL TREATMENT OR MONEY SETTLEMENT...
OR IS THIS A LIE BY THIS SENIOR SHERON CHAPA TO FURTHER IMPLANT IN THE PLAINTIFFS MIND, THAT WE ARE ALWAYS GOING TO COURT.... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 24A

THE PLAINTIFF MICHAEL FOX SENDS EMAIL TO SHERON CHAPA ON TUES JULY 25 2006--AGAIN ASKING FOR AJUSTER TO MEET IN INCLINE VILLAGE NEVEDA...AND TO MEET IN THE STARBUCKS COFFEE THERE IN INCLINE VILLAGE NEVEDA....COPY OF EMAIL SENT ATTACHED HERETO AS EXHIBIT 25A

MICHAEL FOX THE PLAINTIFF RECIEVES EMAIL FROM SHERON CHAPA AFTER PLAINTIFF SENT THE ABOVE EMAIL...STATING THAT THIS SENIOR AJUSTER SHERON CHAPA CAN NOT FIND AN AJUSTER TO MEET WITH THE PLAINTIFF MICHAEL FOX IN INCLINE VILLAGE NEVEDA..... SHERON CHAPA THE SENIOR AJUSTOR ASKING THE PLAINTIFF IF THE PLAINTIFF MICHAEL FOX WILL BE RETURNING TO SAN SIEGO AREA....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 26-A

MICHAEL FOX THE PLAINTIFF STATES....THAT ANY INSURANCE COMPANY SHOULD BE ABLE TO FIND ANY INDEPENDENT AJUSTER TO HANDLE THIS ONE HALF HOUR BRIEFING...THIS IS AGAIN MORE MANIPULATION BY THE AMICA INSURANCE COMPANY, AND SOME  OF THESE GOVERMENT POLICE AGENCY THAT POLICE THE PLAINTIFF MICHAEL FOX...

THAT MICHAEL FOX THE PLAINTIFF RECIEVES EMAIL THE NEXT DAY, FROM SHERON CHAPA ON WED JULY 26 2006--STATING THAT AMICA INSURANCE HAS NO ONE TO MEET THE PLAINTIFF IN INCLINE VILLAGE NEVEDA...
AND TO PLEASE ADVISE SHERON CHAPA WHEN THE PLAINTIFF MICHAEL FOX  WILL BE RETURNING TO SAN DIEGO CALIFORNIA AND WILL HAVE TERRY SCOLARI  CONTACT THE PLAINTIFF MICHAEL FOX TO SCHEDULE A MEETING.....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 27A

THE PLAINTIFF MICHAEL FOX IS BEING DECLINED A MEETING WITH AN AJUSTER OUTSIDE OF

CALIFORNIA...ITS MICHAEL FOXES BELIEF THAT THIS IS FURTHER MANIPULATION AGAIN BY THE GOVERMENT POLICE FORCES THAT TRACK THE PLAINTIFF MICHAEL FOX....AND TO FURTHER STOP THE PLAINTIFFS STATEMENTS TO THE FACTS OF PLAINTIFFS INJURIES AND STAGED CAR WRECK INFLICTED UPON THE PLAINTIFF...

THAT MICHAEL FOX SENT EMAIL JULY 27 2006 EXPLAINING THE SITUATION AGAIN AND THE PLAINTIFFS DESIRE TO GET AN AJUSTER FOR THE SURRONDING AREA OF NEVEDA OR NORTHERN CALIFORNIA....MICHAEL FOX EXPLAINS THAT THE PLAINTIFF WANTS NOTHING TO DO WITH THE PAST AJUSTER TERRY SCOLARI AND HER NONSENSE.......COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 28A

THAT MICHAEL FOX THE PLAINTIFF RECIEVES EMAIL FROM SHERON CHAPA THURDAY JULY 27 2006 — SENIOR AJUSTER SHERON CHAPA STATING SHE HAS NO AJUSTERS FOR NEVEDA...STATING IF THE PLAINTIFF IS IN NORTHEREN CALIFORNIA SHE HAS AJUSTERS FOR THAT AREA....THE PLAINTIFF IS ON THE BOARDER OF CALIFORNIA IN NEVEDA, WHICH BORDERS ON NORTHEREN CALIFORNIA....AND THIS AJUSTER SHERON CHAPA CONTINUES ON TELLING THE PLAINTIFF THERE ARE NO OTHER AJUSTERS TO MEET THE PLAINTIFF.....THIS IS ANOTHER MINIPULATION BY AMICA INSURANCE TO FURTHER DELAY AND CAUSE ADDITIONAL FUSTRATRATION IN THE PLAINTIFF MICHAEL FOXES LIFE.....THE PLAINTIFF MICHAEL FOX DID NOT CAUSE THIS STAGED CAR WRECK....AND NOW THE GOVERMENT THAT CAUSED THIS STAGED CAR WRECK, IS INFUENCING AND IS PART OF THIS INSURACE COMPANYS WAR TACTICS..... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 29A

THAT THE PLAINTIFF MICHAEL FOX WAS UNABLE TO SEE ANY AJUSTER OR AMICA REPRESENTIVE FOR THIS ADDITIONAL PART OF AMICA INSURANCE REQUESTED INFORMATION...AND THAT MICHAEL FOX HAS DONE EVERTHING IN HIS PART TO HANDLE HIS CLAIM RESPONSIBLY, AND THAT AMICA INSURANCE IS AVOIDING THE PLAINTIFF MICHAEL FOX AGAIN, AND TO FURTHER INTIMIDATE AND PROKE THE PLAINTIFF, AND TO TRY TO WEAR DOWN THE PLAINTIFF INTO A CASH SETTLEMENT.....

THAT SENIOR AJUSTER SHERON CHAPA SENT MICHAEL FOX THE PLAINTIFF AN EMAIL OCT 17 2006.....STATING THAT AMICA INSURANCE WILL PAY NO MORE THAN 1650 DOLLARS—-AND THAT THEY NEED THE PLAINTIFFS COMPLETE COOPERATION..... AND MY SETTLEMENT AMOUNT FOR 250 MILLION HAS BEEN NOTED...SHERON CHAPA FURTHER STATES THAT THE PLAINTIFFS INJURIES WOULD NEVER WARRANT A 250 MILLION DOLLAR SETTLEMENT.....AMICA INSURANCE AND ITS REPRESENTITIVES HAVE DONE EVERYTHING TO DRAG THIS EPISODE OUT....ATTACHED HERETO COPY OF EMAIL AS EXHIBIT 30A
ALSO THEY CONTINUE ON HARPING ON THIS 1650.00 DOLLAR SETTLEMENT FOR THE PLAINTIFF TO EXCEPT.....WHEN THE PLAINTIFF HAS CONTINULY STATED THE PAIN HE IS IN AND NEEDS DOCTORS....BUT CAN NOT SEE DOCTORS BECAUSE OF HIS CURRENT LIVING CONDITIONS...

THE PLAINTIFF MICHAEL FOX SENDING A RESPONSE TO SHERON CHAPA OFFER AND EMAIL DATED OCT 17 2006.....COPY OF EMAIL SENT TO SHERON CHAPA ON OCT 22 2006 ATTACHED HERETO AS EXHIBIT 31A
AS YOU READ THIS EMAIL, YOU CAN FEEL AND HEAR THE FUSTRATION AND ANGUISH THAT THE PLAINTIFF MICHAEL FOXES HAS INDUREED BECAUSE OF THIS STAGED CAR WRECK...AND FURTHERMORE THE FUSTRATION WITH THE INSURANCE COMPANY AND ITS WAR TACTICS TO SETTLE THE CLAIM BY WEARING YOU DOWN...ALSO MICHAEL FOX THE PLAINTIFF REQUESTING AGAIN TO SEE AN AJUSTER FOR THIS MEDICAL CLAIM.....

THAT THE PLAINTIFF MICHAEL FOX RECIEVED AN EMAIL FROM SHERON CHAPA ON TUESDSAY OCT 24 2006 --- STATING THAT THE SENIOR AJUSTER TERRY SCOLARI WILL BE ON VACTION UNTIL OCT 30 2006.....THIS IS THE SAME AJUSTER TERRY SCOLARI THAT WENT ON VACTION WHEN THE PLAINTIFF TRYED TO MET THIS TERRY SCOLARI AT HERE DAUGHTERS BASEBALL GAME IN ESCONDIDO CALIFORNIA IN JULY OF 2006...THAT THE PLAINTIFF MICHAEL FOX FINDS THIS TO BE QUIT IRONIC....AND A POSSIBLE LIE AGAIN....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 32A

WHY HAS THIS AJUSTER SHERON CHAPA SENT THE EMAIL DATED EMAIL OCT 17 2006, AFTER SUCH A LONG PERIOD OF LAY-OVER SINCE THE LAST REQUEST FOR AJUSTER IN INCLINE VILLAGE NEVADA...OR SURRONDING AREA...

ITS THE PLAINTIFF MICHAEL FOXES BELIEF THAT THIS INSURANCE AJUSTER WAS TIPPED OFF THAT THE PLAINTIFF MICHAEL FOX IS BACK IN SAN DIEGO CALIFORNIA....AND FURTHERMORE OFFERS 1650 DOLLARS

FOR A SETTLEMENT.....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 30-A

MICHAEL FOX THE PLAINTIFF SENDING EMAIL TO SHERON CHAPA THE SENIOR AJUSTOR FOR AMICA INSURANCE ON NOV 1 2006---PLAINTIFF ASKING WHY HE HAS NOT HEARD FROM THIS OTHER AJUSTER.....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 33A

THAT MICHAEL FOX THE PLAINTIFF HAS NOT, AND DID NOT RECIEVE ANOTHER EMAIL FROM SHERON CHAPA SINCE THE LAST EMAIL RECIEVED ON OCT 24 2006 AND SINCE MICHAEL FOX FURTHER SENDING ANOTHER EMAIL ON NOV 1 2006--- REGARDING THE APPOINTMENT WITH THIS NEXT AJUSTER TERRY SCOLARI,,WHO IS ON ALEDGEDLY ON VACTION AT THIS TIME...THESE TWO SENIOR AJUSTORS ARE TRYING TO PLAY AND MANIPULATE THE PLAINTIFF MICHAEL FOX, INTO A SETTLEMENT.....

MICHAEL FOX RECIEVES EMAIL FROM TERRY SCOLARI ON THURSDAY NOV 2 2006 AT 12:15 NOON TIME---IN THIS EMAIL.....THIS SENIOR AJUSTER TERRY SCOLARI ASKS WHEN SHE CAN MEET MICHAEL FOX IN SAN DIEGO .....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 34A

MICHAEL FOX THE PLAINTIFF SENDS EMAIL SAME DAY, NOV 2 2006----- ASKING WHEN TO MEET SAT OR SUN...MICHAEL FOX THE PLAINTIFF IS TRYING TO GET THIS MEETING DONE THE WEEKEND OF NOV 4TH OR 5TH 2006..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 35A

MICHAEL FOX THE PLAINTIFF RECIEVES 2ND EMAIL FROM TERRY SCOLARI ON THURS 2 OF NOV 2006---- TERRY SCOLARI TELLING THE PLAINTIFF MICHAEL FOX HER BUSINESS HOURS...AND THATS SHE IS IN POWAY CALIFORNIA.....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 36A

MICHAEL FOX THE PLAINTIFF IS CONFUSSED AND THINKS NOW THIS SENIOR AJUSTER WANTS TO MEET IN HER AREA.....THE PLAINTIFF MICHAEL FOX UTTERLY REFUSES TO BEING SET UP AGAIN.....WHICH IS WHAT IS HAPPENING....

MICHAEL FOX THE PLAINTIFF SENDS ANOTHER EMAIL TO THIS AJUSTER TERRY SCOLARI ON THURS. NOV 2ND 2006
MICHAEL FOX THE PLAINTIFF ASKING THAT YOU WANT TO MEET IN POWAY NOW, WHEN TERRY SCOLARI STATED IN THE PREVIOUS EMAIL, SHE WILL MEET THE PLAINTIFF IN SAN DIEGO....PLAINTIFF RESPONDINGING TO EMAIL THAT I THE PLAINTIFF HAS TO DRIVE TO YOUR LOCATION AND YOU NOT BEING THERE AGAIN..
MICHAEL FOX FURTHER STATES HE WILL FIND A PLACE IN SAN DIEGO WHERE THE PLAINTIFF MICHAEL FOX AND THIS SENIOR AJUSTER CAN MEET, AT 1PM SINCE YOU DO'NT WANT TO MEET THIS WEEKEND.....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 37A

MICHAEL FOX RECIEVES A RETURN EMAIL AGAIN ON THURS NOV 2ND 2006 FROM THIS AJUSTER TERRY SCOLARI....THIS AJUSTER AGAIN STATING HER BUISNESS HOURS, AND THAT SHE TRYED TO MEET MICHAEL FOX THE PLAINTIFF THE FIRST TIME DURING HER VACATION TO FACILITATE THE HANDLING OF THE PLAINTIFFS CLAIM...THIS AJUSTER WANTS THE PLAINTIFF TO FURTHER CALL HER FOR A APPOINTMENT TIME AND DATE...AND THIS AJUSTER FURTHER STATES IT MUST BE IN A PUBLIC PLACE.....AND SHE ALSO STATES THAT SINCE THE PLAINTIFF MICHAEL FOX WILL NOT COME TO POWAY SHE WILL COME TO MICHAEL FOX THE PLAINTIFFS LOCATION....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 38A

MICHAEL FOX THE PLAINTIFF KNOWS THIS SENIOR AJUSTER TERRY SCOLARI IS AGAIN UP TO NO GOOD....THAT IN THIS AJUSTERS FIRST EMAIL SENT ON NOV 2ND 2006--TERRY SCOLARI SAYS FOR THE PLAINTIFF MICHAEL FOX TO CALL HER FOR A CONVENIENT TIME TO MEET IN SAN DIEGO....AND CONTINUING EMAILS THIS AJUSTER TERRY SCOLARI ASKS THE PLAINTIFF TO CALL HER.. AND SHE IS IN POWAY, TYING TO GET THE PLAINTIFF TO COME TO THIS AJUSTERS LOCATION.....COPY OF THAT EMAIL ATTACHED HERETO AS EXHIBIT 34A

MICHAEL FOX THE PLAINTIFF SENDS ANOTHER EMAIL THURS NOV 2ND 2006 TO SENIOR AJUSTER TERRY SCOLARI.
MICHAEL FOX IN THIS EMAIL SAYS BEST TIME FOR THE PLAINTIFF TO MEET IS 1PM ANY DAY OF THE WEEK...FURTHER STATING THAT BOTH PARTIES MEET AT A STARBUCKS COFFEE...AND THAT THIS IS A PUBLIC PLACE....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 39A



MICHAEL FOX THE PLAINTIFF RECIEVES EMAIL THE NEXT DAY FROM SENIOR AJUSTER TERRY SCOLARI--FRI NOV 3RD 2006...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 40A

MICHAEL FOX SENDS EMAIL ON SATURDAY NOV 4TH 2006 ON THE LOCATION OF THE STARBUCKS COFFEE AND DIRRECTIONS ON HOW TO GET THERE..
MICHAEL FOX THE PLAINTIFF FURTHER WRITES ABOUT THE FUSTRATION AND LIES THAT THE PLAINTIFF MICHAEL FOX HAS ENDURED FROM THIS STAGED CAR WRECK, AND WHAT THESE PEOPLE ARE CAPABLE OF....FURTHERMORE THAT THE PLAINTIFF MICHAEL FOX WILL BE GIVING TO YOU (TERRY SCOLARI) A WRITTEN STATEMENT.....AND THAT MICHAEL FOX WILL WANT THIS TERRY SCOLARI TO SIGN HIS COPY THAT THE SENIOR AJUSTER HAS RECIEVED A COPY OF THE PLAINTIFFS PHYSICAL CONDITION...AND EVENTS OF THIS STAGED CAR WRECK...THE PLAINTIFF FURTHER STATES WHAT HE WILL BE WEARING AND WHAT MICHAEL FOX THE PLAINTIFF LOOKS LIKE WHEN THE PLAINTIFF COMES FOR THIS MEETING....COPY OF THIS EMAIL ATTACHED HERETO AS EXHIBIT 41A

MICHAEL FOX RECIEVES EMAIL FROM TERRY SCOLARI ON MONDAY NOV 6TH 2006----AGAIN THIS SENIOR AJUSTER TRYING TO PUT ALL THE BLAME ON THE PLAINTIFF IN THIS EMAIL, WHEN THIS SENIOR AJUSTER HAS BEEN TOTALLY NEGLIGENT WILLFULY AND MALISISLY WITH INTENT....
FUTHERMORE MICHAEL FOX IS WANTING TO GIVING WRITTEN DOCUMENTATION OF HIS PHYISICAL CONDITION, IN HIS LAST EMAILS TO THIS SENIOR AJUSTOR TERRY SCOLARI....EXHIBIT 41-A
THEN THE RESPONSE IN THE NEXT EMAIL FROM THIS SENIOR AJUSTER TERRY SCOLARI....THAT THE PLAINTIFF IS GETTING A ONE TIME OFFER OF 5000 DOLLARS....
THE NERVE OF THIS AJUSTER TERRY SCOLARI TRYING TO BLAME MICHAEL FOX THE PLAINTIFF..FOR LACK OF COOPERATION.. AND FURTHERMORE GIVING THE PLAINTIFF A ONE TIME OFFER OF 5000 DOLLARS.. FROM THE PAST EMAIL TRANSSMISSIONS BETWEEN BOTH PARTIES YOU CAN NOW SEE WHAT THIS SENIOR AJUSTER IS MADE OF....AMICA INSURANCE WANTS TO CUT THE CORD FROM MICHAEL FOX RECIEVING THE MEDICAL ATTENTION THAT THE PLAINTIFF MICHAEL FOX SO NEEDS....AND FURTHER DESIRES....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 42A

IN THE EXHIBIT 42-A TERRY SCOLAR THE SENIOR AJUSTER FURTHER STATES THAT THE BURDEN OF PROOF IS ON THE PLAINTIFF MICHAEL FOX AND THAT THE PLAINTIFF MICHAEL FOX MUST SHOW PROOF AS A DIRRECT RESULT OF THIS CAR ACCIDENT...
MICHAEL FOX THE PLAINTIFF BELIEVES THAT TERRY SCOLARI HAS BEEN INFORMED BY THESE GROUP OF PEOPLE, THAT POLICE THE PLAINTIFF MICHAEL FOX... THAT THE PLAINTIFF MICHAEL FOX HAS BLOOD CLOTS IN HIS LEGS AND LUNGS, AND THAT THERE NOT FROM THE IMPACT OF THE STAGED CAR WRECK... THE BLOOD CLOTS ARE INFACT DUE TO THE PLAINTIFFS VEHICAL BEING DESTROYED AND ARE FURTHER MORE INDUCED, AS A DIRRECT RESULT FROM AMICA INSURANCE NOT PAYING THE PLAINTIFF MICHAEL FOX FOR HIS TOTALED VEHICAL WHICH WHERE NEEDED TO PURCHASE ANOTHER VEHICAL............

THIS AJUSTER TERRY SCOLARI,, FURTHER STATES, IF THE PLAINTIFF MICHAEL FOX REJECTS HER OFFER OF 5000 DOLLARS THE PLAINTIFF MUST GO TO THE STATE IN WHICH THIS ACCIDENT OCCURED AND PRESENT THE PLAINTIFFS EVIDENCE TO SUPPORT THE PLAINTIFFS INJURIES OF THE PLAINTIFFS CLAIM IN ADHERENCE OF THE JURISDICTIONAL REQUIREMENTS AND PROVE UP THE PLAINTIFFS CLAIM.....

THESE STATEMENTS IN THIS EMAIL ARE BOTH INTIMADATING AND PROVKING, THAT MICHAEL FOX THE PLAINTIFF HAS ALWAYS TRYED TO HAVE THIS MEETING FOR THE PLAINTIFFS STATEMENT TO THE FACTS OF THE ACCIDENT, AND THE PHYSICAL CONDITION OF THE PLAINTIFF...... AND THE PLAINTIFF IS ALWAYS SIDE LINED WITH WE DO'NT HAVE AJUSTERS IN THAT AREA OF NEVEDA OR IN NEVEDA AT ALL..WHICH IS A LIE-- THERE ARE LOT OF INDEPENDENT AJUSTERS IN NEVEDA....
MICHAEL FOX THE PLAINTIFF BEING SET UP WHEN HE WENT TO MEET THIS SAME AJUSTER TERRY SCOLARI IN JULY 2 2006..AND THIS AJUSTER NOT BEING THERE..ONLY TO BE WATCHED BY THE SICK SICO POLICE WHEN MICHAEL FOX WAS TRYING TO FIND THE SENIOR AJUSTERS DAUGHTERS BASEBALL TEAM...
THAT MICHAEL FOX AGAIN TRYING TO SEE AN AJUSTER WHEN HE CAME BACK TO SAN DIEGO..IN OCT 2006..AND AGAIN THIS SAME AJUSTER TERRY SCOLARI BECOMING ENRAGED THAT THE PLAINTIFF MICHAEL FOX WANTS TO GIVE A WRITTEN STATEMENT TO THE FACTS...

THAT IT IS ONLY EVEIDENT THAT THE AMICA INSURANCE COMPANY AND ITS AGENTS WANTS NOTHING TO DO WITH THE PLAINTIFFS MICHAEL FOXES CLAIM



AND FURTHERE MORE IN THIS EMAIL EXHIBIT 42-A  THAT IF THE PLAINTIFF DOES NOT ACCEPT THIS OFFER OF 5000 DOLLARS THERE WILL BE CONSEQUECES....WHICH ARE TO GO BACK TO TEXAS AND FILE A COMPLAINT......

MICHAEL FOX THE PLAINTIFF RESPONDS SENDING EMAIL BACK TO TERRY SCOLARI ON THE SAME DAY MON. NOV 6TH 2006--MICHAEL FOX DECLINING THE OFFER AND FURTHER STATES DO YOU WANT THE WRITTEN STATEMENT---AND THAT MICHAEL FOX HAS LOSS WORK AND HOSPITAL BILLS OVER 14,500.00 DOLLARS... MICHAEL FOX FURTHER ASKING THIS SENIOR AJUSTER,, IS THAT WHAT I HAVE TO DO, FILE A COMPLAINT, IS THAT WHAT YOU ARE TELLING ME THE PLAINTIFF MICHAEL FOX...
MICHAEL FOX FURTHER WRITING THE DISCUST THAT HE IS FEELING, AND THAT THE PLAINTIFF MICHAEL FOX IS TIRED OF THE NONSENSE...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 43A

MICHAEL FOX THE PLAINTIFF RECIEVES EMAIL NEXT DAY FROM TERRY SCOLARI....TUES NOV 7 2006-----IN THIS EMAIL THE SENIOR AJUSTER TERRY SCOLARI SAYS SHE IS SO SORRY FOR OFFENDING THE PLAINTIFF, AND THAT SHE HAD NO IDEA OF MY, THE PLAINTIFFS INJURIES..  TERRY SCOLARI FURTHER STATES SHE WANTS TO MEET AT STARBUCKS COFFEE ON THE CORNER OF BROADWAY AND KETTNER.ON 11-13-06 AT 1PM...AND FOR MICHAEL FOX THE PLAINTIFF TO BRING COPIES OF BILLS AND ECT...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 44A

MICHAEL FOX RECIEVES 2ND EMAIL ON THE SAME DAY TUES NOV 7 2006----FROM SENIOR AJUSTER TERRY SCOLARI..ASKING FOR THE PLAINTIFF  TO CALL COLLECT SO THAT WE CAN TALK........
MICHAEL FOX THE PLAINTIFF KNOWS THIS WOMEN IS A CON WOMEN AND IS NOT TO BE TRUSTED......AND THE PLAINTIFF MICHAEL FOX THINKS ANYONE READING THESE EMAIL TRANSMISSIONS WOULD THINK THE SAME...MICHAEL FOX THE PLAINTIFF CAN NOT,, AND WILL NOT TRUST THESE PEOPLE EVER.....THIS SENIOR AJUSTER IS TRYING TO GET MICHAEL FOX TO CALL SO SHE CAN FURTHER PROKE AND INTIMIDATE MICHAEL FOX, AND TRY TO CON THE PLAINTIFF MICHAEL FOX INTO A SETTLEMENT---------------------------------------------
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 45A

THAT MICHAEL FOX RECIEVES EMAIL FROM TERRY SCOLARI ON THURSDAY NOV 9TH 2006----ASKING FOR THE PLAINTIFF TO RESPOND IF WHERE GOING TO MEET ON MONDAY THE 13TH OF NOV 2006 AT STARBUCKS..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 46A

MICHAEL FOX THE PLAINTIFF SENDS EMAIL TO TERRY SCOLARI ON THURS NOV 9 2006 AT 7:28PM------THAT MICHAEL FOX THE PLAINTIFF IS THOURHLY DISCUSTED AT THIS POINT, AS YOU READ THE EMAIL YOU CAN SENSE IT AND FEEL IT...MICHAEL FOX EXPLAINS THE CURRENT STATIS OF HIS HEALTH AND DOCTORS HE IS SEEING, AND WHAT THE CURRENT PROGNOSIS IS FOR HIS FUTURE HEALTH CONDITIONS....FURTHERMORE THE PLAINTIFF MICHAEL FOX STATES THE PLAINTIFF WILL NEVER EXCEPT AN SETTLEMENT WHEN THE PLAINTIFFS HEALTH IS TERRIBLE AND THE PLAINTIFF NEEDS MEDICAL TREATMENT...PLAINTIFFS EMAIL CONTINUES ON HOW THE PLAINTIFF WILL LIVE FOR THE NEXT 30 YEAR OR MORE AND THE POSSIBLE HEALTH RISKS......................COPY OF THIS EMAIL ATTACHED HERETO AS EXHIBIT 47A

THAT MICHAEL FOX THE PLAINTIFF SENDS EMAIL TO TERRY SCOLARI THE SENIOR AJUSTER ON SUNDAY NOV 12TH 2006----ASKING TERRY SCOLARI THE AJUSTER FOR AMICA INSURANCE IF SHE WOULD RESPOND TO THIS EMAIL....CONFIRMING THAT SHE RECIEVED  THE EMAIL THAT THE PLAINTIFF MICHAEL FOX SENT ON THUR NOV 9TH 2006....FURTHERMORE THE PLAINTIFF WRITES IN THIS EMAIL, THAT THE PLAINTIFF DOES NOT WANT TO HEAR THAT THE DEFENDENT TERRY SCOLARI DID'T RECIEVE IT....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 48A

THAT TERRY SCOLARI DOES NOT RESPOND TO THE PLAINTIFF MICHAEL FOXES REQUEST... TERRY SCOLARI IS RUNNING FROM THIS INTERVIEW AND SITUATION REGARDING THE PLAINTIFF MICHAEL FOXES HEALTH CONDITION AND FURTHER MORE AMICA INSURANCE DOES NOT WANT TO BE HIT WITH THE CONTINUING DOCTOR BILLS...

TERRY SCOLARI  SENDS ANOTHER EMAIL ABOUT THE  MEETING ON MONDAY AT STARBUCKS COFFEE, SHE IS ACTING AS SHE HAS NEVER RECIEVED ANY OF THE PREVIOUS  EMAILS FROM THE PLAINTIFF MICHAEL FOX AND THE SENIOR AJUSTER FURTHER STATES SHE IS SENDING THE PLAINTIFF THE EMAILS AGAIN, THIS IS THE EXACT WAY THE PLAINTIFF MICHAEL FOX DESRIBE THE PLAINTIFF RESENDING HIS EMAILS BACK TO THE TERRY SCOLARI..ASKING FOR CONFIRMATION...

THAT THE PLAINTIFF MICHAEL FOX RECIEVED THIS EMAIL AT 10:08--AM-- NOV 13TH 2006....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 49A

THAT THIS SENIOR AJUSTER TERRY SCOLARI IS PLAYING GAMES AGAIN, AND ACTING IF SHE IS NOT RECIEVING THE EMAILS.....AND IS NOT ANSWERING THE PLAINTIFFS REQUESTS
THIS IS FURTHER PROOF OF THIS SENIOR AJUSTER TERRY SCOLARI AND HER INTENTIONS AND CREDITBILTY
THAT MICHAEL FOX RECIEVES EMAIL FROM TERRY SCOLARI ON MONDAY MORNING AT 10:08-AM NOV 13TH 2006....TERRY SCOLARI STATES SHE SENT 2 EMAILS ON 11/7 AND AGAIN ON 11/9 AND THAT TERRY SCOLARI IS SENDING THEM AGAIN AND FUTHER STATES ABOUT THE MEETING SHE PROPOSED FOR TODAY....TERRY SCOLARI THE SENIOR AJUSTERS LAST SENTENCE IS THAT SHE NEVER RECIEVED ANY NOTIFICATION THAT THE EMAILS WHERE UNDELIVERABLE...MICHAEL FOX THE PLAINTIFF IS CURRENTLY WORKING AT THIS TIME WHEN THIS EMAIL WAS SENT....

MICHAEL FOX THE PLAINTIFF STATES THAT TERRY SCOLARI AND THE PLAINTIFF HAS NEVER HAD ANY PROBLEM WITH EMAILS UNTIL THIS TIME IN POINT..
AND THE TIME IS WHEN TERRY SCOLARI IS TO TAKE THE PLAINTIFF MICHAEL FOXES STATEMENT.. AMICA INSURANCE AND ITS AGENTS DO NOT WANT TO TAKE THE PLAINTIFFS STATEMENT.. OR HEAR ABOUT HIS MEDICAL CONDITION..AND MEDICAL NEEDS OF THE PLAINTIFF.....
AMICA INSURANCE AND ITS SENIOR AJUSTERS/AGENTS WANT TO FURTHER PROVOKE AND INTIMIDATE THE PLAINTIFF MICHAEL FOX.... AND TRY TO GET THE PLAINTIFF MICHAEL FOX SO UPSET, THAT THE PLAINTIFF ACCEPTS SOME KIND OF OFFER FROM THE INSURANCE COMPANY.......THIS IS TOTAL NELIGENCE AND MALISIS INTENT TO CAUSE HARM TO THE PLAINTIFF MICHAEL FOX....AND NOT PROVIDE THE NESSASARY MEDICAL ATTENTION THE PLAINIFF MICHAEL FOX NEEDS AND SO DESIRES....

MICHAEL FOX THE PLAINTIFF GOES TO STARBUCKS COFFEE AT 1PM ON MONDAY NOV 13TH 2006---COPY OF RECIEPT CHARGE ON THE PLAINTIFFS MASTER CARD.....THAT MICHAEL FOX THE PLAINTIFF WENT DRESSED THE WAY THE PLAINTIFF TOLD SENIOR ASJUSTER TERRY SCOLARI THE PLAINTIFF WOULD BE DRESSED......

*Exhibit 49 B*

MICHAEL FOX SENDS HIS LAST EMAIL TO DATE TO TERRY SCOLARI ON MONDAY NOV 13TH 2006
AFTER THE PLANTIFF MICHAEL FOX GOT OFF WORK...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 50A
IN THIS EMAIL, AGAIN THE PLAINTIFF VENTS HIS ANGER AND DISHONESTY OF THE INSURANCE COMPANY AND ITS AGENTS AND THE POLICING GOVERMENT AGENCIES THAT ATTACK THE PLAINTIFF MICHAEL FOX.....

THE MAIN REASON THAT MICHAEL FOX THE PLAINTIFF WANTED TO GIVE A WRITTEN STATEMENT, BECAUSE OF THE LIES AND BETRAIL OF THE TRUTH THAT WOULD NEVER BE HEARD...
SINCE TERRY SCOLARI RECIEVING THE EMAIL THAT THE PLAINTIFF MICHAEL FOX SENT ON SAT NOV 4TH 2006 ,
THAT MICHAEL FOX RECIEVES THE NEXT EMAIL FROM TERRY SCOLARI ON MON NOV 6TH 2006---THAT NOW THE SENIOR AJUSTER IS ENRAGED AND WANTS TO SETTLE..
THAT MICHAEL FOX THE PLAINTIFF KNOWS THAT IF HE WHERE TO GO TO THIS INTERVIEW IT WILL BE MICHAEL FOXES WORD AGAINST THE SENIOR AJUSTERS WORD... AND THAT MICHAEL FOX THE PLAINTIFF IS SURE THAT THE RECORDING OF THE CONVERSATION WOULD BE ALTERED...AND THAT THE GOVERMENT THAT CAUSED THIS CAR WRECK IS SURLY OUT TO ENFORCE THAT THE PLAINTIFF MICHAEL FOX GETS NOTHING...WHY ELSE WOULD THE SENIOR AJUSTER TERRY SCOLARI BE TRYING TO SETTLE THIS MEDICAL CLAIM.....MICHAEL FOX DEMANDS TO GIVE A WRITTEN STATEMENT....
MICHAEL FOX THE PLAINTIFF HAS AGAIN TRYED TO HAVE THIS INTERVIEW, EVEN IN ANOTHER STATE, AND AMICA INSURANCE NOT ALLOWING THIS INTERVIEW TO GO FORTH...
THAT THE AMICA INSURANCE SENIOR AJUSTER TERRY SCOLARI AND MICHAEL FOX THE PLAINTIFF ARE COMMUNICATING THROUGH EMAILS FOR A PLACE TO MEET FOR THIS INTERVIEW, AND SINCE AGAIN MICHAEL FOX THE PLAINTIFF WANTING TO GIVE A WRITTEN STATEMENT, TERRY SCOLARI OF AMICA INSURANCE TRYS TO PUT MICHAEL FOX THE PLAINTIFF ON THE SPOT AND THAT ITS ALL MICHAEL FOXES FAULT THAT THIS INTERVIEW HAS NOT GONE FORTH.....
THIS IS THE WAY THE SICO SICK GOVERMENT HAS ALWAYS ATTACKED MICHAEL FOX .....THAT EVERYTHING IS THE PLAINTIFFS FAULT..
THAT MICHAEL FOX THE PLAINTIFF FURTHER THINKS THAT THIS TERRY SCOLARI IS SOME SORT OF SECRET POLICE..OR INSPECTOR,WITH SOME GOVERMENT OFFICE...WORKING WITH INSURANCE COMPANYS TO KEEP PAYMENTS LOW, AND FURTHER DEPRIEVE INJURIED VICTIMS OF MEDICAL TREATMENT, AND IS

FURTHMORE CONSPIARY WITH OTHER GOVERMENT POICE OFFICALS TO PROVOKE AND INTIMADE THE PLAINTIFF MICHAEL FOX

THAT MICHAEL FOX TRYED TO GET A LOAN FOR A NEW VEHICAL BUT WAS DECLINE BECAUSE OF DOCTOR OR HOSPITAL BILLS BEING SENT TO THE CREDIT BUREAL AS UNPAID

THAT MICHAEL FOX PLAINTIFF TRYED HIS BEST TO CLEAR UP AND CALL ALL DEBTS OWING...

THAT MICHAEL FOX HAS HAD A HUGE PROBLEM WITH THE UNITED STATES POSTAL SERVICE RECIEVING THE PLAINTIFFS MAIL. THAT MICHAEL FOX HAS A MAILING ADDRESS OF PO BOX 111621 NAPLES FLORIDA...THAT THE POST OFFICE THERE HAS BEEN SENDING MAIL BACK AS UNDERLIVERABLE OR BOX CLOSED, BOTH OF THESE ARE FALSE ISSUES....THAT MICHAEL FOX CALLS THE POST OFFICE IN NAPLES FLORIDA AND THEY FOWARD ALL MICHAEL FOXES MAIL TO A GENERAL DELIVERY ADDRESS.....THAT THIS POST OFFICE MIGHT NOT BE SENDING ALL THE MAIL....
THAT MICHAEL FOX HAS RECIEVED BILLS AND HAS CALLED THE CREDITORS AND TOLD THEM THE SITUATION ON THE CAR ACCIDENT AND THE INSURANCE..ALL CREDITORS SAID THEY WOULD WAIT AND LIEN THE INSURANCE COMPANYS CLAIM FOT PAYMENT.. AND NOT BLEMISH THE CREDIT OF MICHAEL FOX....

BUT AS A DIRRECT CAUSE OF THIS STAGED CAR ACCIDENT.... MICHAEL FOX THE PLAINTIFF'S CREDIT RATING IS BLEMISHED, AND IS UNABLE TO BORROW MONEY BECAUSE OF IT....

THAT MICHAEL FOX HAS AN EXCELLENT CREDIT RATING, AND NOW AGAIN, ITS ANOTHER STRIKE AGAINST THE PLAINTIFF MICHAEL FOX
ANOTHER HEADACHE AND PROBLEM TO SOLVE......

JUST ANOTHER WAY THE GOVERMENT BOMBS YOU WITH CONTINUING PROBLEMS AND HEADACHES IN YOUR LIFE, FURTHER TRYING TO WEAR YOU DOWN, UNTIL YOU CAVE IN AND BECOME ONE OF THESE SCUM...

IF YOU READ THE EMAIL DATES AND TIMES. AND THE EMAILS THEMSELFS.. YOU CAN SEE MICHAEL FOX THE PLAINTIFF HAS TRYED TO RESOLVE ALL MATTERS..ONLY TO BE SET UP TWICE BY THE SENIOR AJUSTER TERRY SCOLARI....TO BE FURTHER ANGERED AND PROKED, TO BE INTIMADATED AND POSSIBLE GET THE PLAINTIFF MICHAEL FOX TO SIGN OFF ON ALL CLAIMS BY WEARING THE PLAINTIFF DOWN.......

THE PLAINTIFF MICHAEL FOX FURTHER STATES THAT THE PLAINTIFFS FIRST COUSIN LINDA MARTIN///LINDA HAMBI HAS WORKED FOR THE CENTRAL INTELLIGENCE AGENCY KNOWN AS THE (CIA) SINCE THE LATE 1960'S....IN THE WORLD HEAD QUARTERS IN WASHINGTON DC...

THAT MICHAEL FOX KNOWS THAT THESE SICK AND SICO GOVERMENTS AND THERE POLICE BELIEVE MICHAEL FOX IS PART OF THE CIA/CENTRAL INTELLENGENCE AGENCY...

THAT MICHAEL FOX HAS BEEN ASKED BY A LOUIS HOLM FROM ELLSWORTH MICHIGAN, THAT WE JUST WANT TO KNOW WHATS HAPPENING FROM THE PEOPLE IN DC......

THAT THE PLAINTIFF MICHAEL FOX WORKED WITH LOUIS HOLM, AT HAGGARDS PLUMBING AND HEATING IN CHARLEVOIX MICHIGAN...

THAT THIS CONVERSATION HAPPENED WHEN MICHAEL FOX TRYED TO SAVE EVERYTHING HE OWNS WHEN THE POLICE SIEZED EVERYTHING THE PLAINTIFF OWNED IN A LOCKED TRAILER IN A PAID PARKING LOT..WHEN THE PLAINTIFF WENT BACK TO MICHIGAN IN APRIL AND MAY OF 2005..

THIS IS FURTHER EVIDENCE OF WHO IS ENVOLDED AND WHY THE DEFENDANT MICHAEL FOX IS RELENTLESSLY BE ATTACKED....

THE PLAINTIFF MICHAEL FOX WILL NEVER SURRENDER...AND CAVE INTO THESE PEOPLE AND THERE ANTICS.....THESE ARE EVIL AND DISPICKABLE PEOPLE...

AND AS FOR THE DAMAGES DUE TO THE PROPERTY DAMAGE CLAIM...THE PLAINTIFFS VEHICAL.....THE

PLAINTIFF AGAIN IS OFFERED 50 CENTS ON THE DOLLAR OR EVEN LESS...

THE AMOUNT OF TIME MICHAEL FOX THE PLAINTIFF SPENDS EACH DAY AS A DIRRECT RESULT OF THIS ACCIDENT....2 TO 4 HOURS PER DAY..

THAT MICHAEL FOX CARRIES UNINSURED MOTORIST AND CARRIES ADDTIONAL INSURANCE IF THERE IS ANY SUCH STAGED CAR ACCIDENT WHERE THE DEFENDANTS INSURANCE IS NOT ADQUIT TO PAY THE AMOUNT OF DAMAGES...

MICHAEL FOX CARRIED 1 MILLION DOLLAR COVERAGE FOR MANY YEARS NOW..THROUGH AIG INSURANCE FROM THE STATE OF MICHIGAN..

WHEN MICHAEL FOX RETURNED TO THE UNITED STATES FROM MEXICO THE PLAINTIFF SOME HOW HAS FLORIDA INSURANCE CERTIFICATE...LIMIT OF INSURANCE IS 250,000/500,000 THOUSAND.....THIS IS THE MAX FLORIDA AIG INSURANCE POLICY COVERS....UN-LIKE MICHIGAN POLICY...

THAT THE PLAINTIFF MICHAEL FOX HAS ALWAYS CARRIED VERY HIGH COVERAGE DUE TO THE FACT THAT THESE GOVERMENT AGENCIES HAVE TRYED TO CAUSE OTHER STAGED ACCIDENTS, AND THAT MICHAEL FOX WOULD BE SECURLY INSURED IF SUCH A CATOSTROFIC STAGED CAR WRECK OCCURS....

THAT MICHAEL FOX LIVES EVERY DAY IN FEAR OF THESE SICO SICK INDIVIDULE AND AND THERE POLICE INDEPENDENT FORCE....ALWAYS WONDERING WHAT WILL BE THERE NEXT MOVE TO FURTHER INTIMADE AND TO FURTHER DESTROY THE PLAINTIFF MICHAEL FOX...AND QUITE POSSIBLY KILLING THE PLAINTIFF MICHAEL FOX————————— THEY ARE TRULY A DANGEROUS BREED OF PEOPLE....WITH NO REGAURD FOR THE LIFE OF THE PLAINTIFF MICHAEL FOX..........

THAT MICHAEL FOX THE PLAINTIFF AS A DIRRECT RESULT OF THESE ABOVE MENTIONED DEFENDENTS, AND THIS STAGED CAR WRECK...THE PLAINTIFF HAS AND WILL INDURE FINANCIAL LOSS THE REST OF HIS NATURAL LIFE....

THAT MICHAEL FOX THE PLAINTIFF WILL INDURE PAIN AND SUFFERING FOR THE REST OF HIS NATURAL LIFE...AND HAS SO FOR THE PAST 20 PLUS YEARS...

THAT THE PLAINTIFF MICHAEL FOX WILL ENDURE AT LEAST 2-4 HOURS OF EVERYDAY OF HIS LIFE TOWARDS PAIN RELIEF...WHIRPOOL AND SPA TREATMENTS DAILY...NOT INCLUDING WEEKLY AND BI MONTHLY VISITS TO THE DOCTORS.....

THAT THE PLAINTIFF MICHAEL FOX WILL INDURE ADDTIONAL MEDICAL TREATMENT AND THERPY....FUTURE OPERATIONS, AND MEDICINE....FOR THE REST OF HIS NATURAL LIFE.....

THAT THE PLAINTIFF, CAN AND VERY POSSIBLY HAVE RE-OCCURING BLOOD CLOTTING RESULTING IN ADDTIONAL HOSPITAL STAYS AND FURTHER MORE OFFICE VISITS....

THAT THE PLAINTIFF MICHAEL FOX COULD DIE OR BECOME PARILIZED TOTALLY OR PARTCIALY PARILIZED DUE TO THE THE BLOOD CLOTS WHICH ARE A DIRRECT RESULT OF THE STAGED CAR WRECK ON FEB.4 2006, AND FURTHERMORE THE GROSS NEGLIGENCE OF AMICA INSURANCE AND AIG INSURANCE NOT PAYING THE PLAINTIFF MICHAEL FOX FOR PROPERTY DAMAGE CAUSED....

THAT THE AMICA INSURANCE COMPANY AND ITS AGENTS/AJUSTERS HAVE BEEN GROSSLY NEGLEGENT TOWARDS THE PLAINTIFF MICHAEL FOX...AND HAS FURTHER ADDED TO THE PAIN AND DISCOMFORT OF THE PLAINTIFF MICHAEL FOX.....

THAT MICHAEL FOX THE PLAINTIFF SEEKS THE CRIMINAL CONVICTION OF THESE INDIVIDULES THAT HAVE AGAIN INSTUTUTED ANOTHER ATTACK ON THE PLAINTIFF MICHAEL FOX...FROM THIS STAGED CAR WRECK ON FEBUARY 4TH 2006..

THAT MICHAEL FOX THE PLAINTIFF SEEKS THE CRIMINAL CONVICTION OF ANY AND ALL AJUSTER FROM THESE INSURANCE COMPANYS, FOR VIOLATION OF THE PLAINTIFFS CIVIL RIGHTS....



THAT MICHAEL FOX SEEKS RESTRAINING ORDERS ON ALL THE GOVERMENTAL POLICE AND SECURITY
INVESTAGATIONS THAT MICHAEL FOX IS UNDER..
OR IF THESE POLICE AND GOVERMENT INSTUTIONS SO DESIRE, TO SHOW CAUSE IN COURT WHY THE
PLAINTIFF MICHAEL FOX IS RELENTLESS BEING INVESTIGATED.....AND TARGETED AS A CRIMINAL....AND THE
ATTEMPS TO DESTROY THE PLAINTIFF MICHAEL FOX PHYSICALLY AND MONETARLY AND EMOTIONALY.......
THAT THESE PEOPLE WHO FURTHER POLICE THE PLAINTIFF MICHAEL FOX, ARE THE REAL CRIMINALS.....
THE PLAINTIFF FURTHER STATING THEY ARE WORSE THAN THE KLU KLUX CLAN—(KKK)

MICHAEL FOX THE PLAINTIFF HAS FOR 20 YEARS TO THE CURRENT TIME, HAS INDURED GREAT EMOTIONAL
AND IRREPTABLE HARM DUE THESE ATTACKS....AND WILL CONTINUE TO DO SO UNTIL THERE IS SUCH A
RESTAINING ORDER GIVEN....

THAT MICHAEL FOX NEEDS TO BE PUT IN A GOVERMENT PROTECTION AGENCY AND RELOCATED AT THE
GOVERMENTS EXPENSE....

THAT ANYTIME THE PLAINTIFF MICHAEL FOX IS FOUND BY THESE GOVERMENT POLICE, OR WHOM EVER...
MICHAEL FOX HAS THE RIGHT AT ANYTIME TO BE AGAIN RELOCATED AT THE GOVERMENTS EXPENSE....

THAT ANY AND ALL PROPERTY THE PLAINTIFF MICHAEL FOX OWNS WILL BE PURCHASED BY THE
GOVERMENT, AT FAIR MARKET VALUE OR REPLACEMENT VALUE...INCLUDING HOMES OR INVESTMENT
PROPERTY, CARS, CLOTHING, TOOLS, ANYTHING THE THE PLAINTIFF MICHAEL FOX OWNS...

MICHAEL FOX THE PLAINTIFF KNOWS THAT THESE PEOPLE WILL TRACK THE PLAINTIFF AND LOOK FOR THE
PLAINTIFF, WITH NO RESPECT FOR THE RESTRAINING ORDERS GIVEN......

THAT THE PLAINTIFF MICHAEL FOX WILL ALWAYS WONDER, IF AND WHEN THERE NEXT ATTACK WILL BE....

WHEREFORE THE PLAINTIFF MICHAEL FOX SEEKS DAMAGES FOR ALL OF THE WRITTEN ABOVE, AND OTHER
PAST INCIDENTS AND FUTURE INCIDENTS NOT LIST IN THIS FORGOING COMPLAINT, INCLUDING INTREST
AND INCLUDING PUNITIVE DAMAGES...OF 50 BILLION DOLLARS....

THAT ON THE MONEY REWARD INCLUDING PUNITIVE DAMAGES, INCLUDING INTREST, AND ALL...THAT THE
PLAINTIFF MICHAEL FOX WILL NOT HAVE TO PAY INTERNAL REVENUE YEARLY TAX...THAT MICHAEL FOX THE
PLAINTIFFS MONEY JUGEMENT IS COMPLETLY TAX FREE..

THAT DURING THE DURATION OF THE PLAINTIFFS LIFE, THAT MICHAEL FOX WILL NEVER HAVE TO PAY ANY
YEARLY INCOME TAXES TO FEDERAL OR ANY STATE TAX...

THAT WHEN MICHAEL FOX THE PLAINTIFF MAKES OR DONATES ANY MONEY TO PRIVATE INDIVIDULES, THAT
THESE MONEYS DONATED TO THIS PERSON WILL BE COMPLETLY TAX FREE, TO THAT INDIVIDULE...

THAT WHEN MICHAEL FOX THE PLAINTIFF DONATES MONEY TO ANY CHARITY OR ANY KIND OF BUSINESS,
THAT THE CHARITY OR BUSNESS WILL HAVE NO FEDERAL OR STATE INCOME TAX OWED..THEY RECIEVE
THIS MONEY TAX FREE FROM MICHAEL FOX THE PLAINTIFF..

THAT MICHAEL FOX RECIEVE FREE HEALTH CARE INSURANCE POLICY FOR THE DURATION OF THE
PLAINTIFFS LIFE....WITH FULL PERSRIPTION AND DENTAL BENIFITS...AT THE GOVERMENTS COST....

MICHAEL FOX RESERVES THE RIGHT TO ADD TO THIS COMPLAINT FOR THE PAST AND FUTURE ATTACKS
THAT ARE NOT YET INCLUDED IN THIS COMPLAINT...WHICH ARE INCLUDED IN THE 50 BILLION DOLLAR
SETTLEMENT...BUT NOT INCLUDING THE THE FUTURE ATTACKS OF THE 50 BILLION DOLAR SETTLEMENT....

THE PLAINTIFF PETEITIONOR
MICHAEL FOX...

ADDITIONAL COMPLAINT CONTINUES FROM HERE ON

THAT THE PLAINTIFF MICHAEL FOX HAS BEEN GOING TO FEDEX KINKOS AND STARBUCKS COFFEE'S USING THE WIRLESS INTERNET SERVICE
THAT THE PLAINTIFF IS CONTINUALLY BEING FOLLOWED AND OBSERVERD...

THAT THE PLAINTIFFS COMPUTER IS IN FACT BUGGED...AND THE GOVERMENT KNOWS EVERYTHING THE PLAINTIFF IS DOING

THAT THE PLAINTIFF MICHAEL FOX, HAS ACCESSED WEB SEARCHES LOOKING FOR ATTORNEYS IN TEXAS TO HANDLE FOXES PENDING LAW SUIT, DUE TO THIS STAGED CAR WRECK....

THAT THE PLAINTIFF MICHAEL FOX HAS NOT BEEN ABLE TO FIND ANY LAW FIRM ON THE WEB PAGE...

THAT THE PLAINTIFF MICHAEL FOX ONE NIGHT WAS SEARCHING AGAIN FOR ATTORNEYS ON THE WEB SEARCH AGAIN...

THAT THE PLAINTIFF MICHAEL FOX CAME UNPON A LAW FIRM IN AUSTIN TEXAS...FIRST TIME THE PLAINTIFF HAD SEEN THIS LAW FIRMS WEB PAGE...
THE PLAINTIFF MICHAEL FOX READS THE WEB PAGE, WHICH STATES THIS LAW FIRM HAS LOTS OF EXPERIENCE IN THE CRIMINAL ACTIVITES AND CORUPTION THAT THE GOVERMENT INFLICTS ON PEOPLE, AND TO CONTACT THEM REGARDING YOUR CIVIL RIGHTS BEING VIOLATED..

THAT THE PLAINTIFF MICHAEL FOX THOUGHT HE HAD JUST HIT THE RIGHT LAW FIRM TO HANDLE THIS CASE...
THE PLAINTIFF WRITES DOWN THE LAW FIRM NAME AND PHONE NUMBER....

THE PLAINTIFF DOES NOT CALL THE LAW FIRM, THE PLAINTIFF CONTINUES WORKING ON THE COMPLAINT, AND WILL SEND THE COMPLAINT VIA THE MAIL...

THAT ON JAN 10TH 2007 THE PLAINTIFF IS IN FEDEX KINKO'S ON MIDWAY DRIVE IN SAN DIEGO CA. IN THE EARLY MORNING HOURS TRYING TO FINISH OFF THIS COMPLAINT THE PLAINTIFF IS SENDING TO AN ATTORNEY IN AUSTIN TEXAS, TODAY...

THAT SINCE THE GOVERMENT THAT MONITORS THE PLAINTIFF MICHAEL FOX, AND HAS THE PLAINTIFFS COMPUTER BUGGED... THE GOVERMENT KNOWS EXACTLY WHAT THE PLAINTIFF IS DOING AND THE PLAINTIFFS FUTURE FOOTSTEPS ARE...

THE PLAINTIFF MICHAEL FOX HAS HIS HOTMAIL EMAIL PAGE UP ON THE PLAINTIFFS COMPUTER...
THAT THE PLAINTIFF IS ALSO WORKING ON WORD PAD, CONTINUING ON WORKING ON THE PLAINTIFFS COMPLAINT THAT THE PLAINTIFF IS MAILING TO ATTORNEY IN AUSTIN TEXAS.....

THE PLAINTIFF MICHAEL FOX CHECKS THE EMAILS AND SEE'S THAT ANOTHER AJUSTER HAS CONTACTED THE PLAINTIFF, BY SENDING AN EMAIL ON JAN 10TH 2007 AT 12:54 PM
THE SENIOR AJUSTERS NAME IS RICHARD PARMELEE..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 51A

THAT THIS AMICA AJUSTER WANTS TO MEET MICHAEL FOX FOR STATEMENT...

THAT MICHAEL FOX THE PLANTIFF IS TYPING A RETURN EMAIL TO THIS AJUSTER...
MICHAEL FOX THE PLAINTIFF HAS A MAN WALK OVER AND STAND NEXT TO HIM AND STARTS RUBBING UP ALONG SIDE THE PLAINTIFF..
THAT MICHAEL FOX THE PLAINTIFF LOOKED AT THIS MAN, AND REFUSED TO SAY ANYTHING TO THIS MAN..
THIS MAN WANTING TO TALK...AND IS SOME SORT OF GOVERMENT POLICE
MAN WALKS AWAY AFTER HE KNEW THE PLAINTIFF WAS IGNORING HIM..——AGE 45-52—THIN APPROX 160LBS AND 5FT10IN.

THE PLAINTIFF MICHAEL FOX SENDING EMAIL BACK TO THIS AJUSTER AN HOUR LATER—ON JAN 10TH 2007 AT 10:43AM-- THE PLAINTIFF STATING THAT THE PLAINTIFF IS DONE DEALING WITH THE NONSENSE, AND

SICK OF THE PEOPLE INVESTIGATING THE PLAINTIFF...
BEACAUSE OF THE BREAK DOWN WITH AMICA INSURANCE AJUSTERS, AND THERE INTIMADATION TACTICS, AND FURTHER THERE LIES AND NONSENSE INCLUDING AGAIN, THE PEOPLE THAT ARE INVESTIGATING THE PLAINTIFF
THAT THE PLAINTIFF MICHAEL FOX IS SEEKING LEGAL COUNSEL..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 52A

RICHARD PARMELEE THIS SENIOR AJUSTER FROM AMICA INSURANCE... RETURNS ANOTHER EMAIL ON WED.... JAN 10TH 2007 AT -- 1:43PM
STATING THAT HE THANKS MICHAEL FOX FOR THE EMAIL, AND WHEN THE PLAINTIFF MICHAEL FOX RETAINS LEGAL COUNSEL, PLEASE HAVE THE PLAINTIFFS ATTORNEY SEND AMICA A LETTER OF REPRESENTATION. AND A SIGNED LETTER OF DESIGNATION:.
THIS SENIOR AJUSTER FURTHER STATES THAT WHEN THE PLAINTIFF RETAINS LEGAL COUNSEL, THE PLAINTIFF WILL BE UNABLE TO SPEAK TO THE AJUSTER...---------COPY OF EMAIL ATTACKED HERETO AS EXHIBIT 53

THAT MICHAEL FOX RECIEVED THIS EMAIL FROM THE RICHARD PARMELEE 6 MINUTES AFTER MICHAEL FOX THE PLAINTIFF SENT HIS EMAIL TO THE AJUSTER...
THERE IS A DIFFERENCE OF 3 HOURS WHICH IS EASTERN TIME AND PACIFIC TIME ZONE..DIFFERENCE BETWEEN ALL THESE EMAILS
THAT MICHAEL FOX WAS WONDERING IF THIS AJUSTER IS NOT NEAR BY OR WHO EVER IS POLICING MICHAEL FOX IS MAKING CALLS, AND THIS AJUSTER KNOWS MICHAEL FOX IS ON THE COMPUTER, AND THAT THE PLAINTIFF HAS HIS HOTMAIL WEB PAGE UP...
OR THE GOVERMENT THAT HAS THE PLAINTIFFS COMPUTER BUGGED, AND KNOWS WHAT ALL THE PLAINTIFF HAS RUNNING ON THE PLAINTIFFS COMPUTER..

THIS IS ONLY FURTHER EVIDENC,, THAT THESE'S GOVERMENT/POLICE ARE TRACKING FOX TO THE TEE..
THE DAY BEFORE ON JAN 9 2007--- THE PLAINTIFF MICHAEL FOX GETTING COPIES OF ALL DOCTOR REPORTS, FROM ST. VINCINET DEPAUL MEDICAL CENTER...
THAT THE GOVERMENT WAITING FOR THE PLAINTIFF WHEN THE PLAINTIFF CAME OUT OF SAINT VINCIENT DEPAUL MEDICAL CENTER....TWO MEN DRIVING UP ON THE PLAINTIFF...
PLAINTIFF GOING TO FEDEX KINKOS TO FINISH COMPLAINT AND MAIL THE COMPLAINT TO ATTORNEYS IN AUSTIN TEXAS..
WHILE AT FEDEX KINKOS, THE PLAINTIFF RECIEVING EMAILS FROM ANOTHER AJUSTER..., AND WANTING A STATEMENT....

THIS IS WHAT AMICA AJUSTERS HAVE TOLD THE PLAITIFF MICHAEL FOX THE ENTIRE TIME THAT THESE STATEMENTS ARE TO BE TAKEN.. AMICA INSURANCE WANTS NO STATEMENT..THEY WANT TO SETTLE THIS CASE, WITH NO REGARD FOR THE PLAINTIFFS MEDICAL NEEDS OR HEALTH CONDITION....AND SINCE THE PLAINTIFF MICHAEL FOX IS NOW PURSUING TREATMENT, SINCE BECOME STABLE IN A COMMUNITY, WHERE THE PLAINTIFF CAN SEE DOCTORS ON A REGULAR BASIS, THE AMICA INSURANCE COMPANY, AND ITS AJUSTERS WANT TO DENY THE PLAINTIFF MICHAEL FOX MEDICAL TREATMENT, DUE TO THE FACT THAT THE PLAINTIFF HAS WAITED SO LONG SINCE THE CAR WRECK.... THAT THE PLAINTIFF WAS HOSPITILIZED FOR 5 DAYS AS A RESULT DUE TO THE STAGED CAR WRECK.....
THAT THE PLAINTIFF HAS TOLD AMICA AJUSTERS THAT HE TRAVELS ALOT AND IT WILL BE NEAR IM-POSSIBLE FOR THE PLAINTIFF TO SEE ANY DOCTOR FOR A DURATION OF TIME....THE PLAINTIFFS LIFE DOES NOT REVOLVE AROUND AMICA INSURANCE AND THERE RULES.....

THAT MICHAEL FOX THE PLAINTIFF MAILED THE PENDING COMPLAINT TO THE LAW FIRM IN AUSTIN TEXAS...ON JAN 10 2007
COPY OF FEDEX RECIEPT ATTACHED HERETO AS EXHIBIT 53B

THAT ON FRIDAY JAN 12 2007--THIS LAW FIRM RECIEVED THIS PENDING COMPLAINT
THAT THIS LAW FIRM RECIEVED THIS COMPLAINT AT 10:17AM
COPY OF FEDEX CONFIRMATION ATTACHED HERETO AS EXHIBIT 53C

THAT ON THE SAME DAY--JAN 12 2007--THE LAW FIRM SHIPPED THIS POTENTIAL COMPLAINT BACK TO MICHAEL FOX, TO THE PLAINTIFF GENERAL DELIVERY ADDRESS IN SAN DIEGO CA.

ATTACHED TO THE COMPLAINT IS THE LAW FIRMS LETTER--DECLINING ON ACCEPTING THIS CASE..
THAT ON JAN 18 2007 THE PLANTIFF MICHAEL FOX WENT TO THE POST OFFICE FOR GERENRAL DELIVERY
AND GOT THE RETURNED POTENTIAL CASE...
ATTORNEYS LETTER DECLINING CASE—— ATTACHED HERETO AS EXHIBIT 53D

MICHAEL FOX THE PLAINTIFF HAD ALWAYS HEARD THAT THE ATTORNEY THAT VICE PRESIDENT DICK
CHENEY SHOT WAS FROM HOUSTON TEXAS...
WHILE THE PLAINTIFF MICHAEL FOX WAS STILL IN GALVESTON TEXAS, THE NEWSPAPERS WHERE FRONT
LINE NEWS—— THAT THE VICE PRESIDENT SHOT AN ATTORNEY FROM HOUSTON TEXAS...

THAT AFTER THE PLAINTIFF MICHAEL FOX HAD MAILED THE COMPLAINT TO THE LAW FIRM OF —
WHITEHURST-HARKNESS-OZMUN&BREES——
THE PLAINTIFF MICHAEL FOX ACCESS YAHOO SEARCH, LOOKING FOR THIS ATTORNEY THAT WAS SHOT BY
DICK CHENEY THE VICE PRESIDENT.
THAT MICHAEL FOX THE PLAINTIFF READS ARTICALS..ON THIS WEB PAGE THAT THIS ATTORNEY IS NOW
FROM AUSTIN TEXAS...
THE PLAINTIFF MICHAEL FOX SAYING TO HIMSELF THAT THIS CAN'T BE—HE WAS SUPOSEDLY FROM
HOUSTON TEXAS
THE PLAINTIFF MICHAEL FOX KNOWING THAT HE HAD SENT THIS POTENTIAL COMPLAINT TO AUSTIN TEXAS,
AND THE PLAINTIFF KNOWING HOW THESE GOVERMENT POLICE OPERATE, THAT THE PLAINTIFF FURTHER
NEW OF THE LIES AND BETRAIL....
COPY OF THE ATTORNEY THAT DICK CHENEY ALEGEDLY SHOT ATTACHED HERETO AS EXHIBIT 53E⟩ Thru F G
AND A COPY OF THIS ATTORNEYS ADRESS AND LAW FIRM. Attached Are 2 Separate Articals on the Web
ATTORNEYS NAME AND ADDRESS
HARRY WHITTINGTON—78YRS OLD Regarding this Attorney Dick Chaney Shot.
807 BRAZO'S ST. —— one Artical Dated Monday Feb 13th The Day After the shooting. He
AUSTIN TEXAS 78701-2508 is from Austin Texas. ALL newspapers and Radio Broadcasts where that
512-476-5313 Dick Cheney Shot An Attorney From Houston Texas. Second Artical Exhibit 53 H Thru J

ITS THE PLAINTIFF MICHAEL FOX'ES OPINION... THAT BECAUSE OF THE HIGH TECH SURVIELENCE ON THE
PLAINTIFF...AND THE GOVERMENT HAVING THE PLAINTIFFS COMPUTER BUGGED..OR WIRED...
THAT THESE GOVERMENT FORCES KNOWING THAT MICHAEL FOX IS LOOKING FOR ATTORNEYS TO HANDLE
THE PLAINTIFFS CLAIM..
THE GOVERMENT POLICE FORCE SOME HOW SENT MICHAEL FOX A WEB PAGE REGARDING THIS LAW FIRM
IN AUSTIN TEXAS THAT FIGHTS POLICE AND GOVERMENT COURUPTION AND AGRESSION,,, THAT THIS LAW
FIRMS WEB PAGE FURTHER STATES HOW THEY FIGHT GOVERMENT AGRESSION AND MISS CONDUCT....
THEY KNOW HOW THESE PEOPLE OPERATE...AND THEY CAN HELP...
THE PLAINTIFF MICHAEL FOX BELIEVES HE WAS LEAD TO THIS WEB PAGE AND FURTHER SET UP, SO THIS
LAW FIRM COULD A COPY OF THE PLAINTIFFS COMPLAINT HE IS WANTED TO FILE...

MICHAEL FOX DID NOT GO TO HOUSTON TEXAS FOR AN ATTORNEY; BECAUSE OF THIS ATTORNEY WHO
WAS ALEDGEDLY SHOT, BY DICK CHENEY THE VICE PRESIDENT OF THE UNITED STATES.. WAS FROM
HOUSTON TEXAS.. AND THE NON-SENSE WITH THE GOVERMENT THAT THE PLAINTIFF WENT THROUGH
STAYING IN CHORPUS CHRISTI TEXAS.....THAT EVERYBODY SPEAKING ABOUT HOUSTON TEXAS....
THE PLAINTIFF WANTED NOTHING TO DO WITH THE POLITICS FROM HOUSTON TEXAS...NOR THE STATE OF
TEXAS....

ON WED. JAN 17 2007–THE PLAINTIFF MICHAEL FOX SENDS EMAIL TO SHERON CHAPA SENIOR AJUSTER
HANDLING THE MEDICAL CLAIM AT AMICA INSURANCE...
ASKING FOR THE AJUSTER TO APPROVE MEDICAL DOCTORS VISIT..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 54A

ON THURS. JAN 18 2007 THE PLAINTIFF SENDS ANOTHER EMAIL TO THIS AJUSTER SHERON CHAPA
REGARDING THE DOCTORS APPROVAL..
THE PLAINTIFF HAD YET TO HEAR FROM THIS AJUSTER
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 55A

THAT MICHAEL FOX RECIEVES EMAIL BACK FROM THIS AJUSTER ON JAN 18 2007–AJUSTER TELLING THE

PLAINTIFF THAT SHE IS NOT ATHORIZING ANY DOCTORS VISIT..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 56A

THE PLAINTIFF MICHAEL FOX SENDING AN EMAIL BACK REGARDING PAYMENT FOR DOCTORS, AND THE
CONTINUING NONSENSE..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 57A

THE PLAINTIFF MICHAEL FOX HAD CALLED DR DAVIDSONS OFFICE FOR A OFFICE VISIT... A VASCULAR
DOCTOR FOR THE PLAINTIFFS LEG VEINS AND DAMAGED BLOOD VESSELS...
THE PLAINTIFF WAS  TOLD TO CALL BACK
THAT  ANET THE DOCTORS OFFICE CLERK WOULD HAVE TO EXPLAIN THE PLAINTIFFS SITUATION TO
DOCTOR DAVIDSON..
THE PLAINTIFF CALLED ANET FROM DR MARIO MANCINI'S OFFICE ON FRIDAY JAN 19 2007
ANET EXPLAINING TO THE PLAINTIFF THAT  DOCTOR WOULD NOT GET INVOLVE IN MY SITUATION..

MICHAEL FOX THE PLAINTIFF CONTINUALLY HAVING TO FIGHT TO SEE DOCTORS...ITS ALWAY  AN ON GOING
ISSUE...THE PLAINTIFF HAVING TO FIGHT FOR EVERTHING....

THE PLAINTIFF MICHAEL FOX CALLING ANOTHER VASCULAR DOCTOR..AND TALKING TO RECEPSONIST..THAT
MICHAEL FOX DROVE TO THIS OFFICE WITH NO SCHEDULED APPOINTMENT, COMMING  UN-
ANOUNCED...THAT THE THE GOVERMENT HAD BEEN WAITING FOR THE PLAINTIFF MICHAEL FOX TO SHOW
UP TO THIS DOCTORS OFFICE.. AS THE PLAINTIFF MICHAEL FOX HAD ACCESSED MAPQUEST FOR
DIRRECTIONS  TO THE DOCTORS OFFICE THE NIGHT BEFORE....

MAN AND WOMEN INSIDE DOCTOR URLAUBS OFFICE, FIRST TIME PATIENTS, PUTTING ON AND ACT...THIS
MAN AND WOMAN GO SIT DOWN AND FILL OUT PAPER WORK...
MICHAEL FOX TALKING TO RECEPSONIST, ASKING RECEPONIST IF SHE REMEMBER TALKING TO THE
PLAINTIFF...RECEPSONIST SAYING YES..RECEPSONIST STATING THAT THE PLAINTIFF WILL HAVE TO TALK TO
SONIA THE OFFICE MANAGER..


THIS COMPLAINT IS NOT CURRENTLY UP TO DATE.....THERE IS MORE FROM THESE INSURNCE COMPANYS
WHICH THE PLAINTIFF HAS NOT YET DOCUMENTED.....


MICHAEL FOX THE PLAINTIFF

Theres Aprox. 6 more Pages to
up date this.

(35)

```
>-----Original Message-----
>From: michael fox [mailto:lfox449@hotmail.com]
>Sent: Monday, March 13, 2006 10:26 AM
>To: shannon.williams@aig.com
>Subject: RE: Tota Loss Vehicle
>
>HELLO SHANNON WILLIAMS
>
>I AM AGAIN SENDING THIS EMAIL
>YOU CAN SCROLL DOWN AND READ THE LAST COUPLE OF EMAILS I SENT YOU, THAT ARE
>ATTACHED TO THIS ON GOING EMAILS.
>
>I WAS WANTING TO KNOW IF I CAN RECIEVE THE CHECK FOR THE AMOUNT OF AMICA'S
>INSURANCE OFFER UNTIL THIS GOES TO ARBITRATION.
>I NEED THIS MONEY TO PURCHASE ANOTHER VEHICAL
>
>ALSO DO I SEND YOU THE RECIEPTS FOR REIMBUSTMENT FOR THE CAR RENTAL I HAVE
>NOW..
>
>PLEASE RESPOND WITH ARE CONTINUING EMAILS.
>THIS IS THE ONLY WAY I CAN BE REACHED.
>
>THANK YOU
>MICHAEL FOX
>
```

Exhibit 1-A

MSN Home  |  My MSN  |  Hotmail  |  Shopping  |  Money  |  People & Chat    Sign Out.net    Web Search:    Go

 **Hotmail**     Today  |  Mail  |  Calendar  |  Contacts

lfox449@hotmail.com

Reply  |  Reply All  |  Forward  |  ✕ Delete  |  Put in Folder ▾  |  Print View  |  Save Address

| | |
|---|---|
| From : | michael fox <lfox449@hotmail.com> |
| Sent : | Thursday, March 2, 2006 7:13 PM |
| To : | EHUDGINS@Amica.com |
| Subject : | RE: Claim Nbr L270601489D Request Nbr 16971383 Ver 1 |

◁ | ▽ | ✕ | Inbox

```
MS. HUDGINS

I JUST GOT BACK ON THE COMPUTER, AND ITS 7:04 PM/EST. THURSDAY MARCH 2 2006

I DO NOT ACCEPT YOUR OFFER...
AND I WILL BE CALLING MY INSURANCE COMPANY TOMORROW ABOUT THIS..

I WOULD RATHER YOU PAY ME, WITH YOU KNOWING I AM NOT ACCEPTING YOUR OFFER.

I WOULD LIKE YOU TO SET THIS CLAIM UP FOR ARBITRATION...I DO'NT KNOW IF THERE IS SUCH A
THING.
I HAVE HAD ARBITRATION HEARINGS ON HOME INSURANCE CLAIM..

IF THIS APPLIES TO CAR INSURANCE CLAIMS, THEN I WOULD LIKE YOU TO MAIL ME THE CHECK, IN
THE AMOUNT YOU THINK YOU OWE ME.... AND TO SET THIS CLAIM UP FOR ARBITRATION...

MICHAEL FOX
```

*Exhibit 1-B*

>From: "Williams, Shannon" <Shannon.Williams@aig.com>
>To: "'michael fox'" <lfox449@hotmail.com>
>Subject: RE: Tota Loss Vehicle
>Date: Tue, 14 Mar 2006 11:06:35 -0600
>
>We can not pay you for an amount that another insurance carrier is
>offering,
>and if you accept payment from either one of us, you're saying you accept
>the offer for your total loss. If you want payment for their offer, you
>must
>contact them. Also, we can only pay for rental for the amt of time your
>claim was assigned and handled by us. Since Amica took on the insurance
>claim, they are responsible for the rental on these days.
>
>Thanks.
>

Exhibit 1-C

```
> >
> >
> >>From: "michael fox" <lfox449@hotmail.com>
> >>To: Shannon.Williams@aig.com
> >>Subject: RE: Tota Loss Vehicle
> >>Date: Sat, 11 Mar 2006 14:06:44 -0500
> >>
> >>HELLO----SHANNON WILLIAMS..
> >>
> >>FIRST OF ALL,, THIS IS A PROPERTY DAMAGE CLAIM...
> >>I HAVE SPENT A LARGE SUM OF MONEY ON THIS VEHICAL TO MAKE IT
>MECHANICALLY
> >>SOUND FOR THE NEXT 3-4 YEARS, THIS WAS A EXCELLANT RUNNING CAR, IT
>NEEDED
> >>JUST SOME MINOR BODY REPAIR TO IT WHICH I WAS GOING TO HAVE DONE IN
>MEXICO
> >>WHEN I WAS TO RETURN TO THE CANCUN AREA.
> >>
> >>AND I HAVE ALSO SUFFERED A FINANCIAL LOSS DUE TO THIS PROPERTY DAMAGE
> >>CLAIM. AND I WANT TO BE REIMBURSTED FOR THIS ALSO..
> >>
> >>I DO'NT KNOW WHAT THE PRODEDURE IS ON MY END FOR THE ARBITRATION PART OF
> >>IT BUT I WILL LOOK INTO IT..
> >>
> >>I WILL CONTACT YOU MONDAY OR TUESDAY AFTER CONTACTED SOME APPRAISERS..
> >>
> >>I HAVE ALL INTENTIONS OF THIS GOING FOWARD..
> >>AMICA INSURANCE OWES ME THOUSANDS OF MORE DOLLARS..
> >>
> >>THIS WOMAN THAT CAUSED THIS PROPERTY DAMAGE CLAIM, HAS CAUSED ME A GREAT
> >>AMOUNT OF GRIEF, AND NOW HER INSURANCE DOES NOT WANT TO PAY ME FOR THE
> >>DAMAGES SHE HAS CAUSED, ON THE PROPERTY DAMAGE SIDE OF IT.
> >>
> >>I HAVE SUPPLYED AMICA INSURANCE WITH ALL THE RECIEPTS TOTALLY OVER 7000
> >>DOLLARS ON THIS VEHICAL...
> >>
> >>IF THEY CHOSE TO GIVE ANOTHER OFFER, THEN LETS GET ON WITH IT...OR I AM
> >>GOING FOR ARBITRATION...
> >>
> >>ALSO--CAN I RECIEVE A CHECK FOR THE AMOUNT THEY HAVE OFFERED SO CAN TRY
>TO
>
> >>FIND ANOTHER VEHICAL...
> >>
> >>DO I SEND YOU THE RECIEPTS FOR THE CAR RENTAL, FOR REIMBURSTMENT. PER MY
> >>30 DAY CAR RENTAL, THAT IS ON MY POLICY..
> >>
> >>I WILL BE GOING AFTER AMICA INSURANCE ALSO FOR THE RENTAL MONEY THAT AIG
> >>IS PAYING OUT ALSO, IT IS NOT AIG INSURANCE TO PAY BECAUSE OF THIS
>WOMENS
> >>GROSS NEGLIGENCE, THAT CAUSED THIS CLAIM, THAT AMICA INSURANCE IS
> >>RESPONSIBLE FOR..
> >>
> >>THANK YOU
> >>MICHAEL FOX
> >>
> ~ ~~
```

Exibit 1-cc

```
> >
> >
> >
> >
> >
> >
> > >From: "HUDGINS, EREKIA B. (erekia)" <EHUDGINS@Amica.com>
> > >To: "michael fox" <lfox449@hotmail.com>
> > >CC: "HUDGINS, EREKIA B. (erekia)." <EHUDGINS@Amica.com>
> > >Subject: RE: Claim Nbr L270601489D Request Nbr 16971383 Ver 1 Date:

> >Wed, 1
> > >Mar 2006 15:11:55 -0500
> > >
> > >We have received our market evaluation for you vehicle. We feel
that
> >our
> > >2nd offer of $3021 is more than fair. This is our final offer. You
>also
> > >have the option of keeping this vehicle. Pleas let me know if you
are
> > >interested and I will give you the figures.
> > >
> > >
> > >
> > >Should we not reach an agreement by the end of business on tomorrow

> > >03-02-06, we will suggest that you let your own carrier handle this

> > >claim on your behalf. We have set the last day for your rental on
> > >03-05-06.
> > >
> > >
> > >
> > >Please review the attached information and let me know if you
accept
> >our
> > >final offer.
> > >
> > >
> > >
> > >
> > >
> > >EREKIA HUDGINS
> > >
> > >CLAIMS DEPARTMENT
> > >
> > >AMICA MUTUAL INSURANCE
> > >
> > >14090 SOUTHWEST FREEWAY, SUITE 500
> > >
> > >SUGAR LAND, TX. 77478-3677
> > >
> > >1-888-887-9310, EXT. 65108
> > >
> > >FAX: 281-295-0525
```

*Exhibit 1-D*

```
> >>>
> >>> >From: "Williams, Shannon" <Shannon.Williams@aig.com>
> >>> >To: "'michael fox'" <lfox449@hotmail.com>
> >>> >Subject: Tota Loss Vehicle
> >>> >Date: Fri, 10 Mar 2006 14:06:24 -0500
> >>> >
> >>> >Good afternoon,
> >>> >
> >>> >I've received a letter from Amica Insurance Co. stating that you were
> >>>not
> >>> >happy with the offer they were giving you for your vehicle ($3,021).
>I
> >>>want
> >>> >to find out from you if you are processing this claim through AIG. I
> >>>must
> >>> >inform you that the offer made for your vehicle here at AIG will
>remain
> >>>the
> >>> >same ($2271.50, if company retains). If the information I received is
> >>> >incorrect, please contact me. Also, I need to know if you want to
> >>>proceed
> >>> >forward here.
> >>> >
> >>> >Thanks,
> >>> >Shannon Williams
> >>>
> ```
```

*Exhibit 1-E*

> >Sent: Wednesday, March 01, 2006 6:37 PM
> >To: HUDGINS, EREKIA B. (erekia)
> >Subject: RE: Claim Nbr L270601489D Request Nbr 16971383 Ver 1


> >
> >hello ms. hudgins..
> >
> >we have a lot of differences here...
> >
> >this again is a property damage claim...i did not cause this wreck,
>this
> >was
> >a parked vehical, and it was my house and transportation..
> >and you just throw anybody around as you please..
> >i have never tryed to force you to pay for hotels, this is 40 to 75
> >dollar
> >per night since this wreck happened...and i bet if a judge heard this

> >case,
> >he would grant me costs for living expenses...
> >i tryed to up-grade to the mini van and could not because of my
> >condition,
> >your paying 25.50 per day, instead of the 42.99 per day that you
> >approved...
> >
> >as for you estimate on my car, its from galveston texas, i am not
from
> >texas..i would think my vehical is worth more from where i lived,
>either
> >
> >florida or michigan
> >my vehical is plated from michigan, and i have insurance through aig
> >insuance from the state of florida, since i lived there so much...
> >
> >50 dollars is also way off on my hitch, even if you could find a used

> >hitch
> >in a junk yard, had to pay for it, then pay the installation of the
> >hitch,
> >then get the vehical wired for the hitch, it does not come close to
50
> >dollars...i mean really....my life is turned upside down because of
>this
> >
> >woman that you insured, and you want to pay nothing for the damages,
>you
> >
> >have know idea what kind of complaint i can write up...your offer on
> >this
> >whole claim is way off, insurance companies want to pay nothing when
>you
> >can
> >prove costs and damages...
> >
> >as for your estimate..
> >under the mechanical part of it--under engine compartment..you deduct

> >110
> >dollars for minior repair...
> >when the engine compartment was completly cleaned out by engine
cleaner
> >and
> >powerwashed when i was in mexico, before returning to texas, the
> >complete
> >engine was just tuned up..including the fuel injectors being
> >cleaned......new water pump new idler pulleys new idler tension
pulleys
> >new

Exhibit 1-F

> >serpinetine belt new fuel pump,new harmonic balancer, new water pump
>new
> >
> >spark plug wires...everthing was new...again this is utter-nonsense
> >
> >then under transmission you deduct 60 dollars for minor repairs..
> >a new transmission, that cost 1600 dollars, and you deduct for minor
> >repairs..
> >
> >then under other options--under sunscreen-glass you deduct  40
dollars,
> >when
> >this vehical had factory tinted windows....
> >then theres a deduction for the luggage rack of 15 dollars when there

>is
> >
> >nothing wrong with the luggage rack..
> >
> >i really do'nt know what else to say, but i flatly refuse your
>offer....
> >
> >i am really ticked off over this car wreck..and now i'm to take a
> >financial
> >hit in the 3 to 4 thousand dollar range...
> >
> >i would ask you to pay for a rental car until march 20 2006...i have
> >saved
> >you money by not up grading to the mini van, which is 20 dollars more

> >per
> >day, times the  30 days that i've had this vehical..this  is a 600
> >dollar
> >savings..on your side
> >the car that i am paying for now,  is 190.00 dollars per week
including
> >the
> >taxes..
> >
> >i need time to find another vehical,
> >
> >
> >sincerely..
> >michael fox
> >

Exhibit 1-FF

From: "HUDGINS, EREKIA B. (erekia)" <EHUDGINS@Amica.com>
To: "michael fox" <lfox449@hotmail.com>
CC: "HUDGINS, EREKIA B. (erekia)" <EHUDGINS@Amica.com>
Subject: L27200601489D/  Patson
Date: Tue, 28 Feb 2006 15:53:54 -0500

Good afternoon Mr. Fox. I reviewed the documents you mailed to us this
week. Your receipts are for what we consider normal maintenance. These
are repairs that must be made to keep the vehicle up and running.  We
are settling this loss as follows.


ACV:  $2800.00

TAX:    $168.00

NET:  $2968.00


Do you have a lien on this vehicle? If there is not a lien, we will mail

the first payment to you in the amount of $2240. Once we get the title
and the Power of Attorney from you, then we will issue the 2nd payment
in the amount of $728. Amica will send you the Power of Attorney with
your first payment.


I need to know what type of foam mattress you had before the accident
and when was it purchased. I need to know how old the comforters were
that were involved in this loss. I did review your receipts for the new
mattress and comforters but still need to know more info on the old
items. I need a description on the file boxes that were involved in the
crash, the cost and the age of the boxes.


We do not reimburse fuel, mileage or insurance charges. We do not
reimburse for shipping, faxes, copies or postage fees. We will not
reimburse you for your copy of the police report. We have paid fees for
our copy of the police report.


If you have any questions, please write or phone me. I will be in the
office until 5pm today.

EREKIA HUDGINS
CLAIMS DEPARTMENT
AMICA MUTUAL INSURANCE
14090 SOUTHWEST FREEWAY, SUITE 500
SUGAR LAND, TX. 77478-3677
1-888-887-9310, EXT. 65108
FAX: 281-295-0525
ehudgins@amica.com


------------------------------------------

*Exhibit 1-G*

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat     Sign Out     Web Search:          Go

 Hotmail     **Today** | **Mail** | **Calendar** | **Contacts**

lfox449@hotmail.com

🕮 Reply | 🕮 Reply All | ⮕ Forward | ✕ Delete | 🗁 Put in Folder ▾ | 🖶 Print View | 🖫 Save Address

| | |
|---|---|
| From : | michael fox <lfox449@hotmail.com> |
| Sent : | Wednesday, March 1, 2006 9:03 AM |
| To : | EHUDGINS@Amica.com |
| Subject : | RE: L27200601489D/ Patson |

hello ms. erekia hudgins..

just check the emails, and see you have recieved my reciepts..

your offer is way off as i can see.

also i installed a 200.00 dollar 3 point hitch on the back of my van, when i left
florida in oct of 2004..
to pull my trailer

this is a complete extra added to the vehical, plus that does not include the reciever
that goes with it, in the amount of 40 dollars...so right here your offer is off 240.00
dollars...

i ask you this, if you where going to buy  the same vehical i have, and there where 5
you where looking at, and where all the same, but i had all the service records and new
parts installed, but was asking more money, which vehical would you buy...
i would think you would want to buy the one that was just mechanicaly fixed in all
areas,  from the transmission  to the new front axles to new wheel bearings, to new
front and rear brakes, to new exhaust system including the caditic converter,
to new fuel pump to new starter, new water pump to new tune up and fuel injectors
clean, new battery, brand new tires and inter tie-rod, along with new wheel
aligment....
as you see all the reciepts for the repairs, when i buy another used car, i will never
be able to find another one as mechanically sounds as mine was...
theres a great possiblity that i would have to pump all kinds of money back into
another used vehical..
and i am the loser here, and  i was a parked vehical, that your insured destroyed my
vehical--its called property damage....

i would like to recieve 7000.00  for all the damages she caused...and there the
reciepts to prove it...
plus an additional 1500.00 dollars in extra reciepts and time consuming time involved
in this property damage claim...

also i have the title, and i will run a copy of it, or do you need the original one.
also i have a different mailing address than what you have. so mail nothing until you
are ready to mail, i will be using a general delivery address at the nearest post
office, where ever i'm at..

also what is the deal with the rental car, i turned the one in a couple of days ago,
and started paying for the one i have now, i need to be reimbursted for this car
rental. i would think you would pay for the car rental until i recieve my check and
find another car.. i need an answer on all the above...from the amount of the car, the
added extras to the car and improvements to the car,

thank you
michael fox

*Exhibit 1-H*

```
-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Tuesday, March 14, 2006 12:16 PM
To: Shannon.Williams@alg.com
Subject: RE: Tota Loss Vehicle
```

HELLO SHANNON WILLIAMS

WHEN I CAME TO YOUR OFFICE TO SEE YOU, BUT I SPOKE TO DAVID WATERHOUSE,
BECAUSE YOU WHERE NOT IN, THIS IS WHEN I GAVE DAVID WATERHOUSE  ALL THE
RECIEPTS FOR THE VEHICAL.
I ASKED DAVID WATERHOUSE ABOUT MY RENTAL COVERAGE, AND WHEN AMICA INSURANCE
STOPS PAYING FOR MY RENTAL, DO I HAVE MY 30 DAY RENTAL ON MY CAR PER MY
INSURANCE POLICY, DAVID WATERHOUSE TOLD ME I DID, THAT I HAD 30 DAYS PER MY
INSURANCE POILCY...

I WILL BE SENDING YOU THE RECIEPTS FOR REIMBURSTMENT, AS I HAVE 30 DAYS ON
MY POLICY.
ALSO, I DO'NT UNDERSTAND WHY I CAN NOT BE GIVEN A CHECK FOR THE AMOUNT
OFFERED, WHEN I NEED THIS MONEY TO PURCHASE ANOTHER VEHICAL, ITS LIKE THE
INSURANCE COMPANYS ARE USING THIS AS LEVERAGE TO FORCE YOU TO TAKE THERE
OFFER.

THANK YOU
MICHAEL FOX

Exhibit 1-I

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out .net    Web Search:    Go

 **Hotmail**     Today | Mail | Calendar | Contacts

lfox449@hotmail.com

Reply | Reply All | Forward | X Delete | Junk | Put in Folder ▾ | Print View | Save Address

| | |
|---|---|
| From : | Williams, Shannon <Shannon.Williams@aig.com> |
| Sent : | Tuesday, March 14, 2006 1:24 PM |
| To : | "'michael fox'" <lfox449@hotmail.com> |
| CC : | "Waddell, Lori" <Lori.Waddell@aig.com> |
| Subject : | RE: Tota Loss Vehicle |

No payments will be approved past the days the claim was here with AIG. This is not per me, but company policy and management. FYI, you have UP TO 30 days of coverage for rental. Here at AIG, when a car is determined totaled, you have 3 days after the offer date to return rental, whether you agree or disagree with total loss amt.

Thanks.

*Exhibit 1-J*

>From: "Williams, Shannon" <Shannon.Williams@aig.com>
>To: "'michael fox'" <lfox449@hotmail.com>
>Subject: RE: Tota Loss Vehicle
>Date: Tue, 14 Mar 2006 11:06:35 -0600
>
>We can not pay you for an amount that another insurance carrier is
>offering,
>and if you accept payment from either one of us, you're saying you accept
>the offer for your total loss. If you want payment for their offer, you
>must
>contact them. Also, we can only pay for rental for the amt of time your
>claim was assigned and handled by us. Since Amica took on the insurance
>claim, they are responsible for the rental on these days.

>
>Thanks.
>

2-A

From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
To: <lfox449@hotmail.com>
Subject: MRA room for provider to be named 12-04.doc
Date: Mon, 27 Feb 2006 16:57:59 -0500

Michael,

I am the adjuster who is handling the injury aspect of the accident and
I need some additional information from you regarding the accident and
your injuries.

Where were you in the car at the time of the accident and what were you
doing?  When did you first realized you were injured?  What are your
injuries?  Did you get transported from the accident scene in an

ambulance?  When did you first seek treatment and where did you go
(name, address and phone number).  When and where have you received
treatment after that first visit (name, address and phone number)?  Are
you still receiving treatment?  Are you employed?  Have you missed any
time from work as a result of the accident?

I have attached a medical records authorization that needs to be signed,

dated and witnessed and returned.  I need this to gather your medical
records and bills related to the accident to evaluate and settle your
injury claim.

Thank you.  I look forward to hearing from you at your earliest
convenience.

Sheron Chapa, AIC

Senior Adjuster

Amica Mutual Insurance Company

14090 Southwest Freeway, #500

Sugar Land, Tx  77478

1-888-887-9310 x 65119

schapa@amica.com

Exhibit 3A

```
>  _____
>
>From: CHAPA, SHERON A.
>Sent: Monday, February 27, 2006 3:58 PM
>To: 'lfox449@hotmail.com'
>Subject: MRA room for provider to be named 12-04.doc
>
>
>
>Michael,
>
>
>
>We need to find out where you are currently are in the and how long you
>plan on being there or where your next stop is going to be.  We need to
>have an Amica adjuster or one of our independent adjusters meet up with
>you to get your statement about the accident, your injuries, treatment
>and how the accident has affected your daily living situation.
>
>
>
>Thank you.  I look forward to hearing from you at your earliest
>convenience.
>
>
>
>Sheron Chapa, AIC
>
>Senior Adjuster
>
>Amica Mutual Insurance Company
>
>14090 Southwest Freeway, #500
```

*Exhibit 4A*

From :    michael fox <lfox449@hotmail.com>                    ⬦ | ⬦ | ✕ | 🖃 Inbox
Sent :    Tuesday, February 28, 2006 6:32 AM
To :      SCHAPA@AMICA.COM
Subject : RE: MRA room for provider to be named 12-04.doc

HELLO SHERON CHAPA

MICHAEL FOX HERE..
I'M RETURNING YOUR EMAIL...

AND YES I WAS INJURIED, AND YES I WENT TO THE HOSPITAL, AND NO I DID NOT GO TO THE
HOSPITAL THE NIGHT THEY HIT MY PARKED VEHICAL.
AND I WAS SLEEPING IN THE BACK OF THE MINI VAN, ON THE DRIVERS SIDE..

I DID NOT GO TO THE HOSPITAL THAT NIGHT BECAUSE THEY WOULD NOT LET ME TAKE MY VALUABLE
BELONGINGS IN THE AMBULANCE...I THOUGHT THAT WAS UTTERLY DISPICKABLE.
AND I WANTED TO GO TO THE HOSPITAL.

I WENT TO ST JOSEPH HOSPITAL IN HOUSTON ON MONDAY FEB 6 2006
THE HOSPITAL IS ON ST. JOSEPH PARKWAY...IN HOUSTON TEXAS..

I AM CURRENTY IN NEED OF MEDICAL ATTENTION, AND WILL CONTACT YOU SOON, FOR SEEING A
DOCTOR ON MY NECK UPPER SPINE AREA, I AM HAVING A LOT OF PAIN AT TIMES, AND  I AM
HAVING SEVERE HEADACHES, AND AS THE DAYS GO BY, IT SEEMS TO BE GETTING WORSE..
ALSO AT TIMES MY RIGHT HIP IS REALLY THROBING...
I REPORTED THIS ALL TO THE EMERGENCY ROOM NURSE, NEVER SAW A DOCTOR. THEY JUST TOOK
XRAYS, AND AD A RADIOLIGIST REPORT MADE, OVER THE XRAYS
I HAVE RECIEPTS FOR MEDICINE FOR THIS ALSO..

MY LIFE HAS BEEN UTTERLY TURNED UP SIDE DOWN, WITH THIS COLLISON, THAT DISTROYED MY
VEHICAL...

I WILL TRYED TO FIND A COPY MACHINE AND DOWN LOAD YOUR FILES.

CONTACTED ME BY EMAIL IF THERE ARE ANY OTHER QUESTIONS..

THANK YOU
MICHAEL FOX

Exhibit 5A

From :      michael fox <lfox449@hotmail.com>                          ⟵ | ✧ | ✕ | 🖃 Inbox
Sent :      Thursday, March 23, 2006 10:13 AM
To :        SCHAPA@AMICA.COM
Subject :   RE: Accident

HELLO SHERON CHAPA

I DO'NT KNOW WHAT GOING ON HERE---BUT THIS EMAIL YOU SENT IS DATED FEBUARY 27 2006.

AND I JUST RECIVED IT ON MY COMPUTER ON MARCH 22 2006

HOW CAN THIS BE..?

IF YOU SCROLL DOWN YOU WILL SEE THE EMAIL YOU SENT ME...

I MOST DIFFENTLY NEED TO SEE A DOCTOR REGARDING MY HIP, BACK AND NECK INJURIES, BUT
BECAUSE OF MY CURRENT LIVING CONDITIONS BECAUSE OF THIS CAR ACCIDENT, I AM UNABLE TO
STAY IN ONE AREA FOR A LONG PERIOD OF TIME...

AND BELIEVE ME,  MY BODY IS HURTING..

DO'NT KNOW WHAT ELSE TO DO CURRENTLY BECAUSE OF THIS SITUATION I AM IN...

AND I'M STILL TRYING TO FIGURE OUT HOW I JUST RECIEVED THIS EMAIL, ALMOST A MONTH LATER
FROM YOU..

THANK YOU
MICHAEL FOX

6 A

From :        CHAPA, SHERON A. <SCHAPA@AMICA.COM>
Sent :        Thursday, March 23, 2006 11:10 AM
To :          "michael fox" <lfox449@hotmail.com>
Subject :     RE: Accident

That is very bizarre because I sent you that email yesterday, but took
your email address from a prior email.

Where are you currently staying – City and State – and how long do you
anticipate being there.  We could probably arrange for someone to meet
with you within the next day or two, or next week and set up the meeting
by email.  The statement would be about 1/2 hour long and recorded,
going over what happened in the accident and identifying your injuries.

Have you received any treatment besides going to the hospital on your
way out of Houston?

Sheron Chapa, AIC
Senior Adjuster
Amica Mutual Insurance Company
14090 Southwest Freeway, #500
Sugar Land, Tx  77478
1-888-887-9310 x 65119
schapa@amica.com

7A

From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
To: <lfox449@hotmail.com>
Subject: Accident
Date: Wed, 22 Mar 2006 16:51:42 -0500


Sheron Chapa, AIC

Senior Adjuster

Amica Mutual Insurance Company

14090 Southwest Freeway, #500

Sugar Land, Tx  77478

1-888-887-9310 x 65119

schapa@amica.com

Exhibit 8A

From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
To: "michael fox" <lfox449@hotmail.com>
Subject: Injury claim
Date: Wed, 10 May 2006 20:00:42 -0400

Michael,


I never got a response from you to my 3/23/06 return email.


We really do need to have you meet with one of our adjusters to get more

information on your injuries.  Where are you currently staying - City
and State - and how long do you anticipate being there.  We could
probably arrange for someone to meet with you within the next day or
two, or next week and set up the meeting details, location, date and
time, by email.  The statement would be about 1/2 hour long and
recorded, going over what happened in the accident and identifying your
injuries.


Please let me know where you are and if you are going to be there for
any length of time.  I appreciate your cooperation.



Senior Adjuster

Amica Mutual Insurance Company

14090 Southwest Freeway, #500

Sugar Land, Tx  77478

1-888-887-9310 x 65119

schapa@amica.com


Exhibit 9A

From :       michael fox <lfox449@hotmail.com>
Sent :       Thursday, May 11, 2006 2:04 AM
To :         SCHAPA@AMICA.COM
Subject :    RE: Injury claim

hello sheron chapa..

i have tryed to contact you by phone and have left phone messages regarding unpaid
bills for the hospital in houston texas, they have not been paid.. i even had the
hospital collection agency trying to contact you..

as for my health problems, my back and neck are getting no better, and seems to be
getting worse..
i am living no where right now and soon to be leaving here where i am currently..

i think next week i will be in a location for 2 weeks, i will contact you then....

why have my hospital bills not been paid, this is not right....
please pay them..
this car wreck is not my fault, and i keep losing out here..

thank you
michael fox

Exhibit 10 A

```
> > > >>
> > > >>From: CHAPA, SHERON A.
> > > >>Sent: Thursday, May 11, 2006 10:29 AM
> > > >>To: 'michael fox'
> > > >>Subject: RE: Injury claim
> > > >>
> > > >>Michael,
> > > >>
> > > >>
> > > >>
> > > >>I apologize, but I have never received any phone messages from you
>and
> > > >>our phone voice mail system is available 24 hours a day and I know
>you
> > > >>have my extension as it is listed in my signature on all of my
>emails.
> > > >>
> > > >>
> > > >>
> > > >>I have recently been contacted by the company handling the hospital
> >lien
> > > >>and have explained the circumstances to them.
> > > >>
> > > >>
> > > >>
> > > >>Michael,  unfortunately, we cannot pay your medical bills as they
>are
> > > >>incurred.  Once you are at a point that you are ready to settle your
> > > >>claim, we then gather the bills and records for all medical
>treatment
> > > >>incurred and then we reach an all inclusive agreed settlement figure
> > > >>with you.  At that time, you will need to sign a full and final
> >release
> > > >>and once we have that properly executed release in hand, we will
>send
> > > >>you the settlement check and you will be responsible for paying your
> > > >>bills out of that.  Another option would be that out of the final
> > > >>settlement, we would send a check directly to the hospital and then
> >your
> > > >>check would be the remainder of the settlement money.
> > > >>
> > > >>
> > > >>
> > > >>This is how BI claims are handled industry wide and it is out of my
> > > >>control.  If you have Personal Injury Protection or Medical Payments
> > > >>coverage under your own policy, this could be used to paid medical
> >bills
> > > >>as incurred and is available regardless of liability.
> > > >>
> > > >>
> > > >>
> > > >>Please contact me as soon as possible when you arrive at the
>location
```

*Exhibit 11 A*
*And 11-B   2 Page*

> > > >>you may be at for 2 weeks.  I will need to know the city and state
> >and
> > > >>will work on getting a local adjuster to contact you and schedule a
> > > >>meeting for your statement regarding the accident and injuries.
>That
> > > >>will be a perfect opportunity for you to explain just how the
>injuries
> > > >>are affecting your daily life and give us a much better idea about
>the
> > > >>situation.
> > > >>
> > > >>
> > > >>
> > > >>I look forward to hearing from you about your intended location.
> > > >>
> > > >>
> > > >>
> > > >>Sheron Chapa, AIC
> > > >>
> > > >>Senior Adjuster
> > > >>
> > > >>Amica Mutual Insurance Company
> > > >>
> > > >>14090 Southwest Freeway, #500
> > > >>
> > > >>Sugar Land, Tx  77478
> > > >>
> > > >>1-888-887-9310 x 65119
> > > >>
> > > >>schapa@amica.com
> > > >>
> > > >>
> > > >>

*Exhibit 11B*
*Two Page Exhibit*