```
> > > >
> > > >>From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
> > > >>To: <lfox449@hotmail.com>
> > > >>Subject: 2/3/06 accident
> > > >>Date: Tue, 27 Jun 2006 14:52:24 -0400
> > > >>
> > > >>Michael,
> > > >>
> > > >>
> > > >
> > > >>We never heard back from you in response to my 5/11/06 email below.
> > > >>
> > > >>
> > > >>
> > > >>We have received notice of the Christus St. Joseph lien totaling
> >823.72.
> > > >>If you want us to pay that at this time, we are offering $1650.00 to
> > > >>settle your bodily injury claim and we will need to send you a full
> >and
> > > >>final release for your signature and once we have received it back,
> >we
> > > >>will send a check to the hospital for $823.72 and you would get a
> >check
> > > >>for the remainder totaling $826.28.  We will not make any payments
> >until
> > > >>the properly executed original release has been received in our
> >office.
> > > >>
> > > >>
> > > >>
> > > >>
> > > >>Based on the last email from you, it does not appear you have
> >received
> > > >>any more treatment and to be honest, we would have a hard time
> > > >>considering any additional treatment as the accident happened almost
> >5
> > > >>months ago.  Soft tissue injuries resolve with or without treatment
> >in
> > > >>4-8 weeks.
> > > >>
> > > >>
> > > >>
> > > >>If you do not want to proceed with settlement, we will still need to
> > > >>have an Amica representative meet with you for a statement about
> >your
> > > >>injuries and treatment.  Please advise of your current location.
> > > >>
> > > >>
> > > >>
> > > >>I will be on vacation from 7/3 to 7/14/06.
> > > >>
> > > >>
> > > >>
> > > >>Sheron Chapa, AIC
> > > >>
> > > >>Senior Adjuster
> > > >>
> > > >>Amica Mutual Insurance
```

*Exhibit 12A*

> > >
> > > >From: "michael fox" <lfox449@hotmail.com>
> > > >To: SCHAPA@AMICA.COM
> > > >Subject: RE: 2/3/06 accident
> > > >Date: Wed, 28 Jun 2006 18:24:22 -0400
> > > >
> > > >HELLO MS. SHERON CHAPA
> > > >
> > > >JUST RECIEVED YOUR LASTEST EMAIL....
> > > >WHICH , IF YOU SCROLL DOWN YOU CAN READ IT....
> > > >
> > > >AS FAR AS MY INJURIES FROM THIS ACCIDENT:.
> > > >
> > > >MY NECK AND SPINE, AND HEADACHES I HAVE ARE GETTING NO BETTER..
> > > >
> > > >I WILL NOT SETTEL ANY CLAIM, WHEN I AM IN NEED OF MEDICAL
>TREATMENT...
> > > >I TRAVEL ALL OVER THE UNITED STATES, AND I HAVE NO PLACE I CALL HOME
>AS
> > >OF
> > >YET.
> > > >
> > > >SO IT WOULD BE VERY DIFFICULT TO RECIEVE TREATMENT AT ONE MEDICAL
> > >CENTER...
> > > >
> > > >DO'NT KNOW WHAT ELSE TO TELL YOU....
> > > >
> > > >IF YOU WANT AN INTERVIEW WITH AN APPRASIER THAT YOU WANTED ME TO
>SEE..
> > > >YOU CAN SET ONE UP FOR THE NORTH SIDE OF SAN DIEGO COUNTY IN
> >CALIFORNIA..
> > > >I WILL HERE UNTIL WE CAN HAVE SUCH A MEETING...
> > > >
> > > >I AM CURRENTLY TRYING TO GET AN ATTORNEY FOR THIS ACCIDENT, AND THE
> > >PERSON
> > > >AND THEIR OTHERES THAT CAUSED THIS WRECK....
> > > >
> > > >I WILL WAIT ON YOUR REPLY
> > > >OR APPOINTMENT FOR AN APPRAISER FOR THE AREA I QUOTED
> > > >
> > > >THANK YOU
> > > >MICHAEL FOX
> > > >

Exhibit 13A

```
> > >-----Original Message-----
> > >From: michael fox <lfox449@hotmail.com>
> > >To: CHAPA, SHERON A.
> > >Sent: Thu Jun 29 15:08:30 2006
> > >Subject: RE: 2/3/06 accident

> > >
> > >HELLO SHERON CHAPA
> > >
> > >IF YOU SCROLL DOWN YOU WILL SEE ARE LAST COMMUNICATIONS...
> > >
> > >I SENT YOU THE EMAIL YESTERDAY, IN RESPONSE TO YOUR EMAIL...
> > >I HAVE NOT HEARD FROM YOU..
> > >24 HOURS HAS GONE BY
> > >AND I HAVE HEARD NOTHING
> > >I AM WAITING FOR YOU TO SENT UP AN INTERVIEW WITH THE AJUSTER OR WHO
>EVER
> > >YOU WANTED, I NEED TO SEE HIM IN THE NORTH SAN DIEGO COUNTY AREA....
> > >
> > >SET THE APPOINTMENT..
> > >HAVE HIM MEET ME INSIDE THE FED X KINKOS IN ENCINTIAS CALIFORNIA...
> > >I WILL ME BACK ON THE COMPUTER, IN THE COMPUTER AREA OF FED X KINKOS..
> > >
> > >I JUST NEED A TIME AND DATE, TO MET HIM..
> > >
> > >LETS GET THIS GOING...
> > >
> > >THIS HAS FAR DRUG OUT TO LONG....
> > >
> > >IF YOU WANT TO SETTLR THIS CLAIM WITHOUT THIS INTERVIEW
> > >THE PRICE TAG IS 250 MILLION DOLLARS TO SETTEL
> > >
> > >THANK YOU
> > >MICHAEL FOX
> > >.
```

Exhibit 14A

```
> >
> >
> >
> > >From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
> > >To: <lfox449@hotmail.com>
> > >Subject: Re: 2/3/06 accident
> > >Date: Thu, 29 Jun 2006 16:21:37 -0400
> > >
> > >I'm working on getting this assigned to a san diego adjuster and I will
> > >have them email you to set up an appointment asap.
> > >Sheron Chapa
> > >Senior Claims Adjuster
> > >Amica Mutual Insurance Company
> > >888.887.9310 (Office)
> > >Email sent from BlackBerry
> > >
```

Exhibit 15A

>From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
>To: <lfox449@hotmail.com>
>Subject: Amica
>Date: Fri, 30 Jun 2006 09:33:49 -0400
>
>June 30, 2006
>
>
>
>Mr. Fox:
>
>I have been asked to meet with you today and interview you regarding
>your accident.  It is my understanding that you will be at Kinko's in
>Encinitas today.
>
>
>
>Please email or call me at your earliest convenience and confirm that
>the Kinko's is at 411 Encinitas Boulevard.
>
>
>
>I can be there at 10:30 a.m.  Can you meet me at that time?  I need to


>know this morning ASAP as I am heading out in the field by 9:00 a.m.  I

>don't always get my emails on my blackberry.  So, if you email me past
>9:00 a.m. and I don't respond, give me a call.
>
>
>
>Terri L. Scolari
>
>Senior Adjuster
>
>Amica Mutual Insurance Company
>
>858-486-9900
>
>tscolari@amica.com
>
>
>
>
>
>-----------------------------------------
>**************************************************
>This email and any files transmitted with it are confidential and
>intended solely for the use of the individual or entity to whom
>they are addressed.  If you have received this email in error
>please notify postmaster@amica.com and the sender of the message.
>Thank you.
>**************************************************
>

Exhibit 16 A

-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Friday, June 30, 2006 1:21 PM
To: SCOLARI, TERRI L.
Subject: RE: Amica

HELLO TERRI SCOLARI

I JUST GOT TO THE EMAILS JUST NOW

SORRY I MISSED THIS OPPURTUNITY...TO MET WITH YOU........

LETS MAKE AN APPOINTMENT FOR MONDAY, JULY 3 2006 IF YOU CAN..
OR MAKE IT JULY 5 2006

LEAVE ME A TIME AND DATE..

I WILL BE THERE AT FED X KINKOS ON MY OWN PERSONAL LAP TOP....
AT THE TIME AND DATE YOU CHOOSE

THANK YOU
MICHAEL FOX............

*Exhibit 17A*

From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
To: "michael fox" <lfox449@hotmail.com>
CC: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
Subject: RE: Amica
Date: Fri, 30 Jun 2006 16:52:02 -0400

Mr. Fox:

I am now an hour away from your location.  I was up in your area until
1:00 p.m. today.  Unfortunately, I will be on vacation starting this
afternoon until July 10, 2006.

However, if you are willing to come down to my location, (Escondido or
Poway) I will be happy to facilitate the meeting on my vacation time
very near North County Fair in Escondido from Friday evening through,
possibly, Tuesday evening and I can meet you there.  But my available
times are limited.  Therefore, if you are sincerely interested in moving

this along towards resolution, I suggest you go to a telephone booth and

call me, collect TODAY and we can work out the details.

Otherwise, I will request that Mrs. Chapa work out alternative
arrangements with you.


Terri L. Scolari
Senior Adjuster
Amica Mutual Insurance Company
858-486-9900

Exhibit 18 A

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out.net    Web Search:    Go

 Hotmail    Today | Mail | Calendar | Contacts

lfox449@hotmail.com

Reply | Reply All | Forward | X Delete | Put in Folder ▼ | Print View | Save Address

From :    michael fox <lfox449@hotmail.com>
Sent :    Sunday, July 2, 2006 12:46 PM
To :    TSCOLARI@AMICA.com
Subject :    RE: Amica

HELLO TERRY SCOLARI

I SEE THE GAMES JUST CONTINUE TO PLAY OUT, WHEN YOU DEAL WITH THE INSURANCE COMPANIES,
AND THE SICK GOVERMENT THAT CONTROLS THEM..

I CAME TO YOUR LOCATION YOU TOLD ME TO BE AT ON SUNDAY..
YOU TOLD ME TO BE THERE AT 10AM-THAT YOUR DAUGHTER GAME STARTS AT 8:15AM AND THERE
ALLOWED A HOUR AND A HALF TO PLAY..

I CAME EARLY, AROUND 7:45-AM ON SUNDAY
I LOOKED ALL OVER FOR YOU AND YOUR DAUGHTERS TEAM

I BELIEVE YOUR DAUGHTERS TEAM IS J2 FOR THE TOURNEMENT
AND YOU ARE NOT SCHEDUALED TO PLAY UNTIL 1:30PM--ON SUNDAY

YOUR DAUGHTERS TEAM, PLAYED ON SATURDAY AT 8:15AM

AT APPROX 8AM SUNDAY, I TRYED TO CALL YOU FROM THE PAY PHONE, THERE AT THE BALL
DIAMOND...YOU DID NOT ANSWER THE PHONE...I TRYED TWICE TO CALL YOU....

YOU ALSO GAVE ME THE WRONG WAY TO TURN OFF OF 1-15
AND THE NUMBER OF TRAFFIC LIGHTS I HAVE TO DRIVE THROUGH....

I WILL NOT BE MEETING WITH YOU NOW..

I WILL CONTACT THE CASEWORKER FOR THIS CLAIM, AND GET ANOTHER APPOINTMENT IN A
DIFFERENT STATE WHERE I WILL BE STAYING..

SINCERELY
MICHAEL FOX

*Exhibit 19A*



Hotmail    Today | Mail | Calendar | Contacts

fxxxxx@hotmail.com

Reply | Reply All | Forward | Delete | Junk | Put in Folder ▾ | Print View | Save Address

| From : | SCOLARI, TERRI L. <TSCOLARI@AMICA.com> | Inbox |
|--------|------------------------------------------|-------|
| Sent : | Sunday, July 2, 2006 12:46 PM | |
| To : | "michael fox" <lfox449@hotmail.com> | |
| Subject : | Out of Office AutoReply: Amica | |

I am out of the office until Monday, July 10, 2006.  If you need immediate
assistance, please contact JZerba@amica.com or 1-800-242-6422, extension 32324.


-------------------------------------------
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed.  If you have received this email in error
please notify postmaster@amica.com and the sender of the message.
Thank you.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Inbox

*Exhibit 20A*

Sign Out    Go

# MSN Hotmail    Today | Mail | Calendar | Contacts

lfox449@hotmail.com

↺ Reply | ↺ Reply All | ↪ Forward | ✕ Delete | 🗐 Junk | ↡ Put in Folder ▾ | 🖨 Print View | 💾 Save Address

| | |
|---|---|
| From : | Terri Lee Scolari <tscolari@cox.net> |
| Sent : | Monday, July 3, 2006 9:05 AM |
| To : | <lfox449@hotmail.com> |
| CC : | "SCOLARI, TERRI L" <TSCOLARI@AMICA.com>, <jzerba@amica.com>, <schapa@amica.com> |
| Subject : | Amica |

↩ | ✎ | ✕ | 🗐 Inbox

Mr. Fox:

I was there at the scheduled time of 10:00 a.m.  I waited 45 minutes for you.  We had our game at 8:15 as I told you.  I did receive your two phone calls, but no way to call you back.  I waited expecting to hear from you again as we discussed, prior to our 10:00 a.m. appointment.  Unfortunately, when your calls came in, I was away from the phone momentarily.  I was not expecting to hear from you at 8:00 a.m.

By copy of this email to my supervisor, James Zerba, you can communicate with him regarding rescheduling if you plan to be in California in the upcoming week.  As you know, Mrs. Chapa is on vacation for two weeks and I am also out on vacation until July 10th.

Sorry we were not able to connect.

Terri L. Scolari
Senior Adjuster
Amica Mutual Insurance Company
858-486-9900

↺ | ↺ | ↪    ↩ | ✎ | ✕ | 🗐 Inbox

*Exhibit 21 A*

Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

© 2006 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy

```
> >-----Original Message-----
> >From: michael fox [mailto:lfox449@hotmail.com]
> >Sent: Monday, July 10, 2006 10:23 PM
> >To: CHAPA, SHERON A.
> >Subject: Re: 2/3/06 accident
> >
> >HELLO SHERON
> >
> >MICHAEL FOX HERE..
> >
> >I AM IN A DIFFERENT LOCATION NOW, AND I NEVER SAW THE LAST AJUSTOR THAT
>YOU
> >ARRANGED FOR ME TO MET.
> >
> >SO MY QUESTION IS, DO I NEED TO SEE ONE WHERE I AM AT CURRENTLY..
> >
> >I AM IN INCLINE VILLAGE,, NEVEDA..
> >
> >IF YOU COULD SET UP ANOTHER AJUSTOR TO SEE ME IN THIS AREA..
> >I CAN ONLY BE REACH BY EMAIL STILL..
> >
> >HAVE THE AJUSTOR GIVE ME 24 HOUR NOTICE, AND I CAN MET THEM AT ANYTIME,
>AT
> >THERE LOCATION THEY CHOOSE..
> >
> >ALSO I NEED TO SEE A DOCTOR ON MY NECK AND SPINE/BACK..AND THESE
>HEADACHES
> >I
> >AM HAVING..
> >
> >DO I JUST GO TO ANY DOCTOR I CHOOSE, OR DO YOU SET THE APPOINTMENT UP
>WITH
> >A
> >DOCTOR..
> >
> >THANKS.
> >MICHAEL FOX
> >
```

Exhibit 22A

From :        CHAPA, SHERON A. <SCHAPA@AMICA.COM>
Sent :        Monday, July 10, 2006 11:23 PM
To :          "michael fox" <lfox449@hotmail.com>
Subject :     Out of Office AutoReply: 2/3/06 accident

I will be on vacation from July 3 to July 14, 2006.  If you need assistance,
you can contact Brian Cremer the week of July 10, 2006, at extension 65157.  He
will also be on vacation the week of July 3rd.


-----------------------------------------
**********************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed.  If you have received this email in error
please notify postmaster@amica.com and the sender of the message.
Thank you.
**********************************************************

*Exhibit 23A*

```
>
> >From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
> >To: "michael fox" <lfox449@hotmail.com>
> >Subject: RE: 2/3/06 accident
> >Date: Mon, 17 Jul 2006 16:04:46 -0400
> >
> >Michael,
> >
> >We still need to have an adjuster meet with you for a statement about the
> >accident and your injuries.  Are you still in Incline Village, Nevada?
>We
> >don't have a branch office there, but should be able to locate an
> >independent adjuster to meet with you.  Please let me know if you are
>still
> >there and how much longer you will be there.  I will need at least 1 day
>on
> >my end to locate an adjuster in your area and get the appropriate
> >information to the adjuster and then, they will schedule an appointment
> >with you depending on their schedule.  Unfortunately, most adjusters have
> >their appointments scheduled a week in advance, so I can't promise you
>that
> >the adjuster will be available to meet with you the day after they
>receive
> >the assignment from us.  The adjuster will contact you directly to set up
> >the meeting.
> >
> >As far as your injuries and treatment are concerned, we do not refer
> >claimants to doctors and it will be your responsibility to locate a
>doctor
> >and manage your own care.  We are unable to pay any medical bills as they
> >are incurred, so you will be responsible for paying for the treatment
>until
> >the claim is settled.  Once again, the accident occurred over 5 months
>ago
> >and we will have to take that into consideration on any settlement.
> >
> >We will make sure that the adjuster who meets with you advises you on how
> >BI claims are handled and what you can expect.
> >
> >Please let me know where you are currently located and your estimated
> >length of stay at your earliest convenience.  Please not the time on this
> >email as I will be leaving my office at 4 PM.  I am going to be in a
>trial
> >all week so my response time will be slower as my access to email and
>phone
> >will be limited.
> >
> >Sheron Chapa, AIC
> >Senior Adjuster
> >Amica Mutual Insurance
```

Exhibit    24 A

```
>-----Original Message-----
>From: michael fox <lfox449@hotmail.com>
>To: CHAPA, SHERON A.
>Sent: Tue Jul 25 13:09:33 2006
>Subject: RE: 2/3/06 accident

>HELLO SHERON CHAPA
>
>I AM GOING BACK TO INCLINE VILLAGE NEVEDA..
>AND WOULD LIKE YOU TO SET AN APPOINTMENT WITH AN AJUSTER IN INCLINE
>VILLAGE..
>
>IF YOU WILL, HAVE THEM MEET ME AT STARBUCKS COFFEE IN INCLINE VILLAGE, ON
>MONDAY JULY 31 2006 AT 10AM...
>I WILL BE INSIDE AND ON THE COMPUTER THERE....
>
>PLEASE HAVE THE AJUSTER CONTACT ME BY EMAIL TO CONFIRM THIS APPOINTMENT..
>
>THANK YOU
>MICHAEL FOX
>
```

Exhibit 25A

>From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
>To: <lfox449@hotmail.com>
>Subject: Re: 2/3/06 accident
>Date: Tue, 25 Jul 2006 13:49:45 -0400
>
>I have not been able to locate an adjuster to meet with you in incline
>village.  We will have to wait until you get somewhere else.  Any chance
>you will be returning to the san diego area,
>Sheron Chapa
>Senior Claims Adjuster
>Amica Mutual Insurance Company
>888.887.9310 (Office)
>Email sent from BlackBerry

*Exhibit 26A*

From :          CHAPA, SHERON A. <SCHAPA@AMICA.COM>

Sent :          Wednesday, July 26, 2006 10:43 AM

To :            "michael fox" <lfox449@hotmail.com>

Subject :       FW: 2/3/06 accident

Sorry, Michael.  We don't have anyone to meet with you in Incline Village, NV.
Please advise when you will return to San Diego and we will have Terri Scolari
contact you to schedule the meeting.  Thanks.

Sheron Chapa, AIC
Senior Adjuster
Amica Mutual Insurance
14090 Southwest Frwy, Suite 500
Sugar Land, TX  77478
(888) 887-9310 x65119
Fax (888) 818-2887
schapa@amica.com
-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Tuesday, July 25, 2006 1:19 PM
To: CHAPA, SHERON A.
Subject: Re: 2/3/06 accident

HELLO SHERON

I AM IN SAN DIEGO RIGHT NOW, AND I AM LEAVING HERE IN ABOUT 30 MINUTES..

FIND SOMEONE FOR INCLINE VILLAGE NEVEDA..
I WILL BE THERE MONDAY AT STARBUCKS..

THANK YOU
MICHAEL FOX

Exhibit 27A

-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Thursday, July 27, 2006 8:58 AM
To: CHAPA, SHERON A.
Subject: RE: Recall: 2/3/06 accident

SHERON CHAPA..

I'M GETTING A LITTLE CONFUSED RIGHT NOW..

IF YOU SCROLL DOWN YOU WILL SEE THE LAST MESSAGE YOU SENT....

ARE YOU GOING TO GET AN AJUSTER FOR INCLINE VILLAGE NEVEDA....

I DO'NT UNDERSTAND WHY YOU CANT GET AN AJUSTER FOR THAT AREA....

IF YOU CAN PLEASE DO...
IF NOT---TRY AN AJUSTER FOR CARSON CITY NEVEDA
OR AN AJUSTOR FOR RENO NEVEDA...


AND SET IT UP FOR MONDAY THE 31 OF JULY 2006

I WILL HAVE NOTHING TO DO WITH YOUR AJUSTER IN SAN DIEGO...
YOU CAN FORGET THAT WOMEN AN HER NONSENSE...

THANK YOU
MICHAEL FOX

Exhibit 28 A

From :      CHAPA, SHERON A. <SCHAPA@AMICA.COM>
Sent :      Thursday, July 27, 2006 6:41 PM
To :        "michael fox" <lfox449@hotmail.com>
Subject :   RE: Recall: 2/3/06 accident

Michael,

I sent you a message but misspelled your name, so I recalled the
message, corrected your name and resent it.  It appears you did not
receive the corrected message?

We don't have any adjusters in any part of the Nevada area at this time.
Are you planning on being in Northern California in the near future?  We
have an office in Northern California (Petaluma) and would be able to
get an adjuster from there to meet with you.  We also have an office in
Costa Mesa.  We do not have any other adjusters in the San Diego area
beside Teri Scolari and, as noted below, you are not interested in
meeting with her.

Let me know if any of these other options will work.  Again, the
adjuster will get in touch with you and schedule an appointment that
will work for you.  Again, please provide as much time as possible to
allow me to contact the appropriate office to get this assigned to an
adjuster for contact with you.  Thanks.

Sheron Chapa, AIC
Senior Adjuster
Amica Mutual Insurance
14090 Southwest Frwy, Suite 500
Sugar Land, TX  77478
(888) 887-9310 x65119
Fax (888) 818-2887
schapa@amica.com



Exhibit 29A

From :       CHAPA, SHERON A. <SCHAPA@AMICA.COM>
Sent :       Tuesday, October 17, 2006 2:09 PM
To :         "michael fox" <lfox449@hotmail.com>
Subject :    2/3/06 accident


Michael,


As you are aware, we previously offered you $1650 based on your St. Joseph Hospital bill of $823.72.  We are unable to do anything further to investigate and evaluate your injury claim without your complete cooperation, which includes securing your statement about the accident, your injuries and all treatment.  If you are interested in settling your claim for the amount offered, we will do what we can to coordinate you signing a release and providing a check for the settlement.


We have noted your $250 million settlement demand, but that is no where near reasonable for a soft tissue injury with the only treatment being an ER visit following the accident.  For comparison sake – an accident involving a fatality would not even warrant a $250 million settlement.


Look forward to hearing from you,


**Sheron Chapa, AIC**

**Senior Adjuster**

**Amica Mutual Insurance**

**14090 Southwest Frwy, Suite 500**

**Sugar Land, TX  77478**

**(888) 887-9310 x65119**

**Fax (888) 818-2887**

**schapa@amica.com**

Exhibit 30 A

-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Sunday, October 22, 2006 8:17 AM
To: CHAPA, SHERON A.
Subject: RE: 2/3/06 accident

HELLO SHERON CHAPA..

I JUST GOT TO MY EMAILS, AND SEE YOU HAVE SENT ANOTHER ONE....

YOUR SETTLEMENT AMOUNT IS TOTALY CRAZY......

I JUST GOT OUT OF THE HOSPITAL BECAUSE OF THIS CAR ACCIDENT..
I SPENT 5 DAYS IN THERE....

AND THE GRIEF OF THIS ACCIDENT JUST CONTINUES....
AND WILL FOR THE REST OF MY NATURAL LIFE.....

IF I COULD ONLY FIND AN ATTORNEY THAT WOULD TAKE THIS CASE, AND NOT LET
THE
SICO SICK GOVERMENT AND ITS SICO POLICE FORCE INTERVINE, YOU CAN BET,
THAT
SOME HEADS ARE SURLY TO ROLL, RIGHT INTO A JAIL CELL WHERE THEY
BELONG....

I AM BACK IN THE SAN DIEGO AREA, AND IF YOU WANT A STATEMENT, THEN SET
UP
YOUR APPOINTMENT WITH YOUR AJUSTER...

AND SET IT UP FOR THIS COMMING SAT... OCT 28 2006....

THANK YOU

Exhibit 31 A

From :          CHAPA, SHERON A. <SCHAPA@AMICA.COM>
Sent :          Tuesday, October 24, 2006 11:21 AM
To :            "michael fox" <lfox449@hotmail.com>
Subject :       RE: 2/3/06 accident

Michael,

The adjuster is on vacation and won't be available until after 10/30/06.
I'll have her email you to schedule something with you when she returns.

Why were you in the hospital for 5 days, what testing and treatment did
you receive and what was the diagnosis?

Sheron Chapa, AIC
Senior Adjuster
Amica Mutual Insurance
14090 Southwest Frwy, Suite 500
Sugar Land, TX  77478
(888) 887-9310 x65119
Fax (888) 818-2887
schapa@amica.com

Exhibit 32A

Sent :   Wednesday, November 1, 2006 9:57 PM

To :   SCHAPA@AMICA.COM

Subject :   RE: 2/3/06 accident

HELLO SHERON CHAPA

I HAVE NOT HEARD FROM YOUR AJUSTER....

AS YOU STATED SHE WOULD BE BACK OCT 30 2006

I CAN ONLY BE REACHED BY EMAIL...

IF THERE ARE ANY PROBLEMS
SEND ME AN EMAIL

THANK YOU
MICHAEL FOX

Exhibit 33 A

```
> > > > >From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
> > > > >To: "michael fox" <lfox449@hotmail.com>
> > > > >Subject: Amica
> > > > >Date: Thu, 2 Nov 2006 12:15:28 -0500
> > > > >
> > > > >11/2/06
> > > > >
> > > > >
> > > > >
> > > > >Mr. Fox:
> > > > >
> > > > >
> > > > >
> > > > >Would you please telephone me and let me know a convenient time
>to
> > >meet
> > > > >with you in San Diego.
> > > > >
> > > > >
> > > > >
> > > > >Thank you
> > > > >
> > > > >
> > > > >
> > > > >
> > > > >
> > > > >Terri L. Scolari
> > > > >
> > > > >Senior Adjuster
> > > > >
> > > > >Amica Mutual Insurance Company
> > > > >
> > > > >858-486-9900
> > > > >
> > > > >888-818-8801 (fax)
> > > > >
> > > > >tscolari@amica.com
> > > > >
```

Exhibit 34A

```
> > > >-----Original Message-----
> > > >From: michael fox [mailto:lfox449@hotmail.com]
> > > >Sent: Thursday, November 02, 2006 4:16 PM
> > > >To: SCOLARI, TERRI L.
> > > >Subject: RE: Amica
> > > >
> > > >HELLO TERRY SCOLARI
> > > >
> > > >YOU CAN NAME THE PLACE AND TIME YOU WANT TO MEET---THIS SAT OR
SUN.
> > > >SEND ME AN EMAIL
> > > >
> > > >I'M IN DOWNTOWN MYSELF....
> > > >
> > > >THANK YOU
> > > >MICHAEL FOX
```

Exhibit 35A

```
> > > >From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
> > > >To: "michael fox" <lfox449@hotmail.com>
> > > >Subject: RE: Amica
> > > >Date: Thu, 2 Nov 2006 19:22:49 -0500
> > > >
> > > >Mr. Fox:
> > > >
> > > >I can meet you M-F from 8:00 a.m. to 4:00 p.m.  I am in Poway.
> > > >
> > > >Terri Scolari
```

Exhibit 36A

```
> > >
> > >-----Original Message-----
> > >From: michael fox [mailto:lfox449@hotmail.com]
> > >Sent: Thursday, November 02, 2006 4:50 PM
> > >To: SCOLARI, TERRI L.
> > >Subject: RE: Amica
> > >
> > >MS. SCOLARI

> > >
> > >WHAT ARE YOU SAYING...
> > >SAT OR SUN IS NOT GOOD....
> > >AND DO I AGAIN HAVE TO DRIVE AND SEE YOU....
> > >AND YOU AGAIN NOT BEING THERE...
> > >
> > >I'LL SEND YOU AN EMAIL LATER, WITH A PLACE IN SAN DIEGO...
> > >AND WE CAN MEET AT 1 PM ----NEXT WEEK
> > >IF YOU DO'NT WANT TO DO IT THIS WEEK END..
> > >
> > >MICHAEL FOX
> > >
```

*Exhibit 37A*

```
> > >From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
> > >To: "michael fox" <lfox449@hotmail.com>
> > >CC: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
> > >Subject: RE: Amica
> > >Date: Thu, 2 Nov 2006 19:58:55 -0500
> > >
> > >Mr. Fox:
> > >
> > >Business hours are Monday through Friday from 8:00 a.m. to 4:00
p.m.
>I
> > >have commitments on the weekend.  The last time I attempted to meet

> >you,
> > >I made an exception, on my vacation, to facilitate the handling of
>your
> > >claim.
> > >
> > >Why don't you just give me a call, collect, so that we can discuss
a
> > >mutually agreeable date, time and place to meet.  It must be in a
> >public
> > >place.  You do not have to come to Poway if that is not convenient
>for
> > >you.  I will come to your location.
> > >
> > >Going back and forth by email is difficult.  I have other scheduled

> > >commitments during the week.  Please call me so that we can
discuss.
> > >
> > >Thank you,
> > >
> > >Terri L. Scolari
> > >Senior Adjuster
```

Exhibit 38A

```
> >-----Original Message-----
> >From: michael fox [mailto:lfox449@hotmail.com]
> >Sent: Thursday, November 02, 2006 5:41 PM
> >To: SCOLARI, TERRI L.
> >Subject: RE: Amica
> >
> >MS SCOLARI
> >
> >BEST TIME IS THEN MON THRU FRI AT 1 PM
> >I WILL FIND A LOCATION IN A PUBLIC PLACE...
> >
> >I BELIEVE THERE IS A STARBUCKS COFFEEE WHERE I AM THINKING..
> >WILL CONTACT YOU TOMORROW WITH A LOCATION..
> >JUST MAKE IT FOR 1PM----ANY DAY OF THE WEEK FOR YOUR CHOICE
> >
> >MICHAEL FOX
> >
```

39 A

```
>
>
>
>
>
>
>
--->
> >From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
> >To: "michael fox" <lfox449@hotmail.com>
> >Subject: RE: Amica
> >Date: Fri, 3 Nov 2006 19:05:27 -0500
> >
> >Mr. Fox:
> >
> >I haven't heard from you today regarding a location for our meeting
at
> >1:00 p.m. next week.
> >
> >Please advise.  I won't be receiving emails again until Monday
morning.

 > >
 > >Terri Scolari
 > >
```

Exhibit 40A

>-----Original Message-----
>From: michael fox [mailto:lfox449@hotmail.com]
>Sent: Saturday, November 04, 2006 9:34 AM
>To: SCOLARI, TERRI L.
>Subject: RE: Amica
>
>------------MS. SCOLARI--------------


>THE STAR BUCKS COFFEE IS ON THE CORNER OF BROADWAY AND KETTNER.....
>IF YOUR ON PACIFIC HWY. AND TURN ON TO BROADWAY, IT WILL BE THE FIRST
>LIGHT
>YOU COME TO, AND STARBUCKS WILL BE ON YOUR LEFT HAND SIDE, ON THE OTHER

>SIDE
>OF THE LIGHT.....RIGHT WHERE THE TROLLEY TRACKS ARE.....
>
>ALSO I HAVE BEEN THINKING....I'M GOING TO GIVE YOU A WRITTEN STATEMENT
>ON MY
>SITUATION, WHICH WILL BE NOTORIZED....
>
>I UTTERLY DO NOT TRUST THE GOVERMENT WHICH IS THE REASON FOR THIS
STAGED
>CAR
>WRECK, AND THE PEOPLE THEY CONTROL....I'M DONE WITH THE LIES AND THE
>CRIMES
>THESE PEOPLE HAVE DONE AND ARE CAPABLE OF.....
>
>SEND ME ANY QUESTIONS YOU WANT ANSWERED, BY EMAIL, AND I WILL ANSWER
>THEM IN
>MY LETTER TO AMICA INSURANCE...
>
>I WILL WANT YOU TO SIGN MY COPY OF MY STATEMENT THAT YOU RECIEVED
IT....
>
>FURTHERMORE, I WOULD LIKE TO MEET NOT THIS COMMING WEEK, BUT THE
>FOLLLOWING
>WEEK...THIS WILL GIVE ME MORE TIME AND YOURSELF TO FIT IN BOTH OF ARE
>SCHEDULES.
>
>AND I NEED TO HAVE THE APPOINTMENT FOR 1PM SHARP, AND CAN BE NO LONGER
>THAN
>ONE   HALF HOUR.....YOU PICK ANY DAY OF THE WEEK OF THE 13 THRU THE 17
>OF
>NOV 2006...
>
>I WILL BE WEARING BLUE SWEAT PANTS AND WEARING A GREEN PLADE SHIRT....
>6 FOOT TALL  WITH BLOND/BROWN HAIR AND 260LBS....
>
>THANK YOU
>MICHAEL FOX


Exhibit 41 A

>From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
>To: "michael fox" <lfox449@hotmail.com>
>Subject: RE: Amica
>Date: Mon, 6 Nov 2006 11:55:27 -0500
>
>November 6, 2006
>
>Mr. Fox:
>
>We have made every effort to accommodate you in order to address your
>injury claim.  Unfortunately, you have made communication difficult.
>
>It is your responsibility to provide cooperation and documentation of
>your injury in order that we may evaluate it and compensate you
>accordingly.  Again, the burden of proof is yours, not ours.  This
>would
>include copies of all medical records and bills for treatment incurred
>to treat injuries that were a direct result of this motor vehicle
>accident.
>
>I am authorized at this time to make an exception to our standard
>procedures and requirements by making you a conditional one-time offer.

>This offer will expire in twenty-four (24) hours from the date of this
>e-mail.  The condition is that I will meet with you, obtain a signed
>full release of all claims and deliver the check to you at that time.
>This can be accomplished during the week you have requested at 1:00
>sharp at the downtown Starbucks.  We will require no documentation of
>your injury nor copies your medical records in connection with this
>one-time offer.
>
>If you reject our offer, it will then be up to you to return to the
>State in which the accident occurred, present your evidence in support
>of your injury claim in adherence to the jurisdictional requirements
>and
>prove-up your claim.
>
>Our "ONE-TIME" offer is $5,000.00.
>
>Very truly yours,
>
>
>
>Terri L. Scolari
>Senior Adjuster
>858-486-9900
>888-818-8801 (fax)
>tscolari@amica.com

Exhibit 42 A

-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Monday, November 06, 2006 5:26 PM
To: SCOLARI, TERRI L.
Subject: RE: Amica

MS. SCOLARI

YOUR OFFER IS A UTTER JOKE

DO YOU WANT A WRITTEN STATEMENT....?

OR FROM WHAT I HAVE READ IN YOUR LAST EMAIL...
GO FIND AN ATTORNEY AND FILE A COMPLAINT....THATS MY OPTION IF I DO'NT
EXCEPT YOUR OFFER.....

YOU CAN KEEP YOUR OFFER....
I'VE MISSED 1500 DOLLARS IN WORK OR MORE SO FAR.....

I HAVE A HOSPITAL AND DOCTOR BILLS, AND MEDICATION BILLS EXCEEDING
13,000
SINCE MY TRIP TO THE HOSPITAL...AND THERE ONLY GOING TO GET BIGGER....


NO SINCE EXPLAINING NO MORE.....
TELL ME WHAT YOU WANT TO DO, I'M TIRED OF THE NONSENSE....

MICHAEL FOX

Exhibit 43 A

-----Original Message-----
From: SCOLARI, TERRI L.
Sent: Tuesday, November 07, 2006 9:12 AM
To: 'michael fox'
Subject: RE: Amica

I am so sorry if I offended you.  I was totally unaware of the nature or

extent of your injuries.

I would, therefore, like to meet with you on Monday 11/13/06 at the
Starbucks on Kettner & Broadway in downtown San Diego at 1:00 p.m.
sharp.

Please confirm you will be there.  If you have any medical
bills/records, please make copies so that you can provide those to me at

that time.

Thank you for your anticipated cooperation.

Terri L. Scolari
Senior Adjuster
Amica Mutual Insurance Company
858-486-9900

Exhibit 44A

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    **Sign Out**   Web Search:    Go

 Hotmail   Today | Mail | Calendar | Contacts

lfox449@hotmail.com

📧 Reply | 📧 Reply All | 📧 Forward | ✗ Delete | 📨 Junk | 📁 Put in Folder ▾ | 🖨 Print View | 📇 Save Address

| | |
|---|---|
| From : | SCOLARI, TERRI L. <TSCOLARI@AMICA.com> |
| Sent : | Tuesday, November 7, 2006 11:12 AM |
| To : | "michael fox" <lfox449@hotmail.com> |
| Subject : | RE: Amica |

◆ | ▽ | ✗ | 📧 Inbox

```
Why don't you just give me a call and we can talk.
You can call collect.

Terri Scolari
858-486-9900
```

*Exhibit 45A*

From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
To: "michael fox" <lfox449@hotmail.com>
Subject: FW; Amica
Date: Thu, 9 Nov 2006 10:32:27 -0500

Mr. Fox:

Would you please respond so that I know whether or not you will agree to

meet with me on Monday 11/13/06.  Thank you very much.


Terri Scolari

*Exhibit 46 A*

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out   Web Search:

  Hotmail    **Today** | **Mail** | **Calendar** | **Contacts**

lfox449@hotmail.com

🖂 Reply | 🖂 Reply All | 📇 Forward | ✕ Delete | 📇 Put in Folder ▾ | 📇 Print View | 📇 Save Address

| | | |
|---|---|---|
| **From :** | michael fox <lfox449@hotmail.com> | ↩ \| ✧ \| ✕ \| 📇 Inbox |
| **Sent :** | Thursday, November 9, 2006 10:28 PM | |
| **To :** | TSCOLARI@AMICA.com | |
| **Subject :** | RE: FW: Amica | |

```
MS. SCOLARI

I REALLY DO'NT KNOW WHAT THERE IS TO DISCUSS...OR MEET FOR...
AS I SAID, I'M SICK AND TIRED OF THE NONSENSE, AND THE LIES....

THE FOLLOWING IS WHATS HAPPENING RIGHT NOW........
I CURRENTLY SEE  ONE DOCTOR EVERY OTHER TUESDAY RIGHT NOW..
I WAS GOING WEEKLY..

AND THE OTHER DOCTOR, I SEE EVERY TWO WEEKS...

EVERY DOCTOR I HAVE SEEN,  INCLUDING THE HOSPITAL DOCTORS.. SAYS I'M LUCKY THAT  I AM
NOT DEAD, OR HAD A STROKE, AND THAT I COULD HAVE EASILY BEEN PARAILIZED IN SOME SHAPE
OR FORM DUE TO THE STROKE....

IF THINGS DO'NT GET BETTER THERE WILL BE OPERATIONS.....
AND AS OF RIGHT NOW, MY HEALTH IS NOT GETTING BETTER AS THEY THOUGHT IT WOULD..
SO I AM EXPECTING IN THE NEXT COUPLE OF MONTHS IF THINGS DO'NT IMPROVE, THERE WILL BE
SPECIALIST DOCTORS, AND OPERATIONS TO BRING ME BACK TO HEALTH...

I'LL BE DAMMED IF YOU EVER THINK I WILL TAKE A SETTLEMENT, WHEN MY HEALTH IS
TERRIBLE.....AND I NEED MEDICAL TREATMENT........

I'M 47 YEARS OLD....AND IF I LIVE TO 78 YEARS OLD... 30 MORE YEARS.....I WILL NOT LIVE
WITH PHYSICAL AILMENTS, DUE BECAUSE OF THIS CAR ACCIDENT....
THE BIGGEST PROBLEM RIGHT NOW  IS A VERY POSSIBLE STROKE...OR HEART ATTACK...AND I WILL
HAVE TO LIVE THIS WAY FOR THE REST OF MY LIFE... I DO'NT THINK SO.............
SO.........I'M AM DOING EVERYTHING POSSIBLE TO HAVE MY HEALTH BACK TO THE WAY IT
WAS...

THATS IT...

MICHAEL FOX
```



Exhibit 47A

**MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat**    Sign Out    Web Search:    Go

  **Hotmail**    Today | Mail | Calendar | Contacts

lfox449@hotmail.com

Reply | Reply All | Forward | X Delete | Put in Folder ▾ | Print View | Save Address

| From : | michael fox <lfox449@hotmail.com> | | | | ◇ | ◇ | X | Inbox |
|---|---|---|---|---|---|---|---|---|
| Sent : | Sunday, November 12, 2006 11:59 PM |
| To : | TSCOLARI@AMICA.com |
| Subject : | RE: FW: Amica |

MS. SCOLARI

I NEVER HEARD A RESPONSE FROM THE LAST EMAIL, I SENT, SO I AM SENDING IT AGAIN...

IF YOU SCROLL DOWN FROM THIS EMAIL, YOU WILL READ THE EMAIL I SENT ON THURS. NOVEMBER 12 2006

IF YOU WOULD PLEASE, SEND ME A EMAIL CONFIRMINIG THAT YOU RECIEVED IT....

AS I HAVE STATED, I'M TIRED OF THE LIES AND NONSENSE... AND I DO'NT WHAT TO HEAR THAT YOU NEVER GOT THE EMAIL...

SO I AM SENDING IT AGAIN, ASKING YOU TO CONFIRM THAT YOU RECIEVED IT....

MICHAEL FOX



*Exhibit 48A*

lfox449@hotmail.com

Reply | Reply All | Forward | X Delete | Junk | Put in Folder ▾ | Print View | Save Address

| | |
|---|---|
| From : | SCOLARI, TERRI L. <TSCOLARI@AMICA.com> |
| Sent : | Monday, November 13, 2006 10:08 AM |
| To : | "michael fox" <lfox449@hotmail.com> |
| Subject : | RE: FW: Amica |

⇦ | ▽ | X | Inbox

Mr. Fox:

I sent you two emails - one on 11/7 and again on 11/9.  I am sending
them again, but the meeting I proposed was for today.  I received no
notification that the emails were  "undelivered"

Terri  Scolari

*Exhibit 49A*

```
** STARBUCKS COFFEE COMPANY **

BROADWAY & KETTNE        #05797
SAN DIEGO      CA92101
  1 VT LTMOC FRAPP        4.00
SUBTOTAL                  4.00
TOTAL                     4.00
MASTERCARD                4.00
    CARD#: XXXXXXXXXXXX3548
CHANGE DUE                0.00

05797 02B2 701583  001199492E
11/13/06                 13:11
   Love What You Do.
  Talk to a store manager
about working at Starbucks or
 visit Starbucks.com/careers.
```

*Exhibit 49 B*

**MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat**      Sign Out    Web Search:      Go

  **Hotmail**      Today | Mail | Calendar | Contacts

lfox449@hotmail.com

Reply | Reply All | Forward | X Delete | Put in Folder ▼ | Print View | Save Address

| | | |
|---|---|---|
| From : | michael fox <lfox449@hotmail.com> | ⇦ \| ▽ \| X \| Inbox |
| Sent : | Monday, November 13, 2006 8:20 PM | |
| To : | TSCOLARI@AMICA.com | |
| Subject : | RE: FW: Amica | |

MS. SCOLARI...

I WAS THERE AT 1 PM TODAY......MONDAY  NOV. 13 2006 AT 1PM/PST.....JUST IN CASE YOU
DECIDED TO SHOW UP....

AND I SEE THE SICO SICK GOVERMENT /POLICE WHERE THERE ALSO...
I ALMOST WONDER IF YOU WHERE THERE... BUT NEVER SAID A THING....I TOLD YOU WHAT I WOULD
BE WEARING, AND WHAT I LOOKED LIKE....YOU NEVER STATED A THING ABOUT YOURSELF...

I GUESS THE GAMES AND NONSENSE WILL NEVER END....WHEN EVER YOU DEAL WITH THE INSURANCE
COMPANYS, AND THE POLICE /GOVERMENT BEHIND THEM......WHAT A FRIGGIN JOKE...

YOU NEVER RESPONDED TO THE EMAIL I LEFT ON THURSDAY NOV 9 2006 AT 10:28 PM/EASTERN
STANDARD TIME...

SO SINCE I NEVER HEARD A THING FROM YOU, I RESENT THE EMAIL, SUNDAY NIGHT NOV 12 2006
AT 11:59 PM/EASTERN STANDARD TIME.....

SO YOU MUST HAVE GOTTEN THEM....
AND AS I  ORINGINALY THOUGHT, YOU WOULD SAY YOU NEVER RECIEVED THEM....

AS I SAID,,, I'M TIRED OF THE NONSENSE AND THE LIES...

YOU AND YOUR POLICE /GOVERMENT MAKE DAMM SURE I AM NEVER ABLE TO RETAIN LEGAL
COUNSEL.......I  HAVE ALL INTENT TO FILE A COMPLAINT AGAINST YOU, AND YOUR AMICA
INSURANCE COMPANY, AND MY OWN INSURANCE COMPANY........AND THAT MAN AND WOMEN THAT
CAUSED THIS STAGED ACCIDENT...ALONG WITH THE GALVESTON POLICE.....

IF I CAN, I WOULD LOVE TO HAVE YOU ALL  CHARGED WITH TERRORISM, AND EVERY  ONE OF THERE
TEAM PLAYERS PUT IN A JAIL CELL FOR THE REST OF YOUR NATURAL LIVES..
RIGHT WHERE YOU ALL BELONG......
HOW MANY OTHER PEOPLE HAVE TO SUFFER BECAUSE OF YOUR INTENT TO CAUSE HARM, WILLFULY AND
MALISILY.....

DO'NT BOTHER TRYING TO CONTACT ME AGAIN......

I'M DONE WITH IT...

MICHAEL FOX

*Exhibit 50A*

>From: "PARMELEE, RICHARD A. (Richard)" <RPARMELEE@AMICA.com>
>To: <lfox449@hotmail.com>
>Subject: Calim #L2700601489
>Date: Wed, 10 Jan 2007 12:54:58 -0500
>
>Date of loss: February 3, 2006
>
>Mr. Fox;
>
>I've been assigned to assist with this file. In furtherance of my
>investigation, I will need to meet with you for a statement. I will
also
>need copies of all medical reports. Please contact me as soon as
>possible.
>
>Thank you,
>

>Senior Investigator, Amica Mutual Insurance Company
>
>1 (800) 226-1679, ext. 32359
>
>
>
>
>----------------------------------------
>********************************************************
>This email and any files transmitted with it are confidential and
>intended solely for the use of the individual or entity to whom
>they are addressed.  If you have received this email in error
>please notify postmaster@amica.com and the sender of the message.
>Thank you.
>********************************************************
>

Get FREE Web site and company branded e-mail from Microsoft Office Live
http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/

Exhibit 51A

-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Wednesday, January 10, 2007 10:43 AM
To: PARMELEE, RICHARD A. (Richard)
Subject: RE: Calim #L2700601489

MR. RICHARD PARMELEE...

JUST RECIEVED YOUR EMAIL

AS FAR AS I AM CONCERN. I AM DONE DEALING WITH THE NONSENSE. AND THE
SICK PEOPLE THAT ARE INVESTIGATING ME....

BECAUSE OF THE BREAK DOWN WITH AMICA INSURANCE SENIOR AJUSTERS AND THERE
INTIMADATION TACTICS AND FURTHER THERE NONSENSE AND LIES....INCLUDING
AGAIN THE PEOPLE THAT ARE INVESTAGATING ME....

I AM CURRENTLY CONSULTING LEGAL RERESENTATION..

NO NEED TO CONTACT ME AGAIN....

THANK YOU
MICHAEL FOX



From :      PARMELEE, RICHARD A. (Richard) <RPARMELEE@AMICA.com>
Sent :      Wednesday, January 10, 2007 1:49 PM
To :        "michael fox" <lfox449@hotmail.com>
CC :        "ZERBA, JAMES M. (Jim)" <JZERBA@Amica.com>
Subject :   RE: Calim #L2700601489

Mr. Fox: Thank you for responding to my email. When you have retained
legal counsel, please have your attorney send us a Letter of
Representation and a signed Letter of Designation.
Please feel free to contact me with any questions you might have. Please
be advised I can not communicate with you once you have an attorney.
Thank you,
Richard Parmelee

Exhibit 53A

RETAIN THIS COPY FOR YOUR RECORDS

**FedEx** Express US Airbill

Tracking Number 8592 1874 4845

1 From
Date: 1-10-07
Sender's Name: Michael Fox
Company: Noon
Address: General Delivery
City: San Diego   State: CA   ZIP: 92138
Email: Tfox499@gmail.com

2 Your Internal Billing Reference

3 To
Recipient's Name: Whitehurst, Harkness, ozman @ Brazil
Company: Law Firm Whitehurst Harkness ozman Brazil
Address: 1122 Colorado (29th Floor)
City: Austin Texas   State: Texas   ZIP: 78701

4a Express Package Service
— FedEx Priority Overnight
— FedEx Standard Overnight
☑ FedEx 2Day

4b Express Freight Service

5 Packaging
FedEx Envelope

Packages up to 150 lbs.
Packages over 150 lbs.

520

6 Special Handling

7 Payment
Sender / Recipient / Third Party / Credit Card / Cash/Check

8 NEW Residential Delivery Signature Options
No Signature Required / Direct Signature / Indirect Signature

Store your addresses at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

0200



Exhibit S R

US Home

Información Center | Customer Support | Site Map

Español

Search     Go!

**FedEx.**

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

🖨 Printable Version     ？ Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 859218744845 | **Delivered to** | Receptionist/Front Desk | **Wrong Address?** |
| **Signed for by** | J.COLE | **Service type** | FedEx 2Day Service | Reduce future mistakes by using |
| **Ship date** | Jan 10, 2007 | **Weight** | 2.0 lbs. | FedEx Address Checker. |
| **Delivery date** | Jan 12, 2007 10:14 AM | | | |
| | | | | **Tracking a FedEx SmartPost** |
| **Status** | Delivered | | | **Shipment?** |
| | | | | Go to shipper login |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 12, 2007 | 10:14 AM | Delivered | | |
| | 7:35 AM | On FedEx vehicle for delivery | AUSTIN, TX | |
| | 6:43 AM | At local FedEx facility | AUSTIN, TX | |
| Jan 11, 2007 | 6:13 PM | At dest sort facility | AUSTIN, TX | |
| | 3:27 PM | Departed FedEx location | MEMPHIS, TN | |
| | 12:11 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Jan 10, 2007 | 9:27 PM | At local FedEx facility | SAN DIEGO, CA | |
| | 6:50 PM | Left origin | SAN DIEGO, CA | |
| | 1:27 PM | Picked up | SAN DIEGO, CA | |

**Take 15% off**
list rates on eligible
FedEx Express®
online shipments.

Learn more >>

Signature proof     E-mail results     Track more shipments

Subscribe to tracking updates (optional)

**Your Name:** [          ]     **Your E-mail Address:** [          ]

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| [          ] | English | | | ☐ |
| [          ] | English | | | ☐ |
| [          ] | English | | | ☐ |
| [          ] | English | | | ☐ |

**Select format:**     HTML     Text     Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
   Conditions                                           Submit

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx

Exhibit S8C



# Whitehurst, Harkness,
### EXPERIENCED TRIAL LAWYERS
## Ozmun & Brees, PC

WILLIAM O. WHITEHURST, JR.*
THOMAS R. HARKNESS*
SCOTT OZMUN*+
EUGENE W. (CHIP) BREES, II+
CYNTHIA K. STEWART
SALLY STARNES METCALFE
MICHELLE M. CHENG
SYLVIA H. IMHOFF
JEFF EDWARDS

BOARD CERTIFIED-PERSONAL INJURY TRIAL LAW*
BOARD CERTIFIED - CIVIL APPELLATE LAW+
TEXAS BOARD OF LEGAL SPECIALIZATION

MAILING ADDRESS:
P.O. BOX 1802
AUSTIN, TEXAS 78767

STREET ADDRESS:
1122 COLORADO STREET, 24TH FLOOR
AUSTIN, TEXAS 78701

TELEPHONE:    (512) 476-4346
TELEFAX:      (512) 476-4400
WEBSITE:      www.whoblaw.com

January 12, 2007

**Via Regular and CMRRR**
Michael T. Fox
General Delivery
San Diego, CA  92138

    Re:    Your potential case

Dear Mr. Fox:

    Thank you for contacting us concerning your potential claim.

    We will not be able to represent you.

              Sincerely yours,

              Eugene W. (Chip) Brees

EWB/mw
Enclosure

Exhibit 53D

# The Man Who Dick Cheney Shot

By MIKE ALLEN/WASHINGTON                    Monday. Feb. 13. 2006



Attorney Harry
Whittington
Austin, Tex

KELLY WEST
STATESMAN

Accidentally shooting a lawyer is never a good idea, especially one who's known for being something of a pistol himself. But Harry M. Whittington, the irascible, 78-year-old attorney from Austin who wound up on the wrong end of the Vice President's quail-hunting gun on Saturday, is a longtime supporter of President Bush and longtime friends with White House deputy chief of staff Karl Rove, with whom he helped build the once-moribund Texas Republican Party into today's powerhouse. And he is said by friends to be taking his wounds with good humor.

Email

Reprints

Whittington, a wealthy real-estate investor, is well-known in the Texas capital for a six-year dispute with the city over a downtown block owned by his family that was taken by the city for use as a parking garage. Just two weeks ago, he won his third legal victory in the case, a ruling from the Texas Supreme Court.

A Mr. Fix-It who has taken over troubled state agencies for several governors, including George W. Bush, he is often the first to arrive — by 5:30 or 6 a.m. — in the workout room of the West

Exhibit 53 E

Austin club he helped found. After getting both his undergraduate and law degree from University of Texas, Whittington eventually became very active in Texas Republican circles, serving once as the only Republican on the board of the Texas Department of Corrections, now the Texas Board of Criminal Justice, and also doing a stint as chairman of the Texas Public Finance Authority Board. "He's very tough," James R. Huffines, chairman of the Board of Regents of the University of Texas System, and a 25-year friend of Whittington, told TIME. "He's a real tenacious competitor in everything he does. I hate to use this pun, but he really is a straight shooter in all sense of the word, with a real sense of right and wrong for the taxpayers."

The White House did not announce the incident, but confirmed it when the Corpus Christi Caller-Times asked about it more than 12 hours after the 5:30 p.m. Saturday incident. White House Press Secretary Scott McClellan was peppered Monday with questions about that decision. "The very first priority was making sure that Mr. Whittington was getting the medical care he needed," McClellan said. "Secondary to that is gathering the facts so you can provide that information to the public. Those facts were coming back to us throughout the evening and into the morning."

Whittington was listed in stable condition. "He seems in good spirits. He's talking and conversing," said Yvonne Wheeler, a spokeswoman for Christus Spohn Hospital Corpus Christi-Memorial. "His condition is really looking good. They're just taking every precautionary measure. Recovery looks very positive." Added Peter Banko, the hospital's administrator, "He is a true gentleman... I hate to say sweetheart because it makes me sound like a female, but he is wonderful to be around. He is joking with the staff." Whittington was expected to be taken out of intensive care Monday afternoon and moved to a trauma step-down unit in preparation for discharge.

For his part, Cheney visited Whittington in the intensive care unit of the hospital on Sunday night and said through an aide afterward, "I was pleased to see that Harry's doing well. He's in good spirits." The Vice President flew down to Texas on Friday after working at the White House, his office said. He remained there Sunday but did not hunt, his office said, before flying back to Washington on Sunday night. He joined Bush on Monday afternoon during an Oval Office meeting with United Nations Secretary General Kofi Annan, but left before reporters were allowed in for questions; Bush ignored any questions shouted his way about the incident. White House aides can be expected to say that the Vice President did not shoot Whittington, which suggests a bullet, but rather sprayed him with birdshot, a type of ammunition made up of tiny pieces of lead or steel.

It was Whittington who Bush turned to, as Texas governor in 1999, to take over the Texas Funeral Service Commission after the regulatory agency's executive director alleged that she had

Exhibit 53 F

Case 3:07-cv-02388-DMS-POR    Document 1-2    Filed 12/20/2007    Page 49 of 60

been fired for investigating a company headed by a financial supporter of the governor. Whittington assured the Dallas Morning News at the time that he would keep politics out of the board's work. "There is no Republican or Democratic way to bury anybody," he said. Presiding over his first meeting, Whittington said, "If any agency needs divine guidance, it's this one." The state settled a lawsuit by the former executive director in 2001, and Whittington's term as head ends next year.

Whittington, who donated $1,000 to Bush's first presidential campaign and $2,000 to his reelection, is married to Merce Whittington, who also has been active in Republican politics; they have several children, including two daughters who still live in Austin. In a profile of Whittington last year, the Austin American-Statesman described him as being old-fashioned enough that he did not have a computer or bill by the hour. Luckily for Dick Cheney, that seems to extend to his being able to laugh off being accidentally shot at by the Vice President. For a lawyer, even a Republican, that's no easy feat.

*With reporting by Hilary Hylton/Austin*

Sphere It!    |    Digg it    |    Newsvine    |    Del.icio.us    |    Facebook    |    Add RSS Feed

**RELATED LINKS**

Cheney the Sportsman: **How Did Dick Cheney Break the No.1 Rule of Hunting?**

Cheap Shot: **Is Cheney's Mishap a Laughing Matter?**

Exhibit 5-36

2/3/2007

Blogger™   BlogThis!

SEARCH ALL BLOGS   SEARCH THIS BLOG   GET YOUR OWN BLOG   ⚑ FLAG?   NEXT BLOG»

# HARRY WHITTINGTON'S BLOG

**FRIDAY, FEBRUARY 17, 2006**

## I am deeply sorry

that I chickened out today. I wanted to stand up to Dick, I really
did. But Dick said if I didn't apologize for all the trouble I had
gotten him into by being shot, he was going to take me on another
hunting trip.

At least I know who my true friends are now.

Thanks Mel, Robot, Douglas, Neil, Patricia, Wonkette and everyone
else who wished me well along the way.

POSTED BY HARRY WHITTINGTON AT 12:07 PM    32 COMMENTS

**THURSDAY, FEBRUARY 16, 2006**

## Josh, I know exactly how it feels.

**Man Shot In Accident After Laughing At Cheney**

(AP) LAFAYETTE, Colo. Hours after laughing about Vice
President Dick Cheney's hunting mishap, Josh Kayser was
himself shot by a friend during a hunting expedition.

"I read that thing about the vice president and said to myself
'how can you shoot your friend with your gun?' And look what
happened," he said Tuesday.

Had you also been discussing the Valerie Plame leak with your
friend, Josh?

POSTED BY HARRY WHITTINGTON AT 3:22 PM    11 COMMENTS

**ABOUT ME**



HARRY WHITTINGT
AUSTIN, TEXAS, U
STATES

I am an attorney.
the Chair of the S
Funeral Commission and I like
help raise money for my frien
the Republican Party. And I lo
hunt!

VIEW MY COMPLETE PROFILE

**LINKS**

Texas GOP

GOP

Texas Funeral Service Commission

Philbert Suggs

**PREVIOUS POSTS**

I am deeply sorry

Josh, I know exactly how it feels.

Gaylord, the feeling is mutual

Any doctors out there?

Have you ever been in a situation

One of the worst days of *your* life?

I've been thinking about things these
last couple of days

What the hell happened?

**ARCHIVES**

February 2006

## Gaylord, the feeling is mutual





"He's classy and charming and an outdoorsman -- the logical choice," said Gaylord Armstrong, an Austin lobbyist who has known Whittington for decades. "A gracious guy -- and handsome."

POSTED BY HARRY WHITTINGTON AT 7:55 AM    8 COMMENTS

## Any doctors out there?

I heard there was some woman overseas who got a face transplant. Anybody know how that works? After Dick shot his wad of pellets in my face, I feel dirty.

POSTED BY HARRY WHITTINGTON AT 6:23 AM    4 COMMENTS

WEDNESDAY, FEBRUARY 15, 2006

## Have you ever been in a situation

where somebody you thought was your friend did something that hurt you very much, and then they tried to blame it on you? And then that person waited 18 hours to report it to the media, and that person's colleagues tried to make a joke out of it, until you had a heart attack? Just wondering.

POSTED BY HARRY WHITTINGTON AT 4:00 PM    25 COMMENTS

*Exhibit 53-I*

## One of the worst days of *your* life?

I can relate to that, Dick. But when we were hunting togetether, you said that the day that Libby told Fitzgerald that you had authorized him to leak classified information about Valerie Plame was one of the worst days of your life. Maybe they were both worst days.

One other thing:

> When asked if their patient would be tuning in to the vice president's first on-air interview about the shooting, Banko said, "There is no television in his room at this point in time."

When I found out you were going to be on the TV, I had it removed.

And please STOP SENDING ME PRESS RELEASES IN THE THIRD PERSON.

POSTED BY HARRY WHITTINGTON AT 2:17 PM    8 COMMENTS

## I've been thinking about things these last couple of days

If had to do it all over again, I don't know if I would have been such a big fundraiser for Republicans. In fact, I might have raised some money for the Democrats. Am I better off now than I was under Clinton? I'd have to say the answer is no.

POSTED BY HARRY WHITTINGTON AT 9:18 AM    10 COMMENTS

**TUESDAY, FEBRUARY 14, 2006**

## What the hell happened?

How did I end up in this hospital? Last thing I recall, Dick and I were knocking back the Wild Turkey, hunting, and having a nice conversation. Now I am here. On the bright side, I guess my connections on the Texas State Funeral Commission might finally

>From: "michael fox" <lfox449@hotmail.com>
>To: SCHAPA@AMICA.COM
>Subject: -----------DOCTORS I AM SEEING----------
>Date: Wed, 17 Jan 2007 18:36:52 -0500
>
>HELLO SHEREON CHAPA
>
>MICHAEL FOX HERE---SORRY I DO'NT HAVE THE CLAIM NUMBER..
>
>BUT ITS REGARDING THE CAR WRECK ON FEB 4 2006 THAT YOUR INSURED
DESTROYED
>MY VEHICAL---INCLUDING MY HEALTH....HER LAST NAME IS PATSON....
>
>I NEED YOU TO APPROVE A DOCTORS APPOINTMENTS...
>THEY WILL NOT SEE ME UNTIL THEY ARE CONTACTED BY YOU, FOR YOUR
>APPROVEL.....
>
>OR SEND ME AN APPROVEL OVER THE EMAIL, AND I'LL COPY IT OFF THE
>COMPUTER.....
>
>----THE DOCTOR IS ----
>----DR. URLAUB
>----6719 ALVARADO ----SUITE 303
>----SAN DIEGO CA. 92120
>----619 287-6003
>
>I AM ALSO SEEING TWO OTHER DOCTORS REGARDING THIS ACCIDENT..
>AND WILL BE UNTIL JUNE OF THIS YEAR
>
>YESTERDAY AND TODAY I WENT TO A PAIN MANAGMENT TYPE DOCTOR...REGARDING
THIS
>INJURY CLAIM".
>I WILL BE SEEING THIS DOCTOR 3 TIMES A WEEK FOR THE FIRST TWO WEEKS,
AND
>THEN WILL BE RE-EVALUATED....THIS MAN WILL BE LEANING MY INSURANCE
CLAIM
>
>IF THERE ARE ANY PROBLEMS, PLEASE CONTACT ME....
>AGAIN, I CAN ONLY BE REACHED THROUGH EMAIL.....
>
>THANK YOU
>MICHAEL FOX
>
>_____
>Invite your Hotmail contacts to join your friends list with Windows
Live
>Spaces
>http://clk.atdmt.com/MSN/go/msnnkwsp0070000001msn/direct/01/?href=http:
//spaces.live.com/spacesapi.aspx?wx_action=create&wx_url=/friends.aspx&m

kt=en-us
>

_____
FREE online classifieds from Windows Live Expo - buy and sell with
people
you know
http://clk.atdmt.com/MSN/go/msnnkwex0010000001msn/direct/01/?href=http:/
/expo.live.com?s_cid=Hotmail_tagline_12/06


-------------------------------------------
*********************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed.  If you have received this email in error
please notify postmaster@amica.com and the sender of the message.
Thank you.
*********************************************************

_____
Search for grocery stores. Find gratitude. Turn a simple search into something
more. http://click4thecause.live.com/search/charity/default.aspx?source=hmemtagline_gratitude&FORM=WLMTAG

EXhibit54A

```
-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Thursday, January 18, 2007 12:08 PM
To: CHAPA, SHERON A.
Subject: RE: -----------DOCTORS I AM SEEING----------

HELLO SHERON CHAPA

MICHAEL FOX AGAIN

SENT YOU AN EMAIL YESTERDAY, IF YOU SCROLL DOWN YOU WILL SEE IT..

JUST SENDING THIS EMAIL TO FURTHER MOVE THIS ALONG..

AS I SAID... YOU NEED TO READ THE EMAIL BELOW FOR MY REQUEST..

PLEASE DO THIS AS SOON AS YOU CAN...

THANK YOU
MICHAEL FOX
```

*Exhibit 55A*

From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
To: "michael fox" <lfox449@hotmail.com>
Subject: RE: ----------DOCTORS I AM SEEING----------
Date: Thu, 18 Jan 2007 13:16:32 -0500

Michael,

We are unable to authorize doctor's visits or direct your treatment in
any form or fashion.  You will need to pursue the treatment you and your

doctor's feel is necessary and when you are ready to settle the claim,
we will review all of the medical records and bills to determine if your

treatment was reasonable and necessary based on the accident and the
injuries claimed.

Along the lines that we are unable to authorize treatment, we are unable

to pay any treatment bills as they are incurred.  No payments will be
made until the time that a final release is signed by you and a lump sum

settlement payment is made.

Please send me a list with the names, addresses and phone numbers of all

doctors or facilities you have been to with regards to the accident so I

can document the file.  Which doctor will you be seeing until June and
can you tell me how he arrived at that time frame?


Thanks,

Sheron Chapa, AIC
Senior Adjuster
Amica Mutual Insurance
2207 Plaza Drive, Suite 400
Sugar Land, TX  77479
(888) 887-9310 x65119
Fax (888) 818-2887
schapa@amica.com

*Exhibit 56A*

From :     michael fox <lfox449@hotmail.com>

Sent :     Thursday, January 18, 2007 1:27 PM

To :       SCHAPA@AMICA.COM

Subject :  RE: ----------DOCTORS I AM SEEING----------

HELLO SHERO CHAPA

YOU WANT TO KNOW HOW I ARRIVED AT THAT TIME FRAME OF SEEING 2 DOCTORS UNTIL JUNE
OF THIS YEAR...

THE REASON BEING I AM LEAVING THE SAN DIEGO AREA..

BUT---- I WILL BE GOING TO OTHER DOCTORS TO WHERE I AM HEADING, AND THEY WILL BE
LEANING MY CLAIM FOR MEDICAL PAYMENT THROUGH AMICA INSURANCE....

THIS IS UTTERLY A DISPICKABLE SITUATION I AM IN...AMICA INSURANCE WILL NOT PAY
ANY DOCTORS UNTIL I SETTLE WITH THE INSURANCE COMPANY....

I DID NOT CAUSE THIS ACCIDENT, AND DOCTORS HAVE TO WAIT TO GET PAID BECAUSE YOU
WO'NT PAY THEM UNTIL SETTLEMENT...THE NONSENSE JUST CONTINUES...

I WILL SEE IF THIS DOCTOR WILL SEE ME WITH THE KNOWLEDGE OF THEM HAVING TO  LIEN
THE INSURANCE COMPANY CLAIM.....FOR MYSELF

THANK YOU
MICHAEL FOX

*Exhibit 57A*

**TEXAS PEACE OFFICER'S CRASH REPORT  CRB-3** (Rev. 01/06) Submission of Crash Records: This report may be submitted via the CRIS Web Portal, electronically submitted via XML, or mailed to the TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0350. Please see the DPS Instructions to Police for more details regarding these submission methods or look on the CRIS Website at http://www.txdps.state.tx.us/crisproject/index.htm

☐ FATAL  ☐ CMV INVOLVED  ☐ SCHOOL BUS RELATED  ☒ RAILROAD RELATED  ☐ MEDICAL ADVISORY BOARD  ☐ HIT AND RUN  ☐ AMENDMENT/ SUPPLEMENT

| PLACE WHERE CRASH OCCURRED | | |
|---|---|---|
| COUNTY Galveston | CITY OR TOWN Galveston | LOC # 2006-4993 |
| IF CRASH WAS OUTSIDE CITY LIMITS INDICATE FROM NEAREST TOWN N/A MILES N☐S☐E☐W☐ of N/A | | ORI # ___ |
| | | DPS # ___ |

ROAD ON WHICH CRASH OCCURRED  8700. BLOCK NUMBER  Seawall STREET OR ROAD NAME  Boulevard ROUTE NUMBER OR STREET CODE

CONSTRUCTION ZONE ☐YES ☒NO   WORKERS PRESENT ☐YES ☒NO   SPEED LIMIT 45

INTERSECTING STREET OR RR X'ING NUMBER BLOCK NUMBER  STREET OR ROAD NAME ☒FT. ☐☐☐☐ N S E W  ROUTE NUMBER OR STREET CODE of 61st Street

CONSTRUCTION ZONE ☐YES ☐NO   WORKERS PRESENT ☐YES ☐NO   SPEED LIMIT

NOT AT INTERSECTION 250 ☐MI. N S E W   MILEPOST  LATITUDE ___  LONGITUDE ___

DATE OF CRASH  February  4th  2006  DAY OF WEEK Saturday  HOUR 0000 Midnight  ☒AM ☐PM  IF EXACTLY NOON OR MIDNIGHT, SO STATE

| UNIT # 1 | 1-MOTOR VEHICLE  4-PEDESTRIAN  7-NON-CONTACT  2-TRAIN  5-MOTORIZED CONVEYANCE  8-OTHER  3-PEDALCYCLIST  6-TOWED | VIN# 3C8FY78G14T266938 | ALTERED VEHICLE HEIGHT ☐YES ☒NO |
|---|---|---|---|

YEAR MODEL 2004  COLOR & MAKE Blue/Chrysler  MODEL NAME GT Turbo  BODY STYLE 4-Door  LICENSE PLATE 06 TX K95-NJM

DRIVER'S NAME Patson  Paula  Pakenham LAST FIRST MIDDLE  311 Kickerillo Dr Houston TX 77079 ADDRESS (STREET, CITY, STATE, ZIP)  PHONE NUMBER 281 870 1964

DRIVER'S LICENSE TX  09667937  CLASS/TYPE C  ENDORSEMENTS None  RESTRICTIONS A  DATE OF BIRTH 07.23.52  LICENSE STATUS 1 [1-VALID 2-NOT VALID 3-SUSPENDED/REVOKED 4-CANCELLED/DENIED 5-EXPIRED 6-UNKNOWN]

DRIVER'S ETHNICITY 1 [1-WHITE 2-HISPANIC 3-BLACK 4-ASIAN 5-OTHER]  DRIVER'S SEX ☐MALE ☒FEMALE  DRIVER'S OCCUPATION Channel Territory Manager  POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE

TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED  4 TEST RESULTS  TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED  3 TEST RESULTS N/A  DRUG CATEGORY ___

LESSEE ☐  OWNER ☒ Same NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER)  ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☒YES ☐NO ☐EXP NAME American Mutual Ins Co  96 0842-24HK POLICY COMPANY NAME  VEHICLE DAMAGE RATING FD-5

| UNIT # 2 | 1-MOTOR VEHICLE  4-PEDESTRIAN  7-NON-CONTACT  2-TRAIN  5-MOTORIZED CONVEYANCE  8-OTHER  3-PEDALCYCLIST  6-TOWED | VIN# 1FMZU62E91ZA72430 | ALTERED VEHICLE HEIGHT ☐YES ☒NO |
|---|---|---|---|

YEAR MODEL 2001  COLOR & MAKE Purple/Ford  MODEL NAME Explorer  BODY STYLE SUV  LICENSE PLATE 06 TX N77V6W

DRIVER'S NAME Legally Parked LAST FIRST MIDDLE  ADDRESS (STREET, CITY, STATE, ZIP)  PHONE NUMBER ___

DRIVER'S LICENSE N/A  STATE NUMBER  CLASS/TYPE  ENDORSEMENTS  RESTRICTIONS  DATE OF BIRTH  LICENSE STATUS 6 [1-VALID 2-NOT VALID 3-SUSPENDED/REVOKED 4-CANCELLED/DENIED 5-EXPIRED 6-UNKNOWN]

DRIVER'S ETHNICITY 5 [1-WHITE 2-HISPANIC 3-BLACK 4-ASIAN 5-OTHER]  DRIVER'S SEX ☐MALE ☐FEMALE  DRIVER'S OCCUPATION N/A  POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE

TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED  4 TEST RESULTS  TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED  3 TEST RESULTS  DRUG CATEGORY ___

LESSEE ☐  OWNER ☒ Ramirez, Elmelda NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER)  2316 29th Ave N Texas City Tx 77590 ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☐YES ☐NO ☐EXP NAME Unknown POLICY COMPANY NAME  VEHICLE DAMAGE RATING RO-5/FD-3

DAMAGE TO PROPERTY OTHER THAN VEHICLES None OBJECT  NAME AND ADDRESS OF OWNER  FEET FROM CURB  $ ___  DAMAGE ESTIMATE

IN YOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? ☒YES ☐NO

CHARGES FILED. NAME Patson, Paula Pakenham  CHARGE Failed to Maintain Single Marked Lane  CITATION M 089450 A

NAME Patson, Paula Pakenham  CHARGE Failed to Control Speed  CITATION M 089450 B

TIME NOTIFIED OF CRASH 2.4.06  0010 HOUR  HOW Dispatched  TIME ARRIVED AT SCENE 2.4.06  0011 HOUR  DATE OF REPORT 02.04.06

TYPED OR PRINTED NAME OF INVESTIGATOR S. Brewer  ID# 378  AGENCY Galveston P.D.  DIST/AREA C  REPORT COMPLETE ☒YES ☐NO

Exhibit 58A

## SEAT POSITION
1-FRONT LEFT 7-THIRD SEAT LEFT
2-FRONT CENTER 8-THIRD SEAT CENTER
3-FRONT RIGHT 9-THIRD SEAT RIGHT
4-SECOND SEAT LEFT 10-CARGO AREA
5-SECOND SEAT CENTER 11-OUTSIDE VEHICLE
6-SECOND SEAT RIGHT 12-UNKNOWN

**SOLICITATION** INDICATES A PERSON'S DESIRE TO RECEIVE CONTACT FROM PERSONS SEEKING PROFESSIONAL EMPLOYMENT AS/FOR ATTORNEY, CHIROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULATORY AGENCY (Y=SOLICIT, N=NO SOLICIT).

**EJECTED**
1-NO
2-YES
3-YES, PARTIAL
4-NOT APPLICABLE
5-UNKNOWN

**RESTRAINT USED**
1-SHOULDER & LAP BELT
2-SHOULDER BELT ONLY
3-LAP BELT ONLY
4-CHILD SEAT, FACING FORWARD
5-CHILD SEAT, FACING REAR
6-CHILD SEAT, DIRE.

**AIRBAG**
1-NOT APPLICABLE
2-NOT DEPLOYED
3-DEPLOYED, FRONT
4-DEPLOYED, SIDE
5-DEPLOYED, OTHER
6-UNKNOWN
7-BOOSTER SEAT
8-NONE
9-OTHER
10-UNKNOWN

**HELMET USE**
1-WORN, DAMAGED
2-WORN, NOT DAMAGED
3-WORN, UNK. DAMAGE
4-NOT WORN
5-UNKNOWN IF WORN

**INJURY SEVERITY**
K-KILLED
A-INCAPACITATING INJURY
B-NON INCAPACITATING INJURY
C-POSSIBLE INJURY
N-NOT INJURED
U-UNKNOWN

---

**UNIT 1** — TOWED DUE TO DISABLING DAMAGE ☐ YES ☑ NO  VEHICLE REMOVED TO **5907 Ave J**  BY **Tony Bros Permit 4**

| ITEM# | SEAT POSITION | (NAMES, ETC.) ADDRESS | SOL. | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Potson, Poola Polenham   311 Kider 116 Dr. Houston TX 77009 | N | 1 | 2 | 3 | 4 | 53 | F | N |

**UNIT 2** — TOWED DUE TO DISABLING DAMAGE ☑ YES ☐ NO  VEHICLE REMOVED TO **5100 Post office**  BY **AAAA  Permit #5**

| ITEM# | SEAT POSITION | ADDRESS | SOL. | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 | Legally Parked | | | | | | | | |

**DISPOSITION OF KILLED OR INJURED** / IF AMBULANCE USED, SHOW

**COMPLETE THIS SECTION IF PERSON KILLED**

**INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED**

Unit 1 was traveling Eastbound on Seawall blvd.
Units 2 and 3 were parked facing East.
Unit 1 drifted to the right striking Unit 2.
Unit 2 hit Unit 3. Driver of Unit 1 stated
that she took .25 mg of Xanax 45 minutes
prior to driving with little rest and no food.

**FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION**

| UNIT# | FACTORS/CONDITIONS CONTRIBUTING | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED | VEHICLE DEFECTS CONTRIBUTING | VEHICLE DEFECTS MAY HAVE CONTRIBUTED |
|---|---|---|---|---|
| 1 | 40 62 20 | 22 25 | | |

**DIAGRAM** 2


Seawall blvd    NOT TO SCALE    To 81st Street

TRAFFIC CONTROL: 1
PART OF THE ROADWAY: 4
TYPE OF ROAD SURFACE: 2
ROADWAY ALIGNMENT: 1
ROADWAY RELATION: 3
LIGHT CONDITION: 3
WEATHER: 1
SURFACE CONDITION: 1

Exhibit 58B

**TEXAS PEACE OFFICER'S CRASH REPORT  CRB-3 (Rev. 01/06)** Submission of Crash Records.  This report may be submitted via the CRIS Web Portal, electronically submitted via XML or mailed to the **TEXAS DEPARTMENT OF PUBLIC SAFETY,** PO BOX 4087, AUSTIN TX 78773-0350.  Please see the DPS instructions to Police for more details regarding these submission methods or look on the CRIS Website at http://www.txdps.state.tx.us/crisproject/index.htm

☐ FATAL  ☐ CMV INVOLVED  ☐ SCHOOL BUS RELATED  ☒ RAILROAD RELATED  ☐ MEDICAL ADVISORY BOARD  ☒ HIT AND RUN  ☒ AMENDMENT/ SUPPLEMENT

**PLACE WHERE CRASH OCCURRED**

LOC # 2006- 4993
ORI # _____
DPS # _____

COUNTY  Galveston    CITY OR TOWN  Galveston

IF CRASH WAS OUTSIDE CITY LIMITS INDICATE FROM NEAREST TOWN _____ MILES  ☐ N ☐ S ☐ E ☐ W OF _____

**ROAD ON WHICH CRASH OCCURRED**  8100  BLOCK NUMBER  Seawall  STREET OR ROAD NAME  Boulevard  ROUTE NUMBER OR STREET CODE

CONSTRUCTION ZONE ☐ YES ☒ NO  WORKERS PRESENT ☐ YES ☐ NO  SPEED LIMIT 45

**INTERSECTING STREET OR RR X'ING NUMBER** _____ BLOCK NUMBER  STREET OR ROAD NAME  ROUTE NUMBER OR STREET CODE

CONSTRUCTION ZONE ☐ YES ☐ NO  WORKERS PRESENT ☐ YES ☐ NO  SPEED LIMIT

NOT AT INTERSECTION  250  ☒ FT. ☐☐☐☒ ☐ MI. N S E W  OF  81st Street  SHOW NEAREST INTERSECTING STREET OR REFERENCE POINT

MILEPOST _____  LATITUDE _____  LONGITUDE _____

**DATE OF CRASH**  February  MONTH  4th  DATE  2006  YEAR  DAY OF WEEK  Saturday  HOUR  Midnight 0000  ☐ AM ☐ PM  IF EXACTLY NOON OR MIDNIGHT, SO STATE

UNIT # 3  1  1-MOTOR VEHICLE  4-PEDESTRIAN  7-NON-CONTACT  2-TRAIN  5-MOTORIZED CONVEYANCE  8-OTHER  3-PEDALCYCLIST  6-TOWED  VIN# 1P4GH44R6X6120288  ALTERED VEHICLE HEIGHT ☐ YES ☒ NO

YEAR MODEL 1995  COLOR & MAKE  Brown Plymouth  MODEL NAME Voyager  BODY STYLE  Mini Van  LICENSE PLATE 06  MI  STATE  1MP37 NUMBER

DRIVER'S NAME  Legally Parked  LAST  FIRST  MIDDLE  ADDRESS (STREET, CITY, STATE, ZIP)  PHONE NUMBER None

DRIVER'S LICENSE  N/A  STATE  NUMBER  CLASS/TYPE  ENDORSEMENTS  RESTRICTIONS  DATE OF BIRTH  LICENSE STATUS 1  1-VALID  2-NOT VALID  3-SUSPENDED/REVOKED  4-CANCELLED/DENIED  5-EXPIRED  6-UNKNOWN

DRIVER'S ETHNICITY  1-WHITE 4-ASIAN 2-HISPANIC 5-OTHER 3-BLACK  DRIVER'S SEX ☒ MALE ☐ FEMALE  DRIVER'S OCCUPATION Unemployed  POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE

TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED  ☐ TEST RESULTS _____  TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED  3 TEST RESULTS _____  DRUG CATEGORY _____

LESSEE/OWNER ☒  Fox Michael Thomas  NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER)  PO Box 111621 Naples Fl 34108  ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☒ YES ☐ NO ☐ EXP  The Ins Co of Pennsylvania  INSURANCE COMPANY NAME  277.70 59 01425  POLICY NUMBER  VEHICLE DAMAGE RATING RD-5

UNIT # _____  1-MOTOR VEHICLE  4-PEDESTRIAN  7-NON-CONTACT  2-TRAIN  5-MOTORIZED CONVEYANCE  8-OTHER  3-PEDALCYCLIST  6-TOWED  VIN# _____  ALTERED VEHICLE HEIGHT ☐ YES ☐ NO

YEAR MODEL _____  COLOR & MAKE _____  MODEL NAME _____  BODY STYLE _____  LICENSE PLATE _____ YEAR STATE NUMBER

DRIVER'S NAME _____  LAST  FIRST  MIDDLE  ADDRESS (STREET, CITY, STATE, ZIP)  PHONE NUMBER _____

DRIVER'S LICENSE _____  STATE  NUMBER  CLASS/TYPE  ENDORSEMENTS  RESTRICTIONS  DATE OF BIRTH  LICENSE STATUS  1-VALID  2-NOT VALID  3-SUSPENDED/REVOKED  4-CANCELLED/DENIED  5-EXPIRED  6-UNKNOWN

DRIVER'S ETHNICITY  1-WHITE 4-ASIAN 2-HISPANIC 5-OTHER 3-BLACK  DRIVER'S SEX ☐ MALE ☐ FEMALE  DRIVER'S OCCUPATION _____  POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE

TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED  ☐ TEST RESULTS _____  TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED  ☐ TEST RESULTS _____  DRUG CATEGORY _____

LESSEE/OWNER ☐  NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER)  ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☐ YES ☐ NO ☐ EXP  INSURANCE COMPANY NAME  POLICY NUMBER  VEHICLE DAMAGE RATING _____

**DAMAGE TO PROPERTY OTHER THAN VEHICLES**

OBJECT _____  NAME AND ADDRESS OF OWNER _____  FEET FROM CURB _____  DAMAGE ESTIMATE _____

IN YOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY?  ☐ YES ☐ NO

**CHARGES FILED**

NAME _____  CHARGE _____  CITATION# _____

NAME _____  CHARGE _____  CITATION# _____

TIME NOTIFIED OF CRASH 02-04-06  0010  HOW Dispatched  TIME ARRIVED AT SCENE 02-04-06  DATE  0011 HOUR  DATE OF REPORT 02-04-06

TYPED OR PRINTED NAME OF INVESTIGATOR  S. Biewer  ID# 398  AGENCY Galveston P.D.  DIST/AREA C  REPORT COMPLETE ☒ YES ☐ NO

Exhibit 58C

Exhibit 58D

| SEAT POSITION | SOLICITATION | EJECTED | RESTRAINT USED | AIRBAG | HELMET USE | INJURY SEVERITY |
|---|---|---|---|---|---|---|

**UNIT 3**

TOWED DUE TO DISABLING DAMAGE — ☑ YES ☐ NO — VEHICLE REMOVED TO **2317 67th**

BY **West End Permit 6**

| ITEM | SEAT POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS NAMES, POSITIONS, RESTRAINTS USED, ETC. (NAME (LAST, FIRST, MI)) | ADDRESS | SOL | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | Fox, Michael Thomas | PO Box 111 621 Naples, FL 34108 | N | 1 | 8 | 2 | 4 | 48 | M | N |

**UNIT** TOWED DUE TO DISABLING DAMAGE — ☐ YES ☐ NO — VEHICLE REMOVED TO _____ BY _____

DISPOSITION OF KILLED OR INJURED

COMPLETE THIS SECTION IF PERSON KILLED (If a person dies within 30 days of the crash, please complete this area and mail the supplement to the Crash Records Bureau)

INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH ADDITIONAL SHEETS IF NECESSARY)

Passenger in Unit 3 was asleep in the back of Minivan.

DIAGRAM

FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION

Exhibit 58 D