PLAINTIFF
MICHAEL T FOX
MAILING ADRESS
PO BOX 111621
NAPLES FLORDIA 34108

CURRENTLY LIVING IN INCLINE VILLAGE NEVEDA...

——————VS——————

DEFENDANTS LIST BELOW
ALL SERVED JOINTLY ANDS SEVERALY

AIG INSURANCE-
AIG INSURANCE AJUSTER-- SHANNON WILLIAMS
AIG INSURANCE AJUSTER DAVID WATERHOUSE

OMICA INSURANCE
OMICA INSURANCE AJUSTERS---- TERRY SCOLARI
SHERON CHAPA---EREKIA HUDGINS
RICHARD PARMELEE-----JAMES ZERBA

MRS. PAULA PATSON  AND HER HUSBAND MR. RONALD  PATSON

GALVISTON POLICE..

US MILITARY--US NAVY
CHORPUS CRISTI TEXAS
GALVISTON TEXAS

UNITED STATES DEPT OF DEFENSE
US ARMY
US MARINE CORP..
EVERY AND ANY US MILITARY RESERVE GROUP...

US MARSHALL SERVICE...

UNITED STATES DRUG ENFORCEMENT--(DEA)

TEXAS STATE POLICE

TAXAS FATURNITY ORDER OF POLICE

TEXAS FATURNITY ORDER OF COUNTY SHERRIFF DEPT

TEXAS FATURNITY OF STATE POLICE

INTERNAL REVENUE SERIVICE..(IRS)

TEXAS POLITICAL PARTY

MICHIGAN STATE  POLICE
FATURNITY ORDER OF COUNTY SHERIFF DEPT
FATURITY ORDER OF POLICE
FATURNITY ORDER OF CHIEF OF POLICE....
FATURNITY ORDER OF STATE POLICE...
INDEPENDENT HIRED SECURITY COMPANYS
INDEPENDENT HIRED INVESTIGATION COMPANYS

UNKNOWN OTHER POLICE AGENCY-SECURITY COMPANY AND PRIVATE INDIVIDULES..

Page 1

DICK CHENEY----VICE PRESIDENT OF THE UNITED STATES OF AMERICA..
ALBERTO GONZELES---UNITED STATES OF AMERICA-- ATTORNEY GENERAL..AND FORMER TEXAS ATTORNEY GENERAL

UNITED STATES BORDER PATROL

FEDERAL BUREAU OF INVESTIGATIONS--(FBI)

UNITED STATES NATIONAL SECURITY AGENCY---(NSA)

UNITED STATES CUSTOMS

UNITED STATES CAMBER OF COMMERCE...

HENDERSON POLICE DEPT. HENDERSON NEVEDA

ANY AND ALL OTHER INDIVUALS---FROM ANY STATE OR COUNTRY
ANY AND ALL OTHER STATE POLICE---FROM ANY STATE OR COUNTRY
ANY AND ALL OTHER COUNTY SHERRIFF DEPT---FROM ANY STATE OR COUNTRY
ANY AND ALL OTHER CITY OR TOWNSHIP POLICE---FROM ANY STATE OR COUNTRY
ANY AND ALL OTHER INDEPENDENT POLICE, SECURITY COMPANYS, PRIVATE INVESTIGATION COMPANYS FROM ANY STATE OR COUNTRY..
ANY AND ALL OTHER POLICE AGENCYS---STATE---FEDERAL---CITY FROM ANY STATE OR GOVERMENT AND GOVERMENT EMPLOYEE'S
THE ABOVE TO BE AMENDED TO THE COMPLAINT AS INVESTIGATION CONTINUES ON..

ANY AND ALL OTHER COUNTRIES FEDERAL STATE COUNTY AND CITY POLICE
ALONG WITH THERE SECURITY COMPANYS AND PRIVATE INVESTAGATION COMPANYS...

-----------------------------------COMPLAINT READS AS FOLLOWS-----------------------------------

THE PLAINTIFF MICHAEL FOX IS A SINGLE WHITE MALE, CURRENT AGE 48 YEARS OLD...TIME OF ACCIDENT 47 YEARS OLD

THAT PLANTIFF MICHAEL FOX CURRRENTLY  STAYING IN INCLINE VILLAGE NEVEDA AND ALSO STAYS IN THE THE SAN DIEGO CALIFORNIA AREA...

THAT THE PLAINTIFF MICHAEL FOX HAS A CURRENT MICHIGAN DRIVERS LICENSE....VALID THRIUGH DEC 26, 2010

THAT THE PLAINTIFF MICHAEL FOX CLAIMS NO STATE FOR RESIDENCE OR HAS NO PHYISICAL HOME...

THAT MICHAEL FOX THE PLAINTIFF USES A MAILING ADDRESS OF PO BOX 111621 FROM NAPLES FLORIDA 34108
THAT MICHAEL FOX THE PLAINTIFF-- AT  THIS CURRENT TIME, CONTINUES TO USE THIS ADDRESS FOR A STABLE MAILING ADDRESS....

THAT THE PLAINTIFF MICHAEL FOX LEFT THE STATE OF FLORIDA ON OCTOBER 22 2004..

THAT MICHAEL FOX HAS BEEN LIVING IN HIS VAN SINCE LEAVING FLORIDA ON OCTOBER 22 2004...

THAT THE PLAINTIFF MICHAEL FOX WAS INVOLVED IN A  STAGED  CAR WRECK, FEBUARY 4 2006, IN GALVISTON TEXAS...

THAT THE PLAINTIFF MICHAEL FOX, WAS LEGALLY PARKED AND SLEEPING IN THE PLAINTIFFS PLYMOUTH GRAND VOYAGER.............AT THE TIME OF THIS STAGED CAR WRECK AND PROPERTY DAMAGE CASE..

AT THE TIME OF THIS STAGED CAR ACCIDENT, MICHAEL FOX WEIGHT 220 TO 228 LBS...

SINCE THIS STAGED CAR WRECK... THE PLAINTIFF MICHAEL FOX HAS GAINED 50LBS...

Page 2

THAT PLANTIFF MICHAEL FOX HAS BEEN UNDER A FEDERAL—STATE—COUNTY—MILITARY AND SECURITY
COMPANY WATCH LIST AND MANY OTHER POLICE AGENCYS FOR WELL OVER 20 YEARS.....AND STILL IS
CURRENTLY...

THAT FROM THIS POINT IN THIS CMPLAINT.. THIS CASE WILL TAKE YOU BACK IN TIME, AND PARTCIALLY
EXPLAIN PAST GOVERMENT ABUSE.
THEN IT WILL LEAD BACK INTO THIS ORIGINAL COMPLAINT REGARDING THIS STAGED CAR ACCIDENT....

THAT MICHAEL FOX WHILE LIVING IN THE STATE OF MICHIGAN, AT THE PLAINTIFFS HOME OF 8875 TACKELS
CT WHITE LAKE MICHIGAN 48386.....HAD A MAN AND WOMAN FROM THE STATE OF TEXAS COME LIVE AT RITA
VAUGHS HOME, WHOM LIVED IN FRONT OF MICHAEL FOXES HOME ON TACKELS COURT IN WHITE LAKE
MICHIGAN..

THAT THIS MANS WHITE 4 DOOR TAHOE SUBURBAN HAD THE ENTIRE BACK WINDOWS COVERED BY EVERY
DIFFERENT KIND OF FATURNITY ORDER OF POLICE STICKERS ALL OVER THE REAR  WINDOW...

THAT THESE PEOPLE FROM TEXAS WHERE IN FACT FROM TEXAS, TO CONSPIRER WITH POLICE FORCES
FROM MICHIGAN AND OTHER STATES, TO ATTACK MICHAEL FOX THE PLAINTIFF...

THAT THIS RITA VAUGH AND JEFFERY SAFRON WHERE IN FACT A GOVERMENT TEAM PLAYER MOVED TO
WHERE MICHAEL FOX LIVED, TO SUROUND MICHAEL FOX WHERE HE HAS LIVED SINCE 1984...

THAT MICHAEL FOX HAS BEEN UTTERY TORMENTED, BY PEOPLE BREAKING INTO THE PLAINTIFF HOME..
PEOPLE STEALING MICHAEL FOXES BOAT,
STEALING THE SEATS OUT OF IT AND STEALING THE KEY TO START THIS BOAT..
SOMEONE DRAINING THE LOWER UNIT OIL OUT OF THE GEAR BOX, AND MICHAEL FOX THE PLAINTIFF
HAVING THE GEAR BOX SIEZE UP.. DO TO NO OIL IN GEAR BOXES LOWER UNIT...

PEOPLE BREAKING INTO MICHAEL FOXES SHED AND STEALING TOOLS...

SOME ONE GOING UNDER NEATH THE PLAINTIFFS UTILTY VAN AND HAMMMERING ON THE REAR LEAF
SPRINGS MOUNTS, TO WHERE WHEN MICHAEL FOX DROVE DOWN THE ROAD, THE COMPLETE REAR AXLE
ASSEMBLY HAD MOVED AND VEHICAL BECAME UN-OPPERABLE, AND HAD TO BE TOWED..
VEHICAL HAD TO HAVE REAR END RE-ATTACHED.....

THAT MICHAEL FOX HAS HAD PAPER WORK AND FOLDERS OF PAPER WORK STOLEN FROM HIS HOME AT
8875 TACKELS COURT WHITE LAKE MICHIGAN..

THAT MICHAEL FOX THE PLAINTIFF IN 1999 WAS TOLD BY A STATE JUDGE IN MICHIGAN AT THE NOVI
DISTRICT COURT.... THAT WHEN THE POLICE WANT YOU MR. FOX —THERE GOING TO GET
YOU...................THIS JUDGE TOLD THIS TO THE PLAINTIFF MICHAEL FOX ON 3 DIFFERENT OCASSIONS......

THAT MICHAEL FOX LEFT THE STATE OF MICHIGAN FOR GOOD ON APRIL 9 2002...
THE MICHAEL FOX THE PLAINTIFF WOULD NEVER LIVE AGAIN IN THE STATE OF MICHIGAN, DUE TO THE
POLICING GOVERMENT ABUSE THAT THE PLAINTIFF MICHAEL FOX HAS SUFFERED THROUGH FOR 15 PLUS
YEARS......

THAT THE PLAINTIFF MICHAEL FOX HAD WENT TO THE STATE OF FLORIDA TO WORK AND TO AGAIN TRY TO
GET AWAY FROM THE SICK AND SICO POLICE.

THAT THE PLAINTIFF WAS AGAIN ATTACKED BY THE FATURNITY ORDER OF POLICE AND FATURNITY ORDER
OF COUNTY SHERRIFF DEPT... AND MANY OTHER POLICE AND SECURITY COMPANYS IN THE STATE OF
FLORIDA....

THAT THE PLAINTIFF MICHAEL FOX LEFT THE STATE OF  FLORDIA, BECAUSE OF THE SICO SICK
GOVERMENTAL POLICE FORCE...THAT HAS UTTERLY TERRORIZED THE PLAINTIFF, WHILE LIVING IN FLORIDA
SINCE APRIL OF 2002.....THE PLAINNTIFF MICHAEL FOX  LEAVING FLORIDA ON OCT.22 2004

THAT THE PLAINTIFF MICHAEL FOX HAS BEEN TERRORIZED BY THESE SAME POLICE AGENCYS IN PRIOR
YEARS IN THE STATE OF FLORIDA, WHEN EVER THE PLAINTIFF MICHAEL FOX WOULD GO TO FLORIDA TO

Page 3

LIVE AND WORK.....

THAT DURING THE LIFE-TIME OF MICHAEL FOX THE PLAINTIFF----THE PLAINTIFF MICHAEL FOX HAS BEEN TOLD HE IS MENTALLY ILL ON MANY DIFFERENT OCASIONS..... THAT MICHAEL FOX HAS BEEN UNDER A BRUTAL GOVERMENT ATTACK FOR HIS ENTIRE ADULT LIFE....

THAT THESE GOVERMENT POLICE FORCES DO WHAT EVER THEY WANT TO DESTROY YOU.. THEY BEAT YOUR NAME UTTERLY INTO THE GROUND, AND TELL EVERYBODY FALSE ALLEGATIONS AND UTTERLY SLANDER YOU....

THAT MICHAEL FOX THE PLAINTIFF WHILE LIVING IN MICHIGAN HAD TO FLEE THE STATE OF MICHIGAN FOR HIS LIFE I NOV. 1995.....

THAT THE PLAINTIFF  WENT TO FLORIDA IN DECEMBER OF 1995 TO TRY TO GET AWAY FROM THESE SICO SICK GOVERMENT  POLICE...

THAT MICHAEL FOX WENT TO WORK FOR A CONSTRUCTION COMPANY IN FORT MEYER FLORIDA, AND WENT TO WORK FOR A FOUR-WEEK 7 DAY A WEEK JOB IN SOUTH MIAMI BEACH, REBUILDING A DENNYS RESTURANT...

THAT THE GOVERMENT POLICE HAD GOTTEN EMPLOYEES OF THIS CONSTRUTION COMPANY, TO PROVOKE AND INTIMADE MICHAEL FOX WHILE  WORKING AT THIS JOB SITE..
MICHAEL FOX BEING TOLD BY A PETER SHERECKEL, THAT THE PLAINTIFF HAS TO LOSE EVERTHING THE PLAINTIFF OWNS UNTIL THEY WILL EVER LEAVE YOU ALONG..
THAT THIS MAN PETER SHERECKLE GAVE MICHAEL FOX A BOTTLE OF VODKA AND THREW A BAG OF PILLS AT MICHAEL FOX, TRYING TO GET MICHAEL FOX THE PLAINTIFF TO PARTY..
THE PLAINTIFF MICHAEL FOX THROWING THESE THING BACK AT THIS MAN....

THIS SAME MAN  PETER SHERICKLE THROWING MICHAEL FOX ON THE GROUND AND MICHAEL FOX GOT INTO A  FIST FIGHT WITH...

THAT THE GOVERMENT HAD MOVED A MAN IN FROM MISSOURI THAT MOVED, IN THE SAME ROOM, AS  THE PLAINTIFF MICHAEL  FOX WORKED AT THIS JOB SITE IN MIAMI..
THIS MAN TELLING MICHAEL FOX THAT HE KNOW TIMOTHY MC VIEGH WHO BLEW UP THE FEDEREAL BUILDING...

THAT IN APRIL OF 1994 MICHAEL FOX WAS WORKING ON SANIBEL ISLAND IN FLORIDA, WHEN TIMOTHY MCVIEGH BLEW UP THE FEDERAL BUILING IN OAKLAHOMA.. THAT MICHAEL FOX WAS ATTACKED BY THE SICO GOVERMENT  POLICE WHEN THEY HAD LINKED TIMOTHY MCVIEGH TO THE STATE OF MICHIGAN.....
THAT MICHAEL FOX THE PLAINTIFF WAS FIRED FROM THIS JOB HE HAD THE FOLLOWING WEEK...

MICHAEL FOX HAD ENTERED INTO A BUILDING  CONTRACTED JOB FROM A BRUCE CERMAC WHOSE RENTAL HOUSE HAD BUR'NT ON THE FORT MEYERS BEACH...IN JANUARY OF 1996... LAST NAME NOT SPELLED RIGHT, OF BRUCE CERMAK
THAT MICHAEL FOX WENT TO WORK BY HIMSELF ON THIS COMPLETLY BURT HOME.. A SMALL COTTAGE, APPROX. 600 SQUARE FEET..
THAT AS MICHAEL FOX WAS WORKING ON THIS HOME, THE GOVERMENT AGAIN ATTACKED THE PLAINTIFF MICHAEL FOX...
BRUCE CERMAC WHO RENTED THIS HOME..  BROUGHT A MAN NAMED BUD TO THIS COTTAGE TO GO TO WORK... IN FEBUARY OR MARCH OF 1996
THAT THIS MAN NAMED BUD  IS A FEDERAL GOVERMENT INFORMANT...
AS MICHAEL FOX THE PLAINTIFF CONTINUES TO WORK WITH THIS MAN NAMED BUD, HE TELLS THE PLAINTIFF MICHAEL FOX,  HE HAS BEEN BUSTED BY THE FEDERAL GOVERMENT FOR SELLING DRUGS IN SOUTHERN ILLINIOS OR INDIANIA...
MICHAEL FOX  THE PLAINTIFF CONTINUES WORKING WITH THIS MAN NAMED BUD.
ONE DAY, THIS BUD  TELLS MICHAEL FOX THE PLAINTIFF THAT HE IS MENTAL ILL, AND THAT THE FEDERAL GOVERMENT WILL PAY THE PLAINTIFF MICHAEL FOX  A SOCIAL SECURITY DISIBLITY CHECK....
THAT THE PLAINTIFF MICHAEL FOX CAN MOVE TO IDAHO AND  CAN WORK AS AN (FBI) INFORMANT.. AND GET INTO THE SKIN HEAD AND MALISIA GROUPS IN IDAHO...
THAT THE PLAINTIFF MICHAEL FOX CAN  TELL THESE GROUPS,  HOW THE GOVERMENT HAS DONE THE PLAINTIFF MICHAEL FOX, WRONG HIS ENTIRE LIFE....

Page 4.

THAT THE PLAINTIFF MICHAEL FOX CAN COLLECT A DISABILITY CHECK FROM SOCIAL SECURITY FOR DOING SO....
THAT THIS HAPPENED IN FEBUARY AND MARCH OF 1996 WHILE THE PLAINTIFF MICHAEL FOX HAD SECURED A BUILDING CONTRACT.... REBUILDING A HOUSE THAT HAD BURN'NT ON THE FORT MEYERS BEACH. IN THE STATE OF FLORIDA....
THAT MICHAEL FOX THE PLAINTIFF HAD NEVER SAID A THING TO THIS MAN NAMED BUD IN REGARDS TO HOW THE GOVERMENT HAS TERRORIZED AND DESTROYED THE PLAINTIFF MICHAEL FOX, BOTH FINANCIALLY AND EMOTIONALY....

THAT ON FEBUARY 8 OR 9 IN 1998.... WHILE MICHAEL FOX THE PLAINTIFF WAS TRYING TO SELL HIS HOME IN MICHIGAN..
THAT THE PLAINTIFF RECIEVED A PHONE CALL FROM A MAN THAT WANTED TO SEE THE PLAINIFF MICHAEL FOXES HOME FOR SALE...
A MAN AND WOMEN ARRIVIDED...AFTER TALKING ABOUT THE HOUSE WITH THESE TWO PEOPLE.... THE POLICE VERBAL ASSULT AND POLICE TACTICS BEGAN....
THAT THIS MAN INFORMED MICHAEL FOX THE PLAINTIFF..... THAT HE HAS TO WORK AS A MICHIGAN STATE POLICE INFORMANT.
THAT THE PLAINTIFF HAS TO GROW HIS HAIR LONG AND PUT IT IN A PONY TAIL, AND FURTHER MORE, WORK AS AN INFORMANT.... THAT THE PLAINTIFF MICHAEL FOX HAS TO BE A TEAM PLAYER, AND IF THE PLAINTIFF MICHAEL FOX DOES NOT.... THAT THE PLAINTIFF MICHAEL FOXES LIFE WILL BE REAL HARD, AND THAT NO MATTER WHERE THE PLAINTIFF MICHAEL FOX WENT IN HIS LIFE, THAT THE PLAINTIFFS LIFE WOULD BE REALLY HARD.....

THAT THE PLAINTIFF MICHAEL FOX HAS NEVER WORKED AS AN INFORMANT, AND THAT THESE POLICE AGENCYS HAVE UTTERLY DESTROYED THE PLAINTIFFS LIFE, FOR NOT WORKING AS A POLICE INFORMANT..... AND NOW THERE HAVE DESTROYED THE PLAINTIFF MICHAEL FOXES LIFE...

THAT THE PLAINTIFF MICHAEL FOX HAS BEEN UNDER ATTACK BY THESE GROUPS OF PEOPLE FOR MANY YEARS..NO MATTER WHERE THE PLAINTIFF GOES TO LIVE....AND IT NEVER STOPS.....

THAT MICHAEL FOX WENT TO SURF CITY NORTH CAROILINA TO MOVE AND WORK IN SEPTEMBER OF 1996...THAT MICHAEL FOX THE PLAINTIFF WENT TO THIS AREA OF TOPSAIL ISLAND FOR THE HURRICANES THAT DESTROYED THIS ISLAND..

MICHAEL FOX RENTING AN APPARTMENT ON TOPSAIL ISLAND IN SURF CITY NORTH CAROLINA...

THAT MICHAEL FOX THE PLAINTIFF WAS UTTERLY ATTACKED AGAIN BY THE SICK AND SICO POLICE THAT TRACK MICHAEL FOX..

THAT MICHAEL FOX HAD HIS PHONE WIRE TAPPED AT THIS APPARTMENT WHERE MICHAEL FOX WAS LIVING, THAT MICHAEL FOX WAS UNABLE TO GET A JOF FOR HIMSELF ANYWHERE..PHONE WAS NOT ALLOWING INCOMMING CALLS COMMING IN..

THAT THE GOVERMENT STOPPED THE PLAINTIFF MICHAEL FOX, AGAIN FROM BEING ABLE TO WORK.....

THAT THE GOVERMENT POLICE SET MICHAEL FOX UP WITH A JOB, AFTER MICHAEL FOX WAS GOING EVERYWHERE TRYING TO GET WORK...
AGAIN ITS THE FEDERAL GOVERMENTS SNITCHES AND INFORMANTS THAT THEY SET MICHAEL FOX THE PLAINTIFF UP AGAIN...

THAT MICHAEL FOX GOT A JOB BUILDING AN ENTERTAINMENT CENTER AND REBUILDING 2 DIFFERENT BATHROOMS....THAT WHILE WORKING ON THIS HOME.
MICHAEL FOX THE PLAINTIFF IS WORKING WITH A MAN NAMED RAY, WHO WAS SUPOSED TO BE THE HOME OWNERS COUSIN....

THAT WHILE WORKING WITH THIS MAN NAMED RAY.. HE TELLS MICHAEL FOX THE PLAINTIFF THAT HE WAS FROM PALM BEACH FLORIDA AND HAD HIS OWN BUISNESS DOING HOME REPAIR..

THAT THIS RAY TELLS MICHAEL FOX THE PLAINTIFF THAT HE WAS ATTACKED BY THE INTERNAL REVENUE SERVICE, FOR NOT PAYING TAXES...

THAT ON SEVERAL OCCASION THIS MAN RAY WANTING MICHAEL FOX TO GO TO THE BAR. MICHAEL FOX THE PLAINTIFF, KNOWING THEY ARE TRYING TO SET THE PLAINTIFF UP..

THAT MICHAEL FOX GOES TO THIS BAR ONCE,  AND THERE ARE FEDERAL AND STATE POLICE THERE...AND GOVERMENT OFFICALS... MICHAEL FOX NOT DRINKING, KNOWING HOW SICK THESE SCUM REALLY ARE.. THAT WHEN MICHAEL FOX LEFT THE BAR THAT NIGHT, THE PLAINTIFF MICHAEL FOX WAS PULLED OVER BY THE POLICE FOR UTTERLY NO REASON...

THAT DURING CONVERSATIONS WITH THIS RAY, WHILE WORKING ON THE HOME.. THIS  RAY TELLS MICHAEL FOX THE PLAINTIFF THAT THE GOVERMENT IS GOING TO ALLOW THE PLAINTIFF MICHAEL FOX TO WORK.....

MICHAEL FOX NEVER RESPONDED TO THIS STATEMENT FROM THIS MAN RAY. AND JUST CONTINUES ON WORKING...

THAT MICHAEL FOX FINISHED THE LAST BUILDING PROJECT HE WAS WORKING ON.
MICHAEL FOX LEFT SURF CITY NORTH CAROLINA BECAUSE OF THIS CONTINUING NONSENSE WITH THE GOVERMENT..  AND WENT BACK TO THE STATE OF FLORIDA IN NOVEMBER OF 1996..

THAT MICHAEL FOX WAS AGAIN ATTACKED BY THE FLORIDA SICO POLICE AGAIN.. MICHAEL FOX TRYING TO WORKING IN FLORIDA..
MICHAEL FOX BEING SET UP AND LAYED OFF FROM FLORIDIAN PLUMBING, THEN MICHAEL FOX BEING FIRED FROM A CONSTRUCTION COMPANY, TO WHERE A DRUNKIN POLICE INFORMANT FROM THE DAYTONTA BEACH AREA HAD GOTTEN MICHAEL FOX FIRED....
MICHAEL FOX LOOKING FOR ANOTHER JOB, AND GOING TO WORK FOR R J VANN MECHICAL...
MICHAEL FOX BEING LAYED OFF FROM RJ VANN MECHANICAL IN MARCH OF 1997...
THAT THESE GOVERMENT AGENCEYS HAVE DENIED MICHAL FOX THE RIGHT TO WORK NO MATTER WHERE HE GOES IN THE UNITED STATES OF AMERICA..

THAT MICHAEL FOX WENT BACK TO THE STATE OF MICHIGAN IN MAY OF 1997 TRYING TO SELL PLAINIFFS HOME.. BUT IS UNABLE..

THAT MICHAEL FOX WENT TO WORK ON A WATERFRONT VACANT LOT THE MICHAEL FOX  THE PLAINTIFF OWNS.. AND AGAIN THIS SICO POLICE ATTACKED MICHAEL FOX...

THAT MICHAEL FOX THE PLAINTIFF HAD CLEARED THIS LOT OF ALL TREES AND DEBRI, AND HAD APPROX 1500 HUNDRED CUBIC YARDS OF DIRT BROUGHT IN, AND GRADED OFF..
THAT MICHAEL FOX INSTALLED A (DNR) APPROVED BOAT RAMP ON THIS PROPERTY...
THAT MICHAEL FOX WAS ATTACKED BY THE POLICE AND THERE TEAM PLAYERS WHILE THE 2 MONTHS MICHAEL FOX WORKED ON THIS VACANT LOT..

SOMEONE STEALING THE FOR SALE SIGNS....
MICHAEL FOX HAVING ALL KINDS OF NEIGHBORS CALLING THE (DNR)- DEPARTMENT OF NATURAL RESOURCES AND TRYING TO HAVE MICHAEL FOX ARRESTED..

THAT THE DNR HAD VISITED THE PROPERTY AND FOUND NOTHING WRONG WITH WHAT MICHAEL FOX THE PLAINTIFF HAS DONE....

MICHAEL FOX  IN SEPTEMBER OF 1997 LEAVING MICHIGAN AGAIN, BEACAUSE OF THIS POLICE ATTACK FORCE...

THAT MICHAEL FOX HAD MOVED TO NEAR AND AROUND THE ROANOKE VIRGINA AREA, MICHAEL FOX LOOKING TO WORK AROUND THE SMITH MOUNTAIN LAKE AREA...

AGAIN MICHAEL FOX IS ATTACKED BY THE SICO SICK POLICE THAT TRACK THE PLAINTIFF MICHAEL FOX..
THAT MICHAEL FOX HAD GOTTEN A JOB WORKING ON REMODELING HOMES...
THAT THE SICO POLICE SET MICHAEL FOX UP. AND  MICHAEL FOX IS ACUSED OF STEALING A POWER WASHER AND A ROTO-TILLER MACHINE..FROM THIS HOMEOWNERS JOB SITE...

THAT THE FRANKLIN COUNTY SHERRIFF DEPT AND DEPUTY STEVE MCQUIRE HAS FURTHER SET THE PLAINTIFF UP FOR FOR TERRORIZATION AND INTIMIDATION..

THAT MICHAEL FOX TOOK A LIE DETECTOR TEST AND FAILED THIS TEST...
THAT WHILE MICHAEL FOX WAS TAKING THE POLYGRAPH TEST.. THE ARM BAND AROUND MICHAEL FOXES ARM WOULD WOULD GET TIGHTER AND TIGHTER ON CERTAIN QUESTIONS MICHAEL FOX THE PLAINTIFF IS BEING ASKED QUESTIONS...AND THEN MICHAEL FOX ANSWERING.
THEN THE PRESURE WOULD BE BE TAKED AWAY ON OTHER QUESTIONS BEING ASKED..
THIS WAS A FULLY FALSIFIED LIE DETECTOR TEST, THE FRANKLIN COUNTY SHERRIFF DEPARTMENT INFLICTED ONTO THE PLAINTIFF..

THAT THE PLAINTIFF MICHAEL FOX WAS TOLD HE STOLE THE POWER WASHER AND ROTO-TILLER... MICHAEL FOX FOUGHT THE POLYGRAP WOMEN, NAN HUNT WHO TOOK THIS POLYGRAPH TEST AND THE SHERIFF DEPUTY STEVE MCQUIRE..

THAT MICHAEL FOXES EMPLOYER TAKES A NEGITIVE OUTLOOK ON THE PLAINTIFF MICHAEL FOX, AND MICHAEL FOX THE PLAINTIFF LOST HIS JOB SHORTLY AFTER THIS INCIDENT.....

THAT THE GOVERMENT THAT TRACKS MICHAEL FOX SET THIS INCIDENT UP TO FURTHER PROVOKE AND INTIMADE THE PLAINTIFF MICHAEL FOX
THIS WAS AGAIN ANOTHER GOVERMENT HIT AGANIST THE PLAINTIFF MICHAEL FOX...
TO FURTHER TRY TO MAKE THE PLAINTIFF MICHAEL FOX A POLICE GOVERMENT INFORMANT....

THAT MICHAEL FOX HAD GONE TO THE ROANOKE VIRGINA UNITED STATES ATTORNEY OFFICE ON OR AROUND NOV 24 1997...
THAT MICHAEL FOX SAW PERSONALY— MR. ALONZO LONG.... A US. ATTORNEY REGARDING THIS STAGED INCIDENT AND FURTHER PAST GOVERMENT ABUSE..

THAT MICHAEL FOX HAD WARRENTS ISSUED FOR HIS ARREST FROM THE VACANT LOT FROM THE STATE OF MICHIGAN.
THAT THE GOVERMENT THAT POLICES MICHAEL FOX HAD THESE WARRANTS ISSUED AFTER MICHAEL FOX THE PLAINTIFF HAD LEFT THE STATE OF MICHIGAN FOR THE STATE OF VIRGINIA...

THERE WAS ANOTHER FALSE WARRENT ISSUED OUT OF THE NOVI DISTRICT COURT, FOR A PROBATION VIOLATION ON A DISORDLY PERSON WHERE MICHAEL FOX HAD CALLED HIS NEIGHBOR A TRAP.....

THIS IS A FALSIFED WARRANT BECAUSE MICHAEL FOX HAD DONE EVERYTHING ACCORDING TO HIS PROBATION, BUT WAS BEHIND IN PAYMENTS,
THAT MICHAEL FOX WAS GIVEN ADDTIONAL TIME TO PAY THE FINE AND PROBATION COSTS..
MICHAEL FOX HAD A WARRANT ISSUED FOR HIS ARREST AND A 5000 THOUSAND DOLLAR CASH BOND FOR ANY RELEASE FROM JAIL......

THAT MICHAEL FOX DID NOT KNOW THIS AT THIS TIME WHEN SEEING THE UNITED STATES ATTORNEY, AND MICHAEL FOX WAS ARRESTED AND CHARGED WITH BEING A FUGITIVE OF JUSTICE OUT OF ROANOKE VIRGINA...

THIS IS TOTALLY GOVERMENT ABUSE ON MICHAEL FOX THE PLAINTIFF AND IT WILL NEVER END....
THERE IS A 5000 CASH BOND FOR A DISORDELY PERSON, ON A ALLGED PROBATION VIOLATION..
THEN THESE GOVERMENT POLICE FALSIFY THE WARRANT WHICH IS NOT CORRECT....

THAT THE GOVERMENT OF CLARKSTON MICHIGAN AND INDEPENDENCE TOWNSHIP ISSUED WARRANTS FOR MICHAEL FOXES ARREST WHEN HE HAD LEFT THE STATE OF MICHIGAN FOR VIRGINIA....
THAT CERTAIN INDIVIDULES TRYED TO HAVE MICHAEL FOX ARREST, AND THE (DNR) DEPARTMENT OF NARURAL RESOURCES, FINDING THAT MICHAEL FOX HAS DONE NOTHNG WRONG.....
THEN THE GOVERMENT FROM INDEPENDENCE TOWNSHIP HAVING ISSSUED WARRANTS FOR MICHAEL FOXES ARREST WHEN HE HAD LEFT MICHIGAN....

THAT MICHAEL FOX HAS ALWAYS STATED THAT SOMEDAY, THESE SICO SICK POLICE WILL KILL HIM.....

THAT THE PLAINTIFF MICHAEL FOX HAS 20 PLUS YEARS OF ABUSE THAT THE PLAINTIFF CAN DISCRIBE...THE PLAINTIFF MICHAEL FOX HAS THE RIGHT TO ADD TO THIS COMPLAINT...FROM PAST INCIDENTS AND AS FUTURE INCIDENTS ARISE...AS ADDITIONAL INFORMATION AND EVIDENCE IS TO ARISE.......IF NEEDED

THAT THE PLAINTIFF... MICHAEL FOX— HAS 2 OR 3 DIFFERENT TRACKING DEVICES ON HIS VEHICAL—

Page 7

KNOWN AS GPS TRACKING....AND IS UNABLE TO FREE HIMSELF FROM THE GOVERMENT POLICE THAT TRACK THE PLAINTIFF MICHAEL FOX...

THAT THE PLAINTIFF MICHAEL FOX IS FOLLOWED EVERYWHERE HE GOES IN HIS LIFE, AND THAT THE PLAINTIFF MICHAEL FOXES LIFE HAS BEEN DESTROYED, BECAUSE THE PLAINTIFF HAS NOT WORKED AS A POLICE INFORMANT....

THAT MICHAEL FOX THE PLAINTIFF WAS ATTACKED BY THESE GROUP OF SICO SICK POLICE AGAIN IN HENDERSON AND LAS VEGAS NEVEDA, WHERE THE PLAINTIFF MICHAEL FOX SPENT THE WINTER OF 2004 THRU 2005...AFTER LEAVING THE STATE OF FLORIDA...

THAT ON THE DAY THE ROSE BOWL WAS PLAYED IN JAN OF 2005,  THE PLAINTIFF MICHAEL FOX WAS INSIDE THE SUNSET CASINIO,  IN HENDERSON NEVEDA.. WATCHING THE ROSE BOWL AND OTHER FOOTBALL GAMES....

THAT THE UNIVERSITY OF MICHIGAN WAS PLAYING IN THE ROSE BOWL ON THIS DAY.....

THAT WHEN MICHAEL FOX THE PLAINTIFF CAME INTO THE SPORTS BETTING AREA..TO WATCH THE GAME...MICHAEL FOX THE PLAINTIFF SEE'S THE WOMAN THAT WAS WITH THE MAN WHO CAME INTO THE PLAINTIFF MICHAEL FOXES HOME, AND SAID HE HAD TO WORK AS A MICHIGAN STATE INFORMANT. IN FEBUARY OF 1998...............

MICHAEL FOX THE PLAINTIFF ACTED AS IF HE DID NOT KNOW THIS WOMEN, AND THAT THE PLAINTIFF SAT BY THIS WOMEN AND WATCHED THE GAME....

THIS WOMEN IS STARTELED WHEN SHE SEE THE PLAINTIFF MICHAEL FOX...THAT MICHAEL FOX  THE PLAINTIFF SAT BY THIS WOMAN, AND STARTING A CONVERSATION WITH THIS WOMEN..... THIS WOMAN IS ACTING VERY GUILTY AND AFRAID...

THAT MICHAEL FOX THE PLAINTIFF CONTINUES   CONVERSATION WITH THIS WOMEN.....

THAT MICHAEL FOX KNEW WHO THIS WOMEN WAS AND STARTED QUESTIONING HER...

THAT THIS WOMEN GOT UP, AND MOVED TO ANOTHER LOCATION IN THE SPORTS AREA...AND WATCHED THE UNIVERSITY OF MICHIGAN LOSE THE FOOTBALL GAME...

THAT THIS WOMEN WAS DEEPLY SAD THAT UNIVERSITY OF MICHIGAN LOST THIS GAME.....

THAT THIS WOMEN STATED SHE WAS FOR THE OTHER TEAM...DURING CONVERSATION.....SHE IS IN FACT PART OF THE SICK SICO POLICE FORCE FROM MICHIGAN STATE....THAT TRACKS THE PLAINTIFF MICHAEL FOX.....

THAT MICHAEL FOX THE PLAINTIFF STATES THERE IS A  VERY LARGE AMOUNT OF GOVERMENT ABUSE THAT IS NOT WRITTEN IN THE COMPLAINT...AND THAT THE PLAINTIFF FURTHER HAS THE RIGHT TO LIST AND AMEND OTHER ISSUES OF GOVERMENT ABUSE TO THIS COMPLAINT

THAT MICHAEL FOX THE PLAINTIFF WAS ATTACKED IN LAKE TAHOE AS HE SPENT THE SUMMER THERE IN 2005....

THAT MICHAEL FOX MOVED TO OCEANSIDE CALIFORNIA AREA.. IN SEPTEMBER OF 2005
AND AGAIN THE SICK AND SICO POICE AGAIN ATTACKED MICHAEL FOX THE PLAINTIFF....

THAT MICHAEL FOX LEFT CALIFORNIA  OCT 15 OF 2005 FOR MEXICO....

THAT THE PLAINTIFF MICHAEL FOX WAS AGAIN ATTACKED BY THE MEXICAN, BRITISH AND AMERICAN POLICE FORCES, AND THE UNKNOWN POLICE AGENCYS...SECURITY COMPANYS, AND OTHERS..

THAT MICHAEL FOX THE PLAINTIFF WENT TO CENTRAL AMERICA TO CONTINUE TO TRY TO GET AWAY FROM THESE PEOPLE..AND TO FURTHERMORE SEE THE DIFFERENT PARTS OF THE WORLD.....

THAT THE PLAINTIFF MICHAEL FOX, TURNED AROUND IN THE COUNTRY OF GUADAMALA NEAR THE EL

SALVADOR BOARDER, TO GO BACK TO MEXICO...

THAT THE PLAINTIFF MICHAEL FOX WAS CONTINUALLY BEING ASSULTED BY THESE POLICE/SECURITY FORCES..

THAT THE  PLAINTIFF  MICHAEL FOX LEFT MEXICO IN JAN  2006, AND RE-ENTERED THE UNITED STATES IN TEXAS....AT THE BORDER CROSSING AT MATAMOROS/BROWNSVILLE TEXAS....

THAT THE PLAINTIFF MICHAEL FOX WAS ATTACKED AGAIN BY ANOTHER FEDERAL AND STATE, STING OPPPERATION...

THAT THE PLAINTIFF MICHAEL FOX WAS ATTACKED BY THE US BOARDER PATROL AND ANOTHER UNKNOWN FEDERAL OR STATE POLICE FORCE... WHEN ENTERING THE UNITED STATES ....

THAT THE PLAINTIFF MICHAEL FOX IS BEING SCREAMED AT BY A UNITED STATES CUSTOM OFFICER, OR BOARDER PATOL OFFICER WHEN STOPPING AT THE BOARDER CHECK POINT....

THAT THE PLAINTIFF MICHAEL FOX IS ASKED IF HE EVER MADE IT TO CENTAL AMERICA....FOX KNOWING THAT THIS MAN HAS BEEN PRE-INFORMED ABOUT THE PLAINTIFF MICHAEL FOX..

THE PLAINTIFF IS TOLD TO GO TO VEHICAL INSPECTION OVER TO THE LEFT...

THE PLAINTIFF DRIVES TO THE VEHICAL INSPECTION AREA ONLY TO FIND 3 PEOPLE LOOKING AT THE PLAINTIFF, LIKE WE GOT YOU...

THAT MICHAEL FOX THE PLAINTIFF IS TOLD THAT HE HAS TO TAKE EVERYTHING OUT OF THE VAN...

THAT THE PLAINTIFF MICHAEL FOX ARGUED THAT YOU THE BOARDER PATROL CAN CLIMB AROUND THROUGH THE VAN..

THERE ARE 2 DIFFERENT UNIFORMS THESE PEOPLE ARE WEARING...

THE PEOPLE WEARING THE BLUE UNIFORMS ARE AFTER THE PLAINTIFF MICHAEL FOX, TAKING STUPID AND ACTING AS IF THE PLAINTIFF MICHAEL FOX IS HIDDING SOMETHING....

THEY SEIZED ALL OF THE PLAINTIFFS FRUIT THAT THE PLAINTIFF BOUGHT THE DAY BEFORE...TRYING TO HUMILIATE AND PROVOKE THE PLAINTIFF MICHAEL FOX AS THEY TOOK IT......

THAT ONE MAN IN THE BLUE UNIFORM REALLY PUSHING THE PLAINTIFF MICHAEL FOXES BUTTONS, AND GETTING FOX UPSET....

THAT THE PLAINTIFF MICHAEL FOX SAYS FINE, I WILL TAKE ALL THINGS OUT OF THE VAN....

THEN THIS SAME MAN GOING OVER TO THE PASSAGER REAR SLIDING DOOR AND GRABING THE DOOR LATCH, AND BECAUSE THE DOOR WAS LOCKED, LEANED HIS BODY BACK AND JERKED ON THE HANDLE AS TO BREAK THE DOOR ASSMBLY....

WHILE ALL THIS IS GOING ON, THERE WAS A MEXICAN MAN, WEARING A BORDER PATROL UNIFORM THAT WAS WITNESSING ALL THE ABOVE INTIMADATION AND WHEN THIS MAN WEARING THE BLUE UNIFORM TRYED TO BREAK THE PLAINTIFFS DOOR LATCH...

THAT THIS INDIVDULE THAT TRYED TO BREAK THE PASSAGER REAR SLIDING DOOR WAS DRESSED IN DIFFERENT UNIFORM THAN THE US. BOARDER PATROL...

THAT THE PLAINTIFF MICHAEL FOX WENT OFF YELLING AT THIS MAN TRYING TO BREAK THE DOOR LATCH HANDLE ASSEMBLY.
 THEN THIS ALLEDGED BOARDER PATROL OFFICER, STATING HE'S  CALLING THE SHERRIFFS DEPT..AND HAVE THE PLAINTIFF ARRESTED FOR DISURBING THE PEACE...THE PLAINTIFF MICHAEL FOX YELLING BACK AT HIM, THAT YOUR A CRY BABY......

THAT THE PLAINTIFF MICHAEL FOX  WAS TOLD TO SHUT HIS  MOUTH BY THE HEAD MAN RUNNING THIS

VEHICAL INSPECTION AREA, OR THE PLAINTIFF MICHAEL FOX WOULD BE GOING TO JAIL......HE IS WAERING A BORDER PATROL UNIFORM....

THE PLAINTIFF MICHAEL FOX IS TOTALLY ENRAGED RIGHT NOW......

THAT THERE WAS  ACTUALLY  A BOARDER PATROL OFFICER IN UNIFORM THAT WHITNESS THIS ENTIRE INCIDENT, BUT DID NOT SPEAK UP IN THE PLAINTIFF MICHAEL FOXES BEHALF...
WHY DID THIS MAN NOT SPEAK UP.....BECAUSE ITS ALL ABOUT BEING A TEAM PLAYER....

AFTER THIS INCIDENT, THE PLAINTIFF MICHAEL FOX WAS TOLD TO PUT EVERYTHING BACK IN HIS VAN...

THAT THE PLAINTIFF MICHAEL FOX HAD BARELY TAKEN ANY THING OUT....

THAT THE PLAINTIFF MICHAEL FOX, AFTER THIS BOARDER CROSSING INCIDENT LEFT, THE PLAINTIFF MICHAEL FOX IS  EXTREAMLY ANGRY, AND UTTERLY DISCUSTED AT THE GOVERMENT, AND THERE SICO POLICE...

THAT THE DOOR HANDLE THAT THIS FEDERAL OR STATE AGENT WAS TRYING TO BREAK, ON THE PASSANGER REAR SLIDING DOOR.. WAS THE SAME HANDLE THAT SOME ONE BROKE WHEN MICHAEL FOX WAS LIVING AND WORKING IN CHARLEVOIX MICHIGAN...
THAT MICHAEL FOX WENT TO HIS VEHICAL WHILE LIVING IN MICHIGAN AND FOUND THE PASSANGER REAR DOOR HANDLE ASSEMBLY WAS COMPLETLEY BROKEN...
ITS MICHAEL FOXES BELIEF THAT THESE SAME GROUP OF PEOPLE ARE PART OF THE GOVERMENTS TERRORTIST  HIT SQUAD THAT FOLLLOWS THE PLAINTIFF MCHAEL FOX EVERY WHERE THE PLAINTIFF GOES...  DESTROYING EVERTHING, AND TURNNG EVERYBODY AGANIST THE PLAINTIFF MICHAEL FOX..... TO FURTHER PROVOKE AND INTIMADE AND TO FURTHER DESTROY YOUR MIND, AND WELL BEING.......
MICHAEL FOX THE PLAINTIFF  BELIEVES  THAT THIS IS WHY THIS GOVERMENT AGENT WENT TO THIS SAME DOOR TRYING TO BREAK THS SAME HANDLE......
WHY WHERE THESE THREE  FEDERAL OR STATE AGENTS DRESSED IN DIFFERENT COLOR CLOTHING....THAN THE BOARDER PATROL...

THAT THE PLAINTIFF MICHAEL FOX LEFT THIS BOADER CROSSING AND  DROVE  INTO SOUTH PADRA ISLAND THE PLAINTIFF MICHAEL FOX IS  HEADING NORTH ON THE MAIN ROAD...

THAT THE PLAINTIFF MICHAEL FOX WAS UNKNOWLY SPEEDING, AND RECIEVE A TRAFFIC TICKET FOR DRIVING 20 OVER THE SPEED LIMIT....

THAT THE PLAINTIFF MICHAEL FOX WAS TOTALLY UNAWARE OF HOW FAST HE WAS DRIVING....THAT THE PLAINTIFF MICHAEL FOX'ES  MIND IS COMPLETLY UN- FOCUSED,  THE PLAINTIFF MICHAEL FOX IS UTTERLY ENRAGED AND PISSED OFF...AND TOTALLY UNAWARE OF THE PLAINTIFFS SPEED..

THAT THE PLAINTIFF MICHAEL FOX NEVER DRIVES LIKE THIS....

AS THE PLAINTIFF MICHAEL FOX IS IN SOUTH PADRA ISLAND, THE PLAINTIFF IS AGAIN BEING STALKED BY THE UNDER COVER POLICE,AND UNIFORM POLICE.. THE US MILITARY..AND OTHER UNKNOWNS..

THAT MICHAEL FOX THE PLAINTIFF WENT TO USE HIS COMPUTER,  THAT MICHAEL FOX COULD NOT ACCESS WEB PAGES...

THAT MICHAEL FOX PLAINTIFF WENT TO A COMPUTER INTERNET REPAIR AND ACCESS SHOP, THAT THE PLAINTIFF IS TOLD THAT THE PLAINTIFF MUST HAVE PUNCHED IN A BUNCH OF NEW NUMBER IN IT..

THAT THE PLAINTIFF MICHAEL FOX ASKED THE COMPUTER  REPAIR MAN, IF YOU HAVE TO HOOKED TO THE WEB TO CHANGE THIS COMPUTER FREQUENCY...REPAIR MAN SAYS NO..
SOMEONE HAD GOTTEN INTO THE PLAINTIFFS CAR, AND TURNED ON THE COMPUTER AND CHANGED THE COMPUTER CONFIGURATION....

MICHAEL FOX THE PLAINTIFF IS  AGAIN SICK OF THE NONSENSE, AND I DRIVES TO CHORPIS CHRISTI TEXAS..

MICHAEL FOX THE PLAINTIFF IS  AGAIN  ATTACKED BY THE SICO POLICE....

THAT THE PLAINTIFF MICHAEL FOX GOES TO A HEALTH CLUB IN CHOUPUS CHRISTI...
THE PLAINTIFF MICHAEL FOX WALKS BACK OUT TO HIS VAN, THE PLAINT FINDS A STATE JUDGE OR THE
STATE JUDGES POLICE FORCE PARKED RIGHT NEXT TO THE PLAINTIFF...
THAT THIS VEHICAL HAS LICENSE PLATES, THAT HAS ITS LICENSE NUMBER ON IT, AND UNDER THE
NUMBERS ARE STATE JUDGE ON THIS LICENSE PLATE..
THEN A MERCEDES BENZ ALONG SIDE OF THIS STATE JUDGES ALLEDED VEHICAL....THIS VEHICAL WAS NOT
THERE.. WHEN FOX WENT INTO THE HEALTH CLUB...
THAT THE PLAINTIFF MICHAEL FOX WAS PROKED IN THIS GYM, WHILE BEING INSIDE...
THIS WAS THE FIRST TIME AND LAST TIME THE PLAINTIFF WENT TO THIS GYM.....

THAT THE PLAINTIFF MICHAEL FOX HAS FOUND THIS SAME JUDGES CAR AND SAME MERCEDES BENZ AT 3
OTHER LOCATIONS, AFTER THE PLAINTIFF MICHAEL FOX HAD GONE INSIDE THE PLACE OF BUSINESS, AND
THEN THE PLAINTIFF MICHAEL FOX RETURNING TO HIS VEHICAL ....

THAT THE PLAINTIFF MICHAEL FOX THOUGHT THAT IS QUITE UNUSUAL THAT ANY STATE JUDGE WOULD
BROADCAST WHO THEY ARE IN TODAYS SOCIETY..
POSSIBLY PROVOKING SOMEONE INTO HURTING THEM OR KILLING THEM....

THAT THE PLAINTIFF MICHAEL FOX WHILE IN CHORPUS CHRISTI IS TRYING TO GET HIS VEHICAL REPAIRED
AT THIS TIME..

THAT EVERY AUTO SHOP THE PLAINTIFF MICHAEL FOX WENT TO.... THERE WHERE SOME SORT OF UNDER
COVER POLICE WAITING FOR THE PLAINTIFF MICHAEL FOX... OR CAME TO THE SAME LOCATION WHERE THE
PLAINTIFF IS ...

THAT THE PLAINTIFF MICHAEL FOX ENDED UP PAYING FOR AUTO PARTS AND LABOR THAT THIS SHOP SAID
THE VEHICAL NEEDED TO REPAIR IT....
THAT AFTER THE INSTALLATION OF THESE PARTS, THE PLAINTIFFS VEHICAL WAS NOT REPAIRED....COST
WHERE APPROX. 275 DOLLARS...
OWNER OF THIS SHOP LAUGHING AT THE PLAINTIFF MICHAEL FOX, WHEN THE PLAINTIFF WAS COMPLAINING
REGARDING THIS SITUATION...
THAT THIS AGAIN WAS THE INFLUENCE OF THE SICK AND SICO POLICE THAT CHASE AND FURTHER MORE
TRY TO PROKE AND INTIMADATE THE PLAINTIFF MICHAEL FOX.....

THIS IS A CONTINUING PROBLEM THAT SOMEONE RUINED THE RUNNING CONDITION OF THE PLAINTIFF
MICHAEL FOXES MINI VANN WHEN THE PLAINTIFF WAS IN CANCUN MEXICO....AND FURTHER IN VERECRUZ
MEXICO...

THAT THE PLAINTIFF MICHAEL FOX IS AT FED EX KINKOS ON HIS LAPTOP COMPUTER, IN CHORPUS CHRISTI
TEXAS..... THAT THE POLICING AGENCYS ARE COMMING INTO THE FED EX KINKOS AND GETTING ON THE
WEB THERE...
SOME HOW THESE PEOPLE GOT ONTO THE PLAINTIFFS COMPUTER, AND THESES POLICING PEOPLE ARE
DELETING EMAILS ON THE PLAINTIFF MICHAEL FOXES HOTMAIL ACCOUNT...
AT THIS TIME A MEXICAN MAN AND WOMEN CAME IN, AN WHERE ACTING ALL STUPID AS THEY WHERE ON
THERE LAPTOP...LOOKING OVER AT THE PLAINTIFF MICHAEL FOX AND LAUGHING AT THE PLAINTIFF, WHEN
THE PLAINTIFF IS SAYING WHAT HAS HAPPENED HERE....THESE MEXICANS THE PLAINTIFF BELEIVES WHERE
INVOLVED WHEN THESE EMAILS ARE BEING ERASED OFF THE PLAINTIFFS COMPUTER...

MICHAEL FOX WAS SENDING AND HAVING THESE EMAILS RETURNED TO THE PLAINTIFF, FOR A COPY OF THE
EMAIL TO PRINT OUT...THAT MICHAEL FOX THE PLAINTIFF WAS SENDING EMAILS TO A WORKERS COMP
AJUSTER IN THE STATE OF FLORIDA....

THAT MICHAEL FOX HAD NUMEROUS PEOPLE COMING INTO THIS FED EX KINKOS IN CHORPUS CHRISTI
TEXAS, AFTER THE PLAINTIFF GOT THERE AND WAS ON THE WEB...THAT THESE PEOPLE WOULD START
CONVERSATIONS WITH OTHER PEOPLE, OR CALL ON THERE CELL PHONES...AND IN EVERYONE OF THESE
CONVERSATIONS, THESE PEOPLE WHERE ALWAYS TALKING ABOUT HOUSTON TEXAS...AND SOME OF THEM
QUOTED THEY WHERE FROM HOUSTON TEXAS......

THAT THE PLAINTIFF MICHAEL FOX GOES TO ANOTHER PHYSICAL FITNESS CENTER AND IS AGAIN
ATTACKED ..IN CHORPUS CHRISTI TEXAS...

Page 11

THAT THE PLAINTIFF MICHAEL FOX STOPPED GOING TO ANY PHYSICAL FITNESS CENTERS..........IN CHORPUS CHRISTI TEXAS...

THAT THE PLAINTIFF MICHAEL FOX IS TRYING TO GET DOCTORS FOR HIS WORKERS COMP INJURYS FROM FLORIDA IN CHORPUS CHRISTI TEXAS

THAT THE PLAINTIFF MICHAEL FOX IS HAVING MAIL DELIVERED TO GENERAL DELIVERY AT THE POST OFFICE IN CHORPUS CHRISTI TEXAS....

THAT THE PLAINTIFF MICHAEL FOX WAS GOING TO THIS POST OFFICE..
THE POSTAL WORKERS STOPPED GIVING THE PLAINTIFF MICHAEL FOX HIS MAIL THAT WAS BEING MAILED TO THE PLAINTIFF...

THAT THE PLAINTIFF MICHAEL FOX HAD ONE LETTER THAT THE PLAINTIFF WAS TRYING TO GET FROM AN ATTORNEY IN FLORIDA FOR 2 WORKERS COMP CASES, ATTORNEYS SECRETARY STATED SHE MAIL THE LETTER.. THE PLAINTIFF MICHAEL FOX GOES TO GET THE LETTER..
THAT THE POSTAL CLERKS TELL THE PLAINTIFF MICHAEL FOX, THEY NEVER RECIEVED ANY LETTER...

THEN AS THE PLAINTIFF MICHAEL FOX CONTINUES TO COME TO THE POST OFFICE EVERYDAY TO RETRIEVE THIS LETTER.. THE POSTAL CLERK GAVE THE PLAINTIFF THE LETTER WEEKS LATER AFTER THE PLAINTIFF HAD THIS LAW FIRM ATTACH THE DOCUMENTS TO AN EMAIL AND SEND THEM TO THE PLAINTIFF..... ANOTHER WAY THE GOVERMENT MAKES EVERTHING AS HARD AS POSSIBLE FOR THE PLAINTIFF..... THE POSTAL CLERK STATING THEY PLACED THE PLAINTIFFS MAIL ON ANOTHER SHELVE....

MICHAEL FOX MAKING COMPLAINT TO THE POSTMASTER, AT THIS POST OFFICE... AND THE POSTMASTER ACTING VERY PROKING AND INTIMADING THAT THIS IS NOTHING AND IS NO BIG DEAL.... AGAIN..THIS INCIDENT IS JUST ANOTHER WAY, THE GOVERMENT THAT ATTACKS THE PLAINTIFF, AND FURTHER FUSTRATES AND ANOYS AND PROVOKES THE PLAINTIFF MICHAEL FOX....

THAT THE DEFENDANT MICHAEL FOX GOT SO FED UP WITH THE NONESENSE, THAT THE PLAINTIFF LEFT CHORPUS CHRISTI TEXAS, ON FEBUARY 3RD 2006....

THAT MICHAEL FOX THE PLAINTIFF HAD MEN FOLLOWING HIM EVERYWHERE THE PLAINTIFF WENT.....
THAT THESE PEOPLE FOLLOWING THE PLAINTIFF MICHAEL FOX, ON THE WINDSHIELDS OF THERE CARS WHERE DEPARTMENT OF DEFENSE STICKERS...

THAT MICHAEL FOX THE PLAINTIFF DROVE TO GALVISTON TEXAS... ARRIVING IN THE EVENING HOURS....

THAT MICHAEL FOX THE PLAINTIFF DROVE AROUND A LITTLE THAT EVENING...

THAT MICHAEL FOX THE PLAINTIFF THEN DROVE TO A GAS STATION AND FILLED UP THE MINI VAN WITH GAS.

THAT MICHAEL FOX THE PLAINTIFF DROVE AROUND SOME MORE LOOKING FOR A PLACE TO SLEEP FOR THE NIGHT....

THAT MICHAEL FOX THE PLAINTIFF PULL OVER AND PARKED ON SEA SHORE BLVD... ON THE SHOUDER OF THE ROAD...

THAT MICHAEL FOX THE PLAINTIFF PARKED BEHIND A RED FORD TAURUS AND HAD AT LEAST A 6 FOOT OPEN AREA FROM THE REAR OF THIS FORD TAURAS

THAT MICHAEL FOX THE PLAINTIFF PARKED IN FRONT OF A BLUE FORD EXPEDITION...AND HAD A OPEN SPACE OF 8 TO 9 FEET BETWEEN THE FORD EXPEDITION...

THAT MICHAEL FOX THE PLAINTIFF PARKED LIKE THIS FOR A CUSHION, THAT IF THERE WAS A CAR ACCIDENT, THAT MICHAEL FOX WOULD BE SAFE....

THAT MICHAEL FOX THE PLAINTIFF IS ALWAYS TRYING TO PROTECT HIMSELF, IF THE GOVERMENT STAGES ANOTHER CAR WRECK.

THAT THE PLAINTIFF MICHAEL FOX IS SITTING IN THE DRIVERS SEAT, AND WITHIN THE FIRST 5-8 MINUTES

OF MICHAEL FOX THE PLAINTIFF ARRIVING AT THIS SPOT... A GALVISTON POLICE CRUSIER DRIVES BY, HEADING WEST, AS THE PLAINTIFF MICHAEL FOX IS PARKED ON THE SHOUDER OF THE ROAD HEADING EAST...

THAT THE PLAINTIFIFF MICHAEL FOX SAID TO HIMSELF, I NEED TO GET OUT OF HERE, I FEEL LIKE SOMETHING IS GOING TO HAPPEN....

THE PLAINTIFF MICHAEL FOX  FELL A-SLEEP IN THE DRIVER SEAT.....

THAT THE PLAINTIFF MICHAEL FOX WOKE UP, AND SAID  OUT LOUD TO HIMSELF, THE HELL WITH IT. I WILL SLEEP HERE TONIGHT...

THAT THE PLAINTIFF MICHAEL FOX CLIMBED IN THE BACK OF THE MINI VAN TO HIS BED, AND LAYED DOWN AND WENT TO SLEEP.....
TIME IS NOT KNOWN OF WHEN THIS HAPPENED....

THE PLAINTIFF MICHAEL FOX WAS COMPLETLY ASLEEP, WHEN A BLUE MID SIZE CAR REAR ENDED THE FORD EXPEDITION THAT WAS PARKED BEHIND MICHAEL FOXES MINI VANN..

THAT THE HIGH RATE OF SPEED THAT THE DEFENDANTS CAR WAS TRAVELING AT THE TIME OF IMPACT, DROVE THE FORD EXPEDITION INTO THE REAR END OF PLAINTIFF MICHAEL FOXES MINI VANN...

THAT THE HIGH IMPACT OF THE FORD EXPEDITION HITTING THE PLAINTIFFS VANN, DRIVING THE PLAINTIFFS PLYMONTH GRAND VOYAGER INTO THE REAR OF THE RED FORD TAURUS....

THAT WHEN MICHAEL FOX THE PLAINTIFF CLIMBED OUT OF THE VEHICAL, THERE WHERE 2 YOUNG COUPLES TOGETHER IN TWO DIFFERENT VEHICALS....ALREADY OUTSIDE AND LOOKING AROUND....

ITS THE PLAINTIFF MICHAEL FOXES THOUGHTS... THAT THESE WHERE PEOPLE THAT KNOW ABOUT THIS STAGED CAR ACCIDENT...

THESE INDIVIDUES  ARE ACTING VERY FUNNY AS MICHAEL FOX THE PLAINTIFF IS OUT OF HIS MINI VAN, AND WALKING AROUND...

POLICE SHOW UP....AND ASK QUESTIONS TAKE LICENSE'S AND INFORMATION...

AMBULANCES COME...WANT TO TAKE MICHAEL FOX THE PLAINTIFF TO THE HOSPITAL..
MICHAEL FOX  THE PLAINTIFF WANTS TO GO, BUT PLAINTIFF WANTS TO TAKE PERSONAL BELONGINGS...PLAINTIFF MICHAEL FOX IS TOLD  HE CAN NOT BRING A THING.....

MICHAEL FOX THE PLAINTIFF IS TOLD BY POLICE AND AMBULANCE DRIVERS THAT ALL MICHAEL FOXES BELONGINGS WOULD BE SAFE....

MICHAEL FOX THE PLAINTIFF KNOWS THESE PEOPLE ARE FRIGGIN LIARS....

MICHAEL FOX THE PLAINTIFF... KNOWS THIS IS A GOVERMENT HIT..AND THAT THESE PEOPLE WANT TO GET TO THE PLAINTIFFS COMPUTER AND FILES THAT PLAINTIFF MICHAEL FOX CARRIES... AND OTHER INFORMATION...
MICHAEL FOX THE PLAINTIFF REFUSES TO GO IN AMBULANCE.. MICHAEL FOX THE PLAINTIFF IS FORCED TO SIGN A RELEASE THAT THE PLAINTIFF MICHAEL FOX REFUSED TO GO TO HOSPITAL IN AMBULANCE....

POLICE ARE TOLD BY PLAINTIFF MICHAEL FOX—THAT THE PLAINTIFF WAS SLEEPING IN THE VAN......AT THE TIME OF THE COLLISION.....

PAULA PATSON THE WOMEN THAT CAUSED THIS STAGED CAR ACCIDENT IS STILL IN THE FRONT SEAT OF HER CAR...

PAULA PATSONS  ALLEDGED HUSBAND SHOWS UP 15-20 MINUTES AFTER CAR WRECK......DRIVING AN OLD FORD PICK UP....
HOW UNUSUAL THIS IS THAT BOTH THIS HUSBAND AND WIFE ARE IN GALVESTON TEXAS, THE WOMEN DESTROYS THE FAMILY CAR, AND THIS ALLEDGED HUSBAND COMES DRIVING UP TO THE ACCIDENT DRIVING

Page 13

IN AN OLD FORD PICKUP TRUCK BY HIMSELF.....IF THIS ALLEGED COUPLE IS TOGETHER, AND VISITING FROM HOUSTON TEXAS, HOW DOES THIS MAN/HUSBAND SHOW UP BY HIMSELF.....AND DRIVING ANOTHER VEHICAL....WHEN PAULA PATSON HAD JUST TOTALED THE FAMILY CAR..........THIS IS A FULL FLEDGE GOVERMENT STING OPERATION....

PAULA PATSON THE DEFENDANT, THE WOMEN THAT CAUSED THIS STAGED CAR WRECK GETS OUT OF HER CAR, AND THE POLICE ARE DONE TALKING TO HER, AND HER ALLEDGED HUSBAND.. BOTH OF THESE INDIVIDULES WALK TOWARDS MICHAEL FOX THE PLAINTIFF... AND THE LOOK ON THERE FACES AND IN THERE EYES... YOU COULD CLEARLY TELL THIS WAS A STAGED CAR WRECK......THEY WALKED BY THE PLAINTIFF MICHAEL FOX AND HAD A LOOK AS———— YEA——— MICHAEL FOX——— WE GOT YOU...........
THIS MAN AND WOMEN DROVE OFF IN THE OLD FORD PICK UP, NOT EVER ASKING IF THE PLAINTIFF MICHAEL FOX IS ALRIGHT..... OR THERE SORRY......AND THERE NOT SORRY, AND THESE PEOPLE DO'NT GIVE A DAM ABOUT THE PLAINTIFF MICHAEL FOXES WELL BEING..
THAT AS THESE TWO PEOPLE PAULA PATSON, AND RONALD PATSON THE DEFENDANTS, HAVE CONSPIRED WITH OTHERS IN TRYING TO CAUSE GREAT PHYSICAL HARM OR POSSIBLE DEATH TO MICHAEL FOXES LIFE....AND TO FURTHER DESTROY EVERYTHING THE PLAINTIFF OWNS....

THIS HAS GONE ON IN THE PLAINTIFFS LIFE FOR OVER 20 YEARS NOW....THAT EVERYTHING THE PLAINTIFF OWNS IS EITHER TAKEN AWAY, OR IS DESTROYED...

MICHAEL FOX THE PLAINTIFF TOLD THE GALVESTON POLICE OF THE PAIN HE WAS IN AND FURTHER MORE TOLD THE POLICE THAT HE KNOWS NO-ONE IN GALVESTON TEXAS AS THE PLAINTIFF WAS BEING QUESTIONED BY THE GALVESTON POLICE....AND AMBULANCE EMPLOYEE'S.....

THAT AT THE END OF CLEAN UP OF THIS ACCIDENT, AND THE CARS WHERE ALL HAULED AWAY, THE AMBULANCES LEFT...
THE GALVESTON POLICE LEFT MICHAEL FOX ON THE SHOULDER OF THE ROAD, CARRYING HIS BELONGINGS....

THAT THE GALVISTON POLICE NEVER OFFERING THE PLAINTIFF MICHAEL FOX A RIDE TO A SECURE LOCATION.....OR TO HELP THE PLAINTIFF MICHAEL FOX

THAT THE GALVISTON POLICE SHOULD HAVE.. IF THEY HAVE ANY RESPECT FOR THE LIFE OF MICHAEL FOX THE PLAINTIFF, OFFERING OR GIVING THE PLAINTIFF A RIDE AND HELPED HIM OUT....

MICHAEL FOX THE PLAINTIFF WALKED 12 MILES IN THE EARLY MORNING HOURS TO TEXAS CITY TEXAS..TO THE ENTERPRISE CAR RENTAL THERE..

THE PLAINTIFF MICHAEL FOX,TRYING TO HITCH HIKE..TO TEXAS CITY TEXAS..

THAT MICHAEL FOX HAD A GROUP OF SICO SICK POLICE TEAM PLAYERS INVOLVED IN THIS STAGED CAR WRECK, THAT WHILE THE PLAINTIFF WAS WALKING AS HE TRYED TO HITCH HIKE.....ONE MAN IN THE PASSANGER SIDE OF ONE CAR THAT DROVE BY, HANGING OUT OF THE CAR WINDOW... YELLING TO THE PLAINTIFF MICHAEL FOX............( MARCH ON FOX——— MARCH ON FOX)

THE PLAINTIFF MICHAEL FOX IS UTTERLY ENRAGED AT THIS TIME....

ALL KINDS OF CARS PASSING AND BLOWING THERE HORN AT MICHAEL FOX AS THE PLAINTIFF WALKED TOWARDS TEXAS CITY TEXAS TRYING TO HITCH HIKE.....TIME IS 2AM TO 5 AM IN THE MORNING AS THIS CONTINUED ON....

TWO OTHER CARS AS THEY APPROACHED THE PLAINTIFF MICHAEL FOX HITCH HIKING...TURNING ON THERE INSIDE LIGHT AND DRIVING BY

MICHAEL FOX SAID TO HIMSELF, WHAT A TRUELY BUNCH OF COLD BLOODED PEOPLE THESE SCUM ARE.....

WHEN MICHAEL FOX THE PLAINTIFF WALKED TO THE NEAREST GAS STATION OR CONVENIECE STORE TO CALL THE INSURANCE COMPANY..RIGHT AFTER THE ACCIDENT.....THE PLAINTIFF IS AGAIN BEING STALKED BY THE SICO POLICE....AND THERE TEAM PLAYERS.....

A YOUNG MAN APPROX. 28-32 YRS OLD DROVE INTO THE GAS STATION WHILE MICHAEL FOX THE PLAINTIFF

IS ON THE PHONE....DRIVING AN IDENTICAL OLD FORD PICK UP TRUCK, LIKE THE MAN WHO CAME TO GET HIS WIFE AFTER THIS GOVERMENT STAGED CAR WRECK........

THIS MAN GETTING OUT OF THE TRUCK AND LOOKING AT MICHAEL FOX THE PLAINTIFF, AS IF MICHAEL FOX IS SCUM.....MICHAEL FOX THE PLAINTIFF GIVING THE SAME LOOK BACK.......

BELOW IS THE DISCRIPTION WHAT SAVED THE PLAINTIFF MICHAEL FOX  INSIDE THE MINI VANN DURING IMPACT OF THE COLLISION,,, AND THE  INJURIES AND PAIN AND SUFFERING THAT THE PLAINTIFF ENDURES AS A RESULT OF THIS ACCIDENT...

THAT THE HEAD OF MICHAEL FOX THE PLAINTIFF, WAS AT THE REAR OF THE PLAINTIFFS MINI VANN......THAT THE PLAINTIFFS BED WAS ON THE DRIVERS SIDE...

THAT MICHAEL FOX WAS SAVED FROM DEATH, OR FROM SEVERE  HEAD INJURIES DUE TO THE FACT THAT THE IMPACT OF THE DEFENDANTS CAR HIT THE DRIVERS SIDE OF THE REAR END OF THIS FORD EXPEDITION, CAUSING THE FORD EXPEDITION TO JUMP FORWARD BUT TO  ALSO CAUSE THE FORD EXPEDITION TO VERE  TO THE RIGHT SIDE...

THAT WHEN THE IMPACT OF THE FORD EXPEDITION BUMPER WENT OVER THE TOP OF THE PLAINTIFFS BUMPER, IT DROVE THE PLAINTIFFS  REAR HATCH  IN..
THAT THE INTERIOR OF THE HATCH  SMACKED THE RIGHT SIDE OF THE PLAINTIFF HEAD...AS THE PLAINTIFF MICHAEL FOX WAS SLEEPING ON HIS BACK...

THAT THE PLAINTIFF MICHAEL FOXES BODY WAS TWISTED AND THROWN ALL  AROUND THE REAR END OF THIS MINI VAN

THAT THE FORD EXPEDITION CAVED IN THE COMPLETE REAR DOOR HATCH AND CARRIED THROUGH THE PASSANGER SIDE OF THE MINI VAN PEELING BACK THE PASSNGER REAR QUARTER PANEL, AND BREAKING ALL WINDOWS IN THE REAR OF THIS MINI VANN......

THAT AS A RESULT OF THIS STAGED CAR ACCIDENT.... THE PLAINTIFF MICHAEL FOX HAS INDURED SEVERE HEADACHES,  SHARP AND STINGING SHOTS OF PAIN IN  THE PLAINTIFFS UPPER FORE HEAD AREA....CAN FEEL  SHOTS OF PAIN IN THE BACK OF THE PLAINTIFFS EYES.....

THAT THE PLAINTIFF MICHAEL FOX HAS THESE SHARP AND STINGING SHOTS OF PAIN  SHOOT UP THE BACK OF THE NECK AND INTO THE SKULL AREA, AND STOP AROUND THE HEIGHT OF THE TOP OF THE EARS IN THE BACK OF THE SKULL.....

THAT THE PLAINTIFF MICHAEL FOX HAS SHARP AND STINGING PAIN TO THE UPPER AND LOWER MIDDLE AND LOWER BACK AREA OF THE PLAINTIFFS BACK  ..

THAT ON 3 DIFFERENT SEPARATE OCASSIONS SINCE THIS CAR WRECK, IT WAS ALMOST IMPOSSIBLE FOR THE PLAINTIFF MICHAEL FOX TO MOVE AND GET UP AND WALK DUE TO THE GREAT AND INTENSE PAIN THAT THE PLAINTIFF MICHAEL FOX WAS IN......

THAT THE PLAINTIFF MICHAEL FOX GOES TO THE WHIRPOOL/SPA ON A DAILY BASIS TO HELP WITH THE PAIN.... SPENDING 1 TO 2 HOURS A DAY SITTING IN THE HOT CIRCULATING WATER.....

THAT THE PLAINTIFF MICHAEL FOX HAS TRYED TO LIFT WEIGHTS AND WHEN THE PLAINTIFF MICHAEL FOX LIFTS WEIGHTS OVER HIS HEAD EXCEDDING 40-50 POUNDS FOR ANY DURATION OF TIME, OR CONTINUES REPITIONS.... THE PLAINTIFF SUFFERS SEVERE SHARP AND STINGING PAIN IN THE UPPER AND MIDDLE OF THE BACK, AND SHOTS OF STINGING PAIN IN THE REAR NECK AND BACK OF THE SKULL AREA...

THE PLAINTLIFF MICHAEL FOX HAS BEEN LIVING IN THE BACK OF HIS 1995 PLYMOUTH GRAND VOYARGER SINCE OCT 22 2004--UNTIL THE VEHICAL WAS DESTROYED IN THIS STAGED CAR WRECK THAT THE DEFENDENT CAUSED ON FEBUARY 4TH 2006...WHILE THE PLAINTIFF MICHAEL FOX LAY SLEEPING IN HIS VEHICAL...

THAT THIS MINI VAN WAS THE PLAINTIFFS HOME...AND IT WAS PARKED ON THE SHOULDER OF THE ROAD LEGALLY, AND NOT INTERFERING WITH TRAFFIC...

THAT THE PLAINTIFF MICHAEL FOX WAS UNABLE TO GET A MINI VANN AS A RENTAL CAR AT FIRST...

THAT MICHAEL FOX WAS ABLE TO GET A MINI VANN FOR A SHORT PERIOD OF TIME, BUT DECLINED TO TAKE IT BECAUSE OF THE SEATS IN THE BACK, AND THAT THE PLAINTIFF WAS UNABLE TO TAKE THE SEATS OUT AND TO MAKE A BED IN THE BACK, LIKE IN THE PLAINTIFFS WRECKED VEHICAL......,

THAT THE PLAINTIFF MICHAEL FOX WENT FROM SLEEPING IN CONFORTABLE BED, TO SLEEPING UP RIGHT IN THE FRONT SEAT OF A MID-SIZE CAR  AND LATER  COMPACT CARS.

THAT THE PLAINTIFF TRYED TO GET THE INSURANCE COMPANY TO PAY FOR A HOTEL ROOM....
THAT THE INSURANCE AJUSTOR FOR THE DEFENDANT WOULD NOT ALLOW IT.......

THAT THE PLAINTIFF TRYED TO EXPLAIN TO THE AJUSTER.. THAT THE PLAINTIFFS  HOME WAS DESTROYED, THAT AMICA INSURANCE AJUSTER DID NOT WANT TO HEAR ABOUT IT. AND KEPT SAYING THIS WAS A CAR ACCIDENT,

THAT THE PLAINTIFF MICHAEL FOX TRYED TO TELL THIS AJUSTER THAT THIS IS A PROPERTY DAMAGE WRECK, AND THAT MICHAEL FOXES CAR WAS IN FACT PARKED ON THE SHOULDER OF THE ROAD..

THAT MICHAEL FOX THE PLAINTIFF HAS TWO DIFFERENT AJUSTERS,,, ONE FOR THE MEDICAL AND ONE FOR THE VEHICAL INSURANCE........THAT AS OF JULY 10 2007, MICHAEL FOX HAS NOT BEEN PAID FOR HIS TOTALED VANN....

THAT THE PLAINTIFF MICHAEL FOX DROVE ALL OVER FOR AT LEAST 10 DAYS TRYING TO FIND ANOTHER MINI VAN, RIGHT AFTER THIS STAGED CAR WRECK, BUT WAS UNABLE TO PURCHASE ANOTHER VEHICAL DUE TO NOT RECIEVING MONEY FROM THE PLAINTIFFS DESTOYED VEHICAL...

THAT MICHAEL FOX WAS BEING TRACKED BY STATE...FEDERAL AND GALVISTON POLICE AS HE WAS IN GALVESTON TEXAS, AND OTHER UNKNOWN POLICE DIVISIONS....

THAT MICHAEL FOX WAS ATTACKED VERBALLY AND LATER ASSULTED BY THE GALVISTON POLICE VICE SQUAD, AFTER THIS STAGED CAR ACCIDENT... WHILE THE PLAINTIFF MICHAEL FOX WAS SEATING IN A BAR IN DOWNTOWN GALVESTON TEXAS, WATCHING THE SUPER BOWL IN FEBUARY 2006...MICHAEL FOX THE PLAINTIFF NOT DRINKING, ONLY EATING AND WATCHING THE GAME....

THAT MICHAEL FOX WENT TO THE GALVISTON POLICE DEPT. THE DAY AFTER THE ACCIDENT...TO GET POLICE REPORT....MICHAEL FOX PAID AND RECIEVED POLICE REPORT.

THAT WRITTEN IN THE POLICE REPORT IS THE DEFENDANTS INSURANCE CARRIER....WHICH IS SUPOSEDLY AMERICAN MUTUAL INSURANCE....
COPY OF POLICE REPORT ATTACHED HERETO AS EXHIBIT 58A THRU 58D...

THAT MICHAEL FOX THE PLAINTIFF TRYED CALLING INFORMATION ON THE PHONE TO RECIEVE THE PHONE NUMBER FOR AMERICAN MUTUAL..
THAT THERE  IS NO SUCH NUMBER LISTED FOR THE AMERICAN MUTUAL INSURANCE...

BUT THERE WAS A SIMULAR COMPANY NAME,  THE PLAINTIFF MICHAEL FOX TRYED CALLING THAT NUMBER...BUT IT WAS NOT THE RIGHT INSURANCE CARRIER....

THAT MICHAEL FOX THE PLAINTIFF CALLED HIS INSURANCE COMPANY... AIG INSURANCE COMPANY TO SEE IF THEY COULD FIND THIS WOMENS INSURANCE COMPANY, BUT AIG INSURANCE COULD NOT FIND THE DEFENDENTS  INSURANCE COMPANY EITHER.....

THAT THERE WERE 2 DIFFERENT AJUSTERS FROM AIG INSURANCE COMPANY FROM THE DISTRICT OFFICE IN DALLAS TEXAS, CALLING AND  LEAVING MESSAGES FOR THE DEFENDENT WHO CAUSED THIS STAGED CAR WRECK TO RETURN THE PHONE CALL,  AND THAT AIG INSURANCE NEEDED THE DEFENDENTS INSURANCE COMPANY NAME AND NUMBER...

THAT MICHAEL FOX CALLED AIG INSURANCE....  THE PLAINTIFF MICHAEL FOXES INSURANCE CARRIER AGAIN... THAT MICHAEL FOX QUESTIONING AJUSTER DAVID WATERHOUSE IF HE EVER RECIEVED OR HAS THE DEFENDENT EVER CALLED IN WITH THERE INSURANCE COMPANY NAME...DAVID WATERHOUSE STATING

Page 16

WE HAVE NOT HEARD FROM THE WOMEN PAULA PATSON THE DEFENDENT...
DAVID WATERHOUSE THEN STATING HE WILL TRY TO CALL THE WOMEN RIGHT NOW, AND PUT THE
PLAINTIFF MICHAEL FOX ON HOLD WHILE DAVID WATERHOUSE TRYED TO CALL THE DEFENDENT.... DAVID
WATERHOUSE COMES BACK ON THE LINE WITH MICHAEL FOX...AND TELLS THE PLAINTIFF MICHAEL FOX
THAT HE DAVID WATERHOUSE CALLED THE DEFENDENT AT HERE HOME, AND THE DEFENDENT ANSWERED
THE PHONE, AND DAVID WATERHOUSE EXPLAINING WHO HE IS AND WANT HE WANTS, BUT THE DEFENDENT
PAULA PATSON CUT THE CONVERSATION SHORT, DID NOT ANSWER ANY QUESTION... DEFENDENT STATING
TO DAVID WATERHOUSE THAT SHE THE DEFENDENT WILL CALL HIM BACK AT A LATER TIME WITH THE
INFORMATION HE IS REQUESTING...

MICHAEL FOX THE PLAINTIFF CALLING DAVID WATERHOUSE ALMOST DAILY TRYING TO GET AN ANSWER TO
THE DEFENENTS INSURANCE CARRIER.  DAVID WATERHOUSE REPLYING THAT THE DEFENDENT HAS NOT,
AND DID NOT RETURN A PHONE CALL WITH DEFENDENT INSURANCE COMPANYS NAME AND PHONE #

THIS IS A COMPLETE GOVERMENT STING OPERATION..THAT IT IS FURTHER THE PLAINTIFFS SUSPISION THAT
THIS AMICA INSURANCE IS A GOVERMENT RAN COVER UP INSURANCE COMPANY WHEN THE GOVERMENT
STAGES CAR ACCIDENTS ALL OVER THE UNITED STATES.....

THAT THIS DEFENDENT THAT CAUSED THIS STAGED CAR ACCIDENT, SOMEHOW PURCHASED AND
CONSPIRED WITH OTHER UNKNOW PEOPLE TO COVER THIS ACCIDENT UP IN A SECOND INSURANCE POLICY,
AND FILTER IT THROUGH AMICA INSURANCE.....ANYTHING IS POSSIBLE WHEN YOU DEAL WITH THESE SICO
SICK GOVERMENT PEOPLE...

THAT THE GALVISTON POLICE FALSIFIED THE POLICE REPORT AND GAVE A BOGIS INSURANCE CARRIER
NAME FOR THE DEFENDENTS PAULA PATSON AND HER HUSBAND RONALD PATSON...

THAT THE DEFENDENT PAULA PATSON WOULD HAVE HAD TO SHOWN THE GALVISTON POLICE, AN
INSURANCE CERTIFICATE....OR THE GALVISTON POLICE WOULD HAVE HAD TO TICKET THE DEFENDENT FOR
NO PROOF OF INSURANCE.....

THAT THE ALLEDGED WOMENS HUSBAND CAME TO THE ACCIDENT RIGHT AFTER IT OCCURED, THAT THIS
MAN IS OF SOUND MIND, AND COULD HAVE SUPPLIED THE CORRECT INFORMATION, OR RETRIEVED IT FROM
THE DAMADED VEHICAL.....THIS AGAIN IS FURTHER PROOF OF A COVER UP, BY THE GALVISTON POLICE. AND
THE DEFENDANDS PAULA AND RONALD PATSON.....

THAT FURTHER MORE WRITTEN IN THIS POLICE REPORT IS THAT THE DEFENDENT STATES,, SHE MUST HAVE
FALLEN ASLEEP AT THE WHEEL OF THE CAR, THAT THE DEFENDENT PAULA PATSON HAD TAKEN THE
PERSCRIBE DRUG ZANEX, PRIOR TO THIS STAGED CAR WRECK.....AND THE DEFENDENT PAULA PATSON
FURTHER STATES SHE HAD NOT EATEN ANYTHING ALL DAY.....

THAT THE GALVISTON POLICE AGAIN DO NOT ISSUE ANY TICKET TO THIS WOMEN FOR DRIVING UNDER THE
INFLUENCE OF PRESRIBED DRUGS...OR CITED FOR WRECKLESS DRIVING....CARELESS DRIVING......

THAT THE GALVISTON POLICE ARE IN FACT PART OF THIS COVER UP ON THIS STAGED CAR WRECK, AND THE
ATTEMPTED MURDER OF THE PLAINTIFF MICHAEL FOX..
THAT THE GALVISTON POLICE WHERE TRACKING THE PLAINTIFF MICHAEL FOX THE NIGHT THE PLAINTIFF
MICHAEL FOX PULLED INTO GALVISTON TEXAS ON THE NIGHT OF FEBUARY 3RD 2006...

THAT THIS STAGED CAR WRECK THAT WAS INFLICTED UPON THE PLAINTIFF MICHAEL FOX... THERES A
BOGIS INSURANCE CARRIER NAME WRITTEN INTO THE POLICE REPORT,, THEN THE NON ISSUING OF
TRAFFIC VIOLATIONS.... AS THE DEFENDENT PAULA PATSON ADMITS TO BEING ON PERSCIBED DRUG KNOWN
AS ZANEX.... AT THE TIME OF THIS ACCIDENT...

THAT THE DEFENDENT PAULA PATSON WAS DRIVING A MOTOR VEHICAL UNDER THE INFLUENCE OF
DRUGS......THAT THE GALVISTON POLICE ARE PROTECTING THIS WOMEN....AND THAT THIS WOMEN AGAIN IS
NOT CHARGED WITH ANY MOVING VIOLATIONS.... .....

THAT THE PLAINTIFF MICHAEL FOX WANTS PROOF THAT THIS WOMEN IS UNDER DOCTORS CARE FOR THE
PERSCIBED DRUG ZANEX...AND THAT THIS WOMEN WAS INFACT UNDER THE INFLUENCE OF DRUGS.....

AGAIN THIS IS FURTHER PROOF OF ANOTHER GOVERMENT COVER UP..........

Page 17

THAT THE PLAINTIFF MICHAEL FOX KNOWS AND BELIEVES THAT THE DEFENDENT PAULA PATSON  WAS NOT HIGH ON DRUGS AND DID NOT FALL ASLEEP AT THE WHEEL OF THE CAR...THAT THE DEFENDENT DID INFACT INTENTIONALLY CRASH THE DEFENDENTS CAR INTO THE BACK OF THE FORD EXPLORER KNOWING THAT THE FORD EXPLORER WOULD PLOW INTO THE BACK OF THE PLAINTIFF MICHAEL FOXES VAN...DESTROYING THE PLAINTIFFS VEHICAL..AND THE PLAINTIFFS HOME..AND FURTHER MORE POSSIBLLY KILLING THE PLAINTIFF MICHAEL FOX OR SERIOUSLY HARMING  THE PLAINTIFF MICHAEL FOX..

THAT THE PLAINTIFF MICHAEL FOX WAS INVOLVED IN ANOTHER  STAGED CAR ACCIDENT IN FORT MEYERS FLORIDA, WHICH TOTALED THE PLAINTIFFS VEHICAL,  WHICH MICHAEL FOX WAS BLAMED FOR, AND THE POLICE AND MAN AND WOMEN THAT CAUSED THIS ACCIDENT  FALSIFY THE FORT MEYERS FLORIDA POLICE REPORT AND STATEMENTS......
THIS CAR WRECK WAS STAGED ON NOVEMER 30 2002 AND HAPPENED ON HIGHWAY US-41

THAT MICHAEL FOX WROTE GRIEVENCES AGAINST THE FORT MEYERS POLICE, AND THAT THE PLAINTIFF MICHAEL FOX WAS ATTACKED BY HIGHER RANKING POLICE OFFICERS AND POLITICAL FIGURES...AND FURTHERMORE BEING STALKED BY THE FATURNITY ORDER OF POLICE........

THAT AGAIN AMICA INSURANCE WAS ONE OF THE PEOPLES INSURANCE IN THIS STAGED CAR ACCIDENT......IN FORT MEYERS FLORIDA....

THAT THE MAN WHO CAUSED THIS ACCIDENT... DID RECIEVE PAYMENT FROM THE PLAINTIFF MICHAEL FOXES INSURANCE COMPANY--(AIG INSURANCE)

THAT AS OF A RESULT OF THIS STAGED ACCIDENT, ON NOV 30 2202.. THE PLAINTIFF MICHAEL FOXES INSURANCE RATES JUMPED UP.....AGAIN FURTHER DAMAGING THE PLAINTIFF MICHAEL FOXES...

AFTER THE PLAINTIFF MICHAEL FOX PURCHASING ANOTHER VEHICAL.FROM THE STAGED CAR WRECK IN FORT MEYERS FLORIDA IN NOVEMBER OF 2002....: THAT THE PLAINTIFF MICHAEL FOX HAD HIS BRAKES TAMPERED WITH WHILE WORKING AT R J VANN MECHANICAL IN FORT MEYERS FLORIDA

IN MARCH 19 OF 2003...THAT MICHAEL LEFT WORK, AND THE BRAKES ARE NOT WORKING....THAT MICHAEL FOX COULD HAVE BEEN KILLED OR SOME OTHER INDIVIDULES, AND AGAIN IT WOULD HAVE BEEN THE PLAINTIFFS MICHAEL FOXES FAULT...WHEN IT IS NOT...SOMEONE HAD TAMPERED WITH THE PLAINTIFF MICHAEL FOXES CAR....
WHERE MICHAEL FOX GOES TO GET  HIS BRAKES REPAIRED, THERE IS AN OLD MAN THAT COMES INTO TIRE KINGDOM AFTER FOX IS THERE AND WAITING..
THIS OLD MAN WEARING A TEE SHIRT--IF YOU LOVE SOMEONE SET THEM FREE, IF THEY DO'NT COME BACK HUNT THEM DOWN AND KILL THEM...
THIS WAS WITNESSED BY THE MAN WHO IS KEN FISHERS SON IN LAW FROM RJ VANN MECHANICAL IN FORT MEYERS FLORIDA.. THE SAME PLACE WHERE MICHAEL FOX WORKS AND HAD JUST LEFT FINDING THAT SOMEONE HAD TAMPERED WITH  THE PLAINTIFF MICHAEL FOXES VEHICAL...
MICHAEL FOX THE PLAINTIFF BELIEVES IT TO BE A POLITICAL POLICE FORCE FROM THE STATE OF MICHIGAN ALONG WITH THE FLORIDA POLICE...

THAT AFTER MICHAEL FOX THE PLAINTIFF GETTING HIS BRAKES REPAIRED, MICHAEL FOX DROVE STRAIGHT HOME, AND CALLED AIG INSURANCE, AND HAD COLLISION ADDED TO THE PLAINTIFF MICHAEL FOXES INSURANCE POLICY...

THAT THE PLAINTIFF MICHAEL FOX HAS CARRIED FULL COVERAGE NSURANCE EVER SINCE THIS INCIDENT OF SOME ONE TAMPERING WITH THE BRAKES, TRYING TO CAUSE THE PLAINTIFF MORE FINANCIAL DOWNFALL, AND CAUSE ADDITIONAL GREAT AND EMOTIONAL AND IRRUPTABLE HARM......

THAT MICHAEL FOX THE PLAINTIFF AFTER THIS STAGED CAR WRECK,  WAS GOING TO THE POST OFFICE IN GALVISTON TEXAS WHERE THE UNITED STATES DISTRICT COURT HOUSE IS...

THAT ON ONE OCASSION MICHAEL FOX WENT TO THE POST OFFICE  IN THE FEDERAL COURT HOUSE, THEN TO FURTHER GO  TO COURT CLERKS OFFICE IN THE FEDERAL COURT HOUSE TO GET INFORMATION ON FILING A COMPLAINT IN THE FEDERAL COURT HOUSE...THAT THE UNITED STATES MARSHALL SERVICE WAS WAITING FOR MICHAEL FOX ON THIS DAY.... THAT THE PLAINTIFF MICHAEL FOX WAS.ATTACKED WITH VERBAL INSULTS, IN A DEMEANING WAY....US MARSHALL KEPT ASKING WHY THE PLAINTIFF MICHAEL FOX IS

HERE...
MICHAEL FOX THE PLAINTIFF  RESPONDING THAT HE NEEDS INFORMATION AND COURT FORMS FOR A LAWSUIT...
US MARSHALLS TELLING MICHAEL FOX WHAT FLOOR TO GET OFF ON, AND WHICH WAY TO TURN GETTING OFF ELEVATOR...THAT MICHAEL FOX WENT UP THE ELEVATOR  IN THE COURT HOUSE TO THE CLERKS OFFICE, TO HAVE  QUESTIONS ANSWERED AND TO GET COURT FORMS, WHICH MICHAEL FOX RECIEVED....MICHAEL FOX WENT BACK DOWNSTAIRS IN THE ELEVATOR...AND NOW THE TWO US MARSHALL THAT WHERE WAITING FOR THE PLAINTIFF, WHEN THE PLAINTIFF  MICHAEL FOX ARRIVED,  ARE NOW GONE...APPROX 15 MINUTES HAVE GONE BY SINCE THE PLAINTIFF MICHAEL FOX WENT UP STAIRS AND BACK DOWN STAIRS...AND NOW THERE IS ONLY ONE US MARSHALL, AND HE IS ONE OF THE ORIGINAL US MARSHALL FOX HAS SEEN AT THIIS POST BEFORE......  MICHAEL FOX HAVING A CONVERSATION WITH THIS US MARSHALL, AND THE US MARSHALL ACTING VERY INTIMIDATING:.  MICHAEL FOX ASKING FOR THE BEST ATTORNEYS THAT THE US MARSHALL KNOWS OF... THIS US MARSHALL TELLING THE PLAINTIFF  MICHAEL FOX THAT IT IS NOT ETHICAL FOR HIM TO GIVE ADVICE OR PROPER...BUT THAT THERE ARE SOME GOOD ONES...US MARSHALL SAYS I SHOULD GO TO HOUSTON TEXAS, THAT THERE ARE GREAT ATTORNEYS IN HOUSTON TEXAS...THEN THIS US MARSHALL LAUGHING IN A INTIMATING WAY....THE PLAINTIFF MICHAEL FOX CUTTING THE CONVERSATION SHORT...AND SAYING GOOD BY..ONLY TO HERE THE US MARSHALL SAYING GOOD LUCK TO YOU...MR FOX...
HOW DOES THIS US MARSHALL KNOW THE PLAINTIFF MICHAEL FOXES NAME....BECAUSE I'M ON THE GOVERMENT HIT LIST....MICHAEL FOX THE PLAINTIFF RESPONDS BACK....I NEED ALL THE HELP I CAN GET....IF YOU ONLY KNEW THE TYPE OF SCUM I AM DEALING WITH......US MARSHAL LAUGHING AT MY COMMENT...

MICHAEL FOX IS UTTERLY ENRAGED RIGHT NOW.....AND LEFT GALVISTON TEXAS ON THIS SAME DAY THAT THE PLAINTIFF WENT TO THIS COURT HOUSE....

THAT MICHAEL FOX THE PLAINTIFF LEAVES AGAIN BECAUSE OF THE  FEDERAL/STATE POLICE NONSENSE...AND SECURITY COMPANYS AND ALL OTHERS.

THAT MICHAEL FOX DROVE TO DALLAS TEXAS TO MEET WITH HIS INSURANCE COMPANY (AIG INSURANCE) TRYING TO GET PAID BY THE PLAINTIFFS OWN INSURANCE COMPANY FOR VEHICAL DAMAGE...

MICHAEL FOX  THE PLAINTIFF ARRIVING AT AIG INSURANCE AND TALKING TO DAVID WATERHOUSE, MICHAEL FOX GIVING ALL VEHICAL RECIEPTS ON THIS TOTALED VEHICAL OF THE PLAINTIFF..

DAVID WATERHOUSE TAKING ALL RECIEPTS INTO HIS MANAGER, TO REVIEW...
DAVID WATERHOUSE RETURNING TO THE WAITING ROOM...TELLS THE PLAINTIFF MICHAEL FOX THAT AIG WILL OFFER TWENTY-TWO---HUNDRED DOLLARS..

MICHAEL FOX WAS ABLE TO RECIEVE A CHECK FOR 2200 HUNDRED DOLLARS FOR THE PLAINTIFFS  VEHICAL, PLAINTIFF WOULD NOT ACCEPT THAT LOW OF A FIGURE... THAT DAVID WATERHOUSE TOLD THE PLAINTIFF MICHAEL FOX  IT WOULD BE BETTER TO GO THOUGH AMICA INSURANCE TO GET YOUR MONEY...

THAT MICHAEL FOX THE PLAINTIFF ASKED DAVID WATERHOUSE FROM AIG INSURANCE.... WITH ALL THE RECIEPT MICHAEL FOX THE PLAINTIFF HAVE SUPPLIED YOU WITH, AND THE EXCELLANT CONDITION OF THIS CAR, HOW MUCH DO YOU THINK THE AMICA INSURANCE WILL PAY ME..
DAVID WATERHOUSE SAYS YOU SHOULD GET BETWWEN 5 AND 6 THOUSAND....
THE PLAINTIFF MICHAEL FOX TOLD DAVID WATERHOUSE, HE WANTS 7 THOUSAND....
MICHAEL FOX THE PLAINTIFF ARGUED WITH DAVID WATERHOUSE, WHY AIG DOES NOT PAY THE PLAINTIFF MICHAEL FOX, AFTER ALL THE RECIEPTS THE PLAINTIFF HAS FOR THIS VEHICAL..
DAVID WATERHOUSE REPLYS THAT IF AIG INSURANCE PAYS YOU THAT AMOUNT, THAT  AMICA INSURANCE MIGHT NOT REPAY THE AMOUNT AIG PAYED THE PLAINTIFF MICHAEL FOX FOR DAMAGES TO THE PLAINTIFF VEHICAL...

THAT WHILE MICHAEL FOX WAS IN THIS AIG OFFICE...MICHAEL FOX HAD BLACK MEN THE PLAINTIFF HAS SEEN IN FLORIDA AND IN MICHIGAN...THERE LOOKING AT THE PLAINTIFF LIKE THERE IS SOMETHING WRONG WITH THE PLAINTIFF..

THESE BLACK MEN KEEP WALKING IN AND OUT OF THE LOCKED OFFICES OF AIG INSURANCE... AND WATCHING THE PLAINTIFF AND DAVID WATERHOUSE HAVE THERE CONVERSATION IN THE WAITING ROOM....

THAT AFTER THIS MEETING WITH DAVID WATERHOUSE,  THE PLAINTIFF MICHAEL FOX  HAD TO DRIVE TO

Page 19

HENDERSON NEVEDA WHERE THE PLAINTIFF MICHAEL FOX HAD A 5 BY 8 ENCLOSED TRAILER STORED... THAT THE RENTAL CAR MICHAEL FOX WAS GIVEN, WAS PACKED FROM FLOOR TO CEILING WITH ALL THE BELONGINGS MICHAEL FOX HAD IN THE MINI VANN THAT WAS DESTROYED....AND THERE WAS UTTERLY NO ROOM IN THIS VEHICAL TO STORE ANOTHER THING....

THAT MICHAEL FOX THE PLAINTIFF PARKED THE NIGHT HE GOT INTO HENDERSON NEVEDA IN A COURNER VACANT LOT....TO SLEEP THAT NIGHT....

THAT THE NEXT MORNING THE THE BATTERY WAS DEAD IN THIS RENTAL CAR.....
THE PLAINTIFF MICHAEL FOX BELIVES THAT SOME OF THE GOVERMENT SICOS IN THE POLICE HAD TAMPERED WITH THE CAR AS MICHAEL FOX THE PLAINTIFF SLEEP THAT NIGHT....

THAT MICHAEL FOX THE PLAINTIFF TRYED STARTING THE CAR THE NEXT MORNING...AND THAT THE BATTERY WAS DEAD.....THAT THE PLAINTIFF FURTHER TRIED TO GET PEOPLE TO GIVE THE PLAINTIFF A JUMP... NO-ONE WOULD.....SOME PEOPLE THE PLAINTIFF ASKED, WHERE UNDERCOVER POLICE OR SOME KIND OF INFORMANT....OR TEAM PLAYER IN ANOTHER ONE OF THE SICO POLICE STAGED INCIDENTS....

MICHAEL FOX THE PLAINTIFF FINIALLY GOT A JUMP..... MAN LEAVES WHO GAVE JUMP...MICHAEL FOX IS OUTSIDE THE VEHICAL AND IS SORTING THROUGH THE BELONGINGS HE TOOK OUT OF THE CAR, TRYING TO FIND SOMETHING...

MICHAEL FOX THEN HEARS A LOUD SPEAKER, TO STOP WHAT YOUR DOING, AND WALK TOWARDS THE POLICE VEHICAL.....THERE ARE TWO HENDERSON NEVEDA POLICE SUBURBAN VEHICALS THERE....THE PLAINTIFF WALKS TOWARDS THE POICE VEHICALS......THEN THE PLAINTIFF HEARS ON OF THESE POLICE ASK..... IS THAT YOU MICHAEL FOX.....IS THAT YOU MICHAEL FOX....THE PLAINTIFF RESPONDS YES... YOU GOT ME....
MICHAEL FOX THE PLAINTIFF WALKS TOWARDS THE VEHICALS...MICHAEL FOX IS TOLD TO PUT HIS HANDS ON THE FRONT HOOD OF THE VEHICAL, AND DO'NT TAKE THEM OFF....THEN THE POLICE OFFICER ASKING ME IF THE PLAINTIFF REMEMBER HIM.....THE PLAINTIFF MICHAEL FOX RESPONDS—— HOW COULD I NOT, AFTER YOU AND YOUR FELLOW POLICE BEAT MY BALLS OFF LAST TIME........THIS OFFICER IS SHOOK FROM WHAT THE PLAINTIFF JUST SAID...AND SAID HE DID NOT DO ANYTHING WRONG.....THE PLAINTIFF MICHAEL FOX RESPONDS SAYING YEA RIGHT, YOU NEVER DO...
HOW DOES THIS POLICE OFFICER AGAIN KNOW WHO THE PLAINTIFF IS,, AFTER NOT SEEING MICHAEL FOX THE PLAINTIFF FOR ALMOST 1 YEAR....MICHAEL FOX ONLY HAD MEET THIS POLICE OFFICER ONE TIME, WHEN THE GOVERENT AGAIN ATTACKED THE PLAINTIFF MICHAEL FOX IN HENDERSON NEVEDA......
AGAIN THIS IS FURTHER PROOF OF THE GOVERMENT POLICE TRACKING THE PLAINTIFF MICHAEL FOX, AND STAGING ON GOING INCIDENTS WITH THE PLAINTIFF MICHAEL FOX.....FURTHER INTIMIDATING AND PROVOKING THE PLAINTIFF MICHAEL FOX....
AT THIS TIME THE PLAINTIFF MICHAEL FOX IS AGAIN BEING INTERIGATED....FURTHER BEING HARRASED AND INTIMADED AND PROVOKED......

THEN THE POLICE OFFICER THE PLAINTIFF MICHAEL FOX KNOWS FROM THE THE ONE PAST INCIDENT....ASKS THE PLAINTIFF MICHAEL FOX WHAT I THINK ABOUT DICK CHENEY THE VICE PRESIDENT OF THE UNITED STATES ABOUT DICK CHENEY SHOOTING THIS ATTORNEY IN CHORPUS CHRISTI TEXAS....THIS HEDERSON POLICE OFFICER ASKING THE PLAINTIFF WHATS GOING ON.......
THE PLAINTIFF MICHAEL FOX RESPONDED, SAYING THE PLAINTIFF WAS JUST THERE IN CHORPUS CHRISTI TEXAS—HUM—HUM.....THE PLAINTIFF MICHAEL FOX SAID NO MORE REGARDING THIS QUESTIONING REGARDING THE VICE PRESIDENT OF THE UNITED STATES—DICK CHENEY...

MICHAEL FOX THE PLAINTIFF HAD LEFT CHORPUS CHRISTI TEXAS AND WENT TO GALVESTON TEXAS, MICHAEL FOXES CAR IS DESTROYED IN A GOVERMENT STAGED CAR ACCIDENT ON THE FIRST NIGHT IN GALVESTON TEXAS....  THEN THIS ALLEGED INCIDENT HAPPENED THAT DICK CHENEY SHOT HIS LONG TIME FRIEND ATTORNEY HARRY WHITTINGTON, IN CHORPUS CHRISTI TEXAS, 8 DAYS AFTER MICHAEL FOXES GOVERMENT STAGED CAR WRECK...

WHEN FOX WAS IN GALVESTON TEXAS DRIVING ALL OVER TRYING TO FIND A NEW VEHICAL...ALL OVER THE RADIO NEWS IS THE VICE PRESIDENT SHOT THIS ATTORNEY HARRY WHITTINGTON FROM HOUSTON TEXAS....

IN THE NEWSPAPER ARTICALS THAT WHERE POSTED, AFTER THIS ALLEDGED SHOOTING IS THIS IS A WELL KNOWN AND RESPECTED ATTORNEY FROM HOUSTON TEXAS...NAMED HARRY WHITTINGTON...



Page 20

THAT THIS ATTORNEY THAT IS SHOT ALDEGEDLY BY THE VICE PRESIDENT DICK CHENEY IS 72 PLUS YEARS OLD, THAT THIS ATTORNEY DOES NOT SUFFER FROM A HEART ATTACK FROM A SHOT GUN BLAST FROM 20 YARDS AWAY, OR IS NOT MORE SERIOUS WOULDED....

THIS AGAIN IS ANOTHER POLICE AND GOVERMENT COVER-UP, AND ANOTHER STUNT PREFORMED BY THE GOVERMENT.....

IS THIS A MESSAGE FROM THE HEAD OF THE GOVERMENT POLICE FORCE FROM WASHINGTON DC...THAT IF YOU DARE MICHAEL FOX TRY TO GET AN ATTORNEY..
THAT THIS ATTORNEY YOU HIRE FOR RERESENTATION WILL DIE IN AN UNUSAL AND TRAGIC MANNER......
MICHAEL FOX HAS ALWAYS STATED, AND WILL UNTIL HIS DEATH..THESE PEOPLE ARE THE SICKEST FORM OF HUMAN LIFE ON THE EARTH.....
AND FURTHER MORE ABOVE THE LAW, BECAUSE THEY DESTROY ANYBODY THEY WANT OR THEY KILL THEM.......MY LIFE AND THE INCIDENTS IN MY LIFE ARE LIVING FACT TO THE PLAINTIFF MICHAEL FOXES STATEMENT....

THE DEFENDENTS PAULA AND RONALD PATSON THAT CAUSED THE PLAINTIFF MICHAEL FOXES STAGE CAR WRECK, ARE FROM HOUSTON TEXAS...OR ARE ALEDGEDLY FROM HOUSTON TEXAS.... IF THIS POLICE REPORT IS CORRECT AND NOT FALSIFIED AGAIN...

THAT THE US MARSHALL FROM THE COURT HOUSE IN GALVISTON TEXAS TOLD THE PLAINTIFF MICHAEL FOX TO GO TO HOUSTON TEXAS TO GET A GREAT ATTORNEY FOR LEGAL MATTERS IN FEDERAL COURT....

THAT THE VICE PRESIDENT OF THE UNITED STATES OF AMERICA, WHO ALEDGEDLY SHOT HIS LONG TIME FRIEND, IS AN ATTORNEY, ALEDGEDLY FROM HOUSTON TEXAS...

THAT BEFORE THE STAGED CAR WRECK, AND THE PLAINTIFF LIVING IN CHOURPUS CHRISI TEXAS AND THE PLAINTIFF GOING IN FED EX KINKOS IN CHORPUS CHRISTI TEXAS...
EVERYBODY THAT SAT BY THE PLAINTIFF MICHAEL FOX, WHO TALKED TO OTHER PEOPLE ON THE PHONE OR OTHER PEOPLE AT FED EX KINKOS OR TALKED TO THE PLAINTIFF MICHAEL FOX WAS FROM HOUSTON TEXAS.....
MICHAEL FOX SAYING TO HIMSELF, WHAT IS THE BIG DEAL ABOUT HOUSTON TEXAS. WHAT IS THE MESSAGE THE SICO POLICE ARE TRYING TO SEND

THAT MICHAEL FOX THE PLAINTIFF HAS BEEN RENTING CARS EVER SINCE THIS STAGED CAR WRECK HAPPENED...UNTIL THE PLAINTIFF MICHAEL FOX BOUGHT ANOTHER VEHICAL...  A DODGE GRAND CARAVAN ON NOVEMBER 21 2006..........

THAT MICHAEL FOX THE PLAINTIFF HAS RENTED ECONOMY SIZE CARS FROM THRIFTHY CAR RENTAL, SINCE THIS STAGED CAR WRECK....

THAT MICHAEL FOX THE PLAINTIFF HAS BEEN SLEEPING IN THE FRONT SEAT OF THESE RENTAL CARS, DUE FROM THIS CAR WRECK...

THAT DUE TO MICHAEL FOX THE PLAINTIFF SLEEPING IN THE FRONT SEAT OF CRAMP CARS, THE PLAINTIFF MICHAEL FOX HAS DEVEOLPED BLOOD CLOTS IN HIS LOWER RIGHT CALF, AND IN BOTH LUNGS....

THAT THE PLAINTIFF MICHAEL FOX, WAS HOSPITILIZED FOR 5 DAYS..FROM SEPT 21 THRU SEPT. 25 2006 IN YUMA ARIZONIA

THAT THE DOCTORS HAVE SINCE TOLD MICHAEL FOX THE PLAINTIFF,, THAT HIS LEG WILL NEVER BE NORMAL AGAIN..

THAT THE PLAINTIFF MICHAEL FOX WILL NEED SURGURY TO HIS VEINS THAT HAVE COLAPSED AND ARE NOT FUNCTIONING CORRECTLY....AND THE BLOOD VESSELS HAVE BEEN DESTROY, AND CAN NOT BE REPAIRED TROUGH SURGERY....

THAT THE DOCTORS HAVE TOLD THE PLAINTIFF THAT HE WILL HAVE TO WATCH HIS LEG FOR THE REST OF HIS LIFE,, AND THAT FURTHER CLOTTING WILL MOST LIKELY HAPPEN, AS YOU GET OLDER...

THAT IF THE PLAINTIFF MICHAEL FOXES VEHICAL WAS NEVER DESTOYED, WHICH WAS THE PLAINTIFFS HOME FOR THE PAST 16 MONTHS PRIOR TO THIS STAGED CAR ACCIDENT.. THAT THE PLAINTIFF WOULD NOT HAVE BEEN LIVING IN THE FRONT SEAT OF SMALL RENTAL CARS....
FURTHERMORE- AMICA INSURANCE SHOULD HAVE PAID MICHAEL FOX THE PLAINTIFF WHAT AMICA INSURANCE THOUGHT THE VEHICAL WAS WORTH..
SO THE PLAINTIFF MICHAEL FOX COULD HAVE PURCHASED ANOTHER VEHICAL..

THAT BECAUSE OF THE STATED ABOVE PARAGRAPH
THAT THE PLAINTIFF MICHAEL FOX WOULD NOT HAVE BEEN IN A CRAMPED AND UPRIGHT POSTION WHILE SLEEPING AT NIGHT, CAUSING HIS BLOOD TO POOL IN THE PLAINTIFFS RIGHT LEG... AND CLOTTING UP AND FURTHER DESTROYING THE VEINS IN HIS LEG....

THAT FROM THE BLOOD CLOTS FORMING IN THE PLAINTIFF MICHAEL FOXES RIGHT LEG, CLOTS BROKE OFF AND MOVED INTO THE PLAINTIFFS LUNGS, WHERE THE PLAINTIFF WAS LEFT GASPING FOR AIR JUST SITTING IN A UP RIGHT POSITION......

THAT THE NEXT AREA FOR THE BLOOD CLOTS TO MOVE TO WAS THE HEART, POTENTALY CAUSING A STROKE OR HEART ATTACK, OR IF BLOOD CLOTS PASSED THROUGH THE HEART AND LODGED IN THE VEINS TO THE BRAIN FURTHER CAUSING A STROKE AND VERY POSSIBLE CAUSING THE PLAINTIFF TO BECOME PARTCIALLY OR FULLY PARILYISED...OR EVEN KILLING THE PLAINTIFF MICHAEL FOX

DOCTORS TELLING MICHAEL FOX THE PLAINTIFF THAT HE THE PLAINTIFF IS VERY LUCKY NOT TO BE CURRENTLY IN THAT CONDITION..WHERE THE PLAINTIFF IS PARILIZED.....AND THAT THE PLAINTIFF MICHAEL FOX WILL NEED TO BE CAREFUL FOR THE REST OF THE PLAINTIFFS NATURAL LIFE..OF FURURE BLOOD CLOTTING FROM THE DAMADED BLOOD VEINS, AND BLOOD VESSELS IN THE PLAINTIFFS LEG....

THAT THE PLAINTIFF MICHAEL FOXES LIFE IS UTTERLY DESTROYED BECAUSE OF ANOTHER GOVERMENT/POLICE STAGED CAR WRECK...

THAT ATTACHED HERETO IS EXHIBITS OF EMAIL TRANSMISSIONS THAT WHERE BETWEEN THE PLAINTIFF MICHAEL FOX AND AMICA INSURANCE AJUSTER, EREKIA B HUDGINS, FOR A SETTLEMENT ON THE PLAINTIFFS VEHICAL WHICH WAS NEVER REACHED.....

THAT ATTACHED HERETO IS EXHIBITS OF EMAIL TRANSMISSIONS THAT WHERE BETWEEN MICHAEL FOX THE PLAINTIFF AND THE AJUSTER-SHANNON WILLIAMS FROM THE PLAINTIFFS INSURANCE COMPANY.. AIG INSURANCE.

THAT THE PLAINTIFF MICHAEL FOX MADE MANY ATTEMPS TO SETTLE COLLISION PART OF THE CLAIM , BUT TO NO AVAIL....

THAT MICHAEL FOX THE PLAINTIFF ASKED IF HE COULD RECIEVE THE MONIES THAT THE AMICA INSURANCE COMPANY WAS OFFERING, AND CONTINUE TO ARBTRATION SO THE PLAINTIFF MICHAEL FOX COULD TRY TO PURCHASE ANOTHER VEHICAL.
EMAIL FROM MICHAEL FOX TO SHANNON WILLIAMS AT AIG INSURANCE,THE PLAINTIFFS INSURANCE COMPANY..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-A

THIS IS EMAILS FROM MICHAEL FOX THE PLAINTIFF TO AMICA INSURANCE AJUSTER EREKIA HUDGINS..TELLING AMICA INSURANCE AJUSTER THAT THE PLAINTIFF MICHAEL FOX DOES NOT EXCEPT AMICA INSURANCE OFFER FOR THE VEHICAL DAMAGE OFFER...AND THAT THE PLAINTIFF MICHAEL FOX WOULD LIKE TO RECIEVE A CHECK FOR THE AMOUNT AMICA IS OFFERING, UNTIL THERE IS A ARBITRATION HEARING ON DAMAGES...SO THAT THE PLAINTIFF MICHAEL FOX CAN PURCHASE A NEW CAR......................
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-B

THAT THE PLAINTIFF MICHAEL FOX RECIEVES EMAIL FROM SHANNON WILLIAMS THE PLAINTIFFS INSURANCE AJUSTER, STATING THAT IF THE PLAINTIFF MICHAEL FOX ACCEPTS ANY MONEY FROM EITHER INSURANCE CARRIER THAT THE PLAINTIFF IS ACCEPTING THE OFFER FOR THE PLAINTIFFS TOTAL LOSS...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-C——

FURTHER IN THIS EMAIL IS ABOUT ANOTHER OFFER FROM AMICA INSURANCE....AND IF THE PLAINTIFF CAN AGAIN RECIEVE THE FUNDS AMICA INSURANCE IS OFFERING TO PURCHASE ANOTHER VEHICAL...AND FURTHERMORE ABOUT THE PLAINTIFF MICHAEL FOX GETTING REIMBURSTED FOR THE RENTAL VEHICALS

THAT THE PLAINTIFF IS RENTING...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-C

THAT THE PLAINTIFF MICHAEL FOX SENT ANOTHER EMAIL TO SHANNON WILLIAMS REGARDING THE STAGED CAR WRECK AND CONDITION OF THE PLAINFF VEHICAL, AND FURTHER MORE THE PLAINTIFF DESCRIBING THE CLAIM AS A PROPERTY DAMAGE CLAIM. NOT A COLLISION CLAIM....AND THAT THE PLAINTIFF IS SUFFING FROM A FINANCIAL LOSS DUE THIS PROPERTY DAMAGE CLAIM...MICHEL FOX AGAIN ASKING IF HE CAN RECIEVE A CHECK FOR THE MONEY BEING OFFERED FROM AMICA INSURANCE AND THE ARBITRATION TO CONTINUE FOWARD...AND ABOUT THE REINBURSTMENT OF THE CAR RENTAL FEE DUE TO THE PLAINTIFFS 30 DAY CAR RENTAL POLICY....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-CC

THAT THE PLAINTIFF MICHAEL FOX STATES THIS IS JUST ANOTHER WAY INSURANCE COMPANYS FORCE UPON YOU A SETTLEMENT, WHEN THE INSURANCE COMPANY SHOULD PAY THE VICTIM OR INSURED OR PERSON NOT AT FAULT THE MONEY FOR THE CLAIM WHICH THE INSURANCE COMPANY BELIEVES IS JUST, SO THAT THE INJURIED OR DAMGED PARTY COULD MOVE FORWARD WITH THE PUCHASE OF ANOTHER VEHICAL..

THE PLAINTIFF MICHAEL FOX SHOULD HAVE HAD THE FUNDS AMICA INSURANCE WAS OFFERING.. SENT TO THE PLAINTIFF. SO THE PLAINTIFF MICHAEL FOX COULD PURCHASE ANOTHER VEHICAL...BUT THE AMICA INSURANCE COMPANY GIVES YOU A ULTAMADEM,, YOU EXCEPT ARE OFFER, IF YOU DON'T EXCEPT ARE OFFER, THAN MICHAEL FOX THE PLAINTIFF IS TO GO BACK TO HIS INSURANCE COMPANY..... WHICH IS AIG INSURANCE, AND NEGOTATE A SETTLEMENT WHICH WAS 800.00 DOLLARS LOWER THAN AMICA INSURANCE OFFER...COPY OF EMAIL FROM AMICA INSURANCE TO MICHAEL FOX ABOUT SETTLING THE CLAIM ATTACHED HERETO AS EXHIBIT 1-D

SHANNON WILLIAMS SENDING EMAIL TO MICHAEL FOX THAT SHE (SHANNON WILLIAMS) HAS RECIEVED A NOTICE THAT THE PLAINTIFF MICHAEL FOX DECLINED AMICA INSURANCE OFFER... AND THAT AIG'S INSURANCE OFFER WILL STAY THE SAME..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-E

THAT MICHAEL FOX ALMOST WONDERS IF THE PEOPLE THAT TRACK HIM, ARE NO CONSPIRING WITH BOTH INSURANCE COMPANYS TO FORCE THE PLAINTIFF MICHAEL FOX INTO SETTLEMENT...UTTERLY CHEATING THE PLAINTIFF OF HIS MONEY AND THE PLAINTIFFS RIGHTS....

THAT MICHAEL FOX THE PLAINTIFF SENDING EMAIL FURTHER DISPUTING AMICA INSURANCE COMPANYS OFFER AND TO EXPLAIN THE PLAINTIFFS SIDE OF HIS CLAIM...MICHAEL FOX CLAIMING THIS IS A PROPERTY DAMAGE CLAIM, AND NOT A REGULAR COLLISION CLAIM, THAT MICHAEL FOX THE PLAINTIFF WAS LEGALLY PARK, AND AMICA INSURANCE WHO'S INSURED CLIENT. THE DEFENDENT PATSON..........THROUGH HER GROSS NEGLIGENCE CAUSE THIS PROPERTY DAMAGE CLAIM................ COPY OF EMAIL CONVERSATION WITH AMICA INSURANCE AJUSTER EREKIA HUDGINS.................COPY OF EMAIL ATTACHED HERETO AS A TWO PAGE EXHIBIT 1-F AND 1-FF

THAT MICHAEL FOX THE PLAINTIFF SENT COPYS OF ALL NEW PARTS AND REPAIR BILLS FOR THE PLAINTIFFS VEHICAL THAT WAS DESTROYED IN THIS PROPERTY DAMAGE CLAIM, TO EREKIA HUDGINS THE AJUSTER FOR AMICA INSURANCE...AND EREKIA HUDGINS SENDING EMAIL OF RECIEVING THEM, AND THE AMICA INSURANCE OFFER FOR THE CLAIM.............................COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-G

THE PLAINTIFF MICHAEL FOX SENDING EMAIL BACK....DISAGREEING ON THE AMICA INSURANCE OFFER....THE PLAINTIFF MICHAEL FOX STATING WHAT HE WANTS FOR THE PROPERTY DAMAGE TO HIS CLAIM..... WHICH IS 7,000 DOLLARS...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-H

THAT MICHAEL FOX DROVE TO AIG OFFICE IN DALLAS TEXAS AREA..THAT SHANNON WILLIAMS WAS NOT IN AT THIS TIME , SO MICHAEL FOX THE PLAINTIFF SPOKE TO DAVID WATERHOUSE...DAVID WATERHOUSE ANOTHER AIG AJUSTER WAS GIVEN ALL VEHICAL RECIEPTS ON THE PLAINTIFFS VEHICAL....
MICHAEL FOX TRYED TO GET A CHECK FOR THE PLAINTIFFS DAMAGED CAR....THAT DAVID WATERHOUSE GAVE ALL RECIEPTS TO HIS MANAGER......AFTER DAVID WATERHOUSE CONSULTING WITH THE AIG MANAGER....DAVID WATERHOUSE MADE AN OFFER OF 2200 FOR PLAINTIFFS DESTROYED VEHICAL.
THAT MICHAEL FOX WAS TOLD BY DAVID WATERHOUSE THAT IT WOULD BE BETTER IF THE PLAINTIFF DEALT WITH AMICA INSURANCE...
AT THIS TIME, DAVID WATERHOUSE SAID THAT HE HAS FOUND THE OTHER INSURANCE CARRIER FOR THE DEFENDENT WHO CAUSED THIS STAGED WRECK...MICHAEL FOX GOT ALL PHONE NUMBERS AND CLAIM NUMBERS AT THIS TIME....
MICHAEL FOX THE PLAINTIFF DECLINED AIG INSURANCE OFFER... THAT MICHAEL FOX ASKED DAVID

Page 23

WATERHOUSE OF HIS OPINION OF WHAT THE PLAINTIFF SHOULD RECIEVE WITH ALL THE RECIEPTS THAT DAVID WATERHOUSE WAS FURNISHED AND CONDITION OF THE CAR...DAVID WATERHOUSE TOLD THE PLAINTIFF HE SHOULD RECIEVE 5 TO 6 THOUSAND DOLLARS....PLAINTIFF MICHAEL FOX TOLD DAVID WATERHOUSE THAT THE PLAINTIFF WANTED 7 THOUSAND DOLLARS..

WHILE MICHAEL FOX THE PLAINTIFF IS IN THE WAITING ROOM OF AIG INSURANCE OFFICE AND TALKING WITH DAVID WATERHOUSE, THERE IS A BLACK MAN WHICH THE PLAINTIFF HAS SEEN ON DIFFERENT OCASSIONS FOLLOWING THE PLAINTIFF MICHAEL FOX...THIS MAN WALKING IN AND OUT OF THE AIG LOCKED DOORS TO THE OFFICE AREA'S.... THE PLAINTIFF MICHAEL FOX HAS SEEN THIS MAN IN FLORIDA, MICHIGAN AND TEXAS...AND NOW HAS AGAIN SEEN THIS SAME MAN IN CALIFORNIA....

MICHAEL FOX CONTACTING SHANNON WILLIAMS REGARDING THE PLAINTIFFS 30 DAY RENTAL AGREEMENT PER THE INSURANCE....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 1-I

SHANNON WILLIAMS REPLYING BACK ON PLAINTIFFS 30 DAY CAR RENTAL POLICY PER THE INSURANCE POLICY... SHANNON WILLIAMS DECLINING MY 30 DAY RENTAL CLAUSE IN MY POLICY...COPY ATTACHED HERETO AS EXHIBIT 1-J

MICHAEL FOX IS ENTITLED TO HIS 30 DAY RENTAL COVERAGE PER HIS INSURANCE POLICY..MICHAEL FOX THE PLAINTIFF NEEDS TO BE REINBURSTED....

THAT THE MONEY OFFERED BY AMICA INSURANCE FOR THE COLLISION CLAIM SHOULD HAVE BEEN PAID TO THE PLAINTIFF, EVEN IF THE PLAINTIFF DECLINED THERE OFFER... SO MICHAEL FOX THE PLAINTIFF COULD HAVE PURCHASED ANOTHER VEHICAL.

THAT MICHAEL FOX THE PLAINTIFF—— WAS TOLD BY SHANNON WILLIAMS THAT HE COULD NOT RECIEVE ANY PAYMENT UNLESS THE PLAINTIFF MICHAEL FOX WAS ACCEPTING THE OFFER FOR THE PLAINTIFFS VEHICAL..ANY PAYMENT MADE WAS PAYMENT IN FULL.......COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 2A..

THAT DUE TO THIS CAR ACCIDENT AND THE FAILURE OF AMICA INSURANCE TO SUPPLY MICHAEL FOX THE PLAINTIFF WITH MONEY FOR ANOTHER VEHICAL..THE PLAINTIFF HAS BLOOD CLOTTED HIS RIGHT LEG AND BOTH LUNGS... AND WILL INDURE PAIN AND SUFFERING FOR THE REST OF HIS NATURAL LIFE...

THAT IF THE PLAINTIFF MICHAEL FOX LIVES TO 78 YEARS OLD, WHICH IS A EASY AGE TO REACH TO LIVE IN TODAYS MEDICAL SCIENCE AND TREATMENT.
THE PLAINTIFF WILL HAVE COST AND PERSONAL TIME ENVOLVED FOR 31 YEARS.....

THAT THE PLAINTIFF MICHAEL FOX WILL ALSO SUFFER PHYSICAL AND EMOTIONAL AND IRREPTABLE HARM FOR 31 YEARS, OR THE THE REST OF THE PLAINTIFFS NATURAL LIFE....WHICH EVER COMES FIRST...........

THAT MICHAEL FOX HAS THE RIGHT TO BE REIMBURSTED FOR ALL RENTEL CARS THAT THE PLAINTIFF HAS RENTED FROM THE TIME OF THE ACCIDENT, TO SEPT 22 2006 WHEN THE PLAINTIFF WAS ABLE TO PURCHASE ANOTHER VEHICAL....

THAT ANY AND ALL REPAIR BILLS AND MAINTENCE CHARGES ALSO TO BE REINBURSTED BY AMICA INSURANCE....FROM CAR RENTAL AGENCIES...

THAT MICHAEL FOX BE REINBURSTED FOR GAS AND PERSONAL TIME FOR HAVING TO RETURN THE CAR RENTAL EVERY 28 DAYS... DUE TO ALL CAR RENTAL POLICYS..
PLAINTIFFS RETURNING THE THE RENTAL CAR, AND GETTING A NEW RENTAL CAR FOR THE NEXT 28 DAY RENTAL AND RETURN TO HIS ORIGINAL PLACE OF ORIGIN....

THAT THE PLAINTIFF MICHAEL FOX HAS HAD EMAIL CONVERSATIONS WITH THE MEDICAL AJUSTER AT AMICA INSURANCE.... AJUSTER SHERON CHAPA..SENIOR AJUSTER AT AMICA MUTUAL INSURANCE...14090 SOUTHWEST FRWY. SUITE 500 SURGUR LAND TEXAS 77478
PHONE# 1-888-887-9310 EXT.65119

THAT THE PLAINTIFF MICHAEL FOX WAS FIRST CONTACTED BY SHERON CHAPA ON MONDAY FEB 27 2006—
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 3A

Page 24

THAT THE PLAINTIFF MICHAEL FOX WAS ALSO CONTACTED AGAIN BY THE AJUSTER SHERON CHAPA WITH ANOTHER EMAIL ON THE SAME DAY FEBUARY 27 2006... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 4B

THAT THE PLAINTIFF MICHAEL FOX RESPONDED WITH A EMAIL TO AJUSTER SHERON CHAPA 1ST EMAIL ON FEBUARY 28 2006... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 5A

THAT THE NEXT EMAIL TRANSMISSIONS ARE MARCH 23 2006--- BETWEEN MICHAEL FOX THE PLAINTIFF AND SHERON CHAPA THE AJUSTER FOR AMICA INSURANCE....COPYS OF SENT EMAIL FROM THE PLAINTIFF MICHAEL FOX, AND RETURN EMAIL FROM THE AJUSTER SHERON CHAPA ATTACHED HERETO AS EXHIBITS 6A AND 7A

THAT MICHAEL FOX THE PLAINTIFF RECIEVED AN EMAIL DATED WED MARCH 22 2006 FROM SHERON CHAPA WITH NO WRITTRN MESSAGE...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 8A

MICHAEL FOX RECIEVED NEXT EMAIL FROM AJUSTER SHERON CHAPA ON MAY 10 2006....WANTING TO SET UP AN APPOINTMENT WITH AN AJUSTER FOR MORE INFORMATION REGARDING THE CAR WRECK.---COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 9A

THAT MICHAEL FOX THE PLAINTIFF SENT A EMAIL BACK THE NEXT DAY DATED THURDSAY MAY 11 2006.... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 10A
THAT MICHAEL FOX THE PLAINTIFF STATES IN THIS EMAIL, THAT HE HAS TRYED TO CONTACT SHERON CHAPA BY PHONNE REGARDING UNPAID DOCTOR BILLS, AND COLLECTION AGENCY'S FOR UNPAID MEDICAL BILLS DUE TO THIS CAR WRECK...
THAT MICHAEL FOX THE PLAINTIFF IS ASKING WHY THESE BILLS ARE NOT BEING PAID...AND THAT HIS HEALTH CONDITIONS SEEM TO BE WORSENING..

THAT MICHAEL FOX THE PLAINTIFF RECIEVED A RESONSE TO HIS EMAIL FROM AJUSTER SHERON CHAPA THE NEXT DAY, MAY 11 2006... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 11A AND 11B A TWO PAGE EXHIBIT...

THAT MICHAEL FOX THE PLAINTIFF RECIEVED THE NEXTED EMAIL FROM SHERON CHAPA THE SENIOR AJUSTER FROM AMICA INSURANCE ON JUNE 27 2006 COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 12A

THAT IN THIS EMAIL DATED TUES JUNE 27 2006, SHERO CHAPA MAKES AN OFFER TO MICHAEL FOX THE PLAINTIFF TO SETTLE THE MEDICAL CLAIM IN THIS CAR WRECK FOR 1650 DOLLARS.....
THIS AGAIN IS A MOVE BY THE INSURANCE COMPANY TO DO EVEYTHING IN ITS POWER TO SETTLE A CLAIM FOR AS LITTLE AS POSSIBLE...AND THAT THE INSURANCE COMPANY DOES NOT WANT ANY MEDICAL CLAIM TO LINGER ON, AND TO SETTLE IT ANYWAY THEY CAN WITH NO REGARD TO THE VICTIMS HEALTH....OR THE INSURED PARTY.
THAT THE PLAINTIFF HAS SENT EMAILS REGARDING HIS CURRENT MEDICAL CONDITION, AND THE PAIN THAT THE PLAINTIFF MICHAEL FOX IS LIVING THROUGH....AND THAT THE CURRENT LIVING CONDITIONS THAT THE PLAINTIFF IS LIVING UNDER IT IS VERY DIFFICULT FOR THE PLAINTIFF TO SEE ANY DOCTOR UNDER A LONG TERM CONDITION....

THAT MICHAEL FOX THE PLAINTIFF SENT AN EMAIL THE NEXT DAY WED JUNE 28 2006 REGARDING THE AMICA INSURANCE AJUSTER SHERON CHAPA OFFER TO SETTLE..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 13A
THAT MICHAEL FOX DECLINES THE OFFER AND AGAIN STATES THE PAIN THAT THE PLAINTIFF IS LIVING THROUGH AND THE PLAINTIFFS LIVING CONDITIONS...AND THAT MICHAEL FOX THE PLAINTIFF FURTHER WANTS THE INTERVIEW WITH THIS OTHER AJUSTER FROM AMICA INSURANCE..

THAT MICHAEL FOX THE PLAINTIFF SENT ANOTHER EMAIL TO SHERON CHAPA THE SENIOR AJUSTER HANDLINGING THE MEDICAL CLAIM FOR AMICA INSURANCE..ON THURS. JUNE 29 2006...THAT MICHAEL FOX THE PLAINTIFF IS WAITING ON AN APPOINTMENT WITH ANOTHER REPRESENTIVE OR AJUSTER FROM AMICA INSURANCE....AND TO HAVE THIS AJUSTER MEET THE PLAINTIFF IN FED EX KINKOS IN ENCINITAS CALIFORNIA....
THAT THE PLAINTIFF MICHAEL FOX ALSO MADE A OFFERER TO SETTLE THIS MEDICAL CLAIM FOR 250 MILLION DOLLARS..THAT IS IN THIS EMAIL, YOU CAN READ THE FUSTRATION THAT THE PLAINTIFF IS INDURING, AT NO FAULT TO HIS OWN.....COPY OF THIS EMAIL ATTACHED HERETO AS EXHIBIT 14A

THAT MICHAEL FOX THE PLAINTIFF RECIEVED AN EMAIL THE SAME DAY FROM AJUSTER SHERON CHAPA,

Page 25

THURSDAY JUNE 29 2006 COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 15A
IN THIS EMAIL THE AJUSTER SHERON CHAPA IS WORKING ON SETTING UP THIS INTERVIEW WITH THIS
AJUSTER......

THAT ON FRI. JUNE 30 2006 MICHAEL FOX THE PLAINTIFF RECIEVED AN EMAIL FROM TERRY SCOLARI
ANOTHER SENIOR AUSTER FROM AMICA INSURANCE        .... THIS IS THE AJUSTER THAT SHERON CHAPA
WAS SETTING UP TO MEET THE PLAINTIFF MICHAEL FOX.......
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 16A

THIS TRAVELING ON THE ROAD AJUSTERS NAME IS TERRY SCOLARI...THAT IN HER EMAIL TO MICHAEL FOX
THE PLAINTIFF. THE  AJUSTER TERRY SCOLARI
STATES FOR THE PLAINTIFF MICHAEL FOX TO CONTACT HER AT THE PLAINTIFFS EARLIEST CONVIENCE,
THAT SHE IS HEADING OUT IN THE FIELD AT 9AM
THAT THIS EMAIL WAS SENT AT  9:33AM. WITCH IS ON ATTACHED COPY OF EMAIL....EXHIBIT 16A
THAT THIS AJUSTER TERRY SCOLARI FURTHER STATES IF THE PLAINTIFF SENDS HER AN EMAIL—THAT THE
AJUSTER TERRY SCOLARI STATES SHE DOES NOT ALWAYS GET THEM ON HER  BLACKBERRY.....
WHY DO THEY USE A BLACKBERRYS IF YOU DO'NT GET THE INFORMATION YOU NEED IN YOUR TYPE OF
WORK.. OR IS THIS JUST ANOTHER EXCUSE THE INSURANCE AJUSTER USES.....

THAT THE PLAINTIFF MICHAEL FOX DOES NOT KNOW IT AT THIS TIME, BUT THIS IS ANOTHER CALCULATED
STUNT THAT THE INSURANCE COMPANY AND ITS SENIOR AJUSTERS USE TO FURTHER FUSTRATE AND
INTIMIDATE AND PROVOKE MICHAEL FOX THE PLAINTIFF....AND TO TRY TO CAUSE A SETTLEMENT...

THAT MICHAEL FOX THE PLAINTIFF RETURNED AN EMAIL AT 1:21PM ON THE SAME DAY FRIDAY JUNE 30 2006.
ASKING THIS SENIOR AJUSTER TO MET MICHAEL FOX THE PLAINTIFF AT FED EX KINKOS ON JULY 3RD OR
JULY 5TH....AND TO SEND THE PLAINTIFF MICHAEL FOX A EMAIL CONFIMING A TIME AND DATE....COPY OF
EMAIL ATTACHED HERETO AS EXHIBIT 17A

THAT MICHAEL FOX THE PLAINTIFF RECIEVES ANOTHER EMAIL FROM TERRY SCOLARI ON THE SAME DAY
JUNE 30TH 2006 AT 4:52 PM—THAT THIS AJUSTER TERRY SCOLARI STATES THAT SHE IS ON VACTION
UNFORTUNATELY STARTING THIS AFTERNOON  TILL  JULY 10TH 2006..THIS AJUSTER FURTHER STATES IF
THE PLAINTIFF IS  WILLING TO COME DOWN TO HER LOCATION OVER THE WEEKEND IN ESCONDIDO CA...SHE
WILL MEET THE PLAINTIFF,  DURING HER VACATION TIME...THAT THIS AJUSTER TERRY SCOLARI FURTHER
STATES IF I THE PLAINTIFF MICHAEL FOX...IS SINSERELY INTERESTED IN MOVING THIS CASE FOWARD TO
RESOLUTION, SHE SUGGESTS THAT THE PLAINTIFF MICHAEL FOX GO TO A PHONE BOOTH AND CALL HER
COLLECT TO WORK OUT THE DETAILS....OR OTHERWISE SHE WILL REQUEST MRS CHAPA WORK OUT
ALTERNATIVE ARRANGMENTS WITH YOU.............COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 18A..

THAT MICHAEL FOX THE PLAINTIFF WENT TO THE PHONE BOOTH  AT THE STRIP MALL, WITCH IS BEHIND FED
EX KINKOS IN ENCINITA CA...THE PLAINTIFF MICHAEL FOX  CALLED THIS SENIOR AJUSTER TERRY SCOLARI
COLLECT...

 THAT THE PLAINTIFF MICHAEL FOX AND TERRY SCOLARI MADE  ARRANGEMENTS TO MET ON SUNDAY JULY
2 2006, AT THE BALL PARK WHERE HER DAUGHTER WAS PLAYING IN A BASEBALL TOURNEMENT BETWEEN
8:30AM AND 10AM....
THAT MICHAEL FOX WAS TOLD BY THIS SENIOR AJUSTER THAT HER DAUGHTERS GAME BEGINS AT 830AM
AND IF THE PLAINTIFF MICHAEL FOX COMES EARLIER THAN 830AM—THAT TERRY SCOLARI AND THE
PLAINTIFF CAN DO THE INTERVIEW PRIOR TO THE GAME...
THAT DURING THIS CONVERSATION, THE PLAINTIFF MICHAEL FOX WAS GIVEN DIRRECTIONS ON HOW TO
GET TO THE BALL PARK....THAT MICHAEL FOX THE PLAINTIFF WROTE DOWN THE DIRRECTIONS, AND TOLD
TERRY SCOLARI THE  PLAINTIFF WOULD BE DOWN TO SEE HER FIRST THING, AND TO EXPECT THE THE
PLAINTIFF TO ARRIVE AROUND 8:30AM...

THAT THE PLAINTIFF LEFT ON THE NIGHT OF JULY 1ST 2006 TO ESCONDINDIO CALIFORNIA FOR THE BALL
PARK, AND WOULD SLEEP IN THE CAR IN SOME AREA AROUND THE BALL PARK...THAT MICHAEL FOX
FOLLOWED THE DIRRECTIONS THAT THIS TERRY SCOLARI GAVE..... THAT THE WAY TO TURN OFF THE
INTERSTATE WAS THE WRONG WAY...HOW MANY TRAFFIC LIGHTS YOU PASS THROUGH UNTIL YOU TURN
LEFT WHERE WRONG.....THE DIRRECTIONS WHERE ALL COMPLETLY WRONG EXCEPT FOR THE OFF RAMP
OR EXIT OFF OF I-15 TO TAKE TO GET TO THE BALL PARK.....

THAT THE PLAINTIFF MICHAEL FOX IS NOW FEELING MIGHTY FUSTRATED AND FURTHER ANGERED BY THIS..

Page 26

THAT MICHAEL FOX THE PLAINTIFF FOUND THE PARK WHERE THE PLAINTIFF IS TO MEET THIS AJUSTER. TERRY SCOLARI..

THAT MICHAEL FOX THE PLAINTIFF SLEEP THAT NIGHT OF JULY 1 2006 AT THIS BALL PARK

THAT ON THE MORNING OF SUN. JULY 2 2006--TIME APPROX. 7:30 AM--- MICHAEL FOX THE PLAINTIFF WENT TO FIND THIS TEAM THAT TERRY SCOLARI DAUGHTER PLAYED ON...
THAT MICHAEL FOX THE PLAINTIFF WALKED ALL AROUND LOOKING FOR THIS BASEBALL TEAM....THAT MICHAEL FOX THE PLAINTIFF COULD NOT FIND THIS TEAM ANYWHERE... THAT MICHAEL FOX ASKED QUESTIONS TO COACHES OF OTHER BASEBALL TEAMS ALREADY THERE...THAT THE PLAINTIFF MICHAEL FOX WAS TOLD TO GO OVER TO A BULLETIN BOARD WHERE THEY HAD THE BASEBALL TEAMS, TIMES AND DATES TO PLAY IN THIS BASEBALL TURNEMENT....

THAT THE PLAINTIFF MICHAEL FOX LOOKED UP TERRY SCOLARI DAUGHTERS BASEBALL TEAM ON THIS BOARD AND THAT THIS TEAM IS LISTED AS J2 FOR THE TOURNAMENT...AND IS SCHEDULED TO PLAY AT 1:30PM....ON SUNDAY JULY 2 2006
THE PLAINTIFF MICHAEL FOX WAS TOLD BY THIS TERRY SCOLARI TO MEET IN THE MORNING OF SUNDAY JULY 2 2006 AT 8:30 TO 10 AM OR TO COME EARLYIER AND WE COULD DO THE INTERVIEW BEFORE THE GAME STARTED...
THIS AGAIN WAS ANOTHER WAY TO FURTHER INTIMIDATE FUSTRATE AND PROVOKE THE PLAINTIFF MICHAEL FOX...THAT THIS IS THE WAY MICHAEL FOX HAS BEEN TREATD THROUGH OUT HIS ENTIRE LIFE BY GOVERMENT AND POLICE OFFICALS THAT SICK THE TEAM PLAYERS ON YOU.... TO DESTROY YOU AND TO FURTHER PROKE AND TERRIOIZE YOU.......

THAT THE PLAINTIFF MICHAEL FOX WENT TO THE PAY PHONE BY ONE OF THE BATHROOMS AND TRYED TO CALL THIS TERRY SCOLARI COLLECT... THAT TERRY SCOLARI DID NOT ANSWER THIS CALL...THAT MICHAEL FOX CALLED AGAIN AND THE SAME THING HAPPENED, THE PHONE CALL WAS NOT BEING ANSWERED....THE PLAINTIFF MICHAEL FOX LEAVES IN UTTER DISCUST AND FUSTRATION, KNOWING AGAIN THAT HE HAS BEEN SET UP....

THAT DURING THE MORNING HOURS OF SUNDAY JULY 2 2006, AS MICHAEL FOX THE PLAINTIFF WAS TRYING TO FIND THIS BASEBALL TEAM..AND DURING THE TIME MICHAEL FOX THE PLAINTIFF TRYED TO CALL TERRY SCOLARI, AND THE PLAINTIFF MICHAEL FOX LEAVING THIS BALLPARK.
MICHAEL FOX WAS BEING WATCHED AND STALKED BY MAN AND WOMEN TEAMS. AND SINGLE WOMEN, AND AS ALWAYS..MICHAEL FOX DECLINES TO TALK TO, AND WILL NEVER GET INVOLVED WITH THIS SCUM...

THAT MICHAEL FOX THE PLAINTIFF WENT AND SENT AN EMAIL TO TERRY SCOLARI ON SUNDAY JULY 2ND 2006 ....MICHAEL FOX EXPLAINING THE NONSENSE AGAIN WITH THE SICO GOVERMENT AND THE INSUANCE COMPANYS.....READ THE EMAIL AND YOU CAN FEEL THE DISCUST MICHAEL FOX IS CONTINUING ON LIVING THROUGH, DUE TO THIS STAGED CAR WRECK....AND NOW THE GOVERMENT AND THE INSURANCE COMPANY, AND ITS AGENTS CONTINUE TO SET THE PLAINTIFF MICHAEL FOX UP FOR MORE HARDSHIP.........COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 19A

THAT MICHAEL FOX THE PLAINTIFF RECIEVED AN EMAIL BACK FROM TERRY SCOLARI ON MONDAY JULY 3RD 2006--- AFTER MICHAEL FOX THE PLAINTIFF SENDING THE EMAIL ON JULY 2 2006---COPT OF EMAIL ATTACHED HERETO AS EXHIBIT 20A

THAT THIS EMAIL--- MICHAEL FOX RECIEVED FROM TERRY SCOLARI ON MONDAY JULY 3RD 2006--- EVERYTHING IN THIS EMAIL IS A LIE....AND THE SENIOR AJUSTER IS ACTING LIKE SHE NEVER RECIEVED THE EMAIL THAT THE PLAINTIFF MICHAEL FOX SENT ON SUNDAY THE DAY BEFORE..
NEVER RESPONDINGING TO ANY OF THE PLAINTIFFS STAEMENTS...

THE PLAINTIFF STATING NOW...THAT TERRY SCOLARI IS A COOL CALCULATING WOMEN THAT DOES ANYTHING SHE NEEDS TO SETTLE A CASE FOR AMICA INSURANCE.....THIS WOMEN IS NEVER TO BE TRUSTED....SHE ACTS AND RESPONDS LIKE THE SICK AND SICO POLICING GOVERMENT DOES... FURTHERMORE THIS SENIOR AJUSTER IS ACCESSING THE AMICA INSURANSE EMAIL WEB PAGE, AND THAT THIS AJUSTER TERRY SCOLARI WOUD HAVE SEEN AND READ THE EMAIL THAT WAS SENT ON JULY 2ND 2006.....THIS WOMEN IGNORING THE EMAIL SENT BY THE PLAINTIFF ON JULY 2ND 2006 COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 21A

THAT ON JULY 10 2006 MICHAEL FOX SENT EMAIL TO SHERON CHAPA THE AJUSTER HANDLING THE MEDICAL

Page 27

CLAIM FOR AMICA INSURANCE, MICHAEL FOX THE PLAINTIFF REQUESTING FOR AN AJUSTER FOR THE INCLINE VILLAGE NEVEDA AREA......COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 22A

THAT MICHAEL FOX THE PLAINTIFF RECIEVED AN EMAIL BACK FROM SHERON CHAPA THAT SHE IS ON VACTION FROM JULY 3 THROUGH JULY 14  2006
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 23A

THAT MICHAEL FOX THE PLAINTIFF RECIEVED HIS NEXT EMAIL FROM SHERON CHAPA ON MON JULY 17 2006...THAT IN THIS EMAIL AGAIN IS ANOTHER STATEMENT REGARDING SETTLEMENT, AND IT WILL TAKE INTO CONSIDERATION ON ANY AMOUNT PAID, BECAUSE THIS CASE IS 5 MONTHS OLD...AGAIN THE PLAINTIFF MICHAEL FOX IS BEING THREATENED BY THE LONGTIVITY OF THIS CASE..AND BEING INTIMADATED INTO A POSSIBLE SETTLEMENT..
ALSO INCLUDED IN THIS EMAIL IS THAT THE AJUSTER SHERON CHAPA IS IN TRIAL ALL NEXT WEEK....WHY IS THIS AJUSTER IN TRIAL ALL WEEK.. . BECAUSE OF ANOTHER AMICA INSURANCE COMPANYS MANIPULATION TO CHEAT THE VICTIM OF MEDICAL TREATMENT OR MONEY SETTLEMENT...
OR IS THIS A LIE BY THIS SENIOR SHERON CHAPA TO FURTHER IMPLANT IN THE PLAINTIFFS MIND, THAT WE ARE ALWAYS GOING TO COURT.... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 24A

THE PLAINTIFF MICHAEL FOX SENDS EMAIL TO SHERON CHAPA ON TUES JULY 25 2006--AGAIN ASKING FOR AJUSTER TO MEET IN INCLINE VILLAGE NEVEDA...AND TO MEET IN THE STARBUCKS COFFEE THERE IN INCLINE VILLAGE NEVEDA...COPY OF EMAIL SENT ATTACHED HERETO AS EXHIBIT 25A

MICHAEL FOX THE PLAINTIFF RECIEVES EMAIL FROM SHERON CHAPA AFTER PLAINTIFF SENT THE ABOVE EMAIL...STATING THAT THIS SENIOR AJUSTER SHERON CHAPA CAN NOT FIND AN AJUSTER TO MEET WITH THE PLAINTIFF MICHAEL FOX IN INCLINE VILLAGE NEVEDA..... SHERON CHAPA THE SENIOR AJUSTOR ASKING THE PLAINTIFF IF THE PLAINTIFF MICHAEL FOX WILL BE RETURNING TO SAN SIEGO AREA....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 26-A

MICHAEL FOX THE PLAINTIFF STATES....THAT ANY INSURANCE COMPANY SHOULD BE ABLE TO FIND ANY INDEPENDENT AJUSTER TO HANDLE THIS ONE HALF HOUR BRIEFING...THIS IS AGAIN MORE MANIPULATION BY THE AMICA INSURANCE COMPANY, AND SOME  OF THESE GOVERMENT POLICE AGENCY THAT POLICE THE PLAINTIFF MICHAEL FOX...

THAT MICHAEL FOX THE PLAINTIFF RECIEVES EMAIL THE NEXT DAY, FROM SHERON CHAPA ON WED JULY 26 2006--STATING THAT AMICA INSURANCE HAS NO ONE TO MEET THE PLAINTIFF IN INCLINE VILLAGE NEVEDA... AND TO PLEASE ADVISE SHERON CHAPA WHEN THE PLAINTIFF MICHAEL FOX  WILL BE RETURNING TO SAN DIEGO CALIFORNIA AND WILL HAVE TERRY SCOLARI  CONTACT THE PLAINTIFF MICHAEL FOX TO SCHEDULE A MEETING.....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 27A

THE PLAINTIFF MICHAEL FOX IS BEING DECLINED A MEETING WITH AN AJUSTER OUTSIDE OF CALIFORNIA...ITS MICHAEL FOXES BELIEF THAT THIS IS FURTHER MANIPULATION AGAIN BY THE GOVERMENT POLICE FORCES THAT TRACK THE PLAINTIFF MICHAEL FOX....AND TO FURTHER STOP THE PLAINTIFFS STATEMENTS TO THE FACTS OF PLAINTIFFS INJURIES AND STAGED CAR WRECK INFLICTED UPON THE PLAINTIFF...

THAT MICHAEL FOX SENT EMAIL JULY 27 2006 EXPLAINING THE SITUATION AGAIN AND THE PLAINTIFFS DESIRE TO GET AN AJUSTER FOR THE SURRONDING AREA OF NEVEDA OR NORTHERN CALIFORNIA....MICHAEL FOX EXPLAINS THAT THE PLAINTIFF WANTS NOTHING TO DO WITH THE PAST AJUSTER TERRY SCOLARI AND HER NONSENSE.......COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 28A

THAT MICHAEL FOX THE PLAINTIFF RECIEVES  EMAIL FROM SHERON CHAPA THURDAY JULY 27 2006 — SENIOR AJUSTER SHERON CHAPA STATING SHE HAS NO AJUSTERS FOR NEVEDA...STATING IF THE PLAINTIFF IS IN NORTHEREN CALIFORNIA SHE HAS AJUSTERS FOR THAT AREA....THE PLAINTIFF IS ON THE BOARDER OF CALIFORNIA IN NEVEDA, WHICH BORDERS ON NORTHEREN CALIFORNIA....AND THIS AJUSTER SHERON CHAPA CONTINUES ON TELLING THE PLAINTIFF THERE ARE NO OTHER  AJUSTERS TO MEET THE PLAINTIFF.....THIS IS ANOTHER MINIPULATION BY AMICA INSURANCE TO FURTHER DELAY AND CAUSE ADDITIONAL FUSTRATRATION IN THE PLAINTIFF MICHAEL FOXES LIFE.....THE PLAINTIFF MICHAEL FOX DID NOT CAUSE THIS STAGED CAR WRECK....AND NOW THE GOVERMENT THAT CAUSED THIS STAGED  CAR WRECK,  IS INFUENCING AND IS PART OF THIS INSURACE COMPANYS WAR TACTICS..... COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 29A

THAT THE PLAINTIFF MICHAEL FOX WAS UNABLE TO SEE ANY AJUSTER OR AMICA REPRESENTIVE FOR THIS ADDITIONAL PART OF AMICA INSURANCE REQUESTED INFORMATION...AND THAT MICHAEL FOX HAS DONE EVERTHING IN HIS PART TO HANDLE HIS CLAIM RESPONSIBLY, AND THAT AMICA INSURANCE IS AVOIDING THE PLAINTIFF MICHAEL FOX AGAIN, AND TO FURTHER INTIMIDATE AND PROKE THE PLAINTIFF, AND TO TRY TO WEAR DOWN THE PLAINTIFF INTO A CASH SETTLEMENT.....

THAT SENIOR AJUSTER SHERON CHAPA SENT MICHAEL FOX THE PLAINTIFF AN EMAIL OCT 17 2006.....STATING THAT AMICA INSURANCE WILL PAY NO MORE THAN 1650 DOLLARS----AND THAT THEY NEED THE PLAINTIFFS COMPLETE COOPERATION..... AND MY SETTLEMENT AMOUNT FOR 250 MILLION HAS BEEN NOTED...SHERON CHAPA FURTHER STATES  THAT THE PLAINTIFFS  INJURIES WOULD NEVER WARRANT A 250 MILLION  DOLLAR SETTLEMENT.....AMICA INSURANCE AND ITS REPRESENTIVES HAVE DONE EVERYTHING TO DRAG THIS EPISODE OUT....ATTACHED HERETO COPY OF EMAIL AS EXHIBIT  30A
ALSO THEY CONTINUE ON HARPING ON THIS 1650.00 DOLLAR SETTLEMENT FOR THE PLAINTIFF TO EXCEPT.....WHEN THE PLAINTIFF HAS CONTINULY STATED THE PAIN HE IS IN AND NEEDS DOCTORS....BUT CAN NOT SEE DOCTORS BECAUSE OF HIS CURRENT LIVING CONDITIONS...

THE PLAINTIFF MICHAEL FOX SENDING A RESPONSE TO SHERON CHAPA OFFER AND EMAIL DATED OCT 17 2006.....COPY OF EMAIL SENT TO SHERON CHAPA ON OCT 22 2006  ATTACHED HERETO AS EXHIBIT 31A
AS YOU READ THIS EMAIL, YOU CAN FEEL AND HEAR THE FUSTRATION AND ANGUISH THAT THE PLAINTIFF MICHAEL FOXES HAS INDUREED BECAUSE OF THIS STAGED CAR WRECK...AND FURTHERMORE THE FUSTRATION WITH THE INSURANCE COMPANY AND ITS WAR TACTICS TO SETTLE THE CLAIM BY WEARING YOU DOWN...ALSO MICHAEL FOX THE PLAINTIFF REQUESTING AGAIN TO SEE AN AJUSTER FOR THIS MEDICAL CLAIM....

THAT THE PLAINTIFF MICHAEL FOX RECIEVED AN EMAIL FROM SHERON CHAPA ON TUESDSAY OCT 24 2006 --- STATING THAT THE SENIOR AJUSTER TERRY SCOLARI  WILL BE ON VACTION UNTIL OCT 30 2006.....THIS IS THE SAME AJUSTER TERRY SCOLARI THAT WENT ON VACTION WHEN THE PLAINTIFF TRYED TO MET THIS TERRY SCOLARI AT HERE DAUGHTERS BASEBALL GAME IN ESCONDIDO CALIFORNIA IN JULY OF 2006...THAT THE PLAINTIFF MICHAEL FOX FINDS THIS TO BE QUIT IRONIC....AND A POSSIBLE LIE AGAIN....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 32A

WHY HAS THIS AJUSTER SHERON CHAPA SENT THE EMAIL DATED EMAIL OCT 17 2006, AFTER SUCH A LONG PERIOD OF LAY-OVER SINCE THE LAST REQUEST FOR AJUSTER IN INCLINE VILLAGE NEVADA...OR SURRONDING AREA...

ITS THE PLAINTIFF  MICHAEL FOXES  BELIEF THAT THIS INSURANCE AJUSTER WAS TIPPED OFF THAT THE PLAINTIFF MICHAEL FOX IS BACK IN SAN DIEGO CALIFORNIA...AND FURTHERMORE OFFERS 1650 DOLLARS FOR A SETTLEMENT.....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 30-A

MICHAEL FOX THE PLAINTIFF SENDING EMAIL TO SHERON CHAPA THE SENIOR AJUSTOR FOR AMICA INSURANCE ON NOV 1 2006---PLAINTIFF ASKING WHY HE HAS NOT HEARD FROM THIS OTHER AJUSTER.....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 33A

THAT MICHAEL FOX THE PLAINTIFF HAS NOT, AND DID NOT RECIEVE ANOTHER EMAIL FROM SHERON CHAPA SINCE THE LAST EMAIL RECIEVED ON OCT 24 2006 AND SINCE MICHAEL FOX FURTHER SENDING ANOTHER EMAIL ON NOV 1 2006--- REGARDING THE APPOINTMENT WITH THIS NEXT AJUSTER TERRY SCOLARI,,WHO IS ON ALEDGEDLY  ON  VACTION AT THIS TIME...THESE TWO SENIOR AJUSTORS ARE TRYING TO PLAY AND MANIPULATE THE PLAINTIFF MICHAEL FOX, INTO A SETTLEMENT.....

MICHAEL FOX RECIEVES EMAIL FROM TERRY SCOLARI ON THURSDAY NOV 2 2006 AT 12:15 NOON TIME---IN THIS EMAIL.....THIS SENIOR AJUSTER TERRY SCOLARI ASKS WHEN SHE CAN MEET MICHAEL FOX IN SAN DIEGO .....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 34A

MICHAEL FOX THE PLAINTIFF SENDS EMAIL SAME DAY, NOV 2 2006---- ASKING WHEN TO MEET SAT OR SUN...MICHAEL FOX THE PLAINTIFF IS TRYING TO GET THIS MEETING DONE THE WEEKEND OF NOV 4TH OR 5TH 2006..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 35A

MICHAEL FOX THE PLAINTIFF RECIEVES 2ND EMAIL FROM TERRY SCOLARI ON THURS 2 OF NOV 2006--- TERRY SCOLARI TELLING THE PLAINTIFF MICHAEL FOX HER BUSINESS HOURS...AND THATS SHE IS IN POWAY CALIFORNIA.....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 36A

Page 29

MICHAEL FOX THE PLAINTIFF IS CONFUSSED AND THINKS NOW THIS SENIOR AJUSTER WANTS TO MEET IN HER AREA.....THE PLAINTIFF MICHAEL FOX UTTERLY REFUSES TO BEING SET UP AGAIN.....WHICH IS WHAT IS HAPPENING....

MICHAEL FOX THE PLAINTIFF SENDS ANOTHER EMAIL TO THIS AJUSTER TERRY SCOLARI ON THURS. NOV 2ND 2006
MICHAEL FOX THE PLAINTIFF ASKING THAT YOU WANT TO MEET IN POWAY NOW, WHEN TERRY SCOLARI STATED IN THE PREVIOUS EMAIL,  SHE WILL MEET THE PLAINTIFF IN SAN DIEGO....PLAINTIFF RESPONDINGING TO EMAIL  THAT I THE PLAINTIFF HAS TO DRIVE TO YOUR LOCATION AND YOU NOT BEING THERE AGAIN..
MICHAEL FOX FURTHER STATES HE WILL FIND A PLACE IN SAN DIEGO WHERE THE PLAINTIFF MICHAEL FOX AND THIS SENIOR AJUSTER CAN MEET, AT 1PM  SINCE YOU DO'NT WANT TO MEET THIS WEEKEND.....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 37A

MICHAEL FOX RECIEVES A RETURN EMAIL AGAIN ON THURS NOV 2ND 2006 FROM THIS AJUSTER TERRY SCOLARI....THIS AJUSTER AGAIN STATING HER BUISNESS HOURS, AND THAT SHE TRYED TO MEET MICHAEL FOX THE PLAINTIFF THE FIRST TIME DURING HER VACATION TO FACILITATE THE HANDLING OF THE PLAINTIFFS  CLAIM...THIS AJUSTER WANTS THE PLAINTIFF TO FURTHER CALL HER FOR A APPOINTMENT TIME AND DATE...AND THIS AJUSTER FURTHER STATES IT MUST BE IN A PUBLIC PLACE.....AND SHE ALSO STATES THAT SINCE THE PLAINTIFF MICHAEL FOX WILL  NOT COME TO POWAY SHE WILL COME TO MICHAEL FOX THE PLAINTIFFS LOCATION....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 38A

MICHAEL FOX THE PLAINTIFF KNOWS THIS SENIOR AJUSTER TERRY SCOLARI  IS AGAIN UP TO NO GOOD....THAT IN THIS AJUSTERS FIRST EMAIL SENT ON NOV 2ND 2006--TERRY SCOLARI SAYS FOR THE PLAINTIFF MICHAEL FOX TO CALL HER FOR A CONVENIENT TIME TO MEET IN SAN DIEGO....AND CONTINUING EMAILS THIS AJUSTER TERRY SCOLARI ASKS THE PLAINTIFF TO CALL HER.. AND SHE IS IN POWAY, TYING TO GET THE PLAINTIFF TO COME TO THIS AJUSTERS LOCATION.....COPY OF THAT EMAIL ATTACHED HERETO AS EXHIBIT 34A

MICHAEL FOX THE PLAINTIFF SENDS ANOTHER EMAIL THURS NOV 2ND 2006 TO SENIOR AJUSTER TERRY SCOLARI.
MICHAEL FOX IN THIS EMAIL SAYS BEST TIME FOR THE PLAINTIFF TO MEET IS 1PM ANY DAY OF THE WEEK...FURTHER STATING THAT BOTH PARTIES MEET AT A STARBUCKS COFFEE...AND THAT THIS IS A PUBLIC PLACE....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 39A

MICHAEL FOX THE PLAINTIFF RECIEVES EMAIL THE NEXT DAY FROM SENIOR AJUSTER TERRY SCOLARI--FRI NOV 3RD 2006...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 40A

MICHAEL FOX SENDS EMAIL ON SATURDAY NOV 4TH 2006 ON THE LOCATION OF THE STARBUCKS COFFEE AND DIRRECTIONS ON HOW TO GET THERE..
MICHAEL FOX THE PLAINTIFF FURTHER WRITES ABOUT THE FUSTRATION AND LIES THAT THE PLAINTIFF MICHAEL FOX HAS ENDURED FROM THIS STAGED CAR WRECK, AND WHAT THESE PEOPLE ARE CAPABLE OF....FURTHERMORE  THAT THE PLAINTIFF MICHAEL FOX WILL BE GIVING TO YOU (TERRY SCOLARI) A WRITTEN STATEMENT.....AND THAT MICHAEL FOX WILL WANT THIS TERRY SCOLARI TO SIGN HIS COPY THAT THE SENIOR AJUSTER HAS RECIEVED A COPY OF THE PLAINTIFFS PHYSICAL CONDITION...AND EVENTS OF THIS STAGED CAR WRECK...THE PLAINTIFF FURTHER STATES WHAT HE WILL BE WEARING AND WHAT MICHAEL FOX THE PLAINTIFF LOOKS LIKE WHEN THE PLAINTIFF COMES FOR THIS MEETING....COPY OF THIS EMAIL ATTACHED HERETO AS EXHIBIT 41A

MICHAEL FOX RECIEVES EMAIL FROM TERRY SCOLARI ON MONDAY NOV 6TH 2006----AGAIN THIS SENIOR AJUSTER TRYING TO PUT ALL THE BLAME ON THE PLAINTIFF IN THIS EMAIL, WHEN THIS SENIOR AJUSTER HAS BEEN TOTALLY NEGLIGENT WILLFULY AND MALISISLY WITH INTENT....
FUTHERMORE  MICHAEL FOX IS WANTING TO GIVING WRITTEN DOCUMENTATION OF HIS PHYISICAL CONDITION, IN HIS LAST  EMAILS TO THIS SENIOR AJUSTOR TERRY SCOLARI....EXHIBIT 41-A
THEN THE RESPONSE  IN THE NEXT EMAIL FROM THIS SENIOR AJUSTER TERRY SCOLARI....THAT THE PLAINTIFF IS GETTING A ONE TIME OFFER OF 5000 DOLLARS....
THE NERVE OF THIS AJUSTER TERRY SCOLARI TRYING TO BLAME MICHAEL FOX THE PLAINTIFF..FOR LACK OF COOPERATION..  AND FURTHERMORE GIVING THE PLAINTIFF A ONE TIME OFFER OF 6000 DOLLARS..
FROM THE PAST EMAIL TRANSSMISSIONS BETWEEN BOTH PARTIES YOU CAN NOW SEE WHAT THIS SENIOR AJUSTER IS MADE OF....AMICA INSURANCE WANTS TO CUT THE CORD FROM MICHAEL FOX RECIEVING THE MEDICAL ATTENTION THAT THE PLAINTIFF MICHAEL FOX SO NEEDS....AND FURTHER DESIRES....COPY OF

EMAIL ATTACHED HERETO AS EXHIBIT 42A

IN THE EXHIBIT 42-A   TERRY SCOLAR THE SENIOR AJUSTER  FURTHER STATES THAT THE BURDEN OF PROOF IS ON THE PLAINTIFF MICHAEL FOX AND THAT THE PLAINTIFF MICHAEL FOX MUST SHOW PROOF AS A DIRRECT RESULT OF THIS CAR ACCIDENT...
MICHAEL FOX THE PLAINTIFF BELIEVES THAT TERRY SCOLARI HAS BEEN INFORMED BY THESE GROUP OF PEOPLE, THAT POLICE  THE PLAINTIFF MICHAEL FOX... THAT THE PLAINTIFF MICHAEL FOX  HAS BLOOD CLOTS IN HIS LEGS AND LUNGS, AND THAT THERE NOT FROM THE IMPACT OF THE STAGED CAR WRECK... THE BLOOD CLOTS ARE INFACT DUE TO THE PLAINTIFFS VEHICAL BEING DESTROYED AND ARE FURTHER MORE INDUCED, AS A  DIRRECT RESULT FROM AMICA INSURANCE NOT PAYING THE PLAINTIFF MICHAEL FOX FOR HIS TOTALED VEHICAL WHICH WHERE NEEDED TO PURCHASE ANOTHER VEHICAL............

THIS AJUSTER TERRY SCOLARI,, FURTHER STATES, IF THE PLAINTIFF MICHAEL FOX REJECTS HER OFFER OF 5000 DOLLARS  THE PLAINTIFF MUST GO TO THE STATE IN WHICH THIS ACCIDENT OCCURED AND PRESENT THE PLAINTIFFS EVIDENCE TO SUPPORT THE PLAINTIFFS INJURIES OF THE PLAINTIFFS  CLAIM IN ADHERENCE OF THE JURISDICTIONAL REQUIREMENTS AND PROVE UP THE PLAINTIFFS CLAIM.....

THESE STATEMENTS IN THIS EMAIL ARE BOTH INTIMADATING AND PROVKING, THAT MICHAEL FOX THE PLAINTIFF HAS ALWAYS TRYED TO HAVE THIS MEETING FOR THE PLAINTIFFS STATEMENT TO THE FACTS OF THE ACCIDENT, AND THE PHYSICAL CONDITION OF THE PLAINTIFF...... AND THE PLAINTIFF IS ALWAYS SIDE LINED WITH WE DO'NT HAVE AJUSTERS IN THAT AREA OF NEVEDA OR IN NEVEDA AT ALL..WHICH IS A LIE– THERE ARE LOT OF INDEPENDENT AJUSTERS IN NEVEDA....
MICHAEL FOX THE PLAINTIFF BEING SET UP WHEN HE WENT TO MEET THIS SAME AJUSTER TERRY SCOLARI IN JULY 2 2006..AND THIS AJUSTER NOT BEING THERE..ONLY TO BE WATCHED BY THE SICK SICO POLICE WHEN MICHAEL FOX WAS TRYING TO FIND THE SENIOR AJUSTERS DAUGHTERS BASEBALL TEAM...
THAT MICHAEL FOX AGAIN TRYING TO SEE AN AJUSTER WHEN HE CAME BACK TO SAN DIEGO..IN OCT 2006..AND AGAIN THIS SAME AJUSTER TERRY SCOLARI BECOMING ENRAGED THAT THE PLAINTIFF MICHAEL FOX WANTS TO GIVE A WRITTEN STATEMENT TO THE FACTS...

THAT IT IS ONLY EVEIDENT THAT THE AMICA INSURANCE COMPANY AND ITS AGENTS WANTS NOTHING TO DO WITH THE PLAINTIFFS MICHAEL FOXES CLAIM
AND FURTHERE MORE IN THIS EMAIL EXHIBIT 42-A  THAT IF THE PLAINTIFF DOES NOT ACCEPT THIS OFFER OF 5000 DOLLARS THERE WILL BE CONSEQUECES....WHICH ARE TO GO BACK TO TEXAS AND FILE A COMPLAINT......

MICHAEL FOX THE PLAINTIFF RESPONDS SENDING EMAIL BACK TO TERRY SCOLARI ON THE SAME DAY MON. NOV 6TH 2006–MICHAEL FOX DECLINING THE OFFER AND FURTHER STATES DO YOU WANT THE WRITTEN STATEMENT––AND THAT MICHAEL FOX HAS LOSS WORK AND HOSPITAL BILLS OVER 14,500.00 DOLLARS...
MICHAEL FOX FURTHER ASKING THIS SENIOR AJUSTER,, IS THAT WHAT I HAVE TO DO, FILE A COMPLAINT, IS THAT WHAT YOU ARE TELLING ME THE PLAINTIFF MICHAEL FOX...
MICHAEL FOX FURTHER WRITING THE DISCUST THAT HE IS FEELING, AND THAT THE PLAINTIFF MICHAEL FOX IS TIRED OF THE NONSENSE...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 43A

MICHAEL FOX THE PLAINTIFF RECIEVES EMAIL NEXT DAY FROM TERRY SCOLARI....TUES NOV 7 2006––––IN THIS EMAIL THE SENIOR AJUSTER TERRY SCOLARI SAYS SHE IS SO SORRY FOR OFFENDING THE PLAINTIFF, AND THAT SHE HAD NO IDEA OF MY, THE PLAINTIFFS INJURIES..  TERRY SCOLARI FURTHER STATES SHE WANTS TO MEET AT STARBUCKS COFFEE ON THE CORNER OF BROADWAY AND KETTNER.ON 11-13-06 AT 1PM...AND FOR MICHAEL FOX THE PLAINTIFF TO BRING COPIES OF BILLS AND ECT...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 44A

MICHAEL FOX RECIEVES 2ND EMAIL ON THE SAME DAY TUES NOV 7 2006––FROM SENIOR AJUSTER TERRY SCOLARI..ASKING FOR THE PLAINTIFF  TO CALL COLLECT SO THAT WE CAN TALK........
MICHAEL FOX THE PLAINTIFF KNOWS THIS WOMEN IS A CON WOMEN AND IS NOT TO BE TRUSTED......AND THE PLAINTIFF MICHAEL FOX THINKS ANYONE READING THESE EMAIL TRANSMISSIONS WOULD THINK THE SAME...MICHAEL FOX THE PLAINTIFF CAN NOT,, AND WILL NOT TRUST THESE PEOPLE EVER.....THIS SENIOR AJUSTER IS TRYING TO GET MICHAEL FOX TO CALL SO SHE CAN FURTHER PROKE AND INTIMIDATE MICHAEL FOX, AND TRY TO CON THE PLAINTIFF MICHAEL FOX INTO A SETTLEMENT–––––––––––––––––––––––––
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 45A

THAT MICHAEL FOX RECIEVES EMAIL FROM TERRY SCOLARI ON THURSDAY NOV 9TH 2006––ASKING FOR THE PLAINTIFF TO RESPOND IF WHERE GOING TO MEET ON MONDAY THE 13TH OF NOV 2006 AT

STARBUCKS..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 46A

MICHAEL FOX THE PLAINTIFF SENDS EMAIL TO TERRY SCOLARI ON THURS NOV 9 2006 AT 7:28PM————THAT MICHAEL FOX THE PLAINTIFF IS THOURHLY DISCUSTED AT THIS POINT, AS YOU READ THE EMAIL YOU CAN SENSE IT AND FEEL IT...MICHAEL FOX EXPLAINS THE CURRENT STATIS OF HIS HEALTH AND DOCTORS HE IS SEEING, AND WHAT THE CURRENT PROGNOSIS IS FOR HIS FUTURE HEALTH CONDITIONS....FURTHERMORE THE PLAINTIFF MICHAEL FOX STATES THE PLAINTIFF WILL NEVER EXCEPT AN SETTLEMENT WHEN THE PLAINTIFFS HEALTH IS TERRIBLE AND THE PLAINTIFF NEEDS MEDICAL TREATMENT...PLAINTIFFS EMAIL CONTINUES ON HOW THE PLAINTIFF WILL LIVE FOR THE NEXT 30 YEAR OR MORE AND THE POSSIBLE HEALTH RISKS.....................COPY OF THIS EMAIL ATTACHED HERETO AS EXHIBIT 47A

THAT MICHAEL FOX THE PLAINTIFF SENDS EMAIL TO TERRY SCOLARI THE SENIOR AJUSTER ON SUNDAY NOV 12TH 2006——ASKING TERRY SCOLARI THE AJUSTER FOR AMICA INSURANCE IF SHE WOULD RESPOND TO THIS EMAIL....CONFIRMING THAT SHE RECIEVED  THE EMAIL THAT THE PLAINTIFF MICHAEL FOX SENT ON THUR NOV 9TH 2006....FURTHERMORE THE PLAINTIFF WRITES IN THIS EMAIL, THAT THE PLAINTIFF DOES NOT WANT TO HEAR THAT THE DEFENDENT TERRY SCOLARI DID'T RECIEVE IT....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 48A

THAT TERRY SCOLARI DOES NOT RESPOND TO THE PLAINTIFF MICHAEL FOXES REQUEST... TERRY SCOLARI IS RUNNING FROM THIS INTERVIEW AND SITUATION REGARDING THE PLAINTIFF MICHAEL FOXES HEALTH CONDITION AND FURTHER MORE AMICA INSURANCE DOES NOT WANT TO BE HIT WITH THE CONTINUING DOCTOR BILLS...

TERRY SCOLARI  SENDS ANOTHER EMAIL ABOUT THE  MEETING ON MONDAY AT STARBUCKS COFFEE, SHE IS ACTING AS SHE HAS NEVER RECIEVED ANY OF THE PREVIOUS  EMAILS FROM THE PLAINTIFF MICHAEL FOX AND THE SENIOR AJUSTER FURTHER STATES SHE IS SENDING THE PLAINTIFF THE EMAILS AGAIN, THIS IS THE EXACT WAY THE PLAINTIFF MICHAEL FOX DESRIBE THE PLAINTIFF RESENDING HIS EMAILS BACK TO THE TERRY SCOLARI..ASKING FOR CONFIRMATION...
THAT THE PLAINTIFF MICHAEL FOX RECIEVED THIS EMAIL  AT 10:08–AM– NOV 13TH 2006....COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 49A

THAT THIS SENIOR AJUSTER TERRY SCOLARI IS PLAYING GAMES AGAIN, AND ACTING IF SHE IS NOT RECIEVING THE EMAILS.....AND IS NOT ANSWERING THE PLAINTIFFS  REQUESTS
THIS IS FURTHER PROOF OF THIS SENIOR AJUSTER TERRY SCOLARI AND HER INTENTIONS AND CREDITBILTY
THAT MICHAEL FOX RECIEVES EMAIL FROM TERRY SCOLARI ON MONDAY MORNING AT 10:08-AM NOV 13TH 2006....TERRY SCOLARI STATES SHE SENT 2 EMAILS ON 11/7 AND AGAIN ON 11/9 AND THAT TERRY SCOLARI IS SENDING THEM AGAIN AND FUTHER STATES ABOUT THE MEETING SHE PROPOSED FOR TODAY....TERRY SCOLARI THE SENIOR AJUSTERS LAST SENTENCE IS THAT SHE NEVER RECIEVED ANY NOTIFICATION THAT THE EMAILS WHERE UNDELIVERABLE...MICHAEL FOX THE PLAINTIFF IS CURRENTLY WORKING AT THIS TIME WHEN THIS EMAIL WAS SENT....

MICHAEL FOX THE PLAINTIFF STATES THAT TERRY SCOLARI AND THE PLAINTIFF HAS NEVER HAD ANY PROBLEM WITH EMAILS UNTIL THIS TIME IN POINT..
AND THE TIME IS WHEN TERRY SCOLARI IS TO TAKE THE PLAINTIFF MICHAEL FOXES STATEMENT.. AMICA INSURANCE AND ITS AGENTS DO NOT WANT TO TAKE THE PLAINTIFFS STATEMENT.. OR HEAR ABOUT HIS MEDICAL CONDITION..AND MEDICAL NEEDS OF THE PLAINTIFF.....
AMICA INSURANCE AND ITS SENIOR AJUSTERS/AGENTS  WANT TO FURTHER PROVOKE AND INTIMIDATE THE PLAINTIFF MICHAEL FOX.... AND TRY TO GET THE PLAINTIFF MICHAEL FOX SO UPSET, THAT THE PLAINTIFF ACCEPTS SOME KIND OF OFFER FROM THE INSURANCE COMPANY.......THIS IS TOTAL NELIGENCE AND MALISIS INTENT TO CAUSE HARM TO THE PLAINTIFF MICHAEL FOX....AND NOT PROVIDE THE NESSASARY MEDICAL ATTENTION THE PLAINIFF MICHAEL FOX NEEDS AND SO DESIRES....

MICHAEL FOX THE PLAINTIFF GOES TO STARBUCKS COFFEE  AT 1PM ON MONDAY NOV 13TH 2006———COPY OF RECIEPT CHARGE ON THE PLAINTIFFS MASTER CARD.....THAT MICHAEL FOX THE PLAINTIFF WENT DRESSED THE WAY THE PLAINTIFF TOLD SENIOR ASJUSTER TERRY SCOLARI  THE PLAINTIFF WOULD BE DRESSED......

MICHAEL FOX SENDS HIS LAST EMAIL TO DATE TO TERRY SCOLARI ON MONDAY NOV 13TH 2006
AFTER THE PLANTIFF MICHAEL FOX GOT OFF WORK...COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 50A
IN THIS EMAIL, AGAIN THE PLAINTIFF VENTS HIS ANGER AND DISHONESTY OF THE INSURANCE COMPANY AND ITS AGENTS AND THE POLICING GOVERMENT AGENCIES THAT ATTACK THE PLAINTIFF MICHAEL FOX.....

THE MAIN REASON THAT MICHAEL FOX THE PLAINTIFF WANTED TO GIVE A WRITTEN STATEMENT, BECAUSE OF THE LIES AND BETRAIL OF THE TRUTH WOULD NEVER BE HEARD...
SINCE TERRY SCOLARI RECIEVING THE EMAIL THAT THE PLAINTIFF MICHAEL FOX SENT ON SAT NOV 4TH 2006 ,
THAT MICHAEL FOX RECIEVES THE NEXT EMAIL FROM TERRY SCOLARI ON MON NOV 6TH 2006—THAT NOW THE SENIOR AJUSTER IS ENRAGED AND WANTS TO SETTLE..
THAT MICHAEL FOX THE PLAINTIFF KNOWS THAT IF HE WHERE TO GO TO THIS INTERVIEW IT WILL BE MICHAEL FOXES WORD AGAINST THE SENIOR AJUSTERS WORD... AND THAT MICHAEL FOX THE PLAINTIFF IS SURE THAT THE RECORDING OF THE CONVERSATION WOULD BE ALTERED...AND THAT THE GOVERMENT THAT CAUSED THIS CAR WRECK IS SURLY OUT TO ENFORCE THAT THE PLAINTIFF MICHAEL FOX GETS NOTHING...WHY ELSE WOULD THE SENIOR AJUSTER TERRY SCOLARI BE TRYING TO SETTLE THIS MEDICAL CLAIM.....MICHAEL FOX DEMANDS TO GIVE A WRITTEN STATEMENT....
MICHAEL FOX THE PLAINTIFF HAS AGAIN TRYED TO HAVE THIS INTERVIEW, EVEN IN ANOTHER STATE, AND AMICA INSURANCE NOT ALLOWING THIS INTERVIEW TO GO FORTH...
THAT THE AMICA INSURANCE SENIOR AJUSTER TERRY SCOLARI AND MICHAEL FOX THE PLAINTIFF ARE COMMUNICATING THROUGH EMAILS FOR A PLACE TO MEET FOR THIS INTERVIEW, AND SINCE AGAIN MICHAEL FOX THE PLAINTIFF WANTING TO GIVE A WRITTEN STATEMENT, TERRY SCOLARI OF AMICA INSURANCE TRYS TO PUT MICHAEL FOX THE PLAINTIFF ON THE ..
THAT ITS ALL MICHAEL FOXES FAULT THAT THIS INTERVIEW HAS NOT GONE FORTH.....
THIS IS THE WAY THE SICO SICK GOVERMENT POLICE HAS ALWAYS ATTACKED MICHAEL FOX .....THAT EVERYTHING IS THE PLAINTIFFS FAULT...
THAT MICHAEL FOX THE PLAINTIFF FURTHER THINKS THAT THIS TERRY SCOLARI IS SOME SORT OF SECRET POLICE..OR INSPECTOR,WITH SOME GOVERMENT OFFICE...WORKING WITH INSURANCE COMPANYS TO KEEP PAYMENTS LOW, AND FURTHER DEPRIEVE INJURIED VICTIMS OF MEDICAL TREATMENT, AND IS FURTHMORE CONSPIARING WITH OTHER GOVERMENT POLICE OFFICALS TO PROVOKE AND INTIMADE THE PLAINTIFF MICHAEL FOX

THAT MICHAEL FOX TRYED TO GET A LOAN FOR A NEW VEHICAL BUT WAS DECLINE BECAUSE OF DOCTOR OR HOSPITAL BILLS BEING SENT TO THE CREDIT BUREAL AS UNPAID.. WHICH IS A DIRRECT RESULT OF THIS STAGED CAR WRECK...

THAT MICHAEL FOX THE PLAINTIFF TRYED HIS BEST TO CLEAR UP AND CALL ALL DEBTS OWING...

THAT MICHAEL FOX HAS HAD A HUGE PROBLEM WITH THE UNITED STATES POSTAL SERVICE RECIEVING THE PLAINTIFFS MAIL. THAT MICHAEL FOX HAS A MAILING ADDRESS OF PO BOX 111621 NAPLES FLORIDA...THAT THE POST OFFICE THERE HAS BEEN SENDING MAIL BACK AS UNDERLIVERABLE OR BOX CLOSED, BOTH OF THESE ARE FALSE ISSUES....THAT MICHAEL FOX CALLS THE POST OFFICE IN NAPLES FLORIDA AND THEY FOWARD ALL MICHAEL FOXES MAIL TO A GENERAL DELIVERY ADDRESS.....THAT THIS POST OFFICE MIGHT NOT BE SENDING ALL THE MAIL....
THAT MICHAEL FOX HAS RECIEVED BILLS AND HAS CALLED THE CREDITORS AND TOLD THEM THE SITUATION ON THE CAR ACCIDENT..
ALL CREDITORS SAID THEY WOULD WAIT AND LIEN THE INSURANCE COMPANYS CLAIM FOR PAYMENT.. AND NOT BLEMISH THE CREDIT OF MICHAEL FOX....

BUT AS A DIRRECT CAUSE OF THIS STAGED CAR ACCIDENT.... MICHAEL FOX THE PLAINTIFF'S CREDIT RATING IS BLEMISHED, AND IS UNABLE TO BORROW MONEY BECAUSE OF IT....

THAT MICHAEL FOX HAS AN EXCELLENT CREDIT RATING, AND NOW AGAIN, ITS ANOTHER STRIKE AGAINST THE PLAINTIFF MICHAEL FOX
ANOTHER HEADACHE AND PROBLEM TO SOLVE......AND CONTINUING GRIEF IN THE PLAINTIFFS LIFE...

JUST ANOTHER WAY THE GOVERMENT BOMBS YOU WITH CONTINUING PROBLEMS AND HEADACHES IN YOUR LIFE, FURTHER TRYING TO WEAR YOU DOWN, UNTIL YOU CAVE IN AND BECOME ONE OF THESE SCUM, A POLICE INFORMANT....

IF YOU READ THE EMAIL DATES AND TIMES. AND THE EMAILS THEMSELFS.. YOU CAN SEE MICHAEL FOX THE PLAINTIFF HAS TRYED TO RESOLVE ALL MATTERS..ONLY TO BE SET UP TWICE BY THE SENIOR AJUSTER TERRY SCOLARI....TO BE FURTHER ANGERED AND PROKED, TO BE INTIMADATED AND POSSIBLE GET THE PLAINTIFF MICHAEL FOX TO SIGN OFF ON ALL CLAIMS BY WEARING THE PLAINTIFF DOWN.......

Page 33

THE PLAINTIFF MICHAEL FOX FURTHER STATES THAT THE PLAINTIFFS FIRST COUSIN LINDA MARTIN///LINDA HAMBI HAS WORKED FOR THE CENTRAL INTELLIGENCE AGENCY KNOWN AS THE (CIA) SINCE THE LATE 1960'S....IN THE WORLD HEAD-QUARTERS IN WASHINGTON DC...

THAT MICHAEL FOX KNOWS THAT THESE SICK AND SICO GOVERMENTS AND THERE POLICE BELIEVE MICHAEL FOX IS PART OF THE CIA/CENTRAL INTELLENGENCE AGENCY...

THAT MICHAEL FOX HAS BEEN ASKED BY A LOUIS HOLM FROM ELLSWORTH MICHIGAN, THAT WE JUST WANT TO KNOW WHATS HAPPENING FROM THE PEOPLE IN DC......

THAT THE PLAINTIFF MICHAEL FOX WORKED WITH LOUIS HOLM, AT HAGGARDS PLUMBING AND HEATING IN CHARLEVOIX MICHIGAN...

THAT THIS CONVERSATION HAPPENED WHEN MICHAEL FOX TRYED TO SAVE EVERYTHING HE OWNS WHEN THE POLICE SIEZED EVERYTHING THE PLAINTIFF OWNED IN A LOCKED TRAILER IN A PAID PARKING LOT..WHEN THE PLAINTIFF WENT BACK TO MICHIGAN IN APRIL AND MAY OF 2005..

THIS IS FURTHER EVIDENCE OF WHO IS ENVOLDED AND WHY THE PLAINTIFF MICHAEL FOX IS RELENTLESSLY BEING ATTACKED....

THE PLAINTIFF MICHAEL FOX WILL NEVER SURRENDER...AND CAVE INTO THESE PEOPLE AND THERE ANTICS.....THESE ARE EVIL AND DISPICKABLE PEOPLE...

AND AS FOR THE DAMAGES DUE TO THE PROPERTY DAMAGE CLAIM...THE PLAINTIFFS VEHICAL.....THE PLAINTIFF AGAIN IS OFFERED 50 CENTS ON THE DOLLAR OR EVEN LESS...

THE AMOUNT OF TIME MICHAEL FOX THE PLAINTIFF SPENDS EACH DAY AS A DIRRECT RESULT OF THIS ACCIDENT....2 TO 4 HOURS PER DAY..

THAT MICHAEL FOX CARRIES UNINSURED AND UNDER--INSURED MOTORIST, AND CARRIES ADDTIONAL INSURANCE IF THERE IS ANY SUCH STAGED CAR ACCIDENT WHERE THE PLAINTIFF MICHAEL FOX IS SEVERLY INJURIED OR THE PARTY CAUSING ANY SUCH CATOSTROPIC CAR WRECK..
TO WHERE THERE INSURANCE IS NOT ADIQUIT TO PAY THE AMOUNT MEDICAL BILLS OR DAMAGES, THAT MICHAEL FOXES POLICY WILL PAY ALL BILLS FOR HIMSELF UP TO 500,000 DOLLARS...

MICHAEL FOX THE PLAINTIFF HAS CARRIED 1 MILLION/ FIVE HUNDRED THOUSAND DOLLAR COVERAGE FOR MANY YEARS NOW.. INSURED THROUGH AIG INSURANCE FROM THE STATE OF MICHIGAN.....

WHEN MICHAEL FOX RETURNED TO THE UNITED STATES FROM MEXICO IN JAN OF 2006.... THE PLAINTIFF MICHAEL FOX SOME HOW HAS GOTTEN A FLORIDA INSURANCE POLICY...LIMIT OF INSURANCE IS 250,000/500,000 THOUSAND.....THIS IS THE MAX.. FLORIDA AIG INSURANCE POLICY COVERS....UN-LIKE MICHIGAN POLICY. THAT THIS POLICY FROM FLORIDA ONLY HAS 10,000 PERSONAL INJURY TO IT, UNLIKE THE MICHIGAN POLICY WHICH IS 1 MILLION/FIVE HUNDRED THOUSAND... PERSONAL INJURY AND PROPERTY DAMAGE...

THAT THE PLAINTIFF MICHAEL FOX HAS ALWAYS CARRIED VERY HIGH COVERAGE FOR PERSONAL INJURY, DUE TO THE FACT THAT THESE GOVERMENT AGENCIES HAVE TRYED TO CAUSE MANY OTHER STAGED ACCIDENTS, AND THAT MICHAEL FOX WOULD BE SECURLY INSURED IF SUCH A CATOSTROFIC STAGED CAR WRECK OCCURS....

THAT MICHAEL FOX LIVES EVERY DAY IN FEAR OF THESE SICO SICK INDIVIDULE'S, AND THERE INDEPENDENT POLICE FORCES.... MICHAEL FOX THE PLAINTIFF ALWAYS WONDERING WHAT WILL BE THERE NEXT MOVE TO FURTHER INTIMADE AND TO FURTHER DESTROY THE PLAINTIFF MICHAEL FOX...AND QUITE POSSIBLY KILLING THE PLAINTIFF MICHAEL FOX———————— THEY ARE TRULY A DANGEROUS BREED OF PEOPLE....WITH NO REGAURD FOR THE LIFE OF THE PLAINTIFF MICHAEL FOX.........

THAT MICHAEL FOX THE PLAINTIFF AS A DIRRECT RESULT OF THESE ABOVE MENTIONED DEFENDENTS, AND OTHER PAST INCIDENTS THAT ARE NOT LISTED IN THIS COMPLAINT, AND THIS STAGED CAR WRECK...THE PLAINTIFF HAS AND WILL INDURE FINANCIAL LOSS THE REST OF HIS NATURAL LIFE....

THAT MICHAEL FOX THE PLAINTIFF WILL INDURE PAIN AND SUFFERING FOR THE REST OF HIS NATURAL

LIFE...AND HAS SO FOR THE PAST 20 PLUS YEARS...

THAT THE PLAINTIFF MICHAEL FOX WILL ENDURE AT LEAST 2-4 HOURS OF EVERYDAY OF HIS LIFE TOWARDS PAIN RELIEF...WHIRPOOL AND SPA TREATMENTS DAILY...NOT INCLUDING WEEKLY AND BI MONTHLY VISITS TO THE DOCTORS.....

THAT THE PLAINTIFF MICHAEL FOX WILL INDURE ADDTIONAL MEDICAL TREATMENT AND THERPY....FUTURE OPERATIONS, AND MEDICINE....FOR THE REST OF HIS NATURAL LIFE.....

THAT THE PLAINTIFF, CAN AND VERY POSSIBLY HAVE RE-OCCURING BLOOD CLOTTING RESULTING IN ADDTIONAL HOSPITAL STAYS AND FURTHER MORE OFFICE VISITS....

THAT THE PLAINTIFF MICHAEL FOX COULD DIE OR BECOME PARILIZED TOTALLY OR PARTCIALY PARILIZED DUE TO THE THE BLOOD CLOTS WHICH ARE A DIRRECT RESULT OF THE STAGED CAR WRECK ON FEB.4 2006, AND FURTHERMORE THE  GROSS NEGLIGENCE OF AMICA INSURANCE AND AIG INSURANCE NOT PAYING THE PLAINTIFF MICHAEL FOX FOR PROPERTY DAMAGE CAUSED....

THAT THE PLAINTIFF WAS SLEEPING IN A BED, IN HIS VAN, AND THAT AS A RESULT OF THIS STAGED CAR WRECK, AND AMICA INSURANCE AND AIG INSURANCE NOT PAYING THE PLAINTIFF MICHAEL FOX FOR THE PROPERTY DAMAGE TO HIS VEHICAL,  THE PLAINTIFF HAVING TO RENT CARS, AND FURTHERMORE SLEEPING IN THE FRONT DRIVERS SEAT OF THESE VEHICALS, HAS SUFFERED FROM BLOOD CLOTS IN THE PLAINTIFFS  RIGHT LEG AND BOTH LUNGS...

THAT THE AMICA INSURANCE COMPANY AND ITS AGENTS/AJUSTERS HAVE BEEN GROSSLY NEGLEGENT TOWARDS THE PLAINTIFF MICHAEL FOX...AND HAS FURTHER ADDED TO THE PAIN AND DISCOMFORT OF THE PLAINTIFF MICHAEL FOX.....

THAT MICHAEL FOX THE PLAINTIFF SEEKS THE CRIMINAL CONVICTION OF THESE INDIVIDUES THAT HAVE AGAIN INSTUTUTED  ANOTHER ATTACK ON THE PLAINTIFF MICHAEL FOX...FROM THIS STAGED CAR WRECK ON FEBUARY 4TH 2006.. VIOLATING THE UNITED STATES CIVIL RIGHTS OF THE PLAINTIFF MICHAEL FOX...

THAT MICHAEL FOX THE PLAINTIFF SEEKS THE CRIMINAL CONVICTION OF ANY, AND ALL AJUSTERS FROM THESE INSURANCE COMPANYS, FOR VIOLATION OF THE PLAINTIFFS CIVIL RIGHTS....

THAT MICHAEL FOX THE PLAINTIFF  REQUESTS THE CRIMINAL INVESTIGTION OF PAST AND FUTURE GOVERMENT ATTACKS, AND THE CRIMINAL PROSECUTION OF THESE INDIVIDUALS...

THAT MICHAEL FOX SEEKS RESTRAINING ORDERS ON ALL THE GOVERMENTAL POLICE AND SECURITY INVESTAGATIONS THAT MICHAEL FOX IS UNDER..
OR IF THESE POLICE AND GOVERMENT INSTUTIONS SO  DESIRE.. TO SHOW CAUSE IN COURT WHY THE PLAINTIFF MICHAEL FOX IS RELENTLESSLY BEING INVESTIGATED.....AND TARGETED AS A CRIMINAL....AND THE MANY ATTEMPS TO DESTROY THE PLAINTIFF MICHAEL FOX, PHYSICALLY,  MONETARLY AND EMOTIONALY.......
THAT THESE PEOPLE WHO FURTHER POLICE THE PLAINTIFF MICHAEL FOX, ARE THE REAL CRIMINALS.....
THE PLAINTIFF MICHAEL FOX FURTHER STATING THAT THEY ARE WORSE THAN THE KLU KLUX KLAN—(KKK)

MICHAEL FOX THE PLAINTIFF HAS FOR 20 YEARS  TO  THE CURRENT TIME, HAS INDURED GREAT EMOTIONAL AND IRREPTABLE HARM DUE TO THESE ATTACKS....AND WILL CONTINUE TO DO SO UNTIL THERE IS SUCH A RESTAINING ORDER GIVEN....

THAT THESE POLICING GOVERMENT AGENCYS AND SECURITY COMPANYS WILL NOT ABIDE BY ANY COURT ORDER, RESRICTING ANY SURVAILENCE OF THE PLAINTIFF MICHAEL FOX... THAT THE INTIMIDATION AND PROVOKING AND FURTHER FUTURE POSSIBLE STAGE ACCIDENTS WILL NOT CEASE...

THAT MICHAEL FOX THE PLAINTIFF HAS  TO BE PUT IN A GOVERMENT PROTECTION AGENCY,,  AND RELOCATED AT THE GOVERMENTS EXPENSE....
OR THE PLAINTIFF AT SOME POINT AND TIME WILL BE KILLED OR SEVERLY PHYSICALY HARMED...

THAT ANYTIME THE PLAINTIFF MICHAEL FOX IS FOUND BY THESE GOVERMENT POLICE, OR WHOM EVER...
MICHAEL FOX HAS THE RIGHT AT ANYTIME TO BE AGAIN RELOCATED AT THE GOVERMENTS EXPENSE....

THAT ANY AND ALL PROPERTY THE PLAINTIFF MICHAEL FOX OWNS WILL BE PURCHASED BY THE GOVERMENT, AT FAIR MARKET VALUE, OR REPLACEMENT VALUE...INCLUDING HOMES OR INVESTMENT PROPERTY, CARS, CLOTHING, TOOLS, ANYTHING THE THE PLAINTIFF MICHAEL FOX OWNS...

MICHAEL FOX THE PLAINTIFF KNOWS THAT THESE PEOPLE WILL TRACK THE PLAINTIFF AND LOOK FOR THE PLAINTIFF, WITH NO RESPECT  FOR  THE RESTRAINING ORDERS GIVEN......

THAT THE PLAINTIFF MICHAEL FOX WILL ALWAYS WONDER, IF AND WHEN THERE NEXT ATTACK WILL BE....

THAT MICHAEL FOX HAS BEEN INVOLVED IN 9 DIFFERENT STAGED CAR WRECKS... BELOW ARE A LIST OF PAST WRECKS 1 THRU 9

1)- FIRST ACCIDENT--1993 OR 1994 THAT  MICHAEL FOX  THE PLAINTIFF IS WORKING FOR A MAN REBUILDING HIS HOME...YEAR IS 1993 OR 1994---THIS MAN ALLGEDLY WORKS FOR  (US CAR)... MANS NAME IS MICHAEL EPSTIEN-----MICHAEL FOX THE PLAINTIFF  BELIEVES MICHAEL WAS HIS FIRST NAME.. HE IS OF JEWISH FAITH....
THIS MAN TELLS THE PLAINTIFF MICHAEL FOX HE GOES TO WASHINGTON DC QUITE FREQUENTLY, AND HAS MEETINGS WITH SEVERAL OTHER PEOPLE,  AND THE VICE PRESIDENT OF THE UNITED STATES OF AMERICA----- AL GORE....
ONE NIGHT  THE PLAINTIFF MICHAEL FOX AND THIS MICHAEL EPSTEIN GO TO HOME DEPOT ON ORCHARD LAKE ROAD IN PONTIAC MICHIGAN..
 MICHAEL FOX THE PLAINTIFF IS RIDING IN THE PASSANGER SEAT OF A BLACK 4 DOOR VOLVO OR SAUB VEHICAL... MICHAEL FOX THE PLAINTIFF IS  WATCHING MICHAEL EPSTIEN AS WE ARE TALKING,  MICHAEL EPSTIEN IS BREAKING TO A COMPLETE STOP AND IS LOOKING IN THE REAR VIEW MIRROR.... THEN MICHAEL EPSTIENS FACE EXPRESSION CHANGES, AND HE MAKES SOME VERBAL NOISE...  WE ARE THEN SLAMMED FROM THE REAR.... MICHAEL EPSTIENS VEHICAL IS REAR ENDED AT 15-MPH OR MORE...
MAN WHO CAUSED ACCIDENT IS DRIVING A RED/ORANGE COLORED OLD FORD PICK UP TRUCK.... POLICE COME... MICHAEL FOX THE PLAINTIFF HAS A BENCH WARRENT FOR ANOTHER FALSE CHARGE..  JUDGE LEO BOWMAN FROM PONTIAC MICHIGAN DISTRICT COURT  ISSUED A BENCH WARRANT IN THE AMOUNT OF 5000--- CASH..
MAN DRIVING TRUCK HAS LONG BEARD AND MUSTACH AND LONG HAIR.. THIS MAN CAUSING THIS WRECK LOOKING AT MICHAEL FOX REAL WICKED LIKE..
MICHAEL FOX THINKING TO HIMSELF, THIS IS A STAGED CAR WRECK.. POLICE TAKE MICHAEL FOXES DRIVERS LICENSE. MIHAEL FOX KNOWING HE WILL BE GOING TO JAIL ON THIS WARRANT....
MICHAEL EPSTIEN GOES INTO POLICE CAR... AFTER POLICE REPORT IS TAKEN, MICHAEL FOX IS NEVER ARRESTED FOR THIS BENCH WARRENT OUT OF PONTIAC MICHIGAN...THIS WAS A COMPLETE STAGED CAR WRECK..

2)- SECOND ACCIDENT------AT 6:10 AM ON OR AROUND WEDNESDAY NOVEMBER 24  1999 THE SICO SICK POLICE STAGE ANOTHER STAGED INCIDENT.
TWO OF THESE PEOPLE GO DOWN TO THE WHITE LAKE POLICE AND MAKE FALSE POLICE  REPORTS... AND THEN THE WHITE LAKE POLICE FALSIFY THE POLICE REPORTS.. REGARDING THESE TWO SEPERATE INCIDENTS.. WHITH THESE PEOPLE...
MICHAEL FOX CONTINUES ONTO HIS JOB IN DETROIT MICHIGAN... MICHAEL FOX IS WORKING FOR CREATIVE REMODELING, AND HAS A JOB WORKING AT A JUVENIEL DETENTION CENTER.... THERE IS A DETRIOT POLICE MINI STATION NEXT DOOR...
WHEN MICHAEL FOX WAS SITTING AT THE RED LIGHT TO TURN LEFT IN DETROIT MICHIGAN, THERE IS A MAN WITH BLACK HAIR LAUGHING AT MICHAEL FOX AND ACTING REALLY STUPID... THIS MAN IS TRYING TO PROVOKE THE PLAINTIFF MICHAEL FOX...TRYING TO FURTHER PROVOKE AND INTIMADE THE PLAINTIFF AND SET MICHAEL FOX UP AFTER THIS INCIDENT WITH THESE TWO DIFFERENT PEOPLE, IN THE SUBDIVISION WHERE MICHAEL FOX LIVES...
MICHAEL FOX THE PLAINTIFF DRIVES BACK HOME AFTER WORK.. MICHAEL FOX FEELS THE VAN SHIMMING, AND SHAKE.. MICHAEL FOX THE PLAINTIFF THINKS HE HAS A BAD TIRE... VAN DID NOT SHIMMY OR SHAKE  IN THE MORNING...
NEXT DAY IS THANKSGIVING...  MICHAEL FOX GOES OUTSIDE AND LETS VEHICAL WARM UP.
MICHAEL FOX LEAVES FOR THE  OLD COUNTRY BUFFET IN PONTIAC MICHIGAN.. MICHAEL FOX PULLS OUT OF SUBDIVISION AND ONTO GALE ROAD, MICHAEL FOX DRIVES AND SEES 2 DIFFERENT WHITE LAKE POLICE CARS DRIVE UP ON THE PLAINTIFF MICHAEL FOX, AT A HIGH RATE OF SPEED... THESE POLICE  FOLLOW THE PLAINTIFF MICHAEL FOX.... THESE POLICE FOLLOW MICHAEL FOX FOR APPROX. 3.5 MILES, THEN TURN ON THERE SIGNAL LIGHTS FOR MICHAEL FOX TO PULL OVER... AT THE INTERSECTION OF GALE ROAD AND WILLIAMS LAKE ROAD....

Page 36

MICHAEL FOX IS VERBLY ATTACKED BY THIS ONE POLICE OFFICER, WANTING MICHAEL FOXES LISENSE AND REGISTRATION AND PROOF OF INSURANCE... MICHAEL FOX IS THEN QUESTION ABOUT THE ALTERCATION THAT MICHAEL FOX WAS IN WITH THESE TWO SEPERATE PEOPLE...
MICHAEL FOX SAYS I HAD NO ALTERCATION, POLICE OFFICER GETS VERY UPSET...POLICE OFFICER SAYS I CAN GO..MICHAEL FOX DRIVES ON, MICHAEL FOX FEELS THE VAN SHIMMING AND SHAKING...
NEXT DAY MICHAEL FOX DRIVES FROM HOME IN WHITE LAKE MICHIGAN BACK TO DETROIT MICHIGAN, TO WORK...
MICHAEL FOX DRIVES I-75 SOUTH TO I-696 TO I-94 SOUTH.. MICHAEL FOX DRIVING AT SPEEDS OF 65-70 MPH...
THE PLAINTIFF MICHAEL FOX FEELS THE VAN SHAKE AND SHIMMY... MICHAEL FOX WONDERING WHAT IS GOING ON... MICHAEL FOX ARRIVES AT DETENTION CENTER AND GOES TO WORK..
LATER, MICHAEL FOX THE PLAINTIFF HAS TO DRIVE UP TO HARDWARE STORE AND GET DRILL BITS....
AS THE PLAINTIFF MICHAEL FOX IS IN HARDWARE STORE, FOX IS BEING TRACKED BY A FATURNITY ORDER OF POLICE, COUNTY SHERRIFF DEPT OR SOME KIND OF A DETECTIVE.. MICHAEL FOX IGNORES THIS MAN, PURCHASES THE DRILL BITS AND DRIVES BACK TO THE JUVENILE DETENTION CENTER..
AS THE PLAINTIFF MICHAEL FOX TURNED INTO THE PARKING LOT OF THE JUVENIAL DETENTION CENTER, THE DRIVERS REAR WHEEL CAME COMPLETLY OFF THE VAN....
THAT BECAUSE OF THE INCIDENT THAT HAPPENED WEDNESDAY MORNING ON NOVEMBER 24 1999, AND MICHAEL FOX DRIVING ONTO THE JUVENEL DETENTION CENTER..ON WEDNESDAY NOV 24 1999...
MICHAEL FOX HAVING THE SICO SICK FATURNITY ORDER OF COUNTY SHERIFF DEPTARTMENT DRIVE UP ONTO MICHAEL FOX..
MAN IN RED JEEP CHEROKEE SITTING AT LIGHT IN DETROIT LAUGHING AND ACTING REALLY STUPID, TRYING TO PROKE AND FURTHER INTIMATE THE PLAINTIFF MICHAEL FOX, AND MICHAEL FOX NOT REACTING TO THIS SICO POLICE... THAT SOMEONE HAD LOOSENED THE LUG NUTS ON THE REAR WHEEL OF MICHAEL FOXES VAN...
THAT THE UTILTY VAN THAT THE PLAINTIFF MICHAEL FOX DRIVES WEIGHS 6750 LBS.. THAT MICHAEL FOX WAS DRIVING INTERSTATE HIGHWAYS AT AT 65 TO 70 MPH, AND THAT THIS TIRE COULD HAVE COME OFF AT THIS HIGH RATE OF SPEED CAUSING THE PLAINTIFF MICHAEL FOX TO LOSE CONTROL, POSSIBLY KILLING THE PLAINTIFF OR CAUSING SEVERE INJURY, OR MICHAEL FOX THE PLAINTIFF CAUSING A VEHICAL ACCDENT THAT CAUSES THE DEATH OR SERVE INJURY TO SOMEBODY...
MICHAEL FOX WAS ATTACKED AGAIN THROUGH OUT THIS WINTER.. WHICH THE WHITE LAKE POLICE CONTINUED TO WRITE FALSE POLICE REPORTS AND ILEGALY ARRESTED MICHAEL FOX..
MICHAEL FOX CHARGED WITH 4 FALSE CHARGES.. MICHAEL FOX BEING KICKED OUT OF HIS HOUSE AND OUT OF OAKLAND COUNTY, AND HAVING TO MOVE BY ORDER OF THE COUNTY DISTRICT COURT JUDGE FROM NOVI DISTRICT COURT.(THIS IS JUDGE POWERS) THE SAM JUDGE THAT TOLD MICHAEL FOX THE PLAINTIFF, WANT WHEN THE POLICE WANT YOU MR FOX, THERE GOING TO GET YOU...
MICHAEL FOX IS INCARCERATED ON TWO SEPERATE OCASSIONS, AND SPENT 29 DAYS IN JAIL. THEN WAS ORDERED TO SPEND 30 DAYS IN A IN-PATIENT MENTAL HOSPITAL FOR EVALUATION......
THAT THE PLAINTIFF MICHAEL FOX HAS FOUGHT THESE SICO SICK POLICE..AND THESE PEOPLE CONTINUE TO DESTROY THE PLAINTIFF. AND THEY HAVE UTTERLY DESTROYED THE PLAITIFFS LIFE....
THAT THESE POLICE AND JUDGES HAVE FALSIFIED POLICE REPORTS AND THESE POEOPLE HAVE MADE FALSE CHARGES AGANSIT THE PLAINTIFF MICHAEL FOX. AND WILL CONTINUE TO AS THE PLAINTIFF MICHAEL FOX LIVES...


3)-THIRD ACCIDENT----- NOVEMBER 30 2002----MICHAEL FOX THE PLAINTIFF HAS BEEN INJURIED IN FORT MEYERS FLORIDA ON A WORKERS COMP CASE.. MICHAEL FOX IS NOT CURRENTLY WORKING
THAT MICHAEL FOX THE PLAINTIFF IS COLLECTING A DISABILITY CHECK FROM WORKERS COMP..
THAT MICHAEL FOX IS DRIVING TO DOWNTOWN FORT MEYERS AND SURRONDING AREA.. MICHAEL FOX DRIVES THE SAME WAY EACH TIME AND THE SAME WAY BACK HOME.... ON NOVEMBER 30 2002 MICHAEL FOX DRIVES THE SAME ROUTE TO DOWNTOWN AND THE FORT MEYERS BEACH, MICHAEL FOX DRIVES BACK THE SAME WAY...
MICHAEL FOX MERGES ONTO US 41 FROM DOWNTOWN FORT MEYERS GOING TO NORTH FORT MEYERS..
MICHAEL FOX SEES A VEHICAL IN FRONT OF HIM SLOW DOWN AND COME TO A COMPLETE STOP ON THE BRIDGE CROSSING THE RIVER..MICHAEL FOX THE PLAINTIFF MERGES INTO THE LEFT LANE TO PASS..
THERE IS A BLACK MAN AND BLACK WOAMEN IN THIS VEHICAL THAT HAD STOPPED ON THE BRIDGE CROSSING THE RIVER...AS MICHAEL FOX IS GETTING CLOSER TO THIS VEHICAL STOPPED ON THE BRIDGE..
MICHAEL FOX THE PLAINTIFF SEES THIS MAN LOOKING INTO HIS REAR VEIW MIRROW, THEN SUDDENLY MOVES INTO THE LEFT LANE AND COMPLETLY STOPS...
MICHAEL FOX THE PLAINTIFF IS DRIVING APPROX 45 MPH AT THIS TIME..
THESE TWO PEOPLE THAT HAD MERGED INTO MICHAEL FOXES LANE THAT CAME TO A COMPLETE STOP, ARE BOTH LOOKING AT THIS BOX IN THE RIGHT LANE..
THAT MICHAEL FOX SLAMS ON THE BRAKES AND SLAMS THE BACK OF THIS VEHICAL AT APPROX 25-30 MPH


Page 37

THAT RIGHT BEFORE THIS IMPACT MICHAEL FOX NOTICES A LARGE BOX IN THE RIGHT LANE APPROX. 2.5 FEET BY 2.5 FEET AND 3.5 TO 4 FEET TALL.

MICHAEL FOX SLAMS THIS VEHICAL AND IS SITTING IN THE LEFT LANE MICHAEL FOX IS STUNED AFTER SMACKING HIS HEAD ON THE STEERING WHEEL...

THEN MICHAEL FOX IS THEN SLAMMED FROM THE REAR BY ANOTHER MAN INVOLVED IN THIS STAGED CAR WRECK...

MICHAEL FOX AFTER GETTING HIS SENSES BACK MOVED HIS VEHICAL FROM THE LEFT LANE TO THE RIGHT LANE TO ALLOW THE TRAFFIC TO MOVE AHEAD IN ONE LANE..

ALL THREE OF THESE VEHICALS INVOLVED IN THIS WRECK MOVED THERE VEHICALS TO THE FAR RIGHT LANE...

MICHAEL FOX GETS OUT OF HIS MINI VANN..BLACK MAN THAT CAUSED THIS ACCIDENT SEES FOX AND WALKS AT THE PLAINTIFF MICHAEL FOX.

THIS BLACK MAN SAYS YOU HURT YOUR KNEE.. THESE ARE THE FIRST WORDS COMMING OUT OF HIS MOUTH..

MICHAEL FOX THE PLAINTIFF YELLING AT THIS MAN WHAT THE HELL DID YOU PULL IN FRONT OF ME FOR AND THEN STOP...

MAN WHO CAUSED ACCIDENT TELLING THE PLAINTIFF THAT HE STOPPED TO LOOK AT THE BOX..

WHY WOULD ANYONE DO A SUDDEN LANE CHANGE, AND COME TO A COMPLETE STOP. ON A US HIGHWAY TO LOOK AT A BOX...

THIS AGAIN IS ANOTHER FULLY STAGED INCIDENT.

AND WHY DID THIS MAN SAY YOU HURT YOUR KNEE.... BECAUSE THIS IS SOME SORT OF POLICE AGENCY THAT HAS KNOWLEDGE OF MICHAEL FOXES WORKERS COMP INJURY...

POLICE COME... AND GET DRIVERS LICENCES REGISTRATION AND PROOF OF INSURANCE..

MICHAEL FOX SITS DOWN ON SIDE OF ROAD AS THE PLAINTIFF IS HURTING PHYSICALLY..

THE PLAINTIFF IS THEN GIVEN HIS LICENSE BACK. MICHAEL FOX ASKS DO YOU NOT WANT A STATEMENT..

POLICE TELL MICHAEL FOX HE IS NOT GOING TO GET TICKETED FOR THE ACCIDENT...

MICHAEL FOX BECOMES ANGERY, AND STARTS TELLING THIS POLICE OFFICER WHAT ARE YOU TALKING ABOUT, POLICE OFFICER TELLS MICHAEL FOX THAT ALL VEHICAL ARE IN THE RIGHT LANE AND YOU HIT THE BACK OF THE MANS CAR..

MICHAEL FOX TELLS THIS POICE OFFICER WHAT HAS HAPPENED, AND HOW THIS MAN DID A SUDDEN LANE CHANGE INTO THE LEFT LANE AND STOPPED.. THAT MICHAEL FOX THE PLAINTIFF WAS ALREADY IN THE RIGHT LANE...

POLICE OFFICER WALKED AWAY..

MICHAEL FOX IS ENRAGED.. THAT THE BLACK MAN AND BLACK WOMAN THAT CAUSED THIS ACCIDENT WHERE WITH THE POLICE OFFICER WRITTING THE REPORT ON THIS ACCIDENT, AND THEY DID NOT TELL THE POLICE OFFICER THE TRUTH....

POLICE OFFICER WROTE IN HIS REPORT THAT HE TOOK THE PLAINTIFF MICHAEL FOXES STATEMENT. WHICH IS A TOTAL LIE.. MICHAEL FOX WROTE A GREIVENCE AGANSIT THIS POLICE OFFICER THAT WROTE THIS REPORT..

AFTER WRITTING THIS REPORT, MICHAEL FOX THE PLAINTIFF WAS ATTACKED BY THE SARGENT THEN A LUITENIET IN FORT MEYERS POLICE...

MICHAEL FOX LATER RECIEVED A LETTER FROM THE CAPTIAN OF THE FORT MEYER POLICE STATION, STATING THAT THE GRIEVECE HAD NO BASIS AND MERRIT.....

THIS MAN THAT CAUSED THIS STAGED CAR WRECK COLLECTED INSURANCE FROM THE PLAINTIFF MICHAEL FOXES AIG INSURANCE....

4)—FOURTH ACCIDENT— SEPTEMBER 26 2003 ——MICHAEL FOX LEAVES WORK AT RJ VANN MECHANICAL IN FORT MEYERS FLORIDA..

MICHAEL FOX DRIVES TO GAS STATION IN FORT MEYERS..

MICHAEL FOX IS PULLING OUT OF GAS STATION AND CROSSING A 7 LANE ROAD THAT IS FULLY JAMMED WITH TRAFFFIC..

MICHAEL FOX CROSSES LANES AND IS GOING ACROSS CENTER TURN LANE... HE COMES A VEHICAL DRIVING AT A HIGH RATE OF SPEED INSIDE BOTH DOUBLE YELLOW LANES.. AND IS DRIVING TO THE LIGHT TO TURN LEFT.. THIS VEHICAL HAD TURNED INTO THE MIDDLE LANE BEFORE IT WAS SUPOSE TO WHERE THE WHITE LANES ARE DESIGNATED FOR THE LEFT TURN LANE...

THE MICHAEL FOXES FRONT BUMPER JUST GRAZED THIS VEHICAL AS IT PASSED BY..

MICHAEL FOX BACKS BACK INTO THE GAS STATION WHERE HE CAME FROM..

MICHAEL FOX IS BEING CLOSELY WATCHED BY THE TWO WOMAN IN THIS VEHICAL...THAT SCRAPED THE FRONT BUMPER OF MICHAEL FOXES CAR...

THESE TWO WOMEN DRIVE UP TO MICHAEL FOX. LOOKING AT MICHAEL FOX LIKE HE IS SCUM..

MICHAEL FOX TRYS TO TALK TO THESE TWO WOMAN BUT THEY ARE BOTH VERY NEGITIVE..



Page 3.8

MICHAEL FOX NOTICES THAT THERE ARE ALL KINDS OF FATURNITYORDER OF POLICE STICKERS ALL OVER THIS CAR..

MICHAEL FOX NOW WONDERING IF THERE WAS SOMEONE ON A RADIO OR PHONE AND WAS WATCHING THE PLAINTIFF MICHAEL FOX, AND HAD THESE TWO WOMAN WAITING ON THE ROAD TO POSSIBLE CAUSE A CAR WRECK IF THEY COULD.....

THAT MICHAEL FOX WENT HOME A COMPLETLY DIFFERENT WAY FROM WORK.. THAT MICHAEL FOX THE PLAINTIFF IS SURE THE POLICE THAT TRACK FOX WAS WONDERING WHY MICHAEL FOX HAD GONE THIS WAY. AND WAS GOING TO CAUSE MICHAEL FOX SOME MORE GRIEF IN THE PLAINTIFFS LIFE...

POLICE COME AND ISSUE NO TICKETS... BUT POLICEMAN TELLS MICHAEL FOX HE IS COMPLETLY WRONG, AND THE ACCIDENT IS ALL THE PLAINTIFF MICHAEL FOXES FAULT..


5TH)—FIFTH ACCIDENT— ON NOVEMBER 19 2003——MICHAEL FOX THE PLAINTIFF GOT CAUGHT ON ANOTHER BUNCH OF FALSE POLICE REPORTS AND LIES. IN FORT MEYERS FLORIDA, BY SOME KIND OF SECREAT POLICE AND THE FLORIDA HIGHWAY PATROL..

MICHAEL FOX HAVING TO GO TO DRIVING COURSE IN NAPLES FLORIDA...

MICHAEL FOX COMPLETING THE DRIVING COURSE..

MICHAEL FOX AT HIS MOTHERS HOUSE ON NOVEMBER 18 2004

MICHAEL FOX MAKING A PHONE CALL FROM THE PLINTIFFS MOTHERS HOME TO THE DRIVERS SCHOOL FOR A COPY OF THE COMPLETION OF THE COURSE TO FILE WITH DEPARTMENT OF MOTOR VEHICALS IN FLORIDA...

MICHAEL FOX STATING DURING THIS PHONE CALL, THAT MICHAEL FOX WILL BE DOWN TOMORROW MORNING TO GET A COPY OF THE  REPORT..

MICHAEL FOX LEAVES FROM HIS RESIDENCE AT 3726 WHIDBEYWAY NAPLES FLORIDA..

MICHAEL FOX PULLS TURNS LEFT HEADING SOUTH ON AIRPORT PULLING ROAD...

MICHAEL FOX HAS A MAN FOLLOWING HIM. MICHAEL FOX IS IN ONE LANE, AND THIS MAN FOLLOWING FOX WAS ON PHONE LAUGHING AND TALKING TO SOMEONE..

MICHAEL FOX MERGES RIGHT INTO ANOTHER LANE.. THIS SAME MAN IN HIS SUV FOLLOWS MICHAEL FOX..

MICHAEL FOX TURNS ON BLINKER AND TURNS RIGHT..

MICHAEL FOX COMES TO A QUICK STOP, MICHAEL FOX TURNS HIS HEAD TO THE  LEFT TO SEE THE ROAD SIGN.. MICHAEL FOX THINKING HE HAS TURNED ONTO THE WRONG ROAD...

MICHAEL FOX IS THEN SLAMMED FROM THE REAR, BY THE MAN FOLLOWING THE PLANTIFF MICHAEL  FOX.. THAT THIS MAN MERGED FROM DIFFERENT LANES AS MICHAEL FOX DID THEN TURNED LEFT ONTO THE SAME SIDE ROAD AS MICHAEL FOX DID... THEN SLAMS MICHAEL FOX FROM THE REAR..

MICHAEL FOX GETS OUT OF CAR AND MAN THAT HIT FOX WALKS UP TO THE PLAINTIFF MICHAEL FOX TO SEE IF MICHAEL FOX IS OK..

MAN WHO HIT MICHAEL FOX ASKS WANT DO YOU WANT TO DO...

MICHAEL FOX SAYS WE NEED A POLICE REPORT..

THIS MAN DOES NOT WANT TO CALL THE POLICE..

MAN AGAIN ASKS MICHAEL FOX WANT DO YOU WANT TO DO...

MICHAEL FOX SAYS I NEED A POLICE REPORT YOU HIT ME..

MAN GOES TO HIS SUV GETS BINDER FOR PHONE NUMBER..

THIS MAN MAKES CALL AND STARTS TELLING WHO EVER IS ON PHONE THAT HE HAS BEEN IN A CAR WRECK AND THAT ITS HIS FAULT.. HE TELLS THIS PERSON HE IS TALKING TO THAT HE HAS NEVER BEEN IN A CAR WRECK EVER... THEN THE MAN WHO HIT THE PLAINTIFF MICHAEL FOX ASKS CAN YOU HELP ME.. CAN YOU HELP ME....TO WHOM EVER HE IS TALKING TO ON THE PHONE...

MAN WHO HIT THE PLAINTIFF MICHAEL  FOX GOES OFF THE  PHONE..

MICHAEL FOX ASKS THIS MAN, I THOUGHT YOU WHERE CALLING THE POLICE

MAN THAT HIT MICHAEL FOXES MINI VANN RESPONDS, THAT WAS THE POLICE....HE TELLS MICHAEL FOX THAT WAS HIS FRIEND IN THE COLLIER COUNTY SHERIFF DEPARTMENT....

AS MICHAEL FOX IS WAITING FOR THE POLICE.. AND WHEN THE POLICE ARRIVE.. THERE IS THE SICK AND SICO TRAVELING POLICE FORCE THAT FOLLOWS THE PLAINTIFF MICHAEL FOX EVERWHERE.. THESE SICK POLICE ARE LAUGHING AT MICHAEL FOX AND ACTING STUPID TRYING TO PROVOKE AND INTIMADE THE PLAINTIFF MICHAEL FOX AS HE IS STANDING AT THE SCENE..

TWO COLLIER COUNTY POLICE CARS PULL UP.. ONE WOMAN AND ONE MAN..

MICHAEL FOX HAS DRIVERS LISENCE AND REGISTRTION AND PROOF OF INSURANCE WAITING FOR THE POLICE...

MICHAEL FOX IS ATTACKED BY THE WOMAN DEPUTY RIGHT AWAY..THE PLAINTIFF MICHAEL FOX IS AGAIN BEING TREATED LIKE EVERTHING IS MICHAEL FOXES FAULT..

AND AGAIN MICHAEL FOX IS ATTACKED WITH THE POSSIBILITY OF GOING TO JAIL.... MICHAEL FOX BEING ISSUED 2 TICKETS..

1 TICKET FROM DRIVING ON A SUSPENDED DRIVERS LICENSE.. 2ND TICKET IS FOR A ILEGAL STOP...



Page 39.

MICHAEL FOX TRYS TO TELL THE POLICE THAT MICHAEL FOXES  LICENSE IS NOT REVOKED AND ITS A VALID LICENSE.. MICHAEL FOX IS TOLD TO SHUT HIS MOUTH OR HE IS GOING TO JAIL.. MICHAEL FOX KEEPS TRYING TO TELL THE POLICE THERE IS NOTHING WRONG WITH MY LICENSE.. FOX TOLD AGAIN TO SHUT HIS MOUTH... AND THE MAN DEPUTY TELLING FOX HE IS GOING TO JAIL...
MICHAEL FOX IS TOLD TO LEAVE HIS VEHICAL WHERE IT IS, AND DO'NT LET US CATCH YOU DRIVING THIS VEHICAL..
MICHAEL FOX WALKS TO DRIVER COURSE SCHOOL TO GET CERTIFICATE. MICHAEL FOX WALKS TO DEPARTMENT OF MOTOR VEHICALS.
MICHAEL FOX ASKS THE CLERK  WAITING ON MICHAEL FOX IF HIS DRIVERS LICENSE IS REVOKED.. MAN RUNS MICHAEL FOXES LICENSE ON THE COMPUTER AND SAYS YOUR LICENSE PRIVILAGES ARE VALID....
MICHAEL FOX SHOWS TICKET TO THIS CLERK.
CLERK TELLS MICHAEL FOX THAT THE POLICE USE THE SAME COMPUTER WE HAVE, AND THE CLERK DOES NOT KNOW WHY THE POLICE ISSUED MICHAEL FOX THE TICKET
THIS CLERK EVEN CALLED HIS SUPERVISIOR FOR A CHECK...
MICHAEL FOX SHOWS CLERK THE TICKET FOR ILEGAL STOP.. CLERK SAYS HE HAS NEVER HEARD OF THIS KIND F A TICKET..
THIS CLERK TELLS THE PLAINTIFF MICHAEL FOX THAT ITS ALWAYS THE PERSONS FAULT FROM BEHIND, FOR NOT BEING ABLE TO STOP IN TIME..
MICHAEL FOX HAD TO DRIVE TO COURT SEVERAL TIMES TO FIGHT THESE TWO TICKETS.. AFTER 3 TIMES TO COURT, BOTH TICKETS ARE DISMISSED...
BUT THE STATE ATTORNEYS OFFICE DID NOT WANT TO DISMISS....
ITS ALWAYS THESE SICK AND SICO GOVERMENT PEOPLE WITH POWER THAT CAN RUN YOU THROUGH THE RINGER
MICHAEL FOX HAD MOVED TO NORTH FORT MEYERS AND HAD TO DRIVE 60 MILES ONE WAY TO THESE COURT DATES
THAT BECAUSE OF THE PHONE WIRE TAPS, AND MICHAEL FOXES MOTHERS PHONE BEING WIRE TAPPED, THESE SICO POLICE WHERE WAITING FOR MICHAEL FOX TO DRIVE TO THIS DRIVERS SCHOOL...
 AGAIN ITS MORE GRIEF AND PAIN IN MICHAEL FOXES LIFE AND EVERYTHING IS MICHAEL FOXES FAULT, WHEN ITS NOT....
ITS THE SICK AND DELUSIONAL POLICE THAT TRACK MICHAEL FOX.. AND HAVE DONE EVERYTHING TO DESTROY THE PLAINTIFFS LIFE AND MIND...
YOU EITHER WORK AS A GOVERMENT POLICE INFORMANT, OR THESE SICK AND SICKO POLICE DESTROY YOU...

6TH)--SIXTH ACCIDENT IS FROM JANUARY 19 OF 2005
MICHAEL FOX IS UNDER HEAVY SERVELLENCE. AS MICHAEL FOX IS IN LAKE TAHOE..
MICHAEL FOX IS IN SOUTH LAKE TAHOE.. AND GOES TO CESSARS PALACE CASINO..... THAT MICHAEL FOX IS BEING TRACKED EVERWHERE..
THAT MICHAEL FOX GOES OUT TO CAR TO GET AWAY FROM THE SICO SICK POLICE..
MICHAEL FOX SITS IN HIS MINI VANN FOR A WHILE.. THEN MICHAEL FOX GOES TO LEAVE..
MICHAEL FOX IS UP ON A INCLINE AT THE TOP OF THE PARKING LOT. AND STARTS DRIVING SLOWLY DOWN THE SLIGHT INCLINE AT A 45 DEGREE ANGLE TOWARD THE ENTRANCE—EXIT OF THIS CASINO..
MICHAEL FOX SEES A RED CHRYSLER MINI VANN AT THE BOTTOM OF THE PARKING LOT HEADING TOWARDS THE EXIT...
THAT AS MICHAEL FOX IS APPROACHING THIS EXIT /ENTRANCE THIS RED MINI VANN IS RIGHT IN FRONT OF MICHAEL FOX
MICHAEL FOX HITTING THE BREAKS, BUT MICHAEL FOX JUST SLIDES ON THE BLACK ICE THAT HAD FORMED..
THAT MICHAEL FOX SEES A MAN AND WOMEN IN THIS VEHICAL, THESE ARE BOTH MEXICANS, THEY ARE BOTH LOOKING AT  THE PLAINTIFF MICHAEL FOX....AS MICHAEL FOX IS  SLIDING TOWARDS THEM... THIS VEHICAL DOES NOT MOVE AT ALL.. THAT THESE PEOPLE NEW THAT MICHAEL FOX WAS GOING TO HIT THEM, BUT DID NOT MERGE TO THERE LEFT TO PREVENT THIS ACCIDENT....
MICHAEL FOX JUST BUMPED THIS VEHICAL AS IT DROVE BY IN THE PASSANGER DOOR..
IF THE MALE DRIVER WOULD HAVE MERGED TO ITS LEFT BY 4 INCHES THIS ACCDENT WOULD HAVE NEVER HAPPENED..
THESE MEXICANS DO NOT SPEAK FLUENT ENGLISH..
YOU COULD FEEL THE TENTION FROM THESE TWO MEXICANS..
MICHAEL FOX ASKED THEM WHY THEY DID NOT MOVE OVER A LITTLE WHEN YOU KNEW HOW CLOSE IT WAS... THESE MEXICANS ARE LOOKING AT FOX LIKE HE IS A PEICE OF GARBAGE....
MICHAEL FOX WONDERING IF THESE ARE POLICE THAT SAW MICHAEL FOX LEAVING AND STARTED TOWARDS THE EXIT AS THE PLAINTIFF MICHAEL  FOX WAS HEADING IN THAT DIRRECTION..
THE SECURITY OF THIS CASINO FLOCKED TO THE ACCIDENT ALMOST RIGHT AFTER IT HAPPENED..

THAT MICHAEL FOX WAS WONDERING HOW THEY EVER KNEW WHAT HAD HAPPENED..
THE DAY OF THIS ACCIDENT, THE WEATHER WAS EXTREAMLY WARM AND THE SNOW WAS MELTING AND
FLOWING DOWN THIS INCLINE MICHEL FOX WAS DRIVING ON..
THAT THE TEMPERTURE HAD CHANGED FROM THE UPPER 40 TO LOW 50 DEGREE DAY, TO 25 DEGREES BY
THE TIME THIS ACCIDENT HAPPENED... AND THE WATER THAT WAS FLOWING DOWN THE PARKING LOT HAD
FROZEN INTO BLACK ICE...

7TH)--ACCIDENT---FEB 4 2006--IS THE COMPLAINT FROM ABOVE AS MICHAEL FOX LAYED SLEEPING IN HIS
MINI VANN IN GALVISTON TEXAS....

8TH)-- ARE THE MANY ACCIDENTS IN FLORDA THAT MICHAEL FOX WAS ALMOST INVOLVED IN, AND IN THE
STATE OF MICHIGAN WHERE MICHAEL FOX THE PLAINTIFF HAS HAD MANY DIFFERENT NEAR CLOSE CALLS
TO ACCIDENTS... AND A FEW IN OTHER STATES WHERE THE PLAINTIFF HAS GONE..
MICHAEL FOX HAS HAD A LOT OF NEAR ISSES ON THE EXPRESSWAYS THE PLAINTIFF DRIVES..

9) THIS IS A INCIDENT WHILE MICHAEL FOX WAS WORKING AT RJ VANN MECHANICAL. ON MARCH 26 2003
MICHAEL FOX ON SENETARY WORK FROM A WORKERS COMP INJURY, AND WORKING AT THE SHOP.. THAT
MICHAEL FOX DROVE TO WORK, THEN WENT UP TO THE STORE FOR BREAK. THEN PARKING MINI VAN
ACROSS THE STREET...
THAT MICHAEL FOX LEFT THE SHOP AFTER WORK, AND DROVE OFF..
THAT MICHAEL FOX THE PLAINTIFF FINDS THAT THERE ARE SOMETHNG WRONG WITH THE BRAKES.. THE
MINI VANN WILL NOT STOP.. MICHAEL FOX FINDS THE BREAK PEDAL GOING TO THE FLOOR...
MICHAEL FOX STOPS IN A SUBDIVISION MINI MARKET, AND IS ATTACKED BY A BLACK WOMAN IN A BURGANDY
FORD TAURUS, WOMAN TRYING TO INTIMADE MICHAEL FOX DRIVING AROUND ALL NUTTY AND COMING REAL
CLOSE TO MICHAEL FOXES CAR AS MICHAEL FOX IS CHECKING THE MASTER CYLINDER..
THEN ANOTHER VEHICAL COMES PULLING IN, A BLACK MAN IN A CONTINENTAL... MAN LOOKING AROUND
AND ACTING STRANGE..
MICHAEL FOX PURCHASES BRAKE FLUID, BUT IT DOES NOT WORK.. MICHAEL FOX DRIVES SIDE ROADS TO
GET TO BRAKE SHOP.... MICHAEL FOX PUTTING CAR IN REVERSE IF NEEDED TO STOP...
MICHAEL FOX HAS VAN CHECKED AT TIRE KINGDOM IN NORTH FORT MEYER FLORIDA...
AS MICHAEL FOX IS WAITING IN THE WAITING ROOM, A OLD SMALL WHITE HAIRED MAN COMES INTO THE
OFFICE... THIS MAN IS WEARING A TEE SHIRT THAT STATES-- IF YOU LOVE SOMEONE, LET THEM GO. IF THE
DO'NT COME BACK, HUNT THEM DOWN AND KILL THEM...
MICHAEL FOX YELLS AT THIS MAN....... WHAT THE HELL IS THAT ON YOUR SHIRT..
THIS MAN REPLYS HE DOES NOT KNOW, THAT HE BOUGHT A PACKAGE OF TEE SHIRTS AND THIS SHIRT WAS
IN IT....
MICHAEL FOX WALKS OVER TO THIS MAN AND ASKS WHAT STATE HE IS FROM..
THIS OLD MAN YELLS AT MICHAEL FOX, AND STATES WHAT THE HELL DOES IT MATTER....
MICHAEL FOX IS READY TO STRIKE THIS OLD MAN..
MICHAEL FOX KNOWING THAT SOMEONE HAD TAPPERED WITH MICHAEL FOXES BRAKES...
MICHAEL FOX THE PLAINTIFF AFTER GETTING BRAKES FIXED, DROVE STRAIGHT HOME AND CALLED AIG
INSURANCE AND HAD FULL COVERAGE ADDED TO HIS INSURANCE POLICY...
MICHAEL FOX CARRIES 1 MILLION --500,000 THOUSAND COVERAGE BUT NO COLLISION...BUT ADD COLLISION
TO HIS POLICY AFTER THIS BRAKE TAMPERING...
COPY OF RECIEPT FROM TIRE KINDOM ATTACHED HERETO AS EXHIBIT 50-B

THE NEXT DAY AT WORK MICHAEL FOX THE PLAINTIFF MICHAEL FOX QUESTION KEN FISHER MICHAEL FOXES
SUPERVISOR, AND THE MECHANIC JON WILLIAMS FROM RJ VANN MECHANICAL....
THAT BOTH OF THESE MEN LOOKED GUILTY AS HELL, WHEN MICHAEL FOX QUESTIONED THEM....

THAT WHERE MICHAEL FOX THE PLAITIFF WORKS AT --RJ VANN MECHANICAL
KEN FISHER IS THE SUPERVISIOR FOR MICHAEL FOX...
THAT THIS KEN FISHERS SON IN LAW, WAS IN FACT WORKING AT TIRE KINGDOM ON THE DAY THAT THE
PLAINTIFF MICHAEL FOX HAD HIS REAR BRAKES FIXED.
THAT THIS KEN FISHERS SON-IN-LAW WITNESS MICHAEL FOX TALKING TO THIS MAN WEARING THIS TEE
SHIRT--STATING THAT WHEN YOU LOVE SOME ONE SET THEM FREE, IF THEY DO'NT COME BACK, HUNT THEM
DOWN AND KILL THEM....
THAT THE OLD MAN THAT WAS WEARING THIS SHIRT WAS WAITED ON BY KEN FISHERS SON IN LAW....
THAT THIS OLD MAN WEARING THIS SHIRT, DROVE OFF IN A NEW WHITE FORD VAN WITH FLORIDA
PLATES.......

Page 41

THAT MICHAEL FOX WAS INVOLVED IN A STAGED CAR ACCIDENT ON NOVEMBER 30 2002 AND NOW THESE SICO SICK POLICE ARE AGAIN TRYING TO DESTROY ANOTHER VEHICAL OF MICHAEL FOX.. TO FURTHER CAUSE ADDTIONIAL PAIN AND SUFFERING, AND POSSIBLE PHYSICAL HARM TO MICHAEL FOX THE PLAINTIFF. OR THE POSSIBLITY OF A CAR WRECK WITH SOME OTHER VEHICAL THAT MICHAEL FOX WOULD HAVE HIT, AND CAUSE THE DRIVER AND OR PASSANGERS PHYSICAL HARM..

THAT MICHAEL FOX HAS BEEN TOLD THAT THE STATE OF MICHIGAN WILL NEVER LET YOU GO....(BY PEOPLE LIVING IN MICHIGAN)

MICHAEL FOX THE PLAINTIFF BELIEVES THAT THIS OLD MAN WAS A GOVERMENT FIGURE FROM THE STATE OF MICHIGAN, TO PROKE MICHAEL FOX TO GO BACK AND LIVE IN MICHIGAN, AND IF NOT, WHERE GOING TO KILL YOU...MICHAEL FOX HAS LIVED THROUGH 20 YEARS OF SEVERE MENTAL STRESS. AND HAS SUFFERED BECAUSE OF THESE GOVERMENT POLICE THAT TRACK MICHAEL FOX THE PLAINTIFF..

MICHAEL FOX THE PLAINTIFF HAS ALWAYS TRYED TO GET AWAY FROM THESE PEOPLE, BUT THEY CONTINUE TO FOLLOW MICHAEL FOX, AND DESTROY EVERYTHNG IN THE PLAINTIFFS LIFE, AND HAVE UTTERLY DESTROYED THE PLAINTIFF HEALTH, AND HAVE DESTROYED THE PLAINTIFFS PEACE AND JOY IN LIFE, AND FURTHER DESTROYED THE PLAINTIFFS MIND....

BECAUSE OF THE GPS TRACKING THAT MICHAEL FOX HAS ON HIS VEHICAL, THESE PEOPLE KNOW WHERE THE PLAINTIFF IS AT ALL TIMES...AND MICHAEL FOX WILL BE TRACKED AND WILL CONTINUE TO LIVE THROUGH THIS TREATMENT UNTIL MICHAEL FOX IS PUT IN WITNESS PROTECTION PROGRAM.. AND FURTHER RELOCATED TO ANY AREA IN THE WORLD WHERE MICHAEL FOX SO DESIRES TO LIVE..

THAT NO MATTER WHERE THE PLAINTIFF MICHAEL FOX HAS EVER GONE TO LIVE AND BUILD A FUTURE FOR HIMSELF, THESE PEOPLE THAT TRACK THE PLAINTIFF MICHAEL FOX HAVE DESTROY THE PLAINTIFFS FUTURE...AND HAVE DESTROYED THE PLAINTIFFS HEALTH AND DESTROYED THE PLAINTIFFS MIND..

THAT IF A ORDER IS NOT GIVEN BY ANY FEDERAL COURT, NOT GIVING MICHAEL FOX THE PLAINTIFF A NEW LIFE, UNDER THE WITNESS PROTECTION PROGRAM.

MICHAEL FOXES LIFE WILL CONTINUE TO BE A LIFE OF DISMAL OUTLOOK, FURTHERMORE THE POSSBLITY OF DEATH IF THESE PEOPLE THAT HAVE STAGED CAR WRECKS OR HAVE TAMPERED WITH THE PLAINTIFFS VEHICAL MECHANCIS TO FURTHER CASE CAR WRECKS.. EITHER ENDING IN DEATH OR SOME SORT OF PHYSICAL HARM. FURTHER CAUSING GREAT EMOTIONAL AND IRREPTABLE HARM...

THAT THESE PEOPLE HAVE INFLICTED THIS UPON MICHAEL FOX THE PLAINTIFF WITH INTENT, AND FURTHER MALICE, TO CAUSE GREAT EMOTIONAL AND IRREPTABLE HARM TO THE PLAINTIFF MICHAEL FOX...

WHEREFORE THE PLAINTIFF MICHAEL FOX SEEKS DAMAGES FOR ALL OF THE WRITTEN ABOVE, AND OTHER PAST INCIDENTS AND FUTURE INCIDENTS NOT LIST IN THIS FORGOING COMPLAINT, INCLUDING INTREST AND INCLUDING PUNITIVE DAMAGES IN THE AMOUNT OF 50 BILLION DOLLARS....

THAT ON THE MONEY AWARD/REWARD———— INCLUDING PUNITIVE DAMAGES, INCLUDING INTREST, AND ALL...THAT THE PLAINTIFF MICHAEL FOX WILL NOT HAVE TO PAY INTERNAL REVENUE YEARLY TAX...THAT MICHAEL FOX THE PLAINTIFFS MONEY AWARD/JUDGEMENT IS COMPLETLY TAX FREE..

THAT DURING THE DURATION OF THE PLAINTIFFS LIFE, THAT MICHAEL FOX WILL NEVER HAVE TO PAY ANY YEARLY INCOME TAXES TO FEDERAL OR ANY STATE TAX...

THAT WHEN MICHAEL FOX THE PLAINTIFF MAKES OR DONATES ANY MONEY TO PRIVATE INDIVIDULES, THAT THESE MONEYS DONATED TO THIS PERSON WILL BE COMPLETLY TAX FREE, TO THAT INDIVIDULE...

THAT WHEN MICHAEL FOX THE PLAINTIFF DONATES MONEY TO ANY CHARITY OR ANY KIND OF BUSINESS OF CHARITY, THAT THE CHARITY OR BUSNESS WILL HAVE NO FEDERAL OR STATE INCOME TAX OWED..THEY RECIEVE THIS MONEY TAX FREE FROM MICHAEL FOX THE PLAINTIFF..

THAT MICHAEL FOX RECIEVE'S FREE HEALTH CARE INSURANCE POLICY, FROM THE UNITED STATES GOVERMENT, FOR THE DURATION OF THE PLAINTIFF MICHAEL FOXES LIFE....WITH FULL HEALTH, PERSRIPTION AND DENTAL BENIFITS...AT THE GOVERMENTS COST....

MICHAEL FOX RESERVES THE RIGHT TO ADD TO THIS COMPLAINT FOR THE PAST AND ATTACKS THAT ARE NOT YET INCLUDED IN THIS COMPLAINT...WHICH ARE INCLUDED IN THE 50 BILLION DOLLAR SETTLEMENT...BUT NOT INCLUDING THE THE FUTURE ATTACKS OF THE 50 BILLION DOLLAR SETTLEMENT....

Page 42

BELOW ARE PARTCIAL  ADDITIONAL COMPLAINTS SINCE WRITING THIS COMPLAINT TO THIS POINT AND THE *Time*

THAT THE PLAINTIFF MICHAEL FOX HAS BEEN GOING TO FEDEX KINKOS AND STARBUCKS COFFEE'S USING THE WIRLESS INTERNET SERVICE
THAT THE PLAINTIFF IS CONTINUALLY BEING FOLLOWED AND OBSERVERED...

THAT AT THESE WIRLESS CONECTION AREAS THE PLAINTIFF HAS HAD HIS COMPUTER ATTACKED, TO WHERE THE PLAINTIFF CAN NOT ACCESS THE WEB
AND ON ONE OCASSION THEY WHERE ABLE TO DESTROY FOXES HARD DRIVE..

AND ONLY TO HAVE THE GOVERMENT POLICE WANTING THE HARD DRIVE TO SEE THE FILES OF MICHAEL FOX...

THAT THE PLAINTIFFS COMPUTER IS IN FACT BUGGED...AND THE GOVERMENT KNOWS EVERYTHING THE PLAINTIFF IS DOING, AND WHAT THE NEXT FOOT STEPS THE PLAINTIFF WILL BE MAKING....

THAT THE PLAINTIFF MICHAEL FOX, HAS ACCESSED WEB SEARCHES LOOKING FOR ATTORNEYS IN TEXAS TO HANDLE MICHAEL FOXES PENDING LAW-SUIT, DUE TO THIS STAGED CAR WRECK....

THAT THE PLAINTIFF MICHAEL FOX  HAS NOT BEEN ABLE TO FIND ANY LAW FIRM ON THE WEB...

THAT THE PLAINTIFF MICHAEL FOX ONE NIGHT WAS SEARCHING AGAIN FOR ATTORNEYS ON THE WEB...

THAT THE PLAINTIFF MICHAEL FOX CAME UPON A LAW FIRM IN AUSTIN TEXAS..... FIRST TIME THE PLAINTIFF HAD SEEN THIS LAW FIRMS WEB PAGE...
THE PLAINTIFF MICHAEL FOX READS THE WEB PAGE, WHICH STATES THIS LAW FIRM HAS LOTS OF EXPERIENCE IN THE CRIMINAL ACTIVITES AND CORUPTION THAT THE GOVERMENT INFLICTS ON PEOPLE, AND TO CONTACT THEM REGARDING YOUR CIVIL RIGHTS BEING VIOLATED..

THAT THE PLAINTIFF MICHAEL FOX THOUGHT HE HAD JUST HIT THE RIGHT  LAW FIRM TO HANDLE THIS CASE...
THE PLAINTIFF WRITES DOWN THE LAW FIRM NAME AND PHONE NUMBER....

THE PLAINTIFF DOES NOT CALL THE LAW FIRM, THE PLAINTIFF CONTINUES WORKING ON THE COMPLAINT, AND WILL SEND THE COMPLAINT VIA THE MAIL...

THAT MICHAEL FOX USES THE PHONE AS LEAST AS POSSIBLE, DUE TO THE FACT THE GOVERMENT POLICING AGENCIES AND SECURITY COMPANYS, ARE CRAWLING ALL OVER THE PLAINTIFF MICHAEL FOX.. AND THE PLAINTIFF MICHAEL FOX NOT WANTING THESE PEOPLE KNOWING WHERE HE IS SENDING THESE COMPLAINTS TO...

THAT ON JAN 10TH 2007 THE PLAINTIFF IS IN FEDEX KINKO'S ON MIDWAY DRIVE IN SAN DIEGO CA. IN THE EARLY MORNING HOURS TRYING TO FINISH OFF THIS COMPLAINT THE PLAINTIFF IS SENDING TO AN ATTORNEY IN AUSTIN TEXAS, TODAY...

THAT SINCE THE GOVERMENT THAT MONITORS THE PLAINTIFF MICHAEL FOX, AND HAS THE  PLAINTIFFS COMPUTER  BUGGED... THE GOVERMENT KNOWS EXACTLY WHAT THE PLAINTIFF IS DOING AND WHAT THE PLAINTIFFS FUTURE FOOTSTEPS ARE...

THE PLAINTIFF MICHAEL FOX HAS HIS HOTMAIL EMAIL PAGE UP ON THE PLAINTIFFS COMPUTER...
THAT THE PLAINTIFF MICHAEL FOX IS ALSO WORKING ON WORD PAD, CONTINUING ON WORKING ON THE PLAINTIFFS COMPLAINT THAT THE PLAINTIFF IS MAILING TO THE  ATTORNEY IN AUSTIN TEXAS.....

THE PLAINTIFF MICHAEL FOX CHECKS THE EMAILS AND SEE'S THAT ANOTHER AJUSTER HAS CONTACTED THE PLAINTIFF, BY SENDING AN EMAIL ON JAN 10TH 2007 AT 12:54 PM
THE SENIOR AJUSTERS NAME IS RICHARD PARMELEE..COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 51A

THAT THIS AMICA AJUSTER WANTS TO MEET MICHAEL FOX FOR A STATEMENT...

THAT MICHAEL FOX THE PLANTIFF IS TYPING A RETURN  EMAIL TO THIS AJUSTER...
MICHAEL FOX THE PLAINTIFF HAS A MAN WALK OVER AND STAND NEXT TO HIM AND STARTS RUBBING UP

ALONG SIDE THE PLAINTIFF..
THAT MICHAEL FOX THE PLAINTIFF LOOKED AT THIS MAN, AND REFUSED TO SAY ANYTHING TO THIS MAN..
THIS MAN WANTING TO TALK...THIS MAN IS SOME SORT OF GOVERMENT POLICE
MAN WALKS AWAY AFTER HE KNEW THE PLAINTIFF WAS IGNORING HIM..---AGE 45-52--THIN APPROX 160LBS
AND 5FT10IN.

THE PLAINTIFF MICHAEL FOX SENDING EMAIL BACK TO THIS AJUSTER AN HOUR LATER--ON JAN 10TH 2007
AT 10:43AM-- THE PLAINTIFF STATING THAT THE PLAINTIFF IS DONE DEALING WITH THE NONSENSE, AND
SICK OF THE PEOPLE INVESTIGATING THE PLAINTIFF...
BECAUSE OF THE BREAK DOWN WITH AMICA INSURANCE AJUSTERS, AND THERE INTIMADATION TACTICS,
AND FURTHER THERE LIES AND NONSENSE INCLUDING AGAIN, THE PEOPLE THAT ARE INVESTIGATING THE
PLAINTIFF
THAT THE PLAINTIFF MICHAEL FOX IS SEEKING LEGAL COUNSEL..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 52A

RICHARD PARMELEE THIS SENIOR AJUSTER FROM AMICA INSURANCE... RETURNS ANOTHER EMAIL ON
WED.... JAN 10TH 2007 AT -- 1:43PM
STATING THAT HE THANKS MICHAEL FOX FOR THE EMAIL, AND WHEN THE PLAINTIFF MICHAEL FOX RETAINS
LEGAL COUNSEL, PLEASE HAVE THE PLAINTIFFS ATTORNEY SEND AMICA A LETTER OF REPRESENTATION.
AND A SIGNED LETTER OF DESIGNATION..
THIS SENIOR AJUSTER FURTHER STATES THAT WHEN THE PLAINTIFF RETAINS LEGAL COUNSEL, THE
PLAINTIFF WILL BE UNABLE TO SPEAK TO THE AJUSTER...-------COPY OF EMAIL ATTACKED HERETO AS
EXHIBIT 53

THAT MICHAEL FOX RECIEVED THIS EMAIL FROM THE RICHARD PARMELEE 6 MINUTES AFTER MICHAEL FOX
THE PLAINTIFF SENT HIS EMAIL TO THE AJUSTER...
THERE IS A DIFFERENCE OF 3 HOURS WHICH IS EASTERN TIME WHICH THE PLAINTIFFS COMPUTER IS
AJUSTED TO, AND PACIFIC TIME ZONE-- WHERE MICHAEL FOX IS RECIEVING THESE EMAILS FROM... RICHARD
PARMELEE THIS AJUSTER FROM AMICA INSURANCE IS ON PACIFIC TIME ZONE...
THAT MICHAEL FOX THE PLAINTIFF WAS WONDERING IF THIS AJUSTER IS NOT NEAR BY OR WHO EVER IS
POLICING MICHAEL FOX IS MAKING CALLS BACK TO THIS AJUSTER..
THAT WHO EVER IS POLICING MICHAEL FOX THE PLAINTIFF, KNOWS THAT MICHAEL FOX HAS HIS EMAIL WEB
PAGE UP.....
OR THE GOVERMENT THAT HAS THE PLAINTIFFS COMPUTER BUGGED, AND KNOWS WHAT ALL THE
PLAINTIFF HAS RUNNING ON THE PLAINTIFFS COMPUTER AT THE CURRENT TIME...

THIS IS ONLY FURTHER EVIDENCE, THAT THESE'S GOVERMENT/POLICE ARE TRACKING FOX TO THE TEE..
THE DAY BEFORE ON JAN 9 2007— THE PLAINTIFF MICHAEL FOX DRIVES TO ST. VINCIENT DEPAUL MEDICAL
CENTER... TO GET COPIES OF MEDICAL OFFICE VISITS..

THAT THE GOVERMENT WAS WAITING FOR THE PLAINTIFF WHEN THE PLAINTIFF MICHAEL FOX CAME OUT OF
SAINT VINCIENT DEPAUL MEDICAL CENTER....TWO MEN DRIVING UP ON THE PLAINTIFF... IN A FORD
EXPLORER

PLAINTIFF MICHAEL FOX GOING TO FEDEX KINKOS TO FINISH COMPLAINT AND MAIL THE COMPLAINT TO
ATTORNEYS IN AUSTIN TEXAS..
WHILE AT FEDEX KINKOS, THE PLAINTIFF RECIEVING EMAILS FROM ANOTHER AJUSTER..., AND WANTING A
STATEMENT....

THIS IS WHAT AMICA AJUSTERS HAVE TOLD THE PLAINTIFF MICHAEL FOX FROM THE BEGINING OF THIS
CLAIM.
AMICA INSURANCE WANTS NO STATEMENT..THEY WANT TO SETTLE THIS CASE, WITH NO REGARD FOR THE
PLAINTIFFS MEDICAL NEEDS OR HEALTH CONDITION....
SINCE THE PLAINTIFF MICHAEL FOX IS NOW PURSUING TREATMENT, SINCE BECOME STABLE IN A
COMMUNITY, WHERE THE PLANITIFF CAN SEE DOCTORS ON A REGULAR BASIS. THE AMICA INSURANCE
COMPANY, AND ITS AJUSTERS WANT TO DENY THE PLAINTIFF MICHAEL FOX MEDICAL TREATMENT, DUE TO
THE FACT THAT THE PLAINTIFF HAS WAITED SO LONG SINCE THE CAR WRECK.... THAT THE PLAINTIFF WAS
HOSPITILIZED FOR 5 DAYS AS A RESULT DUE TO THE STAGED CAR WRECK.....
THAT THE PLAINTIFF HAS TOLD AMICA AJUSTERS THAT HE TRAVELS ALOT AND IT WILL BE NEAR IM-
POSSIBLE FOR THE PLAINTIFF TO SEE ANY DOCTOR FOR A DURATION OF TIME....
THE PLAINTIFFS LIFE DOES NOT REVOLVE AROUND AMICA INSURANCE AND THERE RULES.....OR THIS CAR

STAGED CAR WRECK...

THAT MICHAEL FOX THE PLAINTIFF MAILED THE PENDING COMPLAINT TO THE LAW FIRM IN AUSTIN TEXAS...ON JAN 10 2007
COPY OF FED-EX RECIEPT ATTACHED HERETO AS EXHIBIT 53B

THAT ON FRIDAY JAN 12 2007–THIS LAW FIRM RECIEVED THIS PENDING COMPLAINT
THAT THIS LAW FIRM RECIEVED THIS COMPLAINT AT 10:17AM
COPY OF FEDEX CONFIRMATION ATTACHED HERETO AS EXHIBIT 53C

THAT ON THE SAME DAY–JAN 12 2007–THE LAW FIRM SHIPPED THIS POTENTIAL COMPLAINT BACK TO MICHAEL FOX, TO THE PLAINTIFFS GENERAL DELIVERY ADDRESS IN SAN DIEGO CA.
ATTACHED TO THE COMPLAINT IS THE LAW FIRMS LETTER–DECLINING ON ACCEPTING THIS CASE..
THAT ON JAN 18 2007 THE PLANTIFF MICHAEL FOX WENT TO THE POST OFFICE FOR GEENRAL DELIVERY AND GOT THE RETURNED COMPLAINT...
ATTORNEYS LETTER DECLINING CASE—— ATTACHED HERETO AS EXHIBIT 53D

MICHAEL FOX THE PLAINTIFF HAS READ NEWS PAPER ARTICALS AND HEARD NEWS BROAD CASTS, THAT THE ATTORNEY THAT VICE PRESIDENT DICK CHENEY SHOT WAS FROM HOUSTON TEXAS...
WHILE THE PLAINTIFF MICHAEL FOX  WAS STILL IN GALVESTON TEXAS, THE NEWSPAPERS WHERE FRONT LINE NEWS—— THAT  THE VICE PRESIDENT SHOT  AN ATTORNEY FROM HOUSTON TEXAS...

THAT AFTER THE PLAINTIFF MICHAEL FOX HAD MAILED THE COMPLAINT TO THE LAW FIRM OF —
WHITEHURST-HARKNESS-OZMUN&BREES——
THE  PLAINTIFF MICHAEL FOX ACCESS YAHOO SEARCH, LOOKING FOR THIS ATTORNEY THAT WAS SHOT BY DICK CHENEY THE VICE PRESIDENT.
THAT MICHAEL FOX THE PLAINTIFF READS ARTICALS..ON THIS WEB PAGE THAT THIS ATTORNEY HARRY WHITTINGTON IS NOW FROM AUSTIN TEXAS...
THE PLAINTIFF MICHAEL FOX  SAYING TO HIMSELF THAT THIS CAN'T BE—HE WAS SUPOSEDLY FROM HOUSTON TEXAS...
THE PLAINTIFF MICHAEL FOX KNOWING THAT HE HAD SENT THIS POTENTIAL COMPLAINT TO AUSTIN TEXAS, AND THE PLAINTIFF KNOWING HOW THESE GOVERMENT FORCES OPERATE.... THAT MICHAEL FOX WOUD HAVE NEVER SENT ANY PENDING COMPLAINT TO AUSTIN TEXAS WHERE THIS ATTORNEY DICK CHENEY HAS ALLEGEDLY SHOT, WAS FROM... THE POLITICAL BACK LASH WOULD BE UNBEARABLE.... AND THE PLAINTIFF MICHAEL FOX BELIEVING THIS ATTORNEY HARRY WHITTINGTON WAS FROM HOUSTON TEXAS....
COPY OF  ATTORNEY HARRY WHITTINGTON WEB PAGES  THAT DICK CHENEY ALEGEDLY SHOT ATTACHED HERE-TO AS EXHIBIT (53-E THRU 53-J)
AND A COPY OF THIS ATTORNEYS ADRESSS AND LAW FIRM.
ATTORNEYS NAME AND ADDRESS
HARRY WHITTINGTON—78YRS OLD
807 BRAZO'S ST.
AUSTIN TEXAS 78701-2508
512-476-5313

ITS THE PLAINTIFF MICHAEL FOX'ES OPINION... THAT BECAUSE OF THE HIGH TECH SURVIELENCE ON THE PLAINTIFF...AND THE GOVERMENT HAVING THE PLAINTIFFS COMPUTER BUGGED..OR WIRED...
THAT THESE GOVERMENT FORCES KNOWING THAT MICHAEL FOX IS LOOKING FOR ATTORNEYS TO HANDLE THE PLAINTIFFS CLAIM..
THE GOVERMENT POLICE FORCE  SOME HOW SENT MICHAEL FOX A WEB PAGE REGARDING THIS LAW FIRM IN AUSTIN TEXAS THAT FIGHTS POLICE AND GOVERMENT CORUPTION AND AGRESSION,,, THAT  THIS LAW FIRMS WEB PAGE FURTHER STATES HOW THEY FIGHT GOVERMENT AGRESSION AND MISS CONDUCT....
THEY KNOW HOW THESE PEOPLE OPERATE...AND THEY CAN HELP...
THE PLAINTIFF MICHAEL FOX  BELIEVES HE WAS LEAD TO THIS WEB PAGE AND FURTHER SET UP,  SO THIS LAW FIRM COULD A COPY OF THE PLAINTIFFS COMPLAINT HE IS WANTED TO FILE...

MICHAEL FOX THE PLAINTIFF DID NOT GO TO HOUSTON TEXAS FOR AN ATTORNEY,  BECAUSE OF THIS ATTORNEY WHO WAS ALEDGEDLY SHOT BY DICK CHENEY THE VICE PRESIDENT OF THE UNITED STATES, WAS FROM HOUSTON TEXAS..
AND THE NON-SENSE WITH THE GOVERMENT THAT MICHAEL FOX THE  PLAINTIFF WENT THROUGH  STAYING IN CHORPUS CHRISTI TEXAS.....
THAT EVERYBODY SPEAKING ABOUT  HOUSTON TEXAS, OR WAS FROM HOUSTON TEXAS... THAT THE UNITED

Page 45

STATES MARSHALL FROM THE FEDERAL COURT HOUSE IN GALVISTON TEXAS TELLING THE PLAINTIFF MICHAEL FOX THAT THERE ARE GREAT ATTORNEYS IN HOUSTON TEXAS...
THE PLAINTIFF WANTED NOTHING TO DO WITH THE POLITICS FROM HOUSTON TEXAS...NOR THE STATE OF TEXAS....

ON WED. JAN 17 2007--THE PLAINTIFF MICHAEL FOX  SENDS EMAIL TO SHERON CHAPA SENIOR AJUSTER HANDLING THE MEDICAL CLAIM AT AMICA INSURANCE...
ASKING FOR THE AJUSTER TO APPROVE MEDICAL DOCTORS VISIT..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 54A

ON THURS. JAN 18 2007 THE PLAINTIFF SENDS ANOTHER EMAIL TO THIS AJUSTER SHERON CHAPA REGARDING THE DOCTORS APPROVAL..
THE PLAINTIFF HAD YET TO HEAR FROM THIS AJUSTER
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 55A

THAT MICHAEL FOX RECIEVES EMAIL BACK FROM THIS AJUSTER SHERON CHAPA ON JAN 18 2007--AJUSTER TELLING THE PLAINTIFF THAT SHE IS NOT ATHORIZING ANY DOCTORS VISIT..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 56A

THE PLAINTIFF MICHAEL FOX SENDING AN EMAIL BACK TO SHERON CHAPA REGARDING PAYMENT FOR DOCTORS, AND THE CONTINUING NONSENSE..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 57A

THAT MICHAEL SENDS COPYS OF THIS COMPLAINT TO 4 OTHER ATTORNEY LAW FIRMS FOR REPRESENTATION ON FEBUARY 21 2007
LAW FIRMS LIST BELOW 1 THRU 4
1)--JEREMY F ROSENTHAL AT 207 E. VIRGINA AVE. SUITEE 210 MCKINNEY TEXAS 75069
COPY OF TRACK AND CONFIRM SIGNITURE REQUEST ATTACHED HERETO AS EXHIBIT 57-B
2)--MATT FREEMAN @ ASSOCIATES AT 230 WESTSCOTT SUITE 202 HOUSTON TEXAS 77007
COPY OF TRACK AND CONFIRM SIGNITURE REQUEST ATTACHED HERETO AS EXHIBIT 57-C
3)--DAVID E JONES AT 7502 GREENVILLE AVE DALLAS TEXAS 75231
COPY OF TRACK AND CONFIRM SIGNITURE REQUEST ATTACHED HERETO AS EXHIBIT 57-D
4)--CHANDLER LAW FIRM AT 3102 MAPLE AVE. SUITE 450 DALLAS TEXAS 75201
COPY OF TRACK AND CONFIRM SIGNITURE ATTACHED HERETO AS EXHIBIT 57-E

THAT MICHAEL FOX HAD ASKED TO HAVE ALL COPYS MAILED BACK TO MICHAEL FOX GENERAL DELIVERY SAN DIEGO CALIFORNIA CALIFORNIA 92138 IF DECLINING HE CASE....

THAT MICHAEL FOX HAD EVERY LAW FIRM DECLINE TAKING THIS CASE...

LISTED BELOW ARE THREE LAW FIRMS LETTERS DECLINING CASE
1)-- JEROMEY F ROSENTHAL---- COPY OF LETTER ATTACHED HERETO AS EXHIBIT 57-F
2)-- MATT FREEMAN & ASSOCIATES-- COPY OF LETTER ATTACHED HERETO AS EXHIBIT 57-G
3)--CHANLER LAW FIRM--COPY OF LETTER ATTACHED HERETO AS EXHIBIT 57-H
4)--DAVID E JONES---THIS LAW FIRM DID NOT RETURN

MICHAEL FOX CALLED THE LAW FIRM OF DAVID E. JONES TO FIND OUT WHAT HAD HAPPENED TO MICHAEL FOXES COMPLAINT ON ON FEBUARY 27 2007 AT 2:35PM  FROM FED EX KINKOS ON MIDWAY IN SAN DIEGO CALIFORNIA..
THAT MICHAEL FOX THE PLAINTIFF  SPOKE TO DAVID JONES..
DAVID  JONES TELLING MICHAEL FOX THAT THEY HAD DESTROYED THE COMPLAINT...
MICHAEL FOX TELLS DAVID JONES THAT HE HAD SENT A COVER LETTER ASKING TO SEND THE COMPLAINT BACK IF NOT ACCEPTING THE CASE..
DAVID JONES RESPONDS THAT IT COST MONEY TO SEND...
MICHAEL FOX SAYS WHAT WILL IT COST LESS THAN TWO DOLLARS....
DAVID E. JONES RESPONDS THAT MICHAEL FOXES COMPLAINT IS A HUGE CIVIL RIGHTS CASE...

AS DAVID E. JONES HAS STATED TO MICHAEL FOX THAT THIS IS A HUGE CIVIL RIGHTS CASE, WHY DID THIS MAN DESTROY THIS COMPLAINT...
WHY DID THIS ATTORNEY NOT ACCEPT THIS CASE...
IS DAVID E. JONES A FORMER STATE PROSECUTER

IS DAVID E.JONES A FORMER US ATTORNEY
IS DAVID E. JONES A REPUBLICAN...

THAT MICHAEL FOX HAD FOUND A LAW FIRM ON THE WEB SITE AGAIN. THIS LAW FIRM IS FROM AUSTIN
TEXAS..
LAW FIRM CREWS AND ELLIOTT
MICHAEL FOX CALLS THIS LAW FIRM AND ASKS FOR AN ATTORNEY, MICHAEL FOX TOLD NO ATTORNEYS ARE
IN..
MICHAEL FOX ASKS THIS SERETARY IF THESE ATTORNEYS ARE REPUBLICAN OR DEMOCRACTS...
SECRTARY STATES WE ARE ALL DEMOCRATS HERE..
MICHAEL FOX EXPLAINS HE HAS A HUGE COMPLAINT. AND HE WOULD LIKE TO MAIL THE COMPLAINT TO
THEM..
SECRTARY SAYS TO SEND IT..
MICHAEL FOX MAILS COPY OF COMPLAINT TO CREWS AND ELLIOTT ON MARCH 5 2007
COPY OF TRACK AND CONFIRM ATTACHED HERETO AS EXHIBIT 57-I
THAT THIS ATTORNEYS OFFICE RECIEVED THIS COMPLAINT ON MARCH 7 2007
MICHAEL FOX RECIEVES EMAIL ON MARCH 8 2007 FROM PAULETTE FROM THE LAW FIRM OF CREWS AND
ELLIOTT— STATING THAT JOE CREWS HAS THOROUGHLY  REVIEWED THE DOCUMENTS, AND HAS
CONCLUDED THAT THIS IS A MATTER IN WHICH CREWS AND ELLIOTT, PC WILL NOT BE ABLE TO REPRESENT
YOU.. I MAILED YOUR DOCUMENTS BACK TO YOU TODAY VIA FIRST CLASS MAIL
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 57-J

THAT MICHAEL FOX CONTACTED THE LAW FIRM OF  RITTENBERG, SAMUEL & PHILLIPS FROM NEW ORLEANS
LA.
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 57-K
MICHAEL FOX RECIEVES EMAIL BACK FROM ATTORNEY LARRY SAMUEL— STATING THAT THERE LAW FIRM
DOES NOT ACCEPT THESE KIND OF CASES..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 57-L

THAT MICHAEL FOX CONTACTED ANOTHER ATTORNEY BY EMAIL, BUT  EMAIL WAS RETURNED FOR SOME
REASON..
COPY OF EMAIL MICHAEL FOX SENT...  AND  MESSAGE OF FAILED  STATUS NOTIFICATION ATTACHED
HERETO AS EXHIBIT 57-M

THAT ON MARCH 28 2007
MICHAEL FOX THE PLAINTIFF  DRIVES TO A MEDICAL OFFICE APPOINTMENT AT 655 EUCLID AVE. (SUITE 405)
NATIONAL CITY CA TO SEE DR DERNONCOUNT
AS FOX PULLS INTO THE DRIVEWAY, THERE ARE  7 MEXICANS WAITING FOR THE PLAINTIFF.. THEY JUST
WALK IN FRONT OF THE PLAINTIFFS VEHICAL AS IF THEY WANT THE PLAINTIFF TO POSSIBLY HIT ONE OF
THEM.. THEN THESE MEXICANS STOP, AND JUST STAND IN FRONT OF THE PLAINTIFF MICHAEL FOXES CAR..
JUST LOOKING AT THE PLAINTIFF.. THESE PEOPLE ARE TRYING TO PROVOKE AND INTIMDATE THE
PLAINTIFF..THESE PEOPLE EVENTUALLY GET  OUT OF THE WAY.... FOX NOT EVER ACKNOLEDGLING THESE
MEXICAN PEOPLE.. FOX PARKS AT GETS OUT OF CAR....THEN FOX HAS YOUNG BLOND HAIRED WOMAN
TRYING TO FURTHER MESS WITH THE PLAINTIFF MIND.. FOX GOES INTO DOCTORS OFFICE... BUT HAD TO
RESCHEDULE APPOINTMENT BECAUSE MEDICL RECORDS DIDNOT COME FROM YUMA REGIONIAL
HOSPITAL....FOX RESHEDULES APPOINTMENT, AND LEAVES..

MICHAEL FOX THE PLAINTIFF DRIVES TO FBI OFFICE IN SAN DIEGO CA.. AT 9797 AERO DRIVE SAN DIEGO CA.
MICHAEL FOX TOLD TO PARK HIS VAN AND COME BACK TO GAURD STATION
GAURD TAKES DRIVERS LICENSE AND CALLS IN FOR SOME FBI AGENTS...
TWO MEN APPROACH MICHAEL FOX, ONE IS A FBI AGENT, THE OTHER ONE MICHAEL FOX DOES NOT KNOW..
FBI AGENT INTRODUCES.HIMSELF AS VICTOR OLESEN, AND THIS AGENT TELLS MICHAEL FOX THE PLAINTIFF
THAT HE IS FROM MICHIGAN..
MICHAEL FOX THINKING TO HIMSELF IS THIS MAN POSSIBLE ONE OF THE TRAVELING AGENTS THAT
FOLLOWS AND PROVOKES MICHAEL FOX THE PLAINTIFF EVERYWHERE THE PLAINTIFF HAS EVEN GONE...
PLAINTIFF MICHAEL FOX EXPLAINS SOME ISSUES, AND THEN TELLS THIS FBI AGENT VICTOR OLESEN THAT
YOU ARE LOOKING AT THE MAN, REGAURDING DICK CHENEYS NONSENSE ABOUT SHOOTING HIS ATTORNEY
FRIEND IN CHORPUS CHRISTI TEXAS...
THAT THIS FBI AGENT REALLY MAKES A SOME VERBAL SIE, AND HAS SOME LOOK OF GRIEF ON HIS FACE FOR
A MOMENT..
THAT MICHAEL FOX THE PLAINTIFF GAVE FBI AGENT VICTOR OLESEN THE PLAINTIFFS EMAIL

ADDRESS...DURING CONTINUING CONVERSATION..

THAT MICHAEL FOX THE PLAINTIFF, TELLS FBI AGENT VICTOR OLESEN THAT THE PLAINTIFF HAS A COMPLAINT NEARLY COMPLETED  REGARDING THIS ISSUE..

MICHAEL FOX GIVES THE FBI AGENT VICTOR OLESEN A COPY OF THE PLAINTIFFS COMPLAINT AT THIS TIME...AND MICHAEL FOX THE PLAINTIFF FURTHER STATES TO VICTOR OLESEN THE FBI AGENT, THAT MICHAEL FOX WANTS THE COMPLAINT BACK..

THAT VICTOR OLESEN TELLS MICHAEL FOX HE WILL READ COMPLAINT AND WILL HAVE TO BE ABLE TO SELL IT TO THE AGENCY FOR A ACTIVE CASE.

FBI  AGENT VICTOR OLESEN TELLS MICHAEL FOX HE WILL SEND EMAIL TO THE PLAINTIFF REGAURDING MY ISSUES...

MICHAEL FOX ASK HOW LONG IT WILL TAKE TO HAVE A WORD....VICTOR OLESEN DOES NOT KNOW..

MICHAEL FOX TELLS VICTOR OLESEN THAT IT WOULD BE BETTER NOT TO CONTACT THE PLAINTIFF BY EMAIL, DUR TO THE PLAINTIFFS COMPUTER IS BUGGED...

MICHAEL FOX SAYS HE WOULD LIKE FBI AGENT TO WRITE HIS NAME DOWN ON PEICE OF PAPER---THIS FBI AGENT GIVES MICHAEL FOX HIS BUSINESS CARD...

MICHAEL FOX THE PLAINTIFF TELLS VICTOR OLESEN THAT THE PLAINTIFF HAS MORE COMPLAINT MATERIAL..

AS MICHAEL FOX THE PLAINTIFF CONTINUES TALKING ABOUT THE ABUSE, MICHAEL FOX STARTS  LOSES HIS COMPOSURE, AND MICHAEL FOX THE PLAINTIFF IS GETTING LOUD AND EVENTUALLY WAS SCREAMING ABOUT THE NONSENSE...

VICTOR OLESEN  FBI AGENT  TELLS MICHAEL FOX THE PLAINTIFF THAT HE HAS TO GO...

MICHAEL FOX THE PLAINTIFF LEAVES WITH NO PROBLEMS...

COPY OF FBI AGENT VICTOR OLESEN BUISINES CARD ATTACHED HERETO AS EXHIBIT---62


THAT AS OF APRIL12 2007-- MICHAEL FOX THE PLAINTIFF  HAS NOT HEARD A THING FROM ANYONE REGARDING THE PLAINTIFF MICHAEL FOXES COMPLAINT THAT HE GAVE THE FBI ON MARCH 28 2007

MICHAEL FOX DRIVES BACK TO FBI OFFICE AND WANTS TO SEE VICTOR OLESEN, GAURD ON DUTY SAYS HE DOES KNOW IF VICTOR OLESEN IS HERE TODAY OR IF HE HAS LEFT TOWN..

MICHAEL FOX TELLS GAURD HE WANTS TO SEE FBI AGENT REGARDING MY COMPLAINT BACK AND WHAT IS HAPPENING WITH IT..

SECURITY GAURD CALLS IN FOR AGENT TO COME OUT AND SEE MICHAEL FOX THE PLAINTIFF...

FBI AGENT COMES OUT AND INTRODUCES HIMSELF TO MICHAEL FOX..

MICHAEL FOX SAYS HE HAS COME FOR THE COMPLAINT, AND WANTS TO KNOW WHATS HAPPENING WITH THE PLAINTIFF, MICHAEL FOXES  ISSUES...

THIS FBI AGENT VINCE CELLAR LOOKS AND ACTS REALLY SHOOKED..

THIS FBI AGENT SAYS HE CAN NOT COMMENT ON IT, BECAUSE ITS AN OPEN CASE..

AGENT VINCE CELLAR SAYS HE CAN NOT GIVE MICHAEL FOX THE COMPLAINT BACK...

AGENT VINCE CELLAR TELLS THE PLAINTIFF MICHAEL FOX DO NOT COME BACK HERE AGAIN, AND TO CALL IF YOU NEED ANYTHING..

THIS AGENT VINCE CELLAR,  TELLING THIS TO MICHAEL FOX IN A VERY STERN WAY..

MICHAEL FOX THE PLAINTIFF TELLS VINCE CELLAR HE WILL NEVER COME BACK AGAIN...AND ALL THE PLAINTIFF CAME FOR WAS THE COMPLAINT AS TO SEE WHAT SHAPPENING..

THAT WHEN THE PLAINTIFF  MICHAEL FOX WENT TO LEAVE THIS LOCATION AND THIS FBI AGENT..

THE PLAINTIFF MICHAEL FOX WANTED THIS AGENTS NAME..MICHAEL FOX HANDING THIS FBI AGENT SOME PAPER WORK AND THIS AGENT WRITING DOWN

HIS NAME,,

THIS FBI AGENT DID NOT WANT TO GIVE NAME, AND AS HE WROTE HIS NAME DOWN , ACTING AS IF HE WAS MAKING UP HIS NAME..

MICHAEL FOX NEVER ASKING TO SEE HIS IDENTIFICATION, MICHAEL FOX  JUST LEFT..KNOWING THERE ARE RECORDS KEPT IF THIS IS A FALSE NAME..

MICHAEL FOX KNOWING IF YOU FILE COMPLAINTS YOU HAVE TO HAVE NAMES..

AND EVERYONE WANTS TO HIDE THERE IDENTITY...


 THAT ON APRIL 25 2007 MICHAEL FOX RECIEVES AN EMAIL FROM JAMES ZERBA ANOTHER  AJUSTER FROM AMICA INSURANCE..

THAT THIS AJUSTER WANTS AUTHORIZATION TO OBTAIN MEDICAL RECORDS OF MICHAEL FOX..

COPY OF EMAIL ATTACHED HERETO  AS EXHIBIT 59


THAT MICHAEL FOX SENDS A EMAIL ON APRIL 25 2007 TO THIS AJUSTER JAMES ZERBA.. MICHAEL FOX STATING HE WILL NOT ALLOW AMICA INSURANCE TO INTERVINE WITH ANY DOCTORS I AM SEEING , THAT I HAVE SENT EMAILS TO RICHARD PARMELEE IN REGARDS TO THIS.. SO I AM NOT GOING TO ALLOW YOU.. I BELIEVE EVERY EMAIL I SENT TO RICHARD PARMELEE, WAS ALSO FOWARDED TO YOU.. THAT I AM

Page 48

CURRENTLY SEEING 5 DIFFERENT DOCTORS FOR TREATMENT, AND I AM TRYING TO GET WRITTEN FACTS TO MY INJURIES, AND WHAT THE LONG TERM EFFECT WILL BE ON THE INJURIES FROM THIS ACCIDENT..WHEN I GET EVERYTHING, I WILL MEET WITH RICHARD PARMELEE TO GO OVER ALL THE TREATMENT AND DOCTOR REPORTS. O ALSO STATED THIS TO RICHARD PARMELEE.
WHAT I FIND TO BE QUITE IRONIC IS THAT I HAVE TWO WORKER COMP CLAIMS, AND ITS THE SAME THING WITH THE WORKER COMP AJUSTERS, I HAVE GONE THROUGH 5 DIFFERENT AJUSTERS, AND ALL THIS COMPANY WANTS TO DO IS SETTLE THE CLAIM, NOW ITS THE SAME THING WITH AMICA INSURANCE. DIFFERENT AJUSTERS BEING ASSIGNED THIS CASE.
ITS THE SAME THING THAT I HAVE STATED TO WORKER COMP AND TO YOUR DIFFERENT AJUSTERS
I WILL SETTLE NO CLAIM UNTIL MY HEALTH IS FIXED, ALONG WITH DOCTOR REPORTS OF THE LIFE TIME TREATMENT THAT WILL BE NEEDED, THAT AGAIN WILL BE DOCUMENTED BY DOCTOR REPORTS..
COPY OF THIS EMAIL ATTACHED HERETO AS—EXHIBIT 60

MICHAEL FOX RECIEVES EMAIL FROM THIS AJUSTER ON APRIL 26 2007- THIS AJUSTER JAMES ZERBA STATING, I UNDERSTAND YOUR FUSTRATION ABOUT HAVING DIFFERNET AJUSTERS CONTACTING YOU.. THE REASON THE FILE WAS TRANSFERED TO ME IS THAT RICHARD PARMELEE HAS RECENTLY RETIRED FROM AMICA.. HE WAS COPYING ME ON THE EMAILS SO I'VE BEEN KEPT UP TO DATE ON THE FILE AND I WILL STAY ON THE CLAIM UNTIL IT IS RESOLVED, WHEN EVER THAT MAYBE
WERE NOT TRYING TO PUSH A SETTLEMENT ON YOU. HOWEVER THERE WILL BE A TIME DOWN THE ROAD SOMEWHERE WHEN YOU WILL BW READY TOSETTLE YOUR CLAIM.. WE WANT TO BE READY OURSELFS  AND HAVING THE MEDICAL RECORDS PRIOR TO THEN WILL GIVE US TIME TO PROPERLY  REVIEW AND EVALUATE YOUR YOUR CLAIM.. THUS MY REQUEST FOR MEDICAL AUTHORIZATION..
LET ME KNOW WHEN YOU DO HAVE ALL YOUR RECORDS TOGETHER AND WE WILL ARRANGE A MEETING TO GO OVER EVERTHING. IN THE MEAN TIME, I WILL CONTACT YOU EVERY SO OFTEN, TO SEE HOW YOU ARE DOING...
COPY OF THIS EMAIL ATTACHED HERETO AS—EXHIBIT 61

MICHAEL FOX BELIEVES THIS AGAIN IS ANOTHER STAGED PLOT BY THIS INSURANCE COMPANY AND THE GOVERMENT POLICE THAT POLICE MICHAEL FOX THE PLAINTIFF..

THAT AS OF JULY 15 2007 MICHAEL FOX THE PLAINTIFF HAS NEVER HEARD ANOTHER THING FROM THIS AJUSTER......

MICHAEL FOX THE PLAINTIFF TRYING TO SEE DOCTORS FOR ACCESSEMENT OF THE PLAINTIFFS HEALTH CONDITION TO HIS LEG VEINS AND BLOOD VESSALS...

THE PLAINTIFF MICHAEL FOX HAD CALLED DR. DAVIDSONS OFFICE FOR A OFFICE VISIT... A VASCULAR DOCTOR FOR THE PLAINTIFFS LEG VEINS AND DAMAGED BLOOD VESSELS...
THE PLAINTIFF WAS  TOLD TO CALL BACK.... THAT  ANET THE DOCTORS OFFICE CLERK WOULD HAVE TO EXPLAIN THE PLAINTIFFS SITUATION TO  DOCTOR DAVIDSON..
THE PLAINTIFF CALLED ANET FROM DR MARIO MANCINI'S OFFICE ON FRIDAY JAN 19 2007
ANET FROM THE DOCTORS OFFICE  EXPLAINING TO THE PLAINTIFF THAT  DOCTOR WOULD NOT GET INVOLVE IN THE PLAINTIFF MICHAEL FOXES SITUATION..

MICHAEL FOX THE PLAINTIFF CONTINUALLY HAVING TO FIGHT TO SEE DOCTORS...ITS ALWAY  AN ON GOING ISSUE...THE PLAINTIFF HAVING TO FIGHT FOR EVERYTHING....

THE PLAINTIFF MICHAEL FOX CALLING ANOTHER VASCULAR DOCTOR..AND TALKING TO RECEPSONIST..THAT MICHAEL FOX DROVE TO THIS OFFICE WITH NO SCHEDULED APPOINTMENT, COMMING UN-ANOUNCED...THAT  THE GOVERMENT HAD BEEN WAITING FOR THE PLAINTIFF MICHAEL FOX TO SHOW UP TO THIS DOCTORS OFFICE..
THAT THE PLAINTIFF MICHAEL FOX HAD ACCESSED MAPQUEST ON THE WIRLESS INTERNET FOR DIRRECTIONS  TO THE DOCTORS OFFICE THE NIGHT BEFORE, AS MICHAEL FOX WAS ON THE INTERNET...

THAT BECAUSE OF THE SURVALIENCE ON MICHAEL FOXES COMPUTER, THEY WHERE WAITING AND STALKING MICHAEL FOX AT THIS DR. URLAUBS PLACE OF BUISNESS....

PEOPLE WAITING IN PARKING LOT.PEOPLE WAITING ON ELEVATOR AND IN RECEPSIONIST ENTRANCE TO THIS 4 STORY BUILDING...

MAN AND WOMEN INSIDE DOCTOR URLAUBS OFFICE, FIRST TIME PATIENTS, PUTTING ON AN ACT...THIS MAN

Page 49

AND WOMAN GO SIT DOWN AND FILL OUT PAPER WORK...THESE PEOPLE LAUGHING AND PROVOKING
MICHAELFOX AS HE IS IN OFFICE AND TALKING TO SECRETARY....

THE FOLLOWING PARAGRAPHS HAVE A COMPARISON TO THIS CASE, BUT ARE A HUGE POSSIBLE MIS-
CARRAIGE OF JUSTICE.. IF WHAT MICHAEL FOX STATE'S IS TRUE..
THIS HAS TO DO WITH KEN LAY AND JEFFERY SKILLING WHO WHERE CONVICTED FROM TE ENRON
COLLAPSE FROM HOUSTON TEXAS...AND THE VICE PRESIDENT OF THE UNITED STATES OF AMERICA, AND
THE BUSH FAMILY...AND POSSIBLY ALBERTO GONZALES....

THAT AS MICHAEL FOX THE PLAINTIFF HAS BEEN WATCHING AND READING ARTICALS, ON ENRON
CORPORATION.... AND KEN LAY AND JEFFERY SKILLING
THAT KEN LAY AND JEFFERY SKILLING ARE CONVICTED ON THERE CHARGES FROM ENRON,  ON  MAY 25 2006
IN HOUSTON TEXAS....
THAT KEN LAY AND JEFFERY SKILLING ARE TO BE SENTENCED ON SEPT 11 2006-- BUT THE THE SENTENCING
WAS RESHEDULED TO OCTOBER 23 2006
THAT FEDERAL JUDGE SIM LAKE  GAVE PERMISSION TO ALLOW KEN LAY TO VISIT HIS VACATION HOME IN
ASPEN COLORADO...
THAT AFTER  KEN LAY'S  CONVICTION, KEN LAY GOES TO HIS VACTION HOME IN ASPEN COLORADO....FOR A
WEEKS VACATION..
THAT ON ON THE NIGHT OF JULY 4 AND EARLIER MORNING HOURS OF 2006-- THIS KEN LAY ALLEDGEDLY
DIES OF A HEART ATTACK....FROM HIS HISTORY OF HEART DESEASE...
THAT KEN LAY ALLEDGELY DIES ON THE FORTH OF JULY INTO THE EARLY MORNING OF  JULY 5 2006
THAT KEN LAYS BODY WAS TAKEN TO THE HOSPITAL, THEN TRANSFERED TO THE GRAND JUNCTION
COLORADO..
THAT GRAND JUNCTION COLORADO IS WELL OVER A HUNDRED MILES AWAY...
WHY WAS KEN LAY BODY TRANSFERED TO GRAND JUNCTION COLORADO...
THAT DOCTOR ROBERT KURTZMAN PREFORMED THE AUTOPSY IN GRAND JUNCTION COLORADO-- AND
FOUND THAT KENTH LAY DIED FROM CORONARY DIEASE
THAT AFTER THE AUTOPSY... KEN LAYS BODY IS ALEDGELY TRANSFRED TO GLENWOOD SPRINGS
COLORADO TO FARNUM HOLT FUNERAL HOME AND CREAMATORY..
KEN LAYS BODY IS ALEDGEDLY CREAMATED... AND ALEDGEDLEY BURIED IN ASPEN COLORADO....
IS THIS A POSSIBLE FAKE DEATH THAT HAS ACURED...
THEN ON  2 AND 5 OF AUGUST 2006 DICK CHENEY GOES TO ASPEN COLORADO. ON 2 SEPERATE FLIGHTS...
MICHAEL FOX THE PLAINTIFF HAS ALWAYS WONDERED ABOUT THIS DEATH OF KEN LAY, AND THEN VICE
PRESIDENT DICK CHENEY GOING TO ASPEN COLORADO, SHORTLY THERE AFTER.....
THAT JUST LIKE DICK CHENEY GOING TO CHORPUS CHRISTI TEXAS AND ALLEDGEDLY SHOOTING HIS LONG
TIME ATTORNEY FRIEND, HARRY WHITINGTON...
THAT AFTER THIS SHOOTING, ALL NEWSPAPERS PRINTED AND ALL RADIO BROADCASTS SAID THIS
ATTORNEY WAS FROM HOUSTON TEXAS....
THAT THIS ATTORNEY WAS IN FACT FROM AUSTIN TEXAS....
THAT KEN LAY IS  A GOOD FRIEND OF GEORGE H. W. BUSH----(SENIOR GEORGE) AND FURTHER FRIED OF
GEORGE W BUSH...
THAT GEORGE BUSH SENIOR-- IS EX-PRESIDENT AND EX (CIA) DIRRECTOR
WAS THERE ANOTHER STAGED DEATH TO PROTECT THIS KEN LAY..
KEN LAYS---ENRON CORPORATION  HEADQUARTERS BASED IN HOUSTON TEXAS...
THEN WE HAVE THE ATTORNEY GENERAL ALBERTO GONZALES WHO GREW UP AND LIVES THE HOUSTON
TEXAS AREA...
THAT ALBERTO GONZALES.. IS CLOSE FRIEND CLOSE FRIENDS WITH BOTH GEORGE BUSH'ES
THAT ALBERTO GONZALES WAS A PARTNER IN THE LAW FIRM OF VINSON & ELKINS AS A CORPORATE
ATTORNEY FROM HOUSTON TEXAS...
THAT ALBERTO GONZALES WENT TO WORK IN GOVERNER GEORGE W. BUSHES TEXAS ADMINISTRATION....
THEN BECAME A TEXAS SUPREME COURT JUSTICE...
 DICK CHENEY USE TO LIVE IN HOUSTON TEXAS AND HIS COMPANY HE WORKED FOR HALLIBURTON  IS
BASED OUT OF HOUSTON TEXAS AT 5 HOUSTON CENTER HOUSTON TEXAS 77010

MICHAEL FOX THE PLAINTIFF HAS ALWAYS STATED, THE RICH GET RICHER, THE POOR GET POORER, AND
THE RICH AND POWERFUL ARE EXEMPT FROM CRIMINAL PROSECUTION......

WILL THERE EVER BE ANY JUSTICE............????

MICHAEL FOX THE PLAINTIFF

Page 50

>-----Original Message-----
>From: michael fox [mailto:lfox449@hotmail.com]
>Sent: Monday, March 13, 2006 10:26 AM
>To: shannon.williams@aig.com
>Subject: RE: Tota Loss Vehicle
>
>HELLO SHANNON WILLIAMS
>
>I AM AGAIN SENDING THIS EMAIL
>YOU CAN SCROLL DOWN AND READ THE LAST COUPLE OF EMAILS I SENT YOU, THAT ARE
>ATTACHED TO THIS ON GOING EMAILS.
>
>I WAS WANTING TO KNOW IF I CAN RECIEVE THE CHECK FOR THE AMOUNT OF AMICA'S
>INSURANCE OFFER UNTIL THIS GOES TO ARBITRATION.
>I NEED THIS MONEY TO PURCHASE ANOTHER VEHICAL
>
>ALSO DO I SEND YOU THE RECIEPTS FOR REIMBUSTMENT FOR THE CAR RENTAL I HAVE
>NOW..
>
>PLEASE RESPOND WITH ARE CONTINUING EMAILS.
>THIS IS THE ONLY WAY I CAN BE REACHED.
>
>THANK YOU
>MICHAEL FOX
>

*Exhibit 1-A*

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out .net    Web Search:    Go

 Hotmail     Today | Mail | Calendar | Contacts

lfox449@hotmail.com

🔁 Reply | 🔁 Reply All | ↪ Forward | ✕ Delete | 📇 Put in Folder ▾ | 🖨 Print View | 📇 Save Address

| From : | michael fox <lfox449@hotmail.com> | ↩ | ♢ | ✕ | 📷 Inbox |
|--------|-----------------------------------|---|---|---|---------|
| Sent : | Thursday, March 2, 2006 7:13 PM | | | | |
| To : | EHUDGINS@Amica.com | | | | |
| Subject : | RE: Claim Nbr L270601489D Request Nbr 16971383 Ver 1 | | | | |

MS. HUDGINS

I JUST GOT BACK ON THE COMPUTER, AND ITS 7:04 PM/EST. THURSDAY MARCH 2 2006

I DO NOT ACCEPT YOUR OFFER...
AND I WILL BE CALLING MY INSURANCE COMPANY TOMORROW ABOUT THIS..

I WOULD RATHER YOU PAY ME, WITH YOU KNOWING I AM NOT ACCEPTING YOUR OFFER.

I WOULD LIKE YOU TO SET THIS CLAIM UP FOR ARBITRATION...I DO'NT KNOW IF THERE IS SUCH A THING.
I HAVE HAD ARBITRATION HEARINGS ON HOME INSURANCE CLAIM..

IF THIS APPLIES TO CAR INSURANCE CLAIMS, THEN I WOULD LIKE YOU TO MAIL ME THE CHECK, IN THE AMOUNT YOU THINK YOU OWE ME.... AND TO SET THIS CLAIM UP FOR ARBITRATION...

MICHAEL FOX

Exhibit 1-B

>From: "Williams, Shannon" <Shannon.Williams@aig.com>
>To: "'michael fox'" <lfox449@hotmail.com>
>Subject: RE: Tota Loss Vehicle
>Date: Tue, 14 Mar 2006 11:06:35 -0600
>
>We can not pay you for an amount that another insurance carrier is
>offering,
>and if you accept payment from either one of us, you're saying you accept
>the offer for your total loss. If you want payment for their offer, you
>must
>contact them. Also, we can only pay for rental for the amt of time your
>claim was assigned and handled by us. Since Amica took on the insurance
>claim, they are responsible for the rental on these days.
>
>Thanks.
>

Exhibit 1-C

```
> > .
> > 
> >>From: "michael fox" <lfox449@hotmail.com>
> >>To: Shannon.Williams@aig.com
> >>Subject: RE: Tota Loss Vehicle
> >>Date: Sat, 11 Mar 2006 14:06:44 -0500
> >>
> >>HELLO----SHANNON WILLIAMS..
> >>.
> >>FIRST OF ALL,, THIS IS A PROPERTY DAMAGE CLAIM...
> >>I HAVE SPENT A LARGE SUM OF MONEY ON THIS VEHICAL TO MAKE IT
>MECHANICALLY
> >>SOUND FOR THE NEXT 3-4 YEARS, THIS WAS A EXCELLANT RUNNING CAR, IT
>NEEDED
> >>JUST SOME MINOR BODY REPAIR TO IT WHICH I WAS GOING TO HAVE DONE IN
>MEXICO
> >>WHEN I WAS TO RETURN TO THE CANCUN AREA.
> >>
> >>AND I HAVE ALSO SUFFERED A FINANCIAL LOSS DUE TO THIS PROPERTY DAMAGE
> >>CLAIM. AND I WANT TO BE REIMBURSTED FOR THIS ALSO..
> >>
> >>I DO'NT KNOW WHAT THE PRODEDURE IS ON MY END FOR THE ARBITRATION PART OF
> >>IT BUT I WILL LOOK INTO IT..
> >>
> >>I WILL CONTACT YOU MONDAY OR TUESDAY AFTER CONTACTED SOME APPRAISERS..
> >>
> >>I HAVE ALL INTENTIONS OF THIS GOING FOWARD..
> >>AMICA INSURANCE OWES ME THOUSANDS OF MORE DOLLARS..
> >>
> >>THIS WOMAN THAT CAUSED THIS PROPERTY DAMAGE CLAIM, HAS CAUSED ME A GREAT
> >>AMOUNT OF GRIEF, AND NOW HER INSURANCE DOES NOT WANT TO PAY ME FOR THE
> >>DAMAGES SHE HAS CAUSED, ON THE PROPERTY DAMAGE SIDE OF IT.
> >>
> >>I HAVE SUPPLYED AMICA INSURANCE WITH ALL THE RECIEPTS TOTALLY OVER 7000
> >>DOLLARS ON THIS VEHICAL...
> >>
> >>IF THEY CHOSE TO GIVE ANOTHER OFFER, THEN LETS GET ON WITH IT...OR I AM
> >>GOING FOR ARBITRATION...
> >>
> >>ALSO--CAN I RECIEVE A CHECK FOR THE AMOUNT THEY HAVE OFFERED SO CAN TRY
>TO
>
> >>FIND ANOTHER VEHICAL...
> >>
> >>DO I SEND YOU THE RECIEPTS FOR THE CAR RENTAL, FOR REIMBURSTMENT. PER MY
> >>30 DAY CAR RENTAL, THAT IS ON MY POLICY..
> >>
> >>I WILL BE GOING AFTER AMICA INSURANCE ALSO FOR THE RENTAL MONEY THAT AIG
> >>IS PAYING OUT ALSO, IT IS NOT AIG INSURANCE TO PAY BECAUSE OF THIS
>WOMENS
> >>GROSS NEGLIGENCE, THAT CAUSED THIS CLAIM, THAT AMICA INSURANCE IS
> >>RESPONSIBLE FOR..
> >>
> >>THANK YOU
> >>MICHAEL FOX
> >>
> ` ``
```

*Exhibit 1ee*

```
> >
> >
> >
> >
> >
> >
> > >From: "HUDGINS, EREKIA B. (erekia)" <EHUDGINS@Amica.com>
> > >To: "michael fox" <lfox449@hotmail.com>
> > >CC: "HUDGINS, EREKIA B. (erekia)" <EHUDGINS@Amica.com>
> > >Subject: RE: Claim Nbr L270601489D Request Nbr 16971383 Ver 1 Date:
> >Wed, 1
> > >Mar 2006 15:11:55 -0500
> > >
> > >We have received our market evaluation for you vehicle. We feel
that
> >our
> > >2nd offer of $3021 is more than fair. This is our final offer. You
>also
> > >have the option of keeping this vehicle. Pleas let me know if you
are
> > >interested and I will give you the figures.
> > >
> > >
> > >
> > >Should we not reach an agreement by the end of business on tomorrow

> > >03-02-06, we will suggest that you let your own carrier handle this

> > >claim on your behalf. We have set the last day for your rental on
> > >03-05-06.
> > >
> > >
> > >
> > >Please review the attached information and let me know if you
accept
> >our
> > >final offer.
> > >
> > >
> > >            ..
> > >
> > >
> > >EREKIA HUDGINS
> >
> > >CLAIMS DEPARTMENT
> > >
> > >AMICA MUTUAL INSURANCE
> > >
> > >14090 SOUTHWEST FREEWAY, SUITE 500
> > >
> > >SUGAR LAND, TX. 77478-3677
> >
> > >1-888-887-9310, EXT. 65108
> >
> > >FAX: 281-295-0525
```

Exhibit 1-D

```
> >>>
> >>> >From: "Williams, Shannon" <Shannon.Williams@aig.com>
> >>> >To: "'michael fox'" <lfox449@hotmail.com>
> >>> >Subject: Tota Loss Vehicle
> >>> >Date: Fri, 10 Mar 2006 14:06:24 -0500
> >>> >
> >>> >Good afternoon,
> >>> >
> >>> >I've received a letter from Amica Insurance Co. stating that you were
> >>>not
> >>> >happy with the offer they were giving you for your vehicle ($3,021).
>I
> >>>want
> >>> >to find out from you if you are processing this claim through AIG. I
> >>>must
> >>> >inform you that the offer made for your vehicle here at AIG will
>remain
> >>>the
> >>> >same ($2271.50, if company retains). If the information I received is
> >>> >incorrect, please contact me. Also, I need to know if you want to
> >>>proceed
> >>> >forward here.
> >>> >
> >>> >Thanks,
> >>> >Shannon Williams
> >>>
> ```
```

*Exhibit 1-E*

> >From: michael fox [mailto:lfox449@hotmail.com]
Case 3:07-cv-02385-DMS-POR Document 1-3    Filed 12/20/2007    Page 57 of 84
> >To: HUDGINS, EREKIA B. (erekia)
> >Subject: RE: Claim Nbr L270601489D Request Nbr 16971383 Ver 1

> >
> >hello ms. hudgins..
> >
> >we have a lot of differences here...
> >
> >this again is a property damage claim...i did not cause this wreck,
>this
> >was
> >a parked vehical, and it was my house and transportation..
> >and you just throw anybody around as you please..
> >i have never tryed to force you to pay for hotels, this is 40 to 75
> >dollar
> >per night since this wreck happened...and i bet if a judge heard this

> >case,
> >he would grant me costs for living expenses...
> >i tryed to up-grade to the mini van and could not because of my
> >condition,
> >your paying 25.50 per day, instead of the 42.99 per day that you
> >approved...
> >
> >as for you estimate on my car, its from galveston texas, i am not
from
> >texas..i would think my vehical is worth more from where i lived,
>either
> >
> >florida or michigan
> >my vehical is plated from michigan, and i have insurance through aig
> >insuance from the state of florida, since i lived there so much...
> >
> >50 dollars is also way off on my hitch, even if you could find a used

> >hitch
> >in a junk yard, had to pay for it, then pay the installation of the
> >hitch,
> >then get the vehical wired for the hitch, it does not come close to
50
> >dollars...i mean really....my life is turned upside down because of
>this
> >
> >woman that you insured, and you want to pay nothing for the damages,
>you
> >
> >have know idea what kind of complaint i can write up...your offer on
> >this
> >whole claim is way off, insurance companies want to pay nothing when
>you
> >can
> >prove costs and damages...
> >
> >as for your estimate..
> >under the mechanical part of it--under engine compartment..you deduct

> >110
> >dollars for minior repair...
> >when the engine compartment was completly cleaned out by engine
cleaner
> >and
> >powerwashed when i was in mexico, before returning to texas, the
> >complete
> >engine was just tuned up..including the fuel injectors being
> >cleaned......new water pump new idler pulleys new idler tension
pulleys
> >new

Exhibit 1-F

```
> >serpinetine belt new fuel pump,new harmonic balancer, new water pump
>new
> >
> >spark plug wires...everthing was new...again this is utter-nonsense
> >
> >then under transmission you deduct 60 dollars for minor repairs..
> >a new transmission, that cost 1600 dollars, and you deduct for minor
> >repairs..
> >
> >then under other options--under sunscreen-glass you deduct  40
dollars,
> >when
> >this vehical had factory tinted windows....
> >then theres a deduction for the luggage rack of 15 dollars when there

>is
> >
> >nothing wrong with the luggage rack..
> >
> >i really do'nt know what else to say, but i flatly refuse your
>offer....
> >
> >i am really ticked off over this car wreck..and now i'm to take a
> >financial
> >hit in the 3 to 4 thousand dollar range...
> >
> >i would ask you to pay for a rental car until march 20 2006...i have
> >saved
> >you money by not up grading to the mini van, which is 20 dollars more

> >per
> >day, times the  30 days that i've had this vehical..this is a 600
> >dollar
> >savings..on your side
> >the car that i am paying for now,  is 190.00 dollars per week
including
> >the
> >taxes..
> >
> >i need time to find another vehical,
> >
> >
> >sincerely..
> >michael fox
> >
```

Exhibit 1-FF

From: "HUDGINS, EREKIA B. (erekia)" <EHUDGINS@Amica.com>
To: "michael fox" <lfox449@hotmail.com>
CC: "HUDGINS, EREKIA B. (erekia)" <EHUDGINS@Amica.com>
Subject: L27200601489D/  Patson
Date: Tue, 28 Feb 2006 15:53:54 -0500

Good afternoon Mr. Fox. I reviewed the documents you mailed to us this
week. Your receipts are for what we consider normal maintenance. These
are repairs that must be made to keep the vehicle up and running.  We
are settling this loss as follows.


ACV:   $2800.00

TAX:    $168.00

NET:  $2968.00


Do you have a lien on this vehicle? If there is not a lien, we will mail

the first payment to you in the amount of $2240. Once we get the title
and the Power of Attorney from you, then we will issue the 2nd payment
in the amount of $728. Amica will send you the Power of Attorney with
your first payment.


I need to know what type of foam mattress you had before the accident
and when was it purchased. I need to know how old the comforters were
that were involved in this loss. I did review your receipts for the new
mattress and comforters but still need to know more info on the old
items. I need a description on the file boxes that were involved in the
crash, the cost and the age of the boxes.


We do not reimburse fuel, mileage or insurance charges. We do not
reimburse for shipping, faxes, copies or postage fees. We will not
reimburse you for your copy of the police report. We have paid fees for
our copy of the police report.


If you have any questions, please write or phone me. I will be in the
office until 5pm today.

EREKIA HUDGINS
CLAIMS DEPARTMENT
AMICA MUTUAL INSURANCE
14090 SOUTHWEST FREEWAY, SUITE 500
SUGAR LAND, TX. 77478-3677
1-888-887-9310, EXT. 65108
FAX: 281-295-0525
ehudgins@amica.com


------------------------------------------

Exhibit 1-6

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat          Sign Out net    Web Search:          Go

 **Hotmail**                                    Today | Mail | Calendar | Contacts |

lfox449@hotmail.com

📧 Reply | 📧 Reply All | 🔄 Forward | ✖ Delete | 📁 Put in Folder ▾ | 🖨 Print View | 💾 Save Address

From :       michael fox <lfox449@hotmail.com>                            ↩ | ◇ | ✖ | 📇 Inbox
Sent :       Wednesday, March 1, 2006 9:03 AM
To :         EHUDGINS@Amica.com
Subject :    RE: L27200601489D/ Patson


hello ms. erekia hudgins..

just check the emails, and see you have recieved my reciepts..

your offer is way off as i can see.

also i installed a 200.00 dollar 3 point hitch on the back of my van, when i left
florida in oct of 2004..
to pull my trailer

this is a complete extra added to the vehical, plus that does not include the reciever
that goes with it, in the amount of 40 dollars...so right here your offer is off 240.00
dollars...

i ask you this, if you where going to buy  the same vehical i have, and there where 5
you where looking at, and where all the same, but i had all the service records and new
parts installed, but was asking more money, which vehical would you buy...
i would think you would want to buy the one that was just mechanicaly fixed in all
areas,  from the transmission  to the new front axles to new wheel bearings, to new
front and rear brakes, to new exhaust system including the caditic converter,
to new fuel pump to new starter, new water pump to new tune up and fuel injectors
clean, new battery, brand new tires and inter tie-rod, along with new wheel
aligment....
as you see all the reciepts for the repairs, when  i buy another used car, i will never
be able to find another one as mechanically sounds as mine was...
theres a great possiblity that i would have to pump all kinds of money back into
another used vehical..
and i am the loser here, and  i was a parked vehical, that your insured destroyed my
vehical--its called property damage....

i would like to recieve 7000.00  for all the damages she caused...and there the
reciepts to prove it...
plus an additional 1500.00 dollars in extra reciepts and time consuming time involved
in this property damage claim...

also i have the title, and i will run a copy of it, or do you need the original one.
also i have a different mailing address than what you have. so mail nothing until you
are ready to mail, i will be using a general delivery address at the nearest post
office, where ever i'm at..

also what is the deal with the rental car, i turned the one in a couple of days ago,
and started paying for the one i have now, i need to be reimbursted for this car
rental. i would think you would pay for the car rental until i recieve my check and
find another car.. i need an answer on all the above...from the amount of the car, the
added extras to the car and improvements to the car,

thank you
michael fox


*Exhibit 1-H*

-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Tuesday, March 14, 2006 12:16 PM
To: Shannon.Williams@aig.com
Subject: RE: Tota Loss Vehicle

HELLO SHANNON WILLIAMS

WHEN I CAME TO YOUR OFFICE TO SEE YOU, BUT I SPOKE TO DAVID WATERHOUSE,
BECAUSE YOU WHERE NOT IN, THIS IS WHEN I GAVE DAVID WATERHOUSE ALL THE
RECIEPTS FOR THE VEHICAL.
I ASKED DAVID WATERHOUSE ABOUT MY RENTAL COVERAGE, AND WHEN AMICA INSURANCE
STOPS PAYING FOR MY RENTAL, DO I HAVE MY 30 DAY RENTAL ON MY CAR PER MY
INSURANCE POLICY, DAVID WATERHOUSE TOLD ME I DID, THAT I HAD 30 DAYS PER MY
INSURANCE POILCY...

I WILL BE SENDING YOU THE RECIEPTS FOR REIMBURSTMENT, AS I HAVE 30 DAYS ON
MY POLICY.
ALSO, I DO'NT UNDERSTAND WHY I CAN NOT BE GIVEN A CHECK FOR THE AMOUNT
OFFERED, WHEN I NEED THIS MONEY TO PURCHASE ANOTHER VEHICAL, ITS LIKE THE
INSURANCE COMPANYS ARE USING THIS AS LEVERAGE TO FORCE YOU TO TAKE THERE
OFFER.

THANK YOU.
MICHAEL FOX

Exhibit 1-I

MSN Home  |  My MSN  |  Hotmail  |  Shopping  |  Money  |  People & Chat      Sign Out .net      Web Search:          Go

 Hotmail       Today  |  Mail  |  Calendar  |  Contacts

lfox449@hotmail.com

Reply  |  Reply All  |  Forward  |  ✕ Delete  |  Junk  |  Put in Folder ▾  |  Print View  |  Save Address

| | |
|---|---|
| From : | Williams, Shannon <Shannon.Williams@aig.com>          ✦ | ✧ | ✕ |  Inbox |
| Sent : | Tuesday, March 14, 2006 1:24 PM |
| To : | "'michael fox'" <lfox449@hotmail.com> |
| CC : | "Waddell, Lori" <Lori.Waddell@aig.com> |
| Subject : | RE: Tota Loss Vehicle |

No payments will be approved past the days the claim was here with AIG. This
is not per me, but company policy and management. FYI, you have UP TO 30
days of coverage for rental. Here at AIG, when a car is determined totaled,
you have 3 days after the offer date to return rental, whether you agree or
disagree with total loss amt.

Thanks.

*Exhibit 1-J*

```
>From: "Williams, Shannon" <Shannon.Williams@alg.com>
>To: "'michael fox'" <lfox449@hotmail.com>
>Subject: RE: Tota Loss Vehicle
>Date: Tue, 14 Mar 2006 11:06:35 -0600
>
>We can not pay you for an amount that another insurance carrier is
>offering,
>and if you accept payment from either one of us, you're saying you accept
>the offer for your total loss. If you want payment for their offer, you
>must
>contact them. Also, we can only pay for rental for the amt of time your
>claim was assigned and handled by us. Since Amica took on the insurance
>claim, they are responsible for the rental on these days.
>
>Thanks.
>
```

2-A

From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
To: <lfox449@hotmail.com>
Subject: MRA room for provider to be named 12-04.doc
Date: Mon, 27 Feb 2006 16:57:59 -0500

Michael,

I am the adjuster who is handling the injury aspect of the accident and
I need some additional information from you regarding the accident and
your injuries.

Where were you in the car at the time of the accident and what were you
doing?  When did you first realized you were injured?  What are your
injuries?  Did you get transported from the accident scene in an

ambulance?  When did you first seek treatment and where did you go
(name, address and phone number).  When and where have you received
treatment after that first visit (name, address and phone number)?  Are
you still receiving treatment?  Are you employed?  Have you missed any
time from work as a result of the accident?

I have attached a medical records authorization that needs to be signed,

dated and witnessed and returned.  I need this to gather your medical
records and bills related to the accident to evaluate and settle your
injury claim.

Thank you.  I look forward to hearing from you at your earliest
convenience.

Sheron Chapa, AIC

Senior Adjuster

Amica Mutual Insurance Company

14090 Southwest Freeway, #500

Sugar Land, Tx  77478

1-888-887-9310 x 65119

schapa@amica.com

Exhibit  3A

```
>      _____
>
>From: CHAPA, SHERON A.
>Sent: Monday, February 27, 2006 3:58 PM
>To: 'lfox449@hotmail.com'
>Subject: MRA room for provider to be named 12-04.doc
>
>
>
>Michael,
>
>
>
>We need to find out where you are currently are in the and how long you
>plan on being there or where your next stop is going to be.  We need to
>have an Amica adjuster or one of our independent adjusters meet up with
>you to get your statement about the accident, your injuries, treatment
>and how the accident has affected your daily living situation.
>
>
>
>Thank you.  I look forward to hearing from you at your earliest
>convenience.
>
>
>
>Sheron Chapa, AIC
>
>Senior Adjuster
>
>Amica Mutual Insurance Company
>
>14090 Southwest Freeway, #500
```

*Exhibit 4A*

From :    michael fox <lfox449@hotmail.com>
Sent :    Tuesday, February 28, 2006 6:32 AM
To :    SCHAPA@AMICA.COM
Subject :    RE: MRA room for provider to be named 12-04.doc

    ⬦ | ⬦ | ✕ | 🖾 Inbox

HELLO SHERON CHAPA

MICHAEL FOX HERE..
I'M RETURNING YOUR EMAIL...

AND YES I WAS INJURIED, AND YES I WENT TO THE HOSPITAL, AND NO I DID NOT GO TO THE
HOSPITAL THE NIGHT THEY HIT MY PARKED VEHICAL.
AND I WAS SLEEPING IN THE BACK OF THE MINI VAN, ON THE DRIVERS SIDE..

I DID NOT GO TO THE HOSPITAL THAT NIGHT BECAUSE THEY WOULD NOT LET ME TAKE MY VALUABLE
BELONGINGS IN THE AMBULANCE...I THOUGHT THAT WAS UTTERLY DISPICKABLE.
AND I WANTED TO GO TO THE HOSPITAL.

I WENT TO ST JOSEPH HOSPITAL IN HOUSTON ON MONDAY FEB 6 2006
THE HOSPITAL IS ON ST. JOSEPH PARKWAY...IN HOUSTON TEXAS..

I AM CURRENTY IN NEED OF MEDICAL ATTENTION, AND WILL CONTACT YOU SOON, FOR SEEING A
DOCTOR ON MY NECK UPPER SPINE AREA, I AM HAVING A LOT OF PAIN AT TIMES, AND I AM
HAVING SEVERE HEADACHES, AND AS THE DAYS GO BY, IT SEEMS TO BE GETTING WORSE..
ALSO AT TIMES MY RIGHT HIP IS REALLY THROBING...
I REPORTED THIS ALL TO THE EMERGENCY ROOM NURSE, NEVER SAW A DOCTOR. THEY JUST TOOK
XRAYS, AND AD A RADIOLIGIST REPORT MADE, OVER THE XRAYS
I HAVE RECIEPTS FOR MEDICINE FOR THIS ALSO..

MY LIFE HAS BEEN UTTERLY TURNED UP SIDE DOWN, WITH THIS COLLISON, THAT DISTROYED MY
VEHICAL...

I WILL TRYED TO FIND A COPY MACHINE AND DOWN LOAD YOUR FILES.

CONTACTED ME BY EMAIL IF THERE ARE ANY OTHER QUESTIONS..

THANK YOU
MICHAEL FOX

Exhibit 5A

From :    michael fox <lfox449@hotmail.com>                                          ⟲ | ✧ | ✕ | 📧 Inbox
Sent :    Thursday, March 23, 2006 10:13 AM
To :      SCHAPA@AMICA.COM
Subject : RE: Accident

HELLO SHERON CHAPA

I DO'NT KNOW WHAT GOING ON HERE---BUT THIS EMAIL YOU SENT IS DATED FEBUARY 27 2006.

AND I JUST RECIVED IT ON MY COMPUTER ON MARCH 22 2006

HOW CAN THIS BE..?

IF YOU SCROLL DOWN YOU WILL SEE THE EMAIL YOU SENT ME...

I MOST DIFFENTLY NEED TO SEE A DOCTOR REGARDING MY HIP, BACK AND NECK INJURIES, BUT
BECAUSE OF MY CURRENT LIVING CONDITIONS BECAUSE OF THIS CAR ACCIDENT, I AM UNABLE TO
STAY IN ONE AREA FOR A LONG PERIOD OF TIME...

AND BELIEVE ME,  MY BODY IS HURTING..

DO'NT KNOW WHAT ELSE TO DO CURRENTLY BECAUSE OF THIS SITUATION I AM IN...

AND I'M STILL TRYING TO FIGURE OUT HOW I JUST RECIEVED THIS EMAIL, ALMOST A MONTH LATER
FROM YOU..

THANK YOU
MICHAEL FOX

6A

| | |
|---|---|
| From : | CHAPA, SHERON A. <SCHAPA@AMICA.COM> |
| Sent : | Thursday, March 23, 2006 11:10 AM |
| To : | "michael fox" <lfox449@hotmail.com> |
| Subject : | RE: Accident |

That is very bizarre because I sent you that email yesterday, but took
your email address from a prior email.

Where are you currently staying - City and State - and how long do you
anticipate being there.  We could probably arrange for someone to meet
with you within the next day or two, or next week and set up the meeting
by email.  The statement would be about 1/2 hour long and recorded,
going over what happened in the accident and identifying your injuries.

Have you received any treatment besides going to the hospital on your
way out of Houston?

Sheron Chapa, AIC
Senior Adjuster
Amica Mutual Insurance Company
14090 Southwest Freeway, #500
Sugar Land, Tx  77478
1-888-887-9310 x 65119
schapa@amica.com

7A

From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
To: <lfox449@hotmail.com>
Subject: Accident
Date: Wed, 22 Mar 2006 16:51:42 -0500


Sheron Chapa, AIC

Senior Adjuster

Amica Mutual Insurance Company

14090 Southwest Freeway, #500

Sugar Land, Tx  77478

1-888-887-9310 x 65119

schapa@amica.com

*Exhibit 8A*

From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
To: "michael fox" <lfox449@hotmail.com>
Subject: Injury claim
Date: Wed, 10 May 2006 20:00:42 -0400

Michael,


I never got a response from you to my 3/23/06 return email.


We really do need to have you meet with one of our adjusters to get more

information on your injuries.  Where are you currently staying - City
and State - and how long do you anticipate being there.  We could
probably arrange for someone to meet with you within the next day or
two, or next week and set up the meeting details, location, date and
time, by email.  The statement would be about 1/2 hour long and
recorded, going over what happened in the accident and identifying your
injuries.


Please let me know where you are and if you are going to be there for
any length of time.  I appreciate your cooperation.



Senior Adjuster

Amica Mutual Insurance Company

14090 Southwest Freeway, #500

Sugar Land, Tx  77478

1-888-887-9310 x 65119

schapa@amica.com


Exhibit 9A

From :       michael fox <lfox449@hotmail.com>
Sent :       Thursday, May 11, 2006 2:04 AM
To :         SCHAPA@AMICA.COM
Subject :·   RE: Injury claim

hello sheron chapa..

i have tryed to contact you by phone and have left phone messages regarding unpaid
bills for the hospital in houston texas, they have not been paid.. i even had the
hospital collection agency trying to contact you..

as for my health problems, my back and neck are getting no better, and seems to be
getting worse..
i am living no where right now and soon to be leaving here where i am currently..

i think next week i will be in a location for 2 weeks, i will contact you then....

why have my hospital bills not been paid, this is not right....
please pay them..
this car wreck is not my fault, and i keep losing out here..

thank you
michael fox

*Exhibit 10 A*

```
> > > >>
> > > >>From: CHAPA, SHERON A.
> > > >>Sent: Thursday, May 11, 2006 10:29 AM
> > > >>To: 'michael fox'
> > > >>Subject: RE: Injury claim
> > > >>
> > > >>Michael,
> > > >>
> > > >>
> > > >>
> > > >>I apologize, but I have never received any phone messages from you
>and
> > > >>our phone voice mail system is available 24 hours a day and I know
>you
> > > >>have my extension as it is listed in my signature on all of my
>emails.
> > > >>
> > > >>
> > > >>
> > > >>I have recently been contacted by the company handling the hospital
> >lien
> > > >>and have explained the circumstances to them.
> > > >>
> > > >>
> > > >>
> > > >>Michael,  unfortunately, we cannot pay your medical bills as they
>are
> > > >>incurred.  Once you are at a point that you are ready to settle your
> > > >>claim, we then gather the bills and records for all medical
>treatment
> > > >>incurred and then we reach an all inclusive agreed settlement figure
> > > >>with you.  At that time, you will need to sign a full and final
> >release
> > > >>and once we have that properly executed release in hand, we will
>send
> > > >>you the settlement check and you will be responsible for paying your
> > > >>bills out of that.  Another option would be that out of the final
> > > >>settlement, we would send a check directly to the hospital and then
> >your
> > > >>check would be the remainder of the settlement money.
> > > >>
> > > >>
> > > >>
> > > >>This is how BI claims are handled industry wide and it is out of my
> > > >>control.  If you have Personal Injury Protection or Medical Payments
> > > >>coverage under your own policy, this could be used to paid medical
> >bills
> > > >>as incurred and is available regardless of liability.
> > > >>
> > > >>
> > > >>
> > > >>Please contact me as soon as possible when you arrive at the
>location
```

*Exhibit 11 A*
*And 11-B   2 Page*

> > > >>you may be at for 2 weeks.  I will need to know the city and state,
> >and
> > > >>will work on getting a local adjuster to contact you and schedule a
> > > >>meeting for your statement regarding the accident and injuries.
>That
> > > >>will be a perfect opportunity for you to explain just how the
>injuries
> > > >>are affecting your daily life and give us a much better idea about
>the
> > > >>situation.
> > > >>
> > > >>
> > > >>
> > > >>I look forward to hearing from you about your intended location.
> > > >>
> > > >>
> > > >>
> > > >>Sheron Chapa, AIC
> > > >>
> > > >>Senior Adjuster
> > > >>
> > > >>Amica Mutual Insurance Company
> > > >>
> > > >>14090 Southwest Freeway, #500
> > > >>
> > > >>Sugar Land, Tx  77478
> > > >>
> > > >>1-888-887-9310 x 65119
> > > >>
> > > >>schapa@amica.com
> > > >>
> > > >>
> > > >>

Exhibit 11B
Two Page Exhibit

> > > >>From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
> > > >>To: <lfox449@hotmail.com>
> > > >>Subject: 2/3/06 accident
> > > >>Date: Tue, 27 Jun 2006 14:52:24 -0400
> > > >>
> > > >>Michael,
> > > >>
> > > >>
> > > >>
> > > >>We never heard back from you in response to my 5/11/06 email below.
> > > >>
> > > >>
> > > >>
> > > >>We have received notice of the Christus St. Joseph lien totaling
> >823.72.
> > > >>If you want us to pay that at this time, we are offering $1650.00 to
> > > >>settle your bodily injury claim and we will need to send you a full
> >and
> > > >>final release for your signature and once we have received it back,
> >we
> > > >>will send a check to the hospital for $823.72 and you would get a
> >check
> > > >>for the remainder totaling $826.28.  We will not make any payments
> >until
> > > >>the properly executed original release has been received in our
> >office.
> > > >>
> > > >>
> > > >>
> > > >>
> > > >>Based on the last email from you, it does not appear you have
> >received
> > > >>any more treatment and to be honest, we would have a hard time
> > > >>considering any additional treatment as the accident happened almost
> >5
> > > >>months ago.  Soft tissue injuries resolve with or without treatment
> >in
> > > >>4-8 weeks.
> > > >>
> > > >>
> > > >>
> > > >>If you do not want to proceed with settlement, we will still need to
> > > >>have an Amica representative meet with you for a statement about
> >your
> > > >>injuries and treatment.  Please advise of your current location.
> > > >>
> > > >>
> > > >>
> > > >>I will be on vacation from 7/3 to 7/14/06.
> > > >>
> > > >>
> > > >>
> > > >>Sheron Chapa, AIC
> > > >>
> > > >>Senior Adjuster
> > > >>
> > > >>Amica Mutual Insurance

*Exhibit 12A*

```
> > > >From: "michael fox" <lfox449@hotmail.com>
> > > >To: SCHAPA@AMICA.COM
> > > >Subject: RE: 2/3/06 accident
> > > >Date: Wed, 28 Jun 2006 18:24:22 -0400
> > > >
> > > >HELLO MS. SHERON CHAPA
> > > >
> > > >JUST RECIEVED YOUR LASTEST EMAIL....
> > > >WHICH , IF YOU SCROLL DOWN YOU CAN READ IT....
> > > >
> > > >AS FAR AS MY INJURIES FROM THIS ACCIDENT:.
> > > >
> > > >MY NECK AND SPINE, AND HEADACHES I HAVE ARE GETTING NO BETTER..
> > > >
> > > >I WILL NOT SETTEL ANY CLAIM, WHEN I AM IN NEED OF MEDICAL
>TREATMENT...
> > > >I TRAVEL ALL OVER THE UNITED STATES, AND I HAVE NO PLACE I CALL HOME
>AS
> > >OF
> > > >YET.
> > > >
> > > >SO IT WOULD BE VERY DIFFICULT TO RECIEVE TREATMENT AT ONE MEDICAL
> > >CENTER...
> > > >
> > > >DO'NT KNOW WHAT ELSE TO TELL YOU....
> > > >
> > > >IF YOU WANT AN INTERVIEW WITH AN APPRASIER THAT YOU WANTED ME TO
>SEE..
> > > >YOU CAN SET ONE UP FOR THE NORTH SIDE OF SAN DIEGO COUNTY IN
> >CALIFORNIA..
> > > >I WILL HERE UNTIL WE CAN HAVE SUCH A MEETING...
> > > >
> > > >I AM CURRENTLY TRYING TO GET AN ATTORNEY FOR THIS ACCIDENT, AND THE
> > >PERSON
> > > >AND THEIR OTHERES THAT CAUSED THIS WRECK....
> > > >
> > > >I WILL WAIT ON YOUR REPLY
> > > >OR APPOINTMENT FOR AN APPRAISER FOR THE AREA I QUOTED
> > > >
> > > >THANK YOU
> > > >MICHAEL FOX
> > > >
```

Exhibit 13A

```
> > >-----Original Message-----
> > >From: michael fox <lfox449@hotmail.com>
> > >To: CHAPA, SHERON A.
> > >Sent: Thu Jun 29 15:08:30 2006
> > >Subject: RE: 2/3/06 accident

> > >
> > >HELLO SHERON CHAPA
> > >
> > >IF YOU SCROLL DOWN YOU WILL SEE ARE LAST COMMUNICATIONS...
> > >
> > >I SENT YOU THE EMAIL YESTERDAY, IN RESPONSE TO YOUR EMAIL...
> > >I HAVE NOT HEARD FROM YOU..
> > >24 HOURS HAS GONE BY
> > >AND I HAVE HEARD NOTHING
> > >I AM WAITING FOR YOU TO SENT UP AN INTERVIEW WITH THE AJUSTER OR WHO
>EVER
> > >YOU WANTED, I NEED TO SEE HIM IN THE NORTH SAN DIEGO COUNTY AREA....
> > >
> > >SET THE APPOINTMENT..
> > >HAVE HIM MEET ME INSIDE THE FED X KINKOS IN ENCINTIAS CALIFORNIA...
> > >I WILL ME BACK ON THE COMPUTER, IN THE COMPUTER AREA OF FED X KINKOS..
> > >
> > >I JUST NEED A TIME AND DATE, TO MET HIM..
> > >
> > >LETS GET THIS GOING...
> > >
> > >THIS HAS FAR DRUG OUT TO LONG....
> > >
> > >IF YOU WANT TO SETTLR THIS CLAIM WITHOUT THIS INTERVIEW
> > >THE PRICE TAG IS 250 MILLION DOLLARS TO SETTEL
> > >
> > >THANK YOU
> > >MICHAEL FOX
> > >
```

Exhibit 14A

```
> >
> >
> >
> > >From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
> > >To: <lfox449@hotmail.com>
> > >Subject: Re: 2/3/06 accident
> > >Date: Thu, 29 Jun 2006 16:21:37 -0400
> > >
> > >I'm working on getting this assigned to a san diego adjuster and I will
> > >have them email you to set up an appointment asap.
> > >Sheron Chapa
> > >Senior Claims Adjuster
> > >Amica Mutual Insurance Company
> > >888.887.9310 (Office)
> > >Email sent from BlackBerry
> > >
```

Exhibit 15A

>From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
>To: <lfox449@hotmail.com>
>Subject: Amica
>Date: Fri, 30 Jun 2006 09:33:49 -0400
>
>June 30, 2006
>
>
>
>Mr. Fox:
>
>I have been asked to meet with you today and interview you regarding
>your accident.  It is my understanding that you will be at Kinko's in
>Encinitas today.
>
>
>
>Please email or call me at your earliest convenience and confirm that
>the Kinko's is at 411 Encinitas Boulevard.
>
>
>
>I can be there at 10:30 a.m.  Can you meet me at that time?  I need to


>know this morning ASAP as I am heading out in the field by 9:00 a.m.  I

>don't always get my emails on my blackberry.  So, if you email me past
>9:00 a.m. and I don't respond, give me a call.
>
>
>
>Terri L. Scolari
>
>Senior Adjuster
>
>Amica Mutual Insurance Company
>
>858-486-9900
>
>tscolari@amica.com
>
>
>
>
>
>------------------------------------------
>*********************************************************
>This email and any files transmitted with it are confidential and
>intended solely for the use of the individual or entity to whom
>they are addressed.  If you have received this email in error
>please notify postmaster@amica.com and the sender of the message.
>Thank you.
>*********************************************************
>

*Exhibit 16 A*

```
-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Friday, June 30, 2006 1:21 PM
To: SCOLARI, TERRI L.
Subject: RE: Amica
```

HELLO TERRI SCOLARI

I JUST GOT TO THE EMAILS JUST NOW

SORRY I MISSED THIS OPPURTUNITY...TO MET WITH YOU........

LETS MAKE AN APPOINTMENT FOR MONDAY, JULY 3 2006 IF YOU CAN..
OR MAKE IT JULY 5 2006

LEAVE ME A TIME AND DATE..

I WILL BE THERE AT FED X KINKOS ON MY OWN PERSONAL LAP TOP....
AT THE TIME AND DATE YOU CHOOSE

THANK YOU
MICHAEL FOX............

Exhibit 17 A

From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
To: "michael fox" <lfox449@hotmail.com>
CC: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
Subject: RE: Amica
Date: Fri, 30 Jun 2006 16:52:02 -0400

Mr. Fox:

I am now an hour away from your location.  I was up in your area until
1:00 p.m. today.  Unfortunately, I will be on vacation starting this
afternoon until July 10, 2006.

However, if you are willing to come down to my location, (Escondido or
Poway) I will be happy to facilitate the meeting on my vacation time

very near North County Fair in Escondido from Friday evening through,
possibly, Tuesday evening and I can meet you there.  But my available
times are limited.  Therefore, if you are sincerely interested in moving

this along towards resolution, I suggest you go to a telephone booth and

call me, collect TODAY and we can work out the details.

Otherwise, I will request that Mrs. Chapa work out alternative
arrangements with you.


Terri L. Scolari
Senior Adjuster
Amica Mutual Insurance Company
858-486-9900

Exhibit 18 A

**MSN Home** | **My MSN** | **Hotmail** | **Shopping** | **Money** | **People & Chat**    Sign Out.net    Web Search:    Go

 **Hotmail**     Today | Mail | Calendar | Contacts

lfox449@hotmail.com

📧 Reply | 📧 Reply All | 📧 Forward | ✖ Delete | 📁 Put in Folder ▾ | 📄 Print View | 📇 Save Address

| | |
|---|---|
| From : | michael fox <lfox449@hotmail.com> |
| Sent : | Sunday, July 2, 2006 12:46 PM |
| To : | TSCOLARI@AMICA.com |
| Subject : | RE: Amica |

HELLO TERRY SCOLARI

I SEE THE GAMES JUST CONTINUE TO PLAY OUT, WHEN YOU DEAL WITH THE INSURANCE COMPANIES, AND THE SICK GOVERMENT THAT CONTROLS THEM..

I CAME TO YOUR LOCATION YOU TOLD ME TO BE AT ON SUNDAY..
YOU TOLD ME TO BE THERE AT 10AM-THAT YOUR DAUGHTER GAME STARTS AT 8:15AM AND THERE ALLOWED A HOUR AND A HALF TO PLAY..

I CAME EARLY, AROUND 7:45-AM ON SUNDAY
I LOOKED ALL OVER FOR YOU AND YOUR DAUGHTERS TEAM

I BELIEVE YOUR DAUGHTERS TEAM IS J2 FOR THE TOURNEMENT
AND YOU ARE NOT SCHEDUALED TO PLAY UNTIL 1:30PM--ON SUNDAY

YOUR DAUGHTERS TEAM, PLAYED ON SATURDAY AT 8:15AM

AT APPROX 8AM SUNDAY, I TRYED TO CALL YOU FROM THE PAY PHONE, THERE AT THE BALL DIAMOND...YOU DID NOT ANSWER THE PHONE....I TRYED TWICE TO CALL YOU....

YOU ALSO GAVE ME THE WRONG WAY TO TURN OFF OF 1-15
AND THE NUMBER OF TRAFFIC LIGHTS I HAVE TO DRIVE THROUGH....

I WILL NOT BE MEETING WITH YOU NOW..

I WILL CONTACT THE CASEWORKER FOR THIS CLAIM, AND GET ANOTHER APPOINTMENT IN A DIFFERENT STATE WHERE I WILL BE STAYING..

SINCERELY
MICHAEL FOX

*Exhibit 19A*

Hotmail                    Today | Mail | Calendar | Contacts

| Reply | Reply All | Forward | Delete | Junk | Put in Folder ▾ | Print View | Save Address

From :     SCOLARI, TERRI L. <TSCOLARI@AMICA.com>                              | | | Inbox
Sent :     Sunday, July 2, 2006 12:46 PM
To :       "michael fox" <lfox449@hotmail.com>
Subject :  Out of Office AutoReply: Amica

I am out of the office until Monday, July 10, 2006.  If you need immediate
assistance, please contact JZerba@amica.com or 1-800-242-6422, extension 32324.


-------------------------------------------------
....................................................
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed.  If you have received this email in error
please notify postmaster@amica.com and the sender of the message.
Thank you.
....................................................

| | |                                                                          | | | Inbox

*Exhibit 20A*

Sign Out                    Go



Hotmail

Reply | Reply All | Forward | Delete | Junk | Put in Folder ▾ | Print View | Save Address

From :    Terri Lee Scolari <tscolari@cox.net>                    | | | Inbox

Sent :    Monday, July 3, 2006 9:05 AM

To :      <lfox449@hotmail.com>

CC :      "SCOLARI, TERRI L" <TSCOLARI@AMICA.com>,
          <jzerba@amica.com>, <schapa@amica.com>

Subject : Amica

Mr. Fox:

I was there at the scheduled time of 10:00 a.m. I waited 45 minutes for you.
We had our game at 8:15 as I told you. I did receive your two phone calls, but
no way to call you back. I waited expecting to hear from you again as we
discussed, prior to our 10:00 a.m. appointment. Unfortunately, when your calls
came in, I was away from the phone momentarily. I was not expecting to hear
from you at 8:00 a.m.

By copy of this email to my supervisor, James Zerba, you can communicate
with him regarding rescheduling if you plan to be in California in the upcoming
week. As you know, Mrs. Chapa is on vacation for two weeks and I am also
out on vacation until July 10th.

Sorry we were not able to connect.

Terri L. Scolari
Senior Adjuster
Amica Mutual Insurance Company
858-486-9900

| | |                                         | | | Inbox

Exhibit 21 A

Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

© 2006 Microsoft | TRUSTe Approved Privacy Statement | Terms of Use | Anti-Spam Policy

```
> >-----Original Message-----
> >From: michael fox [mailto:lfox449@hotmail.com]
> >Sent: Monday, July 10, 2006 10:23 PM
> >To: CHAPA, SHERON A.
> >Subject: Re: 2/3/06 accident
> >
> >HELLO SHERON
> >
> >MICHAEL FOX HERE..
> >
> >I AM IN A DIFFERENT LOCATION NOW, AND I NEVER SAW THE LAST AJUSTOR THAT
>YOU
> >ARRANGED FOR ME TO MET.
> >
> >SO MY QUESTION IS, DO I NEED TO SEE ONE WHERE I AM AT CURRENTLY..
> >
> >I AM IN INCLINE VILLAGE,, NEVEDA..
> >
> >IF YOU COULD SET UP ANOTHER AJUSTOR TO SEE ME IN THIS AREA..
> >I CAN ONLY BE REACH BY EMAIL STILL..
> >
> >HAVE THE AJUSTOR GIVE ME 24 HOUR NOTICE, AND I CAN MET THEM AT ANYTIME,
>AT
> >THERE LOCATION THEY CHOOSE..
> >
> >ALSO I NEED TO SEE A DOCTOR ON MY NECK AND SPINE/BACK..AND THESE
>HEADACHES
> >I
>.>AM HAVING..
> >
> >DO I JUST GO TO ANY DOCTOR I CHOOSE, OR DO YOU SET THE APPOINTMENT UP
>WITH
> >A
> >DOCTOR..
> >
> >THANKS.
> >MICHAEL FOX
> >
```

*Exhibit 22A*