**From :**      CHAPA, SHERON A. <SCHAPA@AMICA.COM>
**Sent :**      Monday, July 10, 2006 11:23 PM
**To :**        "michael fox" <lfox449@hotmail.com>
**Subject :**   Out of Office AutoReply: 2/3/06 accident

I will be on vacation from July 3 to July 14, 2006.   If you need assistance,
you can contact Brian Cremer the week of July 10, 2006, at extension 65157.  He
will also be on vacation the week of July 3rd.

```
--------------------------------------------
********************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed.  If you have received this email in error
please notify postmaster@amica.com and the sender of the message.
Thank you.
********************************************************
```

Exhibit 23A

```
>
> >From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
> >To: "michael fox" <lfox449@hotmail.com>
> >Subject: RE: 2/3/06 accident
> >Date: Mon, 17 Jul 2006 16:04:46 -0400
> >
> >Michael,
> >
> >We still need to have an adjuster meet with you for a statement about the
> >accident and your injuries.  Are you still in Incline Village, Nevada?
>We
> >don't have a branch office there, but should be able to locate an
> >independent adjuster to meet with you.  Please let me know if you are
>still
> >there and how much longer you will be there.  I will need at least 1 day
>on
> >my end to locate an adjuster in your area and get the appropriate
> >information to the adjuster and then, they will schedule an appointment
> >with you depending on their schedule.  Unfortunately, most adjusters have
> >their appointments scheduled a week in advance, so I can't promise you
>that
> >the adjuster will be available to meet with you the day after they
>receive
> >the assignment from us.  The adjuster will contact you directly to set up
> >the meeting.
> >
> >As far as your injuries and treatment are concerned, we do not refer
> >claimants to doctors and it will be your responsibility to locate a
>doctor
> >and manage your own care.  We are unable to pay any medical bills as they
> >are incurred, so you will be responsible for paying for the treatment
>until
> >the claim is settled.  Once again, the accident occurred over 5 months
>ago
> >and we will have to take that into consideration on any settlement.
> >
> >We will make sure that the adjuster who meets with you advises you on how
> >BI claims are handled and what you can expect.
> >
> >Please let me know where you are currently located and your estimated
> >length of stay at your earliest convenience.  Please not the time on this
> >email as I will be leaving my office at 4 PM.  I am going to be in a
>trial
> >all week so my response time will be slower as my access to email and
>phone
> >will be limited.
> >
> >Sheron Chapa, AIC
> >Senior Adjuster
> >Amica Mutual Insurance
```

Exhibit    24 A

```
>-----Original Message-----
>From: michael fox <lfox449@hotmail.com>
>To: CHAPA, SHERON A.
>Sent: Tue Jul 25 13:09:33 2006
>Subject: RE: 2/3/06 accident

>HELLO SHERON CHAPA
>
>I AM GOING BACK TO INCLINE VILLAGE NEVEDA..
>AND WOULD LIKE YOU TO SET AN APPOINTMENT WITH AN AJUSTER IN INCLINE
>VILLAGE..
>
>IF YOU WILL, HAVE THEM MEET ME AT STARBUCKS COFFEE IN INCLINE VILLAGE, ON
>MONDAY JULY 31 2006 AT 10AM...
>I WILL BE INSIDE AND ON THE COMPUTER THERE....
>
>PLEASE HAVE THE AJUSTER CONTACT ME BY EMAIL TO CONFIRM THIS APPOINTMENT..
>
>THANK YOU
>MICHAEL FOX
>
```

Exhibit 25A

```
>From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
>To: <lfox449@hotmail.com>
>Subject: Re: 2/3/06 accident
>Date: Tue, 25 Jul 2006 13:49:45 -0400
>
>I have not been able to locate an adjuster to meet with you in incline
>village.  We will have to wait until you get somewhere else.  Any chance
>you will be returning to the san diego area,
>Sheron Chapa
>Senior Claims Adjuster
>Amica Mutual Insurance Company
>888.887.9310 (Office)
>Email sent from BlackBerry
```

*Exhibit 26A*

From :       CHAPA, SHERON A. <SCHAPA@AMICA.COM>
Sent :       Wednesday, July 26, 2006 10:43 AM
To :         "michael fox" <lfox449@hotmail.com>
Subject :    FW: 2/3/06 accident

Sorry, Michael.  We don't have anyone to meet with you in Incline Village, NV.
Please advise when you will return to San Diego and we will have Terri Scolari
contact you to schedule the meeting.  Thanks.

Sheron Chapa, AIC
Senior Adjuster
Amica Mutual Insurance
14090 Southwest Frwy, Suite 500
Sugar Land, TX  77478
(888) 887-9310 x65119
Fax (888) 818-2887
schapa@amica.com
-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Tuesday, July 25, 2006 1:19 PM
To: CHAPA, SHERON A.
Subject: Re: 2/3/06 accident

HELLO SHERON

I AM IN SAN DIEGO RIGHT NOW, AND I AM LEAVING HERE IN ABOUT 30 MINUTES..

FIND SOMEONE FOR INCLINE VILLAGE NEVEDA..
I WILL BE THERE MONDAY AT STARBUCKS..

THANK YOU
MICHAEL FOX

*Exhibit 27A*

-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Thursday, July 27, 2006 8:58 AM
To: CHAPA, SHERON A.
Subject: RE: Recall: 2/3/06 accident

SHERON CHAPA..

I'M GETTING A LITTLE CONFUSED RIGHT NOW..

IF YOU SCROLL DOWN YOU WILL SEE THE LAST MESSAGE YOU SENT....

ARE YOU GOING TO GET AN AJUSTER FOR INCLINE VILLAGE NEVEDA....

I DO'NT UNDERSTAND WHY YOU CANT GET AN AJUSTER FOR THAT AREA....

IF YOU CAN PLEASE DO...
IF NOT---TRY AN AJUSTER FOR CARSON CITY NEVEDA
OR AN AJUSTOR FOR RENO NEVEDA...


AND SET IT UP FOR MONDAY THE 31 OF JULY 2006

I WILL HAVE NOTHING TO DO WITH YOUR AJUSTER IN SAN DIEGO...
YOU CAN FORGET THAT WOMEN AN HER NONSENSE...

THANK YOU
MICHAEL FOX

*Exhibit 28 A*

From :      CHAPA, SHERON A. <SCHAPA@AMICA.COM>
Sent :      Thursday, July 27, 2006 6:41 PM
To :        "michael fox" <lfox449@hotmail.com>
Subject :   RE: Recall: 2/3/06 accident

Michael,

I sent you a message but misspelled your name, so I recalled the
message, corrected your name and resent it.  It appears you did not
receive the corrected message?

We don't have any adjusters in any part of the Nevada area at this time.
Are you planning on being in Northern California in the near future?  We
have an office in Northern California (Petaluma) and would be able to
get an adjuster from there to meet with you.  We also have an office in
Costa Mesa.  We do not have any other adjusters in the San Diego area
beside Teri Scolari and, as noted below, you are not interested in
meeting with her.

Let me know if any of these other options will work.  Again, the
adjuster will get in touch with you and schedule an appointment that
will work for you.  Again, please provide as much time as possible to
allow me to contact the appropriate office to get this assigned to an
adjuster for contact with you.  Thanks.

Sheron Chapa, AIC
Senior Adjuster
Amica Mutual Insurance
14090 Southwest Frwy, Suite 500
Sugar Land, TX  77478
(888) 887-9310 x65119
Fax: (888) 818-2887
schapa@amica.com



Exhibit 29A

From :      CHAPA, SHERON A. <SCHAPA@AMICA.COM>
Sent :      Tuesday, October 17, 2006 2:09 PM
To :        "michael fox" <lfox449@hotmail.com>
Subject :   2/3/06 accident

Michael,

As you are aware, we previously offered you $1650 based on your St. Joseph Hospital bill of $823.72. We are unable to do anything further to investigate and evaluate your injury claim without your complete cooperation, which includes securing your statement about the accident, your injuries and all treatment. If you are interested in settling your claim for the amount offered, we will do what we can to coordinate you signing a release and providing a check for the settlement.

We have noted your $250 million settlement demand, but that is no where near reasonable for a soft tissue injury with the only treatment being an ER visit following the accident. For comparison sake – an accident involving a fatality would not even warrant a $250 million settlement.

Look forward to hearing from you,

**Sheron Chapa, AIC**

**Senior Adjuster**

**Amica Mutual Insurance**

**14090 Southwest Frwy, Suite 500**

**Sugar Land, TX  77478**

**(888) 887-9310 x65119**

**Fax (888) 818-2887**

**schapa@amica.com**

Exhibit 30 A

```
-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Sunday, October 22, 2006 8:17 AM
To: CHAPA, SHERON A.
Subject: RE: 2/3/06 accident
```

HELLO SHERON CHAPA..

I JUST GOT TO MY EMAILS, AND SEE YOU HAVE SENT ANOTHER ONE....

YOUR SETTLEMENT AMOUNT IS TOTALY CRAZY......

I JUST GOT OUT OF THE HOSPITAL BECAUSE OF THIS CAR ACCIDENT..
I SPENT 5 DAYS IN THERE....

AND THE GRIEF OF THIS ACCIDENT JUST CONTINUES....
AND WILL FOR THE REST OF MY NATURAL LIFE.....

IF I COULD ONLY FIND AN ATTORNEY THAT WOULD TAKE THIS CASE, AND NOT LET THE
SICO SICK GOVERMENT AND ITS SICO POLICE FORCE INTERVINE, YOU CAN BET, THAT
SOME HEADS ARE SURLY TO ROLL, RIGHT INTO A JAIL CELL WHERE THEY BELONG....

I AM BACK IN THE SAN DIEGO AREA, AND IF YOU WANT A STATEMENT, THEN SET UP
YOUR APPOINTMENT WITH YOUR AJUSTER...

AND SET IT UP FOR THIS COMMING SAT... OCT 28 2006....

THANK YOU

Exhibit 31A

From :      CHAPA, SHERON A. <SCHAPA@AMICA.COM>
Sent :      Tuesday, October 24, 2006 11:21 AM
To :        "michael fox" <lfox449@hotmail.com>
Subject :   RE: 2/3/06 accident

Michael,

The adjuster is on vacation and won't be available until after 10/30/06.
I'll have her email you to schedule something with you when she returns.

Why were you in the hospital for 5 days, what testing and treatment did
you receive and what was the diagnosis?

Sheron Chapa, AIC
Senior Adjuster
Amica Mutual Insurance
14090 Southwest Frwy, Suite 500
Sugar Land, TX  77478
(888) 887-9310 x65119
Fax (888) 818-2887
schapa@amica.com

Exhibit 32A

HELLO SHERON CHAPA

I HAVE NOT HEARD FROM YOUR AJUSTER....

AS YOU STATED SHE WOULD BE BACK OCT 30 2006

I CAN ONLY BE REACHED BY EMAIL....

IF THERE ARE ANY PROBLEMS
SEND ME AN EMAIL

THANK YOU
MICHAEL FOX

*Exhibit 33 A*

```
> > > > >From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
> > > > >To: "michael fox" <lfox449@hotmail.com>
> > > > >Subject: Amica
> > > > >Date: Thu, 2 Nov 2006 12:15:28 -0500
> > > > >
> > > > >11/2/06
> > > > >
> > > > >
> > > > >
> > > > >Mr. Fox:
> > > > >
> > > > >
> > > > >
> > > > >Would you please telephone me and let me know a convenient time

>to
> > >meet
> > > > >with you in San Diego.
> > > > >
> > > > >
> > > > >
> > > > >Thank you
> > > > >
> > > > >
> > > > >
> > > > >
> > > > >
> > > > >Terri L. Scolari
> > > > >
> > > > >Senior Adjuster
> > > > >
> > > > >Amica Mutual Insurance Company
> > > > >
> > > > >858-486-9900
> > > > >
> > > > >888-818-8801 (fax)
> > > > >
> > > > >tscolari@amica.com
> > > > >
```

*Exhibit 34A*

```
> > > >-----Original Message-----
> > > >From: michael fox [mailto:lfox449@hotmail.com]
> > > >Sent: Thursday, November 02, 2006 4:16 PM
> > > >To: SCOLARI, TERRI L.
> > > >Subject: RE: Amica
> > > >
> > > >HELLO TERRY SCOLARI
> > > >
> > > >YOU CAN NAME THE PLACE AND TIME YOU WANT TO MEET---THIS SAT OR
SUN.
> > > >SEND ME AN EMAIL
> > > >
> > > >I'M IN DOWNTOWN MYSELF....
> > > >
> > > >THANK YOU
> > > >MICHAEL FOX
```

Exhibit 35A

```
> > > >From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
> > > >To: "michael fox" <lfox449@hotmail.com>
> > > >Subject: RE: Amica
> > > >Date: Thu, 2 Nov 2006 19:22:49 -0500
> > > >
> > > >Mr. Fox:
> > > >
> > > >I can meet you M-F from 8:00 a.m. to 4:00 p.m.  I am in Poway.
> > > >
> > > >Terri Scolari
```

Exhibit 36A

```
> > >
> > >-----Original Message-----
> > >From: michael fox [mailto:lfox449@hotmail.com]
> > >Sent: Thursday, November 02, 2006 4:50 PM
> > >To: SCOLARI, TERRI L.
> > >Subject: RE: Amica
> > >
> > >MS. SCOLARI

> > >
> > >WHAT ARE YOU SAYING...
> > >SAT OR SUN IS NOT GOOD....
> > >AND DO I AGAIN HAVE TO DRIVE AND SEE YOU....
> > >AND YOU AGAIN NOT BEING THERE...
> > >
> > >I'LL SEND YOU AN EMAIL LATER, WITH A PLACE IN SAN DIEGO...
> > >AND WE CAN MEET AT 1 PM ----NEXT WEEK
> > >IF YOU DO'NT WANT TO DO IT THIS WEEK END..
> > >
> > >MICHAEL FOX
> > >
```

*Exhibit 37A*

```
> > >From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
> > >To: "michael fox" <lfox449@hotmail.com>
> > >CC: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
> > >Subject: RE: Amica
> > >Date: Thu, 2 Nov 2006 19:58:55 -0500
> > >
> > >Mr. Fox:
> > >
> > >Business hours are Monday through Friday from 8:00 a.m. to 4:00
p.m.
>I
> > >have commitments on the weekend.  The last time I attempted to meet

> >you,
> > >I made an exception, on my vacation, to facilitate the handling of
>your
> > >claim.
> > >
> > >Why don't you just give me a call, collect, so that we can discuss
a
> > >mutually agreeable date, time and place to meet.  It must be in a
> >public
> > >place.  You do not have to come to Poway if that is not convenient
>for
> > >you.  I will come to your location.
> > >
> > >Going back and forth by email is difficult.  I have other scheduled

> > >commitments during the week.  Please call me so that we can
discuss.
> > >
> > >Thank you,
> > >
> > >Terri L. Scolari
> > >Senior Adjuster
```

Exhibit 38A

```
> >-----Original Message-----
> >From: michael fox [mailto:lfox449@hotmail.com]
> >Sent: Thursday, November 02, 2006 5:41 PM
> >To: SCOLARI, TERRI L.
> >Subject: RE: Amica
> >
> >MS SCOLARI
> >
> >BEST TIME IS THEN MON THRU FRI AT 1 PM
> >I WILL FIND A LOCATION IN A PUBLIC PLACE...
> >
> >I BELIEVE THERE IS A STARBUCKS COFFEEE WHERE I AM THINKING..
> >WILL CONTACT YOU TOMORROW WITH A LOCATION..
> >JUST MAKE IT FOR 1PM----ANY DAY OF THE WEEK FOR YOUR CHOICE
> >
> >MICHAEL FOX
> >
```

39 A

```
>
>
>
>
>
>
>
> >
> >From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
> >To: "michael fox" <lfox449@hotmail.com>
> >Subject: RE: Amica
> >Date: Fri, 3 Nov 2006 19:05:27 -0500
> >
> >Mr. Fox:
> >
> >I haven't heard from you today regarding a location for our meeting
at
> >1:00 p.m. next week.
> >
> >Please advise.  I won't be receiving emails again until Monday
morning.

> >
> >Terri Scolari
> >
```

Exhibit 40A

```
>-----Original Message-----
>From: michael fox [mailto:lfox449@hotmail.com]
>Sent: Saturday, November 04, 2006 9:34 AM
>To: SCOLARI, TERRI L.
>Subject: RE: Amica
>
>------------MS. SCOLARI--------------


>THE STAR BUCKS COFFEE IS ON THE CORNER OF BROADWAY AND KETTNER.....
>IF YOUR ON PACIFIC HWY. AND TURN ON TO BROADWAY, IT WILL BE THE FIRST
>LIGHT
>YOU COME TO, AND STARBUCKS WILL BE ON YOUR LEFT HAND SIDE, ON THE OTHER

>SIDE
>OF THE LIGHT.....RIGHT WHERE THE TROLLEY TRACKS ARE.....
>
>ALSO I HAVE BEEN THINKING....I'M GOING TO GIVE YOU A WRITTEN STATEMENT
>ON MY
>SITUATION, WHICH WILL BE NOTORIZED....
>
>I UTTERLY DO NOT TRUST THE GOVERMENT WHICH IS THE REASON FOR THIS
STAGED
>CAR
>WRECK, AND THE PEOPLE THEY CONTROL....I'M DONE WITH THE LIES AND THE
>CRIMES
>THESE PEOPLE HAVE DONE AND ARE CAPABLE OF.....
>
>SEND ME ANY QUESTIONS YOU WANT ANSWERED, BY EMAIL, AND I WILL ANSWER
>THEM IN
>MY LETTER TO AMICA INSURANCE...
>
>I WILL WANT YOU TO SIGN MY COPY OF MY STATEMENT THAT YOU RECIEVED
IT....
>
>FURTHERMORE, I WOULD LIKE TO MEET NOT THIS COMMING WEEK, BUT THE
>FOLLLOWING
>WEEK...THIS WILL GIVE ME MORE TIME AND YOURSELF TO FIT IN BOTH OF ARE
>SCHEDULES.
>
>AND I NEED TO HAVE THE APPOINTMENT FOR 1PM SHARP, AND CAN BE NO LONGER
>THAN
>ONE    HALF HOUR.....YOU PICK ANY DAY OF THE WEEK OF THE 13 THRU THE 17
>OF
>NOV 2006...
>
>I WILL BE WEARING BLUE SWEAT PANTS AND WEARING A GREEN PLADE SHIRT....
>6 FOOT TALL  WITH BLOND/BROWN HAIR AND 260LBS....
>
>THANK YOU
>MICHAEL FOX
```

Exhibit 41 A

>From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
>To: "michael fox" <lfox449@hotmail.com>
>Subject: RE: Amica
>Date: Mon, 6 Nov 2006 11:55:27 -0500
>
>November 6, 2006
>
>Mr. Fox:
>
>We have made every effort to accommodate you in order to address your
>injury claim. Unfortunately, you have made communication difficult.
>
>It is your responsibility to provide cooperation and documentation of
>your injury in order that we may evaluate it and compensate you
>accordingly.  Again, the burden of proof is yours, not ours.  This
>would
>include copies of all medical records and bills for treatment incurred
>to treat injuries that were a direct result of this motor vehicle
>accident.
>
>I am authorized at this time to make an exception to our standard
>procedures and requirements by making you a conditional one-time offer.

>This offer will expire in twenty-four (24) hours from the date of this
>e-mail.  The condition is that I will meet with you, obtain a signed
>full release of all claims and deliver the check to you at that time.
>This can be accomplished during the week you have requested at 1:00
>sharp at the downtown Starbucks.  We will require no documentation of
>your injury nor copies your medical records in connection with this
>one-time offer.
>
>If you reject our offer, it will then be up to you to return to the
>State in which the accident occurred, present your evidence in support
>of your injury claim in adherence to the jurisdictional requirements
>and
>prove-up your claim.
>
>Our "ONE-TIME" offer is $5,000.00.
>
>Very truly yours,
>
>
>
>Terri L. Scolari
>Senior Adjuster
>858-486-9900
>888-818-8801 (fax)
>tscolari@amica.com

*Exhibit 42 A*

-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Monday, November 06, 2006 5:26 PM
To: SCOLARI, TERRI L.
Subject: RE: Amica

MS. SCOLARI

YOUR OFFER IS A UTTER JOKE

DO YOU WANT A WRITTEN STATEMENT....?

OR FROM WHAT I HAVE READ IN YOUR LAST EMAIL...
GO FIND AN ATTORNEY AND FILE A COMPLAINT....THATS MY OPTION IF I DO'NT
EXCEPT YOUR OFFER.....

YOU CAN KEEP YOUR OFFER....
I'VE MISSED 1500 DOLLARS IN WORK OR MORE SO FAR.....

I HAVE A HOSPITAL AND DOCTOR BILLS, AND MEDICATION BILLS EXCEEDING
13,000
SINCE MY TRIP TO THE HOSPITAL...AND THERE ONLY GOING TO GET BIGGER....


NO SINCE EXPLAINING NO MORE.....
TELL ME WHAT YOU WANT TO DO, I'M TIRED OF THE NONSENSE....

MICHAEL FOX

*Exhibit 43 A*

```
-----Original Message-----
From: SCOLARI, TERRI L.
Sent: Tuesday, November 07, 2006 9:12 AM
To: 'michael fox'
Subject: RE: Amica
```

I am so sorry if I offended you.  I was totally unaware of the nature or

extent of your injuries.

I would, therefore, like to meet with you on Monday 11/13/06 at the
Starbucks on Kettner & Broadway in downtown San Diego at 1:00 p.m.
sharp.

Please confirm you will be there.  If you have any medical
bills/records, please make copies so that you can provide those to me at

that time.

Thank you for your anticipated cooperation.

Terri L. Scolari
Senior Adjuster
Amica Mutual Insurance Company
858-486-9900

*Exhibit 44 A*

MSN Home  |  My MSN  |  Hotmail  |  Shopping  |  Money  |  People & Chat    Sign Out .net    Web Search:    Go

 Hotmail     Today  |  Mail  |  Calendar  |  Contacts  |

lfox449@hotmail.com

🔁 Reply  |  🔁 Reply All  |  ↪ Forward  |  ✕ Delete  |  ☒ Junk  |  📂 Put In Folder ▾  |  🖨 Print View  |  ▣ Save Address

|  |  | ⤺ | ✧ | ✕ | ✉ Inbox |
|---|---|---|
| From : | SCOLARI, TERRI L. <TSCOLARI@AMICA.com> | |
| Sent : | Tuesday, November 7, 2006 11:12 AM | |
| To : | "michael fox" <lfox449@hotmail.com> | |
| Subject : | RE: Amica | |

```
Why don't you just give me a call and we can talk.
You can call collect.

Terri Scolari
858-486-9900
```

*Exhibit 45A*

From: "SCOLARI, TERRI L." <TSCOLARI@AMICA.com>
To: "michael fox" <lfox449@hotmail.com>
Subject: FW: Amica
Date: Thu, 9 Nov 2006 10:32:27 -0500

Mr. Fox:

Would you please respond so that I know whether or not you will agree to

meet with me on Monday 11/13/06.  Thank you very much.


Terri Scolari

*Exhibit 46 A*

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat        Web Search:

 Hotmail     Today | Mail | Calendar | Contacts |

lfox449@hotmail.com

🖂 Reply | 🖂 Reply All | ↪ Forward | ✕ Delete | 📁 Put in Folder ▾ | 🖨 Print View | 📇 Save Address

| | | |
|---|---|---|
| From : | michael fox <lfox449@hotmail.com> | ↩ \| ◇ \| ✕ \| 📖 Inbox |
| Sent : | Thursday, November 9, 2006 10:28 PM | |
| To : | TSCOLARI@AMICA.com | |
| Subject : | RE: FW: Amica | |

```
MS. SCOLARI

I REALLY DO'NT KNOW WHAT THERE IS TO DISCUSS...OR MEET FOR...
AS I SAID, I'M SICK AND TIRED OF THE NONSENSE, AND THE LIES....

THE FOLLOWING IS WHATS HAPPENING RIGHT NOW........
I CURRENTLY SEE  ONE DOCTOR EVERY OTHER TUESDAY RIGHT NOW..
I WAS GOING WEEKLY..

AND THE OTHER DOCTOR, I SEE EVERY TWO WEEKS...

EVERY DOCTOR I HAVE SEEN,  INCLUDING THE HOSPITAL DOCTORS.. SAYS I'M LUCKY THAT  I AM
NOT DEAD, OR HAD A STROKE, AND THAT I COULD HAVE EASILY BEEN PARAILIZED IN SOME SHAPE
OR FORM DUE TO THE STROKE....

IF THINGS DO'NT GET BETTER THERE WILL BE OPERATIONS.....
AND AS OF RIGHT NOW, MY HEALTH IS NOT GETTING BETTER AS THEY THOUGHT IT WOULD..
SO I AM EXPECTING IN THE NEXT COUPLE OF MONTHS IF THINGS DO'NT IMPROVE, THERE WILL BE
SPECIALIST DOCTORS, AND OPERATIONS TO BRING ME BACK TO HEALTH...

I'LL BE DAMMED IF YOU EVER THINK I WILL TAKE A SETTLEMENT, WHEN MY HEALTH IS
TERRIBLE.....AND I NEED MEDICAL TREATMENT.......

I'M 47 YEARS OLD....AND IF I LIVE TO 78 YEARS OLD... 30 MORE YEARS.....I WILL NOT LIVE
WITH PHYSICAL AILMENTS, DUE BECAUSE OF THIS CAR ACCIDENT....
THE BIGGEST PROBLEM RIGHT NOW  IS A VERY POSSIBLE STROKE...OR HEART ATTACK...AND I WILL
HAVE TO LIVE THIS WAY FOR THE REST OF MY LIFE... I DO'NT THINK SO.............
SO..........I'M AM DOING EVERYTHING POSSIBLE TO HAVE MY HEALTH BACK TO THE WAY IT
WAS...

THATS IT...

MICHAEL FOX
```



Exhibit
47A

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat      Sign Out.net      Web Search:      Go

 **Hotmail**    Today | Mail | Calendar | Contacts

lfox449@hotmail.com

🖎 Reply | 🖎 Reply All | 🖎 Forward | ✗ Delete | 🖎 Put in Folder ▾ | 🖨 Print View | 🖺 Save Address

From :       michael fox <lfox449@hotmail.com>                    ⇦ | ◇ | ✗ | 📷 Inbox
Sent :       Sunday, November 12, 2006 11:59 PM
To :         TSCOLARI@AMICA.com
Subject :    RE: FW: Amica

MS. SCOLARI

I NEVER HEARD A RESPONSE FROM THE LAST EMAIL, I SENT, SO I AM SENDING IT AGAIN...

IF YOU SCROLL DOWN FROM THIS EMAIL, YOU WILL READ THE EMAIL I SENT ON THURS. NOVEMBER
12 2006

IF YOU WOULD PLEASE, SEND ME A EMAIL CONFIRMINIG THAT YOU RECIEVED IT....

AS I HAVE STATED, I'M TIRED OF THE LIES AND NONSENSE... AND I DO'NT WHAT TO HEAR THAT
YOU NEVER GOT THE EMAIL...

SO I AM SENDING IT AGAIN, ASKING YOU TO CONFIRM THAT YOU RECIEVED IT....

MICHAEL FOX



*Exhibit 48 A*

lfox449@hotmail.com

🖾 Reply  |  🖾 Reply All  |  🖾 Forward  |  ✕ Delete  |  🖾 Junk  |  🖾 Put in Folder ▾  |  🖾 Print View  |  🖾 Save Address

| From : | SCOLARI, TERRI L. <TSCOLARI@AMICA.com> | ⬧ \| ♢ \| ✕ \| 🖾 Inbox |
|---|---|---|
| Sent : | Monday, November 13, 2006 10:08 AM | |
| To : | "michael fox" <lfox449@hotmail.com> | |
| Subject : | RE: FW: Amica | |

Mr. Fox:

I sent you two emails - one on 11/7 and again on 11/9.  I am sending
them again, but the meeting I proposed was for today.  I received no
notification that the emails were  "undelivered"

Terri  Scolari

*Exhibit 49A*

```
** STARBUCKS COFFEE COMPANY **

BROADWAY & KETTNE        #05797
SAN DIEGO      CA92101
  1 VT LTMOC FRAPP        4.00
SUBTOTAL                  4.00
TOTAL                     4.00
MASTERCARD                4.00
    CARD#: XXXXXXXXXXXX3548
CHANGE DUE                0.00

05797 02B2 701583  001199492E
  11/13/06                13:11
      Love What You Do.
   Talk to a store manager
 about working at Starbucks or
  visit Starbucks.com/careers.
```

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat     Sign Out     Web Search:          Go

  Hotmail     Today | Mail | Calendar | Contacts |

lfox449@hotmail.com

Reply | Reply All | Forward | ✕ Delete | Put in Folder ▾ | Print View | Save Address     | | ✕ | Inbox

From :      michael fox <lfox449@hotmail.com>
Sent :      Monday, November 13, 2006 8:20 PM
To :        TSCOLARI@AMICA.com
Subject :   RE: FW: Amica

MS. SCOLARI...

I WAS THERE AT 1 PM TODAY......MONDAY  NOV. 13 2006 AT 1PM/PST.....JUST IN CASE YOU
DECIDED TO SHOW UP.....

AND I SEE THE SICO SICK GOVERMENT /POLICE WHERE THERE ALSO...
I ALMOST WONDER IF YOU WHERE THERE... BUT NEVER SAID A THING....I TOLD YOU WHAT I WOULD
BE WEARING, AND WHAT I LOOKED LIKE....YOU NEVER STATED A THING ABOUT YOURSELF...

I GUESS THE GAMES AND NONSENSE WILL NEVER END....WHEN EVER YOU DEAL WITH THE INSURANCE
COMPANYS, AND THE POLICE /GOVERMENT BEHIND THEM......WHAT A FRIGGIN JOKE...

YOU NEVER RESPONDED TO THE EMAIL I LEFT ON THURSDAY NOV 9 2006 AT 10:28 PM/EASTERN
STANDARD TIME...

SO SINCE I NEVER HEARD A THING FROM YOU, I RESENT THE EMAIL, SUNDAY NIGHT NOV 12 2006
AT 11:59 PM/EASTERN STANDARD TIME.....

SO YOU MUST HAVE GOTTEN THEM....
AND AS I  ORINGINALY THOUGHT, YOU WOULD SAY YOU NEVER RECIEVED THEM....

AS I SAID,,, I'M TIRED OF THE NONSENSE AND THE LIES...

YOU AND YOUR POLICE /GOVERMENT MAKE DAMM SURE I AM NEVER ABLE TO RETAIN LEGAL
COUNSEL.......I  HAVE ALL INTENT TO FILE A COMPLAINT AGAINST YOU, AND YOUR AMICA
INSURANCE COMPANY, AND MY OWN INSURANCE COMPANY........AND THAT MAN AND WOMEN THAT
CAUSED THIS STAGED ACCIDENT...ALONG WITH THE GALVESTON POLICE.....

IF I CAN, I WOULD LOVE TO HAVE YOU ALL  CHARGED WITH TERRORISM, AND EVERY  ONE OF THERE
TEAM PLAYERS PUT IN A JAIL CELL FOR THE REST OF YOUR NATURAL LIVES..
RIGHT WHERE YOU ALL BELONG......
HOW MANY OTHER PEOPLE HAVE TO SUFFER BECAUSE OF YOUR INTENT TO CAUSE HARM, WILLFULY AND
MALISILY.....

DO'NT BOTHER TRYING TO CONTACT ME AGAIN......

I'M DONE WITH IT...

MICHAEL FOX

*Exhibit 50A*

# ✎ TIRE KINGDOM, INC.

```
* Charge represent cost/profit        1995 PLYMOUTH MINIVA Grand Voyager
  to the motor repair facility         License:       FL          FL
  misc,shop supply or waste disp       Mileage:          123723
                                       Lug Torque   95
     **** I N V O I C E ****           Tire Infl F/R   35    35
```

```
Cert#   MV-09569                    Invoice#  65225957 - RI
                                    Order Num 28217281 - WI
POS SALES TK101                     Page              1
NORTH FT MYERS STORE                Opening Salesperson    02865130
276 PONDELLA ROAD                   Date/Time In........ 03/19/03 15:35:33
239  997-4300                       Date/Time Out....... 03/19/03 17:10:38
Customer:  1106759                           Ship To:
Mr Mike Fox
19109 HARBOUR TREE CT
FORT MYERS FL 33903
Home#   941-731-5367        Work#
Addl Repairs may be authorized by
VIN#                          PO#:
```

| Item Number | Item Description | Qty | Price Each | Extended |
|---|---|---|---|---|
| BCA | CHECK & ADVISE BRAKES | 1 | | |
| XPBR | WHEEL CYLINDERS WRKMNSHP. & MATERIALS | 2 | 54.99 | 109.98 |
| | Re-Manu | | | |
| | 00010387  BUCHANAN, ROY | | | |
| BCAA | BRAKE CLEAN & A | 1 | 29.95 | 29.95 |
| | 00010387  BUCHANAN, ROY | | | |
| MASTERCARD | MasterCard/Visa 1 | | | 155.32- |

```
THANK YOU FOR YOUR BUSINESS! IF YOU HAVE ANY
QUESTIONS OR CONCERNS, PLEASE CONTACT THE STORE
MANAGER @ (941)997-4300 **NEW TIRE FEE FS:403.718
```

*Exhibit 50-B*

LEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS
ELOW, AND SIGN:
JNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A
'RITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.
____ I REQUEST A WRITTEN ESTIMATE.
____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS
      THE REPAIR COSTS DO NOT EXCEED $_____.
      THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT
      MY WRITTEN OR ORAL APPROVAL.
____ I DO NOT REQUEST A WRITTEN ESTIMATE.
IGNED _____  DATE ___/___/___
UTHORIZE SERVICE TO BE PERFORMED, INCLUDING SUBLET WORK, PER THE TERMS
ID CONDITIONS ON THE REVERSE "CUSTOMER COPY" OF THIS FORM. TIRE KINGDOM
ES BOTH FLAT RATE AND HOURLY RATE TO CALCULATE CHARGES.
O____    DO NOT____  WANT MY OLD PARTS RETURNED
:OPOSED METHOD OF PAYMENT; CASH____ CHECK____ CREDIT CARD____
/ILL____  WILL NOT____ BE WAITING FOR MY VEHICLE
HARGE REPRESENTS COST/PROFIT TO THE VEHICLE REPAIR FACILITY MISC. SHOP SUPPLY OR WASTE DISP.

*Exhibit 50-B*

```
Total Charges..      139.93
Total Credits..         .00
Sub-Total......      139.93
New Tire Fees**         .00
Shop Fees(*)           6.59
All Taxes......        8.80
Payments.......     155.32-
Net Amount.....         .00
PLEASE PAY ABOVE AMOUNT.
THANK YOU! Closer:02865130
```

CUSTOMER COPY

>From: "PARMELEE, RICHARD A. (Richard)" <RPARMELEE@AMICA.com>
>To: <lfox449@hotmail.com>
>Subject: Calim #L2700601489
>Date: Wed, 10 Jan 2007 12:54:58 -0500
>
>Date of loss: February 3, 2006
>
>Mr. Fox;
>
>I've been assigned to assist with this file. In furtherance of my
>investigation, I will need to meet with you for a statement. I will
also
>need copies of all medical reports. Please contact me as soon as
>possible.
>
>Thank you,
>

>Senior Investigator, Amica Mutual Insurance Company
>
>1 (800) 226-1679, ext. 32359
>
>
>
>
>------------------------------------------
>*******************************************************
>This email and any files transmitted with it are confidential and
>intended solely for the use of the individual or entity to whom
>they are addressed.  If you have received this email in error
>please notify postmaster@amica.com and the sender of the message.
>Thank you.
>*******************************************************
>

Get FREE Web site and company branded e-mail from Microsoft Office Live
http://dk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/

Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat                    Feedback | Help
© 2007 Micrpsoft TERMS OF USE  Advertise  TRUSTe Approved  Privacy Statement  GetNetWise  Anti-Spam Policy

```
-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Wednesday, January 10, 2007 10:43 AM
To: PARMELEE, RICHARD A. (Richard)
Subject: RE: Calim #L2700601489
```

MR. RICHARD PARMELEE...

JUST RECIEVED YOUR EMAIL

AS FAR AS I AM CONCERN. I AM DONE DEALING WITH THE NONSENSE. AND THE
SICK PEOPLE THAT ARE INVESTIGATING ME....

BECAUSE OF THE BREAK DOWN WITH AMICA INSURANCE SENIOR AJUSTERS AND THERE
INTIMADATION TACTICS AND FURTHER THERE NONSENSE AND LIES....INCLUDING
AGAIN THE PEOPLE THAT ARE INVESTAGATING ME....

I AM CURRENTLY CONSULTING LEGAL REPRESENTATION..

NO NEED TO CONTACT ME AGAIN....

THANK YOU
MICHAEL FOX



From :      PARMELEE, RICHARD A. (Richard) <RPARMELEE@AMICA.com>
Sent :      Wednesday, January 10, 2007 1:49 PM
To :        "michael fox" <lfox449@hotmail.com>
CC :        "ZERBA, JAMES M. (Jim)" <JZERBA@Amica.com>
Subject :   RE: Calim #L2700601489


Mr. Fox: Thank you for responding to my email. When you have retained
legal counsel, please have your attorney send us a Letter of
Representation and a signed Letter of Designation.
Please feel free to contact me with any questions you might have. Please
be advised I can not communicate with you once you have an attorney.
Thank you,
Richard Parmelee



RETAIN THIS COPY FOR YOUR RECORDS.

**FedEx Express — US Airbill**

Sender's Copp

1  From
Date: 9-20-02
Sender's Name: Michael Fox
Sender's FedEx Account Number:

Company: Noen

Address: San Diego
Email 27s X 4449 @ Blanca... Ccm

State CA   ZIP 92130

2  Your Internal Billing Reference

3  To
Recipient's Name: Whiteness, Hapkness, Osman @ Brock
Law Firm
Company: Whiteness Hapkness Osman @ Brock
Recipient's Address: 1122 Colorado (24th Floor)

Address: Austin Texas   State Texas   ZIP 78701
City: Austin Texas

4a  Express Package Service
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☑ FedEx Express Saver

4b  Express Freight Service
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

5  Packaging
☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☑ Other

6  Special Handling
SATURDAY Delivery
HOLD Weekday
HOLD Saturday
Does this shipment contain dangerous goods?
☐ Yes  ☐ No

7  Payment  Bill to:
☑ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages    Total Weight    Total Declared Value $

8  NEW! Residential Delivery Signature Options
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

FedEx Use Only

520

Tracking Number (circled): 8592 1874 4845


Store your addresses at fedex.com

# The Man Who Dick Cheney Shot

By MIKE ALLEN/WASHINGTON

Monday, Feb. 13, 2006



Attorney Harry
Whittington
Austin, Tex.

KELLY WEST
STATESMAN

Accidentally shooting a lawyer is never a good idea, especially one who's known for being something of a pistol himself. But Harry M. Whittington, the irascible, 78-year-old attorney from Austin who wound up on the wrong end of the Vice President's quail-hunting gun on Saturday, is a longtime supporter of President Bush and longtime friends with White House deputy chief of staff Karl Rove, with whom he helped build the once-moribund Texas Republican Party into today's powerhouse. And he is said by friends to be taking his wounds with good humor.

Whittington, a wealthy real-estate investor, is well-known in the Texas capital for a six-year dispute with the city over a downtown block owned by his family that was taken by the city for use as a parking garage. Just two weeks ago, he won his third legal victory in the case, a ruling from the Texas Supreme Court.

A Mr. Fix-It who has taken over troubled state agencies for several governors, including George W. Bush, he is often the first to arrive — by 5:30 or 6 a.m. — in the workout room of the West

US Home

Español

Information Center | Customer Support | Site Map

Search    Go!

**FedEx**

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

🖨 Printable Version    ❓ Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 859218744845 | **Delivered to** | Receptionist/Front Desk | **Wrong Address?** |
| **Signed for by** | J.COLE | **Service type** | FedEx 2Day Service | Reduce future mistakes by using |
| **Ship date** | Jan 10, 2007 | **Weight** | 2.0 lbs. | FedEx Address Checker. |
| **Delivery date** | Jan 12, 2007 10:14 AM | | | |
| | | | | Tracking a FedEx SmartPost |
| **Status** | Delivered | | | Shipment? |
| | | | | Go to shipper login |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 12, 2007 | 10:14 AM | Delivered | | |
| | 7:35 AM | On FedEx vehicle for delivery | AUSTIN, TX | |
| | 6:43 AM | At local FedEx facility | AUSTIN, TX | |
| Jan 11, 2007 | 6:13 PM | At dest sort facility | AUSTIN, TX | |
| | 3:27 PM | Departed FedEx location | MEMPHIS, TN | |
| | 12:11 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Jan 10, 2007 | 9:27 PM | At local FedEx facility | SAN DIEGO, CA | |
| | 6:50 PM | Left origin | SAN DIEGO, CA | |
| | 1:27 PM | Picked up | SAN DIEGO, CA | |

Take 15% off
list rates on eligible
FedEx Express
online shipments.

Learn more >>

Signature proof    E-mail results    Track more shipments

Subscribe to tracking updates (optional)

Your Name: |                    Your E-mail Address: |

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** HTML    Text    Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1985-2007 FedEx

*Exhibit 53 C*



# Whitehurst, Harkness,
### EXPERIENCED TRIAL LAWYERS
# Ozmun & Brees, PC

WILLIAM O. WHITEHURST, JR.*
THOMAS R. HARKNESS*
SCOTT OZMUN*+
EUGENE W. (CHIP) BREES, II·
CYNTHIA K. STEWART
SALLY STARNES METCALFE
MICHELLE M. CHENG
SYLVIA H. IMHOFF
JEFF EDWARDS

BOARD CERTIFIED·PERSONAL INJURY TRIAL LAW*
BOARD CERTIFIED · CIVIL APPELLATE LAW*
TEXAS BOARD OF LEGAL SPECIALIZATION

**MAILING ADDRESS:**
P.O. BOX 1802
AUSTIN, TEXAS 78767

**STREET ADDRESS:**
1122 COLORADO STREET, 24TH FLOOR
AUSTIN, TEXAS 78701

TELEPHONE:    (512) 476-4346
TELEFAX:    (512) 476-4400
WEBSITE:    www.whoblaw.com

January 12, 2007

**<u>Via Regular and CMRRR</u>**
Michael T. Fox
General Delivery
San Diego, CA 92138

     Re:   Your potential case

Dear Mr. Fox:

     Thank you for contacting us concerning your potential claim.

     We will not be able to represent you.

          Sincerely yours,

          Eugene W. (Chip) Brees

EWB/mw
Enclosure



Austin club he helped found. After getting both his undergraduate and law degree from University of Texas, Whittington eventually became very active in Texas Republican circles, serving once as the only Republican on the board of the Texas Department of Corrections, now the Texas Board of Criminal Justice, and also doing a stint as chairman of the Texas Public Finance Authority Board. "He's very tough," James R. Huffines, chairman of the Board of Regents of the University of Texas System, and a 25-year friend of Whittington, told TIME. "He's a real tenacious competitor in everything he does. I hate to use this pun, but he really is a straight shooter in all sense of the word, with a real sense of right and wrong for the taxpayers."

The White House did not announce the incident, but confirmed it when the Corpus Christi Caller-Times asked about it more than 12 hours after the 5:30 p.m. Saturday incident. White House Press Secretary Scott McClellan was peppered Monday with questions about that decision. "The very first priority was making sure that Mr. Whittington was getting the medical care he needed," McClellan said. "Secondary to that is gathering the facts so you can provide that information to the public. Those facts were coming back to us throughout the evening and into the morning."

Whittington was listed in stable condition. "He seems in good spirits. He's talking and conversing," said Yvonne Wheeler, a spokeswoman for Christus Spohn Hospital Corpus Christi-Memorial. "His condition is really looking good. They're just taking every precautionary measure. Recovery looks very positive." Added Peter Banko, the hospital's administrator, "He is a true gentleman... I hate to say sweetheart because it makes me sound like a female, but he is wonderful to be around. He is joking with the staff." Whittington was expected to be taken out of intensive care Monday afternoon and moved to a trauma step-down unit in preparation for discharge.

For his part, Cheney visited Whittington in the intensive care unit of the hospital on Sunday night and said through an aide afterward, "I was pleased to see that Harry's doing well. He's in good spirits." The Vice President flew down to Texas on Friday after working at the White House, his office said. He remained there Sunday but did not hunt, his office said, before flying back to Washington on Sunday night. He joined Bush on Monday afternoon during an Oval Office meeting with United Nations Secretary General Kofi Annan, but left before reporters were allowed in for questions; Bush ignored any questions shouted his way about the incident. White House aides can be expected to say that the Vice President did not shoot Whittington, which suggests a bullet, but rather sprayed him with birdshot, a type of ammunition made up of tiny pieces of lead or steel.

It was Whittington who Bush turned to, as Texas governor in 1999, to take over the Texas Funeral Service Commission after the regulatory agency's executive director alleged that she had

*Exhibit 53 F*

been fired for investigating a company headed by a financial supporter of the governor. Whittington assured the Dallas Morning News at the time that he would keep politics out of the board's work. "There is no Republican or Democratic way to bury anybody," he said. Presiding over his first meeting, Whittington said, "If any agency needs divine guidance, it's this one." The state settled a lawsuit by the former executive director in 2001, and Whittington's term as head ends next year.

Whittington, who donated $1,000 to Bush's first presidential campaign and $2,000 to his reelection, is married to Merce Whittington, who also has been active in Republican politics; they have several children, including two daughters who still live in Austin. In a profile of Whittington last year, the Austin American-Statesman described him as being old-fashioned enough that he did not have a computer or bill by the hour. Luckily for Dick Cheney, that seems to extend to his being able to laugh off being accidentally shot at by the Vice President. For a lawyer, even a Republican, that's no easy feat.

*With reporting by Hilary Hylton/Austin*

Sphere It!    |    Digg it  |    Newsvine  |    Del.icio.us  |    Facebook  |    Add RSS Feed

**RELATED LINKS**
Cheney the Sportsman: **How Did Dick Cheney Break the No.1 Rule of Hunting?**
Cheap Shot: **Is Cheney's Mishap a Laughing Matter?**

Exhibit 536

# HARRY WHITTINGTON'S BLOG

**FRIDAY, FEBRUARY 17, 2006**

## I am deeply sorry

that I chickened out today..I wanted to stand up to Dick, I really did. But Dick said if I didn't apologize for all the trouble I had gotten him into by being shot, he was going to take me on another hunting trip.

At least I know who my true friends are now.

Thanks Mel, Robot, Douglas, Neil, Patricia, Wonkette and everyone else who wished me well along the way.

POSTED BY HARRY WHITTINGTON AT 12:07 PM    32 COMMENTS

---

**THURSDAY, FEBRUARY 16, 2006**

## Josh, I know exactly how it feels.

### Man Shot In Accident After Laughing At Cheney

(AP) LAFAYETTE, Colo. Hours after laughing about Vice President Dick Cheney's hunting mishap, Josh Kayser was himself shot by a friend during a hunting expedition.

"I read that thing about the vice president and said to myself 'how can you shoot your friend with your gun?' And look what happened," he said Tuesday.

Had you also been discussing the Valerie Plame leak with your friend, Josh?

POSTED BY HARRY WHITTINGTON AT 3:22 PM    11 COMMENTS

---

**ABOUT ME**



**HARRY WHITTINGT**
**AUSTIN, TEXAS, U**
**STATES**

I am an attorney. i the Chair of the S' Funeral Commission and I like help raise money for my frien the Republican Party. And I lo hunt!

VIEW MY COMPLETE PROFILE

**LINKS**

Texas GOP

GOP

Texas Funeral Service Commission

Philbert Suggs

**PREVIOUS POSTS**

I am deeply sorry

Josh, I know exactly how it feels.

Gaylord, the feeling is mutual

Any doctors out there?

Have you ever been in a situation

One of the worst days of *your* life?

I've been thinking about things these last couple of days

What the hell happened?

**ARCHIVES**

February 2006

---

# Gaylord, the feeling is mutual





"He's classy and charming and an outdoorsman -- the logical choice," said Gaylord Armstrong, an Austin lobbyist who has known Whittington for decades. "A gracious guy -- and handsome."

POSTED BY HARRY WHITTINGTON AT 7:55 AM    8 COMMENTS

## Any doctors out there?

I heard there was some woman overseas who got a face transplant. Anybody know how that works? After Dick shot his wad of pellets in my face, I feel dirty.

POSTED BY HARRY WHITTINGTON AT 6:23 AM    4 COMMENTS

WEDNESDAY, FEBRUARY 15, 2006

## Have you ever been in a situation

where somebody you thought was your friend did something that hurt you very much, and then they tried to blame it on you? And then that person waited 18 hours to report it to the media, and that person's colleagues tried to make a joke out of it, until you had a heart attack? Just wondering.

POSTED BY HARRY WHITTINGTON AT 4:00 PM    25 COMMENTS

Exhibit 53-I

## One of the worst days of *your* life?

I can relate to that, Dick. But when we were hunting togetether,
you said that the day that Libby told Fitzgerald that you had
authorized him to leak classified information about Valerie Plame
was one of the worst days of your life. Maybe they were both worst
days.

One other thing:

> When asked if their patient would be tuning in to the vice
> president's first on-air interview about the shooting, Banko
> said, "There is no television in his room at this point in time."

When I found out you were going to be on the TV, I had it removed.

And please STOP SENDING ME PRESS RELEASES IN THE THIRD
PERSON.

POSTED BY HARRY WHITTINGTON AT 2:17 PM    8 COMMENTS

----

## I've been thinking about things these last couple of days

If had to do it all over again, I don't know if I would have been such
a big fundraiser for Republicans. In fact, I might have raised some
money for the Democrats. Am I better off now than I was under
Clinton? I'd have to say the answer is no.

POSTED BY HARRY WHITTINGTON AT 9:18 AM    10 COMMENTS

----

TUESDAY, FEBRUARY 14, 2006

## What the hell happened?

How did I end up in this hospital? Last thing I recall, Dick and I were
knocking back the Wild Turkey, hunting, and having a nice
conversation. Now I am here. On the bright side, I guess my
connections on the Texas State Funeral Commission might finally

*Exhibit 53-J*    1/21/2007

>From: "michael fox" <lfox449@hotmail.com>
>To: SCHAPA@AMICA.COM
>Subject: ----------DOCTORS I AM SEEING----------
>Date: Wed, 17 Jan 2007 18:36:52 -0500
>
>HELLO SHEREON CHAPA
>
>MICHAEL FOX HERE---SORRY I DO'NT HAVE THE CLAIM NUMBER..
>
>BUT ITS REGARDING THE CAR WRECK ON FEB 4 2006 THAT YOUR INSURED
DESTROYED
>MY VEHICAL---INCLUDING MY HEALTH....HER LAST NAME IS PATSON....
>
>I NEED YOU TO APPROVE A DOCTORS APPOINTMENTS...
>THEY WILL NOT SEE ME UNTIL THEY ARE CONTACTED BY YOU, FOR YOUR
>APPROVEL.....
>
>OR SEND ME AN APPROVEL OVER THE EMAIL, AND I'LL COPY IT OFF THE
>COMPUTER.....
>
>----THE DOCTOR IS ----
>----DR. URLAUB
>----6719 ALVARADO ----SUITE 303
>----SAN DIEGO CA. 92120
>----619 287-6003
>
>I AM ALSO SEEING TWO OTHER DOCTORS REGARDING THIS ACCIDENT..
>AND WILL BE UNTIL JUNE OF THIS YEAR
>
>YESTERDAY AND TODAY I WENT TO A PAIN MANAGMENT TYPE DOCTOR...REGARDING
THIS
>INJURY CLAIM..
>I WILL BE SEEING THIS DOCTOR 3 TIMES A WEEK FOR THE FIRST TWO WEEKS,
AND
>THEN WILL BE RE-EVALUATED....THIS MAN WILL BE LEANING MY INSURANCE
CLAIM
>
>IF THERE ARE ANY PROBLEMS, PLEASE CONTACT ME....
>AGAIN, I CAN ONLY BE REACHED THROUGH EMAIL.....
>
>THANK YOU
>MICHAEL FOX
>
>_____
>Invite your Hotmail contacts to join your friends list with Windows
Live
>Spaces
>http://clk.atdmt.com/MSN/go/msnnkwsp0070000001msn/direct/01/?href=http:
//spaces.live.com/spacesapi.aspx?wx_action=create&wx_url=/friends.aspx&m

kt=en-us
>

_____
FREE online classifieds from Windows Live Expo - buy and sell with
people
you know
http://clk.atdmt.com/MSN/go/msnnkwex0010000001msn/direct/01/?href=http:/
/expo.live.com?s_cid=Hotmail_tagline_12/06


---------------------------------------------
********************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed.  If you have received this email in error
please notify postmaster@amica.com and the sender of the message.
Thank you.
********************************************************

_____
Search for grocery stores. Find gratitude. Turn a simple search into something
more.  http://click4thecause.live.com/search/charity/default.aspx?source=hmemtagline_gratitude&FORM=WLMTAG



-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Thursday, January 18, 2007 12:08 PM
To: CHAPA, SHERON A.
Subject: RE: ----------DOCTORS I AM SEEING----------

HELLO SHERON CHAPA

MICHAEL FOX AGAIN

SENT YOU AN EMAIL YESTERDAY, IF YOU SCROLL DOWN YOU WILL SEE IT..

JUST SENDING THIS EMAIL TO FURTHER MOVE THIS ALONG..

AS I SAID... YOU NEED TO READ THE EMAIL BELOW FOR MY REQUEST..

PLEASE DO THIS AS SOON AS YOU CAN...

THANK YOU
MICHAEL FOX



From: "CHAPA, SHERON A." <SCHAPA@AMICA.COM>
To: "michael fox" <lfox449@hotmail.com>
Subject: RE: -----------DOCTORS I AM SEEING----------
Date: Thu, 18 Jan 2007 13:16:32 -0500

Michael,

We are unable to authorize doctor's visits or direct your treatment in
any form or fashion.  You will need to pursue the treatment you and your

doctor's feel is necessary and when you are ready to settle the claim,
we will review all of the medical records and bills to determine if your

treatment was reasonable and necessary based on the accident and the
injuries claimed.

Along the lines that we are unable to authorize treatment, we are unable

to pay any treatment bills as they are incurred.  No payments will be
made until the time that a final release is signed by you and a lump sum

settlement payment is made.

Please send me a list with the names, addresses and phone numbers of all

doctors or facilities you have been to with regards to the accident so I

can document the file.  Which doctor will you be seeing until June and
can you tell me how he arrived at that time frame?


Thanks,

Sheron Chapa, AIC
Senior Adjuster
Amica Mutual Insurance
2207 Plaza Drive, Suite 400
Sugar Land, TX  77479
(888) 887-9310 x65119
Fax (888) 818-2887
schapa@amica.com



From :     michael.fox <lfox449@hotmail.com>
Sent :     Thursday, January 18, 2007 1:27 PM
To :       SCHAPA@AMICA.COM
Subject :  RE: ————DOCTORS I AM SEEING————

HELLO SHERO CHAPA

YOU WANT TO KNOW HOW I ARRIVED AT THAT TIME FRAME OF SEEING 2 DOCTORS UNTIL JUNE
OF THIS YEAR...

THE REASON BEING I AM LEAVING THE SAN DIEGO AREA..

BUT———— I WILL BE GOING TO OTHER DOCTORS TO WHERE I AM HEADING, AND THEY WILL BE
LEANING MY CLAIM FOR MEDICAL PAYMENT THROUGH AMICA INSURANCE....

THIS IS UTTERLY A DISPICKABLE SITUATION I AM IN...AMICA INSURANCE WILL NOT PAY
ANY DOCTORS UNTIL I SETTLE WITH THE INSURANCE COMPANY....

I DID NOT CAUSE THIS ACCIDENT, AND DOCTORS HAVE TO WAIT TO GET PAID BECAUSE YOU
WO'NT PAY THEM UNTIL SETTLEMENT...THE NONSENSE JUST CONTINUES...

I WILL SEE IF THIS DOCTOR WILL SEE ME WITH THE KNOWLEDGE OF THEM HAVING TO  LIEN
THE INSURANCE COMPANY CLAIM.....FOR MYSELF

THANK YOU
MICHAEL FOX.



 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 2301 0370 0000 7967 8502
Status: **Delivered**

Your item was delivered at 2:48 PM on February 23, 2007 in
MCKINNEY, TX 75069. The item was signed for by J ROSENTHAL.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.    Go >

 **POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





*Exhibit 57-B*

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 2301 0370 0000 7967 8496
Status: Delivered

Your item was delivered at 11:18 AM on February 23, 2007 in DALLAS, TX 75231. The item was signed for by P STANEFF.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. Go >

---

 **POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





Exhibit 57-D

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 2301 0370 0000 7967 8526
Status: **Delivered**

Your item was delivered at 9:28 AM on February 23, 2007 in DALLAS, TX 75201. The item was signed for by D MD.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

---

**POSTAL INSPECTORS**     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





*Exhibit 57-E*

# The Law Offices of Jeremy F. Rosenthal

207 E. Virginia Street, Ste. 210
McKinney, Texas  75069
(214) 724-7065
Fax (214) 592-0095

March 5, 2007

*Via Priority Mail*
*And Facsimile*

Michael Fox
General Delivery
San Diego, CA 92138

Re:    *Your potential case*

Dear Mr. Fox:

Enclosed please find the documents which you sent to our office to review your case which I am returning to the address you requested.  Unfortunately, because our caseload is already full, it would be difficult – if not impossible – to give your case the time and attention it deserves for effective legal representation.  Though I thank you for submitting this to my attention, I must respectfully decline representation of you in this case.  I wish you the best of luck in the future.

Regards,

Jeremy F. Rosenthal

*Exhibit 57-F*



www.freemantriallaw.com

March 5, 2007

Mr. Michael Fox
P.O. Box 111621
Naples, Florida 34108

Dear Mr. Fox:

Thank you for the opportunity to review your case. Based upon our review, we are unable to assist you with this matter.

Please understand that although we have decided not to pursue any further legal action in this matter on your behalf, this should not be considered a representation of the factual or legal validity of your claim. Furthermore, do not construe this as a representation to you as to the likelihood of a recovery or non-recovery of your claim.

YOUR LEGAL RIGHT TO PURSUE THIS ACTION IS CRITICALLY AFFECTED BY TIME LIMITS. IF YOU WISH TO PURSUE THIS MATTER FURTHER, **IMMEDIATELY OBTAIN OTHER LEGAL REPRESENTATION.** DELAY ON YOUR PART IN OBTAINING OTHER LEGAL REPRESENTATION CAN PREVENT YOU FROM ENFORCING YOUR LEGAL RIGHTS.

To secure other counsel, you may contact any lawyer of your choice, or the Bar Association's Lawyer Referral Service, which will refer you to competent attorneys who may be willing to handle your case. If you secure other counsel, please let us know the names of the attorneys, and we will forward your file to them.

We regret that we could not be of further assistance to you on this matter, and we thank you for having given us the opportunity to review this case with you. **Please take immediate steps to obtain a lawyer if you wish to continue in this lawsuit.**

Very truly yours,

D. Matthew Freeman/nl

D. Matthew Freeman

DMF:nl

Exhibit 57-6

# THE CHANDER LAW FIRM
## *A Professional Corporation*

3102 MAPLE AVENUE, SUITE 450, DALLAS, TEXAS 75201
(214) 877-4990 • (214) 877-4991 (FAX)

### DALLAS  NEW YORK

VISHAL CHANDER
ATTORNEY AT LAW

VCHANDER@CHANDERLAW.COM

February 23, 2007

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**
**7004 1350 0004 6055 8114**
Michael Fox
General Delivery
San Diego, California 92138

Re:    Rejection of Your Case

Dear Mr. Fox,

Attached to this letter are the unsolicited materials that you sent to The Chander Law Firm by mail. The Chander Law Firm did not ask you to send these materials and is unable to represent you.

Sincerely,

Vishal Chander

*Exhibit 57-H*



**UNITED STATES POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 2306 1570 0000 1805 4671
Status:

Your item was delivered at 11:12 am on March 07, 2007 in AUSTIN, TX 78759. The item was signed for by D NUNEZ.

Additional information for this item is stored in files offline.

Restore Offline Details >  (?)    Return to USPS.com Home >

Notification Options

### Proof of Delivery
Verify who signed for your item by email, fax, or mail.    Go >

---

**Track & Confirm**

Enter Label/Receipt Number.



Go >

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Web Search: [Go]

**msn Hotmail**    Today | Mail | Calendar | Contacts                Options | Help

Free Newsletters

llfox449@hotmail.com

🔁 Reply | 🔁 Reply All | 🔁 Forward | ✕ Delete | 🔲 Junk | 📁 Put in Folder ▾ | 🖨 Print View | 📇 Save Address

| | | |
|---|---|---|
| From : | Paulette Helberg <paulette@crewselliott.com> | |
| Sent : | Thursday, March 8, 2007 12:22 PM | |
| To : | <llfox449@hotmail.com> | |
| CC : | "Joe Crews" <crews@crewselliott.com> | |
| Subject : | Complaint | |

Mr. Fox,

We received the packet of documents you mailed us. Joe Crews has thoroughly reviewed the documents, and has concluded that this is a matter in which Crews & Elliott, PC will not be able to represent you. I will mail your documents back to you today via first-class mail.

Thank you.

Paulette Helberg

Paulette Helberg

Legal Assistant to Christopher L. Elliott

Crews & Elliott, PC

4601 Spicewood Springs Road

Building 3, Suite 200

Austin, TX 78759

512-346-7077

512-342-0007 Fax

Certificates
Associate's
Bachelor's
Master's
PhD
Business
Criminal Justice
Graphic Design
Education
Human Services
Nursing
Computer Science
A.A. Business
B.S. Business
B.S. Criminal Jus.
B.S. Computer Sci.
M.A. Education
M.B.A.
Ph.D. Education
More

Want high caliber, higher
education with your
schedule in mind?

Click here to find out how.

degrees.info

🔁 | 🔁 | 🔁                                                         ▲ | ◆ | ✕ | 📥 Inbox

**Get the latest updates from MSN**

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat           Feedback | Help

© 2007 Microsoft TERMS OF USE Advertise TRUSTe Approved Privacy Statement GetNetWise Anti-Spam Policy

*Exhibit 57-J*



MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out    Web Search: [_____] [Go]

msn Hotmail    **Today | Mail | Calendar | Contacts**    Options | Help

lfox449@hotmail.com    Free Newsletters

Reply | Reply All | Forward | X Delete | Junk | Put in Folder ▼ | Print View | Save Address

| | |
|---|---|
| From : | Larry Samuel <samuel@rittenbergsamuel.com> |
| Sent : | Friday, March 16, 2007 7:58 AM |
| To : | <lfox449@hotmail.com> |
| Subject : | RE: Potential Client Inquiry for Rittenberg and Samuel, L.L.C. from FindLaw |

Mr. Fox-

Thank you very much for your email inquiry.

We do not handle cases of this type; consequently, we decline your request
for representation. Nevertheless, thank you for giving us an opportunity to
represent you.

Larry Samuel
Rittenberg, Samuel & Phillips, L.L.C.
715 Girod Street, Suite 100
New Orleans, LAQ 70130-3505
Telephone: (504) 524-5555
Fax (504) 524-0912
Cell (504) 715-0484
email: samuel@rittenbergsamuel.com
website: www.rittenbergsamuel.com

-----Original Message-----
From: lfox449@hotmail.com [mailto:lfox449@hotmail.com]
Sent: Thursday, March 15, 2007 3:50 PM
To: samuel@rittenbergsamuel.com
Subject: Potential Client Inquiry for Rittenberg and Samuel, L.L.C. from
FindLaw

This inquiry originated from a search on www.findlaw.com.

Comments:
NEED AN ATTORNEY OUTSIDE OF TEXAS FOR A PENDING LAWSUIT FILED IN FEDERAL
COURT, AND STATE COURT...

WAS INVOLVED IN A STAGED CAR WRECK IN GALVISTON TEXAS. ON 2-4-06

I HAVE BEEN UNDER A GOVERMENT/POLICE INVESTIGATION FOR MANY YEARS, AND HAVE
BEEN IN OTHER STAGED CAR WRECKS...

I HAVE TYPED A  COMPLAINT THAT IS IN REGARDS TO THIS STAGED CAR WRECK ON
2-4-06

WILL YOU BE WILLING TO POSSIBLY LOOK AT MY COMPLAINT AND HELP ME BY
REPRESENTING ME....

I AM FURTHER LOOKING TO BE PUT IN A WITNESS PROTECTION PROGRAM AND BE
RELOCATED, THIS IS ALSO PART OF MY COMPLAINT...

I AM LOOKING TO HAVE AN INVESTIGATION AND CRIMINAL CHARGES BROUGHT AGAINST
ALL INDIVIDUELES INVOLVED...

THIS IS A HUGE CASE AND HAS HUGE MERRITS..

PLEASE RESPOND

THANK YOU

I want to become a...

Accountant
Bounty Hunter
Counselor
CPA
Criminal Investigator
Database Administrator
Detective
Developer
Engineer
Financier
Graphic Designer
HR Officer
Manager
Marketer
Network Specialist
Paralegal
Police
Project Manager
Psychologist
Social Worker
Software Professional
Teacher
Therapist
More

Click here to find out how.

degrees.info

Exhibit 57 K

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out    Web Search: _____ Go



**msn** Hotmail                    Today | Mail | Calendar | Contacts              Options | Help

lfox449@hotmail.com                                                      Free Newsletters

🖅 Reply | 🖅 Reply All | 🖅 Forward | ✖ Delete | 🖾 Junk | 🖅 Put in Folder ▼ | 🖶 Print View | 📇 Save Address

| | |
|---|---|
| From : | Larry Samuel <samuel@rittenbergsamuel.com> |
| Sent : | Friday, March 16, 2007 7:58 AM |
| To : | <lfox449@hotmail.com> |
| Subject : | RE: Potential Client Inquiry for Rittenberg and Samuel, L.L.C. from FindLaw |

Mr. Fox-

Thank you very much for your email inquiry.

We do not handle cases of this type; consequently, we decline your request
for representation. Nevertheless, thank you for giving us an opportunity to
represent you.

Larry Samuel
Rittenberg, Samuel & Phillips, L.L.C.
715 Girod Street, Suite 100
New Orleans, LAQ 70130-3505
Telephone: (504) 524-5555
Fax (504) 524-0912
Cell (504) 715-0484
email: samuel@rittenbergsamuel.com
website: www.rittenbergsamuel.com

-----Original Message-----
From: lfox449@hotmail.com [mailto:lfox449@hotmail.com]
Sent: Thursday, March 15, 2007 3:50 PM
To: samuel@rittenbergsamuel.com
Subject: Potential Client Inquiry for Rittenberg and Samuel, L.L.C. from
FindLaw

This inquiry originated from a search on www.findlaw.com.

Comments:
NEED AN ATTORNEY OUTSIDE OF TEXAS FOR A PENDING LAWSUIT FILED IN FEDERAL
COURT, AND STATE COURT...

WAS INVOLVED IN A STAGED CAR WRECK IN GALVISTON TEXAS. ON 2-4-06

I HAVE BEEN UNDER A GOVERMENT/POLICE INVESTIGATION FOR MANY YEARS, AND HAVE
BEEN IN OTHER STAGED CAR WRECKS...

I HAVE TYPED A  COMPLAINT THAT IS IN REGARDS TO THIS STAGED CAR WRECK ON
2-4-06

WILL YOU BE WILLING TO POSSIBLY LOOK AT MY COMPLAINT AND HELP ME BY
REPRESENTING ME....

I AM FURTHER LOOKING TO BE PUT IN A WITNESS PROTECTION PROGRAM AND BE
RELOCATED, THIS IS ALSO PART OF MY COMPLAINT...

I AM LOOKING TO HAVE AN INVESTIGATION AND CRIMINAL CHARGES BROUGHT AGAINST
ALL INDIVIDUELS INVOLVED...

THIS IS A HUGE CASE AND HAS HUGE MERRITS..

PLEASE RESPOND

THANK YOU.

I want to become a...

- 🧑 Accountant
- 🧑 Bounty Hunter
- 🧑 Counselor
- 🧑 CPA
- 🧑 Criminal Investigator
- 🧑 Database Administrator
- 🧑 Detective
- 🧑 Developer
- 🧑 Engineer
- 🧑 Financier
- 🧑 Graphic Designer
- 🧑 HR Officer
- 🧑 Manager
- 🧑 Marketer
- 🧑 Network Specialist
- 🧑 Paralegal
- 🧑 Police
- 🧑 Project Manager
- 🧑 Psychologist
- 🧑 Social Worker
- 🧑 Software Professional
- 🧑 Teacher
- 🧑 Therapist
- 🧑 More

Click here to find out how.

**degrees.info**

Exhibit 57L

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat     Sign Out     Web Search: [_____] Go



**msn** Hotmail      **Today** | **Mail** | **Calendar** | **Contacts**      Options | Help

Free Newsletters

lfox449@hotmail.com

🔄 Reply | 🔄 Reply All | 🔄 Forward | ✕ Delete | 🚫 Junk | 📁 Put in Folder ▾ | 🖨 Print View | 📇 Save Address

| From : | <postmaster@mail.hotmail.com> |
| Sent : | Friday, March 16, 2007 2:48 AM |
| To : | lfox449@hotmail.com |
| Subject : | Delivery Status Notification (Failure) |

◇ | ◇ | ✕ | 📥 Inbox





**Look Younger
From Any Angle**

**Better than
Botox®?**
-no painful injections

TRY IT FREE




*click here for more details.
Simulated imagery. Not actual photo.

This is an automatically generated Delivery Status Notification.

Delivery to the following recipients failed.

    rkilleen@killen-law.com


From: michael fox <lfox449@hotmail.com>
To: rkilleen@killen-law.com
Subject: ----NEED EXCELLANT LEGAL ATTORNEY----
Sent: Friday, March 16, 2007 2:47 AM

HELLO MR R. KILLEEN

MY NAME IS MICHAEL FOX
I AM IN NEED OF EXCELLENT LEGAL REPRESENTATION, FOR A STAGED CAR ACCIDENT FROM
GALVISTON TEXAS ON 2-6-06

I HAVE BEEN UNDER ATTACK, BY SICO SICK GOVERMENT/POICE IN THE EXCESS OF 20
YEARS..
AND THESE PEOPLE AGAIN HAVE TRYED TO KILL ME IN GALVISTON TEXAS..

I AM LOOKING FOR AN EXPERIENCED TRIAL ATTORNEY, AND AN ATTORNEY THAT WILL NOT
BACK DOWN FROM FIGHTING THE GOVERMENT....

I AM LOOKING TO GO TO TRIAL... AND PUT PEOPLE IN A JAIL CELL..

I HAVE A PARCIAL COMPLAINT ALREADY TYPED WHICH IS 33 PAGES, INCLUDING OVER 50
PAGES OF EXHIBITS...AND THIS CASE WILL CONTINUE TO GROW..

THIS IS A HUGE CASE OF CIVIL RIGHTS..
INSORANCE BAD FAITH.
POLICE/GOVERMENT FRAUD AND TERRORIST ATTACKS
PERSONAL INJURY...
AND A LOT MORE..

I NEED TO KNOW ONE THING, IF YOU WHERE TO ACCEPT THIS CASE...
ARE YOU REPUBLICAN OR A DEMOCRAT..:?

I CAN MAIL YOU A COPY OF THE COMPLAINT IF YOU SO CHOSE TO LOOK AT IT..

FURTHER I AM LOOKING TO GO INTO A GOVERMENT PROTECTION SERVICE AND BE
RELOCATED..

I AM LOOKING TO FILE COMPLAINTS WITH THE FBI, THE UNITED STATES ATTORNEYS OFFICE
AND THE UNITED STATES JUSTICE DEPARTMENT....

ARE YOU REPUBLICAN  OR DEMOCRAT

THANK YOU

*Exhibit 57-M*

**TEXAS PEACE OFFICER'S CRASH REPORT** CR3-3 (Rev. 01/06) Submission of Crash Records: This report must be submitted via the CRIS Web Portal, electronically submitted on XML or mailed to the TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0350. Please see the DPS Instructions to Police for more details regarding these submission methods or look on the CRIS Website at http://www.txdps.state.tx.us/crisproject/index.htm

☐ FATAL    ☐ CMV INVOLVED    ☐ SCHOOL BUS RELATED    ☐ RAILROAD RELATED    ☐ MEDICAL ADVISORY BOARD    ☒ HIT AND RUN    ☒ AMENDMENT/SUPPLEMENT

| PLACE WHERE CRASH OCCURRED | | |
|---|---|---|
| COUNTY Galveston | CITY OR TOWN Galveston | ORI # |
| IF CRASH WAS OUTSIDE CITY LIMITS INDICATE FROM NEAREST TOWN N/A MILES ☐N ☐S ☐E ☐W OF N/A | | DPS # |

ROAD ON WHICH CRASH OCCURRED 8700 BLOCK NUMBER    Seawall STREET OR ROAD NAME    Boulevard ROUTE NUMBER OR STREET CODE

CONSTRUCTION ZONE WORKERS PRESENT ☐YES ☒NO
CONSTRUCTION PRESENT WORKERS PRESENT ☐YES ☒NO
SPEED LIMIT 45

INTERSECTING STREET OR RR X'ING NUMBER

NOT AT INTERSECTION 250 BLOCK NUMBER    STREET OR ROAD NAME ☒FT. ☐MI. ☐N ☐S ☐E ☐W of 51st Street ROUTE NUMBER OR STREET CODE
MILEPOST
LATITUDE
LONGITUDE

DATE OF CRASH February MONTH 4th DATE 2006 YEAR DAY OF WEEK Saturday HOUR Midnight 0000 ☒AM ☐PM IF EXACTLY NOON OR MIDNIGHT, SO STATE

| UNIT # 1 | 1 | 1-MOTOR VEHICLE 2-TRAIN 3-PEDALCYCLIST | 4-PEDESTRIAN 5-MOTORIZED CONVEYANCE 6-TOWED | 7-NON-CONTACT 8-OTHER | VIN 3C8FY78G14T266938 | ALTERED VEHICLE HEIGHT ☐YES ☒NO |

YEAR MODEL 2004 COLOR & MAKE Blue/Chrysler MODEL NAME GT Turbo BODY STYLE 4-Door LICENSE PLATE 06 TX Y95-NJ9

DRIVER'S NAME Patton LAST Paula FIRST Pakenham MIDDLE 311 Kickerillo Dr. Houston TX 77079 ADDRESS (STREET, CITY, STATE, ZIP) PHONE NUMBER 281-870-1964

DRIVER'S LICENSE TX STATE 09667937 NUMBER C CLASS/TYPE None ENDORSEMENTS A RESTRICTIONS 07-23-52 DATE OF BIRTH LICENSE STATUS 1 | 1-VALID 2-NOT VALID 3-SUSPENDED/REVOKED | 4-CANCELLED/DENIED 5-EXPIRED 6-UNKNOWN

DRIVER'S ETHNICITY ☐1-WHITE ☐2-HISPANIC ☐4-ASIAN 6-OTHER 3-BLACK DRIVER'S SEX ☐MALE ☒FEMALE DRIVER'S OCCUPATION Channel Territory Manager POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE

TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED 4 TEST RESULTS TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED 3 TEST RESULTS N/A DRUG CATEGORY

LESSEE/ OWNER ☒ Same NAME (ALWAYS SHOW LESSEE IF LEASED, OR OWNER, SHOW OWNER) ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☒YES ☐NO ☐EXP INSURANCE COMPANY NAME American Mutual Ins.Co. POLICY NUMBER 960842-24HK VEHICLE DAMAGE RATING FD-5

| UNIT # 2 | 1 | 1-MOTOR VEHICLE 2-TRAIN 3-PEDALCYCLIST | 4-PEDESTRIAN 5-MOTORIZED CONVEYANCE 6-TOWED | 7-NON-CONTACT 8-OTHER | VIN 1FMZUS2E91ZA72430 | ALTERED VEHICLE HEIGHT ☐YES ☒NO |

YEAR MODEL 2001 COLOR & MAKE Purple/Ford MODEL NAME Explorer BODY STYLE SUV LICENSE PLATE 06 TX N77V6N

DRIVER'S NAME Legally Parked LAST FIRST MIDDLE ADDRESS (STREET, CITY, STATE, ZIP) PHONE NUMBER

DRIVER'S LICENSE N/A STATE NUMBER CLASS/TYPE ENDORSEMENTS RESTRICTIONS DATE OF BIRTH LICENSE STATUS 6 | 1-VALID 2-NOT VALID 3-SUSPENDED/REVOKED | 4-CANCELLED/DENIED 5-EXPIRED 6-UNKNOWN

DRIVER'S ETHNICITY 5 ☐1-WHITE ☐2-HISPANIC ☐4-ASIAN 6-OTHER 3-BLACK DRIVER'S SEX ☐MALE ☐FEMALE DRIVER'S OCCUPATION N/A POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE

TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED 4 TEST RESULTS TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED 3 TEST RESULTS DRUG CATEGORY

LESSEE/ OWNER ☒ Ramirez, Elmelda 2316 29th Ave N Texas City TX 77590 NAME (ALWAYS SHOW LESSEE IF LEASED, OR OWNER, SHOW OWNER) ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☐YES ☐NO ☐EXP Unknown INSURANCE COMPANY NAME POLICY NUMBER VEHICLE DAMAGE RATING RD-5/FD-5

DAMAGE TO PROPERTY OTHER THAN VEHICLES None OBJECT    OWNER, AND ADDRESS OF OWNER    FEE FROM CURB    DAMAGE ESTIMATE $

IN YOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? ☒YES ☐NO

CHARGES FILED
NAME Patton, Paula Pakenham CHARGE Failed to Maintain Single Marked Lane CITATION # M 089450 A
NAME Patton, Paula Pakenham CHARGE Failed to Control Speed CITATION # M 089450 B

TIME NOTIFIED OF CRASH 2.4.06 DATE 0010 HOUR HOW Dispatcher TIME ARRIVED AT SCENE 2.4.06 DATE 0011 HOUR DATE OF REPORT 02-04-06

TYPED OR PRINTED NAME OF INVESTIGATOR S. Brewer ID# 378 AGENCY Galveston P.D. DIST/AREA C REPORT COMPLETE ☒YES ☐NO

| SEAT POSITION | SOLICITATION | EJECTED | RESTRAINT USED | AIRBAG | HELMET USE | INJURY SEVERITY |
|---|---|---|---|---|---|---|
| 1-FRONT LEFT  7-THIRD SEAT LEFT | INDICATES A PERSON'S DESIRE TO RECEIVE CONTACT FROM PERSONS | 1-NO | 1-SHOULDER & LAP BELT  7-BOOSTER SEAT | 1-NOT APPLICABLE | 1-NONE, DAMAGED | 0-KILLED |
| 2-FRONT CENTER  8-THIRD SEAT CENTER | SEEKING PROFESSIONAL, EMPLOYMENT #3(FOR ATTORNEY, | 2-YES | 2-SHOULDER BELT ONLY  8-NONE | 2-NOT DEPLOYED | 2-WORN, NOT DAMAGED | A-INCAPACITATING INJURY |
| 3-FRONT RIGHT  9-THIRD SEAT RIGHT | CHIROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY | 3-YES, PARTIAL  9-OTHER | 3-LAP BELT ONLY | 3-DEPLOYED, FRONT | 3-WORN, DAM. DAMAGE | B-NON INCAPACITATING INJURY |
| 4-SECOND SEAT LEFT  10-CARGO AREA | OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULA- | 4-NOT APPLICABLE  10-UNKNOWN | 4-CHILD SEAT, FACING FORWARD | 4-DEPLOYED, SIDE | 4-NOT WORN | C-POSSIBLE INJURY |
| 5-SECOND SEAT CENTER  11-OUTSIDE VEHICLE | TORY AGENCY (1=SOLICIT, 6=NO SOLICIT) | 5-UNKNOWN | 5-CHILD SEAT, FACING REAR | 5-DEPLOYED, OTHER | 5-UNKNOWN IF WORN | D-NOT INJURED |
| 6-SECOND SEAT RIGHT  12-UNKNOWN | | | 6-CHILD SEAT, UNK | 6-UNKNOWN | | E-UNKNOWN |

---

| UNIT 1 | TOWED DUE TO DISABLING DAMAGE | ☑ YES  ☐ NO | VEHICLE REMOVED TO 5907 Ave J | BY Tony Bros Permit 1 |
|---|---|---|---|---|

| ITEM# | SEAT POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS NAMES, POSITIONS, RESTRAINTS USED, ETC. HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED NAME (LAST, FIRST, MI)     ADDRESS | SOL. | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Potson, Paula Pakenham  311 Kirkerville Dr  Houston TX 77079 | N | 1 | 2 | 3 | 4 | 53 | F | N |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |

---

| UNIT 2 | TOWED DUE TO DISABLING DAMAGE | ☑ YES  ☐ NO | VEHICLE REMOVED TO 5100 Post office | BY AAAA  Permit #5 |
|---|---|---|---|---|

| ITEM# | SEAT POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS NAMES, POSITIONS, RESTRAINTS USED, ETC. HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED NAME (LAST, FIRST, MI)     ADDRESS | SOL. | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 | Legally Parked | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |

---

| PED., PEDAL., MOT. CORRET., ETC. | COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE CASUALTY NAME (LAST, FIRST, MI)     ADDRESS | SOL. | ALCOHOL SPECIMEN TAKEN | RESULT | DRUG SPECIMEN TAKEN | RESULT | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

---

**DISPOSITION OF KILLED OR INJURED**     **IF AMBULANCE USED, SHOW**

| ITEM# | TAKEN TO | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | AMBULANCE UNIT# | # OF ATTENDANTS INCLUDING DRIVER | # OF PERSONS TRANSPORTED FOR TREATMENT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

**COMPLETE THIS SECTION IF PERSON KILLED**     (If a person dies within 30 days of the crash, please complete this area and mail the supplement to the Crash Records Bureau)

| ITEM # | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

---

INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH ADDITIONAL SHEETS IF NECESSARY)

Unit 1 was traveling Eastbound on Seawall blvd.
Units 2 and 3 were parked facing East.
Unit 1 drifted to the right striking Unit 2.
Unit 2 hit Unit 3. Driver of Unit 1 stated
that she took .25 mg of Xanex 45 minutes
prior to driving with little rest and no food.

**DIAGRAM**

Seawall Blvd                    To 81st Street

NOT TO SCALE

**FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION**

| UNIT# | FACTORS/CONDITIONS CONTRIBUTING | | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED | | VEHICLE DEFECTS CONTRIBUTING | VEHICLE DEFECTS MAY HAVE CONTRIBUTED |
|---|---|---|---|---|---|---|
| 1 | 40 | 62 | 20 | 22 | 23 | |

1-ANIMAL OR ROAD-DOMESTIC
2-ANIMAL OR ROAD-WILD
3-BACKED WITHOUT SAFETY
4-CHANGED LANE WHEN UNSAFE
5-13 SEE VEHICLE DEFECTS
14-DISABLED IN TRAFFIC LANE
15-DISREGARD STOP AND GO SIGNAL
16-DISREGARD STOP SIGN OR LIGHT
17-DISREGARD TURN MARKS AT INTERSECTION
18-DISREGARD WARNING SIGN AT CONSTRUCTION
19-DISTRACTION IN VEHICLE
20-DRIVER INATTENTION
21-DROVE WITHOUT HEADLIGHTS
22-FAILED TO CONTROL SPEED
23-FAILED TO DRIVE IN SINGLE LANE
24-FAILED TO GIVE HALF OF ROADWAY
25-FAILED TO HEED WARNING SIGN
26-FAILED TO PASS TO LEFT SAFELY
27-FAILED TO PASS TO RIGHT SAFELY
28-FAILED TO SIGNAL OR GAVE WRONG SIGNAL
29-FAILED TO STOP AT PROPER PLACE
30-FAILED TO STOP FOR SCHOOL BUS
31-FAILED TO STOP FOR TRAIN
32-FAILED TO YIELD ROW-EMERGENCY VEHICLE
33-FAILED TO YIELD ROW-OPEN INTERSECTION
34-FAILED TO YIELD ROW-PRIVATE DRIVE
35-FAILED TO YIELD ROW-STOP SIGN
36-FAILED TO YIELD ROW-TO PEDESTRIAN
37-FAILED TO YIELD ROW-TURNING LEFT
38-FAILED TO YIELD ROW-TURN ON RED
39-FAILED TO YIELD ROW-YIELD SIGN

40-FATIGUED OR ASLEEP
41-FAULTY EVASIVE ACTION
42-FIRE IN VEHICLE
43-FLEEING OR EVADING POLICE
44-FOLLOWED TOO CLOSELY
45-HAD BEEN DRINKING
46-HANDICAPPED DRIVER (EXP. IN NARRATIVE)
47-ILL (EXP. IN NARRATIVE)
48-IMPAIRED VISIBILITY (EXP. IN NARRATIVE)
49-IMPROPER START FROM PARKED POSITION
50-LOAD NOT SECURED
51-OPENED DOOR TO ONCOMING TRAFFIC
52-OVERSIZE VEHICLE OR LOAD
53-OVERTAKE AND PASS INSUFFICIENT CLEARANCE
54-PARKED AND FAILED TO SET BRAKES
55-PARKED IN TRAFFIC LANE
56-PARKED WITHOUT LIGHTS
57-PASSED IN NO PASSING ZONE
58-PASSED ON RIGHT SHOULDER
59-PEDPEDALCYCLIST,CO,R,ETT NOT TO VEHICLE
60-SPEEDING (OVER LIMIT)
61-SPEEDING OVER LIMIT
62-TAKING MEDICATION (EXP. IN NARRATIVE)
63-TURNED IMPROPERLY - CUT CORNER ON LEFT
64-TURNED IMPROPERLY - WIDE RIGHT
65-TURNED IMPROPERLY - WRONG LANE
66-TURNED IMPROPERLY - MARKED LANE
67-UNDER INFLUENCE - ALCOHOL
68-UNDER INFLUENCE - DRUG
69-WRONG SIDE - APPROACH OR IN INTERSECTION
70-WRONG SIDE - NOT PASSING

71-OTHER (EXP. IN NARRATIVE)
72-CELLUAR/CELL PHONE USE
73-ROAD RAGE
74-WINCH FACTOR (WRITE ON LINE)

**VEHICLE DEFECTS**
1-DEFECTIVE OR NO HEADLAMPS
2-DEFECTIVE OR NO STOP LAMPS
3-DEFECTIVE OR NO TURN LAMPS
4-DEFECTIVE OR NO TAIL LAMPS
5-DEFECTIVE OR OTHER LAMPS
6-DEFECTIVE OR NO TRAILER BRAKES
7-DEFECTIVE OR NO VEHICLE BRAKES
8-DEFECTIVE STEERING MECH.
9-DEFECTIVE TIRES
10-DEFECTIVE TRAILER HITCH

| TRAFFIC CONTROL | | ROADWAY RELATION | |
|---|---|---|---|
| 1-NONE  2-INOPERATIVE  3-OFFICER  4-FLAGMAN  5-SIGNAL LIGHTS  6-FLASHING RED LIGHT | 7-FLASHING YELLOW LIGHT  8-STOP SIGN  9-YIELD SIGN  10-WARNING SIGN  11-CENTER STRIPE/DIVIDER  12-RR CROSSING GATE | 13-NO CENTERSIGNAL  14-SCHOOL ZONE  15-CROSSWALK  16-BIKE LANE  17-OTHER | 1-ON ROADWAY  2-OFF ROADWAY  3-SHOULDER  4-MEDIAN  3 |
| PART OF THE ROADWAY | | ROADWAY ALIGNMENT | | LIGHT CONDITION | |
| 1-MAIN LANE  2-SERVICE ROAD  3-ENTRANCE RAMP  4-EXIT RAMP  5-CONNECTOR  6-OTHER  7-OTHER | | 1-STRAIGHT, LEVEL  2-STRAIGHT, GRADE  3-STRAIGHT, HILLCREST  4-CURVE, LEVEL  5-CURVE, GRADE  6-CURVE, HILLCREST | 7-OTHER  8-UNKNOWN  1 | 1-DAYLIGHT  2-DAWN  3-DARK, NOT LIGHTED  4-DARK, LIGHTED  5-DARK, UNK LIGHTING  6-DUSK  7-UNKNOWN | 5-DAWN  6-DARK  3 |
| TYPE OF ROAD SURFACE | | WEATHER | | SURFACE CONDITION | |
| 1-CONCRETE  2-BLACKTOP  3-BRICK  4-GRAVEL | 5-DIRT  6-OTHER  7-UNKNOWN  2 | 1-CLEAR/CLOUDY  2-RAINING  3-SLEET/HAIL  4-SNOW  5-FOG  6-BLOWING SAND/SNOW | 7-SEVERE CROSSWINDS  8-OTHER  9-UNKNOWN | 1-DRY  2-WET  3-MUDDY  4-SNOW  5-SLUSH  6-ICE | 7-SAND, MUD, DIRT  8-OTHER  1 |

TEXAS PEACE OFFICER'S CRASH REPORT CRB-3 (Rev. 01/06) Submission of Crash Records: This report may be submitted via the CRIS Web Portal, electronically submitted via XML, or mailed to the TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0350. Please see the DPS Instructions to Police for more details regarding these submission methods or look on the CRIS Website at http://www.txdps.state.tx.us/crisproject/index.htm

☐ FATAL   ☐ CMV INVOLVED   ☐ SCHOOL BUS RELATED   ☑ RAILROAD RELATED   ☐ MEDICAL ADVISORY BOARD   ☑ HIT AND RUN   ☑ AMENDMENT/SUPPLEMENT

**LOC #** 2006-4993

PLACE WHERE CRASH OCCURRED

**COUNTY** Galveston   **CITY OR TOWN** Galveston

**ORI #**

IF CRASH WAS OUTSIDE CITY LIMITS INDICATE FROM NEAREST TOWN   **MILES** ☐ N ☐ S ☐ E ☐ W OF

**DPS #**

ROAD ON WHICH CRASH OCCURRED   **BLOCK NUMBER** 8100   **STREET OR ROAD NAME** Seawall   **ROUTE NUMBER OR STREET CODE** Boulevard

CONSTRUCTION ZONE WORKERS PRESENT ☐ YES ☑ NO   SPEED LIMIT 40
CONSTRUCTION ZONE WORKERS PRESENT ☐ YES ☐ NO   SPEED LIMIT

INTERSECTING STREET OR RR X'ING NUMBER   **BLOCK NUMBER**   **STREET OR ROAD NAME** ☑ FT. ☐ MI. ☐ N ☐ S ☐ E ☐ W   **ROUTE NUMBER OR STREET CODE** 81st Street

MILEPOST   LATITUDE
LONGITUDE

NOT AT INTERSECTION   250   SHOW MILEPOST OR NEAREST INTERSECTING NUMBERED HIGHWAY, IF NONE, SHOW NEAREST INTERSECTING STREET OR REFERENCE POINT

DATE OF CRASH   February 4th 2006   **DAY OF WEEK** Saturday   **HOUR** 0006   Midnight ☐ AM ☐ PM   IF EXACTLY NOON OR MIDNIGHT, SO STATE

UNIT # 3 | 1   1-MOTOR VEHICLE 4-PEDESTRIAN 7-NON-CONTACT   2-TRAIN 5-MOTORIZED CONVEYANCE 8-OTHER   3-PEDALCYCLIST 6-TOWED   **VIN #** 1P4GH44GSX6102.88

ALTERED VEHICLE HEIGHT ☐ YES ☑ NO

YEAR MODEL 1995   **COLOR & MAKE** Brown Plymouth   **MODEL NAME** Voyager   **BODY STYLE** Mini Van   **LICENSE PLATE** 06 MI 1MP37

PHONE NUMBER None

DRIVER'S NAME   Legally Parked   **ADDRESS (STREET, CITY, STATE, ZIP)**

DRIVER'S LICENSE   N/A   **STATE**   **NUMBER**   **CLASS/TYPE**   **ENDORSEMENTS**   **RESTRICTIONS**   **DATE OF BIRTH**

LICENSE STATUS 1   1-VALID 2-NOT VALID 3-SUSPENDED/REVOKED   4-CANCELLED/DENIED 5-EXPIRED 6-UNKNOWN

DRIVER'S ETHNICITY 1   1-WHITE 4-ASIAN 2-HISPANIC 5-OTHER 3-BLACK   **DRIVER'S SEX** ☑ MALE ☐ FEMALE   **DRIVER'S OCCUPATION** Unemployed   POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE

TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED   ☑ TEST RESULTS   TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED   3 TEST RESULTS   DRUG CATEGORY

LESSEE ☐ OWNER ☑   Fox Michael Thomas   PO Box 111 621 Naples Fl 34108   NAME (IF LEASED, SHOW LESSEE; IF LEASED, OTHERWISE SHOW OWNER)   ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☑ YES ☐ NO ☐ EXP   The INS Co of PENNSYLVANIA   2779 059 01425   POLICY NUMBER   INSURANCE COMPANY NAME   **VEHICLE DAMAGE RATING** RD-5

UNIT #   1-MOTOR VEHICLE 4-PEDESTRIAN 7-NON-CONTACT   2-TRAIN 5-MOTORIZED CONVEYANCE 8-OTHER   3-PEDALCYCLIST 6-TOWED   **VIN #**

ALTERED VEHICLE HEIGHT ☐ YES ☐ NO

YEAR MODEL   **COLOR & MAKE**   **MODEL NAME**   **BODY STYLE**   **LICENSE PLATE**

PHONE NUMBER

DRIVER'S NAME   **LAST**   **FIRST**   **ADDRESS (STREET, CITY, STATE, ZIP)**

DRIVER'S LICENSE   **STATE**   **NUMBER**   **CLASS/TYPE**   **ENDORSEMENTS**   **RESTRICTIONS**   **DATE OF BIRTH**

LICENSE STATUS   1-VALID 2-NOT VALID 3-SUSPENDED/REVOKED   4-CANCELLED/DENIED 5-EXPIRED 6-UNKNOWN

DRIVER'S ETHNICITY   1-WHITE 4-ASIAN 2-HISPANIC 5-OTHER 3-BLACK   **DRIVER'S SEX** ☐ MALE ☐ FEMALE   **DRIVER'S OCCUPATION**   POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE

TYPE OF ALCOHOL SPECIMEN TAKEN 1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED   TEST RESULTS   TYPE OF DRUG SPECIMEN TAKEN 1-BLOOD 2-URINE 3-NONE 4-REFUSED   TEST RESULTS   DRUG CATEGORY

LESSEE ☐ OWNER ☐   NAME (IF LEASED, SHOW LESSEE; IF LEASED, OTHERWISE SHOW OWNER)   ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☐ YES ☐ NO ☐ EXP   POLICY NUMBER   INSURANCE COMPANY NAME   **VEHICLE DAMAGE RATING**

DAMAGE TO PROPERTY OTHER THAN VEHICLES   $
OBJECT   NAME AND ADDRESS OF OWNER   FEET FROM CURB   DAMAGE ESTIMATE

IN YOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY?   ☐ YES ☑ NO

Exhibit 580

CHARGES FILED

NAME   **CHARGE**   **CITATION #**
NAME   **CHARGE**   **CITATION #**

TIME NOTIFIED OF CRASH   **DATE** 02-04-06   **HOUR** 0010   **HOW** Dispatched   TIME ARRIVED AT SCENE   **DATE** 02-04-06   **HOUR** 0011   DATE OF REPORT 02-04-06

TYPED OR PRINTED NAME OF INVESTIGATOR   S. Biewer   **ID #** 398   **AGENCY** Galveston P.D.   **DIST/AREA** C   REPORT COMPLETE ☑ YES ☐ NO

Page 7

| SEAT POSITION | SOLICITATION | EJECTED | RESTRAINT USED | AIRBAG | HELMET USE | INJURY SEVERITY |
|---|---|---|---|---|---|---|
| 1-FRONT LEFT; 2-FRONT CENTER; 3-FRONT RIGHT; 4-SECOND SEAT LEFT; 5-SECOND SEAT CENTER; 6-SECOND SEAT RIGHT; 7-THIRD SEAT LEFT; 8-THIRD SEAT CENTER; 9-THIRD SEAT RIGHT; 10-CARGO AREA; 11-OUTSIDE VEHICLE; 12-UNKNOWN | INDICATES A PERSON'S DESIRE TO RECEIVE CONTACT FROM PERSONS SEEKING PROFESSIONAL EMPLOYMENT AS/FOR ATTORNEY, CHIROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULATORY AGENCY (Y-SOLICIT, N-NO SOLICIT). | 1-NO; 2-YES; 3-YES, PARTIAL; 4-NOT APPLICABLE; 5-UNKNOWN | 1-SHOULDER & LAP BELT; 2-SHOULDER BELT ONLY; 3-LAP BELT ONLY; 4-CHILD SEAT FACING FORWARD; 5-CHILD SEAT FACING REAR; 6-CHILD SEAT/UNK; 7-BOOSTER SEAT; 8-NONE; 9-OTHER; 10-UNKNOWN | 1-NOT APPLICABLE; 2-NOT DEPLOYED; 3-DEPLOYED, FRONT; 4-DEPLOYED, SIDE; 5-DEPLOYED, OTHER; 6-UNKNOWN | 1-WORN, DAMAGED; 2-WORN, NOT DAMAGED; 3-WORN, UNK. DAMAGE; 4-NOT WORN; 5-UNKNOWN IF WORN | K-KILLED; A-INCAPACITATING INJURY; B-NON INCAPACITATING INJURY; C-POSSIBLE INJURY; N-NOT INJURED; U-UNKNOWN |

UNIT 3 — TOWED DUE TO DISABLING DAMAGE ☑ YES ☐ NO VEHICLE REMOVED TO 2317 67th BY West End Permit 6

| ITEM | SEAT POSITION | NAME (LAST, FIRST, MI) / ADDRESS | SOL | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | Fox, Michael Thomas — PoBox 111621 Naples, FL 34108 | N | 1 | 8 | 1 | 4 | 48 | M | N |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |

COMPLETE ALL DATA ON ALL OCCUPANTS NAMES, POSITIONS, RESTRAINTS USED, ETC. HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED

UNIT ☐ — TOWED DUE TO DISABLING DAMAGE ☐ YES ☐ NO VEHICLE REMOVED TO ______ BY ______

| ITEM | SEAT POSITION | NAME (LAST, FIRST, MI) / ADDRESS | SOL | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |

COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE

| PED., PEDAL., MOT. CONVEY., ETC. | CASUALTY NAME (LAST, FIRST, MI) / ADDRESS | SOL | ALCOHOL SPECIMEN TAKEN | RESULT | DRUG SPECIMEN TAKEN | RESULT | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |

## DISPOSITION OF KILLED OR INJURED / IF AMBULANCE USED, SHOW

| ITEM# | TAKEN TO | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | AMBULANCE UNITS | # OF ATTENDANTS INCLUDING DRIVER | # OF PERSONS TRANSPORTED FOR TREATMENT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## COMPLETE THIS SECTION IF PERSON KILLED

(If a person dies within 30 days of the crash, please complete this area and mail the supplement to the Crash Records Bureau)

| ITEM # | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH | ITEM# | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH ADDITIONAL SHEETS IF NECESSARY)

Passenger in Unit 3 was asleep in the back of Minivan.

DIAGRAM — INDICATE NORTH

1-TWO-WAY, NOT DIVIDED; 2-TWO-WAY, DIVIDED, UNPROTECTED MEDIAN; 3-TWO-WAY, DIVIDED, PROTECTED BARRIER; 4-ONE-WAY; 5-UNKNOWN

## FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION

| UNITS | FACTORS/CONDITIONS CONTRIBUTING | | | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED | | | VEHICLE DEFECTS CONTRIBUTING | | VEHICLE DEFECTS MAY HAVE CONTRIBUTED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 1 | 2 |
| | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 1 | 2 |

VEHICLE DEFECTS

TRAFFIC CONTROL ☐ — ROADWAY RELATION ☐ — PART OF THE ROADWAY ☐ — ROADWAY ALIGNMENT ☐ — LIGHT CONDITION ☐ — TYPE OF ROAD SURFACE ☐ — WEATHER ☐ — SURFACE CONDITION ☐

NOW ITS THE SAME THING WITH AMICA INSURAANCE, DIFFERENT AJUSTERS BEING
ASSIGNED THE CASE....

ITS THE SAME THING THAT I HAVE STATED TO WORKS COMP AND TO YOUR DIFFERENT
AJUSTERS..
I WILL SETTLE NO CLAIM UNTIL MY HEALTH IS FIXED.
ALONG WITH DOCTOR REPORTS  OF THE LIFE TIME TREATMENT THAT WILL BE NEEDED,
THAT AGAIN WILL BE DOCUMENTED BY DOCTOR REPORTS....

THANK YOU
MICHAEL FOX




>From: "ZERBA, JAMES M. (Jim)" <JZERBA@Amica.com>
>To: <lfox449@hotmail.com>
>Subject: FW: 2/3/06 Accident
>Date: Wed, 25 Apr 2007 18:15:31 -0700
>
>Mr. Fox,
>
>I have taken over the handling of this file from Richard Parmelee.  In
>reviewing your last e-mail exchange with him, I note you were still
>undergoing treatment.
>
>
>
>We will need to obtain medical records from your doctors so that we can
>evaluate your claim.  If I was to attach an authorization would it be
>possible for you to sign it and fax it to me so we can start that
>process?
>
>.
>
>Please advise.  Thank you.
>
>
>
>Jim Zerba
>
>Sr. Claims Supervisor
>
>Amica Insurance - So. Cal.
>
>(800) 226-1679 x32324
>
>
>
>     _____
>
>
>
>*******************************************************
>This email and any files transmitted with it are confidential and
>intended solely for the use of the individual or entity to whom
>they are addressed. If you have received this email in error.
>please notify postmaster@amica.com and the sender of the message.
>Thank you.
>*******************************************************
>
>

_____

MSN is giving away a trip to Vegas to see Elton John.  Enter to win today.
http://msnconcertcontest.com/icid-ncdtontagline


✉ | ✉ | ✉                                          ⬁ | ✉ | ✕ | Inbox

Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat     Feedback | Help



Exhibit 59

-----Original Message-----
From: michael fox [mailto:fox449@hotmail.com]
Sent: Wednesday, April 25, 2007 9:42 PM
To: ZERBA, JAMES M. (Jim)
Subject: RE: FW: 2/3/06 Accident

MR JAMES ZEBRA

I WILL NOT ALLOW YOUR AMICA INSURANCE TO INTERVINE WITH ANY DOCTORS I AM
SEEING..

I HAVE SENT EMAILS TO RICHAED PARMELEE IN REGARDS TO THIS..

SO I AM NOT GOING TO ALLOW YOU..

I BELIEVE EVERY EMAIL THAT WAS SENT TO ME FROM RICHARD PARMELEE, WAS ALSO
FOWARDED TO YOU ALSO...

I AM CURRENTY SEEING 5 DIFFERENT DOCTORS FOR TREATMENT, AND I AM TRYING TO
GET WRITTEN FACTS TO MY INJURIES AND WHAT THE LONG TERM EFFECTS WILL BE ON
INJURIES FROM THIS ACCIDENT.....

WHEN I GET EVERYTHING TOGETHER, I WILL MEET WITH RICHAERD PARMELEE TO GO
OVER ALL OF THE TREATMENT AND DOCTOR REPORTS....

I ALSO STATED THIS TO RICHARD PARMELEE......

WHAT I FIND TO BE QUITE IRONIC IS THAT I HAVE 2 WORKERS COMP CLAIMS, AND ITS
THE SAME THING WITH THE WORKERS COPMP AJUSTERS, I HAVE GONE THROUGH 5
AJUSTERS, AND ALL THIS INSURANCE COMPANY WANTS TO DO IS SETTLE THE CLAIM....

NOW ITS THE SAME THING WITH AMICA INSURAANCE, DIFFERENT AJUSTERS BEING
ASSIGNED THE CASE....

ITS THE SAME THING THAT I HAVE STATED TO WORKS COMP AND TO YOUR DIFFERENT
AJUSTERS..
I WILL SETTLE NO CLAIM UNTIL MY HEALTH IS FIXED.
ALONG WITH DOCTOR REPORTS OF THE LIFE TIME TREATMENT THAT WILL BE NEEDED,
THAT AGAIN WILL BE DOCUMENTED BY DOCTOR REPORTS....

THANK YOU
MICHAEL FOX

Exhibit 60

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out    Web Search: [Go]



 Hotmail    Today | Mail | Calendar | Contacts    Options | Help

🖾 Reply | 🖾 Reply All | ➡ Forward | ✕ Delete | 🗗 Junk | 📁 Put in Folder ▾ | 🖨 Print View | 📇 Save Address

| From : | ZERBA, JAMES M. (Jim) <JZERBA@Amica.com> | ⬦ \| ⬦ \| ✕ \| 📇 Inbox |
|---|---|---|
| Sent : | Thursday, April 26, 2007 12:03 PM | |
| To : | "michael fox" <lfox449@hotmail.com> | |
| Subject : | RE: FW: 2/3/06 Accident | |

Mr. Fox,
Thank you for your e-mail. I understand your frustrations about having
different adjusters contact you. The reason the file was transferred to me is
because Richard Parmelee has recently retired from Amica. He was copying me on
the e-mails so I've been kept up to date on the file and I will stay on the
claim until it is resolved, whenever that may be.

We're not trying to push a settlement on you. However, there will be a time
down the road somewhere when you will be ready to settle your claim. We want to
be ready ourselves and having the medicals prior to then will give us time to
properly review and evaluate your claim. Thus, my request for a medical
authorization.

Let me know when you do have all your records together and we will arrange a
meeting to go over everything. In the meantime, I will contact you every so
often to see how you are doing.

Jim Zerba
Sr. Claims Supervisor
Amica Insurance - So. Cal.
(800) 226-1679 x32324

-----Original Message-----
From: michael fox [mailto:lfox449@hotmail.com]
Sent: Wednesday, April 25, 2007 9:42 PM
To: ZERBA, JAMES M. (Jim)
Subject: RE: FW: 2/3/06 Accident

MR JAMES ZEBRA

I WILL NOT ALLOW YOUR AMICA INSURANCE TO INTERVINE WITH ANY DOCTORS I AM
SEEING..

I HAVE SENT EMAILS TO RICHAED PARMELEE IN REGARDS TO THIS..

SO I AM NOT GOING TO ALLOW YOU..

I BELIEVE EVERY EMAIL THAT WAS SENT TO ME FROM RICHARD PARMELEE, WAS ALSO
FOWARDED TO YOU ALSO...

I AM CURRENTY SEEING 5 DIFFERENT DOCTORS FOR TREATMENT, AND I AM TRYING TO
GET WRITTEN FACTS TO MY INJURIES AND WHAT THE LONG TERM EFFECTS WILL BE ON
INJURIES FROM THIS ACCIDENT.....

WHEN I GET EVERYTHING TOGETHER, I WILL MEET WITH RICHAERD PARMELEE TO GO
OVER ALL OF THE TREATMENT AND DOCTOR REPORTS..:.

I ALSO STATED THIS TO RICHARD PARMELEE......

WHAT I FIND TO BE QUITE IRONIC IS THAT I HAVE 2 WORKERS COMP CLAIMS, AND ITS
THE SAME THING WITH THE WORKERS COPMP AJUSTERS, I HAVE GONE THROUGH 5
AJUSTERS, AND ALL THIS INSURANCE COMPANY WANTS TO DO IS SETTLE THE CLAIM....

you can get
it on


Roll over items
to see more

[ Find it ]

Exhibit 61



**FEDERAL BUREAU OF INVESTIGATION**

Victor J. Olesen
Special Agent

FBI Agent
Vinee Cellniz FBI office — on 4-12-07

9797 Aero Drive
San Diego, CA 92123                    Telephone: (858) 565-1255

*Exhibit 62*

Reply | Reply All | Forward | Delete |   Junk | Put in Folder ▾ | Print View | Save Address

| | |
|---|---|
| From : | Infointake <infointake@spencelawyers.com> |
| Reply-To : | "Infointake" <infointake@spencelawyers.com> |
| Sent : | Friday, June 30, 2006 7:08 PM |
| To : | <LFOX449@hotmail.com> |
| Subject : | Your Request for Representation |

Dear Michael,

Thank you for your interest in our law firm assisting you. We reviewed your
material and have determined the matters you are requesting representation on
happened in a variety of states, including Michigan and Florida. We are not
licensed to practice in Michigan, Florida, or any of the other states in which your
cases occurred. As such, we will be unable to help you. We do wish to return
your materials by mail. Please provide a location where we can return your
binder. Thank you for contacting our office and good luck.

Sincerely,
THE SPENCE LAW FIRM

*Exhibit 63*

KNEE AND HURNIA COMPLAINT

PLAINTIFF
MICHAEL T. FOX
PO BOX 111621
NAPLES FLORIDA 34108


DEFENDANTS SERVED JOINTLY AND SEVERLY

CNA INSURANCE
PO BOX
MAITLAND FLORIDA

INSURANCE AJUSTERS OF CNA INSURANCE
FROM MAITLAND FLORIDA
DEBRA WADE
AMY BARNETT
ANNA SALES
CHARLES BARD
JENNEY MOYSON
DEBRA HOLTZ
ANYOH COOK


MEDIATOR OF CNA INSURANCE
OFFICES OF CORPORATE QUARTERS
13180 NORTH CLEVLAND AVE.
NORTH FORT MEYERS FLORIDA
MICHAEL D'AGOSTINO

----LAW FIRM OF-----
GOLDBERG,RACILA,SICO & NOONE
1533 HENDRY ST.    SUITE 100
FORT MEYERS FLORIDA 33901
ATTORNEY-JEROME SICO
ATTORNEY-ROBERT BRANNING

RJ VANN MECHANICAL
     CARGO STREET
FORT MEYERS FLORIDA

EMPLOYEES OF RJ VANN MECHANICAL
RANDY VANN
KEN VANN
FRAN WAY
KEN FISHER
JON WILLIAMS


CNA INSURANCE AJUSTERS
2405 LUCIEN WAY
MAITLAND FLORIDA 32751
DEBRA WADE
AMY BARRNET
ANNA SALES
CHARLES BARD
JENNY MOYSON

FLORIDA FATURNITY ORDER OF POLICE

FLORIDA FATURNITY ORDER OF COUNTY SHERIFF ASSOCIATION

FLORIDA FATURITY ORDER OF STATE POLICE

FATURITY ORDER OF FLORIDA HIGHWAY PATROL

ANY AND ALL PRIVATE INVESTIGATION COMPANYS

KNEE AND HURNIA COMPLAINT

ANY AND ALL PRIVATE SECURITY COMPANYS

ANY AND ALL UNKNOWN POLICE AGENCIES, BY AND THROUGH THERE EMPLOYEES..

UNITED STATES DEPARTMENT OF DEFENSE
US ARMY
US ARMY RESERVES
US NAVY
US MARINE CORPS.
ANY AND ALL MILITARY RESEVE GROUPS..

ANY AND ALL UNKNOW SECURITY COMPANYS
ANY AND ALL UNKNOW PRIVATE DETECTIVES

ANY AND ALL OTHER FEDERAL, STATE, COUNTY,
AND  CITY POLICE FROM ANY STATE IN THE UNTITED STATES...


-----------------------------COMPLAINT READS AS FOLLOWS---------------------------


THAT THE PLAINTIFF MICHAEL FOX IS A SINGLE MAN, WHOS CURRENT AGE IS 48 YRS YOUNG.

THAT THE PLAINTIFF IS A LICENSED DRIVER FROM THE STATE OF MICHIGAN

THAT THE PLAINTIFF CLAIMS NO STATE AS PERMENENT RESIDENCE

THAT THE PLAINTIFF MICHAEL FOX SINCE 1994 HAS WORKED IN THE STATE OF FLORIDA DURING THE
WINTER MONTHS, COMMING FROM THE STATE OF MICHIGAN..

THAT IN JANUARY OF 1997 MICHAEL FOX THE PLAINTIFF WAS HIRED BY R J VANN MECHANICAL

THAT MICHAEL FOX THE PLAINTIFF WAS REHIRED BY R J VANN MECHANICAL ON APRIL 26 2002

THAT MICHAEL FOX THE PLAINTIFF ON SATURDAY AUGUST 2 2002 TWISTED HIS LEFT KNEE AT A NEW
ELEMENTRY SCHOOL IN PUNTA GORDA FLORIDA, WHILE WALKING ACROSS A BUNDLE OF 4 INCH PVC
PIPING..

THAT THE FOREMAN MICHAEL ELG WAS NOT AT WORK ON THIS DAY. AND THAT MICHAEL FOX HAD NEVER
REPORTED THE INJURY TO ANYONE..

THAT MICHAEL FOX THE PLAINTIFF WAS IN A LOT OF PAIN, BUT THOUGHT THE PAIN WOULD GO AWAY.
PAIN DID NOT GO AWAY AS THE DAYS WENT BY..

THAT MICHAEL FOX ON AUGUST 8 2002 WAS STANDING ON TOP OF A 6 FOOT LADDER, WORKING IN A
BATHROOM GROUP, DOING CAST IRON PIPING..

THAT THE FOREMAN MICHAEL ELG CAME TO THIS BATHROOM GROUP, AND ASKED MICHAEL FOX TO COME
DOWN AND FILL OUT THE PLAINTIFFS TIME CARD..

THAT MICHAEL FOX THE PLAINTIFF, AFTER FILLING OUT THE TIME CARD, WALKED BACK INTO THE
BATHROOM GROUP, AND STEPPED INTO A FLOOR DRAIN HOLE,  TWISTING THE PLAINTIFFS LEFT KNEE AT
APPROX. 90 DEGREES

THAT THE PLAINTIFF MICHAEL FOX SCREAMING OF THE PAIN HE IS IN, AS THIS INCIDENT HAD JUST
OCCURED..

THAT MICHAEL FOX THE PLAINTIFF IS UNABLE TO WALK ON HIS LEFT LEG

THAT MICHAEL FOX THE PLAINTIFF IS ORDER BY MICHAEL ELG THE FOREMAN TO GO TO LEE CONVINENT
CARE IN NORTH FORT MEYERS FLORIDA..

THAT MICHAEL FOX THE PLAINTIFF DRIVES HIMSELF TO LEE CONVIENET CARE IN NORTH FORT MEYERS
FLORIDA..

### KNEE AND HURNIA COMPLAINT

THAT THE PLAINTIFF DURING HIS EXAMINATION IS TOLD THAT HE HAS SEVERLY TORN HIS LEFT LIGIMENT AND DAMAGED HIS LEFT KNEE

THAT MICHAEL FOX IS TOLD HE NEEDS TO SEE AN ORTHOPEDIC DOCTOR, FOR FURTHER MEDICAL CARE..

THAT MICHAEL FOX AFTER BEING CONTACTED BY CNA INSURANCE, THROUGH THERE AJUSTER DEBRA WADE, THE PLAINTIFF CHOSES ORTHOPEDIC DOCTOR JOHN KAGAN...

THAT MICHAEL FOX THE PLAINTIFF HAS HIS FIRST APPOINTMENT WITH DR. JOHN KAGAN ON AUGUST 16 2002

THAT XRAYS ARE TAKEN OF MICHAEL FOXES LEFT KNEE..

THAT DR JOHN KAGAN TELLS MICHAEL FOX THE PLAINTIFF THAT HE IS A PRIME CANDIDATE FOR A KNEE REPLACEMENT...

THAT DR JOHN KAGAN TELLS MICHAEL FOX THAT THE PLAINTIFF IS TO YOUNG TO HAVE A KNEE REPLACEMENT, AND SHOULD WAIT UNTIL THE PLAINTIFF IS 55 YRS OLD

THAT MICHAEL FOX THE PLAINTIFF AT THE TIME OF THIS WORK RELATED WORKERS COMP CLAIM WAS 43 YEARS YOUNG...

DR JOHN KAGAN ORDERS A MRI OF THE PLAINTIFF MICHAEL FOXES LEFT KNEE..

THAT THE PLAINTIFF HAD AN MRI TAKEN ON AUGUST 19 2002

THAT THE MRI REPORT STATES, THAT THERE WAS A PREVIOUS TEAR OF THE LIGIMENT, AND THAT IT HAD RETORE AGAIN, AND HAS AN ADDITIONAL LEFT KNEE LIGIMENT TEAR..
COPY OF MRI REPORT ATTACHED HERETO AS EXHIBIT 1A & 1B-TWO PAGES

THAT MICHAEL FOX THE PLAINTIFF, AFTER READING THIS REPORT IS WONDERING IF THIS MRI REORT IS NOT FALSIFIED BECAUSE THE PLAINTIFF HAS NEVER HAD ANY PROBLEMS EVER WITH THE LEFT KNEE LIGIMENT ..THE PLAINTIFF FURTHER WONDERING IF THESE GOVERMENT POLICE AND THERE SECURITY COMPANYS THAT HAVE THE PLANTIFF MICHAEL FOX UNDER SERVALANCE, ARE NOT AGAIN INTERVINING, AND FALSIFY MEDICAL REPORTS..

THAT MICHAEL FOX THE PLAINTIFF SEES DR JOHN KAGAN ON AUGUST 30 2002

THAT MICHAEL FOX IS TOLD BY DR JOHN KAGAN THAT HE WILL DO ARTHROSCOPIC DEBRIDEMENT SURGURY ON THE LEFT KNEE..

THAT ON SEPT 19 2002 MICHAEL FOX THE PLAINTIFF IS OPERATED ON..

THAT MICHAEL FOX THE PLAINTIFF IS TOLD AGAIN BY JOHN KAGAN AFTER THIS OPERATION, DURING AN OFFICE VISIT ON SEPT 30 2002, THAT THE PLAINTIFF  WILL NEED A FULL KNEE REPLACEMENT. AND THAT THE PLAINTIFF HAD BETTER GET AN ATTORNEY, BECAUSE CNA WILL NOT AUTHORIZE A KNEE REPLACEMENT, DUE TO THE PRE-EXSISTING CONDITIONS..

THAT MICHAEL FOX HAS TOLD DR JOHN KAGAN, THAT THE PLAINTIFF MICHAEL FOX WAS WORKING AS A PLUMBER IN MICHIGAN.
THAT THE PLAINTIFF WAS CLIMBING IN AND OUT OF HOLES 15 FT DEEP IN THE GROUND LAYING SEWER PIPING.
THAT THE PLAINTIFF WAS CLIMBING IN AND OUT OF 2 TO 4 FT TRENCHES ALL DAY LAYING PIPING IN THE GROUND.
THAT THE PLAINTIFF WAS CLIMBING LADDERS ALL DAY LONG..
COPY OF LETTERS FROM THE MICHIGAN PLUMBING COMPANY ATTACHED HERETO AS EXHIBITS 17-A AND 17-B FOR REFERENCE

THAT THE PLAINTIFF TELLS DR JOHN KAGAN THE THE PLAINTIFF WAS JUST SNOW SKING FOR 2 DAYS IN BIG SKY MONTANA BEFORE COMMING TO FLORIDA IN APRIL OF 2002
COPY OF HOTEL AND SKI TICKETS ATTACHED HERETO A EXHIBIT 18-A

THAT THIS ORTHOPEDIC DOCTOR, JOHN KAGAN TELLS MICHAEL FOX THE PLAINTIFF THAT YOU, COULD NOT HAVE BEEN...
THAT THIS DOCTOR JOHN KAGAN HAS STATED TO CNA INSURANCE THAT THE PLAINTIFFS KNEE IS 95 PERCENT PRE-EXSISTING..

KNEE AND HURNIA COMPLAINT

THAT MICHAEL FOX THE PLAINTIFF HAD ALWAYS ARGUED THIS ISSUE ABOUT 95% PRE-EXSISTING...

THAT MICHAEL FOX THE PLAINTIFF HAD AN OFFICE VISIT ON OCTOBER 28 2002, AND MICHAEL FOX IS TOLD HE CAN REPORT BACK TO WORK IN 4 WEEKS ON LIGHT DUTY.

THAT MICHAEL FOX DROVE TO RJ VANN MECHANICAL TO REPORT THE WORK STATUS OF BEING ABLE TO REPORT TO WORK ON NOVENBER 21 2002..

THAT MICHAEL FOX IS TOLD BY JIMMY HEIGHTSMAN AT RJ VANN MECHANICAL, THAT WE HAVE NO LIGHT DUTY WORK AVAILIBLE FOR THE PLAINTIFF MICHAEL FOX.. AND WE WILL CONTACT THE PLAINTIFF MICHAEL FOX WHEN WE HAVE ANYTHING AVAILIBLE.

THAT MICHAEL FOX IS TOLD BY HIS WORKERS COMP AJUSTER DERBA WADE OF CNA INSURANCE, THAT CNA WILL NOT APPROVE A KNEE REPLACEMENT DUE TO JOHN KAGANS MEDICAL REPORT OF THE PRE-EXSISTING CONDITION..

THAT MICHAEL FOX  ON NOVEMBER 30 2002 WAS INVOLVED IN A FULLY STAGED CAR WRECK ON US-41 IN FORT MEYERS FLORIDA, DUE IN FACT TO THIS CLAIM FOR A KNEE REPLACEMENT
THAT A MAN DID A SUDDEN LANE CHANGE IN FRONT OF MICHAEL FOX, AND THEN COMPLETLY STOPPED WHEN THE PLAINTIFF IS TRAVELING AT APPROX 45 MPH...
THAT MICHAEL FOX SLAMMED INTO THE REAR END OF THIS VEHICAL.. AND THEN MICHAEL FOX WAS SLAMMED FROM THE REAR BY A VEHICAL FOLLOWING MICHAEL FOX...
THAT WHEN THE PLANTIFF MICHAEL FOX HAD GOTTEN OUT OF THE HIS WRECKED VEHICAL, MICHAEL FOX THE PLAINTIFF IS ASKED IF HE HAS HURT HIS KNEE, BY THE MAN WHO DID THE SUDDEN LANE CHANGE, THEN CAME TO A COMPLETE STOP..
WHY DID THIS MAN ASK ABOUT THE PLAINTIFFS KNEE, BECAUSE THIS MAN INTENTIONALY CAUSED THIS CAR WRECK, TO FURTHER INTIMADTE AND PROVOKE THE PLAINTIFF.. AND TO CONTINUE TO CAUSE GREAT EMOTIONAL AND IRREPTABLE HARM TO THE PLAINTIFF MICHAEL FOX.. AND TO CONTINUE TO FINACIALY DESTROY THE PLAINTIFF.
THAT MICHAEL FOX THE PLAINTIFF WAS HELD RESPONSIBLE FOR THIS ACCIDENT, AND MICHAEL FOXES INSURANCE HAD TO PAY FOR DAMAGES TO THE MAN THAT DID A SUDDEN LANE CHANGE, THEN COMPLETLY STOPPED.
THAT MICHAEL FOX WROTE A GRIEVENCE LETTER REGARDING THIS ACCIDENT AND FILED IT WITH THE FORT MEYERS POLICE DEPARTMENT, REGARDING THE ACCIDENT AND THIS POLICE OFFICER THAT FALSIFIED THIS POLICE REPORT..
THAT WHILE FILING THIS GRIEVENCE MICHAEL FOX WAS ATTACKED BY OTHER POLICE OFFICERS AT THE FORT MEYERS POLICE STATION...THE PLAINTIFF MICHAEL FOX BEING VERBALLY THREATENED THATS ITS ILEGAL TO FALSIFY ALLEGATIONS AGANIST A POLICE OFFICER...

THAT MICHAEL FOX THE PLAINTIFF CARRIES ONE MILLION // FIVE  HUNDRED THOUSAND DOLLAR DOLLAR COVERAGE, BUT CARRIES NO COLLISION INSURANCE. AND THAT THE PLAINTIFF MICHAEL FOXES CAR IS TOTALED IN THIS STAGED CAR WRECK.

THAT THIS STAGED CAR WRECK WAS TO FURTHER INTIMADE AND PROVOKE MICHAEL FOX, IN REGARDS TO THIS WORKERS COMP CLAIM. AND TO FURTHER DESTROY THE PLAINTIFF FINANCIALY

THAT MICHAEL FOX STARTED CALLING ATTORNEYS FOR REPRESENTION REGARDING SUING WORKERS COMP INSURANCE FOR A COMPLETE KNEE REPLACEMENT..

THAT MICHAEL FOX CALLS THE VILES LAW FIRM, AND TALKS TO ATTORNEY ROBERT GELTNER..
THAT MICHAEL FOX THE PLAINTIFF TELLS THIS ATTORNEY ROBERT GELTNER WHAT DR JOHN KAGAN HAS SAID....
THAT THIS ATTORNEY TELLS MICHAEL FOX THAT HE CAN GET THE PLAINTIFF APPROX 5 THOUSAND DOLLARS, AND THATS IT...
THAT MICHAEL FOX THE PLAINTIFF STATES HE WANTS HIS LEG FIXED..
THAT THIS ATTORNEY ROBERT GELTNER SAYS NO JUDGE WILL EVER AWARD THE PLAINTIFF A COMPLETE KNEE REPLACEMENT.....
THAT ROBERT GELTNER MAILED MICHAEL FOX INFORMATION ON WORKERS COMP AND PAPER WORK FOR REPRESENTION.. LETTER DATED DEC 9 2002

THAT MICHAEL FOX THE PLAINTIFF WENT LOOKING FOR ANOTHER ATORNEY

THAT MICHAEL FOX CALLED ANOTHER WORKERS COMP ATTORNEY NAMED CHAD MOTES AND MADE AN APPOINTMENT TO SEE IN PERSON..

THAT MICHAEL FOX THE PLAINTIFF DROVE TO THIS APPOINTMENT AND WAS FOLLOWED TO IT, BY PLAIN

KNEE AND HURNIA COMPLAINT
CLOTHES POLICE AND UNDERCOVER...AND UNKNOWN GOVERMENT POLICE...

THAT DURING THE MEETING WITH ATTORNEY CHAD MOTES, THE PLAINTIFF IS TOLD THAT THE PLAINTIFF
CAN RECIEVE BETWEEN 15 AND 25 THOUSAND DOLLARS...
THAT MICHAEL FOX EXPLAINS THAT HE DOES NOT WANT THE MONEY, THAT  THE PLAINTIFF WANTS HIS
KNEE FIXED..
ATTORNEY CHAD MOTES, TELLS MICHAEL FOX HE WILL NOT BE ABLE TO GET A KNEE REPLACEMENT
ATHORIZED FROM ANY JUDGE...

THAT MICHAEL FOX THE PLAINTIFF CALLS OTHER ATTONEYS AND MAKES AN APPOINTMENT WITH ATTORNEY
JOE NORTH, FROM THE NORTH LAW FIRM...
THAT MICHAEL FOX THE PLAINTIFF IS TRACKED BY UNKNOW POLICE FORCE TO THIS LAW OFFICE, AND
THAT THE EMPLOYEES OF THIS LAW FIRM WHERE IN FACT PRE-INFORMED BY SOME GOVERMENT POLICE
THAT POLICE THE PLAINTIFF MICHAEL FOX..
THAT MICHAEL FOX IS TOLD THAT WE NEED A PICTURE OF YOU BY THE RECEPSONIST, AND SHE TAKES A
PHOTO OF THE PLAINTIFF MICHAEL FOX..
THE PLAINTIFF MICHAEL FOX KNOWING THAT THIS IS NOT RIGHT AND THE POLICE ARE UP TO
SOMETHING AGAIN....
THAT MICHAEL FOX HAD MADE AN APPOINTMENT TO SEE JOE NORTH, BUT WAS GIVEN TO A PARILEGAL
ATTORNEY WORKING AT THIS LAW FIRM..
THAT DURING THIS MEETING, THE WOMAN THAT TOOK MICHAEL FOXES PICTURE, IS COMMING INTO THE
LAW OFFICE AN PUTTING ON AN ACT AND IS ACTING VERY INTIMADING...
THAT MICHAEL FOX THE PLAINTIFF IS ASKED IF HE HAS EVER BEEN ADMITED TO A PHYSIATRIC
HOSPITAL...
MICHAEL FOX NOW KNOWING THAT THIS IS A FULLY STAGED INCIDENT AGAIN, BY AND THROUGH THESE
GOVERMENT OFFICIALS THAT TRACK MICHAEL FOX.. TO FURTHER IMTIMADE AND PROVOKE THE PLAINTIFF
MICHAEL FOX
THAT MICHAEL FOX IS TOLD AFTER THIS MEETING THAT THE NORTH LAW FIRM WOULD BE CALLING THE
PLAINTIFF LATER, AND WOULD THEN TELL THE PLAINTIFF IF THE NORTH LAW FIRM WILL TAKE THE
CASE...
MICHAEL FOX THE PLAINTIFF IS CALLED A FEW DAYS LATER, AND TOLD THAT THE NORTH LAW FIRM
WOULD NOT ACCEPT MICHAEL FOX CASE...

THAT EVERYWHERE MICHAEL FOX HAS GONE TO HIRE AN ATTORNEY FOR REPRESENTATION, MICHAEL FOX
IS TOLD TO TAKE ACASH SETTLEMENT, OR IS DENIED REPRESENTATION.

THAT MICHAEL FOX CALLS THE LAW FIRM OF MORGAN COLLINS AND GILBERT...
THERES AN INTERVIEW WITH AND EMPLOYEE OF THIS LAW FIRM AT THE PLAINTIFFS HOME.
MICHAEL FOX IS DENIED REPRENSENTATION BY THIS LAW FIRM DUE TO BEING BOOKED WITH CASES.

THAT MICHAEL FOX THE PLAINTIFF CONTACTS ATTORNEY JEROME SICO.. THAT JEROME SICO TELLS
MICHAEL FOX TO DRIVE DOWN AND SEE HIM
THAT ATTORNEY JEROME SICO TAKES THIS CASE...AND FURTHER TELLS MICHAEL FOX THAT THIS CASE
WILL DRAG OUT FOR WELL OVER A YEAR IF THE JUDGE AWARDS YOU A KNEE REPLACEMENT, THAT CNA
INSURANCE WILL APPPEAL..

THAT THE PLAINTIFF MICHAEL FOX TELLS ATTORNEY JEROME SICO HE DOES NOT CARE, THAT THE
PLAINTIFF WANTS HIS KNEE REPAIRED...

THAT ON JAN 6 2003 JEROME SICO FILES PETIONS FOR BENIFITS FOR A COMPLETE KNEE REPLACEMENT
ON CNA INSURANCE AND RJ VANN MECHANICAL, THE PLAINTIFFS EMPLOYER

THAT AFTER R J VANN MECHANICAL RECIEVING THERE NOTICE AND PETITION OF MICHAEL FOX THE
PLAINTIFF, SUING FOR A KNEE REPLACEMENT. MICHAEL FOX WAS CONTACTED ON WEDNESDAY JAN 8 2002
BY DAVID MILLER OF RJ VANN MECHANICAL..
THAT MICHAEL FOX WAS ORDERED TO COME BACK TO WORK AT RJ VANN MECHANICAL..

THE PLAINTIFF MICHAEL FOX STATES THAT RJ VANN MECHANICAL ONLY CALLED MICHAEL FOX THE
PLAINTIFF BACK TO WORK BECAUSE OF THE LAWSUIT ///  PETITION FOR THE KNEE REEPLACEMENT...
AND THAT RJ VANN MECHANICAL WAS GOING TO DUE WHAT EVER IT CAN TO DISPOSE OF MICHAEL FOX
THE PLAINTIFF..

THAT MICHAEL FOX REPORTED BACK TO WORK ON FRIDAY JAN 10 2002

THAT MICHAEL FOX THE PLAINTIFF WAS GIVEN A NASTY JOB OF SITTING AT A GRINDING MACHINE WITH
A WIRE BRUSH WHEEL ATTACHED TO THE  GRINDING MACHINE, AND WAS ORDERED TO CLEAN STEEL PIPE
FITTINGS ALL DAY LONG...

KNEE AND HURNIA COMPLAINT

THAT THIS JOB WAS UTTERLY USELESS, AND WAS A JOB GIVEN TO MICHAEL FOX, TRYING TO MAKE THE
PLAINTIFF QUIT HIS JOB, AND WOULD THEN LOSE BENIFITS FOR WORKERS COMP.
THAT MICHAEL FOX WORKED AT THIS JOB FOR APPROX 2 MONTHS

THAT THE PLAINTIFF MICHAEL FOX WAS ATTACKED BY NUMEROUS EMPLOYEES AT RJ VANN MECHANICAL..

THAT MICHAEL FOX IS ATTACKED BY GERRY MAGGIO, THIS WOMAN WATCHING MICHAEL FOX THE
PLAINTIFF CONSTANTLY, TRYING TO PROVOKE  AND INTIMADE THE PLAINTIFF. THEN FURTHER TELLING
MICHAEL FOX, THAT HERE HUSBAND WORKS FOR THE STATE OF FLORIDA.. TRYING TO ACT LIKE THERE
GOING TO GET THE PLAINTIFF MICHAEL FOX.

THAT MICHAEL FOX WHILE RUNNING THE GRINDER IS HAVING THINGS THROWN AT HIM, OR AROUND THE
SURROUNDING AREAS TO STARTLE THE PLAINTIFF AS THE PLAINTIFF IS ON A BENCH GRINDER.

THAT MICHAEL FOX HAVING NUMEROUS EMPLOYEES OF RJ VANN MECHANICAL ATTACKING MICHAEL FOX
REGARDING THE LAWSUIT//PETITION THAT MICHAEL FOX WAS SEEKING A KNEE REPLACEMENT..

THAT MICHAEL FOX WAS APPROACHED BY FRAN WAY, A SUPERVISIOR FROM RJ VANN MMECHANICAL, AND
DURING CONVERSATION WITH THIS MAN, FRAN WAY TELLS THE PLAINTIFF MICHAEL FOX THAT THEY ARE
GOING TO MAKE A CASH OFFER TO THE PLAINTIFF, AND THAT THE PLAINTIFF MICHAEL FOX CAN TAKE
IT, AND THEN BE ON YOUR WAY OUT OF HERE...
THAT MICHAEL FOX NEVER RESPONDED TO THIS STATEMENT FROM FRAN WAY, AND THAT MICHAEL FOX
JUST IGNORED THIS MAN, FRAN WAY...

THAT MICHAEL FOX THE PLAINTIFF RECIEVES A LETTER FROM ATTTORNEY JEROME SICO IN REGARDS TO
A DEPOSTION SCHEDULED FOR FEBUARY 21 2003
COPY OF LETTER ATTACHED HERETO AS EXHIBIT 2-A

THAT MICHAEL FOX WENT TO THIS DEPOSITION ON FEBUARY 21 2002, ONLY TO FIND ANOTHER ATTORNEY
NAMED ROBERT BRANNING, TAKING THIS CASE OVER FROM JEROME SICO...
THAT THIS ATTORNEY INFORMS MICHAEL FOX THAT HE IS A NEW ATTORNEY AT THE LAW FIRM AND WILL
BE HANDLING THIS CASE FROM HERE...

THAT MICHAEL FOX SEES AND FEELS THIS NEW ATTORNEY ACTING VERY STRANGE, THE PLAINTIFF
MICHAEL FOX SEES RED FLAGS IN HIS EYES..

THAT THIS DEPOSITION THAT WAS SCHEDULED FOR FEBUARY 21 2002, WAS SHEDULED BY THE WORKERS
COMP CNA INSURANCE ATTORNEY...

THAT THE  ATTORNEY REPRESENTING  CNA INSURANCE NEVER CAME TO THIS SCHEDULED DEPOSITION...
THAT MICHAEL FOX IS TOLD THAT THE ATTORNEY REPRESENTING CNA INSURANCE CAN NOT MAKE THE
APPOINTMENT

THAT MICHAEL FOX THE PLAINTIFF, KNOWING THAT THIS CNA INSURANCE COMPANY AND SOME GOVERMENT
POLICE, ARE AGAIN UP TO NO GOOD, AND ARE FURTHER TRYING TO PROVOKE AND INTIMADE MICHAEL
FOX THE PLAINTIFF..

THAT MICHAEL FOX MADE A STATEMENT TO ROBERT BRANNING THAT THIS IS NOT GOOD, THAT ATTORNEY
ROBERT BRANNING LAUGHING AND STATING THAT, NO ITS NOT... THIS ATTORNEY ACTING VERY
SKITTISH, AND GUILTY OVER THIS SITUATION..

THAT MCHAEL FOX THE PLAINTIFF, THINKING IF THIS NEW ATTORNEY ROBERT BRANNING IS NOT SOME
SECRET POLICE IN THE GOVERMENT THAT IS GOING TO SOME HOW ATTACK MICHAEL FOX IN SOME SORT
OF WAY.

THAT MICHAEL FOX KNOWING THAT THE LAW FIRM OF GOLDBERG RACILA SICO & NOONE USE TO BE A LOT
LARGER LAW FIRM THAT THE PLAINTIFF HAD HIRED, WAS A LOT LARGER LAW FIRM AT ONE TIME, BUT
WAS BUSTED BY THE GOVERMENT FOR CORRUPTION, AND THERE WHERE ATTORNEYS THAT WENT TO PRISON
FOR YEARS..

THAT ON FEBUARY 26 2002 MICHAEL FOX RECIEVES A LETTER THAT CNA INSURANCE IS AUTHORIZING A
COMPLETE KNEE REPLACEMENT FROM CNA AJUSTER DEBRA WADE ON RECOMENDATIONS OF DOCTOR JOHN
KAGAN..
COPY OF LETTER ATTACHED HERETO AS EXHIBIT 3-A
COPY OF ENVEOPLE THAT LETTER WAS RECIEVED
ATTACHED HERETO AS EXHIBIT 3-B

KNEE AND HURNIA COMPLAINT

THAT MICHAEL FOX THE PLAINTIFF IS COMPLETLY THROWN OFF BY THIS, THAT JUST 5 DAYS EARLIER, THERE WAS A DEPOSTION SHEDULED AND CNA INSURANCE ATTORNEY DOES NOT SHOW UP, AND THEY WHERE THE ONES THAT SCHEDULED THIS MEDIATION.
THAT THE AUTHORIZATION FOR A COMPLETE KNEE-REPLACEMENT WAS GIVEN ON THE SAME DAY OF THE SCHEDULED DEPOSITION---FEBUARY 21 2003

THAT MICHAEL FOX THE PLAINTIFF IN THE FIRST WEEK OF MARCH IS APROACHED BY RANDY VANN CONGRADULATING THE THE PLAINTIFF MICHAEL FOX IN GETTING HIS KNEE REPLACEMENT AUTHORIZED.. THAT SOME OF THE EMPLOYEES WHERE HAPPY FOR MICHAEL FOX GETTING HIS KNEE-REPLACEMENT AUTHORIZED, BUT SOME EMPLOYEES WHERE DISCUSTED AT THE PLAINTIFF MICHAEL FOX...

THAT MICHAEL FOX THE PLAINTIFF ON MARCH 19 2003 IS WORKING AT THE SHOP FOR R J VANN MECHANICAL, THAT MICHAEL FOX HAD DROVE TO THE STORE FOR EITHER BREAK TIME OR AT LUNCH TIME, WOULD HAVE TO CHECK CREDIT CARD RECIEPT... THAT MICHAEL FOX CAME BACK AND PARKED IN HIS ORIGINAL SPOT ACROSS THE STREET FROM RJ MECHAICAL, IN AN EMPTY LOT.
THAT MICHAEL FOX THE PLAINTIFF LEFT FROM WORK AT THE END OF THE DAY, THAT AS MICHAEL FOX IS DRIVING DOWN CARGO ST. MICHAEL FOX CAN FEEL SOMETHING IS WRONG WITH THE PLAINTIFFS CAR.. THE BREAK PEDAL IS GOING TO THE FLOOR..
THAT MICHAEL FOX THE PLAINTIFF IS UNDER FULL SERVALLENCE AT THIS TIME,
THAT MICHAEL FOX DRIVES THE BACK ROADS, AND ON THE SHOULDER OF THE ROAD, DRIVING TO TIRE KINGDOM IN NORTH FORT MEYERS FLORIDA.
THAT MICHAEL FOX THE PLAINTIFF GOES INSIDE TIRE KINGDOM, AND FINDS KEN FISHERS THE PLAINTIFFS SUPERVISORS FROM WORK, SON IN LAW, WORKING AT TIRE KINGDOM..
THAT MICHAEL FOX HAS HIS BRAKES CHECK, AND THE REAR WHEEL CYLINDERS ARE BOTH BLOWN... MICHAEL FOX THE PLAINTIFF HAS THEM BOTH REPLACED.
THAT MICHAEL FOX THE PLAINTIFF, DROVE STRAIGHT HOME AFTER THIS REPAIR. AND HAD COLLISION ADDED TO THE PLAINTIFFS VEHICAL INSURANCE POLICY..
THAT THE PLAINTIFF MICHAEL FOX HAD SOMEONE AT RJ VANN MECHANICAL TAMPER WITH THE PLAINTIFFS CAR, OR THE SICO SICK POLICE THAT CONTINUE TO PATROL THE PLAINTIFF MICHAEL FOX HAD TAMPERED WITH BRAKES ON THIS VEHICAL, BELONGING TO THE PLAINTIFF MICHAEL FOX
COPY OF TIRE KINGDOM REPAIR RECIET ATTACHED HERETO AS EXHIBIT 3-CC

SOME EMPLOYEES AT RJ VANN MECHANICAL ARE HAPPY FOR MICHAEL FOX THE PLAINTIFF, BUT SOME EMPLOYEES ARE VERY BITTER...

THAT IN THE SECOND WEEK OF MAY IN 2003. MICHAEL FOX IS APPROACHED BY JIMMY HIEGHTSMAN, AND FRAN WAY, BOTH SUPERVISIORS AT RJ VANN MECHANICAL. THAT MICHAEL FOX THE PLAINTIFF IS ASKED IF HE WILL GO TO WORK BACK OUT IN THE FIELD...

THAT AT THIS TIME THE PLAINTIFF IS ON PARTCIAL DISABILITY, AN ON DOCTORS ORDERS FOR LIGHT DUTY AND SENITARY WORK WITH MODERATE 4 HOURS PER DAY STANDING..

THAT MICHAEL FOX TELLS FRAN WAY AND JIMMY HEIGHTSMAN, THAT THE PLAINTIFF WILL GO OUT IN TH FIELD AND WORK, SINCE CNA INSURANCE IS GOING TO FIX THE PLAINTIFFS LEG NOW...

THAT AT THIS TIME MICHAEL FOX DOES NOT KNOW IT, BUT THE PLAINTIFF MICHAEL FOX IS BEING SET UP AGAIN BY RJ VANN MECHICAL AND SOME UNDER COVER POLICE AND POSSIBLY CNA INSURANCE INVESIGATORS. AND OTHER UNKNOWN PEOPLE AND AGENCYS

THAT MICHAEL FOX IS TOLD TO REPORT TO A JOB SITE IN NAPLES FLORIDA, AND SEE THE FOREMAN THERE DOUG BROWN...

THAT MICHAEL FOX REPORTS TO WORK, AND WORKS WITH A FEW RJ VANN EMPLOYEES AND SOME TEMPORARY HELP HIRE THROUGH A EMPLOYMENT COMPANY..

THAT WHILE WORKING WITH THESE PEOPLE, MICHAEL FOX THE PLAINTIFF IS HAVING TOOLS STOLEN FROM HIM, HAVING THE PLAINTIFFS HARD HAT AND GLOVES TAKEN..

THAT MICHAEL FOX GOING BACK TO THE PLAINTIFFS CAR, AT THIS JOB SITE, ONLY TO FIND THE VEHICAL UNLOCKED, OR WINDOWS ARE ROLLED DOWN.. AND SOME OCASSIONS THAT SOMEONE HAD MOVED THE POWER SEATS IN A DIFFERENT LOCATION...

THAT MICHAEL FOX WAS UNDER A FULL FLEDGE ATTACK WHILE GOING BACK OUT INTO THE FIELD TO WORK...

THAT MICHAEL FOX IGNORES THIS CONTINUING NONSENSE, KNOWING THERE TRYING TO GET THE PLAINTIFF MICHAEL FOX TO QUIT HIS JOB, OR TO PROVOKE THE PLAINTIFF INTO A PHYSICAL ASSULT.

KNEE AND HURNIA COMPLAINT
THUS MICHAEL FOX BEING FIRED FROM THE JOB AND LOSING BENIFITS THROUGH WORKERS COMP..

THAT MICHAEL FOX THE PLAINTIFF HAS A OFFICE VISIT WITH DOCTOR JOHN KAGAN ON JUNE 26 2003... THAT MICHAEL FOX HAS A TALL SLENDER YOUNG MAN WALKING BY THE EXAM ROOM AS THE PLAINTIFF MICHAEL FOX IS WAITING FOR DR JOHN KAGAN, THAT THIS MAN CONTINUES WALKING BY LOOKING INTO THE EXAM ROOM AT MICHAEL FOX..
THAT DR. JOHN KAGAN COMES INTO THE OFFICE AND TELLS MICHAEL FOX THAT HE HAD GOTTEN A CALL FROM CNA INSURANCE, AND YOUR NURSE DIANE WANTS YOU TAKEN OFF TEMPORAY DISABILITY AND PUT ON MAXIUME MEDICAL IMPROVEMENT (MMI)
THAT THE PLAINTIFF AT THIS TIME DOES NOT KNOW WHAT THIS MEANS..
THE PLAINTIFF MICHAEL FOX STATES,  WHAT RIGHT DOES CNA INSURANCE HAVE TELLING A DOCTOR WHAT CNA INSURANCE WANTS DONE..
THAT MICHAEL FOX WONDERS IF THE POLICE THAT PATROL THE PLAINTIFF, AND HAS BEEN WATCHING THE PLAINTIFF WORKING AT THIS JOB SITE IN NAPLES FLORIDA, ARE NOT ALSO CONSPIRING WITH CNA INSURANCE
THAT MICHAEL FOX FURTHER STATES, THAT MICHAEL FOX THE PLAINTIFF, CAN NOT BE AT MAXIUME MEDICAL IMPROVEMENT UNTIL THE PLAINTIFFS LEG IS COMPLETLY FIXED WITH A KNEE REEPLACEMENT.

THAT MICHAEL FOX HAD LEFT JOHN KAGANS OFFICE AFTER THIS OFFICE VISIT AND IS DRIVING SOUTH BOUND ON I-75 BACK TO NAPLES FLORIDA TO GO TO WORK..
THAT THE PLAINTIFF MICHAEL FOX WAS ATTACKED BY A LARGE MAN DRIVING A NEW STYLE CAMARO, AND IS TRYING TO PROVOKE AND INTIMADE MICHAEL FOX THE PLAINTIFF..
THAT THE MAN DRIVING THIS CHEVY CAMARO IS SLAMMING ON ITS BREAKS CONSTANTLY FOR UTTERLY NO REASON ON I-75 SOUTHBOUND
THAT THE PLAINTIFF MICHAEL FOX HAS TRYED TO PASS THE MAN, BUT THIS MAN WOULD JERK INTO THE OTHER LANE AN NOT LET THE PLAINTIFF DRIVE BY.
THAT MICHAEL FOX PASSES THIS MAN ON THE SHOULDER OF THE ROAD, ONLY TO HAVE THIS MAN PASS THE PLAINTIFF MICHAEL FOX, THEN PULL IN FRONT OF THE PLAINTIFF SLAMMING ON HIS BRAKES AGAIN..
THAT THIS MAN GOT OFF ON THE SAME EXIT RAMP IN NAPLES FLORIDA, AS THE PLAINTIFF DOES.
THAT MICHAEL FOX BELIEVES THIS IS A SECURITY GAURD FROM THE COLLIER COUNTY COURT HOUSE. OR IS A SHERRIFF DEPUTY..

THAT MICHAEL FOX THE PLAINTIFF DURING MANY DIFFERENT OFFICE VISITS WITH DOCTOR JOHN KAGAN, MADE MANY COMPLAINTS ABOUT THE ON GOING PAIN IN THE PLAINTIFFS OTHER KNEE, WHICH IS THE RIGHT KNEE.. THAT MICHAEL FOX EXPLAINS TO JOHN KAGAN THAT AFTER HIS KNEE INJURY, MICHAEL FOX HAD GAINED 50LBS. AND HAS FAVORED THE PLAINTIFF RIGHT LEG AND KNEE, DUE TO THE PAIN IN THE LEFT KNEE. AND THAT THE PLAINTIFF IS SUFFERING SOMETIMES SEVERE PAIN IN THE RIGHT KNEE DUE TO THIS WORKERS COMP INJURY..
THAT DOCTOR JOHN KAGAN WRITES AND SENDS A LETTER TO MICHAEL FOX AT HIS HOME ADDRESS OF 3726 WHIDBEYWAY NAPLES FLORIDA 34119..
THAT MICHAEL FOX THE PLAINTIFF HAS NEVER GIVEN JOHN KAGAN OR ANY EMPLOYEE OF THIS MEDICAL CENTER, MICHAEL FOXES HOME ADDRESS
THAT MICHAEL FOX HAD A MAILING ADDRESS OF PO BOX 111621 NAPLES FLORIDA 34108-- AND THAT THE PLAINTIFF MICHAEL FOX WOULD HAVE GIVEN THIS ADDRESS TO ANYONE SENDING ANYTHING.
THAT THE POLICE AND GOVERMENT SICO POLICE THAT FOLLOW MICHAEL FOX, HAD SOMEHOW INTERVINED WITH DR JOHN KAGAN AND SENT THIS LETTER TO MICHAEL FOXES HOME ADDRESS TO FURTHER MESS WITH THE PLAINIFFS MIND, AND TO FURTHER PROVOKE AND INTIMADATE THE PLAINTIFF MICHAEL FOX..
THAT IN THIS LETTER JOHN KAGAN STATES THAT HE HAS RECIEVED A MESSAGE FROM THE PLAINTIFFS ATTORNEY ROBERT BRANNING, WONDERING IF THE ADDITIONAL PAIN IN THE RIGHT KNEE IS DUE TO THE PAIN IN THE LEFT KNEE, AND DR JOHN KAGAN REPLYS THE ANSWER IS NO..
THAT MICHAEL FOX THE PLAINTIFF HAS ALWAYS WONDERED ABOUT THIS NEW ATTORNEY ROBERT BRANNING, THAT HAD TAKEN THE CASE OVER FROM JEROME SICO THAT WAS ORIGINALY REPRESENTING THE PLAINTIFF IN THE KNEE REPLACEMENT CASE AGANIST CNA INSURANCE..
COPY OF LETTER FROM DOCTOR JOHN KAGAN ATTACHED HERETO AS EXHIBIT 4-A

THAT IN JULY OF 2003 MICHAEL FOX IS TOLD BY HIS FOREMAN DOUG BROWN, THAT THE PLAINTIFF IS TO GO TO THE NEW GOLDEN GATE HIGH SCHOOL IN NAPLES FLORIDA TO WORK..

THAT MICHAEL FOX GOES TO WORK AT THIS NEW HIGH SCHOOL, AN WORKS FOR THE FOREMAN MICHAEL ELG..

THAT MICHAEL FOX GOES TO WORK AGAIN WITH  TEMPORARY HIRED WORKERS...AND FELLOW EMPLOYEES OF RJ VANN MECHANICAL

THAT MICHAEL FOX IS AGAIN ATTACKED FROM DIFFERENT EMPLOYEES OF RJ VANN MECHANICAL AND SOME SORT OF GOVERMENT POLICE FORCE, WHITH MEN COMMING IN WEARING DRESS PANTS AND DRESS SHIRTS

Page 8

KNEE AND HURNIA COMPLAINT

WITH TIES, YELLING AND LAUGHING AT THE PLAINTIFF WHILE THE PLAINTIFF WAS WORKING, AND TO FURTHER HAVE EMPLOYEES OF RJ VANN MECHICAL SCREAM AT THE PLAINTIFF LIKE HE IS SOME SORT OF IDIOT. USUALLY WHILE THESE DRESSED UP PEOPLE COME AROUND BY THE PLAINTIFF ON DIFFERENT OCCSSIONS.
THAT MICHAEL FOX JUST IGNORED THIS CONSTANT ABUSE, AND JUST CONTINUED TO WORK..

THAT MICHAEL FOX THE PLAINTIFF HAD A MAN FROM THE HEATING AND COOLING COMPANY INSTALLING DUCK WORK, IN THE SAME LOCATION WHERE THE PLAINTIFF WAS WORKING FOR DAYS...

THAT MICHAEL FOX HAD CONVERSATIONS WITH THIS MAN ON DIFFERENT OCASSIONS, AND THAT DURING ONE CONVERSATION THE PLAINTIFF MICHAEL FOX HAD WITH THIS MAN. THIS MAN TELLS MICHAEL FOX THE PLAINTIFF THAT HE IS RETIRED FROM THE MILITARY, AND WORKS JUST TO KEEP BUSY...
THAT THIS MAN FURTHER TELLS MICHAEL FOX THAT THEY ARE WATCHING THE PLAINTIFF MICHAEL FOX, AND NOT TO DO ANYTHING WRONG.. THAT MICHAEL FOX AGAIN IGNORES THIS STATEMENT AND DOES NOT RESPOND BACK TO IT...

THAT MICHAEL FOX THE PLAINTIFF IS UNDER A FULL FLEDGE WATCH LIST BECAUSE SOME GOVERMENT OFFICALS THINK MICHAEL FOX IS UP TO NO GOOD..

THAT MICHAEL FOX CONTIUES ON WORKING AT THIS JOB SITE FOR WEEKS...

THAT ON AUGUST 15 2003--MICHAEL FOX THE PLAINTIFF IS WORKING AT THIS NEW HIGH SCHOOL...
MICHAEL FOX PICKS UP A 12 INCH POWER MITRE BOX SAW TO MOVE IT OUT OF THE WAY... THAT AS MICHAEL FOX IS CARRYING THIS SAW IN THE PLAINTIFFS LEFT HAND... THE PLAINTIFFS LEFT KNEE AND LEG BUCKELS, THERE IS SHARP PAIN IN THE PLAINTIFFS LEFT KNEE..
THAT MICHAEL FOX JERKED HIS BODY TRYING TO AJUST FROM FALLING TO THE PLAINTIFFS LEFT..
THAT MICHAEL FOX FROM THIS SUDDEN JERK COULD FEEL SOMETHING IN THE PLAINTIFFS LOWER LEFT GROIN AREA TEAR INSIDE HIM, AND COULD FEEL A SUDDEN BURING SENSATION...
THAT THE PLAINTIFF JERKS AGAIN FROM THE SUDDEN PAIN IN THE GROIN AREA, AND CAN FEEL MORE INTENSE PAIN.. THE PLAINTIFF MICHAEL FOX ALMOST LOSING HIS BALANCE, AND FALLING TO THE GROUND..

THAT MICHAEL FOX THE PLAINTIFF, DOES NOT KNOW THIS AT THIS TIME, BUT THE PLAINTIFF HAS TORN A HURNIA, AND HAS  TORN A TESTCULAR TUBE INSIDE THE PLAINTIFFS GROIN AREA...

MICHAEL FOX GOES TO THE JOB SITE TRAILER AND SEES THE FOREMAN MICHAEL ELG.

MICHAEL ELG THE FOREMAN CALLS THE SHOP AT RJ VANN MECHAICAL, AND TALKS TO GERRY MAGGIO..

MICHAEL FOX THE PLAINTIFF IS TOLD TO GO TO LEE CONVIENT CARE AT THE LEE MERMORIAL HOSPITAL IN FORT MEYERS FL....

MICHAEL FOX THE PLAINTIFF DRIVES HIMSELF TO THE LEE CONVIENT CARE CENTER ON THE 2ND FLOOR OF THE LEE MERMORIAL HOSPIAL..

THAT MICHAEL FOX IS BEING FOLLOWED TO THE HOSPITAL. THEN THERE IS PEOPLE WAITING IN THERE CARS AT THE LEE MERMORIAL HOSPITAL PARKING LOT. TRYING TO PROVKE AND INTIMADE MICHAEL FOX AS HE PULLS INTO THE PARKING LOT.

THAT THE PLAINTIFF GOES TO LEE CONVIENT CARE ON THE SECOND FLOOR, AND CHECKS IN..

AS MICHAEL FOX IS WAITING TO SEE A DOCTOR, THERE IS A VERY NICE LOOKING BLOND HAIRED GIRL THAT COMES INTO THE WAITING ROOM, SHE IS ON A CELL PHONE AND TALKING TO SOMEONE... THAT MICHAEL FOX CAN HEAR THIS GIRL SAYING HE'S HERE AT THE HOSPITAL ON ANOTHER WORKER COMP CLAIM...

THAT MICHAEL FOX IS CALLED AND GOES INTO AN EXAM ROOM.. MICHAEL FOX IS LOOKED AT BY THE NURSE, AND IS CHECKED FOR A HURNIA...

THAT THE COMPLETE LEFT SIDE OF THE PLAINTIFF GROIN AREA IS BLOWN OUT AT LEAST ONE INCH OR MORE..

THE NURSE CHECKS FOR HURNIA, AND SAYS SHE CAN FEEL NO HURNIA.. NURSE SAYS THERE IS DIFFENTLY SOMETHING WRONG..

NURSE TELLS THE PLAINTIFF MICHAEL FOX THAT YOU MIGHT HAVE ONE OF THOSE SEVERE HURNIA'S THAT HAS ACTUALY TWISTED COMPLETLY OVER, AND YOU WILL NEED EMIDIATE ATTENTION..

## KNEE AND HURNIA COMPLAINT

MICHAEL FOX THE PLAINTIFF IS TOLD HE MUST SEE A SURGEON.

MICHAEL FOX IS TOLD HE CAN GO BACK TO WORK ON LIGHT DUTY TOMORROW, BUT TO BE REALLY CAREFUL...

MICHAEL FOX GOES BACK TO THE NEW HIGH SCHOOL IN NAPLES FLORIDA ON AUGUST 16 2003

THAT MICHAEL FOX IS TOLD AFTER WORKING FOR A FEW DAYS AT GOLDEN GATE HIGH SCHOOL THAT THE PLAINTIFF IS TO REPORT TO WORK AT THE SHOP IN FORT MEYERS FLORIDA....

THAT MICHAEL FOX RETURNS TO THE SHOP TO WORK, AND AGAIN MICHAEL FOX IS ATTACKED BY FELLOW EMPLOYEES OF RJ VANN MECHANICAL...

THAT MICHAEL FOX HAS CONTACTED CNA INSURANCE REGARDING THIS HURNIA CLAIM, AND MICHAEL FOX HAS A NEW CASE WORKER NAMED AMY BARNETT..

MICHAEL FOX RECIEVES A LIST OF SURGEONS TO PICK.

THAT MICHAEL FOX CHOSES A SURGEN NAMED LAWRENCE BLACK IN FORT MEYERS FLORIDA.

MICHAEL FOX HAS AN APPOINTMENT SCHEDULED FOR SEPT 8 2003
COPY OF APOINTMENT LETTER ATTACHED HERETO AS EXHIBIT 5-A

THAT MICHAEL FOX DRIVES TO THIS APPOINTMENT, AND FINDS A TALL SKINNY MAN WAITING AT THE ENTTRANCE TO THE BUILDING WAITING FOR MICHAEL FOX THE PLAINTIFF..
MICHAEL FOX IGNORES THIS MAN, AND CONTINUES INSIDE TO THE ELEVATOR..

THAT MICHAEL FOX THE PLAINTIFF IS WAITING FOR THE ELEVATOR, A HEAVY SET BLACK WOMAN COMES WALKING UP AND STANDS NEXT TO MICHAEL FOX THE PLAINTIFF... LOOKING AT MICHAEL FOX REAL MEAN AND WICKED LIKE. MICHAEL FOX IGNORES THIS WOMAN ALSO..

MICHAEL FOX WALKS TO THE ENTRANCE DOOR TO DOCTOR LAWRENCE BLACKS OFFICE AND OPENS THE DOOR... THAT THERE IS A MEXICAN MAN AND WOMAN JUST STARING AT THE PLAINTIFF MICHAEL FOX AS HE OPENED THE DOOR. LOOKING LIKE THEY WOULD LIKE TO KILL THE PLAINTIFF.
MICHAEL FOX JUST WALKS BY, AND AGAIN, IGNORES THESE PEOPLE..

THAT THESE TWO PEOPLE WHERE WAITING AT THERE CLOSEST SEATS RIGHT NEXT TO THE DOOR WHEN SOME ONE WALKED IN.. AT THIS TIME THERE IS NO OTHER PATIENTS IN THE WAITING ROOM... THAT MICHAEL FOX THOUGHT THIS TO BE VERY UNUSUAL.

THAT MICHAEL FOX SEES DOCTOR LAWRENCE BLACK..

THAT MICHAEL FOX IS TAKEN INTO DOCTOR LAWRENCE BLACKS PERSONAL OFFICE AND IS QUESTIONED REGARDING THIS WORKERS COMP CLAIM.. MICHAEL FOX BELIEVING THEY HAVE SURVANLENCE CAMERAS AND VOICE ON MICHAEL FOX THE PLAINTIFF.

THEN LAWERNECE BLACK THIS SURGEON TAKES MICHAEL FOX INTO AN EXAM ROOM TO BE CHECKED OUT...

THIS DOCTOR LAWRENCE BLACK TELLS MICHAEL FOX THAT HE CAN FEEL NO HURNIA, AND THAT HE WILL NOT OPERATE ON THIS WORKERS COMP CLAIM..

THAT MICHAEL FOX TELLS THIS SURGEON LAWRENCE BLACK OF THE PAIN THE PLAINTIFF IS IN. AND ABOUT THE TWISTING AND TURNING FEELING THE PLAINTIFF FEELS IN HIS LEFT GROIN AREA..

THIS DOCTOR LAWRENCE BLACK TELLS MICHAEL FOX THE PLAINTIFF TO GO BACK TO WORK AND LIFT AS MUCH WEIGHT AS YOU CAN, AND WHEN I CAN FELL A LUMP, I WILL THEN OPERATE..

THAT MICHAEL FOX THE PLAINTIFF IS REALLY SHOCKED AT WAS IS HAPPENING..

THAT THE PLAINTIFF MICHAEL FOX CAN TELL THAT THIS DOCTOR LAWRENCE BLACK HAS BEEN GOTTEN TO BY THE SICO SICK POLICE, BY THIS DOCTORS DISPOSTION AND ACTIONS TOWARDS MICHAEL FOX THE PLAINTIFF

THAT LAWRENCE BLACK THE SURGEON OPENS THE EXAM ROOM DOOR,  STANDING RIGHT OUTSIDE THE EXAM ROOM DOOR IS THE MEXICAN MAN AND WOMEN THAT WERE WAITING FOR THE PLAINTIFF MICHAEL FOX TO COME INTO THE OFFICE OF DOCTOR LAWRENCE BLACK..

KNEE AND HURNIA COMPLAINT

THAT AGAIN THIS MEXICAN MAN, AND WOMAN ARE LOOKING AT THE PLAINTIFF REAL TOUGH LIKE, AS TO SAY THAT WE GOT YOU MICHAEL FOX..

THAT MICHAEL FOX IS LEAVING, AND DOCTOR LAWRENCE BLACK IS TELLING MICHAEL FOX.... GOOD LUCK TO YOU MR FOX.. GOOD LUCK TO YOU...

THAT MICHAEL FOX WALKS OUT TO THE PARKING LOT, AND THERE IS A MAN AND WOMAN IN A NEW WHITE MERCEDES BENZ, STARTING THERE CAR, AND QUICKLY BACKING UP AS THEE PLAINTIFF WAS CLOSLY APPROACHING, BOTH MAN AND WOMAN LOOKING AT MICHAEL FOX LIKE HE IS SCUM.
THAT MICHAEL FOX LOOKED BACK AT THESE PEOPLE LIKE HE WOULD LOVE TO KILL THEM. THIS MAN AND WOMAN SEEING HOW PISSED OFF MICHAEL FOX THE PLAINTIFF IS, BOTH OF THESE PEOPLE IN THIS MERCEDES BENZ LOWERING THERE HEADS AND LOOKING TOTALLY ASHAMED. THESE TWO PEOPLE DRIVE OFF...

MICHAEL FOX SAYING TO HIMSELF, THE SCUM WILL NEVER LEAVE THE PLAINTIFF ALONE...

THAT THE PLAINTIFF MICHAEL FOX IS UTTERLY PROVOKED AND TERRORIZED EVERYWHERE THE PLAINTIFF EVER GOES TRYING TO GET MEDICAL ATTENTION AND HAVE THE PLAINTIFFS PHYSICAL CONDITIONS REPAIRED, BUT CAN NOT DUE TO THESE GOVERMENT POLICING AGENCYS THAT POLICE MICHAEL FOX...

THAT THE UNITED STATES CIVIL RIGHTS OF THE PLAINTIFF MICHAEL FOX. ARE VIOLATED RELENTLESSLY BY THESE INSURANCE AGENTS, GOVERMENT OFFICIALS, AND POLICE AGENCYS...SECURITY COMPANYS, AND OTHER PRIVATE INDIVIDULES.

THAT MICHAEL FOX RECIEVES A COPY OF DR LAWRENCE BLACKS MEDICAL OFFICE VISIT REPORT FROM THIS EVALUATION ON SEPT 8 2003...
COPY OF REPORT ATTACHED HERETO AS EXHIBIT 6-A

THAT MICHAEL FOX ASKS AMY BARNETT THE WORKERS CONPP CASE-MANAGER, FOR A SECOND OPINION, AND THAT THE PLAINTIFF NEEDED A LIST OF DOCTORS..

THAT MICHAEL FOX PICKS ANOTHER SURGEON BRUCE BACON...

THAT MICHAEL FOX HAS APPOINTMENT SCHEDULED, BUT THEN THIS BRUCE BACON HAS RETIRED AND THE PLAINTIFF MICHAEL FOX PICKS ANOTHER DOCTOR NAMED GORDON BURTCH OUT OF THE SAME OFFICE AS BRUCE BACON...

THAT MICHAEL FOX GOES TO THIS OFFICE APPOINTMENT AND FINDS THE DOCTOR GORDON BURTCH IS NOT AVAILILBLE TODAY, AND THAT A DOCTOR KARLA WILL SEE THE PLAINTIFF MICHAEL FOX INSTEAD..

THAT THE PLAINTIFF MICHAEL FOX IS TRULY WONDERING AT THIS TIME, IS THIS ANOTHER GOVERMENT STAGED INCIDENT TO WHERE THE PLAINTIFF WILL BE DENIED MEDICAL TREATMENT. AND THESE GOVERMENT OFFICALS ARE RUNNING MICHAEL FOX THE PLANTIFF AROUND IN CIRCLES AGAIN....

THAT MICHAEL FOX THE PLAINTIFF AGREES TO HAVE DOCTOR KARLA EXAMINE THE PLAINTIFF..

THAT MICHAEL FOX THE PLAINTIFF IS TOLD BY DOCTOR KARLA THAT BY ALL MEANS YOU HAVE A HURNIA HERE. THAT DOCTOR KARLA EXPLAINS THAT IS WHY YOU HAVE SUCH EXTREME SWELLING IN THE PLAINTIFFS LEFT GROIN AREA..

THAT MICHAEL FOX THE PLAINTIFF IS EXTREMLY HAPPY RIGHT NOW..

THAT MICHAEL FOX THE PLAINTIFF GOES AND SEES BARBRA, IN DOCTOR KARLAS OFFICE, AND SCHEDULES A SURGURY DATE AND PRE-OPP DATES...

THAT MICHAEL FOX HAS THIS OPPERATION SCHEDULED FOR JANUARY 9 2004

THAT MICHAEL FOX HAS NOW RECIEVED NOTICE TO GO TO A DEPOSITION SCHEDULED FOR DEC. 2 2003 FROM THE PLAINTIFFS ATTORNEY ROBERT BRANNING..

THAT MICHAEL FOX THE PLAINTIFF CONTACTS ROBERT BRANNING THE PLAINTIFFS ATTORNEY, AND ASKS WHY IS THERE ANY DEPOSITION WHEN CNA INSURANCE HAS APPROVED A KNEE REPLACEMENT...
ROBERT BRANNING ACTING STUPID. CLAIMS HE DOES NOT KNOW WHY..
COPY OF LETTER REGARDING DEPOSITION APPOINTMENT. ATTACHED HERETO AS EXHIBIT 4-AA

THAT MICHAEL FOX THE PLAINTIFF IS BEING SET UP, BY AND THROUGH THESE TWO ATTORNEYS THAT REPRESENT MICHAEL FOX, WHO ARE JEROME SICO AND ROBERT BRANNING...AND THE WORKERS COMP

KNEE AND HURNIA COMPLAINT

INSURANCE CARRIER (CNA)-INSURANCE. AND MOST LIKLY THESE GOVERMENT POLICE THAT CONTINUE TO POLICE THE PLAINTIFF MICHAEL FOX

THAT MICHAEL FOX GOES TO THIS DEPOSITION AND ROBERT BRANNING IS THERE ALONG SIDE MICHAEL FOX..

THAT MICHAEL FOX HAS RECIEVED ANOTHER NOTICE FOR A MEDIATION SCHEDULED FOR DEC. 11 2003..

COPY OF LETTER ATTACHED HERETO AS EXHIBIT 5-AA

THAT MICHAEL FOX WENT TO SEE ROBERT BRANNING AT HIS LAW OFFICE ON DEC 11 2003 PRIOR TO THIS MEDIATION TIME...

THAT MICHAEL FOX WAS AGAIN ATTACKED BY SOME KIND OF GOVERMENT POLICE FORCE WHILE SITTING IN THE LAW OFFICE WAITING ROOM...

THAT A VERY SLENDER BLACK MAN, WITH A VERY NICE LOOKING, WHITE YOUNG WOMAN WITH LONG BLACK HAIR CAME INTO THE WAITING ROOM FROM THE OUTSIDE.. THESE TWO PEOPLE LOOKED AT MICHAEL FOX AND SNARELED AT THE PLAINTIFF.. THESE TWO PEOPLE  ASKED TO BE LET IN THE LOCKED DOOR TO THE REAR ATTORNEYS OFFICES..THIS BLACK MAN AND WHITE WOMAN ARE BUZZED IN. AND THE DOOR CLOSES BEHIND THEM..
AS  MICHAEL FOX THE PLAINTIFF CONTINUES TO WAIT, THE PLAINTIFF HEARS LOUD THUMPING NOISES AND OTHER NOISES.
THEN THE PLAITIFF MICHAEL FOX HEARS VOICES SAYING THAT THEY HAVE FOX LOCKED UP, YEA FOX IS LOCKED UP IN LOCK UP, AND THEN MORE THUMPING NOISES...THIS CONTINUES ON FOR A FEW MINUTES THEN STOPS..
THAT MICHAEL FOX THE PLAINTIFF SAYS TO HIMSELF, THE SICK AND SICO, SICK POLICE ARE OUT IN FULL FORCE..
APPROX 5 MINUTES GO BY, AND ATTORNEY ROBERT BRANNING COMES THROUGH THE LOCKED DOOR TO GET THE PLAINTIFF..

ROBERT BRANNING ACTING VERY FUNNY, AS TO WHY ARE YOU NOT GIVING IN...
AS THE PLAINTIFF MICHAEL FOX WALKS BACK TO THE OFFICE OF ROBERT BRANNING, THE PLAINTIFF IS ASKED WHY HE IS HERE. PLAINTIFF SHOWS ROBERT BRANNING THE LETTER, THAT IT STATES FOR THE PLAINTIFF MICHAEL FOX TO COME BY BEFORE THE MEDIATION, TO DISCUSS THE CASE..
ROBERT BRANNING PUTTING ON AN ACT, READING THE LETTER... ROBERT BRANNING ASKS THE PLAINTIFF WHAT HE WILL SETTLE FOR..

PLAINTIFF MICHAEL FOX AGAIN ASKING WHY IS THERE ANY MEDIATION WHEN THERE IS A KNEE REPLACEMENT AUTHORIZED. ROBERT BRANNING AGAIN PUTTING ON A SHOW, THAT HE DOES NO KNOW.

MICHAEL FOX WILL MAKE NO SETTLEMENT AMOUNT.. AND ASKS TO HAVE ANDREW HODGE APPOINTED AS THE PLAINTIFFS SECOND DOCTOR....

MICHAEL FOX IS TOLD TO GO TO MEDIATION APPOINTMENT AND ATTORNEY ROBERT BRANNING WILL MEET THE PLAINTIFF THERE..

MICHAEL FOX DRIVES TO MEDIATION OFFICE IN NORTH FORT MEYERS, AND AGAIN THERE IS ANOTHER ATTACK ON MICHAEL FOX THE PLAINTIFF..

MICHAEL FOX BACKS INTO PARKING SPOT, A SMALL COMPACT CAR COMES FLYING UP AND SLAMS ON ITS BRAKES RIGHT IN FRONT OF THE PLAINTIFFS MICHAEL FOXES CAR, 3 YOUNG MEN JUMP OUT YELLING AND RANTING AND RAVING, THEN LAUGHING....MAN DRIVING SPEEDS OFF..

MICHAEL FOX WALKS TO OFFICE BUILDING ONLY TO HAVE 2 OLDER MEN WAITING OUTSIDE THE BUILDING BY THE ENTRANCE DOOR...

MICHAEL FOX ASKS THESE TWO MEN IF THIS IS THE ATTORNEYS OFFICE, THESE 2 MEN ARE STARTLED THAT MICHAEL FOX THE PLAINTIFF HAS SAID ANYTHING TO THEM.. MICHAEL FOX  GOES INSIDE...

MICHAEL FOX CHECKS IN WITH RECEPSONIST, AND THE PLAINTIFF IS TOLD THAT SHE WILL TELL THEM YOU ARE HERE..

THE MEDIATOR FOR CNA INSURANCE COMES OUT OF AND OFFICE, AND INTRODUCES HIMSELF AS MICHAEL D'AGOSTINO, AND IS THE MEDIATOR REPRSENTING CNA INSURANCE.. AND TAKES THE PLAINTIFF TO THE CONFERENCE ROOM, PLAINTIFF TO SIT AND TO WAIT FOR THE ATTORNEYS TO SHOW UP..

KNEE AND HURNIA COMPLAINT

THE PLAINTIFFS ATTORNEY ROBERT BRANNING SHOWS UP AND SITS DOWN, THEN GETS UP AND LEAVES THIS MEDIATION ROOM..

THE MEDIATOR MICHAEL D'AGOSTINO COMES BACK INTO THIS MEDIATION ROOM AND SITS TO THE LEFT OF THE PLAINTIFF MICHAEL FOX, AND ASKS THE PLAINTIFF WHAT HE WILL SETTLE FOR...

THE PLAINTIFF MICHAEL FOX RESPONDS HE WILL TAKE FIVE HUNDRED MILLION DOLLARS... THE MEDIATOR MICHAEL D'AGOSTINO STARTS TO CHOKE.. THE PLAINTIFF STARTS LAUGHING..

MEDIATOR MICHAEL D'AGOSTINO  ASKS WHY THE PLAINTIFF IS TRYING TO BANKRUPTED THE INSURANCE COMPANY..

MICHAEL FOX ALREADY HAVING ACCESSED THE FINANCIAL RECORDS OF CNA INSURANCE LOOKING FOR OTHER INFORMATION, FINDING THAT CNA INSURANCE HAS OVER 50 BILLION DOLLARS IN ASSETS..

MICHAEL FOX THE PLAINTIFF STATES THAT CNA INSURANCE AND THERE POLICING AGENCIES HAS DONE EVERYTHNG POSSIBLE TO AVOID THE PLAINTIFF FROM RECIEVING THE PROPER MEDICAL CARE THE PLAINTIFF SO SEEKS AND DESIRES.

THAT THE PLAINTIFF MICHAEL FOX IS PROVOKE INTIMADED AND TERROIZED BY THESE PEOPLE, CAUSING GREAT EMOTIONAL AND IREPTABLE HARM TO THE PLAINTIFF MICHAEL FOX...

THAT MICHAEL FOX BEING IN STAGED CAR ACCIDENTS BECAUSE OF THESE PEOPLE... FURTHER DAMAGING THE PLAINTIFF EMOTIONALLY AND FINANCIAL, THEN FUTHER DAMAGING THE PLAINTIFFS HEALTH CONDITIONS

MICHAEL FOX THE PLAINTIFF IS WONDERING WHY THIS MEDIATOR IS TALKING TO MICHAEL FOX WHEN THE PLAINTIFF IS REPRESENT BY COUNSEL, BECAUSE THIS ATTORNEY ROBERT BRANNING HAS CONSPIRED WITH CNA AND THERE ATTORNEYS AND AFILIATES, TO CON MICHAEL FOX INTO A CASH SETTLEMENT..

THIS IS ONLY FURTHER EVIDENCE OF THE PLAINTIFF MICHAEL FOXES CIVIL RIGHTS BEING VIOLATED BY ALL OF THE ABOVE, AND OTHER UNKNOWN PERSONS

ROBERT BRANNING COMES BACK INTO THE MEDIATION ROOM AND SITS TO THE PLAINTIFFS RIGHT HAND SIDE..

THE ATTORNEY FROM CNA INSURACE COMES INTO THE MEDIATION ROOM APPROX 15 MIUTE LATE.

THAT THIS ATTORNEY SITS RIGHT IN FRONT OF MICHAEL FOX THE PLAINTIFF, AND WILL NOT EVEN LOOK AT THE PLAITIFF MICHAEL FOX IN THE EYE, THIS CNA INSURANCE ATTORNEY LOOKING VERY GUILTY AND ASHAMED.. MOST LIKLY BECAUSE THEY HAVE NOT BEEN ABLE TO PROKE OR INTIMDATE MICHAEL FOX INTO EITHER RUNNING, OR INTO A CASH SETTLEMENT OFFER..
THAT MICHAEL FOXTHE PLANTIFF IS WONDERING IF THIS IS NOT SOME SECRET POLICE, POSING AS AN ATTORNEY, TRYING TO INTIMADE AND PROVOKE THE PLAINTIFF MICHAEL FOX INTO A CASH SETTLEMENT..

THIS ATTORNEY FOR CNA INSURANCE IS NOT THE SAME ATTORNEY FROM THE DEPOSITION ON DEC. 2 2003 WHICH IS NINE DAYS EARLIER FROM THIS MEDIATION DATE.
MICHAEL FOX THE PLAINTIFF KNOWING AGAIN THERE IS AGAIN DIRTY POOL BEING PLAYED..

THAT THIS CNA INSURANCE ATTORNEY SITTING IN FRONT OF MICHAEL FOX THE PLAINTIFF, JUMPS UP AND LEAVES THE ROOM AFTER ONLY SITTING IN FRONT OF THE PLAINTIFF FOR APPROX 2 MINUTES. THAT MICHAEL FOX NEVER SAW THIS ATTORNEY REPRESENTING CNA INSURANCE AGAIN, AFTER THIS BRIEF ENCOUNTER.

THAT DURING THIS PROCEDURE, THERE IS NO=ONE TAKING ANY RECORDING OF THESE MEDIATION PROCEEDINGS

MICHAEL FOX IS ASKED BY HIS ATTORNEY ROBERT BRANNING WHAT THE PLAINTIFF WILL SETTLE FOR..

MICHAEL FOX STATES THAT HE WANTS HIS LEG FIXED AND THAT THE KNEE REPLACEMENT HAS BEEN AUTHORIZED.. AND THAT MICHAEL FOX WANTS DOCTOR ANDREW HODGE OF WEST PALM BEACH FLORIDA TO BE AUTHORIZED FOR THE PLAINTIFFS ORTHOPEDIC DOCTOR.

ROBERT BRANNING THE PLAINTIFFS ATTORNEY, STATING TO MICHAEL FOX THE PLAINTIFF, THAT THERE IS NO ORDER FOR ANY APPROVED KNEE REPLACEMENT THROUGH CNA INSURANCE.

Page 13

KNEE AND HURNIA COMPLAINT

THAT MICHAEL FOX CAME TO THIS MEDIATION WITH ALL OF THE PLAINTIFFS RECORDS, THE PLAINTIFF MICHAEL FOX WENT TO RETREIVE THE AUTHORZTION FROM CNA INSURANCE, BUT WAS STOPPED BY HIS ATTORNEY ROBERT BRANNING.

THAT THE MEDIATOR MICHAEL D'AGOSTINO TELLS MICHAEL FOX THE PLAINTIFF THERE IS NO AUTHORIZATION FOR ANY KNEE REPLACEMENT..

MICHAEL FOX THE PLAINTIFF TELLS THESE PEOPLE, THAT THE PLAINTIFF HAS PROOF THAT THERE IS AN AUTHORIZATION OF A COMPLETE KNEE REPLACEMENT, AND AGAIN MICHAEL FOX IS STOPPED FROM RETRIEVING IT FROM THE PLAINTIFF FILES..

MICHAEL FOX CONTINUES STATING THAT THE PLAINTIFF WANTS HIS LEG FIXED..

MICHAEL FOX IS TOLD AGAIN, THAT THEY ARE NOT GOING TO FIX YOUR LEG..

BOTH MEDIATOR MICHAEL D'AGOSTINO AND THE PLAINTIFFS ATTORNEY ROBERT BRANNING LEAVE THE ROOM..

MICHAEL FOX THE PLAINTIFF RETRIVES THE AUTHORIZATION FOR A KNEE REPLACEMENT IN THE PLAINTIFF FILES...

BOTH MEDIATOR AND THE PLAINTIFFS ATTORNEY RE-ENTER THE ROOM, PLAINTIFF MICHAEL FOX SHOWING THEM THE AUTHORIZATION OF THE KNEE REPLACEMENT..

BOTH THE PLAINTIFFS ATTORNEY ROBERT BRANNING AND MEDIATOR MICHAEL D'AGOSTINO PUTTING ON AN ACT AS IF THEY DO NOT KNOW THAT THIS AUTHORIZATION FOR A COMPLETE KNEE REPLACEMENT EXSISTS..

THAT WRITTEN ON THE AUTHORIZATION OF KNEEE REPLACEMENT IS WRITTEN THAT COPIES OF THE AUTHORIZATION HAVE BEEN SENT TO THE PLAINTIFFS ATTORNEY, AND TO THE LAW FIRM REPRESENTING CNA INSUANCE.
COPY OF AUTHORIZATION FOR KNEE REPLACEMENT ATTACHED HERETO AS EXHIBIT 3-A

MEDIATOR MICHAEL D'AGOSTINO LEAVES THE CONFERENCE ROOM WITH THE LETTER TO SHOW THIS CNA ATTORNEY WHO IS SUPPOSE TO BE ON THE PHONE WITH AMY BARNETT THE CNA CASE MANGER, FOR THE PLAINTIFF WORKER COMP INJURY.

MICHAEL FOX IS AGAIN ASKED BY THE PLAINTIFFS ATTORNEY ROBERT BRANNING HOW MUCH TO SETTLE THIS CASE FOR TODAY.

MICHAEL FOX THE PLAINTIFF SAYS HE DID NOT COME HERE TO SETTLE..

ROBERT BRANNING THE PLAINTIFF ATTORNEY PUSHING THE ISSUE TO SETTLE, MICHAEL FOX SAYS IT WILL TAKE HUNDREDS OF THOUSANDS OF DOLLARS TO SETTLE..

ATTORNEY ROBERT BRANNING SCREAMING OUT, HUNDREDS OF THOUSANDS OF DOLLARS..

ROBERT BRANNING LEAVES THE CONFERENCE ROOM.
ROBERT BRANNING RETURNNG TO THE CONFERENCE ROOM, ASKING THE PLAINTIFF IF HE WILL SETTLE FOR ANYTHNG UNDER A HUNDRED THOUSAND DOLLARS...

MICHAEL FOX THE PLAINTIFF SAYING HELL NO.... AND THAT THE PLAINTIFF WANTS ANDREW HODGE OF WEST PALM BEACH APPOINTED AS THE PLAINTIFFS SECOND DOCTOR..

ROBERT BRANNING PLAINTIFFS ATTORNEY LEAVES THE CONFERENCE ROOM AGAIN

THE MEDIATOR MICHAEL D'GOSTINO RETURNS TO THE CONFERENCE ROOM TRYING TO PROVOKE THE PLAINTIFF INTO A CASH SETTLEMENT, THIS MEDIATOR TRYING TO PLACE BLAME ON MICHAEL FOX THE PLAINTIFF FOR NOT SETTLING THIS CASE..

WHY IS A MEDIATOR EVEN TALKING TO THE PLAINTIFF WHEN THE PLAINTIFF IS REPRESENTED BY LEGAL COUNSEL..

ROBERT BRANNING THE PLAINTIFFS ATTORNEY RETURNS TO THE CONFERENCE ROOM, TELLING THE PLAINTIFF THERE WILL BE NO 3-D KNEE REPLACEMENT, AND CNA INSURANCE WILL NOT AUTHORIZE DR ANDREW HODGE AS YOUR SECOND OPINON DOCTOR. THAT YOU WILL HAVE TO CHOSE ANOTHER DOCTOR FOR YOUR ORTHOPEDIC DOCTOR...

Page 14

KNEE AND HURNIA COMPLAINT

THAT THIS MEDIATION IS OVER AND MICHAEL FOX DRIVES HOME..

THAT MICHAEL FOX CALLS AMY BARNETT THE CNA CASE MANAGER ON THE SAME DAY AS THIS MEDIATION MEETING, DEC 11 2003 AT APPROX 3:45PM IN REGARDING THE WORKER COMP CLAIMS AND THE SURGURY FOR THE HURINA..

THAT MICHAEL FOX SPEAKS DIRRECTLY.TO AMY BARNETT REGAURDING SURGURY ON THE HURNIA, AND MICHAEL FOX IS TOLD THERE IS NO SURGURY SCHUDULED DUE TO THE MEDIATION. MICHAEL FOX THE PLAINTIFF RESPONDS THAT THE MEDIATION WAS FOR A KNEE REPLACEMENT ONLY AND THAT THE ATTORNEY JEROME SICO'S LAW FIRM ONLY REPRESENT MICHAEL FOX FOR THE KNEE REPLACEMENT..

AMY BARNETT EXPLAINS TO THE PLAINTIFF MICAEL FOX, THAT THE OFFER MADE TODAY WAS FOR BOTH WORKERS COMP INJURIES..

MICHAEL FOX THE PLAINTIFF, EXPLAINING YOU MUST HAVE SOMETHING WRONG, AMY BARNETT TELLING THE PLAINTIFF MICHAEL FOX THAT THE OFFER WAS FOR BOTH INJURIES..

THAT THE PLAINTIFF WAS NEVER INFORMED OF THIS WHEN THE PLAINTIFF WAS AT THIS MEDIATION. BY EITHER THE PLAINTIFFS ATTORNEY ROBERT BRANNING, OR THE MEDIATOR MICHAEL D'AGOSTINO, WHO WAS HIRED BY THE CNA INSURANCE COMPANY..

MICHAEL FOX THE PLAINTIFF CALLED HIS ATTORNEY ROBERT BRANNNG RIGHT AFTER THIS CONVERSATION WITH AMY BARRNETT THE WORKER COMP AJUSTER, ON 12-11-03 AT APPROX 4:30PM/EST.

THAT ROBERT BRANNING THE PLAINTIFFS ATTORNEY STATES, THAT IS CORRECT, THE MEDIATION WAS FOR BOTH INJURIES, AND THAT CNA INSURANCE WOULD HAVE PAYED UP TO 45 THOUSAND DOOLARS TO SETTLE BOTH CLAIMS..

MICHAEL FOX THE PLAINTIFF WILL NEVER EXCEPT ANY SUCH AMOUNT OF MONEY, MEDICAL BILLS ARE A LOT HIGHER TO REPAIR THE PLAINTIFFS INJURIES THAN WHAT THE INSURANCE COMPANY IS OFFERING TO SETTLE FOR... PLUS ANY COMPLICATIONS, OR ADDITION MEDICAL TREATMENT NEED. PLUS ADDITIONAL LIFE LONG TREATMENT AND DISABILITYS..

THIS AGAIN IS JUST CONTINUED VIOLATING OF MICHAEL FOX THE PLAINTIFFS CIVIL RIGHTS. AND THE EVERYDAY BEATING THE PLAINTIFF MICHAEL FOX LIVES THROUGH, FOR NOT ACCEPTING ANY CASH SETTLEMENT OFFER... AND THE PLAINTIFF WANTING HIS PHYSICAL HEALTH REPAIRED

THE PLAINTIFF MICHAEL FOX FURTHER STATES, IT IS ONLY OBVIOUS OF THE INTENTIONS OF CNA INSURANCE MEDIATOR MICHAEL D'AGOSTINO AND MICHAEL FOXES ATTORNEY ROBERT BRANNING AND OTHER UNKNOWNS OF WHAT THESE PEOPLES INTENTIONS WHERE. TO CONSPIRER TOGETHER TO CAUSE CONFUSSION IN MICHAEL FOXES MIND AND FURTHER FUSTRATE AND PROVOKE THE PLAINTIFF INTO A SETTLEMENT, ITS FURTHER PROOF OF THE KNEE AUTHORIZATION BEING APPROVED  FEB 21 OF 2003, THEN FIGHTING DOCTORS FOR A KNEE REPLACEMENT, THEN A DEPOSTION AND MEDIATION SCHEDULED BOTH ON DEC 2 AND 11 OF 2003 WHEN THE KNEE REPLACEMENT WAS AUTHORIZED SOME 10 MONTHS EARLIER, BUT THE PLAINTIFF BEING TOLD THAT THERE IS NO SUCH AUTHORIZATION DURING A MEDIATION.

THAT ON JAN. 12 2004 MICHAEL FOX HAS HURNIA OPPERATION AT THE LEE MERMORIAL HOSPITAL.. COPY OF MEDICAL OPERATION REPORT ATTACHED HERETO AS EXHIBIT 6-AA

THAT MICHAEL FOX AFTER THIS OPERATION HAS HAD THE HURNIA REPAIRED, AND FEELS MUCH BETTER, BUT NOW THERE IS A DIFFERENT KIND OF PAIN...

THAT MICHAEL FOX EXPLAINS THIS TO DR KARLA THE SURGEON DURING OFFICE VISITS, AND MICHAEL FOX IS TOLD THAT THE PAIN WILL GO AWAY IN TIME, AND THAT THE SWELLING WILL BE GONE IN APPROX 3 TO 6 MONTHS..

THAT MICHAEL FOX HAS ADDITIONAL APPOINTMENTS WITH CHECK UPS WITH DOCTOR KARLA, THE PLAINTIFF EXPLAINING THE PAIN HE IS IN, AND THE CONTINUED SWELLING IN THE LEFT GROIN AREA..

THAT MICHAEL FOX IS TOLD HE WILL NEED TO SEE A PAIN MANAGEMENT DOCTOR... AND DR KARLA WILL SEND A REPORT TO CNA INSURANCE REQUESTING A PAIN MANAGEMENT DOCTOR..

THAT SINCE MICHAEL FOX NOT ACCEPTING THIS CASH OFFER IN DECEMBER OF 2003.. MICHAEL FOX HAS BEEN ASSIGNED ANOTHER CASE MANAGER...

Page 15

KNEE AND HURNIA COMPLAINT

THAT MICHAEL FOX BELIVING THAT THESE CASE MANAGERS ARE CHANGED DUE TO THE WAR TACTICS THIS
CNA INSURANCE COMPANY INFLICTS ON TO YOU, TRYING TO WARE YOU DOWN INTO ACCEPTING A CASH
OFFER.. BY UTTERLY FUSTRATING YOU, PROVOKING AND INTIMAGING YOU. TO WHERE YOU THROWN UP
YOUR ARMS IN TOTAL DISCUST AND ACCEPT A CASH OFFER...

THAT MICHAEL FOX CALLS AMY BARNETT FOR PAIN MANAGEMENT DOCTORS, AND IS TOLD THAT HE HAS A
NEW CASE MANAGER NAMED ANNA SALES.

THAT MICHAEL FOX CALLING ANNA SALES  AND IS LEAVING MESSAGES ON HERE RECORDER TO HAVE A
LIST OF PAIN MANAGEMENT DOCTORS AND A NEW LIST OF ORTHOPEDIC DOCTORS SENT TO THE PLAINTIFF
MICHAEL FOX

THAT MICHAEL FOX NEVER RECIEVES ANY CALLS FROM ANNA SALES, AND MICHAEL FOX HAS TO FIGHT
CONTINULY FOR MEDICAL TREATMENT..

THAT MICHAEL FOX FINALY GETS A LIST OF PAIN MANAGEMENT DOCTORS AND ORTHOPEDIC DOCTORS
PLAINTIFF MICHAEL FOX CHOSES A ORTHOPEDIC DOCTOR NAMED WALTER FURMAN FROM SARASOTA FLORIDA
AND PLAINTIFF IS GIVEN A DATE MAY 20 2004 FOR AN OFFICE VISIT WITH THIS DR FURMAN
PLAINTIFF MICHAEL FOX CHOSES THE PAIN RELIEF CENTER OF FLORIDA. AND MICHAEL FOX THE
PLAINTIFF IS GIVEN A JUNE 14 2004 APPOINTMENT..

THAT MICHAEL FOX THE PLAINTIFF WAS REQUESTING THESE DOCTORS SINCE DECEMBER OF 2003 AND
JANUARY OF 2004-- THAT IT TAKES 5 TO 6 MONTHS TO SEE THESE DOCTORS..

THAT MICHAEL FOX WAS HANDED OFF BY WORKERS COMP AJUSTER AMY BARNETT TO ANNA SALES A
DIFFERNET CASE WORKER FROM CNA INSURANCE, SINCE MICHAEL FOX NOT TAKING THE SETTLEMENT ON
THE MEDIATION DATE OF DEC 11 2003

THAT MICHAEL FOX CHOSE BOTH  MEDICAL CENTERS FAR AWAY, DUE TO THE CONTINUED NONSENSE IN
THE FORT MEYERS FLORIDA AREA WITH THE GOVERMENT POLICE..

THAT MICHAEL FOX GOES TO HIS FIRST APPOINTMENT WITH DOCTOR WALTER FURMAN ON MAY 20 2004

THAT MICHAEL FOX SEES DOCTOR FURMAN AGAIN ON JULY 1 2004
THAT DOCTOR FURMAN IS GOING TO NEED APPROVAL FOR KNEE INJECTIONS INTO THE LEFT KNEE. PLUS
ADDITION APPROVAL TO XRAY THE RIGHT KNEE DUE TO THIS ON GOING PAIN IN THE PLAINTIFFS OTHER
KNEE, DUE TO THIS LEFT KNEE INJURY
DOCTOR FURMAN WRITES IN HIS MEDICAL REPORTS THAT IT'S TRUE THAT YOU WILL CAUSE DISCOMFORT
TO YOUR OPISITE KNEE DUE TO FAVORING THE GOOD LEG DUE TO THE PAIN IN THE PLAINTIFFS LEFT
KNEE..

THAT MICHAEL FOX HAS 3RD APPOINTMENT WITH DOCTOR FURMAN ON JULY 15 2004- MICHAEL FOX HAS
KNEE INJECTION, AND XRAY TAKEN OF RIGHT KNEE
RIGHT KNEE SHOWING SIGNS OF WEAR DUE TO OVER COMPENSATING FROM THE INJURY DUE TO THE LEFT
KNEE INJURY..

THAT MICHAEL FOX HAS 4TH APPOINTMENT ON JULY 22 2004------ MICHAEL FOX HAS 2ND SHOT INTO
LEFT KNEE OF A 5 SHOT SERIES.
THAT MICHAEL FOX ASKS TO SEE THE XRAYS FROM THE WEEK PRIOR. THAT LOOKING AT THESE XRAYS OF
MICHAEL FOX THE PLAINRIFFS.. THE RIGHT KNEE XRAY DOES NOT LOOK THE SAME
MICHAEL FOX THE PLAINTIFF, ASKS DOCTOR FURMAN IF HE RECALLS THE XRAYS. MICHAEL FOX STATING
YOU REMBEMER THE THINNING OF THE CARTLIGE IN THIS ONE AREA. THIS XRAY DOES NOT SHOW IT
ANYMORE.
DOCTOR WALTER FURMAN GETS VERY UPSET, DOCTOR FURMAN KNOWS SOMETHING HAS HAPPENED TO THE
CORRECT XRAY, AND THIS IS NOT THE SAME XRAY AS WHEN FIRST TAKEN. DR FURMAN DOES NOT ADMIT
TO IT. BUT KNOWS THE XRAY HAS BEEN CHANGED.
MICHAEL FOX EVER SINCE COMMING TO THIS NEW DOCTOR WALTER FURMAN, THE PLAINTIFF HAS HAD THE
COUNTY SHERIFF DEPT, AND FATURNITY ORDER OF COUNTY SHERIFF ASSOCIATION AND OTHER UNKNOWN
GOVERMENT POLICE, ON THE PLAINTIFF MICHAEL FOX, STALKING THE PLAINTIFF IN THE WAITING
ROOM, AND IN THE PARKING LOT. DRIVING TO AND FROM OFFICE APPOINTMENTS...

MICHAEL FOX THE PLAINTIFF HAS HIS LAST OFFICE VISIT WITH DR FURMAN ON OCT 14 2004..

THAT MICHAEL FOX DROVE TO THIS PAIN MANAGMENT CENTER APPOINTMENT ON JUNE 14 2004,

THAT THE PLAINTIFF MICHAEL FOX IS AGAIN BEING STALKED IN THE WAITING ROOM OF THIS MEDICAL

KNEE AND HURNIA COMPLAINT

OFFICE..

THAT MICHAEL FOX THE PLAINTIFF HAS A 35 YR OLD BLOND HAIRED WOMAN WAITING ON THE
PLAINTIFF, AS THE NURSE CHECKING VITAL SIGNS AND INTERVIEWING THE PLAINTIFF MICHAEL FOX,,

AS THIS CONTINUED INTERVIW CONTINUES WITH THIS WOMAN, THE SIGNS OF GOVERMENT INTERVENTION
BEGINS... THIS WOMAN IS SOME SORT OF POLICE OR GOVERMENT TEAM PLAYER IN THE GOVEREMNENT,
WITH PARTCIAL PROVOKING AND INTIMIDATION, TOWARDS THE PLAINTIFF MICHAEL FOX.

THIS NURSE TELLING MICHAEL FOX THE PLAINTIFF THAT THE PLAINTIFF SHOULD MOVE TO ALSAKA, TO
GET AWAY FROM THE GOVERMENT AND THERE PEOPLE.. MICHAEL FOX TELLS THIS WOMAN THAT ALASKA IS
TO COLD..
MICHAEL FOX NEVER OPENS UP TO THIS WOMAN KNOWING THAT THIS IS AGAIN FUTHER GOVERMENT
STAGED INCIDENT.

DOCTOR RICHARD H. BUNDSCHU IS THE PAIN MANAGEMENT DOCTOR WHICH EXAMINES MICHAEL FOX THE
PLAINTIFF..

THAT THIS DOCTOR ASKS MANY QUESTIONS AND TAKES MANY NOTES..

ATTACHED HERETO IS THE DOCTORS PAIN MANAGEMENT REPORT..WHICH IS TOTALY FALSIFIED...AS
EXHIBIT PAGES 7-A THRU 7-E

THAT IN THIS REPORT, THIS DOCTOR RICHARD H. BUNDSCHU WRITES THE PLAINTIFF HAS NUMEROUS
OTHER WORKERS COMP CLAIMS PRIMARILY INVOLVING HIS LEFT KNEE..
THIS IS A TOTAL FALSE STATEMENT. AND A OUT RIGHT LIE
ATTACHED HERETO AS EXHIBIT 6-A
THAT THE PLAINTIFF MICHAEL FOX HAS ONLY EVER HAD ONE WORKERS COMP CLAIM TO HIS LEFT KNEE,
AND THAT IS THE ONE IN FLORIDA FROM AUGUST 8 2002 WITH CNA INSURANCE.

WRITTEN ALSO BY THIS DOCTOR  ON EXHIBIT PAGE 6-A IS A STATEMENT FROM THIS DOCTOR, THAT
MICHAEL FOX WAS INVOLVED IN A WORKERS COMP INJURY FROM 1976 WHICH A PIECE OF WOULD STABED
THE PLAINTIFF IN THE LEFT GROIN AREA. AND THAT THIS IS AN ACTIVE WORKERS COMP CASE..
THAT THE PLAINTIFF MICHAEL FOX STATES THIS IS ANOTHER COMPLETE LIE THAT THE ABOVE
STATEMENT IS COMPLETLY FALSE AGAIN.
THE TRUTH IS THAT MICHAEL FOX WAS RUNNING A TABLE SAW, WHILE WORKING AT SEA RAY BOATS IN
OXFORD MICHIGAN, WHEN A PIECE OF TEAK WOOD CAME SHOOTING BACK OUT STABBING THE PLAINTIFF
MICHAEL FOX IN THE RIGHT SIDE OF THE GROIN AREA. THEN LATER IN THE PLAINTIFFS LIFE,
CAUSING RIGHT TESTICULAR CANCER.
THAT MICHAEL FOX THE PLAINTIFF HAS NO OPEN CASE ON THIS WORKERS COMP INJURY FROM 1976. AND
THAT THIS INJURY ON WORKERS COMP WAS CLOSED IN 1976..

ON PAGE 6-B OF THE EXHIBIT THIS DOCTOR WRITES THE PLAINTIFF HAS A HISTORY OF ARTHRITIS,
HOWEVER
THIS IS A COMPLETLY FALSE STATEMENT, THE PLAINTIFF HAS NEVER HAD ANY HISTORY OF ARTHRITIS
THIS DOCTOR CONTINUES TO RIGHT THAT THE LEFT TESTICUL WAS REMOVED, WHEN IT WAS THE RIGHT
TESTICUL, AND FUTHER MORE THIS DOCTOR WRITES THE PLAINTIFF HAVING A HISTORY OF TESTICULAR
CANCER, WHEN THIS WAS A ONE TIME OPERATION.
THAT THE DOCTOR WRITES THAT MICHAEL FOX THE PLAINTIFF HAS NOT USED MARIJUANA OR COCAINE
FOR 8 YEARS..
THIS AGAIN IS A FALSE STATEMENT, THAT THE PLAINTIFF HAS NOT USED DRUGS FOR TWENTY YEARS.
FROM THE TIME THIS REPORT WAS TAKEN..AND STILL HAS NOT USED ANY DRUGS FOR ALMOST 25 YEARS
TO THE CURRENT DATE AND TIME....

THAT THIS DOCTOR HAS WRITTEN A PARTCIAL FALSE REPORT ON THE PLAINTIFF MICHAEL FOX.

THAT MICHAEL FOX IS ALWAYS BEING SLANDERED, AND INTIMADED AND PROVOKE, BECAUSE THE
PLAINTIFF IS SEEKING MEDICAL TREATMENT AND CARE. BUT IS ALWAY ATTACKED IN SOME WAY, SHAPE
OR FORM....

THAT WHEN MICHAEL FOX HAD LEFT THIS DOCTORS OFFICE, MICHAEL FOX FINDS A WHITE TALL SLENDER
LONG BLACKED HAIRED WOMAN SITTING IN HER CAR, PARKED NEXT TO THE PLANITIFFS VEHICAL, THIS
WOMAN HAS HER DRIVERS DOOR OPEN AND HOOD UP ON HER VEHICAL. MICHAEL FOX KNOWING THIS IS
ANOTHER STAGED INCIDENT WITH SOME GOVERMENT POLICE. MICHAEL FOX THE PLAINTIFF IGNORES THIS
SITUATION AND DRIVES OFF
THAT THIS VEHICAL WAS NOT PARKED THERE WHEN THE PLAINTIFF HAD COME FOR THIS EVALUATION..
THAT THE PLAINTIFF HAD PARKED IN THE FARTHEST PARKING AREA, WHEN PARKING, THAT THERE WHERE

KNEE AND HURNIA COMPLAINT

NO VEHICALS PARKED WITHIN 8 TO 10 PARKING SPOTS. THAT THIS WOMAN WAS INFACT STALKING MICHAEL FOX, BY AND THROUGH SOME POLICING AGENCYS.

THAT THE PLAINTIFF MICHAEL FOX PULLS OUT OF THE PARKING LOT ONTO THE ROAD AND A SHERRIFF DEPUTY PATROL CAR COMES FLYING OUT OF THE PARKING LOT AND DRIVES RIGHT UP ON TO MICHAEL FOXES REAR END.. AS TO INTIMADE AND PROVOKE THE PLAINTIFF MICHAEL FOX...

THAT MICHAEL FOX LEFT THE STATE OF FLORIDA ON OCTOBER 22 2004 DUE TO THE CONTINUING ATTACKS BY THESE GOVERMENT POLICING AGENCYS AND OFFICIALS. TO WHERE MICHAEL FOX COULD NOT STAND LIVING IN FLORIDA ANY LONGER...

THAT MICHAEL FOX CONTACTED ANNA SALES THE PLAINTIFFS WORKER COMP AJUSTER, FROM HENDERSON NEVEDA REGARDING DOCTORS FOR FOLLOW UP CARE..

THAT MICHAEL FOX WAS MAILED DOCTORS NAMES AND ADDRESSES FOR THIS AREA OF HENDERSON NEVEDA, THAT MICHAEL FOX HAD PICKED DOCTORS IN HENDERSON NEVEDA FOR FOLLOW UP AND ADDITIONAL MEDICAL CARE.

THAT ANNA SALES THE WORKERS COMP CASE MANAGER, WOULD NOT PROVIDE MICHAEL FOX THE PLAINTIFF ANY APPOINTMENTS WITH UROLIGIST DOCTORS OR ORTHOPEDIC DOCTORS, OR PAIN MANAGEMENT DOCTORS.

THAT MICHAEL FOX THE PLAINTIFF HAD TO MAKE DOCTOR APPOINTMENTS WITH DR. KARLA THE HURNIA SURGEON, AND THE ORTHOPEDIC DOCTOR WALTER FURMAN, AND THE PLAINTIFF HAVING TO DRIVE BACK TO FLORIDA DUE TO THE GROSS NEGLIGENCE OF THIS ANNA SALES FROM CNA INSURANCE, REFUSING TO SUPPLY THE PLAINTIFF MICHAEL FOX, WHITH MEDICAL APPOINTMENTS..

THAT IF MICHAEL FOX WOULD HAVE NEVER DRIVEN BACK TO FLORIDA, THE ONE YEAR TIME LAPSE WOULD HAVE EXPIRED SINCE THE PLAINTIFF SEEING DOCTORS.
AND DUE TO WORKERS COMP REGULATIONS AND CNA INSURANCE REGULATIONS, IF YOU DO NOT SEE A DOCTOR WITHIN THE ONE YEAR TIME FRAME. YOUR WORKERS COMP CLAIM IS CLOSED. AND YOU LOSE ALL YOUR WORKERS COMP BENIFITS UNDER FLORIDA LAW..

THAT MICHAEL FOX DROVE TO SEE DOCTOR KARLA THE HURNIA DOCTOR AND DOCTOR FURMAN THE ORTHOPEDIC DOCTOR FROM HENDERSON NEVEDA, AND DROVE TO FORT MEYERS FLORIDA IN APRIL OF 2005..

THAT MICHAEL FOX AGAIN CONTACTED ANNA SALES THE FOLLOWING YEAR FROM CHORPUS CHRISTI TEXAS. ON OR AROUND JANUARY 24 2006 REGARDING DOCTORS FOR THE CHORPUS CHRISTI TEXAS AREA..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 8-A

AT THIS TIME MICHAEL FOX THE PLAINTIFF IS TOLD THAT THE PLAINTIFF HAS A NEW CASE WORKER, BY ANNA SALES, AND THAT MICHAEL FOX NEEDS TO CONTACT CHARLES BARD..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 9-A

THAT MICHAEL FOX CONTACTS CHARLES BARD FOR A LIST OF DOCTORS IN THE UROLIGIST FIELD, AND ORTHOPEDIC DOCTORS, AND PAIN MANAGEMENT DOCTORS. FOR THE CHORPUS CHRISTI TEXAS AREA.
COPY OF EMAIL SENT TO CHARLES BARD ATTACHED HERETO AS EXHIBIT 10-A

THAT MICHAEL FOX RECIEVED LETTERS FROM CHARLES BARD SENT TO MICHAEL FOX GENERAL DELIVERY IN CHORPUS CHRISTI TEXAS.

THAT MICHAEL FOX THE PLAINTIFF SENDS EMAIL TO CHARLES BARD ON RECIEVING DOCTORS LIST

THAT MICHAEL FOX EMAILED THE NAMES OF DOCTORS THE PLAINTIFF PICKED FOR TREATMENT IN THE CHORPUS CHRISTI TEXAS AREA...
COPY OF EMAILS ATTACHED HERETO AS EXHIBITS 11-A THRU 11-C

THAT MICHAEL FOX WAS ATTACKED BY A SICO SICK POLICE FORCE IN CHORPUS CHRISTI TEXAS, RELENTLESSLY AS MICHAEL FOX TRYED TO LIVED THERE...

THAT MICHAEL FOX THE PLAINTIFF, LEFT CHORPUS CHRISIT TEXAS ON FEB 3 2006 FOR GALVISTON TEXAS. BECAUSE OF THE CONTINUING NONSENSE WITH GOVERMENT POLICE AND UNKNOWNS..

THAT MICHAEL FOX WAS AGAIN INVOLVED IN A FULLY STAGED CAR WRECK ON THE NIGHT THE PLAINTIFF MICHAEL FOX CAME INTO GALVESTON TEXAS AT 12 MIDNIGHT FEBUARY 4 2007 AS THE PLAINTIFF WAS SLEEPING IN THE BACK OF THE PLAINTIFFS VAN, TOTALING THE PLANTIFFS VAN, AND ALMOST KILLING THE PLAINTIFF MICHAEL FOX..

Page 18

KNEE AND HURNIA COMPLAINT

THAT MICHAEL FOX CONTACTED CHARLES BARD THROUGH AN EMAIL, AND STATED THAT MICHAEL FOX HAD MOVED TO GALVESTON TEXAS AREA, BUT TO CONTINUE TO GET DOCTORS FOR THE CHORPUS CHRISTI AREA..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 12-A/

THAT MICHAEL FOX HAD NEVER HEARD A THING MORE FROM CHARLES BARD.. REGARDING APPOINTMENTS FOR THESE TWO WORKERS COMP CASES..

THAT MICHAEL FOX WAS AGAIN ATTACKED IN GALVISTON TEXAS BY THE SICO SICK GOVERMENT POLICE FORCE, AND THAT THE PLAINTIFF MICHAEL FOX LEFT GALVESTON TEXAS FOR HENDERSON NEVEDA...

THAT MICHAEL FOX WAS ATTACKED IN HENDERSON NEVEDA. BY THE SICO SICK POLICE, THE PLAINTIFFS RENTAL CAR TAMPERED WITH, AND THEN THE HENDERSON POLICE DEPARTMENT COMMING AFTER MICHAEL FOX..

THAT MICHAEL FOX LEFT FOR THE HAWAIAN ISLANDS TRYING TO GET AWAY FROM THESE SCUM...

THAT MICHAEL FOX CONTACTED CHARLES BARD FROM THE HAWAIAN ISLANDS AND WAS UNABLE TO GET THROUGH TO CHARES BARD THROUGH EMAIL AND PHONE...

THAT MICHAEL FOX SCHEDULED APPOINTMENTS BACK IN FLORIDA WITH DR. KARLA THE HURNIA SURGEON, AND HAD TO SCHEDULE AN APPOINTMENT WITH DR JOHN KAGAN, DUE TO DOCTOR FURMAN NO LONGER ACCEPTING WORKERS COMP CASES, FOR THE PLAINTIFFS KNEE INJURY

THAT MICHAEL FOX LEFT MESSAGES ON CHARLES BARD ANSWERING SERVICE FROM THE HAWAIAN ISLANDS, BUT COULD NOT GET THROUGH.

THAT MICHAEL FOX CALLED CHARLES BARD AND CHARLES BARD MANAGER ON APRIL 3 AND 4 OF 2006 THAT MICHAEL FOX SPOKE PERSONALY TO CHARLES BARDS MANAGER, AND MICHAEL FOX IS AGAIN ATTACKED VERBALY BY THIS WOMAN, AS MICHAEL FOX IS REQUESTING APPROVALS OF OFFICE VISITS BACK IN FLORIDA..

ATTACHED HERETO ARE EMAILS TO CHARLES BARD FROM MICHAEL FOX THE PLAINTIFF, FROM THE HAWAIAN ISLANDS, THE PLAINTIFF MICHAEL FOX TRYING TO GET APPROVAL OF DOCTORS IN CHORPUS CHRISI TEXAS OR IF NOT, THE APPROVAL TO SEE THE TWO DOCTORS IN FLORIDA. DR. JOHN KAGAN THE ORTHOPEDIC DOCTOR, AND DOCTOR KARLA, THE SURGEON WHO PERFORMED THE HURNIA OPPPERATION. EXHIBITS ARE 12-A THRU 12-D

THAT MICHAEL FOX DID CALL BACK AND LEFT SOME NASTY MESSAGES REGARDING CNA INSURANCE AND THERE BUSINESS ANTICS, AND THAT THE PLAINTIFF IS SICK OF THE BULL SHIT..

THAT MICHAEL FOX FLEW BACK FROM THE HAWAIAN ISLANDS, INTO LOS ANGLES CALIFORNIA, AND DROVE BACK TO FORT MEYERS FLORIDA TO AGAIN BE ABLE TO KEEP THE TWO WORKERS COMP CASES OPEN, AGAIN BECAUSE OF THE ONE YEAR EXPIRATION DATE OF LOSING BENIFITS, IF THE INJURIED PARTY DOES NOT SEE A DOCTOR WITH-IN ONE YEAR.
THAT MICHAEL FOX WAS DENIED DOCTOR APPOINTMENTS FOR THE CHORPU CHRISTI TEXAS AREA, AGAIN BY ANOTHER CNA AJUSTERS, NAMED CHARLES BARD.

THAT MICHAEL FOX KNOWS AND BELIEVES THAT THIS IS DONE TO PREVENT MICHAEL FOX FROM SEEING DOCTORS, AND THE POSSIBLE TO GET THE PLAINTIFF TO GO OVER THE ONE YEAR EXPIRATION SINCE SEEING THE LAST DOCTOR. THUS CAUSING THE PLAINTIFF TO LOSS ALL BENIFITS FROM THESE TWO WORKERS COMP CASES..

THAT MICHAEL FOX WENT TO DOCTOR KARLA'S OFFICE, AND DOCTOR KARLA IS NOT THERE, BUT THERE IS ANOTHER DOCTOR THAT WILL EXAMINE MICHAEL FOX..

THAT MICHAEL FOX IS EXAMINED BY DOCTOR GORDON BURTCH, THIS DOCTOR CLAIMS THERE IS NOTHING WRONG WITH THE PLAINTIFF MICHAEL FOX.

THAT MICHAEL FOX EXPLAINS ABOUT THE PAIN HE IS STILL IN, AND WHY IS THE PAIN STILL THERE, DOCTOR GORDON BURTCH EXPLAINS HE DOES NOT KNOW WHY, POSSIBLE SCAR TISSUE FROM PAST SURGURIES

THAT MICHAEL FOX EXPLAINS TO THIS DOCTOR GORDON BURTCH THAT THE PLAINTIFF NEVER HAD THIS PAIN IN THE LEFT GROIN AREA AND THE LEFT GROIN AREA IS STILL TO THIS CURRENT TIME SWALLON OUT 3/4 OF AN INCH. FROM THIS HURNIA THAT MICHAEL FOX THE PLAINTIFF HAD GOTTEN ON AUGUST

KNEE AND HURNIA COMPLAINT

15 2003

THAT MICHAEL FOX ASKS THIS GORDON BURTCH IF THE PLAINTIFF MICHAEL FOX WILL LIVE IN THIS PAIN THE REST OF HIS LIFE.. DOCTOR GORDON BURTCH EXPLAINS HE DOES NOT KNOW.

THAT DOCTOR GORDON BURTCH OPENS THE EXAM ROOM DOOR AND WALKS OUT, AGAIN THERE IS STANDING A MAN AND WOMEN RIGHT OUTSIDE THIS DOOR
THAT DOCTOR GORDON BURTCH EXPLAINS TO MICHAEL FOX THAT THERE IS NOTHING WRITTEN IN DOCTOR KARLS OFFICE NOTES ABOUT SEEING A UROLIGIST OR ANY NOTES REGARDING PAIN MANAGEMENT.
THAT DR. GORDON BURTCH OPENS THE DOOR TO THE EXAM ROOM, THERE IS A MAN AND WOMAN STANDING RIGHT OUTSIDE THE DOOR THAT HAS BEEN LISTENING IN.
THAT DOCTOR GORDON BURTCH SHOW MICHAEL FOX THE FILE AS WE ARE STANDING IN THE HALLWAY AS THESE TWO OTHER PEOPLE STAND THERE LOOKING AN LISTENING..
MICHAEL FOX THE PLAINTIFF CAN SEE THE NOTES WRITTEN AND THAT SOMEONE AGAIN HAS CHANGED THE DOCTORS REPORTS..

THAT MICHAEL FOX THE PLAINTIFF IS WONDERING EVEN IF THIS MAN CLAIMING TO BE DR BURTCH IS REALLY DOCTOR BURTCH.

THAT WHO ARE THESE TWO PEOPLE STANDING OUTSIDE THE DOOR, WHEN DOCTOR BURTCH OPENS THE DOOR AND CONTINUES TO LISTEN TO DOCTOR BURTCH AS MICHAEL FOX IS SHOWN THE MEDICAL FILE..

THESE ARE AGAIN THE SICO SICK POLICE THAT TRACK AND CHASE MICHAEL FOX ALL OVER THIS COUNTRY, AND DENIE THE PLAINTIFF A TRUTHFUL EXAMINATION, AND MEDICAL TREATMENT...

MICHAEL FOX THE PLAINTIFF LEAVES THIS OFFICE SAYING NOTHING TO NO-ONE.

THAT MICHAAEL FOX SEES DR JOHN KAGAN FOR THE KNEE INJURY, AND DOCTOR KAGAN AND HIS ASISSTANT ARE QUESTIONING MICHAEL FOX IN REGARDS TO DOCTOR WALTER FURMAN, THE PLAINTIFFS 2ND ORTHOPEDIC DOCTOR..
THAT MICHAEL FOX WAS UNDER A FULL WATCH WHILE SEEING DOCTOR JOHN KAGAN...

THAT AFTER THIS APPOINTMENT, THE PLAINTIFF MICHAEL FOX LEAVES AND DRIVES RIGHT OUT OF FLORIDA, AND BACK TO CALIFORNIA...

THAT THE FOLLOWING YEAR, IN JANUARY 2007 MICHAEL FOX CONTACTED CHARLES BARD THROUGH CERTIFIED MAIL, AND ASKED TO HAVE DOCTORS NAMES AND NUMBERS MAILED TO MICHAEL FOX AT GENERAL DELIVERY IN SAN DIEGO CA. 92138...
COPY OF LETTER--COPY OF RETURN RECEIPT REQUEST ATTACHED HERETO AS EXHIBITS 13-A AND 13-B
THAT MICHAEL FOX HAD NEVER RECIEVED ANY LIST OF DOCTORS, FOR SAN DIEGO CALIFORNIA, FROM CHARLES BARD.

THAT MICHAEL FOX MAKES PHONE CALLS FOR APPOINTMENTS IN FLORIDA AGAIN, BECAUSE OF NEVER RECIEVING A LIST OF DOCTORS FROM CHARLES BARD THE WORKERS COMP AJUSTER, FOR THE PLAINTIFF.
THAT THE PLAINTIFF MAKES APPOINTMENTS WITH DOCTOR JOHN KAGAN THE ORTHOPEDIC DOCTOR. AND DR KARLA THE HURNIA DOCTOR. DUE TO CNA INSURANCE AND THERE AJUSTERS AGAIN NOT SUPPLING MICHAEL FOX WITH DOCTORS AND DOCTORS APPOINTMENTS IN SAN DIEGO CALIFORNIA.

THAT AFTER BOTH THESE DOCTORS OFFICES FROM FLORIDA, CONTACTING CHARLES BARD, FOR APPROVAL FOR OFFICE VISITS.
MICHAEL FOX THE PLAINTIFF THEN RECIEVES EMAILS FROM CHARLES BARD, THAT HE HAS APPROVED OFFICE VISITS IN FLORIDA, BUT THAT MICHAEL FOX HAS MEDICAL APPOINTMENTS WITH A DOCTOR NAMED DR. RICHARD RICHLEY IN SAN DIEGO CALIFORNIA ON MARCH 5 2007
COPY OF EMAILS ATTACHED HERETO AS EXHIBITS 14-A THRU 14-C

THAT MICHAEL FOX HAD NEVER RECIEVED ANY NOTICE THAT THERE WAS ANY OFFICE VISIT IN SAN DIEGO CA. WITH THIS DR. RICHARD RICHLEY

THAT MICHAEL FOX THE PLAINTIFF WAS NEVER MAILED A LIST OF DOCTORS TO CHOOSE HIS OWN DOCTOR.

THAT CHARLES BARD FOUND THIS DOCTOR RICHARD RICHLEY, TO SEE THE PLAINTIFF MICHAEL FOX, WITH-OUT THE PLAINTIFFS CONSENT FOR THIS DOCTOR.....

THAT THE PLAINTIFF MICHAEL FOX TRULY WONDERS SINCE MICHAEL FOX REQUESTING APPROVAL OF DOCTORS APPOINTMENTS IN FLORIDA THAT THIS CHARLES BARD DID NOT JUST MAKE THIS APPOINTMENT WITH THIS DOCTOR RICHARD RICHLEY..

Page 20

KNEE AND HURNIA COMPLAINT

THAT MICHAEL FOX WENT TO DOCTOR RICHARD RICHLEYS OFFICE IN SAN DIEGO ON MARCH 5 2007 AND
DOCTOR RICHARD RICHLEY WAS UNAVAILABE, THAT MICHAEL FOX THOUGHT RIGHT AWAY THE GOVERMENT
HAS TRULY INTERVINED AGAIN AND MICHAEL FOX IS AGAIN BEING LEAD ON...

THAT MICHAEL FOX IS TOLD TO COME BACK TOMORROW FOR AN OFFICE VISIT--ON MARCH 6 2007

THAT MICHAEL FOX GOES TO THIS OFFICE VISIT FOR BOTH HURNIA AND ORTHOPEDIC MEDICAL
TREATMENT, AGAIN ON MARCH 6 2007

THAT MICHAEL FOX THE PLAINTIFF HAS AN INTENSE EXAM AND CONSULTATION WITH DR RICHARD
RICHLEY

THAT DR RICHARD RICHLEY HAS FOUND THAT MICHAEL FOX THE PLAINTIFF IS NOT AT MAXIUME MEDICAL
IMPROVEMENT, AND WRITE THIS IN THE REPORT.

THAT MICHAEL FOX CONTACTS CHARLES BARD TO GET APPROVAL OF A PENDING OPPERATION.
THAT DURING THIS PHONE CONVERSATION, CHARLES BARD IS EXTREMELY UP-SET THAT DOCTOR RICHARD
RICHLEY HAS FOUND MICHAEL FOX NOT AT MAXIUME MEDICAL IMPROVEMENT.

THAT CHARLES BARD TALKS A LITTLE ABOUT A SETTLEMENT, BUT MICHAEL FOX THE PLAINTIFF IGNORES
THE OFFER..

THAT AFTER THIS CONVERSATION WITH CHARLES BARD THE PLAINTIFFS WORKERS COMP AJUSTER
ON APRIL 5 2007 MICHAEL FOX RECIEVES A EMAIL FROM ANOTHER AJUSTER AT CNA INSURANCE NAMED
JENNEY MOYSON, STATING SHE IS THE PLAINTIFFS NEW AJUSTER...
THAT IN THIS EMAIL IS  A MESSAGE FOR MICHAEL FOX TO CALL JENNY MOYSON
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 15-A

THAT  MICHAEL FOX CALLS JENNEY MOYSON, AND LEAVES A VOICE MAIL MESSAGE.

THAT MICHAEL FOX THE PLAINTIFF THEN RECIEVES ANOTHER EMAIL FROM JENNEY MOYSON ON MAY 4
2007
IN THIS EMAIL STATES THAT PLEASE TRY TO KEEP CALLING, I NEED TO SPEAK TO YOU ABOUT THIS,
AND ABOUT YOUR CHECK AS WELL..
COPY OF EMAIL ATTACHED HERETO AS EXHIBIT 16-A


THAT MICHAEL FOX CALLS JENNY MOYSON FROM SHELTER ISLAND CALIFORNIA ON MONDAY OR TUESDAY
MAY 7 OR 8 OF 2007

THAT THE PLAINTIFF MICHAEL FOX IS ATTACKED BY THIS WOMAN REGARDING THE PLAINTIFFS CASE,
AND THAT THE PLAINTIFF CAN NOT GET A WORD IN EDGE WISE AS THE PLAINTIFF TRYS TO EXPLAIN
THE SITUATION.

THAT THIS JENNY MOYSON THE PLAINTIFFS NEW WORKERS COMP AJUSTER IS TELLING THE PLAINTIFF
THAT THERE IN NO KNEE REPLACEMENT AUTHORIZED, AND FURTHER TELLS THE PLAITIFF MICHAEL FOX
THAT SHE IS NOT MAILING ANY CHECKS UNTIL THE PLAINTIFF HAS HIS OPPERATION..
MICHAEL FOX THE PLAINTIFF SAYS HE IS GOING TO FAX A COPY OF THE AUTHORIZATION FOR THE KNEE
REPLACEMENT, TO YOU AS SOON AS THE PLANTIFF DRIVES OVER TO DR. RICHARD RICHLEYS OFFICE...
THAT THIS CNA INSURANCE AJUSTER JENNEY MOYSON TRYS TO SAY THAT THE AUTHORIZATION THE
PLAINTIFF HAS COULD BE FALSIFIED...

PLAINTIFF MICHAEL FOX DRIVES TO DR. RICHARD RICHLEYS OFFICE, AND HAS COPY OF AUTHORIZATION
OF KNEE REPLACEMENT, AND A COPY OF THE ENVEOPLE THE LETTER CAME IN...

CNA INSURANCE AJUSTER JENNY MOYSON AUTHORIZED THE SURGURY FOR MICHAEL FOX 2 DAYS LATTER...

THAT MICHAEL FOX BELIEVES THAT THIS CNA INSURANCE AJUSTER JENNY MOYSON MUST HAVE BEEN
INFORMED ABOUT MICHAEL FOX, AND TO FURTHER CAUSE AS MUCH GRIEF AS YOU CAN IN THE
PLAINTIFFS CASE.
THIS WORKERS COMP AJUSTER SENDS EMAILS ABOUT THE CHECK FOR PAST WEEKLY WADGES ON MAY 4
2007
THEN WHEN MICHAEL FOX TALKS TO THIS JENNY MOYSON 3 DAYS LATER, SHE GOES OFF ON MICHAEL FOX
THE PLAINTIFF, LIKE HE IS A VILLIAN, AND WILL NOT SEND THE CHECK FOR BACK WEEKLY CHECKS
DUE..

Page 21

KNEE AND HURNIA COMPLAINT

THAT MICHAEL FOX HAS PRE-OPP MEDICAL EVALUATION, AND THAT MICHAEL FOX IS DENIED SURGURY DUE TO NEEDING ADDITIONAL, MEDICAL EXAMES WITH SPECIALIST DOCTORS...

THAT MICHAEL FOX MAILED A CERTIFIED LETTER REGARDING BACK MILAGE THAT THE PLAINTIFF MICHAEL FOX HAS REQUEST TO BE PAID BY AMY BARNETT, ANNA SALES, AND CHARLES BARD, BUT ALL THREE OF THESE AJUSTERS DECLINING TO PAY.
THAT MICHAEL FOX ALSO REQUESTING THE CHECK FOR BACK PAY FROM OCTOBER 2003 TO THE CURRENT TIME.
MICHAEL FOX GIVING DETAILED AMOUNTS AND DATES FOR PAST DUE WEEKLY CHECKS, AND A DETAILED MILAGE CHART WITH TIMES AND DATES AND LOCATIONS..

THAT CNA INSURANCE RECIEVED THIS LETTER AND EXHIBITS ON FRIDAY JULY 20 2007

THAT MICHAEL FOX CALLS HIS WORKER COMP AJUSTER JENNY MOYSON ON MONDAY JULY 23 2007 AT 6:57PM/EST AND LEAVES MESSAGE FOR JENNY MOYSON TO CALL THE PLAINTIFF MICHAEL FOX AT 954-776-1391 ROOM NUMBER 111--ON TUESDAY JULY 26 2007

THAT JENNY MOYSON DOES NOT CALL MICHAEL FOX THE PLAINTIFF ON TUESDAY JULY 24 2007...

THAT MICHAEL FOX THE PLAINTIFF CALLED HIS WORKERS COMP AJUSTER  JENNY MOYSON ON TUESDAY JULY 24 2007 AT 1:53PM/EST.
THAT  JENNY MOYSON SAYS SHE HAS RECIEVED THE LETTER BUT HAS NOT READ IT YET, AND ASKING THE PLAINTIFF WHAT THE PLAINTIFF WANTS. PLAINTIFF MICHAEL FOX EXPLAINING THAT YOU OWE THE PLAITIFF MILAGE COST FOR YEARS AND THE PLAINTIFF IS  REQUESTING THE BACK PAY IN CHECKS..
THAT THIS CNA INSURANCE AJUSTER JENNY MOYSON TELLS THE PLAINTIFF MICHAEL FOX THAT SHE IS NOT PAYING ANY WEEKLY MONIES UNTIL THE PLAINIFF MICHAEL FOX HAS HIS OPPERATION..
MICHAEL FOX TELLS JENNY MOYSON THAT DR RICHARD RICHLEY HAS FOUND THAT MICHAEL FOX IS NOT AT MAXIUME MEDICAL IMPROVEMENT. JENNY MOYSON CONTINUES TO ARGUE REGARDING A CONVERSATION WITH DR. RICHARD RICHLEY
THAT MICHAEL FOX TELLS JENNY MOYSON THAT THE PLAINTIFF HAS JUST GOT DONE TALKING TO AN ATTORNEY. THAT JENNY MOYSON TELLS THE PLAINTIFF MICHAEL FOX THAT SHE CAN NOT TALK TO MICHAEL FOX DUE TO BEING REPRESENTEND BY AN ATTORNEY.
THAT MICHAEL FOX TRYS TO EXPLAIN THAT HE HAS HIRED NO ATTORNEY YET, BUT HAS AN APPOINTMENT WITH THIS ATTORNEY ON FRIDAY AT 10AM
THAT JENNY MOYSON WANTS THE ATTORNEYS NAME AND NUMBER, AND WILL CALL THEM TO CHECK, JENNY MOYSON TELLS MICHAEL FOX THAT SHE WANTS THE PLAINTIFFS PHONE NUMBER, MICHAEL FOX TRYS TO AGAIN EXPLAINS THINGS,  JENNEY MOYSON WILL NOT LET MICHAEL FOX TALK, AND TELLS MICHAEL FOX TO GIVE ME YOUR NUMBER OR I AM HANGING UP.
MICHAEL FOX TRYS TO TALK, AND JENNEY MOYSON HANGS UP ON MICHAEL FOX THE PLAINTIFF..

THAT MICHAEL FOX CALLED THE LAW FIRM OF SAM ROGATINSKY AT 954-763-9210 AND ASKED CHERYL IF THE CNA AJUSTER JENNY MOYSON HAD CALLED.. CHERYL STATES YES SHE DID..

THAT MICHAEL FOX TRYED TO CALL JENNY MOYSON BACK AT 2:22PM ON TUESDAY JULY 24 2007 BUT JENNY MOYSON ANSWERING SERVICE CAME ON, AND SAID THE MAIL BOX IS FULL..

THAT MICHAEL FOX THE PLAINTIFF CALLED OTHER PEOPLE AT THIS CNA INSURANCE TRYING TO GET THROUGH TO JENNY MOYSON, BUT WAS AGAIN SIDE LINED.
THAT MICHAEL FOX LEFT A MESSAGE ON JENNEY MOYSONS MANAGERS VOICE MAIL. AND LEFT THE PLAINTIFFS PHONE NUMBER AND TO HAVE JENNY MOYSON CALL THE PLAINTIFF MICHAEL FOX
THAT MICHAEL FOX HAS NOT RIECIEVED ANY RETURN CALL FROM JENNY MOYSON AS OF THURSDAY JULY 26 2007

THAT MICHAEL FOX STATES THAT ITS ALWAYS AND INTIMADATION PROCESS WITH THESE INSURANCE AJUSTER, AND THAT MICHAEL FOX HAS ALWAYS HAD TO FIGHT TO RECIEVE MEDICAL TREATMENT, THAT MICHAEL FOX HAS BEEN DIENED PAYMENTS ON MILAGE AND WEEKLY BENIFIT CHECKS...
THAT THIS INTIMADATION PRATICE IS A WAY TO TRY TO CAUSE SUCH GRIEF THAT YOU BREAK DOWN, AND ACCEPT A CASH OUT SETTLEMENT...

THAT MICHAEL FOX THE PLAINTIFF CALLS JENNY MOYSON AGAIN ON THURDAY AT 1:46PM/EST ON JULY 26 2007
THAT THIS AJUSTER JENNY MOYSONS OUT GOING MESSAGE ON HER VOICE MAIL STATES THAT JENNY MOYSON IS OUT OF THE OFFICE UNTIL WEDNSDAY AUGUST 4 2007 AND TO CALL HERE BACK UP DABRA HOLTZ IF YOU NEED ASSISTANCE..

THAT MICHAEL FOX CALLS DEBRA HOLTZ AT 1:50PM/EST ON JULY 26 2007--THAT MICHAEL FOX SPEAKS DIRRECTLY TO JENNY HOLTZ, THIS DEBRA HOLTZ TELLING THE PLAINTIFF SHE IS NOT KNOWLEDGE OF

KNEE AND HURNIA COMPLAINT

THIS CASE.
MICHAEL FOX ASKS IF THEY ARE PAYING THE BENIFITS THE PLAINTIFF REQUEST. DEBRA HOLTZ
CONTACTS HERE MANAGER ANYOH COOK..
DEBRA HOLTZ THEN TELLS MICHAEL FOX THE PLAINTIFF, THAT THEY ARE PAYING NO BENIFITS, AND
THAT THEY CAN NO LONGER TALK TO THE PLAINTIFF MICHAEL FOX DUE TO THE PLAINTIFF TALKING TO
ATTORNEYS.

THAT JENNY MOYSON TOLD THE PLAINTIFF THAT SHE CAN NOT TALK TO THE PLAINTIFF IF THE
PLAINTIFF IS TALKING TO AN ATTORNEY,,
CNA WORKER COMP AJUSTERS STATES THAT THEY CAN NOT TALK TO THE PLAINTIF, IF REPRESENTED BY
LEGAL COUNSEL. AND NOW THESE AJUSTERS SAY, THEY CAN NOT TALK TO THE PLAINTIFF MICAEL FOX
IF THE PLAINTIFF IS TALKING TO ATTORNEYS..
THAT MICHAEL FOX IS NOT REPRESENTED BY LEGAL COUNSEL.. AND THAT CNA INSURANCE AJUSTERS
HAVE BEEN TOLD BY MICHAEL FOX AND BY THE LAW FIRM OF SAM ROGATINSKY, THAT MICHAEL FOX IS
NOT REPRESENTED BY LEGAL COUNSEL..

THAT CNA HAS BEEN RELENTLESS ON HARRASSING THE PLAINTFF MICHAEL FOX, AND NOT ALLOWING
MICHAEL FOX DOCTORS APPOINTMENTS IN OTHER STATES, TO WHERE MICHAEL FOX HAS HAD TO DRIVE
BACK TO FLORIDA

THAT CNA HAS DEPREIVED MICHAEL FOX OF WORKERS COMP BENIFITS... THAT CNA INSURANCE HAS
DENIED MICHAEL FOX THE PLAINTIFF OPPERATIONS THAT ARE RIGHTFULLY DUE..

THAT CNA HAS WITH GREAT MALICE AND INTENT, ACTED OUT AGAINST THE PLAINTIFF MICHAEL FOX AT
A STAGED MEDIATION TO WHERE THEY TRY TO PROVOKE MICHAEL FOX INTO A SETTLEMENT TO WHERE
THEY STATE THERE IS NO KNEE REPLACEMENT AUTHORIZED..

THAT MICHAEL FOX IS RELENTLESS TOLD THAT THERE IS AN ATTORNEY REPRESENTING YOU, WHEN THIS
IS NOT TRUE,

THAT THE PLAINTIFF HAS FURTHER HAD PROBLEMS WITH AJUSTER WHO STATE THAT MICHAEL FOX THE
PLAINTIFF IS REPRESENTING ON THE PLAINTIFFS HURNIA CLAIM, AND AJUSTERS WILL NOT TALK TO
THE PLAINTIF

THAT MICHAEL FOX THE PLAINTIFF RESERVES THE RIGHT TO AMEND AND ADD TO THIS COMPLAINT FROM
PAST AND PENDING ISSUES REGARDING THESE ISSUE.
THAT MICAEL FOX HAS NOT ADDED A LOT OF STATEMENT TO THIS COMPLAINT. INCLUDE PHONE CALLS
THAT WHERE MADE.

THAT CNA INSURANCE AND THERE UNDERCOVER POLICE, AND OTHER UNKNOWN POLICING PEOPLE HAVE
RELENTLESS TRYED TO PROKE AND INTIMADE THE PLAINTIFF THROUGH OUT THESE WORKER COMP
CLAIMS..

THAT THE PLAINTIFF MICHAEL FOX  ALWAYS TRYING TO SEE DOCTORS, BUT IS ALWAYS FIGHTING FOR A
LIST OF DOCTORS NAMES THEN HAVING APPOINTMENT  SCHEDULED...

THAT DUE TO THE GREAT EMOTIONAL AND IRRUPTABLE HARM THE PLAINTIFF HAS SUFFERED THROUGH...

THAT MICHAEL FOX THE PLAINTIFF IS SEEKING DAMAGES INCLUDING PUNITIVE DAMAGES IN THE EXCESS
OF 500 MILLION DOLLARS....

PLAINTIFF/PETIONIOER
MICHAEL FOX