Police Report of Sept 27 2003

# ARREST / NOTICE TO APPEAR

## FLORIDA HIGHWAY PATROL

1. Arrest
2. Notice To Appear — 1    Juvenile

**OBTS NUMBER:** 31001022709

**AGENCY ORI NUMBER:** FLO 369000

**Agency Report Number:** FHPF03OFF024860

**CHARGE TYPE** (Check as many as apply):
1. Felony — 2. Traffic Felony — 3. Misdemeanor — 4. Traffic Misdemeanor — 5. Ordinance — 6. Other

**Agency Arrest Number:** FHPF03OFF024860

**LOCATION OF ARREST:** I-76 M/P 123 S/B, FT MYERS FL

**WEAPON SEIZED / TYPE:** 1. Yes  2. No — No

**LOCATION OF OFFENSE:** I-76 M/P 125 S/B, FT MYERS FL

**DATE OF ARREST:** 9-27-03
**TIME OF ARREST:** 2:20
**BOOKING DATE:** 9-27-03
**BOOKING TIME:**
**JAIL DATE:** 9-27-03
**JAIL TIME:** 0758
**FINGERPRINTED:** AFIS — BY:

**ARREST NUMBER:** 81 3415
**COUNTY ID NUMBER:** 136 42S
**OTHER LOCAL NUMBER:**
**FDLE NUMBER:** 04282521
**DOC NUMBER:**
**FBI NUMBER:** 333412PAO

**NAME:** FOX, MICHAEL THOMAS

**RACE:** W — White, B — Black, I — American Indian, O — Oriental/Asian — W
**SEX:** M
**DATE OF BIRTH OR AGE:** 12/26/1958  44
**HEIGHT:** 6-0
**WEIGHT:** 260
**EYE COLOR:** BLU
**HAIR COLOR:** BRO
**COMPLEXION:** MED
**BUILD:** LRG

**SCARS, MARKS, TATTOOS:** SCAR BELLY, LFT KNEE

**LOCAL ADDRESS:** 19108 HARBOUR TREE CT, N FT MYERS FL 33903
**PHONE:**
**RESIDENCE TYPE:** 2

**PERMANENT ADDRESS:** SAME,
**PHONE:**
**ADDRESS SOURCE:** VERBAL

**BUSINESS ADDRESS:** , UK
**PHONE:**
**OCCUPATION:** BUILDER

**DRIVERS LICENSE STATE/NUMBER:** FL F200558584550
**SOCIAL SECURITY NUMBER:** 364742461
**INS NUMBER:**
**PLACE OF BIRTH:** BRISTOL, PA
**CITIZENSHIP:** US

**CO-DEFENDANT NAME:** N/A,

**CO-DEFENDANT NAME:**

**CHARGE DESCRIPTION:** 03.79433TT
**COUNTS:**
**STATUTE VIOLATION NUMBER:**
**STATE ATTORNEY NUMBER:**
**COURT NUMBER:**
**VIOLATION OF SECTION (ORD):**

**CHARGE DESCRIPTION:**
**COUNTS:**
**STATUTE VIOLATION NUMBER:**

The undersigned certifies and swears that he / she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.

On the **27** day of **SEPTEMBER 2003** — A.M. P.M.

On 09-27-03 at approx 2:20am I, Tpr GT Smyrnios, was stopped on I-75 M/P 125 S/B with my blue lights activated. I was finishing a few notes from a traffic crash from a few minutes earlier. While I was sitting there I heard a horn honking as a vehicle approached mine from the rear. I looked up and saw a maroon minivan pass me (traveling south) in the inside lane. There was no other vehicles around the van at the time it passed me. The horn started blowing about 100 feet behind me and continued blowing after it passed me for about another 100 feet. I put my car in gear and followed after the van. I never lost eye sight with the van. I conducted a traffic stop on the van at mile marker 123 S/B. I approached the driver's side door, and spoke with the driver (sole occupant) in the van. I advised him why I pulled him over. He advised

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

**OFFICER'S/COMPLAINANT'S SIGNATURE**

**TPR GT SMYRNIOS**  2092/1306 F
**NAME (Printed)**

**PAGE 1 OF 2**

# NARRATIVE CONTINUATION

| | | 1. Offense  2  Juvenile | 1. Original  1 |
|---|---|---|---|
| | | 2. Arrest | 2. Supplement |

**FLORIDA HIGHWAY PATROL**

| Agency ORI Number | Agency Name | | Agency Report Number |
|---|---|---|---|
| | | | FHPF03OFF024860 |

| Original DateReported | Case Reference |
|---|---|
| 09/27/2003 | MICHAEL THOMAS FOX |

me that he did not blow his horn. I asked for his license and he handed me a DL out of Michigan (Michael Thomas Fox DOB

12-26-58). I asked him if he had a Florida DL and he said, "No". He further advised that he had never been issued a FI DL. A

computer check revealed that his Michigan DL was valid, however his status to drive in Florida was suspended. The FI DL

number in this report is a generated Administrative number only. Records show that the defendant has four suspensions in

Florida: on 03-13-96 susp 1 year for refusal to submit to a breath test (Lee Co); 06-11-96 susp for failed to appear in Lee Co

(X 2); 12-04-02 failed to pay. At 2:45am the defendant was arrrested and delivered to the Lee County jail.

| | | | |
|---|---|---|---|
| **sport Contains** | | | **Related Report Number(s)** |
| Officer(s) Reporting | | ID. Number(s)    Troop | Date  09/27/2003 |
| Officer Reviewing (If Applicable) | ID. Number    Routed To    Referred To | Assigned To    By | Date |
| Case Status | Clearance Type  1. Arrest    3. Unfounded  2. Exceptional    A-Adult  J-Juvenile | Date Cleared    Arrest Number | Number Arrested |
| Exception Type  1. Extradition | 2. Arrest on Primary  Offense Secondary Offense    3. Death of Offender  4. V/W Refused to | 5. Prosecution Declined  6. Juvenile / No Custody    OBTS Number | Page  2  of  2 |

*My Copy*

IN THE 20TH CIRCUIT COURT FOR LEE COUNTY, FLORIDA



**PLAINTIFF**
People of the State of Florida
State Attorneys Office
1700 Monroe Street
Fort Meyers, Florida 33902
PH: 239-335-2700

**CASE NO.**
0379433TT

vs



**DEFENDANT**
Michael Thomas Fox
P. O. Box 111621
Naples, Florida 34108
PH: 239-592-6392

## DEFENDANTS MOTION TO CONSOLIDATE

State Statute 7-44 Motion; Consolidate, proceedings in Action

Now comes the Defendant Michael Thomas Fox on A motion. Consolidate Proceedings in Action and state the following.

1)    That Defendant Michael Fox asks this Honorable Court to consolidate Traffic Citation #3539 CJN with Traffic Citation #3540 CJN.

2)    That Traffic Citation #3540 will be heard at 8:30 a.m. December 5, 2003 in Honorable Judge Porters Court Room.

3)    That Traffic Citation #3539 CJN is a civil offense and the sole reason that the Florida Highway Patrol stopped the Defendant Michael Fox.

4)    That Traffic Citation #3540 CJN is a misdemeanor.

5)    That the same principles of strict liability apply in both cases so that all Discovery Against Defendant on the issue of liability should be consolidated to save expense in accordance with State Statue 7-44.

*My Motion I filed To
Consolidate the Traffic Tickets
I Recieved into one Case.*

6)    Attached Hereto is Traffic Citation #3539 CJN as Exhibit 1.

7)    Attached Hereto is Traffic Citation #3540 CJN as Exhibit 2.

8)    That Defendant Michael Fox received a parking ticket while at the Courthouse and that this Parking Ticket also be consolidated Ticket #200316403.

9)    That if this Above infraction would have never happened the Defendant would have

10)    That the Parking ticket is attached hereto as Exhibit 3.

State Attorneys Office

Fort Meyers, Florida  33902

In Pro Per The Defendant
Michael T. Fox

DATE: Oct 27 2003

Exhibit 1

**FLORIDA UNIFORM TRAFFIC CITATION**

3539-CJN CHECK DIGIT 1

**REPORT OF ACTION ON CASE**

COUNTY OF
LEE

☒ CITY/TOWN ☐ CSPD ☐ B/SO ☐ OTHER

CITY (IF APPLICABLE)
FT MYERS

AGENCY

OFFICER - AGENCY COPY

| DAY OF WEEK | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|
| SATURDAY | 09 | 27 | 2003 | 02:26 ☒ AM ☐ PM |

NAME FIRST FIRST: MICHAEL    MIDDLE: THOMAS    LAST: FOX

STREET
19109 HARBOUR TREE CT

CITY: NORTH FT MYERS    STATE: FL    ZIPCODE: 33903

| DATE OF BIRTH MO | DAY | YR | RACE | SEX | HGT |
|---|---|---|---|---|---|
| 12 | 26 | 58 | W | M | 600 |

DRIVER LICENSE NO.: F200558584660

STATE: FL    CLASS: E    COLOR/EYES: N    EXPIRES: 2003

| YR OF VEH | MAKE | BT | TYPE | STATE |
|---|---|---|---|---|
| 1995 | PLYM | | MINIV | MAR |

TAG NO.: IMP97    MI    03

I-75 M/P 125 S/B IN LEE COUNTY

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.    CHECK ONLY ONE OFFENSE EACH CITATION.

HORN- IMPROPER USAGE
FL DL # IS ADMINISTRATIVE # ONLY

☐ A SPEED VIOLATION ☒ A VIOLATION OF STATE STATUTE

SECTION: 316.271.3

3539-CJN CHECK DIGIT 1    PM

WITHIN 30 DAYS

LEE CO JAIL    09/27/2003

IN CUSTODY

TPR GT SMYRNIOS    2495    2092-1306F

**VIOLATIONS BUREAU:**
Date _____
Amt. of Fine Paid $ _____    Costs $ _____

**COURT ACTION:**
Date _____    Fine _____
Disposition _____

Amt. of Fine Paid $ _____    Costs $ _____
License Action _____

**OFFICER'S NOTES FOR TESTIFYING IN COURT:** _____

**WITNESSES:** _____

**VEHICLE DEFECTS**
Service Brake _____
Parking Brake _____
Headlights _____
Tail Lights _____
Stop Lights _____
Windshield Wiper _____
Horn _____
Tires _____
Other _____

FILED LEE CO. FLORIDA
CLERK OF COURTS
2003 OCT -1 PM 3:31

Exhibit 2

3540

UNIFORM TRAFFIC CITATION

ACTION OF SSLE

AGENCY

OFFICE

YEAR 2003

THOMAS

FL

12 26 58   W   M   60

J 088584660

STATE FL   CLASS   COL LICENSE N   VR LICENSE EXP 2003

1995   PLYM   MINIV   MAR

IMP3Y   MI   03

I-75 M/P 125 S/B IN LEE COUNTY

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.    CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED                MPH SPEED APPLICABLE             MPH

- CARELESS DRIVING
- VIOLATION OF TRAFFIC CONTROL DEVICE
- VIOLATION OF RIGHT-OF-WAY
- IMPROPER CHANGE OF LANE OR COURSE
- CHILD RESTRAINT
- SAFETY BELT VIOLATION
- IMPROPER OR UNSAFE EQUIPMENT
- EXPIRED TAG
- SIX (6) MONTHS OR LESS
- MORE THAN SIX (6) MONTHS
- NO PROOF OF INSURANCE
- EXPIRED DRIVER LICENSE
- FOUR (4) MONTHS OR LESS
- MORE THAN FOUR (4) MONTHS
- NO VALID DRIVER LICENSE
- ☒ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

DRIVING WHILE DL SUSP
12-4-02 FAILED TO PAY; 3-13-96 REFUSED TO
SUBMIT BREATH ; 06-11-96 FAILed to appear X 2
Lee Co.

☒ IN VIOLATION OF STATE STATUTE   SECTION 322.34.2

☒ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED. AS INDICATED BELOW.

3540-CJN CHECK DIGIT 5

10/13/2003           PM
1700 MONROE ST   FT MYERS   FL

LEE CO JAIL                     09/27/2003

IN CUSTODY

PR GT SMYRNIOS   2495   2092-1306F

SLIPPERY PAVEMENT: ☐ Wet ☐ Rain ☐ Night ☐ Fog
DARKNESS: ☐ Rain ☐ Unlighted ☐ Cross
OTHER TRAFFIC PRESENT: ☐ Oncoming ☐ Pedestrian ☐ Same ☐ Direction

CAUSED PERSON TO DODGE: ☐ Driver ☐ Pedestrian
JUST MISSED CRASH BY APPROX. ___ FT

CRASH? ☐ Yes ☐ No
☐ Rear End
☐ Head On
☐ Side Swipe
☐ Rear End
☐ Ran Off Roadway
☐ Intersection

☐ PD ☐ FI ☐ Fatal ☐ Vehicle

HIGHWAY TYPE: ☐ 2 Lane ☐ 3 Lane ☐ 4 Lane ☐ 4 Lane Divided
AREA: ☐ Rural ☐ Residential ☐ School ☐ Industrial ☐ Business

OFFICER'S NOTES FOR TESTIFYING IN COURT:

WITNESSES: _____

VEHICLE DEFECTS

Service Brake _____
Parking Brake _____
Headlights _____
Tail Lights _____
Stop Lights _____
Windshield Wiper _____
Horn _____
Tires _____
Other _____



## PARKING VIOLATION NOTICE

TICKET
N200316403

LIC: 1MP37       ML
PERMIT: 1
VEHICLE: MAR PLYM VN

VIOLATION:

BY OFFICIAL SIGNAGE

FINE: $40.00

HEITMAN ST.
COMMENTS:
RESERVED PKG METER BAG.

OFFICER: MG
Date:10/20/2003 Time:11:58

**PAYMENTS MAY BE MAILED TO:**
CENTRAL PARKING SYSTEM
2286 MAIN ST.
FT. MYERS, FL 33901
CHECK OR MONEY ORDERS ONLY PLEASE

*Exhibits Trying To Dismiss this case. 1-18 Pages Long*

20th CIRCUIT FOR
LEE COUNTY COURT                                    DECEMBER 19, 2003
STATE ATTORNEYS OFFICE
1700 MONROE STREET
FORT MYERS, FLORIDA 33902                                    CASE NO.
239-335-2700                                            0379433TT

VS.

DEFENDANT IN PRO PER
MICHAEL THOMAS FOX
P.O. BOX 111621
NAPLES, FLORIDA 34108

## STATE ATTORNEY LEAH HARWOOD

I am writing this letter with the following exhibits to see if we might be able to resolve this case with out a trial.

On the morning of Saturday September 27, 2003 at approximately 2:45 a.m., I was heading south on I-75.

I passed a Florida Highway Patrol car with it's flashes on. The patrol car was parked on the Right hand shoulder of the road where there was a white pick up truck pulled over.

The next thing I know, I am being pulled over. This Florida Highway Patrol Officer asks me if I have a Florida Driver's License. At this point in time I have a Michigan License Plate and a valid Michigan Driver's License. I ask this police officer why I have been pulled over. This officer tells me that I blew my horn at him.

This Florida Highway Patrol Officer arrests me for unpaid traffic citations and proceeds to search my vehicle with a vengeance. I was ticketed for the illegal use of the horn and driving on a suspended driver's license at this time. I spent two days in jail until I could bond out on a $500.00 cash bond.

I went to see two different attorneys regarding these tickets and the arrest. I can not afford to pay thier price tag.

I go ahead and pay all past tickets off. I then enrolled in the David Lawrence Center DUI II course and completed the program on September 15, 2003.

On October 9, 2003 I paid the reinstatement fee and my driving privileges in the State of Florida were reinstated.

On the following page is an itemized list of various expenses incurred in order to reinstate my license and some various charges related to the case;

| Henry County Traffic Ticket | 189.00 |
| Lee County Traffic Ticket | 85.50 |
| Lee County Records | 2.00 |
| | 4.10 |
| Reinstatement Fee | 155.25 |
| David Lawrence Center | 300.00 CONT. ON FOLLOWING |

| CONT'D | | |
|---|---|---|
| | Tow Vehicle | 175.00 |
| | Typing Fee and Fax | 17.00 |
| | Typing Fee | 10.00 |
| | Parking Violation While In Court | 40.00 |
| | TOTAL | 977.85 |

Ms. Leah Harwood, I spent two days in jail and have spent $977.85 to straighten out my license.

I also ask you this Ms. Leah Harwood, who is going to blow their horn at any police officer at 2:45 a.m. in the morning? Either the driver is drunk, high on dope, or he is mentally disturbed.

Also, I myself know that I have unpaid tickets and that if I am pulled over I will go to jail. This scenario does not make logical sense. This was an illegal stop because of the Horn Blowing Ticket that was issued.

I ask you Ms. Harwood, to dismiss the horn blowing ticket because it is untrue and to further dismiss the driving with license suspended due to the fact that the reason I was pulled over was illegal. That I, the defendant, Michael Thomas Fox, have paid all traffic tickets, reinstatement fees, and have enrolled in and completed the DUI II course at the David Lawrence Center. I have spent a total of 977.85 to straighten out my license in this situation and I also ...

I need to settle this case because I am trying to leave the Sate of Florida. This case is not scheduled for trial until February 10, 2004.

Please, respond by mail to Michael Thomas Fox P.O. Box 111621 Naples, Florida 34108, and thank ...

Defendant In Pro Per
Michael Thomas Fox

**TEMPORARY RECEIPT**
HENDRY COUNTY, FLORIDA

1221-79

DATE 10/3/03

RECEIVED FROM Michael T. Fox

AMOUNT One hundred eighty-nine & no/100 DOLLARS $ 189.00

FOR 02TR4431

| HOW PAID: | |
|---|---|
| CASH | |
| CHECK | |
| MONEY ORDER | ✓ |

for SC Services $75.60    PAYEE

Following Page is letter from Hendry
County Along with this Paid Receipt

DATE:          Oct 03, 2003

TO:            DEPARTMENT OF HIGHWAY SAFETY
ATTN:          REVOCATION & SUSPENSIONS
REF:           FOX MICHAEL THOMAS
DOB:           Dec 26, 1958
CITATION #:    4551BLA
DL STATE:      FL
DL NUMBER:     F200558584660

TO WHOM IT MAY CONCERN:

Please accept this letter as verification of the status of
a citation issued in HENDRY COUNTY, FLORIDA to the above
individual. This letter pertains only to the traffic
citation listed above and is not intended to be a complete
record of all cases filed against the individual.

Please do not accept this form if it is not signed and
stamped with the seal from this office.

If there are any questions regarding the information
listed, please contact this office at 863-675-5209.

This citation was paid/dismissed on 10/03/2003.

Sincerely,

BARBARA S BUTLER
Clerk of the Court

By:
Deputy Clerk

Case 3:07-cv-02388-DMS-POR    Document 1-7    Filed 12/20/2007    Page 12 of 74

PAYMENT RECEIPT

10/03/2005                         NOT A RECEIPT UNTIL

Disposition Name : FOX, MICHAEL THOMAS
Case Number      : 96012425L

This is A Paid Receipt

All The Following Page

Bellongs with this Page

Dave No Head Lights ON

**ATE OF FLORIDA**

## COMPLIANCE WITH COURT REQUIREMENTS FOR A TRAFFIC VIOLATION OR INFRACTION
### YOUR DRIVING PRIVILEGE WILL NOT BE REINSTATED UNTIL YOU PRESENT THIS NOTICE TO ANY DRIVER LICENSE EXAMINING OFFICE.

| | TYPE ACTION | Citation No. | Offense Date | Offense | | | | State Statute No. |
|---|---|---|---|---|---|---|---|---|
| VIOLATION | R | 669013-P | 03-13-96 | HEADLIGHTS DRIVE W/O RISE/SET | | | | 316217 1 |
| | | Penalty 85.50 | Date Failed To Meet Court Requirements OHSMV SUSPENSION DATE | Must Comply By This Date To Avoid Suspension Mo. Day Year 04-25-96 | | Mo. Day Year N/A | Date Satisfied Court | Mo. Day Year 6-5-03 |

**CHECK APPLICABLE BOX(ES):**

| 5 FAILED TO PAY FINE | 1 FAILED TO APPEAR X | 2 FAILED TO COMPLETE COURT ORDERED SCHOOL | SUSPENSION REISSUED |
|---|---|---|---|
| 3 ELECTION MADE WHEN NOT ELIGIBLE | 8 SCHOOL ELECTION MADE | 9 FAILED TO ATTEND | 7 CRIMINAL TRAFFIC ONLY |

| DEFENDANT | Driver's License No. F200603792983 | State MI | Date of Birth 12-26-58 |
|---|---|---|---|
| | Name (First, middle or maiden and last) MICHAEL THOMAS FOX | | Sex M |
| | Street 8875 TACKELS CT | | |
| | City, State, Zip Code WHITE LAKE, MI 48386 | | |

| VEH | Vehicle Lic. No. LMZ203 | State MI | Year 1984 | Make DODG |
|---|---|---|---|---|

| COURT INFO | Case # 96012420TT |
|---|---|
| | Court Lee County Traffic Violations Bureau |
| | Mailing Address P O BOX 9348 |
| | City FORT MYERS | Code 40 | State FL | ZIP Code 33902 |
| | Area Code (941) Telephone No. 335-2417 2283 |
| | Date Delinquent Notice Mailed Defendant - Criminal Offense 04-27-96 | Date Mailed State For DRV |
| | Clerk's Name CHARLIE GREEN |

DEFENDANT'S RECEIPT: FLORIDA DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES
Division of Driver Licenses
HSMV 75006 (Rev. 4/85)   Tallahassee, Florida 32399-0575

(AFFIX CLERK'S SEAL)

---

**ATE OF FLORIDA**

## DELINQUENCY NOTICE OF FAILURE TO COMPLY WITH A CRIMINAL TRAFFIC CITATION AS REQUIRED BY s. 322.245 F.S.
### WARNING: YOU MUST COMPLY WITH INSTRUCTIONS ON REVERSE SIDE.

| | TYPE ACTION | Citation No. | Offense Date | Offense | | | | State Statute No. |
|---|---|---|---|---|---|---|---|---|
| VIOLATION | A | 669013-P | 03-13-96 | HEADLIGHTS DRIVE W/O RISE/SET | | | | 316217 1 |
| | | Penalty 85.50 | Date Failed To Meet Court Requirements | Mo. Day Year 04-25-96 | | Mo. Day Year N/A | IMPORTANT - Instructions on Reverse | |

**CHECK APPLICABLE BOX(ES):**

| 5 FAILED TO PAY FINE | 1 FAILED TO APPEAR | 2 FAILED TO COMPLETE COURT ORDERED SCHOOL | SUSPENSION REISSUED |
|---|---|---|---|
| 3 ELECTION MADE WHEN NOT ELIGIBLE | 8 SCHOOL ELECTION MADE | 9 FAILED TO ATTEND | 7 CRIMINAL TRAFFIC ONLY |

| DEFENDANT | Driver's License No. F200603792983 | State MI | Date of Birth 12-26-58 |
|---|---|---|---|
| | Name (First, middle or maiden and last) MICHAEL THOMAS FOX | | Sex M |
| | Street 8875 TACKELS CT | | |
| | City, State, Zip Code WHITE LAKE, MI 48386 | | |

| VEH | Vehicle Lic. No. LMZ203 | State MI | Year 1984 | Make DODG |
|---|---|---|---|---|

| COURT | Case # 96012420TT |
|---|---|
| | Court Lee County Traffic Violations Bureau |
| | Mailing Address P O BOX 9348 |
| | City FORT MYERS | Code 40 | State FL | ZIP Code 33902 |
| | Area Code (941) Telephone No. 335-2417 |
| | Date Delinquent Notice Mailed Defendant - Criminal Offense 04-27-96 | Date Mailed State For DRV |
| | Clerk's Name CHARLIE GREEN |

HSMV 75006 (Rev. 4/85)

(AFFIX CLERK'S SEAL)   IMPORTANT - Instructions on Reverse


(6)

DATE: 10/06/2003
00013069482



ceipt #: T101306948

CN01.CASHIER      1306
TT00013069482
10/06/2003    *      2.00
TRANSACTION # 00008118

PAYMENT RECEIPT
TRAFFIC VIOLATION BU
10/06/2003

NOT A RECEIPT UNTIL
MACHINE VALIDATED
**************************

e Description  : COPYWORK FEE

mments:

yment Received :      $2.00      CW      WI      CA

lance Due      :      $0.00

ARLIE GREEN
ERK OF CIRCUIT COURT
E COUNTY
RT MYERS, FLORIDA                D.C.  : NANCY

⑦

‡ DATE: 10/06/2003
0001306947

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

ceipt #: TT01306947

&#4d133#
CANDI,CASHIER      12:06
TT0001306947
10/06/2003    $    4.10
TRANSACTION # 030061122

PAYMENT RECEIPT
TRAFFIC VIOLATION BU
10/06/2003

    *    NOT A RECEIPT UNTIL
    *    MACHINE VALIDATED
    **********************************

e Description  : DRIVER'S TRANSCRIPT COMPLETE RECORD FEE

mments:

yment Received :      $4.10    DTR4    W1    CA

lance Due      :      $0.00

ARLIE GREEN
ERK OF CIRCUIT COURT
E COUNTY
RT MYERS, FLORIDA              D.C. : NANCY



This Page And Following 2 Pages Are check to
Pay Reinstatement Fee

Next Page  Copy of Paid Receipt

Following Page A letter that my Drivers
Privilege is not Suspended   Dated Oct 9 2003

⑨

Florida Department of Highway Safety and Motor Vehicles
Division of Driver Licenses

MICHAEL THOMAS BOX
8875 LABELS CT
PONTIAC, MI 48054-0000

Your driving privilege is not under revocation or suspension in the State of Florida.
Please present this letter as your authority to apply for a license within 30 days from
the above date.

*(Examiner ID# 7688 )*

By the authority of:
SANDRA C. LAMBERT, Director
Division of Driver Licenses

Record/Inquiry Data:

C.I. No:            F280-553-58-466-0
Type Issued:        None
Endorsement:
Issued:
Exp:
DOB:                13/26/1958
Race/Sex:           ?O / M

COLLIER COUNTY
TAX COLLECTOR

OCT 9 _ 2003

AIRPORT
DRIVERS LICENSE

MICHAEL T. FOX
LIC. F-200-603-792-903
8075 TACKELS CT.  PH. (010) 866-1728
WHITE LAKE, MI 40390

7482

DATE Oct 9 2003

Pay to the order of David Lawrence Center    $ 300.00

Three hundred Dollars 00/100 cents

FIRST AMERICA
First of America Bank - Michigan, N.A.

000953854.7"

This Page - Copy of Check to David Lawrence Center

(Next Page (2) Registration form Time & Dates of classes

Next Page (3) Copy of Receipt for DUI CLASS

Next Page (4) Copy of completion of the David Lawrence Center DUI II Course

Collier County D.U.I. Counterattack

DUI REGISTRATION FORM

Client # DUI0310437

**ALL INFORMATION IS REQUIRED FOR REGISTRATION**

Last Name: _Fox_    First Name: _____    Middle Name: _Thomas_

Address: _Po Box 11621 Naples_ _____ _____ Apt #: _____

City: _Naples_    State: _Florida_    Zip: _34108_

Home Phone: (_248_) _592-1392_  Birth Date: _12/20/58_  Age: _44_ County of Residence: _Collier_

Sex: M (F)    Race: (White)   Black____   Hispanic____   Asian____   Native American____   Other: _____

Marital Status: Married____  (Never Married)  Divorced____   Widowed____   Separated____   Living Together____

Number of Dependents in Household: _0_    Highest Grade Completed: _Highschool Diploma 12th grade_

Social Security #: _364_ – _74_ – _2461_    Annual Income: _No of your Business_

In Case of Emergency contact (Next of Kin): _LaVonne Fox_

Phone Number of Above: (_239_) _731-5367_

Your Place of Employment: _R J Vann Mechanical_

Employment Address: _Cargo St Fort Meyers Florida_

Work Phone: (_239_) _337-4011_    Occupation: _Plumber_

Driver's License #: _F-200603 72983_ State: _MI_  Date of DUI Arrest: _3-13-96_  State of Arrest: _FL_

County of Arrest: _Lee County_    Citation #: _____    Case #: _____

Breathalyzer Test Results: _____    Breathalyzer Refused ☐ Yes ☑ No

Are You Pending Conviction: _Case Dismissed_    Court Date: _____

Probation Officer Name: _____    Location of Probation Office: _____

Date of Last Drink: _Feb 2003_

Number of previous DUI arrests (anywhere)?: _4_    Where/When? _Oakland County MT Livingston County Michigan_

Number of previous reckless driving arrests (anywhere)? _0_  Where/When? _____

Have you ever attended a DUI school before? _no_    Where? _____

**\*\*\*PLEASE READ THE PROGRAMS RULES FOLLOWING AND ON THE REVERSE SIDE\*\*\***
**ALL FEES ARE NON-REFUNDABLE**
YOU ARE REGISTERED FOR THE FOLLOWING: _11/7/03 Fri 5pm-10pm_
_11/8/03 Sat 9Am-2pm_

**EVALUATION INFORMATION**          **CLASS INFORMATION**

Date of Evaluation: _Nov 4, 2003_    Date of Class: _11-9-03 Sun 9Am-1pm_

Day of Evaluation: _Tuesday_    Day of Class: _11/15/03 Sat 8Am-1pm_

Time of Evaluation: _9Am_

Evaluator: _Paula_ ID# _7589_    Class # _435_ LEVEL: _II_ ID# _2291_

YOU MUST BRING THE FOLLOWING INFORMATION WITH YOU TO THE EVALUATION.



# DAVID LAWRENCE
## *Restoring & Rebuilding Lives*

### LEVEL II

### DUI COMPLETION CERTIFICATE

THIS IS TO NOTIFY YOU THAT

MICHEAL FOX                                    12/26/58

HAS ENROLLED IN THE COLLIER COUNTY DUI COUNTERATTACK PROGRAM, PAID THE FEE, AND SUCCESSFULLY COMPLETED THE LEVEL 2 COURSE CONSISTING OF 21 HOURS OF CLASSROOM INSTRUCTION AND THE EVALUATION PROCESS.

THE ABOVE NAMED PERSON HAS        REQUIRED TO COMPLETE A TREATMENT PROGRAM AS PART OF HIS SUCCESSFUL COMPLETION OF THE DUI PROGRAM. FLORIDA STATUE 322.292 STATES THAT FAILURE TO SATISFACTORILY COMPLETE ANY TREATMENT THAT IS PRESCRIBED BY THE DUI PROGRAM MAY RESULT IN THE CANCELLATION OF ANY

*Christine Holmes, CMHC*

ADMINISTRATIVE COORDINATOR Program Director
Collier County D.U.I. Program

11/15/03

B. COMPLETED.

LEVEL 2

DAVID LAWRENCE CENTER AT HORSESHOE DRIVE

2806 South Horseshoe Drive, Naples, Florida 34104 • voice (941) 643-6101 • fax (941) 643-7278 • www.davidlawrencecenter.org

*Copy of Tow Bill Because of the Arrest*

HARRIET C TOWING, INC dba
## AUTO RECYCLING
P.O. Box 709
Bonita Springs, FL 34133
**(239) 992-7059**

3126

DATE 9-27-03    TIME ___    REQUESTED BY RHD

LOCATION OF VEHICLE 75 SB 123

NAME OF VEHICLE OPERATOR Michael Fox

ADDRESS 19109 Harbour Isle Ct    Ft. Myers

| | SERVICE | EXTRA PERSON |
|---|---|---|
| MILEAGE FINISH | FINISH | FINISH |
| START | START | START |
| TOTAL | TOTAL | TOTAL |

YEAR 95    MAKE Plym    MODEL Van    TYPE ___    COLOR Maroon

STATE MI    LICENSE MP37    VEHICLE IDENTIFICATION NUMBER 1P4GH44L6SX610188

### REASON FOR SERVICE

| | | | SPECIAL EQUIPMENT |
|---|---|---|---|
| ✓ ACCIDENT | ABANDONED | | SINGLE LINE WINCHING |
| ARREST | STOLEN CAR | | DUAL LINE WINCHING |
| TOW AWAY ZONE | BREAKDOWN | | SNATCH BLOCK(S) |
| LOCK-OUT | JUMP-START | | SCOTCH BLOCK(S) |
| FLAT TIRE | OUT OF GAS | | DOLLY |
| REPOSSESSION | IMPOUNDED | | OTHER |

| TYPE OF TOW | TOWED PER ORDER OF | VEHICLE TOWED TO: Impound |
|---|---|---|
| FLATBED | PHP | |
| | SHERIFF DEPT | |
| WHEEL-LIFT | CITY POLICE | |
| | OWNER | SECOND TOW DESTINATION |
| SLING | TOW ZONE CONTRACT | |
| | TRAILER | |
| | OTHER | |

STORAGE    DAYS STORAGE ___    PER DAY INSIDE ___    PER DAY OUTSIDE 2    TAG #

| PAID BY | | | | TOWING CHG | 100 |
|---|---|---|---|---|---|
| CASH ✓ | CHECK 3724 | CHARGE | | MILEAGE CHG | |
| MC | VISA | AMEX | | EXT PERSON | |
| EXP DATE | DL# F300037735 | | | SPECIAL EQUIP | |
| CC# | | | | LABOR CHG | |
| SIGNATURE OF AUTH AGENT FOR TOWING CO | | DATE | | STORAGE TOT | 75 |
| Fox #7 | | | | ADMIN CHG | |
| | | | | SUBLET | |
| VEHICLE RELEASED TO | | DATE 9-29-03 | | SUBTOTAL | |
| | | | | TAX/STORAGE | |
| | | | | TOTAL | 175 |

*Invoice #* _____    **ALL TOWING PER FL STATUTE 715.78, 715.85, AND/OR 715.87**
Not responsible for loss or damage to vehicle in case of fire, theft or any other cause beyond our control.

## *Thank You*



*Typing Cost Plus Additional Typing Not Recorded*

## ACCOUNTING & CLERICAL by REEVES & ASSOCIATES, INC.

501 Goodlette Road, Suite B-204                    (239) 434-7757
Naples, Florida 34102                          Fax (239) 434-7077

October 24, 2003

Michael Fox
P.O. Box 111621
Naples, Florida 34108

STATEMENT

| | |
|---|---|
| Type 2 page Defendants Motion | $ 15.00 |
| Fax Service | 2.00 |
| Balance Due | $ 17.00 |

Pd  Ck# 7488

Copy of Parking Ticket while I was
At Court on this Issue

# PARKING
# VIOLATION
# NOTICE

## TICKET
## #200316403

PERMIT: T
VEHICLE: MAR PLYM VN

VIOLATION:
OFFICIAL SIGN. PROHIB.
BY OFFICIAL SIGNAGE

FINE: $40.00

LOCATION:
HEITMAN ST.
COMMENTS:
RESERVED PKG METER BAG

OFFICER: MG
Date: 07/20/2003 Time: 11:55

PAYMENTS MAY BE MAILED TO:
CENTRAL PARKING SYSTEM
2286 MAIN ST.
FT. MYERS, FL 33901
CHECK OR MONEY ORDERS ONLY PLEASE



REPRESENTING:

CHARLOTTE

COLLIER

GLADES

HENDRY

LEE

**Stephen B. Russell**
*State Attorney*

OFFICE OF THE STATE ATTORNEY

*Twentieth Judicial Circuit of Florida*

P.O. Box 399

Fort Myers, FL 33902-0399

Telephone (239) 335-2700
FAX (239) 335-2787

Website: www.sao.cjis20.org

**January 7, 2004**

Michael Thomas Fox
P.O. Box 111621
~~Naples, FL 34108~~

RE:  State v. MICHAEL THOMAS FOX
Case No. 03-079433TT

Dear Michael Thomas Fox:

I have received your letter and documentation of the work you have done to restore your license. In consideration of this I will offer you the following plea agreement:

Plea of No Contest to Driving While License Suspended or Revoked.

Sentence:  With Proof of a Valid Drivers License, Credit for Time Served and a Withhold of Adjudication.

If you are interested in this plea agreement it can be accepted at your next court appearance or you may set this for an earlier plea with the Judges office.

Leah L. Harwood
Assistant State Attorney

LLH:LLH

*Letter I Recieved From State Attorney Regarding All Letter I work her*

Page
1 of 12

## Discription of Events  Collier County

Since my Arrest on Sat Sept 27 2003. I went And saw Three Different Attorneys on This case From Lee County.

I did not like what Any of them Told me, So I left. I Do not Trust Attorneys Because of How the Goverment has Gotten To Every Attorney I Hired. I went And Paid off Every Ticket, And Did what I had to do to Get my License Reinstated.

I was Layed off from my Job Friday Oct. 3, 2003.

On October 8, 2003  I went To The Collier County Tax Collectors office to Pay my Reinstatement Fee, And Have my Drivers License Provilages Restored. I Give This man ALL my Paid Reciepts on Tickets. This man Asks me IF I have my enrollment at The D.U.I School. I Ask this man what Are you talking About. I Am TOLD That I need A enrollment Form from the David Lawrence Center, And that I would Drive north on Airport Pulling Road, Two Lights, And make A left on Horsexoe Drive. I Tell this man I will go there Right now, And come Right back.

I Gather my Papers, Turn Around And Leave. I Hear this man say, Good luck to you Mr. Fox. I Leave And I Don't Drive 150 feet up the Road, And I Am Being Pulled over By A Collier County Sheriff Deputy. I Am Right Away Provoked And intimidated By this Deputy. Then Two more Sherriff CARS come Pulling in. With 3 more Sheriff Deputies. I Told These Deputies what is going on, That I Have Every Ticket Paid, And that I Am Going Right now To Enroll At the David Lawrence center, And I will have my License Reinstated in A little while. I Beg these Police officers, not to take me to JaiL.

I Am Told I Am Getting A ticket For Driving on A

Suspended License. I tell These Sheriff Deputies I will Appear in Court. Please Don't take me to Jail. I Am surrounded By these Sheriff Deputies. And the provoking and intimidation Begins Again. I Am Then Grabed From the Back, And Handcuffs Are Put on me. I Am Put in A Deputies Car, And taken to Jail. At the in take I Am yelled At, Told To sit down, Get up, sit down, I have A young MAN with his Fist Clinched And Shaking like he is Ready To Go off on me. I was Constantly Being Provoked And intimidated. They Are Trying to get me to strike one of them.

    I Believe That the Government that watches every move I MAKE. new That I did not have the enrollment At the D.U.I School.

    That the men I saw At the Collier County Tax collectors office, That Just came Back From Break was Eating Pretzels. And Asks me Right Away for my enrollment At the DUI School. Then I Leave And I Dont go 150 ft up the Road And I AM Pulled over By A County Sheriff Deputy. I Am Provoked And intimidated to where the Deputies Tryed to get me to Resist Arrest. These Deputies Knew that I Had every Ticket Paid. I told them I would walk to the David Lawrence Center for my enrollment Form And I will have my License Reinstated today. Please Dont take me to Jail. But the Deputy in Charge elects to have me Arrested. I AM Then yelled At in Jail. And Treated like I Am A Killer.

    I spend one Day in Jail until I CAN post A 500.⁰⁰ CASH Bond.

        I Attend The D.U.I School And Complete the 22 Hours of School on Saturday Nov. 15, 2003. I Am Told That I Have to call The David Lawrence Center. And

Get my completion Certificate. I Am AT MY MOTHERS
House on Tuesday Nov 18 2003. I call the David
Lawrence Center From MY MOTHERS. I Talk to the women
Regarding my completion Certificate, I Am Told I Have to come in to
the office And fill out some Paper work And Then they will Give me
my Certficate of completion. I Am Told I Have to take the
completion Certificate Back And Have it filed At the Drivers
License Bureal. I tell this women, I will Be there Tommorrow.

    I Fagot to mention, That After my Arest on Oct 8 2003,
The next Day Oct 9 2003 I Enrolled At the David
Lawrence Center And Got my Enrollment Form And Filed it
with The Drivers License Bureau And Paid the Reinstatement
Fee And my DRiving Priviledges in Florida Have Been Reinstated
As of Oct. 9 2003

    Now After This Phone call I MADE From MY MOTHERS
House On Tuesday Nov. 18, 2003 Telling The David Lawrence
Center That I will Be There Tommorrow. On wednesday
Nov. 19 2003. I Leave Where I Am Living in Naples Florida.
And I start Driving to this David Lawrence Center. I Am
Heading south on Airport Pulling Rd. I will Have to make A
Right hand Turn on horseshoe Drive. There Are 3 Lanes Heading
South. I Am in the middle Lane. All of A sudden I noTice
That I Have to Turn Right Ahead, I merge into the the Right
Lane. I look into my Rear view Mirrow And I See A man
in A Large SU.V Vehicl He is Laughing And is on the
Cell Phone not even Looking Ahead. I Turn my Right Hand
Turn Signal on, And Turn Right. I Am DRiving no Faster
than 5 to 8 mph. As I make this Turn, I Believe I

Have Turned on the wrong Road. I come To A stop, Looking for the street sign. Next Thing I Am Hit From The Rear, From This Large S.U.V vehical. I Get out of my Car, And The man who hit me Asks me If I Am Alright. This Man saying I can't Believe this. He Asks me want I want To Do. I tell this man I need A Police Report. You hit me. The Rear Door on my mini Vann is caved in And my Rear Window In this Door is completly Blown out. This man is upset, And Asking me again, what I want To Do. I tell him Again, I need A Police Report. This man does not want to call the Police. We talk some more, And He Again Asks me what I want him to do. I tell him for the 3rd Time, you have to call the Police. This man Goes to his vehical and gets out A little Notebook. Looks up a phone number, and makes A call on His Cell Phone. He starts talking to someone on the Phone, He tells This Person That He Had Just Hit someone From the Rear, And That it is his Fault. This man who hit me, Asks this person who He is talking to, can you Help me. Can you Help me, It's my fault! O'my God I have never Been in An Accident in my life Before. He Asks this man Again, Can you Help me. This man who hit me than listens to what ever the Person is saying to him over the Phone. This man Hangs up, And Again Asks me, what I want To Do. I said, I Thought you were calling the Police. The man who hit me, said, that was the Police. He's my Friend. He is A Sargent in the Collier County Sheriff Dept. And He wants To know what you want me to Do. I AM now Getting Really Pissed off. I tell This man Again, I need

Page
5 of 12

A Police Report for my insurance. And that you hit
me. This man who hit me, is not happy with me.
He calls his sargent in the Collier county Sheriff Department
Back. And starts crying to him, Telling him that I want A
Police Report. He again asks his Friend, If he can help him. This
man who hit me then walks away so I do not hear him talking on
The Phone. He Hangs up on the Phone And starts Talking to
me. He tells me the Police Are on their way. This man who
hit me, starts telling me he is my Friend. And He can Help me.
I Am Pissed off. I Point At this man. And I tell him I have
no friends, And you sure Are not my Friend, this man who hit
me Backed off, And got Back on the phone. As I was waiting
for the Police, I Got my License, Proof of insurance, and Registration,
Two Collier County Sheriffs Patrol Cars Pull up After About 15
minutes. I Am Approach By a women and a man. Right Away,
I Am Treated Like I Am the Villian. The women Sheriff Deputy
is very Sarcastic. And Treats me like I Am Guilty. She Asks
me what happened. I tell her. This women sheriff Deputy Asks
me IF I had my Turn Signal on. I said yes. She said
Turn your Right Signal on. you should see the way she Asks
me, And Tells me to do things, very Sarcastic and real negitive
I Turn my Right Turn Signal on, It works. The Expression
on this women sheriff Deputy is unreal, She is upset that the
Blinker works. She Blurts out I want you To hit your
Brake Pedal. I Do. Her Eyes go From left To Right
on my Tail Lights. She is Discusted that my Brake Lights
Worked. She looks At the Man Sheriff Deputy And says
Some thing And Shakes her Head. And Walks Away Angry.

Page
6 of 12

This women Sheriff Deputy, And Man Sheriff Deputy, Go over And talk to the man who hit me. I can not Hear what they Are saying. These Deputys Tell me later that They will Be Back with me.

This woman Sheriff Deputy Then comes Back To me, Talking Nasty To me As she Again is Trying to intimidate me. And to Provoke me. I Right now, lash back, I Talk to her the same way she is talking to me. This women Sheriff Deputy gets upset. She can dish it out, But she can't take it when someone treats her Back the sameway. The man Deputy Then comes over And starts in on me. These Two Deputies go Back over to the women Deputys Police Car. I Am very Anger Right now. And I Am walking Back And fourth. The Sheriff Deputies Are watching Everymove I Make. As I Am waiting, And walking, There Are All Kinds of undercover Police Driving By me. There Are 3 Different times, That 3 women Drove By me, with there windows Rolled Down, And they Are By Themselfs, And when we made eye contact the would start laughing at me And stare at me As they Drove By, Shaking there Head.

After About 15 minutes, Both Sheriff Deputies Approach me. The Women Sheriff Deputy. Tells me That She is Giving Me A Ticket For Driving on A Suspended License. I say what! what Are you talking About. The man Sheriff Deputy tells me to Shot up. If I Don't shut up, I Am Going to Jail, And That My Attude Means Everything Right now. I Try to Talk Again. And this man Sheriff Deputy, Again Tells me to shut up. That my Attude means Everything Right Now. If I Do'nt Shut up I Am Going to Jail. The Women Sheriff Deputy Tells Me, She is Also Giving Me A Ticket For

Making a Illegal stop. She Hands me my Tickets, And My License And Registration Back. I Try to Speak Again, I try To Tell These Sheriff Deputies That I Have A valid Drivers License, I Am Again Told that my Attitude means Every thing Right now, And IF I Doint Shut up, I Am Going to JAIL. I Am Told to Drive my CAR in the Parking Lot here, And Leave it. Doint Let us catch you Driving this CAR, Are you will Go to Jail. This MAN Sheriff Deputy tells me, that the Piece of Paper that you Gave us was only Good for Thirty Days, And It means Nothing Right now. It is Even on the computer That your License is suspended. I Told him that He is wrong. I Am Again told To Shut up. Both Sheriff Deputies come Back up to me. The MAN Deputy Asks me for my License. I Hold it in my hand And This MAN Deputy Grabs it out of my hand, And Tells me that He is confiscating my Liscense. I Tell this MAN I Have A valid Licence, And what Am I Going to do with out my Picture License. The Women Deputy, Again starts up, telling me to get A Florida Picture I.D, And I Am Told my License will Be in the File.

I Tell Both Deputies That I Am Going to walk To The Drivers License Bureal. And find out what is wrong with my License. I tell Both Deputies That I want To Get my License Back Today, Because My License is NoT Suspended. Both Duputies Laugh At me And Tell me, you will noT Get your License Back. This Women Sheriff Deputy Tells me, To Get A Florida Picture I.D Both Deptics, Talking to me NASTY, And Trying To Provoke me And intimidate Me. AFter This is over. I walk Down To The David Lawrence Center To Get My Completion Certificate. When I Get there. He is Two Women Standing in the

Waiting Room. These Two Women start Laughing For No Reason. I Think To Myself Here we go Again. I Go to the window and talk to the Secretary. I fill out Paper work, and Sign the Papers. I Am Told To have A seat while She types up my Completion Certificate. As I sit in the Chair. These Two Women Try To start up A conversation with me. They Ask me If I WAS The one who was in the Car Accident Down the Road. I said yes. And Both these Women started Laughing At me. I started saying out Loud that the Police Are Gutless, spineless, Cowards, That Hide Behind their Badges. The women Laughed. After About 5 minutes these Two women walked out, One of these Two Women Turn Around And say Good luck to you Mike, And laugh and continue On. These Two Women Were waiting For me. How did they know my name.

I Received my completion Certificate, and Then went to to Drivers License Bueral. When I Go see one of the Clerks. I Tell him my name. I show him A Piece of Paper That I Got on Oct. 9, 2003 When I had my License Reinstated. Its has my Michigan Drivers License Number on IT. And A Tempary Florida Driver License Number on IT. I Ask This man if he will Run These Two numbers on his Computer. This MAN Runs these Two numbers, And Then Asks Me, what I WANT TO know. I Ask Him is my Drivers License ; Suspended or Revoked. The Clerk tells me, That I have A clear License From Michigan. And your Temporary Florida License number was Reinstated on Oct 9, 2003 When I Paid the Reinstatement Fee. I now show This man the Traffic Ticket I Received one hour Ago, For Driving on A suspended License, issued By the Collier County Sheriff Department. This

Drivers License Clerk, Reads My Ticket. He tells me I should have never Recieved this ticket. This Clerk then calls over A Manager To Look At This Problem. Also whil I was Explaining To This Drivers License Clerk. A Collier County Sheriff Deputy walked up and stood Against the wall, To the Right of this clerk Listening to what was said. And Looking At me, Real Tough and mean like.

Now, That the manager came up. He Runs the computer And Checks it. Then He tells me that My License is VALID. I Then Say look At This other ticket I Got. I tell them I turned on to Horseshoe Drive And stopped, Because I thought I was on The wrong street, and I Got Rear Ended By This man. And The Collier County Sheriff Deputy gave me A ticket For A Illegal Stop. They Both read the ticket. The Drivers License Clerk Says what is this. It is Always The Person in the Rear who is At fault. The manager Tells me to get An Attorney. I Give the clerk my Completion Certificate of the D.U.I School. And the Clerk Enters It on The Computer. I Ask To Have Another Print out that my License is valid. The Clerk Prints Another letter, off the computer That my License is VALID.

Now Because this man who Hit me, Had A Sargent in the Collier County Sheriff Dept, Who is his Friend. Totally have this Situation Turned Around. That this sargent Had Somehow Talked to, or had someone Else In The Collier County Sheriff Department. Give Advanced information of this Traffic Accident. And when Both Sheriff Deputies Arrived. How I was negitivly Treated. And Its Like I Am The Vilian. They Did not Treat, the man

who Hit me, Like They Did me. And The women Sheriff Duputy Checking my Turn Signals and Brakes To See If somehow She can Find ME At Fault. And How DisApponted And Angry She got when they worked.

That I AM Driving on A valid Drivers License, And that the fTorida Drivers License Computer Has It Also That my Drivers License is Clear. That Both The Drivers License Bureau clerk and the MANAGER Both Told Me That The Sheriff Department uses the same computer That we use, And has the same INFORMATION That we have. That my License is valid in Michigan. And that my Driving Pivilege's to Drive in fTorida were Reinstated on Oct. 9, 2003.

And How is it that I MAKE A Turn on to A side street at No more than 5 to 8 mph, and I MAKE A STOP, Because I Am confussed And Think I have Turned onto the wrong road. I AM Rear Ended. How Is It, That the MAN in his Large SUV vehical Did noT have time to stop at A speed of 5 to 8 mph as He Also MAde the Turn. Its Because this MAN was on the Phone And not PAying Attention To the Road. And Because This MAN HAS A Sheriff Duputy As A Friend. I Get the ticket faR ILLegal Stop.

It is Also my Belief, that Because of the Goverment investigation That I Am under. That Because of ILLegal wire TAps on the Phone. That I MAde A Phone Call From my moThers Home TO The David Lawrence Center on Nov 18 2003. And Told the David Lawrence Center, I would Be Down Tommorow morning To Get my Completion Certificate. The Goverment new That I WAS coming, And I Truly Believe, This MAN following me, who hit me. WAS Following Me. This Again. Is total Police MisConduct. I AM Again victimized And FurTher TeRRoRIzed BY The

Policing Goverment Agencys That have me under investagation.

When I went to Have My License Reinstated on Oct 8, 2003
I still needed A Enrollment form From the David Lawrence Center.

I left to get it. And I AM Pulled over By the County Sheriff Duputy
I Tell the Sheriff Duputies That I have every ticket Paid and that
I needed An enrollment form And I AM going right now TO Get it,
And my License will Be Reinstated Later Today. I Watch the Deputy
in Charge Listen To His Radio. I Am Then Arrested, And Have to Post
A 500.ºº CASH Bond.

I would think that if you have Knoledge that someone
is Getting there License Reinstated, And is Going Right now to the
David Lawrence Center To Get the Missing Document. You would cut
them A little Slack. The Sheriff Duputy Could Have wrote me A
Ticket For Driving on A suspened License. And Let me walk to
the David Lawrence CENTER. Like I told the Sheriff Deputies I
Would. But After The Deputy Listens to his Radio. I AM
Arrested And Highly Provoked when I ARrive At the JAIL.

WAS This Because The Sheriff Department HAS A Code.
IF my name comes up on there ComputeR. This Code that
is Programed on the computer is How to treat the indiviual.

I Have Wrote letters And with Exhibits Regarding
The Events in Each Case To the state Prosecuting Attorney
in Lee County and Collier County. I Listen to other cases
That Are Called Before Mine. And I F The Defendant
Paid off his tickets, And Had His License Reinstated. The
Prosecuter Would Dismiss the Case. I Have Asked For the
Same, And I have Been Denied. Why? Because MY
NAME IS Michael FOX. And I AM ON The

Gouerments Hit List. And I Refuse to work As A Police informont, or A Team Player.

Attached To This is ALL Documents that have Been Filed with the collier County Court.

From The Discription of Events in The Lee County Case. And the Discription of Events in the Collier County Case. You can see Police Misconduct, Police Abuse of Authority, Police intimadation.

After You Read This And Examine The Documents Filed in Court in collier County. I Ask you To Read the letter I Also wrote of Some of the Events that I Have gone throush In my Life. This only Scratches the suface of what I have Gone throush, Because of the Policing Gouerment Agencies that Follow me.

Thank You

Date Printed:10/03/2003

# Sheriff's Office
# Collier County
# Naples, Florida



| CLERK'S CASE NO. |
|---|
| REPORT NUMBER |
| 0300030728 |

Agency ORI Number **FL0110600**    v2

**PART I**

| | | | | |
|---|---|---|---|---|
| DEPT. OF CORR. NO. | BOOKING NO. 03-15290 | ARRESTING AGENCY CCSO | A # 134975 | A adult A J juvenile |

| F B I NO. | F D L E NO. | O B T S NO. 1101026416 |
|---|---|---|

| LAST NAME    FIRST NAME    MIDDLE | | RACE | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|
| FOX, MICHAEL THOMAS | | W | M | 12/26/1958 | 44 |

| AKA #1 (Last, First Middle) | AKA #1 DOB / / | AKA #2 (Last, First Middle) | AKA #2 DOB / / |
|---|---|---|---|

| SOCIAL SECURITY NO. | DRIVERS'S LICENSE NO. F200558584660 | DL STATE FL | VALID DL |
|---|---|---|---|

| HEIGHT 600 | WEIGHT 255 | HAIR BLN | HAIR STYLE 01 | FACIAL HAIR 01 | EYES BLU | GLASSES N | SKIN LGT |
|---|---|---|---|---|---|---|---|

| ADDRESS 19109 HARBORTREE CT # N. FT MYERS FL 33903 | RESIDENCE PHONE (239)731-5367 |
|---|---|

| CITY OF BIRTH BRISTOL,PA | STATE US | SCARS/MARKS/TATTOOS NONE |
|---|---|---|

| RESIDENCE STATUS OUT OF COUNTY | JUVENILE DISPOSITION | MARITAL STATUS SINGLE | CITIZENSHIP U.S.A. | OCCUPATION UNEMPLOYED |
|---|---|---|---|---|

| EMPLOYER UNEMPLOYED | ADDRESS | BUSINESS PHONE ( ) - |
|---|---|---|

| NEXT OF KIN / GUARDIAN FOX,LAVONNE | PHONE 2397315367 | RELATIONSHIP MOTHER |
|---|---|---|

| NEXT OF KIN / GUARDIAN ADDRESS 19109 HARBORTREE CT | APT | CITY N. FT. MYERS | ST ZIP FL 33903 |
|---|---|---|---|

| BOOKING DATE 10-08-03 | TIME JAIL RC'D 1445 | BOOKING DEPUTY / ID 1992 | NCIC | PCIC | LOCAL |
|---|---|---|---|---|---|

| IN CUSTODY (Y/N) | RELEASE DATE | TIME | BONDING DEPUTY / OFFICER | BOND AMOUNT | BOND TYPE (SURETY,CASH) |
|---|---|---|---|---|---|

| RELEASED? (Name of Bondsman /Depositor) | | CASE BOND NO. | ADDRESS |
|---|---|---|---|

| HOLD (Y-N) N | HELD FOR | ARRAIGNMENT (Felony) Date: Time: | ARRAIGNMENT (Misdemeanor) Date: 11-06-03 Time: 0815 |
|---|---|---|---|

*Part 3 Page the Police Report from*
*my Arrest on Oct 8 2003, Heading to*
*The Condominium Code*

| CLERK | CCSO | SAO | PUBLIC DEFENDER | DEFENDANT |
|---|---|---|---|---|

# CHARGE PART II

## Sheriff's Office
## Collier County
## Naples, Florida



| LAST NAME, FIRST NAME |
|---|
| **FOX, MICHAEL** |
| REPORT NUMBER |
| **0300030728** |

Agency ORI Number **FL0110000**

| | ARRESTING AGENCY | ARREST DATE | ARREST TIME | ARREST LOCATION |
|---|---|---|---|---|
| **A R R E S T** | CCSO | 10/08/2003 | 1352 | 333 airportpulling road |

| GEOGRAPHIC INDICATOR | ARREST TYPE | CRIME LOCATION | | CRIME DATE |
|---|---|---|---|---|
| 3107 | O-On | 333 AIRPORTPULLING ROAD | | 10/08/2003 |

OFFICER / WITNESS
Thomas  J.  FITZPATRICK

| VEH. DISPOSITION (Towed By) | MAKE | MODEL | YEAR | TAG | STATE |
|---|---|---|---|---|---|
| TOWED BY B&B TOWING | PLYMOUTH | STA-WAG | 1995 | 1MP37 | MI |

| CHARGE DESC DWLSR DRIVE WHILE LICENSE SUSPENDED | COUNTS | FLA. STATUTE |
|---|---|---|
| | 1 | 322.34-2a |

| WARRANT NO. | DATE OF WARRANT | STATE | LEVEL OF OFFENSE | BOND SURETY OR CASH | (CSU) |
|---|---|---|---|---|---|
| | / / | | M - MISDEMEANOR | Cash 500    Surety 500    Jail | |

| GENERAL OFFENSE CHARACTER | DRUG TYPE | DRUG UNIT |
|---|---|---|
| P  PRINCIPAL | | |

| ACTIVITY | VALUE | / | QTY. | WEAPON |
|---|---|---|---|---|
| | 0.00 | | 0.00 | |

**CHARGE/BOND**

**NOTICE TO APPEAR**

☐ I understand that should I willfully fail to appear before the court as required by this notice that I may be held in contempt of court and a warrant for my arrest shall be issued.  Furthermore, I agree that notice concerning the time, date, and place af all court hearings should be sent to the aforementioned address.  I agree that it is my responsibility to notify the Clerk of the Court anytime that my address changes.

☐ I hereby promise to be and appear in the appropriate court at the time and the place designated by this notice.

COURT:  ☐ County    ☐ Circuit    ☐ Juvenile

ADDRESS :_____    DATE :_____    TIME :_____

☐ Defendant can pay a fine in lieu of a Court Appearance    Fine:_____

Sworn to and subscribed before me this

_____ day of _____, _____

_____
Notary / Deputy

_____
Signature of Defendant / Juvenile

_____
Signature of Parents of Juv. Defendant

| PAGE 2 OF 3 |
|---|



# Sheriff's Office
## Collier County
## Naples, Florida

### PART III

**Agency ORI Number** FL0110000

| LAST NAME, FIRST NAME |
|---|
| FOX, MICHAEL |
| REPORT NUMBER |
| 0300030728 |

ARRESTED CO-DEFENDANTS

DEFENDANT DID THE FOLLOWING ACT(S) WHICH CONSTITUTE A VIOLATION OF THE LAW (ELEMENTS OF THE CRIME / PROBABLE CAUSE STATEMENT

ON 10-08-03  1352HRS I RESPONDED  TO 333 AIRPORTPULLING ROAD TO ASSIST DEPUTY CULNAN I.D. #1783 ON A TRAFFIC STOP.  DEPUTY CULNAN THEN ASSIGNED TO THE DRIVERS LICENSE OFFICE, WHEN HE WAS INFORMED BY DRIVERS LICENSE EXAMINER ROBIN DAVIS THAT THE ARRESTEE MICHAEL THOMAS FOX'S DRIVERS LICENSE WAS SUSPENDED. DEPUTY CULNAN OBSERVED FOX DRIVE AWAY IN A MAROON MINIVAN WITH MICHIGAN TAG 1MP37 NORTH ON AIRTPORTPULLING ROAD

DEPUTY CULNAN INITIATED AT TRAFFIC STOP AT 333 AIRPORTPULLING ROAD.  FOX WAS IDENTIFIED BY MICHIGAN DRIVERS LICENSE.  AN NCIC/FCIC CHECK OF FOX REVEALD HE HAD A SUSPENDED FLORIDA DRIVERS LICENSE (F200-558-58-466-0) AS OF 1996.

X WAS PLACED UNDER ARREST FOR KNOWINGLY DRIVING UNDER A SUSPENDED LICENSE.  FOX WAS PLACED IN HANDCUFFS, DOUBLED LOCK AND CHECKED FOR TIGHTNESS. HE WAS TRANSPORTED TO NJC FOR BOOKING. FOX WAS ISSUED CITATION #2573-BUJ AT NJC.

sworn to and subscribed before me this

___ day of _____ 2003

THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, OR BELIEF

ARRESTING LAW ENFORCEMENT OFFICER    I.D. NO.

THOMAS FITZPATRICK    2434

Traffic Citation
I Recieved on Oct 8 2003

Driving on suspended

License

**FLORIDA UNIFORM TRAFFIC CITATION**    2573-BUJ

COUNTY OF Collier

Fort Myers    FL 33903

F200658584660

Plymouth Vaen Van

IMP3-7

33 Airport Pulling Rd

Knowingly Driving on Susp. License

2573-BUJ

**CLERK OF THE CIRCUIT COURT**
**COLLIER COUNTY COURTHOUSE**
3301 TAMIAMI TRAIL EAST
P.O. BOX 413044
NAPLES, FLORIDA 34101-3044

C. E. Frost

*[handwritten note: "39 Cash Bond Rcpt From Oct 2003"]*

COURT COPY          **CASH APPEARANCE BOND**          *Approved by Robert F. Mulligan, Comptroller*

DATE OF ARREST _10-8-03_

STATE OF FLORIDA, COUNTY OF COLLIER                                           № 029405

Defendant _Fox, Michael_                          Address _18909 Hartsburn Ct Naples_
                                                                  _FL 3___

KNOW ALL MEN BY THESE PRESENTS THAT, I,

_Scott Campbell_                      Deposition Address _3726 Murray Bay Naples Fl_
                                                                              _34__

have deposited with the Sheriff of Collier County, Florida, the sum of _Five Hundred Dollars_

Dollars ($ _500.00_ ) as security for the appearance of the defendant upon the conditions hereinafter set forth. If the said

defendant shall appear before the **CIRCUIT OR COUNTY** Court, in and for _Collier_

County, _Naples_                          Florida at _0815_ A.M. on the _06_ day of _March_

A.D. 20 _03_   to answer to (a) charge(s) of #1 _DWLSR_                          Bond $ _500.00_

#2 _____    other charges as may result therefrom.    Bond $ _____

                                            Bond $ _____    #3 _____    Bond $ _____

and shall appear in said court from day to day and term and shall not depart the same without leave, said money so deposited shall be returned to the
undersigned depositor, else to be forfeited or estreated by order of the above court.

The above sum received and this bond taken and approved
by me this

_08_ day of _October_                          20 _03_                          _____ Defendant

DON HUNTER Sheriff,                                                    X _____ Depositor

COLLIER County, Florida

By _Seton W_        _191_   D.S.         Section 939.13, Florida Statutes, authorizes the Clerk under the direction of
                                          the Court, to deduct any court fines and costs from the Cash Bond.

Location where taken: _NTC_

Form # 205  1-2002                                                    _____ Depositor's Initials

2 Tickets I Received on Nov 9
2003 on my way to the David
Lawrence Center From the Car
Accident when I was harassed

**FLORIDA UNIFORM TRAFFIC CITATION**    **0340-CQD** 6

**FLORIDA UNIFORM TRAFFIC CITATION**    **0341-CQD** 7

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE – CHECK ONLY ONE OFFENSE EACH CITATION

UNLAWFUL SPEED ___ MPH SPEED APPLICABLE ___ MPH

☐ INTERSTATE ☐ 4-LANE HWY WITH 20 FT. MEDIAN OUTSIDE BUS. OR RES. DIST.)

| CARELESS DRIVING | ☐ SAFETY BELT VIOLATION | ☐ EXPIRED DRIVER LICENSE |
| VIOLATION OF TRAFFIC CONTROL DEVICE | ☐ IMPROPER OR UNSAFE EQUIPMENT | ☐ FOUR (4) MONTHS OR LESS |
| VIOLATION OF RIGHT-OF-WAY | ☐ EXPIRED TAG | ☐ MORE THAN FOUR (4) MONTHS |
| IMPROPER CHANGE OF LANE OR COURSE | ☐ SIX (6) MONTHS OR LESS | ☐ NO VALID DRIVER LICENSE |
| IMPROPER PASSING | ☐ MORE THAN SIX (6) MONTHS | ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED |
| CHILD RESTRAINT | ☐ NO PROOF OF INSURANCE | |

☐ DRIVING UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCES, DRIVING ACTUAL PHYSICAL CONTROL WHILE IMPAIRED, OR DRIVING ACTUAL PHYSICAL CONTROL WITH UNLAWFUL BLOOD/URINE ALCOHOL LEVEL. BAL ___%

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:

☐ AGGRESSIVE DRIVING   IN VIOLATION OF STATE STATUTE ___

**0341-CQD** 7

COURT INFORMATION

**0340-CQD** 6

Following 4 Pages
Are the Traffic Report
Accident Report From Sept 19 2003

# FLORIDA TRAFFIC CRASH REPORT
## LONG FORM

MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH
RECORDS, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

DO NOT WRITE IN THIS SPACE

**4015+04**

**01754349**

## Time & Location

| DATE OF CRASH | TIME CRASH | TIME OFFICER NOTIFIED | TIME OFFICER ARRIVED | TRACY REGION REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|
| 11 19 03 | 9:09 ☒AM | 9:09 ☒AM | 9:25 ☒AM | 35514-03 | 01754349 |

| COUNTY / CITY CODE | FEET | MILES | N S E W | CITY OR TOWN | COLLIER |
|---|---|---|---|---|---|
| 64/56 | — | 08 | | NAPLES | |

| AT NODE NO. | or FEET | MILES | FROM NODE NO. | NEXT NODE NO. | NO. OF LANES | 1. DIVIDED 2. DIVIDED | ON STREET, ROAD OR HIGHWAY |
|---|---|---|---|---|---|---|---|
| NA | | | — | — | 2 | 2 | HORSESHOE DR. N |

| AT THE INTERSECTION of (street, road or highway) | or FEET | MILES | N S E W | FROM INTERSECTION of (street, road or highway) |
|---|---|---|---|---|
| | 20 | | | CR 31 |

## Section 1 — Vehicle / Pedestrian

| DRIVER ACTION | YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|
| 3 | 95 | PLYM | 02 | 01 | IMP37 | MI | 1P4GH44R6SX610188 |

| TRAILER OR TOWED VEHICLE INFORMATION | TRAILER TYPE |
|---|---|
| NA | |

| VEHICLE TRAVELING N S E W | ON | AT | Est MPH | Posted Speed | EST. VEHICLE DAMAGE | 1. Disabling 2. Functional 3. No Damage | EST. TRAILER DAMAGE |
|---|---|---|---|---|---|---|---|
| ☒ HORSESHOE DR S | | | 0 | 30 | 1000.00 | 2 | NA |

| MOTOR VEHICLE INSURANCE COMPANY (LIABILITY OR PIP) | POLICY NUMBER | VEHICLE REMOVED BY: | 1. Tow Rotation List 2. Tow Owner's Request 4. Other |
|---|---|---|---|
| AIU INSURANCE CO | 8068878 | OWNER | 4 |

| NAME OF VEHICLE OWNER (Check Box if Same As Driver) ☒ | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| NAME OF OWNER (Trailer or Towed Vehicle) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| NAME OF MOTOR CARRIER (Commercial Vehicle Only) | CURRENT ADDRESS (Number and Street) | CITY, STATE AND ZIP CODE | US DOT or ICC MC IDENTIFICATION NUMBERS |
|---|---|---|---|
| NA | | | |

| NAME OF DRIVER (Take From Driver License) 7 PEDESTRIAN | CURRENT ADDRESS (Number and Street) | CITY, STATE & ZIP CODE | DATE OF BIRTH |
|---|---|---|---|
| MICHAEL THOMAS FOX | 8875 TACKLES CT | WHITE LAKE ,MI 48386 | 12-26-58 |

| DRIVER LICENSE NUMBER | STATE | DL TYPE | REG. END. | ALC./DRUG TEST TYPE 1 Blood 3 Urine 5 None 2 Breath 4 Refused | RESULTS | ALC/DRUG | PHYS.DEF. | REG. | RACE | SEX | INJ. | S. EQUIP. | EJECT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F200603792983 | MI | 4 | 1 | 5 | / / / | 1 | 1 | 1 | 1 | 1 | 1 | |

| HAZARDOUS MATERIALS BEING TRANSPORTED | PLACARD | IF YES, INDICATE NAME OR 4 DIGIT NUMBER FROM DIAMOND OR BOX ON PLACARD AND 1 DIGIT NUMBER FROM BOTTOM OF DIAMOND. | WAS HAZARDOUS MATERIAL SPILLED? | RECOMMEND DRIVER RE-EXAM, IF YES EXPLAIN IN NARRATIVE | DRIVER'S PHONE NO. |
|---|---|---|---|---|---|
| 2 Yes 2 No | 2 | — | 1 Yes 2 No | 2 | ( 239 ) 731-5367 |

## Section 2 — Vehicle / Pedestrian

| DRIVER ACTION | YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|
| 3 | 01 | LANDROVER | 01 | 01 | 3361ABF | GA | SALTW12471A735628 |

| TRAILER OR TOWED VEHICLE INFORMATION | TRAILER TYPE |
|---|---|
| NA | |

| VEHICLE TRAVELING N S E W | ON | AT | Est MPH | Posted Speed | EST. VEHICLE DAMAGE | 1. Disabling 2. Functional 3. No Damage | EST. TRAILER DAMAGE |
|---|---|---|---|---|---|---|---|
| ☒ HORSESHOE DR S | | | 20 | 30 | 500.00 | 2 | NA |

| MOTOR VEHICLE INSURANCE COMPANY (LIABILITY OR PIP) | POLICY NUMBER | VEHICLE REMOVED BY: | 1. Tow Rotation List 2. Tow Owner's Request 4. Other |
|---|---|---|---|
| STATE FARM INSURANCE | 1999774D2759 | | 3 |

| NAME OF VEHICLE OWNER (Check Box if Same As Driver) ☐ | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| TRACY D GRIFFIN | 300 MORNING MIST WALK | SUWANEE, GA | 30024 |

| NAME OF OWNER (Trailer or Towed Vehicle) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| NA | | | |

| NAME OF MOTOR CARRIER (Commercial Vehicle Only) | CURRENT ADDRESS (Number and Street) | CITY, STATE AND ZIP CODE | US DOT or ICC MC IDENTIFICATION NUMBERS |
|---|---|---|---|
| NA | | | |

| NAME OF DRIVER (Take From Driver License) I PEDESTRIAN | CURRENT ADDRESS (Number and Street) | CITY, STATE & ZIP CODE | DATE OF BIRTH |
|---|---|---|---|
| STEVEN H.GRIFFIN | 6776 SOUTHERN OAK CT | NAPLES,FL 34109 | 02-26-60 |

| DRIVER LICENSE NUMBER | STATE | DL TYPE | REG. END. | ALC./DRUG TEST TYPE 1 Blood 3 Urine 5 None | RESULTS | ALC/DRUG | PHYS.DEF. | RES. | RACE | SEX | INJ. | S. EQUIP. | EJECT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G615788600660 | FL | 5 | 2 | 5 | / / / | 1 | 1 | 1 | 1 | 1 | 1 | |

| WAS HAZARDOUS MATERIAL BEING TRANSPORTED | PLACARD | IF YES, INDICATE NAME OR FOUR DIGIT NUMBER FROM DIAMOND OR BOX ON PLACARD AND 1 DIGIT NUMBER FROM BOTTOM OF DIAMOND. | WAS HAZARDOUS MATERIAL SPILLED? | RECOMMEND DRIVER RE-EXAM, IF YES EXPLAIN IN NARRATIVE | DRIVER'S PHONE NO. |
|---|---|---|---|---|---|
| 2 Yes 2 No | 2 | | | | ( 239 ) 566-8579 |

## Code Information

| VEHICLE TYPE | VEHICLE USE | TRAILER TYPE | RESIDENCE (Driver / Ped.) | PHYSICAL DEFECTS | ALCOHOL / DRUG USE | LOCATION IN VEHICLE |
|---|---|---|---|---|---|---|
| 01 Automobile | 01 Private Transportation | 01 Single Semi Trailer | 1 County of Crash | 1 No Defects Known | 01 Not Drinking or Using Drugs | 1 Front Left |
| 02 Van | 02 Commercial Passenger | 02 Tandem Semi Trailer | 2 Elsewhere in State | 2 Eyesight Defect | 02 Alcohol -Under Influence | 2 Front Center |
| 03 Light Truck ( P.U.- 2 or 4 rear tires | 03 Commercial Cargo | 03 Farm Trailer | 3 Non-Resident Out of State | 3 Fatigue/Asleep | 03 Drugs-Under Influence | 3 Front Right |
| 04 Medium Truck - 4 rear tires | 04 Public Transportation | 04 Saddle Mount/ Flatbed | 4 Foreign $ Unknown | 4 Hearing Defect | 04 Alcohol & Drugs - Under Influence | 4 Rear Left |
| 05 Heavy Truck - 2 or more rear axles | 05 Public School Bus | 05 Boat Trailer | DL TYPE | 5 Illness | 05 Had Been Drinking | 5 Rear Center |
| 06 Truck Tractor (Cab-Bobtail) | 06 Private School Bus | 06 Utility Trailer | 1A 2B 3C | RACE | 6 Seizure, Epilepsy, Blackout | 06 Pending ALC/DRUG Test Results | 6 Rear Right |
| 07 Motor Home (RV) | 07 Ambulance | 07 House Trailer | 4 DI Chauffeur | 1 White | 7 Other Physical Defect | | 7 Body Of Truck |
| 08 Bus ( driver + seats for 9 -15) | 08 Law Enforcement | 08 Pole Trailer | 5 EI Operator | 2 Black | INJURY SEVERITY | SAFETY EQUIPMENT IN USE | 8 Bus Passenger |
| 9us ( driver + seats for over 15) | 09 Fire/ Rescue | 09 Towed Vehicle | 6 EI Oper.-Rest. | 3 Hispanic | 1 None | 1 Not In Use | 0 Other |
| Bicycle | 10 Military | 10 Auto Transport | 7 None | 4 Other | 2 Possible | 2 Seat Belt / Shoulder Harness | |
| 11 Motorcycle | 11 Other Government | 77 Other | | | 3 Non-Incapacitating | 3 Child Restraint | EJECTED |
| 12 Moped | 12 Dump | | REQUIRED ENDORSEMENTS | SEX | 4 Incapacitating | 4 Air Bag -Deployed | 1 No |
| 13 All Terrain Vehicle | 13 Concrete Mixer | | 1 Yes | 1 Male | 5 Fatal (Within 30 Days) | 5 Air Bag -Not Deployed | 2 Yes |
| 14 Train | 14 Garbage or Refuse | | 2 No | 2 Female | 6 Non-Traffic Fatality | 6 Safety Helmet | 3 partial |
| 15 Low Speed Vehicle | 15 Cargo Van | | 3 No Endorsement Required | | | 7 Eye Protection | |
| 77 Other | 77 Other | | | | | | |

| DRIVER ACTION | 1. Phantom | YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER | | 18 Undercarriage |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2. Hit & Run | | | | | | | | 15  16 | 19 Overturn |
| | 3. N/A | | | | | | | | | 20 Windshield |
| | | | | | | | | | 14  13  12  11  10 | 21 Trailer |

**Section 3 — Vehicle / Pedestrian**

TRAILER OR TOWED VEHICLE INFORMATION — TRAILER TYPE

| VEHICLE TRAVELLING N S E W | ON | AT | Est MPH | Posted Speed | EST. VEHICLE DAMAGE | 1. Disabling | EST. TRAILER DAMAGE | VEHICLE DAMAGE AND SCALE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 2. Functional | | DAMAGED AREA(S) |
| | | | | | | 3. No Damage | | |

MOTOR VEHICLE INSURANCE COMPANY (LIABILITY OR PIP) — POLICY NUMBER — VEHICLE REMOVED BY:
1. Tow Rotation List   3. Driver
2. Tow Owner's Request   4. Other

NAME OF VEHICLE OWNER (Check Box If Same As Driver) — CURRENT ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE

NAME OF OWNER (Trailer or Towed Vehicle) — CURRENT ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE

NAME OF MOTOR CARRIER (Commercial Vehicle Only) — CURRENT ADDRESS (Number and Street) — CITY, STATE AND ZIP CODE — US DOT or ICC MC IDENTIFICATION NUMBERS

NAME OF DRIVER (Take From Driver License) I PEDESTRIAN — CURRENT ADDRESS (Number and Street) — CITY, STATE & ZIP CODE — DATE OF BIRTH

| DRIVER LICENSE NUMBER | STATE | DL TYPE | REQ. END. | ALC / DRUG TEST TYPE | RESULTS | ALC/DRUG | PHYS. DEF. | RES. | RACE | SEX | INJ. | S. EQUIP. | EJECT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Blood 3 Urine 5 None | | | | | | | | |
| | | | | 2 Breath 4 Refused | | | | | | | | |

HAZARDOUS MATERIALS BEING TRANSPORTED — PLACARD — IF YES INDICATE NAME (OR 4 DIGIT NUMBER FROM DIAMOND OR BOX OF PLACARD, AND 1 DIGIT NUMBER FROM BOTTOM OF DIAMOND.) — WAS HAZARDOUS MATERIAL SPILLED? — RECOMMEND DRIVER RE-EXAM IF YES EXPLAIN IN NARRATIVE — DRIVER'S PHONE NO.
1 Yes 2 No   1 Yes 2 No   1 Yes 2 No   1 Yes 2 No

**#1** PROPERTY DAMAGED - OTHER THAN VEHICLES — EST. AMOUNT $ — OWNERS NAME — ADDRESS — CITY — STATE ZIP
NONE

**#2** PROPERTY DAMAGED - OTHER THAN VEHICLES — EST. AMOUNT $ — OWNERS NAME — ADDRESS — CITY — STATE ZIP

| CONTRIBUTING CAUSES - DRIVER / PEDESTRIAN | 1 | 2 | 3 |
|---|---|---|---|
| 01 None - Improper Driving / Action | | | |
| 02 Careless Driving (Explain In Narrative) | 77 | 01 | / |
| 03 Failed To Yield Right-of-Way | | | |
| 04 Improper Backing | | | |
| 05 Improper Lane Change | / | / | / |
| 06 Improper Turn | | | |
| 07 Alcohol - Under Influence | | | |
| 08 Drugs - Under Influence | | | |
| 09 Alcohol & Drugs - Under Influence | / | / | / |
| 10 Followed Too Closely | | | |
| 11 Disregarded Traffic Signal | | | |
| 12 Exceeded Safe Speed Limit | 19 Improper Load | | |
| 13 Disregarded Stop Sign | 20 Disregarded Other Traffic Control | | |
| 14 Failed To Maintain Equip. / Vehicle | 21 Driving Wrong Side / Way | | |
| 15 Improper Passing | 22 Fleeing Police | | |
| 16 Drove Left of Center | 23 Vehicle Modified | | |
| 17 Exceeded Stated Speed Limit | 24 Driver Distraction (Explain In Narrative) | | |
| 18 Obstructing Traffic | 77 All Other (Explain In Narrative) | | |

| VEHICLE DEFECT | 1 | 2 | 3 |
|---|---|---|---|
| 01 No Defects | | | |
| 02 Def. Brakes | 01 | 01 | / |
| 03 Worn / Smooth Tires | | | |
| 04 Defective / Improper Lights | / | / | / |
| 05 Puncture / Blowout | | | |
| 06 Steering Mech. | | | |
| 07 Windshield Wipers | 77 All Other (Explain In Narrative) | | |
| 08 Equipment/ Vehicle | | | |

| POINT OF COLLISION | 1 | 2 | 3 |
|---|---|---|---|
| 01 On Road | | | |
| 02 Not On Road | / | / | / |
| 03 Shoulder | | | |
| 04 Median | | | |
| 05 Turn Lane | | | |

| WORK AREA | 1 | 2 | 3 |
|---|---|---|---|
| 01 None | 02 | 02 | / |
| 02 Nearby | | | |
| 03 Entered | | | |

| VEHICLE MOVEMENT | 1 | 2 | 3 |
|---|---|---|---|
| 01 Straight Ahead | | | |
| 02 Slowing / Stopped / Stalled | 02 | 05 | / |
| 03 Making Left Turn | | | |
| 04 Backing | | | |
| 05 Making Right Turn | 11 Passing | | |
| 06 Changing Lanes | 12 Driverless or Runaway Vehicle | | |
| 07 Entering / Leaving / Parking Space | 77 All Other (Explain In Narrative) | | |
| 08 Property Parked | / | / | / |
| 09 Improperly Parked | | | |
| 10 Making U-Turn | | | |

| PEDESTRIAN ACTION | 1 | 2 | 3 |
|---|---|---|---|
| 01 Crossing Not at Intersection | 07 Working In Road | | |
| 02 Crossing at Mid-block Crosswalk | 08 Standing / Playing In Road | | |
| 03 Crossing at Intersection | 09 Standing In Pedestrian Island | | |
| 04 Walking Along Road With Traffic | 77 All Other (Explain In Narrative) | | |
| 05 Walking Along Road Against Traffic | 88 Unknown | | |
| 06 Working on Vehicle In Road | | | |

| VEHICLE SPECIAL FUNCTIONS | 1 | 2 | 3 |
|---|---|---|---|
| 1 None | | | |
| 2 Farm | | | |
| 3 Police Pursuit | / | / | / |
| 4 Recreational | | | |
| 5 Emergency Operation | | | |
| 6 Construction / Maintenance | | | |

| SOURCE OF CARRIER TYPE | 1 | 2 | 3 |
|---|---|---|---|
| 1 Not Applicable | | | |
| 2 Shipping Papers | / | / | / |
| 3 Vehicle Side | | | |
| 4 Driver | | | |
| 5 Other | | | |

| LOCATION TYPE | |
|---|---|
| 1 Primarily Business | |
| 2 Primarily Residential | / |
| 3 Open Country | |

| FIRST / SUBSEQUENT HARMFUL EVENTS | 1 | 2 | 3 |
|---|---|---|---|
| 01 Collision With MV In Transport (Rear End) | | | |
| 02 Collision With MV In Transport (Head On) | | | |
| 03 Collision With MV In Transport (Angle) | 01 | 01 | / |
| 04 Collision With MV In Transport (Left Turn) | | | |
| 05 Collision With MV In Transport (Right Turn) | | | |
| 06 Collision With MV In Transport (Sideswipe) | | | |
| 07 Collision With MV Parked Car | | | |
| 08 Collision With MV on Roadway | | | |
| 09 Collision With Bicycle | | | |
| 10 Collision With Pedestrian | | | |
| 11 Collision With Bicycle (Bike Lane) | | | |
| 12 Collision With Moped | | | |
| 13 Collision With Train | | | |
| 14 Collision With Animal | 28 MV Ran Into Ditch / Culvert | | |
| 15 MV Hit Sign / Sign Post | 30 Ran Off Road Into Water | | |
| 16 MV Hit Utility Pole / Light Pole | 31 Overturned | | |
| 17 MV Hit Guardrail | 32 Occupant Fell From Vehicle | | |
| 18 MV Hit Fence | 33 Tractor/Trailer Jackknifed | | |
| 19 MV Hit Concrete Barrier Wall | 34 Fire | | |
| 20 MV Hit Bridge/Pier/Abutment/Rail | 35 Explosion | | |
| 21 MV Hit Tree / Shrubbery | 36 Downhill Runaway | | |
| 22 Collision With Construction Barricade Sign | 37 Cargo Loss or Shift | | |
| 23 Collision With Traffic Gate | 38 Separation of Units | | |
| 24 Collision With Crash Attenuators | 39 Median Crossover | | |
| 25 Collision With Fixed Object Above Road | 77 All Other (Explain In Narrative) | | |
| 26 MV Hit Other Fixed Object | | | |
| 27 MV Hit Fixed / Immovable Object On Road | | | |

| ROAD SYSTEM IDENTIFIER | |
|---|---|
| 01 Interstate | 07 Forest Road |
| 02 U.S. | 08 Private Roadway |
| 03 State | 77 All Other (Explain In Narrative) |
| 04 County | |
| 05 Local | |
| 06 Turnpike / Toll | |

04

| ROAD SURFACE CONDITION | |
|---|---|
| 01 Dry | |
| 02 Wet | |
| 03 Slippery | |
| 04 Icy | |
| 77 All Other (Explain In Narrative) | |

01

| WEATHER | |
|---|---|
| 01 Clear | |
| 02 Cloudy | |
| 03 Rain | |
| 04 Fog | |
| 77 All Other (Explain In Narrative) | |

01

| LIGHTING CONDITION | |
|---|---|
| 01 Daylight | |
| 02 Dusk | |
| 03 Dawn (Street Light) | |
| 04 Dark (Street Light) | |
| 05 Dark (No Street Light) | |
| 88 Unknown | |

01

| ROAD SURFACE TYPE | |
|---|---|
| 01 Slag / Gravel / Stone | |
| 02 Blacktop | |
| 03 Brick/Block | |
| 04 Concrete | |
| 05 Dirt | |
| 77 All Other (Explain In Narrative) | |

02

| ROAD CONDITIONS AT TIME OF CRASH | |
|---|---|
| 01 No Defects | |
| 02 Obstruction With Warning | |
| 03 Obstruction Without Warning | |
| 04 Road Under Repair / Construction | |
| 05 Loose Surface Materials | |
| 06 Shoulders - Soft / Low / High | |
| 07 Standing Water | |
| 08 Worn Polished Road Surface | |
| 77 All Other (Explain In Narrative) | |

01

| VISION OBSTRUCTED | |
|---|---|
| 01 Vision Not Obscured | |
| 02 Inclement Weather | |
| 03 Parked / Stopped Vehicle | |
| 04 Trees / Crops / Bushes | |
| 05 Load On Vehicle | |
| 06 Building / Fixed Object | |
| 07 Signs / Billboards | |
| 08 Fog | |
| 09 Smoke | |
| 77 All Other (Explain In Narrative) | |

01

| TRAFFIC CONTROL | |
|---|---|
| 01 No Controls | |
| 02 Special Speed Zone | |
| 03 Speed Control Sign | |
| 04 School Zone | |
| 05 Traffic Signal | |
| 06 Flashing Signal | |
| 07 Posted No U-Turn | |
| 08 Stop Sign | |
| 09 Yield Sign | |
| 10 Officer / Flagman | 11 Posted Speed | |

03

| SITE LOCATION | |
|---|---|
| 01 Not At Intersection / RR X-ing / Bridge | |
| 02 At Intersection | |
| 03 Influenced By Intersection | |
| 04 Driveway Access | |
| 05 Railroad | 11 Private Property |
| 06 Bridge | 12 Toll Booth |
| 07 Entrance Ramp | 13 Collector-Dist. Zone |
| 08 Exit Ramp | 77 All Other (Explain In Narrative) |

| TRAFFICWAY CHARACTER | |
|---|---|
| 01 Straight - Level | |
| 02 Straight - Upgrade / Downgrade | |
| 03 Curve - Level | |
| 04 Curve - Upgrade / Downgrade | |

01

TYPE SHOULDER
01 Paved
02 Unpaved

02

| Viol | SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|---|
| 1 | MICHAEL THOMAS FOX | 316.1555(1) | IMPROPER STOPPING | 0346CQD |
| 1 | MICHAEL THOMAS FOX | 322.34(2) | DWLSR-KNOWINGLY | 0341CQD |
| | | | | |
| | | | | |

# FLORIDA TRAFFIC CRASH REPORT
## NARRATIVE/DIAGRAM

MAIL TO: DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH
RECORDS SECTION, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0500

**DO NOT WRITE IN THIS SPACE**

| TIME | NOTIFIED (FATALITIES ONLY) | TIME EMS ARRIVED (FATALITIES ONLY) | DATE OF CRASH | COUNTY / CITY CODE | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|---|
| A | ☐ AM ☐ PM | NA ☐ AM ☐ PM | 11  19  03 | 64/56 | 35514-03 | 01754349 |

V1 WAS SOUTH BOUND ON CR 31 IN THE OUTSIDE LANE. V2 WAS BEHIND V1. V1 MADE A RIGHT TURN ONTO HORSE

SHOE DR S AND V2 ALSO MADE THE RIGHT TURN BEHIND V1. V1 THEN STOPPED ALL OF A SUDDEN. V1 DRIVER TOLD

ME THAT HE THOUGHT HE WAS ON THE WRONG STREET WHEN LOOKING FOR THE DAVID LAWRENCE CENTER. THIS

QUICK STOP CAUSED V2 TO STRIKE THE REAR OF V1. V1 DID NOT HAVE TIME OR ANY WARNING OF THIS STOP. V1

DRIVER WAS FOUND SUSPENDED OUT OF FLORIDA AND WAS ISSUED A NOTICE TO APPEAR. V1 DRIVER WAS FOUND AT

FAULT FOR THIS CRASH AND CITED. V1 DRIVER HAD A FORM FROM THE DRIVERS LICENSE OFFICE GIVING HIM 30

DAYS TO TAKE CARE OF HIS SUSPENSION AS OF 10-09-03 BUT THE TIME HAD EXPIRED ON 11-09-03.

| SEC# | PASS# | PASSENGER'S NAME | CURRENT ADDRESS | CITY & STATE | ZIP CODE | DATE OF BIRTH | RACE | SEX | LOC | INJ | S. EQUIP. | EJECT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Violator(s) | SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|---|
| | SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |

| WITNESS NAME (1) | CURRENT ADDRESS | CITY & STATE | ZIP CODE | WITNESS NAME (2) | CURRENT ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|

NONE

| FIRST AID GIVEN BY - NAME | 1. Physician or Nurse 2. Paramedic or EMT 3. Police Officer | INJURED TAKEN TO: | BY - NAME |
|---|---|---|---|
| NA | 4. Certified 1st Aider 5. Other | NA | NA |

| WAS INVESTIGATION MADE AT SCENE? | 1. YES  2. NO | 1 | IF NO, THEN WHERE? | Is INVESTIGATION COMPLETE? | 1. YES  2. NO | 1 | IF NO, THEN WHY? | DATE OF REPORT | 11  19  .03 | PHOTOS TAKEN | 1. YES  2. NO | 2 | IF YES BY PHON? 1. INVESTIGATING AGENCY 2. OTHER | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INVESTIGATOR - RANK & SIGNATURE | ID / BADGE NUMBER | DEPARTMENT | FHP | SO | PD | OTHER |
|---|---|---|---|---|---|---|
| *[signature]* | 1275 | **Collier County Sheriff's Office** | ☐ | ☒ | ☐ | ☐ |

CPL. LORI A. STOFFEL

3 of 4



NOT TO SCALE

HORSESHOE DR S

CR 31

4 of 4

IN THE 20TH JUDICIAL CURCUIT COURT IN COLLIER COUNTY, FLORIDA

**Plaintiff**
People of the State of Florida
State Attorneys Office
Administration Building F
3301 East Tamiami Trail
Naples, Florida 34112

**CASE NO.**
0313812 MMA VM

*Traffic Citation 0340CQD 6*
*Traffic Citation 0341-CQD 7*

**Vs.**

## DEFENDANT

Michael Thomas Fox
P.O. Box 111621
Naples, Florida 34108

## *DEFENDANTS MOTION TO CONSOLIDATE*

### State Statute 7-44 Motion: Consolidate, proceedings in Action

Now comes the Defendant Michael Thomas Fox on A motion. Consolidate Proceedings in Action and state the following.

1) That Defendant Michael Thomas Fox asks this Honorable Court to consolidate
   Traffic Citation #0341-CQD/7 with Traffic Citation #0340-CQD/6.

2) That the Defendant further more asks this Honorable Court to consolidate the
   above two Traffic Citations with Case # 0313812 MMA VM.

3) That Case # 0313812 MMA VM is scheduled for Pre Trial Conference on
   December 10, 2003 at 9a.m.

4) That the same principles of strict liability apply in the three citations so that all
   Discovery Against Defendant on the issue of liability should be consolidated to
   save expense in accordance with State Statute 7-44.

*This Is the Motion I Filed to Consolidate These Two incidents From Oct 8 and Nov 19 2003*

5)  That the Defendant is a licensed driver from the State of Michigan, which is a

    valid license.

6)  That the Defendant needs to Consolidate these tickets so they may be heard due to

    the time frame involved because the Defendant is leaving the state as soon as

    these issues are resolved.

7)  Traffic Citation #2573-BUJ/8 attached hereto as Exhibit 1 which is case #

    0313812 MMA  VM.

8)  Traffic Citation #0340-CQD/6 Attached hereto as Exhibit 2.

9)  Traffic Citation #0341-CQD/7 Attached hereto as Exhibit 3.


In Pro per The Defendant
Michael Thomas Fox

DATE: Dec 3 2003

Exhibit
one

**FLORIDA UNIFORM TRAFFIC CITATION**   **2573-BUJ** CHECK DIGIT **8**

COUNTY OF **Collier**

CITY OF (IF APPLICABLE) **N/A**   ☐ (1) F.H.P. ☐ (2) P.D. ☐ (3) C.S.O. ☐ (4) OTHER

AGENCY

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS
JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**COMPLAINT** (RETAINED BY COURT)

DAY OF WEEK **Wed**   MONTH **10**   DAY **8**   YEAR **05**   TIME **2**   ☐ A.M. ☐ P.M.

NAME (PRINT) FIRST **Michael**   MIDDLE **Thomas**   LAST **Fox**

STREET **16109   Harbour Tree C**   ☐ IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE

CITY **N. Fort Myers**   STATE **FL**   ZIP CODE **33903**

TELEPHONE NUMBER   DATE OF BIRTH MO   DAY   YR   SEX   RACE   HGT   WT

DRIVER LICENSE NUMBER **F200658584660**

STATE   CLASS   CDL LICENSE   IF LICENSE EXP.   IF COMMERCIAL VEH.
☐ Y   N   YES "X" HERE

YR. VEHICLE **95**   MAKE **Plymouth**   STYLE **Van**   COLOR **Maroon**   IF PLACARDED HAZARDOUS MATERIAL "X" HERE ☐

VEHICLE LICENSE NO. **MP37**   TRAILER TAG NO.   STATE **FL**   YEAR TAG EXPIRES **06**   IF COMPANION CITATION(S) "X" HERE ☐

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY:

**233 Airport Pulling Rd**

FT.   MILES   ☐ N ☐ S ☐ E ☐ W   OF NODE

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.   **CHECK ONLY ONE OFFENSE EACH CITATION.**

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH

☐ (1.) INTERSTATE ☐ 4-LANE HWY WITH 20 FT. MEDIAN OUTSIDE BUS. OR RES. DIST.)

☐ CARELESS DRIVING   ☐ SAFETY BELT VIOLATION   ☐ EXPIRED DRIVER LICENSE
☐ VIOLATION OF TRAFFIC CONTROL DEVICE   ☐ IMPROPER OR UNSAFE EQUIPMENT   ☐ FOUR (4) MONTHS OR LESS
☐ VIOLATION OF RIGHT-OF-WAY   ☐ EXPIRED TAG   ☐ MORE THAN FOUR (4) MONTHS
☐ IMPROPER CHANGE OF LANE OR COURSE   ☐ SIX (6) MONTHS OR LESS   ☐ NO VALID DRIVER LICENSE
☐ IMPROPER PASSING   ☐ MORE THAN SIX (6) MONTHS   ☑ DRIVING WHILE LICENSE SUSPENDED OR REVOKED
☐ CHILD RESTRAINT   ☐ NO PROOF OF INSURANCE

☐ DRIVING UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCES, DRIVING/ACTUAL PHYSICAL
CONTROL, WHILE IMPAIRED, OR DRIVING/ACTUAL PHYSICAL CONTROL WITH UNLAWFUL BLOODALONE ALCOHOL LEVEL .SAL _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE.

**Knowingly Driving on Susp. License**

☐ AGGRESSIVE DRIVING   IN VIOLATION OF STATE STATUTE **322.34 (2)**   SUB-SECTION

CRASH ☐ YES ☑ NO   PROPERTY DAMAGE ☐ YES ☐ NO   INJURY TO ANOTHER ☐ YES ☐ NO   SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☐ NO   FATAL ☐ YES ☐ NO

☑ CRIMINAL VIOLATION. COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
☐ INFRACTION. COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

COURT INFORMATION: **See Bookin.g**   DATE

**2573-BUJ** CHECK DIGIT **8**

**CLERK OF THE CIRCUIT COURT**
**COLLIER COUNTY COURTHOUSE**
**3301 TAMIAMI TRAIL EAST**
**P.O. BOX 413044**
**NAPLES, FLORIDA 34101-3044**

ARREST DELIVERED TO _____   LOCATION _____

I AGREE AND PROMISE TO COMPLY WITH THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THIS
CITATION, MAY RESULT IN ARREST. MY SIGNATURE ON THE CITATION IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY
ACCOMMODATIONS TO COMPLY WITH THE INSTRUCTIONS SPECIFIED, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR _____

OFFICER'S SIGNATURE _____   **C. E. Frost   2331   D/S**
RANK - SIGNATURE OF OFFICER   BADGE NO.   I.D. NO.   AGENCY UNIT

MSMV 75901 (Rev. 5/02)   ♻ Printed on recycled paper

||||| ||| || ||| || ||| ||| (barcode)

**FLORIDA UNIFORM TRAFFIC CITATION**    0340-CQD    CHECK DIGIT 6

COUNTY OF _Pinellas_    ☐ (1) F.H.P.   ☐ (2) P.D.   ☒ (3) S.O.   ☐ (4) OTHER

CITY OF (IF APPLICABLE) _Union_    **AGENCY**

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON    **SUMMONS (VIOLATOR'S COPY)**

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| _10:10_ | _11_ | _19_ | _2003_ | _7:00_ | ☒ A.M. ☐ P.M. |

NAME (PRINT) FIRST _Michael_    MIDDLE _Thomas_    LAST _Fox_

STREET _8875 Juckins_    ☐ IF DIFFERENT THAN ONE ON DRIVER LICENSE *X* HERE

CITY _Round Lake_    STATE _FL_    ZIP CODE _93586_

TELEPHONE NUMBER _727-6367_   DATE OF BIRTH _72_   MO _8_   DAY _26_   YR _58_   RACE _W_   SEX _M_   HGT _6:00_

DRIVER LICENSE NUMBER _A200 403 549 283_

| | STATE | CLASS | CDL SCHOOL | YR LICENSE EXP. | IF COMMERCIAL MTR. VEH. *X* HERE ☐ | ☐ |

YR. VEHICLE _95_   MAKE _Amer_   STYLE _Van_   COLOR _Blue_    IF PLACARDED HAZARDOUS MATERIAL *X* HERE ☐ ☐

VEHICLE LICENSE NO _13957_   TRAILER TAG NO   STATE _FL_   YEAR TAG EXPIRES _04_   IF COLLISION CITATION *X* HERE ☐ ☒

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY _US 31 as_ _S. 91 Rt 31_

FT. _____ MILES _____   ☐ N ☐ E ☐ S ☐ W   OF NODE _____

**DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.    CHECK ONLY ONE OFFENSE EACH CITATION.**

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH

(☐ INTERSTATE ☐ 4-LANE HWY WITH 20 FT. MEDIAN OUTSIDE BUS. OR RES. DIST.)

☐ CARELESS DRIVING   ☐ SAFETY BELT VIOLATION   ☐ EXPIRED DRIVER LICENSE

☐ VIOLATION OF TRAFFIC CONTROL DEVICE   ☐ IMPROPER OR UNSAFE EQUIPMENT   ☐ FOUR (4) MONTHS OR LESS

☐ VIOLATION OF RIGHT-OF-WAY   ☐ EXPIRED TAG   ☐ MORE THAN FOUR (4) MONTHS

☐ IMPROPER CHANGE OF LANE OR COURSE   ☐ SIX (6) MONTHS OR LESS   ☐ NO VALID DRIVER LICENSE

☐ IMPROPER PASSING   ☐ MORE THAN SIX (6) MONTHS   ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ CHILD RESTRAINT   ☐ NO PROOF OF INSURANCE

☐ DRIVING UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCES, DRIVING/ACTUAL PHYSICAL CONTROL WHILE IMPAIRED, OR DRIVING/ACTUAL PHYSICAL CONTROL WITH UNLAWFUL BLOOD/URINE ALCOHOL LEVEL. BAL _____ %

_Trespass Standing_

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:

☐ AGGRESSIVE DRIVING   IN VIOLATION OF STATE STATUTE _316.155_   SECTION _(2)_   SUB-SECTION

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| ☒ YES ☐ NO | ☒ YES $ _1500.00_ | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

☐ CRIMINAL VIOLATION. COURT APPEARANCE REQUIRED. AS INDICATED BELOW.

☐ INFRACTION. COURT APPEARANCE REQUIRED. AS INDICATED BELOW.    0340-CQD   CHECK DIGIT 6

☒ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE. IN COURT.

COURT INFORMATION   DATE _Dec 31_    TIME _within 30 Days_

COURT _____

LOCATION _____

ARREST DELIVERED TO _____   DATE _____

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION, WILLFUL REFUSAL TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST. I UNDERSTAND BY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR _____

RANK - SIGNATURE OF OFFICER _____   BADGE NO. _____   ID. NO. _1376_   TROOP UNIT _____

HSMV 75901 (Rev. 5/02)

_Exhibit 2_

Exhibit 3

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**FLORIDA UNIFORM TRAFFIC CITATION**                **0341-CQD** CHECK DIGIT **7**

| COUNTY OF | ☐ (1) F.H.P.  ☑ (2) P.D.  ☑ (3) S.O.  ☐ (4) OTHER |
|---|---|
| CITY (IF APPLICABLE) | **AGENCY** |

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**SUMMONS**
(VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | ☐ A.M. ☐ P.M. |
|---|---|---|---|---|

NAME (PRINT) FIRST ___ MIDDLE ___ LAST ___

STREET ___

CITY ___ STATE ___ ZIP CODE ___

TELEPHONE NUMBER ___ DATE OF BIRTH MO ___ DAY ___ YR ___ RACE ___ SEX ___ HGT ___ WGT ___

DRIVER LICENSE NUMBER ___ STATE ___ CLASS ___ CDL LICENSE ☐Y ☐N ___ YR LICENSE EXP. ___ IF COMMERCIAL MTR. VEH. "*" HERE ___ ☐

YR. VEH. MAKE ___ STYLE ___ COLOR ___ PLACARDED HAZARDOUS MATERIAL "*" HERE ___

VEHICLE LICENSE NO. ___ TRAILER TAG NO. ___ STATE ___ YEAR TAG EXPIRES ___ IF COMPANION CITATION(S) "*" HERE ___ ☑

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY ___

| FT. | MILES | ☐ N | ☐ S | ☐ E | ☐ W | OF ROAD ___ |
|---|---|---|---|---|---|---|

**DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE:   CHECK ONLY ONE OFFENSE EACH CITATION.**

☐ UNLAWFUL SPEED ___ MPH SPEED APPLICABLE ___ MPH

(☐ INTERSTATE  ☐ 4-LANE HWY WITH 20 FT. MEDIAN OUTSIDE BUS. OR RES. DIST.)

| ☐ CARELESS DRIVING | ☐ SAFETY BELT VIOLATION | ☐ EXPIRED DRIVER LICENSE |
|---|---|---|
| ☐ VIOLATION OF TRAFFIC CONTROL DEVICE | ☐ IMPROPER OR UNSAFE EQUIPMENT | ☐ FOUR (4) MONTHS OR LESS |
| ☐ VIOLATION OF RIGHT-OF-WAY | ☐ EXPIRED TAG | ☐ MORE THAN FOUR (4) MONTHS |
| ☐ IMPROPER CHANGE OF LANE OR COURSE | ☐ SIX (6) MONTHS OR LESS | ☐ NO VALID DRIVER LICENSE |
| ☐ IMPROPER PASSING | ☐ MORE THAN SIX (6) MONTHS | ☑ DRIVING WHILE LICENSE SUSPENDED OR REVOKED |
| ☐ CHILD RESTRAINT | ☐ NO PROOF OF INSURANCE | |

☐ DRIVING UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCES, DRUGS/ACTUAL PHYSICAL CONTROL WHILE IMPAIRED, OR DRIVING/ACTUAL PHYSICAL CONTROL WITH UNLAWFUL BLOOD/URINE ALCOHOL LEVEL. BAL ___

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE ___

☐ AGGRESSIVE DRIVING  (B) VIOLATION OF STATE STATUTE ___ SECTION ___ SUBSECTION ___

| CRASH ☐YES ☐NO | PROPERTY DAMAGE ☐YES ☐NO | SERIOUS BODILY INJURY TO ANOTHER ☐YES ☐NO | SERIOUS BODILY INJURY TO ANOTHER ☐YES ☐NO | FATAL ☐YES ☐NO |
|---|---|---|---|---|

☑ CRIMINAL VIOLATION. COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

**0341-CQD** CHECK DIGIT **7**

COURT INFORMATION: DATE ___ TIME ___

COURT ___

LOCATION ___

ARREST DELIVERED TO ___ DATE ___

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGE AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR DENIAL OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR ___

RANK - SIGNATURE OF OFFICER ___ BADGE NO. ___ ID. NO. ___ TROOP UNIT ___

HSMV 75901 (Rev. 5/02)

*Letter I wrote to the Prosecutor using These Three traffic Tickets and Exhibits*

20th CIRCUIT FOR
COLLIER COUNTY COURT                                    DECEMBER 18, 2003
STATE ATTORNEYS OFFICE
ADMINISTRATIVE BUILDING F
3301 EAST TAMIAMI TRAIL                                         CASE NO.
NAPLES, FLORIDA 34112                                      0313812  MMA VM
239-774-8470

                                                       TRAFFIC CITATION  NO.
                   VS                                        0340 CQD 6
                                                            0341 CQD7

DEFENDANT IN PRO PER
MICHAEL THOMAS FOX
P.O. BOX 111621
NAPLES, FLORIDA 34108

## STATE ATTORNEY ANDREW ELLIOTT

I am writing this letter with the following explanation and exhibits, to see if we can Dismiss these traffic citations for the following reasons.  That I, Michael Thomas Fox have a valid Michigan drivers license.

On October 8, 2003 I went to the Collier County Florida Department of Highway Safety Division at 725 Airport Pulling Road South in Naples, Florida.

At this time I had every traffic ticket, late fee charges, and some of the reinstatement fees paid. Copies of ticket receipts showing paid are attached hereto as exhibits.

As I talked to the man who was going to document these paid items on the computer, he asked me where my enrollment for the DUI course was.  I told him I did not have the enrollment.  This man then tells me I need to go to the David Lawrence Center two lights North, and make a Left onto Horseshoe Drive.  I tell this man I will be right back.  I am going right now, and can I come back to see him instead of waiting an hour and a half in line.  He says yes , that I may come back to see him.  I turn and walk away.  This man tells me as I walk away, "Good Luck to you Mr. Fox!"

I drove out of the parking lot and don't go 100 ft. North on Airport Pulling Road, and a Collier County Sherriff Deputy pulls me over.

Then two other squad cars pull up.  I am being harassed and intimidated.  I try to plea with the officer in charge, telling him what the situation is and that I am in the process of going to the David Lawrence Center right now to enroll in the DUI course.  I was going back to the Drivers License Bureau to then have my license reinstated.  I tell him I will walk to get it done, and assure him I will not drive untill my license is reinstated today.  I am then further provoked and intimidated, then arrested for driving with a suspended license.

I have to sit in jail for ten hours untill I can get someone to post bond of five hundred dollars for my release.

I try to get my car out of lock up but, can not because  it is too late.  It cost me 195.04 for a tow fee of 4/10 of a mile.

The following morning, of October 9, 2003, I went to the David Lawrence Center and enroll for

the DUI II course.  Then I go to the Drivers License Bureau again on Airport Pulling Road and pay the reinstatement fee.  My license is then reinstated as of October 9, 2003.

Below is an itemized list of various charges incurred in the process of reinstating my license and some other charges;

| | |
|---|---|
| Hendry County Traffic Ticket | 189.00 |
| Lee County Traffic Ticket | 85.50 |
| Lee County Records | 2.00 |
| Lee County Records | 4.10 |
| Reinstatement Fee | 155.25 |
| David Lawrence Center | 300.00 |
| Towing Bill | 195.04 |
| Typing Fee | 20.00 |
| **TOTAL** | **950.89** |

Then on Tuesday November 18, 2003 I call the David Lawrence Center to inquire about receiving my completion certificate. I am advised I need to come to the center and fill out additional paperwork and then I will receive my Notice of Completion.  I tell them I will be there the following day.

On Wedsday November 19, 2003 I am driving down Airport Puylling Road South.  I am not familiar with the area and I am driving in the middle lane.  I notice I must make a Right turn onto Horshoe Drive and use my Right turn signal and begin to merge into the Right lane.  I look into my rearview mirror and there is a man on the phone laughing and turning on to Horseshoe Rd. along with me.  I drive no more than 8-10 miles per hour making this turn.  I am confused because I believe I have turned onto the wrong street and I come to a stop looking for the street sign.  I am then rear ended by the man in the vehicle behind me.

This man asks if I am alright and I tell him I am.  The man then asks what I want to do.  I told him we would need a police report.  This man proceeded to call a Collier County Sherriff Deputy that he knows personally, and asked this officer if he could help him.  He told the officer that he had hit someone in the rear and that it is his fault.  The conversation continues and then the man hangs up with the officer and again, asks me, what I want to do.  I told him "I thought you were calling the police."  The man says that the officer he spoke with was a friend who is a Sargent in Collier County Sherriffs Department and he wants to know what I want to do.  I told him I need a police report because he had hit me and damaged my vehicle.  He then calls his friend, the officer, back and says that I want a report made.

Approximatly ten to fifteen minutes later two Collier County squad cars arrive.  From the point of their arrival,  I am treated like I am the villain.  I gave them my Drivers License , Registration, and Proof of Insurance.

The man and woman Sherriffs Deputy then run my license.  I am then approached and told that my license is suspended.  I try to tell the Sherriffs Deputys that they are wrong and that the copy of the letter I had from the Florida Department of Highway Safety means nothing.  They tell me to shut my mouth and that my attitude means everything right now or I will go to jail.  Then the two Sherriffs Deputys give me two Traffic Citations.  One for an illegal stop and one for Driving on a suspended license.  I try to talk to them and once again they tell me to Shut Up or I will go to jail.

Again I am provoked and intimidated and have to suffer this hardship ████. For what reason I don't know.

My driving privelage is not suspended as of this day November 19, 2003 that the accident occurred. The man who hit me was not paying attention due to the fact that he was on the cell phone and because he has a personal friend on the Collier County Sheriffs Department the entire incident is my fault. The rear end of my vehicle received $1600.00 worth of damage as a result.

I ask you, Mr Andrew Elliot, to dismiss all of these traffic citations. Two Driving While Drivers License Suspended and one for Making an Illegal Stop.

I have spent a total of 950.89 to straighten out my Drivers License. I have spent ten hours in jail, and have $1600.00 worth of damage to my vehicle.

Atatched hereto is a copy of receipts paid and other documented proof. If you would please contact me at the above mentioned address with your decision I would appreciate it. Thank you for your consideration.

Defendant In Pro Per
Michael Thomas Fox

**TEMPORARY RECEIPT**
HENDRY COUNTY, FLORIDA

122179

DATE 10/3/03

RECEIVED FROM Michael T. Fox

AMOUNT One hundred Eighty-nine + no/00 DOLLARS $ 189.00

FOR 02TR4431

| HOW PAID: | |
|-----------|---|
| CASH | |
| CHECK | |
| MONEY ORDER | ✓ |

PAYEE

for SC services $ 75.60

Following Page is letter
From Hendry County Along
with this Paid Receipt

```
DATE:          Oct 03, 2003

TO:            DEPARTMENT OF HIGHWAY SAFETY
ATTN:          REVOCATION & SUSPENSIONS
REF:           FOX MICHAEL THOMAS
DOB:           Dec 26, 1958
CITATION #:    4551BLA
DL STATE:      FL
DL NUMBER:     F200558584660
```

TO WHOM IT MAY CONCERN:

Please accept this letter as verification of the status of a citation issued in HENDRY COUNTY, FLORIDA to the above individual. This letter pertains only to the traffic citation listed above and is not intended to be a complete record of all cases filed against the individual.

Please do not accept this form if it is not signed and stamped with the seal from this office.

If there are any questions regarding the information listed, please contact this office at 863-675-5209.

This citation was paid/dismissed on 10/03/2003.

Sincerely,

BARBARA S BUTLER
Clerk of the Court

By:
Deputy Clerk

CRT DATE: 04/25/1996
I10001306550



PAYMENT RECEIPT
PAYMENT DIVISION

Defendant Name   : FOX, MICHAEL THOMAS
Disposition Name : FOX, MICHAEL THOMAS
Case Number      : 9601242011
Charge           : HEADLIGHTS UNIT OR W/TWO HEAD

Payment Received :      $85.50
Balance Due      :       $0.00

CHARLIE GREEN
CLERK OF CIRCUIT COURT
LEE COUNTY
FORT MYERS, FLORIDA              D.C. / HELEN

*** NOT A RECEIPT UNTIL MACHINE VALIDATED ***

*This is Paid Receipt*
*And the Following Page*
*Belongs with this Page*

*these No Head lights*

**COMPLIANCE WITH COURT REQUIREMENTS FOR A TRAFFIC VIOLATION OR INFRACTION**

**YOUR DRIVING PRIVILEGE WILL NOT BE REINSTATED UNTIL YOU PRESENT THIS NOTICE TO ANY DRIVER LICENSE EXAMINING OFFICE.**

TE OF
RDA

VIOLATION

| TYPE ACTION | Citation No. | Offense Date | Offense | State Statute No. |
|---|---|---|---|---|
| R | 669013-P | 03-13-96 | HEADLIGHTS DRIVE W/O RISE/SET | 316217 1 |

| Penalty | Date Failed To Meet Court Requirements DHSMV SUSPENSION DATE | Mo. Day Year | Must Comply By This Date To Avoid Suspension | Mo. Day Year | Date Satisfied Court | Mo. Day Year |
|---|---|---|---|---|---|---|
| 85.50 | | 04-25-96 | | N/A | | 6-5-96 |

CHECK APPLICABLE BOX(ES):

| 5 FAILED TO PAY FINE | 1 FAILED TO APPEAR | X | 2 FAILED TO COMPLETE COURT ORDERED SCHOOL | SUSPENSION REISSUED |
| 3 ELECTION MADE WHEN NOT ELIGIBLE | 8 SCHOOL ELECTION MADE FAILED TO ATTEND | | 7 CRIMINAL TRAFFIC ONLY | |

DEFENDANT

| Driver's License No. | State | Date of Birth |
|---|---|---|
| F200603792983 | MI | 12-26-58 |

Name (First, middle or maiden and last)
MICHAEL THOMAS FOX    Sex M

Street
8875 TACKELS CT

City, State, Zip Code
WHITE LAKE, MI 48386

VEH

| Vehicle Lic. No. | State | Year | Make |
|---|---|---|---|
| LMZ203 | MI | DODG | 1984 |

COURT INFO

Case #  96012420TT

Court Type County    Code    County Lee County    Code 3
Traffic Violations Bureau

Mailing Address  P O BOX 9348

City  FORT MYERS    Code 40    State FL    ZIP Code 33902

Area Code (941)    Telephone No. 335-2417

Date Delinquent Notice Mailed Defendant - Criminal Offense  04-27-96    Date Mailed State/DHSMV

Clerk's Name  CHARLIE GREEN

DEFENDANT'S RECEIPT
ISMV 75006 (Rev. 4/95)

FLORIDA DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES
Division of Driver Licenses
Tallahassee, Florida 32399-0575

(AFFIX CLERK'S SEAL)

---

**DELINQUENCY NOTICE OF FAILURE TO COMPLY WITH A CRIMINAL TRAFFIC CITATION AS REQUIRED BY s. 322.245 F.S.**

**WARNING: YOU MUST COMPLY WITH INSTRUCTIONS ON REVERSE SIDE.**

OF
IA

VIOLATION

| | Citation No. | Offense Date | Offense | State Statute No. |
|---|---|---|---|---|
| A) | 669013-P | 03-13-96 | HEADLIGHTS DRIVE W/O RISE/SET | 316217 1 |

| Penalty | Date Failed To Meet Court Requirements | Mo. Day Year | Must Comply By This Date To Avoid Suspension | Mo. Day Year | IMPORTANT - Instructions on Reverse |
|---|---|---|---|---|---|
| 85.50 | B) | 04-25-96 | C) | N/A | |

CHECK APPLICABLE BOX(ES):

| 5 FAILED TO PAY FINE | 1 FAILED TO APPEAR | X | 2 FAILED TO COMPLETE COURT ORDERED SCHOOL | SUSPENSION REISSUED |
| 3 ELECTION MADE WHEN NOT ELIGIBLE | 8 SCHOOL ELECTION MADE FAILED TO ATTEND | | 7 CRIMINAL TRAFFIC ONLY | |

DEFENDANT

| Driver's License No. | State | Date of Birth |
|---|---|---|
| F200603792983 | MI | 12-26-58 |

Name (First, middle or maiden and last)
MICHAEL THOMAS FOX    Sex M

Street
8875 TACKELS CT

City, State, Zip Code
WHITE LAKE, MI 49386

VEH

| Vehicle Lic. No. | State | Year | Make |
|---|---|---|---|
| LMZ203 | MI | DODG | 1984 |

COURT INFO

Case #  96012420TT

Court Type County    Code    County Lee County    Code 3
Traffic Violations Bureau

Mailing Address  P O BOX 9348

City  FORT MYERS    Code 40    State FL    ZIP Code 33902

Area Code (941)    Telephone No. 335-2417

Date Delinquent Notice Mailed Defendant - Criminal Offense  04-27-96    Date Mailed State/DHSMV

Clerk's Name  CHARLIE GREEN

V 75006 (Rev. 4/95)

(AFFIX CLERK'S SEAL)

IMPORTANT - Instructions on Reverse

DATE: 10/06/2003
0001506948

eipt #: T101506948

PAYMENT RECEIPT
TRAFFIC VIOLATION BU
10/06/2003

*
*
*
*    NOT A RECEIPT UNTIL
*    MACHINE VALIDATED
*************************

Description  : COPYWORK FEE

ments:

ment Received :       $2.00    CW    WI    CA

ance Due       :       $0.00

RLIE GREEN
RK OF CIRCUIT COURT
COUNTY
MYERS, FLORIDA              D.C. : NANCY

DATE: 10/06/2003
JU0306942

PAYMENT RECEIPT           *        CHRISTOPHER      LIV
TRAFFIC VIOLATION BU      *        10/06/2003
10/06/2003                *        TRANSACTION # 000011
                          *        NOT A RECEIPT UNTIL
                          *        MACHINE VALIDATED
                          ****************************

Description : DRIVER'S TRANSCRIPT COMPLETE REFUND FEE

ments:

ent Received :        $4.70    DTR4    w/    Ca

ance Due    :        $0.00

ck# 7484 /
ob6 $6.

RICE GREEN
OF U™ CIRCUIT COURT
COUNTY
T MYERS, FLORIDA                D.C. - NANCY



This Page And following 2 Pages Are
check wrote to Pay Reinstatement Fee

Next Page Copy of PAID Reciept

Follins Page A letter that my Driving Privilege
is not Suspended Dated Oct 9 2003



DIVISION OF DRIVER LICENSES
NAPLES  FL
N72 BL49 7230
11/15/2005

OATH OF APPLICANT:
I do hereby certify that the answers given
by me on this application are true.
I also understand the operation of a
motor
vehicle constitutes consent to any
sobriety test required by law and consent
to the release of driving records required
by law.

[MICHAEL THOMAS FOX ]
DL # F200553584660
Audit # N720071090137

PLEASE verify the monies tendered.

| | | |
|---|---|---|
| License/ID Fee | $ | 0.00 |
| /Receipt only | | |
| Chargeable Exams | $ | 0.00 |
| Endorsement Fee | $ | 0.00 |
| Reinstatement Fee | $ | 150.00 |
| FR Admin. | $ | 0.00 |
| FR Security Deposit | $ | 0.00 |
| Background Fee | $ | 0.00 |
| Late Fee | $ | 0.00 |
| Tax Collection Fees | $ | 5.25 |
| Donations | | |
| Prevent Blindness | $ | 0.00 |
| Organ Donor | $ | 0.00 |
| Deaf and Blind | $ | 0.00 |
| Election Campaign | $ | 0.00 |
| Hospice/Hospital | $ | 0.00 |
| Juv Diab Foundation | $ | 0.00 |
| Total Fees | $ | 155.25 |
| Amount Tendered | $ | 156.25 |
| to Cashier M | | |
| Change Due | $ | 0.00 |

Florida Department of Highway Safety & Motor Vehicles
Division of Driver Licenses

725 AIRPORT PULLING RD. SOUTH
NAPLES, FL 34104 - 0600

10/09/2003

MICHAEL THOMAS FOX
8875 LABELS CT
PONTIAC , MI  48054 - 0000

Your driving privilege is not under revocation or suspension in the State of Florida.
Please present this letter as your authority to apply for a license within 30 days from
the above date.

( Examiner ID# 7688 )

By the authority of:
SANDRA C. LAMBERT, Director
Division of Driver Licenses

Record/Inquiry Data:

Ctl. No:            F200-558-58-466-0
Type Issued:        None
Endorsement:
Issued:
Exp:
DOB:                12/26/1958
Race/Sex:           O / M

COLLIER COUNTY
TAX COLLECTOR

OCT 9 _ 2003

AIRPORT
DRIVERS LICENSE





This Page Copy of Check To The Druid Lawrence Center

Next Page(2) Registration Form And Time And Dates of Class

Next Page(3) Copy of Receipt For DUE Classes

Next Page(4) Copy of Completion of the Druid Lawrence DUE II Course

MICHAEL T. FOX    01-86
LIC. F-200-603-792-983
0075 TACKELS CT.    PH. 810-666-1728
WHITE LAKE, MI    48386

Druid Lawrence Center

Three hundred Dollars

$ 300.00

7482

FIRST OF AMERICA
First of America Bank - Southeast, N.A.
DETROIT, MI 48275-4409

David Lawrence Center
Collier County D.U.I. Counterattack

## DUI REGISTRATION FORM

Client #: _DUI0_

ALL INFORMATION IS REQUIRED FOR REGISTRATION

Last Name: _Fox_     First Name: _Michael_     Middle Name: _

Address: _PO Box 11162.1 Naples Florida 34108_ Apt #: _____

City: _Naples_     State: _Florida_     Zip: _341_

Home Phone: (_248_) _592 6392_  Birth Date: _12/26/58_  Age: _44_  County of Residence: _C_

Sex: M (F)     Race: White (✓) Black___ Hispanic___ Asian___ Native American___ Other: ___

Marital Status: Married___ (Never Married)___ Divorced___ Widowed___ Separated___ Living To:

Number of Dependents in Household: _0_     Highest Grade Completed: _Highschool Diploma_

Social Security #: _364_ - _74_ - _2461_     Annual Income: _No of your b_

In Case of Emergency contact (Next of Kin): _LaVone Fox_

Phone Number of Above: (_239_) _731-5367_

Your Place of Employment: _R J Vann Mechanical_

Employment Address: _Cargo St Fort Meyers Florida_

Work Phone: (_239_) _337-4011_     Occupation: _Plumber_

Driver's License #: _F-200 603 772 983_ State: _MI_  Date of DUI Arrest: _3-13-96_  State of Arrest: _

County of Arrest: _Lee County_     Citation #: _____     Case #: _

Breathalyzer Test Results: _____     Breathalyzer Refused ☐ Yes ☒ No

Are You Pending Conviction: _Case Dismissal_     Court Date: _____

Probation Officer Name: _____     Location of Probation Office: _____

Date of Last Drink: _Feb 2003_

Number of previous DUI arrests (anywhere)? _4_     Where/When? _Oakland County, MI, Liva_

Number of previous reckless driving arrests (anywhere)? _0_     Where/When? _____

Have you ever attended a DUI school before? _no_     Where? _____

***PLEASE READ THE PROGRAMS RULES FOLLOWING AND ON THE REVERSE SIDE***
ALL FEES ARE NON-REFUNDABLE
YOU ARE REGISTERED FOR THE FOLLOWING: 11/7/03 Fri 5pm
11/8/03 Sat 9AM
11-9-03 Sun 3AM
11/15/03 Sat 8AM

EVALUATION INFORMATION    CLASS INFORMATION

Date of Evaluation: _Nov 4, 2003_     Date of Class: _11-9-03 Sun 3AM_

Day of Evaluation: _Tuesday_     Day of Class: _11/15/03 Sat 8AM_

Time of Evaluation: _9AM_     Class Time: From _____ to _____

Evaluator: _Paula_ ID# _7589_     Class # _435_ LEVEL: _II_ ID# _229_

YOU MUST BRING THE FOLLOWING INFORMATION WITH YOU TO THE EVALUATION:

001178

# CLIENT APPOINTMENT RECORD

| DATE | TIME | REF: |
| --- | --- | --- |
| 10|9|03 | | DVI 0310 3 |

| SERVICE CODE | DURATION | STAFF | CLIENT ID |
| --- | --- | --- | --- |
| 72no | | Michael B | |

| | | STAFF ID |
| --- | --- | --- |

### PRIVATE PAY CHARGES

BEGINNING BALANCE: $ _____

TODAY'S CHARGE: $ _____

TOTAL DUE: $ _____

PAYMENT RECEIVED ON ACCOUNT

AMOUNT PAID: $ 300

NEW BALANCE: $ _____

PAYMENT RECEIVED BY: _____

### THIRD PARTY CHARGES

PRIOR BALANCE: $ _____

TODAY'S CHARGE: $ _____

BALANCE: $ _____

### NEXT APPOINTMENT:

DAY: _____ DATE: ___/___/___ TIME: _____

STAFF: _____

©CMHC SYSTEMS, INC. 1992

CMHC SYSTEMS

FSI-2 (5/94)





# DAVID LAWRENCE
### *Restoring & Rebuilding Lives*

## LEVEL II

### DUI COMPLETION CERTIFICATE

WHOM IT MAY CONCERN:

**THIS IS TO NOTIFY YOU THAT**

**MICHEAL FOX**                    **12/26/58**

HAS ENROLLED IN THE COLLIER COUNTY DUI COUNTERATTACK PROGRAM, PAID THE FEE, AND
SUCCESSFULLY COMPLETED THE LEVEL 2 COURSE CONSISTING OF 21 HOURS OF CLASSROOM
INSTRUCTION AND THE EVALUATION PROCESS.

THE ABOVE NAMED PERSON WAS      REQUIRED TO COMPLETE A TREATMENT
PROGRAM AS PART OF HIS SUCCESSFUL COMPLETION OF THE DUI PROGRAM. FLORIDA
STATUE 322.292 STATES THAT FAILURE TO SATISFACTORILY COMPLETE ANY TREATMENT
THAT IS PRESCRIBED BY THE DUI PROGRAM MAY RESULT IN THE CANCELLATION OF ANY
DRIVING PRIVILEGES YOU MAY HAVE.

*Christie Holmes, CMHC*

ADMINISTRATIVE COORDINATOR Program Director
Collier County D.U.I. Program

11/15/03

3 COMPLETED

LEVEL 2

## DAVID LAWRENCE CENTER AT HORSESHOE DRIVE

2806 South Horseshoe Drive, Naples, Florida 34104 • voice (941) 643-6101  fax (941) 643-7278 • www.davidlawrencecenter.org

# B & B TOWING SERVICE

INVOICE
2110

3927 Enterprise Avenue
Naples, Florida 34104
Fax: (239) 261-2396

**Phone: (239) 261-0420**

*Copy of Tow Bill Reciept*

Ref

| DATE: 10-8-05 | TIME: | REQUESTED BY: CCSO | |
|---|---|---|---|
| LOCATION OF VEHICLE: | | PHONE: | |

NAME: Michael Thomas Fox

ADDRESS: F-200 603 792 983

| MILEAGE | SERVICE TIME | I.D. INFORMATION |
|---|---|---|
| START: | START: | D.L. #: |
| FINISH: | FINISH: | STATE: |
| TOTAL: | TOTAL: | OTHER: |

| YEAR: 95 | MAKE: Dodge | MODEL: Voyger Van | PLATE #: 1MY37 |
|---|---|---|---|

VIN #: 1B4GH44F6SX 610185

| START ☐ | LOCKOUT ☐ | FLAT TIRE ☐ | DOLLY ☐ |
|---|---|---|---|
| OLEN ☐ | WET ☐ | GAS ☐ | FLAT TOW ☐ |
| DUI ☐ | ARREST ☐ | WRECK ☐ | HOIST TOW ☐ |

TOWED TO: *Pd cash Sm*

| REMARKS: | P.O. #: | MILEAGE CHARGE: | 4 |
|---|---|---|---|
| | | TOWING CHARGE: | 90 |
| HOLD: YES ☐ No ☐ REASON: | | LABOR CHARGE: | |
| | | 7 DAY CHARGE: | |
| **DRIVER'S SIGNATURE** | | STORAGE: | 100 |
| | | DELIVERY: | |
| **AUTHORIZED SIGNATURE** | | TERMINAL: | |
| INSURANCE CO: | | PROCESSING: | |
| ADJUSTER IN: YES ☐ NO ☐ DATE: | | PARTS: | |
| | | TAX: | 11.04 |
| **ROAD SERVICE** | | TOTAL: | 195.04 |

# MATCH'S AUTO BODY
## Complete Collision Repair

North Naples
15  Pine Ridge Road #5
Naples, FL 34108
(239) 261-8076

*Copy of Estimate of Repairs
of Traffic Citations
on Nov 19 2003    MAN who hit me*

NO. _____

**MEMORANDUM
ESTIMATE OF REPAIR COSTS**

Name _Michel Fox_                     Date _11/19_     20 _03_

Address _111621_                      Phone _mother # 731-5367_

City _Naples_        State _FL_       Zip Code _34108_

BELOW IS OUR ESTIMATE TO REPAIR YOUR _DIY Grand Voyager 1995_ AUTOMOBILE.

| MODEL | LICENSE NO. | MOTOR NO. | SERIAL NO. | MILEAGE |
|-------|-------------|-----------|------------|---------|
| MiniVan |           |           |            |         |

| PARTS NECESSARY AND ESTIMTE OF LABOR REQUIRED | PARTS - COST ESTIMATE | LABOR - COST ESTIMATE |
|-----------------------------------------------|-----------------------|-----------------------|
| Replace Gate (Heated, tinted, wiper)          | 600. 00               | 4. 0                  |
| Repair Floor                                  |                       | 4. 0                  |
| Setup Pull                                    |                       | 2. 0                  |
| Repair rear Bumper                            |                       | 2. 5                  |
| Paint - mat a Blend (two tone)                | 160. 00               | 8. 0                  |
|                                               | 760. 00               | 820. 00               |
|                                               | 1580. 00              |                       |
|                                               | 6/tax 94.80           |                       |
|                                               | $1674.80              |                       |



Match's Auto Body
ROB ABERDEEN • Owner

1370 Pine Ridge Rd.
Naples, FL 34108

Phone & Fax
(239) 261-8076

| TOTALS |  |  |
|--------|--|--|

**PARTS AND LABOR ESTIMATE GRAND TOTAL**

THE ABOVE IS AN ESTIMATE BASED ON OUR INSPECTION AND DOES NOT COVER ANY ADDITIONAL PARTS OR LABOR WHICH MAY BE REQUIRED AFTER THE WORK HAS BEEN OPENED UP. OCCASIONALLY AFTER WORK HAS STARTED, WORN PARTS ARE DISCOVERED WHICH WERE NOT EVIDENT ON THE FIRST INSPECTION. BECAUSE OF THIS, THE ABOVE PRICES ARE NOT GUARANTEED.

For The Last 20 years and more. I Have Been Under investagation By Many Goverment Police Agencys.

I had to Flee the state of Michigan for my life, in Nov. of 1995. That the Police & Goverment Agencys have Turned everybody Against me. I Have Been Poisoned, with some kind of Bacterial Poision. That the Doctors I went An seen could Not make me phiscally Better, Nor Do I Belice they Tried.

And After I Left my Home in Michigan, How I got Physically Better with in days.

Now, I Am going to go Back to the year 1985. In This year. I started Buying Rental Property in Pontiac Michigan.

I got up to 19 Rental units, all with in the City of Pontiac Michigan.

I Rented out these Apartments and Houses. From 1985 until 1992 when I sold my last House and Duplex.

During 1985 To 1992 I Have Been Accused of Running Crack Houses. And Two of my Duplexes Had Burned And That I was Accused of Burning these House's, I was never Charged. But I was Always Accussed.

I was Always going to Court to evict people, For None Payment of Rent, For Selling Drugs, And For Destroying the Apartments. As time went on, For Everything I have Been Accused off. All 4 Judges had Eventully Turned Against me.

Page 1 of 67

I had David Hull An Attorney At the Oakland Livingston Legal Aid office in Pontiac Michigan, Representing

some of these Tenents I took to court. I would always
Be Counter Surd, For up to 10,000 Dollars in Damadges. And
some times The case would DRag out 60 To 90 Days And I
would loose that Rent money. And I could not colket, Because
the tenent was on welfare. I WAS Being BANKrupted.

I Knew I had to sell these Propertys, Because the
Policing Gouerment Agencys were AttAcking me, And killing me.

I sold 12 of my Rental units To A PartnersHip. And
I HAd Approx 110,000 in Capital Gains on Paper (Land ContracT.

This PartnersHip Broke up, And was Divided Amoung the
Three Partners. Then The three Partners, sold there Buildings
To A Single man (Levi Johnson)

I would Alwnys Have to Drive ouer An Get the Payment on These
12 Rental units. This man would want to take me out to the
BAR After, or I would have to met him At the BAR to get my
Check. I Knew I WAS Being set up. So I would noT Drink or I
DRANK very Little. This man Leui Johnson, would try to get me
To talk About my Houses that have Burned in A Fire. And
About Cocaine And Crack Houses.

I was Told that this man Leui Johnson was undercouer.
I called this Leui Johnson to get my Monthly check. He told me
to Drive out to his house And that he would Pay me. And we
can Go Down To MR B'S, A BAR in Down town Rochester Michigan

I Drive out to Rochester Michigan Get my check From Leui Johnson
And Then Leui Johnson Drives Both myself, and Himself, to the BAR
Page 2  in his Red CAMARO. I now Am going to Play Police.

I start Buying Pitchers of Beer And shots of Alchal. After
I Get Leui Johnson DRUNK. I start Asking him

Questions About the police, And his envolment with the Police.
I Tell Levi Johnson that I heard He WAS working with the
Pontiac Police. Levi Johnsons Eyes Get As Big as Grape fruit.
Then This MAN STARTS CONFESSING. Levi Johnson Tells me that
He is working with the Vice squad IN The Pontiac city Police. And Trying
to Find out Where The Drugs Are coming From. And that
They Are Buying Rental Houses in Pontiac To Do So. This Levi
Johnson Also works the Afternoon Shift at the Orion, General
Motors CAR Plant.

　　　I have Told Levi Johnson in the Past, And I Again tell
him that I WANT him to mail　My check. But After
This meeting I STILL ALWAYS have to call And Drive to A BAR
To get my check.

　　　I Don't have The EXACT Date, But I Again hAve To call
Levi Johnson FoR my monthly check on these 12 Rental units.
Levi Johnson Tells me To meet him at the BAR called PLAyers. I
Drive to this BAR And sit Down at the BAR next to Levi Johnson.
I CAN Tell that I AM Being WATCHed By undcover Police. Levi
Johnson And I Begin Talking. Then Levi Johnson hands me
Quick Claim Deeds, To These Building that I sold To A PARTnership.
Then The Partnership SPLIT, And Divided the properties. Then
The individuals of this PARTnership, sold these Buildings to
Levi Johnson. A Single MAN. NOW Levi Johnson, Quick claim
Deeds ALL The PRoPERTY BAck to me. I Tell Levi Johnson I
Do NOT WANT These Buildings Back. I Go To 20 norton street.
A Five unit Building. Nobody is PAying Rent in Any Apartment
That is Being Lived in. Apartment # 4 That I PeRsonally
installed a new kitchen FToor, ALL new upper and Lower

Page 3