Kitchen Cabinets and new Counter Tops, sink and Facet Are completly gone. Someone Striped the entire Kitchen And Destroyed the new Tile floors with Huge Tears And Gouges in the Tile. The stove And Refrigerator Are Gone. Windows Are Broken out in All the Apartments.

I Go To 197 Sanderson A 4 unit Building. Apartment one Has The front Door and Jam completly missing. This WAS A BRAND NEW Six Panel Door that I installed. Someone had stolen the Door completly, The stove and Refrigerator was stolen.

Broken Windows and Doors Through out The entire Building.

Any APARTMENT that was Being Lived in. No one was paying Any Rent.

I Go To 392 & 394 North Johnson, A Duplex and A Single Family House. I find The Unit 394 North Johnson HAS Been Totally RAND sacked, ALL windows Broken out, The Front and Rear Doors Are ALL Kicked in The new Kitchen Cabinets And counter TOPS I installed in this kitchen completly Busted up. The new stainless steel Kitchen SINK And Faucet Are gone. The Tenent in 392 North Johnson Is not Paying Any Rent. And The Rear House is in Total DisRepair And no one is paying Rent.

I call Levi Johnson By Phone. I Am Pissed off. I Tell This MAN To meet me Because I Am Going To show him The condition of these Buildings. I meet Levi Johnson And we go through these units in Each Building. And Talk to the Tenents About the Rent money.

Levi Johnson And My Self Are At 20 Morton, And After We have Gone Through This Building. Levi Johnson And

Page 4

I, Are standing outside in the Driveway talking. As we Are Talking Levi Johnson Tells me I should Burn These Buildings. I know now, that I Am Being completly set up By the Police. I Am Financially unable to Fix these Buildings. And No Rent Money is comming in on these Buildins.

I had over 100,000 Dollars in Equity in these Buildings. And the Gouerment WANTED to see If I would TAKE the BAit, and Burn them. So they could put me in PRison.

I ContACted Three Attorneys, None of them would take the CASE, Because I had no money to PAy them. I call all The LAND CONTRACT Holders That I PAy monthly. I tell them what HAS happened, And that I Am unable to PAy The monthly LAnd contract PAyment, And I Quick Claim Deed all Property BAck to the LAND contract Holder. I Have to do this Because I am unable To make, The Tens of ThousAnds of Dollars To RepAir These Buildings, And To make monthly PAymets on 12 Rental units, That Are VACANT or The TenAnts Are NOT PAying Any Rent. I could not even Afford the Attorney To Represent me on these LAnd contracts And I Lost over 100,000 Dollars in Equity.

This was A Police sting operation, Set up to get me to Burn these Buildings, So the Police could send me to PRison. I Have Been Accused of Burning Two of my Houses And Also Running CRACK Houses. And The Policing Gouerment Agencys know I Do not have the funds At this time, to Be able to RepAir And mAke The monthly PAymets. They Tryed to mAke me A Desperate PeRsoN. DesperAte People, Do Desperate Things. And they WANTED To catch me IN A criminal Act. I Have Neuer in my Life, RAN A CRACK House, And neuer in my Life,

Page 5

Have I Sold crack cocaine. And I Have never Bur'nt A House or commited ARSON Ever. If I was A Drug Dealer where is ALL My Money, To save My investment. There is no money, Because I have no money. And Again I have to suffer, Because the Police have made a conscious Decision About me. That is Totally wrong And False.

I Sold my Last 3 units in 1992. A Single Family House and Duplex. I Had to Give these Buildings Away Because of The Continuing Police HARRASMENT, And I Could no Longer Financially keep it going. I was working For myself in the Building Trades, And I could Barely make A Living. I went to work For other People. Being Paid By the hour. After 1 To 3 weeks of employment. I Am Told I Am no Longer needed, or I Am no good. OR I Am not worth what I Am Paying you. And I would have To take A cut in pay of 4.$^{00}$ - 6.$^{00}$ Per hour in pay. This was A Joke.

I Am Going to the Mount Zion Church. I Am in the Anger manngment Class that they offer once A week. I Am under So much Pressure, Because The Goverment, will not Allow me to make A Living. I Am Always Being Provoked and intimadated By MY neighbors, Through out This suddivision. I Even Have People who Live in this sub division following me. The Goverment HAS Turned Everybody Agannist me. I Am followed Everywhere I Go.

I Have my next Poor Neighbor Drive me To The 50th District Court in Pontiac MI in 1991 Because I know That The Police Are Trying to Lynch me. I Have A Landlord Tenent Hearing. I Have A court officer waiting For me when I Arrive For court I Don't have this mans name Right Now. But I used this

Page 6

Court officer for some of my phisical Evictions and court Process Service. But This Court officer was waiting for me when I Arrived. And this court officer follows me to the court room running his mouth. This court officer Trying to intimadate me and Provoke me Before I Go in front of Judge Bowman. This court officer is Judge Bowmans Personal court officer. And During the court Proceedings This Court officer was not Present. When I Left the court room and went Downstories to Leave. This court officer was waiting for me with Another man. Both of these men Attack me verbally. Even my next Door neighbor who Drove me To Court Asks These Two men what there Problem is. I Told my neighbor lets go, Don't even Talk To These People. I Turned Around And said something to these Two Then Left.

After my neighbor, And I Got Home. I went And called Jim A'Hearn At The Oakland County Prosecutors office. Jim A'hearn is The Chief Detective For The Oakland County Citizens Grand Jury. I Met this man, when his mother called me, to Build A New Deck on the Back of her condo Because It Had Rotten. I Also Believe I was Furthermore Being investagated. I Called This Jim A'hearn on A monday. I Asked him If I Could come and see him Tonight. I went over to Jim A'hearns condo that Monday Evening, After my Anger Management Course. Jim A'hearn First tells me that I have not Red you your Rights. So I can not use what you say, Against you. I Laughed This off. And I continue To Tell Jim Ahearn About My Encounter with This Court officer, And other man. I Also Told Jim A'hearn how This Court officer went Back To Judge Leo Bowman

Page 7

And Told The Judge that I had Tryed To Bribe him. And
That I had falsified A WRIT of Restution, Euicting A
family out of one of my Rental Properties. And that I Also
Commited welfare fraud, and I forged Judge Leo Bowmens
Signiture on A Judgement notice. This ALL WAS A Lie.

    I had A Police informant named Scott Marrion who WAS
working with me in my construction Busness, At this time, This
Scott MARRION helped me Euict these People out of 120 State
street When This court officer, SAYS I committed all these
Alledged Crimes. I Told Jim Ahearn, To Go And Ask this
Scott MARRION, If I had Euer done Any of the things I
WAS Accussed of. Judge Leo Bowman Put out A 5000 Cash
Bond on me. I was later found not Guilty of all Allegations

    I Tell This Jim Ahearn That I have Been Accused of Running
Crack houses, And Accused of Burning Two of my Houses. I
Tell This MAN, Jim A'heam, That I WANT To Take A Polygraph
Test To clear my name. Jim A'Hearn Tells me that I
Do not need to take A Polygraph test. Jim A'heam SAYS
only If you Are Charged with the Crime, would I need
To Take A Polygraph To help clear My name. Jim A'heam
Asks me who Accused me of these Crimes. I Tell him the
Luietenpt in Charge of the vice Squad. I Tell This chief
Detective of the Oakland County Sheriff Department I WANT
To take A Polygraph test, Because I Am going to set
The Fuckin Record straight. I Am Really Pissed off
Right now, And Jim Ahearn is A little Shocked. Jim
A HEARN Again Tells me That there is NO Reason To TAKE
The Polygraph, And That He Belives what I Am SAYING

Page 8

In 1994 I Am Working For A General Contractor. I met Another Sub Contractor There, and Myself And MARK SWASYTAN Begin working together On other sub Jobs, Together As PARTNERS. Then MARK SWASYTAN And I, open up A Building Company Named TRI County Builders. As time went on, MARK SWASYTAN started working For the Police. This man would constantly Be TRYING To Provoke me and intimadate me. I WAS Driving on A suspended License, And I would find that someone had Broken The Tail Light Bulbs inside the Light It self. This Happened numerous Times, When only MARK SWINSTAN And I WAS working together. I would Question This man about this, And you could tell The way he Talked to me and Treated me, That He WAS Trying to get me Pulled over For no tail light and Then Get Charged with Driving on a suspended License. After the Continuing Bull shit. I told MARK SWAISTAN I wanted to End Are PARTNERSHIP. MARK SWAISYTAN Agreed. MARK SWAISYTAN And I, Figured out Are Accounting on the Business. And That I would get Paid 10,600⁰⁰ (Almost the correct Amount) And that MARK SWAISYTAN would get A O.K. From his Attorney Before Paying the Amount. MARK SWAISYTAN never went An SAW An Attorney, And never Paid me my money. I sued MARK SWAISTAN And Then He Counter Sued Me, On Three Counts of 10,000 or more. I Had to hire An Attorney Then. I hired DAN Proctor And Then The Goverment had gotten to my Attorney DAN Proctor. I Had The Prosecuting Attorney, Roger Bedell, For WATERFORD Township. Who had A office where my Attorney DAN Proctor WAS. I would Come For An Appointment with my Attorney And this Roger Bedell would Be WAITING for me. Trying to Provoke and

Page 9

intimadate me. I would see my Attorney. And this Attorney
Would Also Be trying to Provoke me. And you could tell That
This Attorney Also had Been Gotten to. I AM Paying this MAN
125.00 Per hour. And HAve Paid A Down Payment. I would
come out of the Attorneys office and The Prosecuting Attorney For
Waterford Township, Is waiting for me in the Parking Lot
in his Black Ford Bronco or Explorer. I would get in my
CAR And leave. And This Prosecuting Attorney Roger Bedell
Would then follow me. Pull up Along side me. Looking all
goofy And Laugh At me. This Happened on Two Different
occasions.

No Matter What Job I worked at. I AM Provoked and
intimadated. I Am ALWAYS Fired, Told I Am No Longer
needed. Or MAybe I Should Find another Profession to
Work in. If I worked For myself I had to work FoR
A Lot Less Amount than what the Job was worth. I
Would At Times, HAve A HARD Time CoLLecTing My
Money. And Times I would get cheated out of Hundreds
To Thousands of DollARS. I sAid to myself. I will never
work For myself Again. I would go to work FoR oTHer
People, And Like I said I Am Fired, LAyed off or told I Am
no Longer needed. The Gouernment, And the Police, who Police
me, Have with intent, Destroyed everything, I HAve ever
Tryed To do with my Life.

In November of 1995 I had to flee the state of
Michigan FoR my life. I CAN Never hold A Job The Police have
Everybody Turned Against Me. I CAN MAke no money to
Pay my Bills And I Am in the Red on money MATTERS

Page 10

I Pack My Mini VANN with all kinds of tools. And I leave The state of Michigan, FOR Florida. As I Am Driving Down The interstate in Michigan. I Am Approaching The Ohio State Border, I Am Being Followed By A Michigan State Trooper. Then this state Trooper PASSES me with Two Michigan state Police Officers STARRING me down as they Drive BY. As they Reach the Boarder of Ohio. They Turn left and Get into the Medeam and stop. I Thought they were going to stop me. But they Did not. I Am Driving on A suspended License at this time. I Go to my mothers Home in Florida. I Right Away, try to find work. I Am Being Followed everywhere I Go Putting in Applications.

The Phone would Ring at my mothers Home And I would Answer It. I could Hear someone Ask For me. Then the Phone would start making A Buzzing noise. I could not hear who was talking. This Happened many Times. Out of all the Applications I Put in, I could never get An incoming call. Because of the Buzzing noise. The Gouerment From The state of Michigan that Followed Me. The Gouerment was messing with the Phone.

I would not Give up. I MADE A call To A Construction Company. They Told me to come down An Fill out an Application. I Drive Down Right Away. And I Am Hired By one of the owners. I Am Going to Miami Beach to Remadel A Denny's Resturant. I Met with all the other workers and owners of this Construction Company. Right Away, I Am Attacked VERBALLY By this Peter Sherrice/ (not spelled Right) I Remodeled Denny's Resturants in Michigan. And that is one of the Reasons I WAS Hired. This Peter Sherrikal, JUST CUT me up and DOWN.

Page 11

I Thought to myself, is this Guy JUST A Asshole, or has the Gouerment Gotten to him. We All Drive Across state To Miami Beach. I Drive By myself. We ALL start work Right Awny. At the End of the Night, The workers Picks Roomates For The the Hotel that we Are staying in For the next 3½ weeks. As The Days of work Go By, I Am more and more Being Prouoked and intimadated. I Am yelled at, and told that my work sucks. I Canture to work, And not Pay Attention to these People. After work, These workers would go out to the BAR. I would not Asirat with these Peopk, Because I know The Gouerment has Gotten To them, And I will Be set up, an Arrested for some crime

One night I Am Laying in Bed, watching T.V After work. ALL of A sudden the Door to the Hotel Room Flys open. It is not my Roommate. It is peter Sherbicel. This man comes in, all Drunk And talking Loud. This Peter Sherkiel Asks me to come out an Party. I told him, I Am not Going to get inuolued. This Peter Sherickiel Throws me A Bottle of vodkA on to my Bed, And tells me to Drink up. Then He Throws me A Bag of Pills. He tells me to eat some. I Throw The Bottle of vodkA Back to the End of the Bed and Throw The Bag of Pills at him, After I unrolled the Bag and Looked At them. Peter Sherikiel Told me That I Have to Loose Euery Thing I own. Until they Are Going to Leaue me Along. Bingo, I WAS Right. I knew That the Gouerment HAd Gotten to him and the other Help. And I knew if I would Go out And Party with them. I would Be Set up, and Busted and Go to Jail. I was on the verge of Loosing Euerthing ALReady.

Page 12

The more DAYS I worked with these Group of People. The Provoking and intimidation would Get worse. This Construction Company Then Hired this MAN, That Just walked in off the street. And Drove in From Missouri, with Missouri License Plates on his VAN. I knew Right Away that this is another Plot By The Gouerment. A Couple of Days Go By, And now These workers Tell me that we Are Changing Roomates and now this MAN From MISSOURI is Moving into my Room. I knew now, for sure, that I WAS Again Being SET UP. This MAN moved into the room. After A Couple of Days, Afterwork. I Am Laying in my Bed and this MAN From Missouri is Laying in his Bed. This MAN Then STARTS Talking About. The Oaklahoma Bombing and Starts talking About Timmoty McViegh. This MAN From Missouri tells me that he knew Timmothy Mcuiegh. He Then STARTS talking About Dexter Michigan. And IF I have ever Been there. I would not SAY a thing. I SAY To myself, They must Have Cameras on me and Sound.

    IN the next couple of Days of working, this MAN From Missouri And This Peter Sherrickel were constantly yelling at me, Provoking and intimadating me. Then Peter Sherrickel came into where I WAS working And STARTS Running his mouth Telling me what A Fat ASS I AM. He Then Grabs me And Throws me on the Ground. I Am enraged. I Get up and Follow him out of the room I was in. There IS STANDING this MAN From MISSOURI with A Big Grin on his face. I START yelling at this Peter Sherrikial. And He IS Laughing At me And Jumping Around like this is A Joke. I Punched This Peter Sherrickal Right in mouth. I Told him I WAS SICK And Tired of Fuckin Bull Shit.

Page 13

This Peter went CRAZY. Running his mouth, Jumping up and Down, Running From side to side. This Peter Telling me, that I Should have never hit him. And kept saying it over, And over. Then He tells me he is calling the Police, And going to have me Arrested For Assult An Battery. I Am yelling at him, call the Police. You Are the one who threw me on the Ground. Peter Sherpickial went Running off. Then The man From Missouri, Started Running his mouth, Trying to Further Provoke me, and intimadate me. I was never Approached By A Policeman, But I did see A Miami Beach Police CAR Pull up, and A Cop got out. I JUST Continued To work. And Again I never had A Policeman come and see me.

I continued To work everyday. One of the owners of the company, Watched me work And ALWAYS said what A Good Job I Did, And Then he would TAKE some of the other Help, And Dismiss them, And wanted me to do there work Because I Did A Better Job.

Because I would not Go out After work and Drink with these other men, I was The outcast. I was not Going to Allow these People to Get Me set up And Busted. I Also Believe the Goverment, that Police me, were not happy That I Did not Go out and Drink with them, So they Could get me Busted somehow.

As the Days went on, And the one owner of the company Left. That liked me. The Hired Help Really Turned up the Provoking and intimadation. Yelling at me constantly. I was eventully Told that they did not need me Anymore. ALL the Hired Help Got to the Foreman, And He went to the one owner. And

Page 14

Where Able to convince him to let me go. I worked 18½ Days in A Row.

I Drove Back to Fort meyers, And Right Away, Looked

for Another Job. I Made some Phone calls. And talked to the

Foreman for A Builder, who is Building A Lazy Flamingo

Resturant, in the Fish Tale Marina. I Drive Down To The Fish

Tale Marina, And I Am Hired By the Builder Ray Holmes. He is

Also Part owner of this Lazy Flamingo Resturant. As I Begin

To work at this Job, Every thing is Fine. Then After A couple

of Days the Foreman And the other Help, started with the

intimadation And Provoking. I JUST keep working. Ray Holmes

The Builder And Part owner of this Resturant Allowed the

Foreman And other Help to Drink on the Job. I never Drank.

I Had the owner of the Fish tale Marina Watching me work,

And telling me what excellent work I Do. And that I sure am

not Like the Rest of the workers. As the weeks went on The

intimadation and Provoking was crazy. The Foreman of

this crew that smoke pot and Drank everyDay. Got the other

owner To Fire me. I worked About Three weeks until

I Got Fired. I was not yet Paid for Any work I did.

When Ray Holmes And I Sat Down To Figure out what he owed

me. He Cheated me out of 2 $^{00}$ Per Hour. I Argued with this

man About Are conversation when he first hired me. This

Ray Holmes Telling me what A Slick sucker I Am. Ray Holmes

Paid me ALL my hours, And I went to collect my checks

from His Accounting Company.

Page 15            Nothing Ever changes, I move to Florida to have A

Life, And It is the same thing As in Michigan.

I knew That the owner of the Fish tale Marini

AL Dirret wanted To Build An Addition on his Fish Bait and Tackle Shop. I Drove Down To the MARINA And Talked to AL Dirret. I came Down 5⁰⁰ Per hour to get the Job. And I Begain working on This Job the next day. As I worked on this Fish bait And tackel Shop, Every thing was Fine. I made A Deal with the owner That he would have to supply the Addition Help When I needed it. As I need help, And The owner supplied the Help. It was The same Thing over Again These People Running there mouths and Provoking me. After About Two weeks AL Dirret Brought A man to me, named mike He worked For AL Dirret in his Mechanic shop on Electrical work and installations. This man, mike worked with me at Least 8 hours Per Day. As I worked with this mike He would constantly Be Provoking me and intimadating me. I Got So Ticked off one Day, I Started yelling at him, to Shut his Fuckin mouth or I Am Going to Stick my Hammer In your Head, And I had my Hammer in my Hand At this time. This Mike Just Laughed At me, And Told me that A Mind is A Terrible thing to waste. And A Life is A Terrible thing to Destroy. I came so close To Taking this mans Head off with my hammer. This is Just what the Goverment, wants me to do. They Provoke you till you strike Back, And Then It is my Fault. It Does not MATTER where I Go. I will always Be Attacked and unable to make A Living. I Go through This Also with the other Help. As I keep working I Have many of AL Derrits Costomers Telling me what A Beautiful Job I Have Done. On one Saturday That I Am Working I Have AL Dirrets, Manager, of the Mechanic Shop came out

Page 16

While I Am Doing the Finishing Touches on This Job. This man Tells me, Mike, you Are A Real Craftsman. And Al Dirrett Just Loves your work and what you have done. This man, Also tells me That I will have a Job For Life with Al Dirrett That Al Dirrett Takes Care of People, who Takes car of him. I Told this man Thats nice to here. I Like working here.

The entire Time that I was working For Al Dirrett. At least once or Twice A week And sometimes 3. I would get off work And walk to my Car. I would have A Lee County Sheriff Patrol Car sitting out where my car is Parked. Running and somebody sitting inside. At times while I was working. A Lee County Sheriff Deputy would walk up with Al Dirrett And watch me work, and talk. Why is this. I Am Always Being watched And intimidated and Provoked. I Do not Talk To the Police. When I finished this Job up. Al Dirrett went off on me. He tells me that It Has Taken me way To Long To finish this Job, and That I Am not worth the Amount of money I Am paying you. Al Dirrett Asks me For my Hours And He will finish Paying me. Al Dirrett then tells me He will only Pay me 9.00 Per Hour Because That is All I Am worth. I Am enraged. I yell At this man. I tell him, I Am out of Here. I get my mini vann, And Back it up, open the Back hatch and Load my tools. I See Al Dirrett And He looked so sad. I Thought He was going to Cry. I tell Al Dirrett How Dare you Treat me Like that. I Saved this man 25,000 To 35,000 Dollars For what I did. And I Am Sure that The Police And the Government Where Behind this deal

Page 17

I Got in my mini van, And Drove Away never to see AL Dirrett Again. Right now I Am Really Hurt the way This man did me. And How the Goverment Again, was Able To Beat me down.

After This, I went Back to Bruce Cermak. This mans house had Caught ON FIRE. And I Introduced myself to him And Told him I would Rebuild the House For the insurance money And Also I would Do Extras To get the Job.

Bruce Cermak Gives me the Job. And we make A verbal Agreement. I Go To work And Begin Remodeling this FIRE Damaged House.

Bruce Cermak is Part owner of the Surf Club Bar. I would go up to the Bar To talk to Bruce Cermak About the Job, Sometimes Drinking Beer And talking About other Things. Bruce tells me that He is From Chicago Illinoise And that He was Divorced and use to own A Bar. And That After His Divorce, His wife called The I.R.S And snitched on him. And That He got into Trouble And Had to sell the Bar. And He moved to Florida, And went to work with his Brother and SISTER in Law who own the Surf Club Bar on the Fort Meyers Beach.

I said to myself. Oh know, is this where the Federal Goverment is going to move in. I CAN'T Believe this.

I continue To work on the House. I Have some of the most Dispickable Looking men, come inside while I Am working, And start talking stupid. I say to myself, Are these the police informants. I continue to work everyday and I must say, It is Really nice. I Have no one Provoking me and intimadating Me. After A while People From the Bar Are Coming

Page 18

By. They Bring ALL Kinds of Beer and Booze and smoking Pot. The man who has the Pot is ALways Being Friendly to me. This man Tells me he is going to Try to get on Social Security Disability And get 700.00 Per month And move to Costa Rica And sell Kites on the Beach And Live Like A King. This man TELLS me, I CAN do it to. I say To myself, yea, here we go Again. This same Group of People came To The House that I was working on at least once Per week And more.

As the House was getting Together, Bruce Cermak who's Home I was Rebuilding, Brought A man To the House, and Told me that He was A Friend of His, And That This man named Bud would Help Drywall the House and Tap n mud the Drywall and Paint the House. As Bud and I work together. This man Tells me, He is collecting 500.00 Per month on Social Security Disability, Because He HAS A BAD Heart. And then He does odd Jobs To Make Extra money. As we continue To work Together This man Bud starts Telling me. You Know mike, you Are mentally ILL, And That I can collect Social Security Disability. and Then you can move To Idaho, And work As A F B I informant. And I CAN get into A Militia Group, And Tell Them How The Goverment HAS Done me, and cheated you. I Have never mentioned to this man, Bud, or Anyone how The Goverment HAS Done me. I JUST Continued to work, And Tryed my Best to Deal with this Bullshit Again. This man Bud Tells me that He use to Live in A small TRAILER And was A Small Time Drug Dealer. And one Day, 30 Federal Cars And 50 Federal Agents came And Swarmed his Trailer. Bud Tells me you would

Page 19

Have Thought I was some kind of Big Drug Dealer. I Say to myself Because Bruce Cermak was Busted By The I.R.S The Federal Gouerment Has Pushed their way in on me Again. There will neuer Be Any Relief for me. I Am Always Being Beaten Down, Prouoked and intimadatel

On March 13 1996 (I Believe That is the right Date) Bud and I, Drive to the 7 Eleven. I Go into the Bathroom I Am in the Bathroom A Long time, I Am constipadid. I Come out, And Go outside, and Bud is on The Pay Phone, He is All Bug eyed, and Acting uery Excited. Bud Gets into the Car And starts Drilling me for Questions About what I was Doing, and what is wrong. I Told Bud that I Could not Poop. This Man Bud, called I Beliue Some Kind of Gouerment Police. we go Back to the House to work. Bud is Acting uery strange And now says, That He has to Leaue Early. I Continue to work.

Then Bruce Cermak And Some People who Are From Portugul. Come to The House with Beer And Liquor. The Also Brought Molson Ice Beer. Because That is All I Drink, It Does not Dawn on me, But Right now, I Am Being set up. I Continue to Work, As I Start Drinking. Later Bruce Cermak Takes me Down To A Resturant. We Are sitting outside. Bruce Cermak is Eating And I Am Drinking Beer only. As we Are Sitting there A Lee County Sheriff Car kept Drwing By And Starring At Me, Like He wAnts to Kill me. Now Later that euening. I Am inside the Surf Club Bar with Bruce Cermak. I see This man Bud Looking at me with uengence. I Leaue the Bar. I Get in my Car And I Don't Go 50 ft And A Lee County

Page 20

Morning. I Am Really Depressed. I was set up And I Took The Bait. And I Am Busted for Drunk Driving.

I Go And Get my Car from the inpound yard. My vehical has Been Torn To Pieces For Drugs. And what Did they Find. Nothing! Because I Do not sell Drugs. The Gouerment will never Leave me Alone. Because in there mind I Am A Drug Dealer. Which is totally wrong. And I will Never Talk to the Police.

I went Back to work on Bruce Cermaks home to Finish it. And to never have Any thing to do with this man Again.

These People Could Tell how Depressed I was, And how Hurt I was By this. Bruce Cermak came out to the House One night, when I was Getting Ready To Leave. Bruce Cermak And I Are Talking. Then Bruce Cermak Tells me. you Know mike, It sure is A terrible thing to waste your life, with The talent and skill that you Have. I said nothing. And Got in my car and left. Again The Gouerment has gotten To This man Bruce Cermak, And is using him to get to me.

On The Fort Meyers Beach, I Find this man Bud, with Two other men. who I Believe Are Federal Asents.

Page 21

Following me, And wanting To Talk to me. I walked Away And will have no Dealings with These People.

Sheriff Deputy Pulls me over. This Deputy Tells me that my Lights were off. My Lights Are on. This Deputy Asks me if I have Been Drinking. The Duputy tells me to get out of the CAR. The Deputy Asks me To say the ABC's  I Do. Then this Police officer says I Am Going to Jail. This Duputy tells me I Better not Find Anything Illegal in your vehical. I Laughed At him. I Go To Jail. I Bond out the next

In May and June of 1996 I went To work For A General contractor chase Builders owner David Bubley. It was The same thing all over Again. I went Back To Michigan in June of 1996.

I Left Michigan in Sept 1996 And moved to 1214 South shore Drive in Surf City North Carolina. I went to work for myself, on the hurricanes that Blue Through North Carolina. I Tryed everywhere to get a Job. I had A Phone turned on And People had tryed to call. But I had Broken messages on my Answering Service. I Finally got A Job. and It was the same thing Again, the woman that I went to work for Brother or Relative was there. His name was Ray. This woman that Hired me. Tells me that Ray will help me, This man Ray, Tells me As I work with Him, That he is from Palm Beach Florida. He tells me he had his own Construction Company But that the Goverment Got him For not Paying Taxes. This man Ray Tryed to get me to go to the Bar And Drink, I would not As I worked with this man Ray, He Tells me that the Government is going To Allow me to make A living, I Finished this Job. Went And Packed my stuff, and left Surf City North Carolina.

I went Back to Florida, And worked For 2 Different Plumbing Companys where I was Released After 4 to 6 wks of work at Each Job

I went Back To Michigan in May 1997. I cleared a vacant Lot I own, And Brought in 1000 Cubic Yards of Dirt and Graded. I Also Pulled A Fire Fase Department of Natural Resources Permit.

I Am Constantly Being Provoked and intimaded while I work on this Property and my For Sale sign is constantly Tore Down and And some times stolen. I Am Also Threatened Boy Leon Gentry The Building inspecter.

I Again leave Michigan, And Go to Smith mountain Lake in Virginia. I Find out that they have issued warrents for my Arrest For this Piece of Property, Back in Michigan.

As I Am working in Virginia For One Merrit who

Page 22

owns the Black widow construction Co. As I work For this Dave Merit he tells me that he has Friends that Are federal Agents. As I work on this Job sit I Find that the Honda Power washer is Gone And Alext Dave Merrit the owner of the construction Company. Dave merrit walks off And He Finds that the RotoTiller is gone. The next dAy The Franklin County Sheriff shows up. And Questions ALL of us workers. His nAme is steve McGuirer. This Deputy Asks me If I will take a Polygraph. This Deputy is very intimedating and Provoking. I told this MAn I would take the Polygraph. Steve McGuire tells me he will Drive out and tell me who he wants me to take the Test. A couple of DAy later, this Deputy Drives out and tells me that the polygraph has Been Scheduled and can I Be there. I told this Deputy I would Be there. Then the dAy Before the Polygraph test steve McGuire the Sherriff Deputy comes out to the Job site and tells me, that the mAn that was going to take the test is going to Be out of town, And that He would come out with A new Date when I can take the Polygraph. During this time in Smith mountain Lake I have Been Living in my vAn until I Found A PlAce to Live.

One Day in Nov 1997 I went To The SupperMARKet, To get Dinner. I Left And PARKed Behind A Quarter Car wash To Bed Down For the night. As I Am PArked some vehicel with Its Bright Lights on, Pulls up Behind me. I Do not move. After About five minutes this vehical Leaves. Then About Ten min. latter lights From the Front of my van and the Rear of my van Are on me. It is the Virginia state Police, FrAnklin County Sherriff, And the Virginia state Game WARDen. I Am Told To Get out of the vehical, I Am HARRAssed Provoked and intimaded. I Am Told ThAt this Quarter Car wash WAS Broken Into Today. These Police Ask me, Arent you The Michel Fox Thats working Down on Smith Mountain LAke where the

Page 23

Powerwasher & Roto Tiller were stolen. I tell them yes, I Am
him. This was another stunt By the Gouvment to further Provoke
and intimidate me.

The next morning I Go to work and Steve McGuire the Sheriff
Deputy shows up and Asks me, was that you at the car wash last night
that was Broken into. I said yea I was Parked there. Steve McGuire
the Sheriff Deputy tells me that the Polygraph will Be sent up on this
Date, at this time, and can I Be there. I said I will Be there. He tells
me that I will Be Asked If I stole the Power washer Roto tiller And
now the Break in of the CAR WASH.

I Go To this Polygraph test at the Franklin County Sheriff Dept.
I Am Given A Test By A woman named Nan Hunt I take one test
Then this Women Gives me A Second Polygraph test. After this test
this women gets all excited And Grabs the Polygraph test And
Leaves the Room. This woman comes Back into the Room and she
tells me that we Are going to have Another test Because they Are Border
Line. When I take this third test the Pressure Band on my
Arm would Get super tight when the women would Ask me certain
Questions, then the Pressure would Be Released on other Questions. This
Women Running this test getting Al Anxious At the End of this
3rd test. This Polygraph Examiner Nan Hunt tells me that I Have
Failed this test with Flying Colors. I started Laughing at this women.
This women tells me I Don't think this is very Funny. I
Told this PolyGraph Examiner. Yea That Its you, And the gouvment
of the state of Michigan. This Lady Replies. MR Fox you
must have done something Real Terrible up in Michigan.
I was Told that I stole this Powerwash, and Roto Tiller,
And to confess. This women Just Did not stop. Then

Page 24

She went and Got Steve McGuirre. This man riped Right into me
Telling me that I Am Guilty and that he can help me. I was
Released from this interagation And left. After this ordeal
I called the united states Attorney office, in Roanoke Virgina
I Drove to united states Attorneys office, And saw An Assistant
United states Attorney, Alonzo Long. I Talked To this man
extensivly. I was Then Arrested By this man And Charged with Being
A fugitive of Justice This was Nov 24 1997

    I went to Court in Roanoke Virgina on Dec 3 1997, And After court
I Left And Drove Back To Michigan. When I Left Michigan in Oct
1997 I Boarded my windows and Doors up. Now when I came
Back in Dec 3 1997 I could tell they were in my House. I unsrewed
the The wood To the Front Door And I Find that my Front Door
is open to my house. When I Left This Door was locked at the
Door Knob Plus It was Also, Dead Bolt locked Also.

    I Believe The Date was Dec 5 1997 I Drove over to my Vacant
Lot. I Find All Kinds of Debri All over it. Plastic Pvc Piping, Bails
of Hay, Roofing Shingles. I Go to the next Door neighbors House And
Knock on the Door. These People Bill & cinthia Poland Harrassed and
Provoked me All the time, while I worked on this property. Know one
Answered the Door, I Left And Drove Back Father into the suddivision
Turned Around And then I stopped on the Subdivision Road. I start
Writing things Down. Next Thing All of A sudden, And Oakland County
Sheriff Patrol Car comes Flying up on me. This Sheref Deputy is
yelling at me telling me to get out of the Van. This Deputy is
About to Pull his Gun on me. He Asks me what I Am Doing in this
suddivision. This Sheref Duputy Has me Do A spread Eible
on the side of my Van while he Frisks me. I tell this Dupoty

Page 25

That I own The Vancant Lot you JUST Drove By. This Deputy
said that they got a call that there was a suspusious white Van
with A suspious LARGe MAN Driving it. This UAN IS A commerical
Van with Ladder Racks and Extension Ladders on top. This is the
SAme vehical that I drove while I worked Two months on this
Piece of Property. This is Again how I am harrassed Provoked and
TERRORISED By the electronic Tracking Devices that Are on my vehicals.
I AM Arrested At this time, Because of Bench warrants. Because
of this Vancant Lot I cleared. And A 10,000 CASH BonD FoR
Probation Violation where I was charged with Disorderly Person
Because I call my neighbor. A fuckin TRAMP. And I uterly
DISPISES this neighbor, Rita Vaughn. Do you Really Believe that A
10,000 CASH BonD is Right. This is Because the Police and
County & state Police Control these Judges to Provoke, intimade,
And HARRASS me. And To Further Punish me, Because I AM
Moving out of the state of Michigan.

     Since MARch of 1995 I have had my Home FoR sale and this
Vacant Lot.

     During this new year of JAn 1998 Through Dec. 1998 I was Fired
or let Go From 13 Different Jobs. Every JOB I was Provoked and
intimaded. I AM TOLD I AM no good. I Am Asked what Are
you going to do kill Somebody. I would tell them, No noT yet
ITs not the Right time. I went to work for myself, I WAS FireD From 3 Jobs
     IN January of 1998 I Go to the Oakland County Circuit Court
House, to get Some Records in the Records of Deeds. As I AM WALKing
DOWN The Hallway Leaving. I AM Bumped into By Attorney DAvid
Hull. This Attorney David Hull used to work FoR the Oakland
Livingston Legal Aid office In Pontiac MI. When I owned

Page 26

MY Rental Property in Pontiac MI. And Tryed to evict my
Tenents For Non Payment of Rent, or For Destroying my property.
Or For Selling Drugs. These tenents would Go to the Legal Aid office
And Attorney David Hull would Fight For them in Court Against me
And this Attorney David Hull would Also File A Ten Thousand
Dollar Law suit Against me. Now this man David Hull Intentend
Runs into me in Jan 1998 in the Oakland County County Court
House. Both myself and this Attorney start talking. I Tell this David
Hull what the Police Have Been Doing to me. This Attorney David Hull
tells me, that the state of Michigan is not going to Let you go. This
man David Hull tells me he is no Longer working For the Legal Aid
office. And He is working with A Law Firm in Clarkston MI. And
This Attorney David Hull Gives me his Buisness Card. He tells me to
call him If I need Anything.

On Sun Feb 8 or 9 1998 I Have my House For sale By owner
I Get A call From A man, who wants to come out and see my
House. He tells me he is calling me From A Pay phone at the McDonalds
on M-59 in White Lake MI. This man comes to my house Along with
A young women. This man and women look through my house. They
tell me that my house is Beautful, And why do you wont to sell it. I
tell this man that I am Leaving Michigan. This man And women tell me that
you Don't want to Leave. We Continue to talk. They tell me that
I Am not going to Be Able to Leave. I said oh yea, come on lets
Sit Down here in the Kitchen And talk about this. This man, who came to
see my House For sale. Proceeds to tell me, That I have to work
as A Michigan state Police informant, And that I have to grow my
Hair Long, And Put it in A Pony tail. He tells me that I have
to Do this For the Crimes that I have commited. This

Page 27

1 800 5?? 8059 Free

MAN, tells me If I Don't work As A Michigan stat Police informant my life is Going to Be Really hARD. This mAN Asks me If I wAnt to go out For Dinner. I Had this mAN And women Drive me to my Vacant Lot Because I had to get some mesurements For the legal matter I have in Court. When we Pull into this Subdivsion this man sAys, your Property is in Here. There Are All Kinds of state Police in her. This mAn told me when he came to my House to see it that he lived in WAyne County. How would this man know About the Police in this subdivsion when He Lives 25 to 30 miles From Here. This mAN took me to Frankenmuth Michigan to the Ice Festival that was going on. We went And Ate At this festival that is 120 mile north of where I Live. At this Resturant This man knew 3 Different People. This mAN That came to Look at my House tryed to get me to Drink and He Tryed to introduce me to these People. I would have no Dealings OR Drink any Alchol on this outing. This man when we left FRAnkenmuth Michigan told me that I had made A Big Mistake. this Man Droped me off At my House And told me Good Luck to you.

    Opon my Return to my house in In Dec 1997 I Am constanly Being Provoked and intimadated By my neighboRs.

    Also, no matter where I Drive to I would Lock the Doors on my vehical and Roll all windows up. I would come Back out to my Vehical And would Find my Doors unlocked on my Van, I would Also Find my windows Rolled Down. And the Radio Turned WAy up loud.

    There would Be People PArked in vehicals watching me, And To See my Reaction. If I Made eye Contact with these people they would Laugh at me in A intimadating WAy. When I Pulled out, they would  Also, Trying to Cause An Accident, And to

Page 28

Further Provoke me and intimade me. And to see IF I would Lash Back
     I Forgot to mention About my Lawsuit that I Filed
Against my Ex Business Parter And Are Company TRI County Builders
in Michigan. I Had to hire An Attorney After I filed the Law
suit, when I was counter sued Three Different Counter CLaims
in the Excess of 10,000 For Each of the 3 Claims. I Hired
MR Proctor From Waterford Michigan
     I Recieved A notice To Appear in Court     I Believe
The Court Date was Tuesday Feb 19 1997. The Envelope was
Post Marked Jan 23 1997 I Recieved this letter here in
Florida where I have Been Living at 19109 HARBour Tree Ct.
North Fort Meyers Florida. I was working For RJVANN
mechanical when I had to Leave to go Back to Michigan For this
TRIAL. I notified my Superintendant, Stan, At RJ VAnn mechanical
And showed him my notice to Appear. STAN Told me, By all means
Go Back. There will Be no Problems with your Job. I Leave
Florida And Drive 1341 miles north to Michigan. I walk into the
County District Court in CLArkston MI. As I walk to the
Civil Division window there Are two women laughing At me.
They Ask me why Are you here Michael. These Two women, I
Do NoT even Know. These women Are trying to Provoke me. They
Tell me that my Attorney has had his License Revoked. Next
I have A MAN Grab my ARM. This is the opposing Attorney
Dennis Shurreckel. I Have never met this MAN. This MAN shakes
my hand And Acts like we Are Best friends. This Attorney
tells me, that MY Attorney, DAN Proctor, Has lost His License to
Practice For 90 DAys. I said yea Here we go Again. ILL
Tell The opposing Attorney Dennis Schereckel. That this

Page 29

Case will Be AJourned. This opposing Attorney gets Excited and says no we will Proceed with TRAIL. I told him this case will Be AJourned. The opposing Attorney says, we will see what the Judge says.

My case is called, And this case is Being head By A visiting Judge. The Judge tells me that he has Been informed that my Attorney has lost his license. The Judge Tells me Also that he HAS called Lansing Michigan (The Capital) To inquire About my Attorne's License, And the Judge says that the Attorney Licensing Board has nothing on Record that my Attorney, DAN Proctors License is Revoked.

This Judge Tells me that He will Listen to what I have to Say And we will Proceed with the Case. I tell the Judge I WANT The Case AJourned. The Judge Again tells me that he wants to Proceed. And that He will Listen to what I say. He tells me he might Give me everything I ASK For, or he will Split every thing Down The Middle, or he might side with the Defendant And AWARD A Judgement in his Favor. This Judge Keeps on TRing to get me to Proceed. I Refuse, I WANT An Attorney. The Judge AJouins the case until MAY or June 1997. I Go to the next Court Date in June 1997 And my Attorney Shows up. And Another visiting Judge Appears And nothing happens. This WAS Another Power movement. By the Police that Control the Judges, The Laywers, And the system. IF I would not have Fought the Judge to AJouin the case in Feb 1997. I would have had the Lawsuit that I Filed, Turn Against me. I WAS counter Sued on Three Different Counts, all Three in the Excess of 10,000

Page 30    I Know nothing on the Michigan State Laws that the opposing Attorney used in his Counter Complaint. This is Another Stunt By the Government, Again to Further Provoke me, intimade

me. They figured I just drove 1341 miles and that I will proceed with the case. I would have had a judgement against me and all of the Counter complaint was a total lie.

As of Todays Date this case has not moved or Been settled

When I left, And Drove Back To Florida. I Pulled into my mothers Home, where I have Been living. I Got out of the CAR, And all of A sudden, I hear Are you Michal fox, It is the mail lady She Hands me A letter It is A Certified Return Reciept Requested letter From my Attorney in Michigan, it is post Marked Feb 19 1997 The same day As my Trial Date. I got Back to Florida Feb 21, 1997. How Does A letter that take 4 days to mail Get there in 2 days, Plus the mail Lady is waiting For me when I Got home. This is Another way the Gouvernement is Further Provoking me, intimidating me. They want me to know that they Are Right on me.

I went Back to work At R J vAnn mechanical in Florida. Everybody I worked with After I came Back. Disposition Has Changed. Even the Superintendant For R. J. vAnn Mechanical, had changed Against me and on March 26 1997 I was Told My Services wer no Longer needed And I Should Go Back to Michigan.

It Does not matter, where I Go, Trying To Build A Life for myself, The Gouvernment Agencies Will not Allow me to suceed in life. And I Am Always Being intimidated, Provoke and harrassed

In the Summer of 1999 I Drove to Detroit to check out the new Tiger stadium that they Are Building. After I Go to the Carribean Ethnic Festival In Hart Plaza. I Park my utility vAn, on Jefferson Ave. In Front of the Colmen A. young,

Page 31

City County Building. I Leave to the Festival Across the street.
I Am Being Followed By People Everywhere I Go. I ignore these
people. I have to Leave Because I have some one coming out to
Look at my house for sale Today at 3 pm. I walk Back to my
van and get in, And Drive Down Jefferson Ave, I hit the Brakes,
To stop for the light, And my Side Doors on my van Fly open. I
Get out, And I Find I have had ALL my power Carpenter Tools
stolen And Buckets of hand tool. Approx 4,000 oo Dollars.
I Have no theft insurance. How can Anyone get Ripped off on
Jefferson Ave on A Sat or Sun morning Right in Front of the
County Building with all Kinds of Police And undercover Police.
I WAS Robbed By the Sico Police Force.

      I Drive Home, And Floating in Front of my house, in
there Boat, is Three city of Pontiac Michigan Police officers
off Duty. I know The owner of the Boat Kevin stewart.

      In the summer of 1999 I AM Arrested For Driving on A suspend
license on Two Different occassions, where Again the Police
Are waiting For me. I Go To the Second Arraignment in Front
of Judge Powers in the Novi. District Court. When the clerk calls
my name. I Get up And walk to the Podeuim. the Judge Looks at
me And tells me, YEA. MR Fox, when The Police want you they Are
Going to Get you. This Judge And the Court Lady sitting to the Judges
Right Are looking at me like my end is near The Judge starts
Talking About my Bond, And like He is going to Revoke my Bond.
Then the Judge SAYS I will continue your Bond. Again I AM
Being intimadated And Provoke. And the way the Judge talks to
me, you can tell that the Police have talked to the Judge.
      I Go into Oakland county Curcuit Court And Petition the

Page 32

The Court For A Restricted License. I Am Granted A Restricted License.

In Nov. of 1999, I Am working at Creative Remodeling. The Day light is Getting less And Less each DAY, I Am Driving to Detroit everyday, to work on A construction Project, So I have to Leave Earlier than usually. The DAY is Wed. The DAY Before Thanksgiving 1999 I Leave And Drive through the Suddivision, As I come Around A Curve in the road I Am Blinded Buy someone who turns there Extreme, Bright Lights on me. I said to myself yea here we go Again. I Continue Down The Road Towards this vehical, That turned its Bright Lights on me. This vehical, Does not move. Over the Last Ten Days This vehical was there At Least Three Times And Every time I came Around this Corner These Bright lights would Be turned on me. I Decided To Drive up, Along side this vehical. I Am Approx. $2\frac{1}{2}$ To $3\frac{1}{2}$ ft off Its side. I Can See A silowett of someone with long Blond hair, Moving Back-N-forth. I Roll my window down. And All of A sudden, this vehical Just takes off. I Say yea, here we go Again, the Michigan state Police. I Roll my window Back up, And Go to Drive out of this sud division This Aqua Green Chewy Blazer is no where to Be seen. I turn onto Gale Road and Drive Around the curve And Down the Hill. I Am Traveling At Approx. 35-40 mph. I now see this same Aqua Green chewy Blazer. This vehical is Traveling Approx 10-15 mph. I have to slow Down. I Am now Right Behind this vehical. Then This Aqua Green Blazer Locks up its Brakes. And comes Almost To A complete stop, then takes off like A BANDIT. Then this vehical slows WAY DOWN. I END UP, Right Behind This vehical Again. And Again, This vehical sLAms on its Brakes, and thens speeds off. This happened Three Different Times, I Tryed to Pass this vehical

Page 33

When I Tryed to Pass this vehical, It would not Let me. I Finally
Got By this vehical. I Tryed to get this vehical to pull over,
But it would not, I Pulled into the Pontiac Lake Recreation Entrance.
This Chevy Blazee Sped off, Then The next Thing Peter Boyer
comes Driving up and stops. This man has A Personal Protection
order Against me. I Am standing outside my vehical At this Time.
This man is Laughing At me (Peter Boyer) This man Peter Boyer is Laughing
And toring to Provoke me even Farther. I am yelling At this man. I
Reach in this mans CAR. I Did not touch This man. This man Drives
off And I Go, And Drive to Detroit. I Am working on A Juviniel
Detention Center. I Leave Detroit And Drive Home. When I Drive
Home I notice my van, sometimes making A Jerking As I Am moving.
I Think To myself I must Have A Bad tire maybe. The next morning
I Go out and start my van to Let it warm up. This is Thanksgiving
Day. I Am Leaving to Go to Old Country Buffet For Breakfest.
I Leave And Rita Vaugh Is standing in her Bay window, And smiles
At me very Provoking Like. This is another neighbor That has personal
Perfection order Against ME. I Get out of the subdivision, And I turn
on to Gale Road. I Look in my Side Door mirrow And I see
Two White Lake Police Saood CARs, come zooming up Behind me. These
Two Saood CARs follow me For 2 miles. I Am stating to Get
MAD Because I Know they Are After me. I Pull into the DNR
Parking Lot And stop And Jump out of my VAN. These Two Saood cars
Are Right on me. Only one Police officer gets out of their CAR
I Am Asked, If I Got into A Fight Altercation yesterday. I said no
I Again have Everybody Around me and All Kinds of servallence on

Page 34

me. How Did those officers know I was Leaving my House. This
Police officer Tryed to Provoke me And to get me to lash

Back at him So he could Put me in JAIL . This officer says I Am Free to go. I Drive to The old country Buffet. As I Am Driving I can feel my VAN Jerking. I Drive Home After Eating. The next Day (FRIDAY) I Drive to the shop then Drive to Detroit. I AM on the interstate Highway I CAN feel MY VAN Sometimes Jerking And It is Getting worse. I Get to Detroit And Go to work. I have to Leave And Drive up to the HARDWARE Store to get some Drill Bits. I Go to this HARDWARE STORE, And I have A man WATCHING Every Move I Make. I Leave the HARDWARE STORE, And Drive Back to the Boys Detention Center I Am working At. I turn in to the Parking Lot And my Passanger Rear Wheel Comes off.

I had no PRoblem with my VAN, until I had that incident with the Person in the Aqua Green BlAzer and my Neighbor Peter Boyer on Wednesday The DAY Before Thanksgiving 1999 I Drove To The Boys Detention Center in Detroit After this incident. So Someone in Detroit Loosened up my Lug nuts on My VAN. Right next to this one Boys Detention Center is A City of Detroit Police Precent When I Turned off the main Road to the side street that this Boys Detention Center, IS, A MAN with Black hair Driving A Red Jeep Cherokee Pulled up Along Side me with faturnity Order of sheriffs Assication sticker all over the Rear window. This MAN was STArring At me and shaking his Head And laughing At me, Trying to Further PRovoke Me. And intimidate me, further Hoping that I would Lash Back at him. And To charge me with Another CRime. I could Have Been killed oR someone Else IF This wheel would have come off Driving Down I-75 or I-696 or I-94 Traveling at 55 to 70 mpH

Page 35

I Recieve A letter From the white Lake Police Dept Post MARK JAN 5 2000 . IN This letter Detective kroft is

Charging me with Wreckless Driving, And Assult And Battery
From This incident the Day Before Thanksgiving 1999.

I Drive To Creative Remodeling where I call this Detective
Kraft About Turning Myself in. I Ask this Detective How he
can Get warrants For my Arrest, when he Heres only one side of the
Story. This Detective Kraft tells me that He reads the Police
Report and that Peter Boyer, Said that I Punched him in the Face
And that the Police officer that took this Report says that
Peter Boyers Face was swallen. This is A total lie.
I never struck this man Peter Boyer. This officer is the same
Police officer that I had out At my house Regarding the Problems
with my neighbors. This Police officer wrote A Report And when
I Go to Get it, nothing what I told this officer is in the
Police Report. I Have not even explain the False Police Reports
the White Lake Police have wrote For me that the Police
make up there own version. I Go to Court to see the
Magistrate to get Bonded. When I get to the Novi
District Court I Am Provoked By the Oakland County Sherrff
Deputies. The Magistrate Judge that Arrainens me Gives
me A 10,000 Personal Bond. I then Am Given Another
Court Date And I Am To Be Aramed in Front of Judge
Powers. I Appear At this next Arrainement. I tell
Judge Powers I want A Jury Trail, This Judge Powers
Becomes very excited, And Anxious. This Judge tells
me, oh no Mr. Fox, you can Plea Bargin this. I told
this Judge NO, I want A Jury Trail. And Again
this Judge tells me no, MR. Fox, you can Plea Bargin this
Case. Again I have to Fight Another Judge This Judge

Page 36

Powers is very upset At me. I will never Plea Bargan
For some thing that I Am not Guilty of. Expecially when
I Am constantly Being intimadated And Provoked.

Ever since the incident with this Aqua Green Blazer
on the Day Before Thanksgiving in 1999. There is now A
Black Blazer, The same identical vechical As the Aqua
Green Blazer. Sitting in the same spot, in this Subdivison
where I Living, and When I come Around this one corner
in the Road, The Bright lights would Be Turned on me
I would Drive By this Black chevy Blazer, Then This Vehical would Then
Follow me Down The Road For miles, And Pull up Along side
me on M-59 This is A small young Girl with Black Hair
She would Look at me And At Times Hold her cell Phone up in
the Air. And look Away. I Am Being Set up Again.

Now one Day in February of 2000 I Leave my House For
Work At Approx. 7:20 Am I turn my Parking lights on when I
Leave. I Drive Through The Subdivision And when I Go Around this
Courner where I Am Having the Bright Lights turned on me.
I See A White Lake Police CAR Pointed At me. And As soon
As this Police CAR Saw my white Van come Around the courner
It turned Its Head lights on, And Pull out And Drove Towards
me. I Turn Right At the 90° Degree Turn In tackels Drive.
This White Police Car Turned Also Right Behind me. I Turned on
to Oak Rd. Then I Pulled over And Got out of my Van. I Am
very Angry Right now. The Police officer tells me to get in MY Van.
I yell At him. I set in my Van. This Police officer Comes to
MY Door And Asks me FoR my license, Proof of insurance and Registration
This Police officer tells me that HE has Been Getting Complaints

Page 37

140 540

About me from the neighbors. About me when I Leave for work
in the morning. (This is A lie) This Police officer calls for
Back up. This officer Keeps Drilling me Trying to Provoke me.
He Leaves And Runs my License. This Police officer Comes Back
To my Van, And He Throws my License, Registration and Proof of
insurance At me, As He tells me Here Are your Tickets for careless
Driving. This officer was Again Trying to get me to lash Back at him
So he could Arrest me. He gave me A Careless Driving Because
I Had my Parking Lights on, And not my Head lights. This is A
Bogus Charge. I Left And went to work. Now The very next
Day. I Am Getting Ready for work I have my Van outside
Running to warm up. I hear A noise outside And Look out the window.
I see A white Lake Police Car Pulling into my next Door neighbors
Driveway And this Police officer is looking At my house. I Am enraged
I Go out on my Front Deck. This Police officer Pulls out of my
neighbors Driveway And Drives past me. I Put my Arms and Hands
in the Air And yell out what the Fuck Do you Want. This
Police officer smiles at me And Drives off. I Go Back into my House
I Then Leave my House For work. I Drive out of the Private Drive
I Lived on, and onto tackels ct. I Then Turn left At the 90° degree
Turn on tackels Court. I Now see A Red Small car Backed
into Sue Norths Driveway, with Its Head Lights on. As I Drive Towards
This vehical, I notice A young Girl with Long Blond Hair.
This Girl that is sitting There looks up at me like She would
like to kill me. I Just Stare this Girl Down. This Girl then

Page 38    looks Away. Then She Hangs her head And It looks to me
like She is Ashamed of herself. As I Drive in front of this
vehical As I am Driving By the Driveway where this vehical is

Backed in. This young Girl Reaches up to the Gear shift Lever Puts this
vehical in Gear, And Hits the Gas Pedal, And comes shooting out
like She is Going to Ram me. Then she slams on the Brakes And
stops 1½ to 2 ft from my van, As I Drive By. This Girl
Looking At me like She is in A fit of Rage. I continued Down
Down The Road And this young Girl in her little Red car, Pall out
Right Behind me. At this Point in time, my heart is Beating Fast
And I Am saying, oh my God, what Are The Police Going to
do to me now. I continue Down Through the Subdivision and Turn
onto Gale Rd. I Am still Being Followed By this young Girl.
As I Drive Down Gale Road, I see This white Lake Police
Car sitting At the Pontiac Lake Recreation Entrance. Like this
Policeman is waiting For me to Drive By. I was Going to stop,
To Talk to this Police officer But I said to myself. They Are
the Police. I Drive By. I Turn Right To head south on williams
Lake Rd. This Red vehical with this young Girl Headed north on
williams Lake Rd. I Jump out of MY VAN, And Run up Behind
This vehical, And write Down Its License Plate # And Make of
the CAR. I walk Back to my van, And Here comes the white Lake
Patrol CAR. I Drive Down the Road Being Followed By this Patrol
CAR I Head East on M-59 And this Patrol CAR Head west
towards th white Lake Police Station. I Go to work and
After work I Drive Home. As I Am Driving Down Gale Road,
To My Subdivision Road I see A white Lake Police CAR Traveling
At A high Rate of Speed I mean Real Fast. I said To
myself I Am Going to Jail. This police CAR Follows me through the
Subdivision Then Another Police CAR Comes Flying up on the one
Already Following me. Then The Police turn There Sirens

Page 39

on me. I continued to Drive to my house Because I Knew they came to Arrest me. As I Got out of my van, The second Policeman Gets out of his Car, Pulls his Gun And is Running Across the yard, yelling, Don't Let him IN The House. When I Got out of my van. I Put my Arms in the Air And walked To the Back of my van. I was Roughed up. slamed Against the Back of my van And Arrested.

The next morning I Go In Front of Judge Powers I Am Told That my 10,000 Personal Bond Has Been Revoked And I need to Post A 19,000 CASH Bond.

I spend 19 Days In Jail. until I can Bond out I Am Told I Am not Allowed To Live in my house I Move To Northern Michigan.

I was ordered to have A Mental Evaluation By the Judge. I Have A Court Appointed Attorney. This Attorney is not working for me. But To Help the Police.

I Go to work for HAGGARDS Plumbing & Heating in Charlevoix MI. While I Am working At this Job, There Are new employees That came to work At this company From where I Lived in Lower MI 220 miles South. I Am constantly Being Followed Everywhere I Go. And Being Provoked and intimidated Everywhere.

In April of 2000 I Go Have MY Mental Health Testing By the Michigan state Government. At the Grand Traverse County Jail. As I met this man that is testing me, you can tell He has Been Informed About Me. And Acts Negitive towards me.

Page 40     I Finish this testing And The Examiner tells me that the Report would Be done in Approx. 2 to 3 weeks. By the Middle of MAY I Go Back to Court on June 5 2000. I Get to

Court. My Attorney tells me that the mental health report on me is not done. My Attorney Asks me How I want To Plea These Charges down to. I Told my Attorney That I want A Jury Trial, And that I will Be getting my own Attorney. I Do not want A Court Appointed Attorney Handling this case. This Court Appointed Attorney Becomes Irate. He tells me that The Police Are Thinking About charging me with Falonious Asult, with A Motor Vehical. This is Another Bogus charge. Where they Are Trying to make me Plea Bargin. This court Attorney tells me that He will Tell The Judge And the Prosecutor. The Time is Approx 9:15 AM. About 10:30 Am I Am Told that the mental Examiner is writing the Report Right now. At Approx 12 noon the court Recieves the Mental Health Report. It states I need A Thirty Day inpatient evaluation. I Go In Front of Judge Powers. Judge Powers Tells me that he is dismissing two Charges Againsist me, As he is smiling And Acting intimodating Then Judge Powers has me Arrested And I Am To Do 30 Day inpatient testing. I spend nine Days in Jail until I Am Transfered To the Hospital. I Am Evaluated And Am Put on A Tranquilizer. I Do my 30 Days, Then I Am Transfered Back To the Oakland County Jail. where I spend Two Days in Jail Before I Am Released. I Go to Court And Judge Powers Dismisses the last two Charges of Assult & Battery And wreckless Driving. Because I would not Plea Bargin. I Am Denied my Trail that I want. I Am Put into A mental Hospital, Because I Did not Plea Bargin. When I Came To Court on June 5 2000, To See How my mental

Page 41

Examie came out. I Am Asked what I want To Plea
Down TO. I want A Jury Trial. Some How the mental
Examie I Took in April of 2000 is not written. They
waited to see IF I Am Going to Plea Bargin. And Because
I Dont, They have this Mental Health Examiner write
a negitive Report. This Report I was Told, would Be written
in 2 or 3 weeks So By MAY 15 2000 This Report should
Have Been written And mailed to the Court and my Attorney.
But It was Never written. This Again was the Law enforcement
Agencies Violating my Due Process of Law. And to Protect these
People that Dont Even Live in this subdivision, who Provoke And
intimidate me, Then Go to the Police And have the Police write
False Police Reports. I stayed in Michigan And went to Florida
in December of 2000. I List my House with A Realtor
And my House sells in June 2001. I moved BAck to
Northern Michigan And Go Back to work for Haggards Plumbing
And Heating.

I Go Back to work And this company cuts my pay
By 3⁰⁰ Per Hour I have to Fight them For 7 weeks until
they Pay me my original Rate of Pay. Again this is Another
Plot By the Goverment.

I Am Going to speed things up And not go into
Detail.

I Lived in Hotel Rooms For The next 11 months.
At Each of these Hotels I Lived At, I had People
taking stuff out of my Room And Going through my Belongings
There were At Least 6 Times that I went home
And when I Tryed to sleep I could not. I was WIDE

Page 42

Awake. I Did not Sleep not one Bit. I would Go to work that morning, And I would Have 2 Different employees Asking me, How I Slept Last Night And then they would Laugh At me. I WAS somehow Being Bacteria Posioned.

I would Find Tools and other things taken out of my vehical I would Find MY VAN Doors unlocked when they Are Locked when I Left the vehical.

Nothing Ever Ends Its Just Like MY neighbors And other people tell me. It Doesn't matter where I go. my Life will Always Be the same. The Goverment chases me Everywhere I Go.

I Left Michigan April 9, 2001 never to Live in Michigan Again. I Drove To Big Sky Montana to Go Snow Sking And I Am Again Follwed. I Left And Drove To memphis Tenn. And Go to Elvis Presleys Graceland And I Am Being watched and sometimes Provoked. I Leave, And Drive to St Louis Missouri, And I Again Am Being Tracted. I Leave And I go to New Orleans And Again I Am Being Tract. I Leave And I Drive to Florida. When I Drive out of ALABAMA And into Florida on Interstate 10 I Have A Man And women Drive By me in A Ford Explorer with Michigan Plates on this vehical The women is in the Passenger Seat, Purposly Looking At me As she goes By Shaking her Head From left to Right. Following this vehical is A white Ford VAN with U.S Goverment Plates. We

Page 43   Are Driving in A Road construction zone These Two vehicals Are Driving over Ten miles Per hour over the Posted speed Limit. I Am Driving 7 miles over the Posted speed Limit.

As soon As these Two vehicals Past me, I have A
County Sherrif car FlY up on MY Rear. I Thought
For Sure I was going to get Pulled over. This Patrol
Car Followed me to the next Exit, And got off. I
Continued to my mothers Home. I Go to work at R.J
VAn mechanical on April 26 2001. I First go to work with
Foreman August Frost. This MAN singled me out And would
Try to Provoke and intimedate me. He tryed to get me Fired.
After I worked with him For 5 weeks. I AM Transfered
to Another Job, And I Am There For About 5 weeks Then
I AM TRANSFERed to Another JoB. During this time
working I find my Doors unlocked And I Find my tool
have Been Removed From my vehical. Then I find that they
Have Been Put Back weeks Later.

   On Aug 8th 2001 I get inJured At work. I
Had worked 105 Days At R J VANS.

   I Have To Have A Knee Replacement. Doctor John Kagan
Does orthosopic surgery For the injury. Doctor John KAgan
sAys the Knee Replacement is A Pre Exsisting Aleigment.

   workers comp will not PAy For A Knee Replacement.
After 90 Days of employment, I was To Have Blue Cross
And Blue Shield. The Company I worked For Did not Put me
on Their insurance. I have A Broken Leg And I CAN Not
Get it Fixed.

   I start Looking For An Attorney. I make calls From
My mothers Home Phone. I First Call Attorney Morgan Colling
and Gilbert. And After They took the CASE. They tell me that
They Are to Busy. And I SHould Find An Attorney in the

Page 44

Fort Meyers Area Because there Naples office is not up And
Running yet.

I then Go to Attorney Chad MOTES. I meet with this
Attorney A couple of Times. This Attorney tells me he can get me
15,000 To 25,000 Dollars. I Told this Attorney I WANTED
my Leg Fixed. This Attorney Told me That they will not fix my
leg. I Left To Look For Another Attorney.

I called The Viles Law Firm. I only Talked BY phone to
This Attorney. I WAS Told that He could only get me 5000.⁰⁰
Dollars And workers comp will not fix my leg.

I call the North LAW FIRM And meet with the Attorney
This Law Firm will not take my CASE.

I call Attorney Jerome Sico And meeT This Attorney
And He takes the CASE.

While I went And met with All These Attorneys Above.
There would Be neighbors of my mothers that would Be outside
waiting For me, when I would Leave FoR my Appointment. They
would Ask me How's it going mike and Laugh At me And
SAy Good Luck to you in A very intimadating WAy. I would
Be followed to these Attoreys Parking Lots. Their would Be
People waiting in the Parking Lot in vehicals when I Pulled in.
When I came out of the Attoreys office they would Be waiting For me.
I Am CONSTANTLY Be Provoke and intimadated no MATTER
were I Go

After R. JUAnn Got Served their Papers That I WAS
suing their Workers comp insurance. They called me Back to
work. R. J UAnn would not take me Back to work when
Docter John Kagan Put me on light Duty.

Page 45

Now we have To go Back to Nov of 2002. I Am on
Light Duty From workers comp I Am not working on Light
Duty Because R.J. Vanns Mechanical says they have no Light
Duty. I Have Been Driving Around For The Past couple weeks
Before Nov 30 2002. I Have Been Driving Down To the Fort
Meyers Beach And when I would Drive Back home I would
Go Down 1st street underneath the Bridge And Get onto the Bridge
in Downtown Fort Meyers, To cross over the River. I took this
Route Several Times To Go Back home in North Fort Meyers Florida
Now on Nov 30 2002 I went To the Fort Meyers Beach I came
Back Home, and Again I Go Down 1st street And get on to the
Bridge, To cross The River in Downtown Fort Meyers.
I Am Accelerating An I Am in the Right lane. I Am coming up on
this vehical infront of Me. Which is Driving A Lot slower than I
Am. ALL of A Sudden This vehical slams on the Brakes. I
merge into the left Lane, And I Begin Excelerating Again. This
vehical that was in Front of me, was moving About 2-4 mph.
in the Right Lane I Am now in the left LANE. This man
that was Driving this CAR Looked into his Rear view And
ALL of A sudden, he JUST pulled into my Left Lane. I Am
Traveling At Approx. 45 miles Per hour. This vehical that Pulled
out in Front of me JUST came To A complete stop, For NO
Reason. I SLAMED on The Brakes, But smashed into
The Rear of this vehical. After I hit this CAR, I WAS Then
Rear Ended From the Rear. I merged into the Right Lane
So The Traffic would not Be stopped on the Bridge. When I
Page 46    Got out of my car I WALKED TO The Front where There
is A MAN & women standing whos CAR Pulled in Front of me

I yell at this man. I said what the Hll Did you Pull out in Front of me For, And Then JUST STOP. He tells me that He stopped to Look At The Box. The Reason That This man was stopping was there was A 3 Foot TALL Box in the Right Lane. Then he looks in his Rear view mirrow when he sees me in the left lane, Then he JUST Jerks into my Lane, And Then JUST STOPS. When I yelled At this man, The woman he was with Asks me what did you do hurt your Knee. I See that their vehical has Georgia Plates on It, and says Fulton I asked them If they were From Atlanta, And they said yes. I said yea Are you with the Goverment. They got All Anxious, And said no. You could tell the wny they Answered that they were envolved. Now The City of fort Meyers Police Come. ALL Vehicals Are in the Right Lane. The Police Take my License Registration And insurance. The Police officer, After About 25 min Gives me the Report # And tells me when I Can get A copy of the Police Report. This officer tells me, he is not going to ticket me. I said what. This man Pulled out in Front of me And Caused this Accident. This Police officer tells me that All CARS Are in the Right Lane. I told him that Because we all merged into the Right Lane After the Accident. I Go And get the Police Report. This Police Report states That I MADE A Statemat. This Police officer never Asked me what Happened. Then This officeer writes A Report That I MADE This Statement. And It is the Police officers version, NOT mine. I Write A Grewence Against This Police officer. And I Am Told that It is A Crime to make False Allegations Against A Police

Page 47

officer.

This Car Accident that happened was A Staged Stunt.
Because of the Electronic Tracking Devices That Are on
my vehical And the monitoring. The Goverment Knew the Roads
That I Drive. The Goverment Put this Empty Plumbing Box
to Be in the Road, And this man, that drove up onto the Box
then slam on his Brakes, then I merge into the left lane.
Then This man looks into his Rear view mirrow, And he Does
A Sudden Lane change. And comes to A complete stop, when I
Am Traveling At 45 mph. My Car is Total I carry no
Collision insurance. I carry 500,000.00, 1,000,000.00 PL PD.
This Car of Mine I Had A Total of 6000.00 invested
in, So now I Am out 6000.00. And I have to go Buy
Another vehical. I Believe That since I sued the workers
Comp insurance. They staged this Car Accident to see
If I would Put A claim in on the Auto insurance to
Fix my Knee. And then to charge me with A Crime of
insurance FRAUD.

Now We go Back To January of 2003 when I Go
Go Back to work. While I Am working I Am Always Being
watched. And At times Being Provoked. I'm Am told By
Some People that we Are Going to offer you A settlement And
Be Done with you.

Now I have moved out of my mothers Home
And have moved into A Rooming house. I Put A Lock on
my Bedroom Door. And the same thing started over Again. I
would Find my Door un locked, And opened When I would
Come home from work. I would Find things missing

Page 48

in my Room Than 2 weeks later I Find these Items
on the shelfs where they where in the First Place. I
was Living with 6 Different People in this Large Rooming House
I was Living with A man, who use to Be A Personal Court
Clerk, To the Chief Judge in the Federal District Court in
Cleveland Ohio. Now Again, I would come home From work and At
5 Times I Could not sleep, I would watch The sun Rise, And I
could not sleep. Then I would have this man Tom Cernak
who use to work At the Federal Court House Ask me how I
Slept last night. Another way the Goverment is Trying to get to
me. I would have the employee's At R.J Vann Mechanical
where I work looking At me ALL Funny Like. And Asking me
How my night was.

I was Driving this man Tom Cernick to work Every
Morning Because his Transmission Burned up in his Car.

On March 19 2003 I Drove This man Tom Cernick to
work Then I Drove to R.J Vann Mechanical At the shop where I
was working. I Park my Car. I Leave To go home at the
End of the Day. I Hit the Brakes A couple of times on the
Corners and stop sign I Can Tell that something is wrong The Brake
Gets Real soft. I Drive Real slow, And I Find my Brake Pedal
Going to the Floor. I Stop At A mini Market on A side
Road. I Check my master cylinder. And It is Way Low. I
Purchase oil At this mini Market. And Fill the Master cylinder
with oil And the Brake Pedal is Real soft I Drive
Real slow. To A Tire store in North Fort Meyers. I
Go into the Store And Talk to the sales Rep. He tells
me he will Look At it. So I Am standing in the

Page 49

Front. Then A older man Aprox 65 years old comes walking in. I Read this mans Tee Shirt. On the front of this T-Shirt Reads. If you Love Someone. Set Them Free. If they Don't come Back. Hunt them Down. And Kill Them. I Asked this man what the hell Does that mean on your tee Shirt. This man Tells me he does not know. That he Bought 3 Tee Shirts in A Pack. I walk Right over To this man, And Asked him what state he was From. This man got Loud And said what does it mean to you Its none of your Buisness.

Someone Tampered with my Brakes, And Again I could Have Been Hurt or killed oR I could Have killed someone. I Have Been Told like I Have said Before that my life is gon's To Be Real Hard, And that the State of Michigan will not Let me Go. And some man wears A t-shirt that says If you Love Someone set them Free. If they Don't come Back. Hunt them Down And kill them.

I Had to have new Brake cylinders Put on. I went After this last stunt And I Got full coverage on my van. I cannot Afford To take Another 6000.00 Loss.

Now we go To may of 2003. I Am Asked If I would Go out in th field And work. I Told FRAN WAY and Jimmy Heightsman That I would. I Go out in the Field And Go to work foR Doug Brown (Foreman) As I Begin work. R J VANN Has Hired A Bunch of Tempary Help through RAMS Inc. As I worked with these people I was constantly having my Tools stolen. My HARD Hat stolen, Then DAys And weeks later These tools would. Turn up same Thing with my

Page 50

HARD HAT. I would go to my CAR And Find my Doors unlocked. and the RAdio PLAying. I WAS ALWAYS Being PRovoked And intimidated. It never ENDS.

At this Job site. I ENDed up HAving my 15.9 volt Cordless Screw Gun stolen.

This was Another Orchastrated Plot to get me out of the shop. And HAve The Goverment Team PLAyers that Provoke and intimidate me. R.J VAnn Mechanical Is trying To get me to Quit Along with some Goverment officids.

AFter this Job is complete. I Am TRAnsfered to Another Job

On August 15 2003 As I Am working I suffer A Severe Groin PAin I Believe I hAve got A HerniA.

I Go to The Medical Clinic. I Am Examine. The left side of my Groin Area is All swollen. When I went to the Lee Convient CAre At the Lee Mermorial Hospital. I Am Being followed And watch By A Man. While I Am in the waiting Room A BlonD HAired women is watching me And is on the Cell Phone TAlking About me, And that I injured myself And that this is A workers Comp CAse. She watches me And my Movements the entire time. AFter the Exame I Am Told I need to See A Surgen. I Am Told I CAn Go BAck to Work. I make An Appointment with The workers Comp CAse worker And I Go See Doctor Lawrence BlAck on Sept 8 2003. When I Go see This Doctor I Pull into the PARking Lot, And Get out of the CAR, And wALk to the Entrance There is A TAll Slender Man wAiting FoR Me. Smiling and Laughing At me. When I wAlk BY And no one ELSE is ARound I wALk inside And to the Elevator. Then ALL of A sudden

Page 51

As I Am waiting for the Elevator. A Black woman comes up And stands Real close to me As to intimadate me. We Both get in the Elevator. I Go To The Doctors office And open the Door. There is only Two People in the waiting Room, And when I open the Door To walk in, Both This man and women look Right At me. And They Give me A MEAN Look. I fill out the PapeR work and Turn it into the SecretaRY. Then this man And women Are Called FoR there Appointment. Then they called me foR my Appointment. I walk inside where the Doctor is waiting foR me. The Doctor Asks me To come into his own Personal office And tells me to sit Down. This Doctor Asks Me what I Did And How I did It. I knew I was Being Set up And they ARe sure to Have A Camera Rolling on me. You could tell By the way the Doctor was Acting that this was A set up. I Explain to this Doctor, How It happened, And the Pain that there was, And the location of the Pain on my body. Then this Doctor Takes me out of his Personal office And take me into the Examine Room. The Doctor Examines me. He tells me that I Proobly have A Hurnia. And that He will not operate on me, until He knows FoR Sure. The Doctor tells me that swelling on my left side is From Past SurguRys And is ScaRe tissue And FAt. I tell This Doctor That He is wrong. What About ALL the Pain I have Down There in My Groin Area. I Tell this Doctor That on 3 oR 4 Differnt Times. And One Time Exspecially I was Driving Down The Road After the Groin-Hurnia Pull on Aug 15 2003. That I Got A Severe Pain on the left side. I coold feel PaRt of my Body inside TurninG And Twisting I HAd to stop the vehicol and Recline the seat To where I was Almost Lying FlAt Because

Page 52

of the Pain And the severe Twisting And curning of some thing inside my Groin Area. This Doctor Tells me, That the Hurnia is not Blown out. And That I Proably have A Hurnia. This Doctor. Telling me that he will not operate. He tells me that I Am on workers Comp And that this is A workers Comp CASE. This Doctor opens the Door And walks out. When this Doctor opened the Door. standing right next to the Door in the Hallway, is standing the man & woman That was in the waiting Room when I walked into the office. This man And women JUST STARE me Down, As I walk out of the Examination Room And Past them. This Doctor takes me to the Secretorys Desk. This Doctor Acting very Happly and upbeat. This Doctor tells me that he will have the Doctors Report Done in A Couple of Days, And I CAN Expect To hear From my workers Comp caseworker. Then this Doctor Smiling And Semi Giggling Tells me To Have A Good DAY. And Good Luck to you Mr Fox. This man And women That have Been waiting For me From the Begining Are About 6 feet Away And Are watching ME And my EXPRESSIONS. I turn And walk out. I cannot Believe what is happening. Here I Am in Pain And sometimes Severe pain, And the Doctor will not Do Any thing, And I Am Treated like A 3rd Rate Person. I Am starting To get very Angery. And Depressed. I walk out of the Building and to the Parking Lot. I here A Noise And I Look up Then I here this vehical start. It is A man and women inside A white Mercedes Benz. Both of these People Are looking At me Real Mean And Are shaking ther Heads From left to Right. They Back out And Are still watch me Then they Drive off. And Again this is The Couerment Further Prouoking me And intimadating me. And

Page 53

To Father cause me great emotional Harm. And this is this with intent.

Now Since my injury on Aug, 5 2003 I am Taken out of the field working, And have to Go Back to the shop at R.J van mechanical to work. Again, when I Go Back to work there, I am Again treated like A villan. Because I Have injured myself At work. I now Am Trying to get A second opinion on my Physical condition and Am Talking to the workers comp Case worker. R.J vann mechanical Employees Are watching Every move I Make And Are listening to see on the phone. Randy Vann, the owner of R.J.vann Mechanical comes out into the shop Area To See me, And tells me that I Am NOT Going to Drive up the cost of His workers Comp. On Friday Oct.3 2003 I Go to work I Am Then called into Dave Milkes office. I Am told that I Am Being layed off. When you Are on Workers comp you Are not to Get layed off. I Go From making 640.00 To 900.00 A week to A unemployment check of 275.00 That I Have to Pay Tax on, And now I need A Knee Replacement And A Hernia operation How CAN I Apply For work when my Body CAN'T.

I keep working to get A Second opinion on my hernia operation. I Pick A Doctor From Surgical Specialist. And Mak An Appointment. It is Cancelled, Because this Doctor Bruce BACON I Picked, Retired. I Pick Another Doctor from Surgical Specialist And A Appointment is set. I Go into to see this Doctor on      2003. When I Get to the office of Surgical Specialist I Am Told that I Am Going to see yet Another Doctor I Am STUNDED. The Receponist Asks me IF that is ok.

Page 54

I Am now Thinking. Here we go Again. I Am Being set up
Again. I tell The Receponist it is ok And I will See this
other Doctor. I wait in the waiting Room. Then There is
A women That comes in, And Goes to the Receponist, Then Also
sits Down Away From me. Then This women gets up comes over
And stands Real Close to me. And Is looking For A Magizine I
know this woman is A Plant. And that this is All Going to
Be Another stunt By the Goverment. This Girl is Acting very strange
I Am Called to see the Doctor. I SEE Dr KALRA And He
Examines me. I tell This Doctor About All the Pain I Am Having
And About The Feeling that I feel something inside me Turning and
Feels like something is going to Tear. This Doctor Tells me that
I have A Hernia And Thats what All the swelling is. I
Truly cannot Believe that this Doctor is Actually Going To Fix ME.
What A Great Feeling. This Doctor tells me, He will write A Report
To the workers Comp. And we can schudule A Surgury Date.
I Set A Tentitive Date with Kathy for Pre Op on Fri. Jan 9 2004
And Surgury on Mon. Jan 12 2004.
       Now I Receive Two Letters From my Attorney for me to
Appere For Deposition on Dec 2 2003 And Mediation on Dec 11
2003. Now Since I Have Filed This Lawsuit to make
the workers comp insorane Pay For MY my Knee Replacement. Jerome
Sico Attorrey Took this CASE And was my Attorney. Now Since
Feburary of 2003 Jerome Sico And His Law Firm. Hired A new
Attorney Robert Branning. This Law Firm use to Be A Large
Law Firm That was Busted By The Goverment for Corruption.
Now This Law Firm Has split And Two Different Law
Firms where Made. The Law Firm That I Am with

Page 55

is Goldberg, Racila, Sico and noone. Marty Goldberg is One of the main persons from the Orignal Law Firm. That went to Jail for Curruption. His sons name is now on the new law Firm.

I Believe that this Attorney Robert Branning that was Hired After, Jerome Sico, the Attorney that took my Case For workers Comp, Is working with some Kind of Govement Police force. I Have had At Least Five Different Appointments with this Attorney Robert Branning for Different Reasons on this case. On Feb 21 2003 There was A Deposition Scheduled. I Appear And so Did this Second Attorney, Robert Branning. The Attorney Representing The workers Comp Insurance Company who Scheduled this Deposition Did not show up. A week later I Recieve notice That the workers Comp insurance Company is going to Pay for my Knee Replacement.

Now I have my next Appointment with Doctor John Kagan, And tell him that workers Comp is Going to Pay for my Knee Replacement. I Have Been Talking to Doctor John Kagan About the new 3-D Knee Replacement, That Doctor Andrew Hodge Designed From Palm Beach Florida. Doctor John Kagan is Against This new 3-D Knee. At This April Appointment with Doctor John Kagan I Give Him All Kinds of information on this 3-D Knee That I Recieved From Doctor Andrew Hodge's office From Palm Beach. Doctor Kagan Says He will Read the information. And call me in Two weeks. I talk By Phone to Doctor John Kagan By Phone About 4 weeks later. Dr Kagan Tells

Page 56    ME That He is not comfortable About installing this new 3-D Knee And Maybe I Should Go See Doctor Andrew Hodge in west Palm Beach Florida. I Told Dr. Kagan That I Have

ALready Tryed. But that the workers Comp CARRIER Does
not Have Dr Andrew Hodge on Its Pannel of Doctors.
Doctor KAGAN And I talk some more, And thats It.

I Am seeing my Attorney Robert Branning About this new
3-D Knee. And About Doctor KAGAN does not want to install
it. My Attorney Robert Branning Tells me that we can
Take A settlement And you can Go to what ever Doctor You want

I See Doctor John KASAN At Are next Appontment
on June 23 2003. Doctor KAGAN tells me That The workers
Comp CARRIER Called him, And Told Him that They want
DR. KAGAN To Take me off light Duty And put me on
Maxiume Medical improvement. this is (M.MI). Doctor KAGAN
tells me that I Am To young to Have A Knee Replacment
Doctor Kagan tells me that I Should take A settlement
From the workers Comp CARRIER. And that I Am entitled to
A Lot of Money. Doctor KASAN Tells me Also that I can
Go See Doctor Andrew Hodge For the new 3-D Knee Replacment
Doctor KAGAN tells me that with A man your size and weight
and How Active you Are. A Knee Replacement will only last
3 to 5 years. While this office visit was Going on Doctor John
KAGAN Left the Door open. There was A young man that Kept walking by
And looking in At me. you could tell that this Again was Another
staged skit. This young man was with A Groue of other People
that were in the waiting Room watching ME.

I Leave Doctor KASANS office And get on I-15. I Hae this
Green CAMARO Pass me, Then Gets into my Lane, And slams on his
BRAKES, And slows Down. I merge over into the left Lane
To Pass this vehical. And So Does this Green CAMARO

Page 57

And Again This Camaro slams on its Brakes. Ever since
I Left Doctor John Kagans office it is Raining Hard
I Try To Get the License Plate to this Camaro But
I cant see Because of the Rain. I Tryed Again to get
By this Camaro, But when I would, It would Block me off.
I Then slammed on the Brakes And I Let this vehical
Go. I watch this vehical Then Take off. I Drove About
10 minutes And then I Again Started To Drive Faster. I
Am Passing Cars Again, (Approx. 10) I merge From the Right
Lane into the left Lane To Pass A Group of vehicals. I
Pass the First Car then the Second Car. Then All of A Sudden
A Green Camaro that was in the left Lane Jerks into the
Right Lane, And slams on its Brakes. I have to Lock my
Brakes up, to Avoid hitting this Car. I See that this
is the Same vehical That was Trying to Provoke me Ever Since
I Got on I-75 Heading South. I Become enranged. I
Sit Back And think, I Then Slam my Gas Pedal to the Floor.
And I Get on the Shoulder of the Road And Pass this
Camaro, This Camaro then Accelerates Also To keep me
From Getting Ahead, I Jerk my vehical From the Right
Hand Shoulder of the Road into the Right Lane of I-75
Heading South. I Then slam on my Brakes, To Give this
Green Camaro some of his own medicine. This Green Camaro
Trys To Get By me, But I will not Let it. I Then Allow
This Car to Pass me And I Roll my window Down. There is
A Large man Driving. Telling Me That I Am A fuckin Pussy.
I Laughed At him, And told him to Pull over. He Continued
to Drive By me. Pull Back in front of me And slam on

Page 58

And Again This CAMARO Slams on its Brakes. Ever Since
I Left Doctor John Kagans office it is Raining HARD
I Try To Get the License Plate to this Camaro But
I cAin't see Because of the Rain. I Tryed Again to get
By this Crimaro, But when I would, it would Block me off.
I Then slammed on the Brakes And I Let this vehial
Go. I wAtch this vehical Then Take off. I Drive About
10 minutes And then I Again STARTED To Drive FAster. I
Am pAssing cARs Again, (Approx. 10) I merge From the Right
Lane into the left Lane To Pass A Group of vehicls. I
Pass the First CAR then the Second CAR. Then ALL of A Sudden
A Green CAMARO that was in the left Lone JeeKs into the
Right Lane, And slams on its Brakes. I have to Lock my
Brakes up, to Avoid hitting this CAR. I See that this
is the SAme vehical That wAS Trying to Provoke me Ever Since
I Got on I-75 Heading south. I Become enraged. I
Sit BAck And think, I Then Slam my Gas Pedal to the Floor.
And I Get on the Shoulder of the Road And Pass this
CAMARO, This CAmaro then Accelerates Also To keep me
From Getting Ahead, I Jeek my vehical From the Right
Hand Shoulder of the Road into the Right LAne of I-75
HeAding South. I Then slam on my Brakes, To Give this
Green CAmaro some of his own medicine. This Green CAmaro
TRYS To Get By me, But I will not Let it. I Then ALLow
This CAr to pAss me And I Roll my window Down. There is
A LArge mAn Driving. Telling Me That I Am A Fuckin Pussy.
I LAughed At him, And told him to Pull over. He Continued
to Drive By me. Pull BAck in front of me And slam on

Page 58

The Brakes. And Drive at 45 To 50 mph. I Follow This CAR. Then After A while I Tried to PASS this CAR. And Again this Green Camaro Would not Allow me. I Get off I-75 At Exit 111 And So Does this Green CAMARO. I have To Turn left And this Green Camaro stops and IS Going to turn Right. This man in his Green CAMARO Has his window Rolled Down, And IS Screaming At me. I Continue on. I Go home to Change my clothes To Go to work. I Leave my house where I Rent A Room. I Go Down The Road And Again ALL of A Sudden this old FORD Pick up Truck JUST JERKS out in Front of me. Then stops, FOR No Reason. It sits there About 15 Seconds Then Proceeds FORWARD And Drives At 5 mph on A 25 mph Road I follow This vehical Because I CANNOT PASS It. This Truck then comes to A stop sign And stops. This vehical JUST sits At the stop sign For At Least 30 Seconds. I Blow My Horn. Then I here yelling From this vehical. It Continues Forward and Exits this Gated Community. It turns the same WAY I Am Going then turns left At the Light I Continue foward. And the PASSANGER Rolls his window Down And IS Laughing At me. I Continue on to work.

    This Again is the Government At work. Following me every where I Go. Provoking me, everywhere I go. It's JUST Like they Told me no MATTER where I Go my Life will ALWAYS Be the same. Real HARD. And NOT unTIL I work AS A Michigan State Police informant.

Page 59        I Go in, And see My Attorney Robert Branning About my Workers Comp Case. My Attorney Tells me How Can The Workers Comp insurance tell DR KAGAN To TAKE

you off Light Duty And Put you on maxnime medical improvement with A Nine Percent Disability. My Attorney tells me that He will work on A Settlement Package on my Knee settlement. My Attorney Robert Branning Tells me that He will have it together in Two weeks. I Call 3 weeks later And my Attorney Has Done nothing on my case. Now Months Have Passed And My Attorney has Done nothing. I now Recieve letters from my Attorney That there is A Deposition Scheduled For Dec 2 2003 And Mediation on Dec 11 2003. I Go to mediation. I Am Asked Questions. I Brought All Kinds of Documentation and evidence But my Attorney would not Allow me To. I was Asked At the End of the Deposition. If I WANTED To Read A copy of THE Transcript of Are Deposition. And that I would Be Able to Object to Anything that I Did not Believe was correct. I said yes. I would want to Read a copy of the Transcript. I called the court Recorders office And I was Told that there was no Writen Recording and that the opposing Attorney Did not order one. I called my Attorney And Asked him what was going on About me reading A copy of this Deposition. And my Attorney said he Did not Know.

On The Day of my Mediation I Go to my Attorneys office I Am waiting in the waiting Room. All of A sudden A Black man comes walking in with A Young White woman. All Dressed up. This Black man looks At me Real mean Like. And Shakes his Head. This white young women is Acting very Timid And is Acting very Silly And Goofy. With in 30 Seconds these two People Are Allowed in through the Locked Door. As I continue to sit And wait. I can hear someone Behind the Door Talking. Then I hear Somebody Saying, Michael Fox, yea, we have him down

Page 60

Here in Lock up. We got him For Fraud. I Hear more
Voices Regarding Michael Fox Being Locked up. I SAID To
MySelf. here we Go Again, the intimadation. My Attorney Comes
To the waiting room, And Lets me in. We go to A small office
and talk. My Attorney SAYS that If the workers comp wants to
settle we would Ask FoR 60,000 Dollars. I Do not Respond.
I JUST Listen. After Are Talk, I Leave And Drive to medeation.
I Back into my Parking Spot. ALL of A sudden I CAR Drives
up real FAST And slams on its Brakes, And stops Right in Front of me.
The Doors fly open And Three young men get out. This Again
was total intimadation. I JUST sit in my car and wait Because
I Am EARLY. When I get out of my mini VAnn And walk to The
Front Door, There Are Two older men standing outside TAlking.
I STOP At the Front Door And Read the Directory. I then
Hear one mAn say, they Are inside WAiting FoR you. I smiled
And said I Bet they Are. I Go in And TAlk to the Receptionist. I
Am Told to Go in this Room, And have A Chair At the TABLE
And the Mediator Michael Dagostino would Be in Shortly. My Attorney
Robert BRanning Arrives Then the Mediator Michael Dagostino Comes in
   I Am Asked By The Mediator what I WANT To SETTLE. I
Tell him I WANT 500 million Dollars. This mediator chokes. I
Laugh. I tell this man I WANT my leg Fix. Then The Attorney
shows up Representing Workers Comp. This Attorney is Acting very
Suspicious. He sits Down Right Across From me. This Attorney Asks
what Are we Going to do. Michael Dagostino the Mediator Tells
The Workers Comp Attorney That I WANT MY Leg Fixed. Workers
Comp Attorney Gets up And Leaves the Room. Never to come
BACk Again. I Am Told That The insurance CompAny

Page 61

is not Going To Fix my Leg. I tell This mediater Michal Dagostino that I have A letter with me, That The workers Comp Carrier has Approved my knee Replacement. I Am Told I Am only going to get A Settlement. I Brought with me my files And letters on this CASE. I Go to get the letter And my Attorney stops me. I Am Again told they Are not going to Fix my leg. I Have A letter From the workers Comp. that they have authorized A Knee Replacement I Tell this man. My ATTorney is sitting Right next to me And He says, And Does nothing. When He Knows That the Knee Replacement was Approved By Workers Comp. My Attorney And the Mediator talk to me some more. Then They Both Get up And Leave. As I Am waiting, I Dig through my files And Paper work, And find the letter Where the workers Comp Approved my Knee Replacement. Then My Attorney and the Mediator comes Back into the Room. I Am Told That workers Comp is offering me 25,000 Dollars to Settle. I Laugh, I said 25,000 Dollars will not even Pay For one Knee Replacement. My Attorney tells me to think About it. I Now show them My letter That Workers comp Approved my Knee Replacement Feb 21 2003 And Here we Are 10 Months later And my Knee is not Fixed And Now my other Knee is killing me. I Am Asked How much I want To Settle. I Am Totally off Gaurd. And I Do'nt Know what to Really SAY. I Then say I will Settle For Hundreds And Hundreds And Hundred of thousands of Dollars. My own Attorney, Blurts out, what, Are you kidding me. I said Hell no. My Attorney gets up And Leaves. The Mediator Michal Dagostine comes up on me, Asking me, How I justify that Amount. I start telling

Page 62

this Man, Ever since I Got injured, And was looking For A Attorney. How the Government Has Beaten my Balls off. And The Car Accident they Staged, And How I Lost A 6000.⁰⁰ CAR. This mediator, Tells me, you sound And Act like you know whats Going on, And have intelligence. And How come I Dont work For myself. I Told this man, I use to, But the Gouerment will not Let me. The Mediator Asks me who is After me, The US Gouerment. I Tell him Everybody is After me The State Police, The faturnity of state police, County Sherriff Dept. Faturnity order of County Sherriffs Dept. City Police, Township Police, Faturnity order of Police. Faturnity order of Chief of Police. The Chamber of commerce And members in the federal Gouerment. This mediator Gets up And Leaves the Room. After A while my Attorney comes Back in And the mediator Does Also. I Ask Them To See If workers Comp will Allow me to go see Doctor Andrew Hodge in West Palm Beach Florida. Both my Attorney And Mediator Go Talk to The workers comp Attorney To See If I can see The Doctor I Request. My Attorney comes Back in the Room And tells me that they will not Approve the Doctor I Requested. And that they will now Allow me to have my Knee Replace, But with Doctor John Kasan.
   I Leave After This Mediation. On Dec 16 2003 I call Surgical Specialist And Ask To Talk to Barbra, Who Schedules the Surguries, And talks to the insurance companies. This is For my hernia opperation. I Ask Barbra if She Has heard From The workers comp case worker Amy Barnet. Barbra Tells me, that She was Told By Amy Barnett, That I was in mediation For A settlement. And That It

Page 63

is on hold Right now. I Told BARBRA That was for my knee Replacement. And that Amy Barnett, The case worker must Have MY Two Offrent cases mixed up. BARBRA Told me she did not want ToGet involved. I CALLED The workers comp caseworker Right Away. I ASK Amy Barnett, why she has not let Allowed A surgury Date to be Schudoled. Amy Barnett tells me that I was in mediation AND That I was offered A settlement. I Told Amy Barnett That she has my Two Offrent cases mixed up. Amy Barnett Said NO, THAT Are Mediater Michal Told you That what we offered you, was For your Hernia, And your knee Replacement. I Again tell Amy Barnett That she must Have These Cases mixed up. Amy Barnett Tells me Again, that The mediator Told me That Are offer was For Both CASES. I Told Amy Barnet That their mediater Michael Dagostine never Told me NO Such thing. Amy Barnett Tryed to make me Feel, like I was lying to her. I Asked Amy Barnett, what was the Amount of money you offered At settlement. Amy Barnett would not tell me. And to Go Back To my Attorney And Ask Him. After this conversation with Amy Barnett. I CALLED my Attorney, Right Away. I Finally got to talk to my Attorney After A couple of calls. I Asked my Attorney. If the offer that I was offered was For the Hernia I Have ALSO. He Said NO. I Told my Attorney that I Just Got through Talking to Amy Barnett the CASE worker And that She Told me that their mediator Michael Dagostino Told me That the offer was For Both CASES. MY Attorney SAID That he never heard That the settlement was For the Hernia Also. I Believe That MY Attorney Also knew

Page 64

That The offer was for Both Hernia And Knee Replacement.
I Ask my Attorney what was the Amount that was offered.
My Attorney Replies. What Do you Remember it To Be. I said
That They offered 25,000 Dollars. My Attorney said thats
Correct. And Then said, That they would have went to 45,000
Dollars. I was never Told, Any Amount over 25,000 And
I would never Except 45,000 Dollars Either.

Again This mediation was Another orchstrated Plot Buy the
Goverment, To Get me into A Jam. A Knee Replacement
is Every bit of 30,000 min to 45,000 Maxium with
no complications. Plus I Have A Fully Blown Hernia
That Had to cost At least 6,500 To 11,500 Dollars.
As I Have said Before, the Goverment Always intervines
to intimidate me. And to Coose As much confussion,
And Pain they Can in my life. Still As of Todays
Date I Do not have my leg fixed or A settlement. 21
months After the injury. Another way They Try to
wear you Down. I Have had Doctor Kagan, After I
insisted on the 3-D Knee Replacement tell me that He would
install the Knee Replacement. Then He following office visit. DR
John Kagan Has changed His mine. And tells me He will not
install the new 3-D Knee Replacement. I Have To Fight workers
Comp For the Knee Replacement, I have to fight Doctor
John Kagan For my Knee Replacement. And My Attorney
Robert Branning Trying to get me to take A settlement
That Does not even cover the Cost. Plus I would
Have to Pay my Attorney out of the settlement
Money. And Again the members in the Goverment

Page 65

That Are constantly Provaking and intimidating me.

Every Attorney that I get to Represent me, Has Also Been Gotta to. And I can never Get good legal counsel. And that every Attorney Has Always sold me out- On the orders of The Police. Agencys that Are After me.

This letter I have written to you is Just A Brief Discription of some of the Attacks By the Police, And Gouermat Agencys that have Attacked me.

And The Two Cases That I have Pending Right Now in Lee County, And Collier County Court. And How the Police Have lied And Have charged me with offense's, that I Have never commited. I Am Always Being Tracked and Followed And then Attacked and Provoked and intimidated By These People

I Am Asking you To Represent me. On The Two Driving offenses in Lee County and callier County Florida.

Every Attorney From Michigan To Florida can and will be influnced By the Police And Gouerment.

I Can supply A more detailed Description of events, And Times, Dates, And License Plates Numbers For other incidents that have Happened, in Every state I have moved to, Trying to Build A Life For Myself.

I Also Ask you To Help me here Also. I want To sue For A new Identity And to Be Placed inside the witness Protection Program and to Be Relocated To Another Country 10,000 miles Away.

Page 66

The Police And the Gouerment will never Leave me Alone. They Have with intent. Caused Me Great Emotional

And irreptable HARM. They Did this with MALICE

I Turned 45 years old on December 26 2003
And what I Have I got, or Accoplished in my life.
I Have no wife, or Kids Because I would not Be Able to
Suppot them. And now, For what I Have Been through, I
would never Bring A Child into this Sick world we live
in.

I Have Left out A 1000 Pages written on the Police
Misconduct From Michigan And Also FLorida And Virginia,
and North Carolina

I Have the Gouerment Hot and Heavy on me Right
now. And There Are A Lot From Michigan and the Northern
states Right now. I even have the Retired Gouerment Police
Force on me.

I need to know your Postion on These Problems of mine
I can get no Attorney that will Represent me correctly. And
I need you to take the case. I will never Plea BARSAIN.

I Do NOT WANT The Gouerment to Beat me Again.
And I need A new identity And to Be Relocated 10,000
miles AWAY.

Sincerly

Michael Fox

Page 67

After you have Red This. I Ask you To Except Taking on my huge Problem. I Again can write a Discription of Each of the Different cases that you have Red About in my Brief History of Abuse of the Goverment From florida, To Michigan, To North Carolina and Virginia.

I have no where Else to Go. I can not fight these People, Because I Do not have the money and Resources to Fight these People. And they will End UP Taking Everything I own.

And I want to Be Able to Leave the united states with A new identity and to Be Relocated with in the witness Protection Program.

Thank you

I Would Like the People held Responsible for What They have done to me, charged with crimes. And Also A Huge money settlement for my Pain and suffering