MAMMIE COLLINS
Legal Program Associate

**ACLU**

AMERICAN CIVIL LIBERTIES UNION
of FLORIDA

FOUNDATION

April 20, 2004

Complaint # 04-04-0075

Micheal Fox
PO Box 111621
Naples FL 34108

Dear Mr. Fox,

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
FLORIDA
4500 BISCAYNE BLD.
SUITE 340
MIAMI, FL 33137-3227
T/ 305/ 576/2337
F/ 305/ 576/1106
jcollins@aclufl.org
www.aclufl.org

Thank you for contacting the American Civil Liberties Union of Florida (ACLU). We have carefully reviewed your recent request, and regret to inform you that we are unable to offer you legal assistance.

In declining to represent you the ACLU is not passing judgment on the merits of your case. We suggest that you contact a private attorney. We understand how difficult it can be to obtain legal counsel. The Florida Bar Association Lawyer Referral Service can direct you to an appropriate attorney. You may contact the Lawyer Referral Service by calling 1-800-342-8011.

Once again, thank you for writing to the ACLU of Florida. We wish you success in resolving your difficulties.


Sincerely,

Mammie Collins
*Mammie Collins*
Legal Program Associate

Exhibit 18

*Page 6*

🖂 Reply | 🖂 Reply All | ⇨ Forward | ✕ Delete | Junk | Put in Folder ▾ | 🖶 Print View | 📷 Save Address

| | | |
|---|---|---|
| **From :** | Infointake <infointake@spencelawyers.com> | 🔄 \| ▽ \| ✕ \| 📷 Inbox |
| **Reply-To :** | "Infointake" <infointake@spencelawyers.com> | |
| **Sent :** | Friday, June 30, 2006 7:08 PM | |
| **To :** | <LFOX449@hotmail.com> | |
| **Subject :** | Your Request for Representation | |

Dear Michael,

Thank you for your interest in our law firm assisting you. We reviewed your material and have determined the matters you are requesting representation on happened in a variety of states, including Michigan and Florida. We are not licensed to practice in Michigan, Florida, or any of the other states in which your cases occurred. As such, we will be unable to help you. We do wish to return your materials by mail. Please provide a location where we can return your binder. Thank you for contacting our office and good luck.

Sincerely,
THE SPENCE LAW FIRM

🖂 | 🖂 | ⇨                                    🔄 | ▽ | ✕ | Inbox

**Get the latest updates from MSN**

MSN Home · My MSN · Hotmail | Search | Shopping | Money | People & Chat

© 2006 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy

*Exhibit 20*

Read 1st

MY KNEE INJURY
INJURIED AT WORK ON 8-3-02
DID NOT TELL MY FOREMAN...
THOUGHT MY KNEE WOULD RECOVER..
AND IT DID NOT...

RE-INJURIED MY KNEE ON 8-8-02
DID IT RIGHT IN FRONT OF THE FOREMAN, AS I STEPPED INTO A FLOOR DRAIN HOLE. IN THE BATHROOM GROUP I
WAS WORKING IN...

WAS TOLD TO GO TO WENT TO LEE CONVIENT CARE.
DROVE TO LEE CONVIENT CARE WHERE IS WAS EXAMINED..
 COPY OF EXAMINATION REPORT, ATTACHED HERE TO AS EXHIBIT _____

I WAS TOLD I NEED TO SEE ORTHOPEDIC DOCTOR. WAS SENT HOME WITH NO WORK STATUS..
MADE A CHOICE AND PICKED DOCTOR JOHN KAGAN
HAD DOCTOR KAGAN APPOINTED AS MY ORTHOPEDIC DOCTOR..

HAD MY APPOINTMENT WITH DOCTOR KAGAN, DOC. KAGAN,SAYS I SAYS I'M A PRIME CHOICE FOR A KNEE
REPLACEMENT...
HE TELLS ME I NEED SURGURY FOR THE DAMAGE TO MY KNEE FROM WORK.
THAT THEY NED APPROVAL FROM CNA FOR THIS OPERATION.
I AM SENT HOME AND TOLD TO COME BACK FOR 2ND OFFICE APPOINTMENT.

CNA AUTHORIZE THIS OPPERATION..

I HAVE SURGURY ON SEPT. 19 2002

AFTER A COUPLE OF VISITS TO DOCTOR KAGAN, AFTER THIS KNEE OPERATION.
DR KAGAN, TELLS ME I NEED A COMPLETE KNEE REPLACEMENT.
HE TELLS ME I'D HAD BETTER GET AN ATTORNEY...
HE TELLS ME CNA WILL NOT AUTHORIZE A KNEE REPLACEMENT..
DR KAGAN TELLS ME MY KNEE IS 95% PRE-EXSISTING..
AND CNA WILL NOT APPROVE THE KNEE REPLCEMENT..

I AM THROWN OFF BY THIS STATEMENT..
I TELL DOCTOR KAGAN, THAT I HAVE BEEN CLIMBING LADDERS 20 FEET HIGH, ALL DAY LONG, FOR 4 WEEKS
INSTALLING TEMPORARY ROOF DRAINS.
I TELL HIM CLIMB IN AN OUT OF LIFTS ALL DAY LONG, I TOLD HIM I WAS SNOW SKIING IN BIG SKY MONTANA IN
APRIL OF THIS YEAR, THAT IN MICHIGAN WHEN I WAS WORKING AT HAGGARDS PLUMBING AND HEATING, THAT I
CLIMBED LADDERS ALL DAY LONG, THAT I HAS IN DITCHES LAYING PIPE 2-6 FEET IN THE GROND ALL DAY LONG.
THAT I WOULD WALK OUT OF HOLES IN THE GROUND UP TO 25 FEET IN THE GROUND..
DOCTOR KAGAN TELLS ME I COULD NOT HAVE BEEN...
ATTACHED HERE-TO EXHIBIT _____... FROM HAGGARDS PLUMBING, ON MY WORK HISTORY
ATTACHED HERE-TO EXHIBIT _____ FROM WHERE I STAYED IN BIG SKY MONTANA...

FROM WHAT KAGAN HAS SAID...
I START LOOKING FOR AN ATTORNEY..RIGHT AWAY...
I CALL ATTORNEYS TO GO SEE, MAKE APPOINTMENTS, AND I GO TO THEM

I FIRST CONTACT CAD MOTES...
 A WORKERS COMP ATTORNEY. I MAKE APPOINTMENT TO SEE CAD MOTES..
ON THE DAY OF THIS APPOINTMENT. I DRIVE TO THIS ATTORNEYS OFFICE, I AM BEING FOLLOWED. THEY ARE
WAITING FOR ME WHEN I PULL INTO THE PARKING LOT. THERE IS A MAN IN A FORD WHITE VAN THAT FOLLOWS ME
RIGHT INTO THE PARKING LOT. HE IS EYE BALLING ME WHEN I GET OUT OF MY CAR, I JUST CONTINUE ON..
THERE IS A MAN INSID CHAD MOTES OFFICE, TALKING TO SECRETARY, RANTING ABOUT HOW GREAT HE THINKS
CHAD MOTES IS, AND THE MONEY THAT HE IS RECIEVING, I SAY TO MYSELF, HERE WE GO AGAIN, ANOTHER
STAGED INCIDENT...

I SEE CAD MOTES..TELL HIM MY SITUATION..
HE TELLS ME TO COME BACK FOR ANOTHER APPOINTMENT...I THEN GO BACK FOR THIS SECOND APPOINTMENT,
AND HE IS NOT THERE..I TALK TO HIS PARILEGAL...MAKE ANOTHER APPOINTMENT TO SEE HIM...NOW AFTER A
COUPLE VISTS TO HIS OFFICE, I AM TOLD BY CAD MOTES THAT CNA INSURANCE WILL NOT FIX MY LEG, AND THAT

Page 1 of 7

HE CAN GET ME 15-25 THOUSAND DOLLARS FOR A CASH SETTLEMENT..
I TOLD HIM I WOULD GET BACK WITH HIM...
I TOLD HIM, I WANT MY LEG FIXED NOT A CASH SETTLEMENT...

I CALL ANOTHER ATTORNEY.. AT THE VILES LAW FIRM, TALK TO ROBERT GELTNER. I EXPLAIN MY STUATION TO
THIS MAN. I TELL HIM THAT DR KAGAN SAY MY LEG IS 95% PRE EXISISTING. THAT  CNA WOULD NOT FIX MY LEG
AND I NEED TO SUE FOR A KNEE REPLACEMENT, THIS ATTORNEY SAYS HE WILL NOT SUE OR PETITION FOR A
KNEE REPLACEMENT, BECAUSE I WILL NOT GET A KNEE REPLACEMENT ATHORIZED BY ANY JUDGE.. ATTORNEY
ROBERT GELTNER TELLS ME HE CAN GET ME FIVE THOUSAND DOLLARS FOR A CASH SETTLEMENT... I TELL THIS
ATTORNEY I WANT MY LEG FIXED. THIS ATTORNEY TELLS ME YOU WILL NOT GET YOUR LEG FIXED, WE DISCUSS
MORE ABOUT MY SITUATION, AND HE MAILS ME LETTERS IN REEGARDS TO HIM AND WORKERS COMP.
HE ALSO TELLS ME TO CALL HIM IF I NEED ANYMORE ASSISTANCE, IN MY CAUSE..
I DID FURTHER CALL HIM AT LATER DATES, AND HE MAILED MORE LETTERS
COPIES OF LETTERS ATTACHED HERE-TOAS EXHIBITS_____

MADE ANOTHER APPOINTMENT TO SEE ATTORNEY JOE NORTH.....
WHEN I WENT TO THIS APPOINNTMENT. I AM BEING INTIMIDATED BY HIS  SECRETARY,  THEN SHE IS TAKING MY
PHOTOGRAPH..
I ASK HERE WHAT SHE IS DOING..
SHE TELLS ME, WE TAKE ALL PHOTOGRAGHS ARE OF ARE CLIENTS...
I THINK TO MYSELF, WHAT ARE THEY GOING TO DO TO ME NOW...
I THEN SEE AN ATTORNEY, NOT THE ONE I CALLED, JOE NORTH..
 IT'S A WOMAN..SHE STARTS INTERVIEWING ME... ASKING ME QUESTIONS, SHE IS ACTING VERY INTIMIDATING AT
TIMES. SHE ASKS ME IF I HAVE EVER BEEN ADMITTED TO A HOSPITAL FOR PHISLIGALCAL PROBLEMS....
I AM GETTING IRRITATED..
I THEN HERE THE SECRETARY THAT TOK MY PHOTOGRAPH, LAUGHING IN THE BACK GROUND, AND THE OFFICE
DOOR OPENS, AND THERE SHE IS...
SHE ASKS THE ATTORNEY THAT IS REPRESENTING ME SOMETHING, AND THEN SHUTS THE DOOR STILL GIGLING...
WHY WOULD THIS ATTORNEY ASK ME IF I HAVE EVER BEEN TO A PHISOLOGICAL HOSPITAL.
THIS IS ANOTHER STAGE INCIDENT BY GOVERMENT OFFICALS, AN THIS ATTOREY SHE HAS BEEN TIPPED OFF..
SHE TELLS ME, I CAN GO, AND TO CALL HER IN A DAY OR 2  THAT SHE NEEDS TO DISCUSS THE CASE WITH JOE
NORTH..
SHE WILL TELL ME AT THIS TIME IF THEY WILL TAKE MY CASE.
I CALL BACK ON A COUPLE OF DAYS THEY WILL NOT RERESENT ME..
COPIES OF LETTERS FROM NORTH LAW FIRM ATTACHED HERETO AS EXHIBITS_____

I CONTACT MORGAN COLLIN AND GILBERT.
I AM TOLD SOMEONE WILL COME OUT TO MY HOME AN INTERVIEW ME
AFTER GOING THROUGH A INTERVIEW AT MY HOME, WHERE A INVESTIGATOR INTERVIEWED ME.
I AM TOLD TO CALL THE OFFICE TO SEE IF THEY WILL TAKE THE CASE..
I CALL ON NOV.8TH OR 9TH
WAS TOLD TO CALL BACK
I CALL BACK NOV 11 2002
A WOMEN NAMED DELORIS TELLS ME THEY ARE ACCEPTING THE CASE, AND THAT THE CASE WAS NOT ASSIGNED
YET..AND TO CALL BACK TOMORROW
I CALL BACK THE NEXT DAY. ON TUESDAY NOV. 12 2002
TALK TO A MAN THIS TIME, HE TELLS ME ATTORNEY JOSH DREXEL HAS BEEN ASSIGNED THE CASE...
THAT I NEED TO CALL TOMORROW SO THIS ATTORNEY CAN REVIEW THE CASE FILE..
THERE IS ALOTMOREPHONE CALLS MADE, AND ALL ARE LEADING TO A DEAD END
ON FRIDAY NOV. 15 2002 APPROX 5.45 THIS AATORRNEY JOSH DREXEL CALLS ME HE TELLS ME HE IS SOME WHERE
IN TALAHASSEE FLORIDA, JOSH DREXEL TELLS ME HE WAS JUST GIVEN THIS CASE, AND THAT HE IS TO BUSY TO
TO TAKE IT. HE FURTHEER STATES THAT IT WILL COST ME MORE BECAUSE HE IS FROM TAMPA.
JOSH DREXEL TELLS ME THAT DAVE BRAUMLY MIGHT BE ABLE TO TAKE THE CASE, IF I WANT.
I TELL THIS ATTORNEY, THAT I WILL GET AN ATTORNEY IN FORT MEYERS FLORIDA..

THIS AGAIN, IS MY BELIEF THAT THE PEOPLE THAT HAVE MY PHONES WIRE TAPED, ARE TURNING EVERY BODY
AGAINST ME, AND TO FURTHER DISCOURAGE ME, AND TRY TO FORCE ME INTO A CASH SETTLEMENT...
LETTER FROM MORGAN COLLIN AND GILBERT ATTACHED HERE-TO AS EXHIBITS_____

I CONTACT  ATTORNEY JEROME SICO.. MAKE AN APPOINTMENT
I WENT AND SAW JEROME SICO.
AFTER DISCUSSING MY CASE WITH THIS ATTORNEY.. JEROME SICO SAYS HE WILL TAKE MY CASE.
HE ASKS ME IF I WILL BE AROUND LONG ENOUGH, BECAUSE IT TAKES ABOUT 6 MONTHS TO A YEAR FOR THE

PETETION TO BE HEARD BY THE JUDGE.. AND IF THE JUDGE GRANTS THE PETETION , TO EXPECT CNA TO
APPEAL..AND ANOTHER YEAR DELAY.....
JEROME SICO WAS POITIVE THAT THE JUDGE WOULD ATHORIZE THE KNEE REPLACEMENT....
I HAVE JEROME SICO TAKE THE CASE.
I COME BACK TO HIS OFFICE AND DEAL WITH HIS PARELAGAL AT THIS TIME
I SIGN HIS AGREEMENT FOR PAYMENT ON DECEMBER 12 2002
I SIGN PETITION ON JANUARY 6 2003 FOR BENIFITS..
JEROME SICO SIGNS PETITION ON 1-6-03
JEROME SICO SERVES CNA INSURACE A COPY OF PETITION
JEROME SICO SERVES R J VANN MECHANICAL A COPY OF PETITION
ALL BY CERT.MAILING
COPY OF NOTICE, AND PETITION ATTACHED HEREE-TO AS EXHIBITS_____

I AM CALLED BY DAVE MILLER, FROM RJ VANN MECHANICAL, ON OR AROUND JANUARY 8-9 2003
I AM TOLD THAT THEY HAVE A JOB FOR ME, AND TO RETURN TO WORK..
I TOLD DAVE MILLER I CAN RETURN FRIDAY, BECAUSE I AM MOVING TO A NEW LOCATION, TODAY AND
TOMORROW..
THIS CALLING ME BACK TO WORK, WAS BECAUSE OF THE LETTER THEY RECIEVED FROM MY ATTORNEY..
ALL THE TIME SINCE ME BEING TAKEN OFF NO WORK, BY DOCTOR KAGAN AND PUT ON LIGHT DUTY, RJ VANN
MECHANICL WOULD NOT BRING ME BACK TO WORK..
I  WILL GET BACK TO THIS SIUATION, AND ITS ISSUES LATER IN THIS COMPLAINT.

I RECIEVE A LETTER FROM MY ATTORNEY JEROME SICO TO ATTEND A DEPOSITION
 DEPOSITION TO BE HEARD ON FRIDAY FEBUARY 21 2003.
I APPEAR AT THE PLACE AND THE TIME FOR THIS DEPOSITION..
AT THIS DEPOSITION, I HAVE ANOTHER ATTORNEY HANDLING THIS CASE, FOR JEROME SICO..
ROBERT BRANNING IS HIS NAME.. HE IS A NEW ATTORNEY AT THIS LAW FIRM..
THE ATTORNEY THAT TOOK THIS CASE, JEROME SICO...IS THE ONLY ATTORNEY IN THIS LAW FIRM THAT HANDLES
WORKERS COMP CASES, AND THATS ALL HE DOES AT THIS LAW FIRM. WHY IS THIS NEW ATTORNEY NOW TAKING
OVER..

AT THIS DEPOSITION, ON FEBUARY 21 2003  WHICH WAS SCHUDULED BY THE CNA INSURANCE COMPANYS
ATTORNEY..
THE ATTORNEY NEVER SHOWED UP....
WHILE WAITING FOR THIS ATTORNEY, THIS NEW ATTRORNEY RERESENTING ME, ROBERT BRANNING WHERE IN A
CONVERSATION.
I AM ASKING HIM ABOUT WHY HE HAS TAKEN OVER, AND WE TALK ABOUT MY CASE...
I KNOW THAT SOMETHING IS NOT RIGHT HERE...
THEN WE FIND OUT THAT CNA ATTORNEY IS NOT COMMING.
I TOLD ROBERT BRANNING THIS IS NOT GOOD...
AND THE WAY THIS ROBERT BRANNING LOOKED AND ACTED, AND LAUGHED, I NEW FOR A FACT. THAT THIS IS
SOME KIND OF MANIPULATION GOING ON..

THEN IN THE LAST WEEK OF FEBUARY 2003...I RECIECE NOTICE FROM CNA INSURANCE, THAT MY KNEE
REPLACEMENT WAS ATHORIZED DEBBIE WADE FROM CNA INSURANCE. DUE TO DOCTOR KAGANS
RECOMENDATIONS..
I CALLED JEROME SICO AND TOLD HIM THE GOOD NEWS....
HE STATES THAT HE HAS RECIEVED NOTHING AS OF YET...

AT MY NEXT APPOINTMENT WITH DOCTOR JOHN KAGAN, I TOLD HIM THE GOOD NEWS.
 DOCTOR JOHN KAGAN LOOKS A LITTLE ANGRY AT THIS MOMENT..
SINCE THIS TIME, DOCTOR JOHN KAGAN TAKES A NEGITIVE STANCE AGANIST ME..

DURING MY OFFICE VISITS TO DOC. KAGAN.
AS I WAS OUT IN THE OFFICE AREA, WAS WAS CONSTANTLY UNDER WATCHFUL EYE...

THERE WAS ALWAYS A MAN OF FOREGIN DESENT,WATCHING ME. THEN GETTING ON THERE PERSONAL PHONE,
THEN WATCHING ME AND TALKING TO WHOM EVER THEY WHERE...

NOW DURING MY TIME I WAS OFF WORK..I WAS GOING TO KNEE AND HIP REPLCEMENT SEMINARS..
I WENT AND SAW GEORGE MARKIVICH FROM FORT MEYERS, AND HIS SEMINAR AT THE LEE MERMORIAL
HOSPITAL...
HE USES THE ZIMMER KNEE REPLACEMENT..

Page 3 of 7

I ALSO READ AN ARTICAL IN THE FORT MEYERS NEWS PRESS, ABOUT ANDREW HODGE, A KNEE SURGEN.
IT IS AN ARTICAL ABOUT HOW THIS DOCTOR HAS DEVELOPED A NEW KNEE REPLACEMENT, LAST 20 OR MORE
YEARS.
I CALL THIS DOCTOR ANDREW HODGES OFFICE, AND HAVE ALL THE LITITURE ON THIS 3-D KNEE MAILED TO ME...

I CONFRONT KAGAN ABOUT GEORGE MARKIVIC ZIMMER KNEE, AND ALSO DOCTOR ANDREW HODGES NEW 3-D
KNEE REPLACEMENT..
COPIES OF DOCOT VISIT REPORTS ATTACHED HERE TO AS EXHIBITS_____

THEN ON JUNE 23 2003, I HAVE AN APPOINTMENT WITH DOCTOR KAGAN..
DOCTOR. KAGAN WALKS INTO THE PATIENTS ROOM..
AND SAYS MIKE, I HAVE BEEN CONTACTED BY BY YOUR NURSE, AT CNA INSURANCE, AND THEY WANT ME TO TAKE
YOU OFF LIGHT DUTY AND PUT ON MAXIUME MEDICAL IMPROVEMENT..
I AT THIS TIME DO'NT KNOW WHAT THIS MEANS...
BUT I SAY TO MYSELF, WHAT RIGHT DOES CNA INSURANCE HAVE, TO TELL DOCTOR KAGAN WHAT TO DO..
THIS IS NOT RIGHT....
KAGAN TELLS ME HE IS GIVING ME A 9 PERCENT DISABILITY RATING, AND FOR MY KIND OF INJURY, THE MAXIUME
IS 10%

 I AM CURRENTLY  WORKING AT RJ VAN MECHANICAL AT THIS TIME...
ALSO DURING THIS OFFICE VISIT, KAGAN TELLS ME SINCE YOU LIKE WORK SO MUCH,
AND YOUNG AS YOU ARE, I SHOULD TAKE A MONEY SETTLEMENT, AND THAT I AM ENTITLE TO A LOT OF MONEY...
I TOLD KAGAN I WAS NOT LOOKING TO SETTLE FOR MONEY....
KAGAN TELLS ME I AM TO YOUNG FOR A KNEE REPLACEMENT..
HE SENDS ME ON MY WAY, AND GIVE ME ANOTHER APPOINTMENT DATE..
I AM FURRIUS AT THIS TIME....

I HAVE HAD SOME VERY HARD TIMES WITH THIS DOCTOR, TO WHERE HE WAS SCREAMING AT ME, AND EVEN THIS
DOCTOR HAS TRYED TO PROVOKE ME.
DICOURAGING ME THAT IN A KNEE REPLACEMENT, YOU COULD GET INFECTED AN NEED TO HAVE YOUR KNEE
APUTATED...NOT GIVING ME ANY KIND OF POSITIVE THOUGHTS....

NOW I RECIEVE A LETTER FROM MY ATTORNEY ROBERT BRANNING, THAT WE HAVE A APPOINTMENT TO DISCUSS
A STTLEMENT IN MY WORKERS COMP CASE.. APPOINTMENT FOR AUGUST 12 2003
I HAVE NEVER TALKED SETTLEMENT WITH MY ATTORNEY EVER...AND NOW I RECIEVE THIS NOTICE..
COPY OF LETTER ATTACHED HERE-TO AS EXHIBIT_____
I GO TO THIS APPOINTMENT, ROBERT BRANING IS ACTING VERY FUNNY, ALMOST PROVOKING LIKE...ASKING ME
ABOUT A SETTLEMENT.
I TELL HIM I WAS NEVER INTO SETTLING THIS CASE..AND I WANT MY KNEE FIXED..
ROBERT BRANNING SAYS HE WILL WORK ON A  SETTLEMENT, AND DRAFT A SETTLEMENT WITH MY LIFE LONG
DISABILITY, AND DOCTORS AND HOSPITAL FEES AND ALL..FOR MY LIFE TIME...
HE ASKS ME WHAT I WILL SETTLE FOR, I SAID I HAVE NO IDEA. I WILL WAIT ON YOUR SETTLEMENT NUMBERS..
ROBERT BRANNING TELLS ME TO CALL HIM IN A WEEK, AND HE WILL HAVE SOME NUMBERS ON A SETTLEMENT..
I SAID OK, LETS SEE WHAT YOU COME UP WITH.
 I CALL A  WEEK LATER, AND HE HAS DONE NOTHING, HE TELLS ME HE HAS BEEN TO BUSY..
AND TO CALL IN ANOTHER WEEK..
I CALL A WEEK LATER AGAIN, AND HE HAS DONE NOTHING..
TELLS ME THE SAME STORY...
I WAS NEVER INTERESTED IN SETTLING THIS CASE, AND JUST SAID THIS IS ANOTHER SCAM DEAL...

IN NOVEMBER OF 2003 I RECIEVE NOTICE THAT I AM TO APPEAR ON DEC. 2 2003 FOR DEPOSITION
AT THIS SAME TIME, I RECIEVE ANOTHER LETTER THAT I AM TO APPEAR FOR MEDIATION ON DEC 11 2003

I CONTACT MY ATTORNEY ROBER BRANNING, AND AK HIM WHY ARE WE HAVING DEPOSITION, AND MEDIATION,
WHEN THE KNEE REPLACEMENT WAS ATHORIZED BY CNA INSURANCE. THERE IS NO NEED FOR THIS...
ROBERT BRANNING SHRUGGED THIS QUESTION OFF, AND SAID HE DID NOT KNOW, YOU COULD TELL HE WAS
LYING...

I GO TO THE DEPOSITION. WHEN I ARRIVE, I AM TRYING TO GET OUT OF THE CAR, THIS MAN IS WALKING FROM
ACROSS THE STREET, TOWARDS ME AND IS WATCHING ME...HE LOOKS AT ME REAL TOUGH AND MEAN LIKE, I SAY
TO MYSELF, HERE WE GO WITH THE POLICE..
I GO INTO THE OFFICE FOR MEDIATION, AND I FIND THIS SAME MAN, HE IS CNA INSURANCE

Page 4 of 7

ATTORNEY....REMEMBER THIS...THERE IS ANOTHER ATTORNEY AT DOCTOR KAGANS DEPOSITION LATER..
I BELIEVE THIS WAS A UNDER COVER POLICE ATTORNEY,OR SOME KIND OF GOVERMENT PERSON TAKING THIS
DEPOSISTION...
DEPOSITION WENT WELL...

I THEN GO TO ROBERT BRANNINGS OFFICE BEFORE THE MEDIATION, TO MEET WITH HIM AS IT SAYS IN HIS LETTER
THAT IS ATTACHED HERE TO AS EXHIBIT _____

I AM OUT IN THE RECEPTION OFFICE, WAITING TO SEE ROBERT BRANNING, AS I AM WAITING. A SKINNY BLACK MAN
COMES WALKING INTO THE OFFICE WITH A PRETTY BLACK HAIRED WHITE WOMAN. THEY TALK TO THE
RECEPTIONIST,  THEY BUZZ THE DOOR LOCK SO THEY CAN ENTER THE ATTORNEYS AREA OF THIS LAW
FIRM...THIS BLACK MAN TURNS TO ME LOOKING AT ME, REAL TOUGH AND MEAN LIKE, AND THE WHITE WOMAN
GLANCING OVER AT ME AND SNARLS, YOU COULD EVEN HEAR THE AIR COME OUT OF HERE MOUTH..THEY WALK
INTO THE LOCKED AREA..

I AM NOW SAYING TO MYSELF.... WHAT ARE THEY DOING NOW..
AS I AM SITTING THERE,WAITING TO SEE MY ATTORNEY,,, I HEAR SLAMMING AND LOUD NOISES, I HEAR YEA FOX IS
OVER IN LOCK UP. AND I HEAR LAUGHING AND MORE SLAMMING NOISES...FOX IS GOING TO BE CHARGED....THEN
MORE NOISES..THEN IT STOPS..
10 MINUTES LATER ROBER BRANNING OPENINGS THE DOOR, AND LOOKS REAL DISAPPOINTED...THEY TRYED TO
RUN ME OFF..PUT FEAR INTO ME AND TRYED TO MAKE ME RUN.. FOR WHAT

I GO IN AND SEE MY ATTORNEY ROBERT BRANNING, HE IS ACTING VERY STUBBORN, AND ASKS ME WHY I CAME.
I TELL HIM IN YOUR LETTER, YOU TOLD ME TO COME TO YOUR OFFICE TO TALK ABOUT THE CASE...
HE ACTS DUMB, AND AGAIN SRUGGS ME OFF....
I ASK ROBERT BRANNING IF HE EVER CAME UP WITH A SETTLEMENT OFFER..
HE TELLS ME NO.....
I ASK HIM AGAIN WHY ARE WE GOING TO MEDIATION ON THIS MATTER, WHEN THE KNEE REPLACEMENT WAS
ENTERED.
HE AGAIN SAYS HE DOES NOT KNOW
HE ASKS ME HOW MUCH TO SETTLE, I SAID I'M NOT INTERESTED IN SETTALMENT,, I WANT MY LEG FIXED, AND I
WANT DOCTOR ANDRE HODGE APPOINTED AS MY DOCTOR..
ROBERT BRANNING SAYS TO GO AND HE WILL SEE ME AT THE MEDIATION IN ABOUT 15 MINUTES..
I GO TO THE MEDIATION IN NORTH FORT MEYERS FLORIDA
WHEN I PULL INTO THE PARKING LOT THEY ARE WAITING FOR ME.. THERE ARE 2 MEN WAITING OUTSIDE THE
ENTRANCE TO THIS OFFICE BUILDING..
I BACK INTO A CAR PARKING AREA AND WAIT...
AS I AM SITTING THERE A CAR LOAD OF PEOPLE COME FLYING IN THIS AT A HIGH RATE OF SPEED, AND SLAM ON
THERE BRAKES AND THEY STOP RIGHT IN FRONT OF ME.. THESE PEOPLE JUMP OUT OF THE CAR AS IF THERE
GOING TO ATTACK SOMEONE...I JUST SAT THERE AND SAID YEP..HERE WE GO AGAIN DEALING WITH THE SICO
SICK POLICE TERROIST SQUAD...AFTER THESE PEOPLE JUMP OUT THIS CAR SPEEDS OFF..

I WAIT AND GO INTO THE BUILDING A COUPLE MINUTES BEFORE THE SCHEDULALED MEDIATON TIME..
TALK TO SECRTARY, I AM TOLD TO GO IN AND SIT AT THE TABLE IN THIS CONFERENCE ROOM.
I AM WAITING,THEN MICHAEL D'AGOSTINO THE MEDIATOR FOR CNA INSURANCE COMES IN. HE INTODUCES
HIMSELF TO ME, AND SAYS WE HAVE TO WAIT ON YOUR ATTORNEY AND THE CNA ATTORNEY...WE TALK...THIS
MICHAEL A'GOSTINO ASKS ME ABOUT THE CASE AND HOW MUCH I WANT TO SETTLE FOR..
I AM A LITTLE THROWN OFF HERE, A LITTLE SHOOK, BECAUSE I DID NOT COME HERE TO SETTLE...
I TELL THIS MEDIATOR, THAT I WANT 500 MILLION DOLLARS....AND I COULD'NT HELP BUT LAUGH AFTER I SAID
THAT..
THIS MEDIATORS EYES ROLLED BACK IN HIS HEAD...
HE SAYS I GUESS NOT,OR SOMETHING TO THAT NATURE..
THEN MY ATTORNEY SHOWS UP...
WE HAVE TO WAIT ON CNA ATTORNEY..
FINALLY HE SHOWS UP..
THIS MAN WIL NOT EVEN LOOK ME STAIGHT IN THE EYE. HE IS ACTING VERY SCARED AND LIKE HE IS GUILTY OF
SOMETHING, THEY INTRODUCE ME TO HIM.. THEN THE MEDIATOR AND MY ATTORNEY AND CNA ATTORNEY TALKS..
THEN THE CNA ATTORNEY LEAVES....NEVER COMES BACK INTO THIS ROOM AGAIN..THIS IS A DIFFERENT
ATTORNEY THAN WHO TOOK THE DEPOSITION CASE.. AND AGAIN A DIFFERENT ATTORNEY WHO TOOK DOCTOR
KAGANS DEPOSITION..ANOTHER GOVERMENT/INSURANCE CONSPIRACY HERE
NOW...I ASK THEM WHY ARE WE HERE WHEN CNA HAS APPROVED THE KNEE REPLACEMENT...THIS MEDIATOR
SAYS YOU HAVE NOT BEEN APPROVED FOR ANY KNEE REPLACEMENT...I LOOKED AT MY ATTORNEY AND SAID YES
I HAVE... MY ATTORNEY SAYS NOTHING...I GO TO GET THE LETTER I RECIEVED FROM CNA AUTHORIZING THIS KNEE

Page 5 of 7

REPLACEMENT.. MY OWN ATTORNEY STOPS ME... THEY TELL ME CNA IS NOT GOING TO FIX MY LEG...I SAID I HAVE PROOF.. I AM AGAIN STOPPED BY MY ATTORNEY, MICHAEL D'AGOSTINO SAYS YOU HAVE NO KNEE REPLACEMENT COMMING..HE LEAVES THE ROOM.....THEN MY ATTORNEY ASKS ME WHAT I WANT TO SETTLE.I TELL MIN I DID NOT COME HERE TO SETTLE, AND I WANT ANDREW HODGE APPOINTED AS MY 2ND OPINION DOCTOR. AND I'M GOING TO GET A KNEE REPLACEMENT..MY ATTORNEY KEEPS PUSHING ME FOR A FIGURE FOR A SETTLEMENT..
I SAID YOU WOULD HAVE TO PAY ME HUNDREDS OF THOUSANDS OF DOLLARS...MY ATTORNEY BECAME IRATE, HE SAYS WHAT ARE YOU CRAZY, THE WILL NEVER PAY YOU THAT MUCH, I SAID I WANRT ANDREW HODGE AS MY 2ND DOCTOR, AND THAT HE DOES WORKERS COMP. BUT HE IS NOT OWN CNA LIST OF DOCTORS TO USE...

MY ATTORNEY LEAVES THE ROOM, THEN THE MEDIATOR COMES IN, SITS DOWN RIGHT IN FRONT OF ME... HE TRYS TO PUT ME ON THE SPOT, ASKING ME WHY I AM TRYING TO BANKRUPT THIS INSURANCE COMPANY...I THEN SAID LET ME TELL YOU WHAT THE GOVERMENT HAS DONE TO ME SINCE I FILED  AGANIST CNA INSURANCE.. I TELL HIM ABOUT THE STAGED CAR ACCIDENT, ABOUT HOW SOMEONE BLEW OUT MY BRAKE CYINDERS IN MY CARS BRAKES AND I COULD HAVE HURT SOMEONE OR MYSELF, OR EVEN SOMEONE GOTTEN KILLED, AND MY CAR IS DESTOYED AGAIN, AND I HAVE NO COLISION DAMAGE ON MY INSURANCE POLICY....THIS MEDIATOR TRYS TO ACT STUPID,AND ASKS LIKE WHY ARE THEY AFER YOU...... I TELL HIM THE GOVERMENT HAS BEEN AFTER ME FOR YEARS....THE MEDIATOR SAYS WHY, FOR BACK TAXES....THATS THE SAME QUSTION I HERE FROM EVERYBODY...
THIS MEDIATOR LEAVES THE ROOM.
THEN MY ATTORNEY COMES IN, SAYS MIKE THEY WILL NOT PAY HUNDREDS OF THOUSANDS OF DOLLARS, THE CNA ATTORNEY HAS AMY BARNETT ON THE PHONE RIGHT NOW..AND THEY WILL NOT PAY IT...AND THE OFFER IS 25,000 DOLLARS FROM THEM
MY ATTORNEY  WILL YOU TAKE UNDER 100 THOUSAND DOLLARS...I SAID HELL NO...
I SAY I WANT ANDREW HODGE APPOINTED AS MY 2ND DOCTOR....MY ATTORNEY LEAVES...
BOTH MY ATTORNEY AND THE MEDIATOR COME BACK IN, THERE IS NO SETTLEMENT, AND YOU CAN SEE ANOTHER DOCTOR ON THE LIST OF DOCTORS ON THE CNA PANEL...
NO DOCTOR ANDREW HODGE..CNA WILL NOT APPROVE HIM...

I LEAVE THE MEDIATION.. I GO HOME.. I CALL AMY BARNET THE CASE WORKER AT CNA ON MY HURNIA CASE, REGUARDING  THE OPERATION...
AS I TALK TO THIS WOMAN AMY BARRNET, WE GOT TALKING ABOUT THE KNEE CASE AND THE MEDIATION, AMY BARRNET TELLS ME THAT THE SETTLEMENT WAS FOR THE KNEE REPLACEMENT AND THE HURNIA...I TELL HER YOU MUST BE MISTAKEN.. I ONLY HAVE MY ATTORNEY REPRESENTING ME ON THE KNEE REPLACEMENT...AMY BARNETT IS NASTY, AND SAYS THIS SETTLEMENT WAS FOR BOTH KNEE AND HURNIA CASES.. I TELL HERE AGAIN,YOU MUST BE MIXED UP.  MY ATTORNEY ONLY REPRESENTS ME ON THE KNEE REPLACEMENT..AND THAT I AM HAVING SURGURY IN JANUARY 2004..AMY BARNET AND I FINIISH THIS CONVERSATION....

I AM REALLY STARTING  TO GET PISSED...

I THEN CALL MY ATTORNEY, ROBERT BRANNING
I TELL HIM I JUST GOT OFF THE PHONE WITH AMY BARNETT..
 MY ATTORNEY STARTS SCOLDING ME. TELLING ME I AM NOT TO CALL HER
I SAID,,, I CALLED ON MY CASE HURNIA...NOT THE KNEE CASE
  AMY BARNETT TELLS ME THAT THIS MEDIATION WAS TO SETTLE BOTH HURNIA AND KNEE REPLACEMENT...
MY ATTORNEY, ROBERT BRANNING  SAYS THATS CORRECT.. AND THAT THEY WOUD HAVE PAID AS HIGH AS 45,000 DOLLARS...
FOR BOTH INJURIES...THE ONLY OFFER EVER MADE.. WAS 25,000 DOLLARS...

I AM AGAIN BEING MISS LEAD...
HOW CAN CNA INSURANCE DO THIS. EVERYTHING IS  BLATTEN LIE...
 MY ATTORNEY ONLY REPRESENTS ME ON MY KNEE REPLACEMENT...
AND MY OWN ATTORNEY HAD KNOWLEDGE THAT THIS IS A SETTEMENT FOR BOTH CLAIMS. AND HE TELLS ME NOTHING
I AM ATTACKED BY SOME KIND OF POLICE FORCE AT HIS OFFICE....
ATACKED AGAIN IN THE PARKING LOT...
TRYING TO THROW SCARE TACTICS AT ME TO SETTLR THIS CASE....
WHO ARE THESE PEOPLE....

I PICK A 2ND  DOCTOR FROM SARASOTA FLORIDA...DOCTOR FURMAN...
I GO TO HIS OFFICE...
AND MORE OF THE POLICE ARE WAITING FOR ME....THERE IN THE PARKING LOT, THERE IN THE WAITING ROOM...
I SEE DOCTOR FURMAN...
YOU CAN TELL THE WAY HE IS ACTING, THAT HE HAS BEEN TIPPED OFF...
I TELL HIM WHATS GOING ON, HE EXAMINES ME..

Page 6 of 7

HE TELLS ME WE CAN INJECT YOUR KNEE WITH A SULUTION CALLED SUPARTS, TO SEE IF IT WILL HELP YOU, WITH YOUR PAIN
AND I DISCUSS THE PROBLEMS WITH MY RIGHT KNEE
THE ORIGINAL INJURY WAS TO MY LEFT KNEE.....
I EXPLAINED TO DOCTOR KAGAN THE PROBLEMS FROM THE INJURY TO THE LEFT KNEE AND MY TRANSFERING ALL THE WEIGHT TO MY RIGHT KNEE, THAT NOW MY RIGHT KNEE IS HURTING AND MAKING NOISE...
DOCTOR FURMAN SAYS HE WILL HAVE TO GET APPROVAL ON KNEE INJECTIONS, AND WILL HAVE TO GET AN APPROVEL ON THE RIGHT KNEE..
DOCTOR FURMAN SAYS BY ALL MEANS YOU CAN RUIN' OR DAMAGE YOUR OTHER KNEE BY TRANSFERING THE WEIGHT....

I GET APPROVAL FOR KNEE INJECTIONS, AND LATER GET AUTHORIZED FOR A RIGHT KNEE EXAM...
DOCTOR FURMAN TAKES XRAYS OF MY RIGHT KNEE..
HE EXAMINES MY RIGHT KNEE..
HE SAYS I HAVE DAMAGED MY KNEE FROM THE LAFT KNEE INJURY, DOCTOR FURMAN SHOWS ME ON THE XRAYS HOW MY CARTILDGE HAS BEEN DAMAGED, AND IS THINNING OUT IN THIS CERTAIN AREA OF MY KNEE...DOCTOR FURMAN MAKES THE REPORT IN HIS TAPE RECORDER, AND A OFFICE VISIT REPORT IS MADE..

LATER AT ANOTHER OFFICE VISIT,I WANT TO SEE THESE XRAYS, THIS DOCTOR FURMAN DOES NOT WANT TO SHOW THEM..
HE SAYS YOU HAVE TO MAKE TIME YOU WANT TO SEE THEM, WE JUST CAN'T PULL XRAYS, I KNOW SOMETHING IS GOING ON..

NEXT OFFICE VISIT, I WANT TO SEE THE XRAYS, I HAVE TO FIGHT THE NURSE AND FURMAN TO SEE THE XRAYS....
THEY PRODUCE THE XRAYS, AND FURMAN PUTS THEM ON THE LIGHT SCREEN....
I LOOK AT THEM, THESE XRAYS HAVE BEEN CHANGED, I SAID THIS TO DOCTOR FURMAN,
 DOCTOR FURMAN GETS UPSET..HE SAYS THOSE ARE THEM, AND NOBODY CHANGED ANYTHING,
 I SAID THESE DO'NT SHOW THE THINNING OF THE CARTILDGE, LIKE YOU POINTED OUT TO ME BEFORE....
FURMAN HURRIES ME UP OUT OF HIS OFFICE...
AGAIN SOMEONE HAS GOTTEN TO THIS DOCTOR, AND AGAIN TO THE FILES AND XRAYS...

WHEN I LEAVE THIS OFFICE VISIT, AND GO OUT SIDE, HERE IS THIS MAN WITH BLACK HAIR GOT HIS ARM ON THE SIDE OF THE BUILDING, ACTING REAL TOUGH AND BAD LIKE, LIKE HE IS A GOD, HIS MID SIZE COMPACT CAT HAS THE DRIVERS DOOR OPEN..
I GOT IN MY CAR AND DROVE BY HIM AND HIS CAR.
I WILL NEVER SPEAK OR CONFRONT ONE OF THESE LOW LIFE SCUM...

I DRIVE HOME

K

Real 2nd

RJ VANNS MECHANICAL

MONDAY DEC 2 2002
I AM CURRENTLY ON WORKERS COMP.
COLLECTING A WEEKLY CHECK,
I'M ON LIGHT DUTY, AND R J VANN WILL NOT TAKE ME BACK TO WORK ON LIGHT DUTY..
I DRIVE TO RJ VANN MECHANICAL
WENT TO SEE JIMMY HEIGHTSMAN, REGARDING LETTER FOR MY WORKERS COMP INSURANCE.
 HE TELLS ME TO CALL HIM TOMORROW, NEEDS TO TALK TO THE UPPER MANAGEMENT...THE BOSS/OWNER

I NEED A LETTER TO WHAT JOBS I WAS PREFORMING, THE LADDERS THAT I WAS CLIMBING , THE  DITCHES
IN THE GROUND THAT I WAS CLIMING IN AND OUT OF ALL DAY LONG.....THE MACHINERY THAT I CLIMB IN AND
OUT OF ALL DAY LONG...

ALSO I NEEDED TO  TALK TO MIRANDA HUBBS REGARDING MY HEALTH INSURANCE..
THIS MIRANDA HUBBS NEVER PUT ME ON THERE BLUE CROSS AND BLUE SHEILD POLICY AFTER I HAD MY 90
DAYS IN AT WORK...
IF I WOULD HAVE BEEN PUT ON THE HEALTH INSURANCE POLICY, AFTER MY 90 DAYS..I COULD HAVE BLUE
CROSS AND BLUE SHIELD FIX MY LEG...
WHEN WORKERS COMP DENIED THEY WOULD FIX MY LEG....


TUESDAY DECEMBER 3 2002
I CALL JIMMY HEIGHTSMAN, LEFT MESSAGE ON HIS VOICE MAIL TO CALL ME..
JIMMY HEIGHTSMAN RETURNS CALL LATER THAT DAY.
JIMMY HEIGHTSMAN SAYS HE CAN NOT WRITE LETTER BECAUSE THE  BOSS WILL NOT LET HIM..
JIMMY HEIGHTSMAN SAYS TO GET A SECOND OPINION, AND TO FIGHT WORKERS COMP..
RJ  VANNS WILL NOT SUPPLY ME WITH A LETTER REGAURDING MY EMPLOYMENT, AND ME STANDING ON MY
FEET ALL DAY, CLIMBING IN AND OUT OF MACHINERY ALL DAY, CLIMBING LADDERS ALL DAY...
WHY WILL THEY NOT HELP ME, BECAUSE THEY WANT ME GONE....
AND YOU CAN BET THE GOVERMENT IS BEHIND IT ALL.....

ON WEDNESDAY JANUARY 8 2003—DAVE MILLLER FROM RJ VANNS, CALLS ME TO BACK TO WORK
I TELL DAVE MILLER I AM MOVING TODAY AND TOMORROW..AND I CAN START FRIDAY....
HE SAYS OK.
THEY ONLY CALLED ME BACK TO WORK BECAUSE THEY WHERE SERVED NOTICE OF MY PETITION FOR
BENIFITS, ASKING FOR A KNEE REPLACEMENT...
PETITIONS WHERE MAILED OUT ON JANUARY 6 2003 FROM MY ATTORNEYS OFFICE IN FORT MEYERS..THEY
WHERE SERVED A LAW SUIT FOR A KNEE REPLACEMENT....

ON THURSDAY JAN 9 2003...I  AM LOADING MY VAN WITH MY CLOTHES FOR THE MOVE. I LEAVE THE DOORS
OPEN TO THE VAN, AS I AM GOING BACK AN FORTH INSIDE THE HOUSE GETTING MORE OF MY BELONGINGS
TO MOVE..
MY AUNT FRANNIS COMES OVER, AS I AM MOVING, SHE IS ACTING FUNNY, SHE TELLS ME SHE LOVES ME,
AND HUGS ME AND LEAVES..(I SAY TO MYSELF WHAT THE HELL IS GOING ON)
HER DAUGHTER KIMBERY WHITE, HAS BROUGHTEN A MEMBER OF THE COUNTY SHERRIF DEPT VICE SQAD
FROM
NEW YORK CITY HERE TO MY MOTHERS HOUSE, AND MY MOTHER AND I HAVE ALWAYS HAD PROBLEMS WITH
THE AUNT FRANNIS..

I DRIVE TO MY NEW HOME, THIS IS A ROOMING HOUSE WITH 5 OTHER PEOPLE...
I RING THE DOOR BELL, AND THE DOOR JUST FLYS OPEN RIGHT AWAY, AS IF THEY WHERE JUST WAITING.
THIS MAN STANDING THERE NAMED BUTCH, SAYS HOWS IT GOING MIKE... I HAVE NEVER MET THIS MAN
BEFORE , AND HE KNOWS NOTHING OF ME..
HOW DOES HE KNOW MY NAME.
AGAIN I AM BEING SET UP...THE POLICE AND THERE SICO SICK POLICE FORCE...
WHEN I AM UN PACKING MY CLOTHES, THERE ARE ALL KINDS OF CLOTHES MISSING...
I HAVE BEEN ROBBED BY SOME SICO POLICE FORCE WHEN I WAS LOADING MY CAR AT MY MOTHERS
HOUSE...
THEY STALK ME,AND STEAL FROM ME EVERYWHERE I GO...
AND I'M SURE THIS AUNT FRANCIS OF MINE IS PART OF THIS BULLSHIT..

Page 1 of 12

SHE HAS TRIED TO SET ME UP TO TALK TO MEMBERS OF THE FATURNITY ORDER OF SHERRIFFS ASSOCIATION...
I WOULD HAVE NO PART OF IT...

GETTING OFF THE RJ VANN COMPLAINT.
NOW SINCE I HAVE LEFT AND MOVED AWAY FROM FLORIDA, AND TRYING TO GET AWAY FROM THESE SCUM SUCKIN POLICE...
ALL THESE CLOTHES THAT WHERE TAKEN FROM ME IN FLORIDA, ARE BACK IN MY POSSISSION AGAIN....
THESE ARE SOME REALLY SICK PEOPLE.....THAT I AM DEALING WITH.. AND AS YOU READ THESE PAGES OF DOCUMENTATION. YOU WILL SEE HOW SICK THEY REALLY ARE....GETTING BACK TO THE RJ VANN WORKERS COMP SITUATION...

I START BACK TO WORK FRIDAY JAN 10 2003

KEN FISHER SHOP FOREMAN TRYS TO MAKE ME DO STAND UP WORK..
I TELL KEN FISHER, I AM OWN SENITARY WORK STATIS..
HE STARTS MOUTHING OFF
HE WALKS OFF TO THE OFFICE SECTION
KEN FISHER COMES BACK
TELLS ME I'M GOING TO CLEAN IRON PIPE FITTINGS..
JAN 10 2003--MY FIRST DAY BACK TO WORK,,, AS I AM CLEANING THESE FITTINGS...DAVE MILLER COMES UP TO ME AND STARTS A CONVERSATION..HE THEN STARTS TALKING ABOUT WORKERS COMPENSATION, THEN DAVE MILLER SAYS, YEA SEE WHAT YOU GET WHEN YOU GO OUT ON ARE WORKERS COMP. HE THEN JUST WALKS AWAY...

SAME DAY----JANUARY 10 2003--MY FIRST DAY BACK TO WORK, I GO SEE GERRY MAGGIO REGAURDING MY HEALTH AND DENTAL INSURANCE.. THIS WOMAN IS UTTERLY NASTY WITH ME..SHE STARTS RANTING ABOUT HOW HER HUSBAND WORKS FOR STATE OF FLORIDA..THIS GERRY MAGGIO TELLS ME
 TO GO SEE MIRANDA HUBBS REGAURDING MY INSURANCE.

I LEAVE AND GO SEE MIRANDA HUBBS, I GET INSURANCE FORMS AND FILL OUT, AND MIRRAND HUBBS SAYS TO GO BACK AND SEE GERRY MAGGIO WITH THE FORMS..
I NOW GO BACK TO GERRY MAGGIO, AGAIN THIS WOMAN IS UTTERLY NASTY WITH ME, SHE STARTS RANTING THAT THIS INSURANCE WILL NOT PAY FOR PRE-EXSISTING MEDICAL PROBLEMS. THIS GERRY MAGGIO AGAIN TELLING ME THAT HER HUSBAND WORKS FOR THE STATE OF FLORIDA....AGAIN ITS ALWAYS THE SICO POLICE FORCE...WHO ARE THESE PEOPLE....

AS I AM WIRE WHEELING THESE STEEL PIPE FITTINGS.
I HAVE 4 WOMEN FROM THE FRONT OFFICE COMMING OUT IN THE SHOP, SMOKING CIGGERRTES AND WATCHING ME.. IF I LOOK UP AT THEM THEY ALL LOOK AT ME AS IF THEY WOULD LIKE TO KILL ME...AND THEY WOULD LOVE TO SCREAM AT ME...
ALSO ALL DAY--- JIMMY HEIGHTSMAN IS ACTING VERY SUSPISIOUS AND PUTTING ON AN ACT AN TALKING REALLY NICE AN POLITE TO ME..
ALL DAY LONG DAVE MILLER IS COMMING OUT IN THE SHOP WATCHING ME....

FOR THE NEXT 12 WEEKS, I SIT AT A GRINDER ALL DAY LONG, AND WIRE BRUSH STEEL FITTINGS ALL DAY LONG
THIS IS A TERRIBLE JOB..
AND A USELESS JOB...

THEY ARE GIVING ME THE DIRTYEST JOB THEY CAN.
THEY ARE TRYING TO GET ME TO QUIT, OR POSSIBLE FIRE ME IF I REFUSE..
I JUST DEAL WITH IT, AND THERE BULL SHIT..

ON MY VACANT LOT I HAVE FOR SALE IN MICHIGAN
I RECIEVE A PHONE CALL AT MY MOTHERS HOME FROM A LARRY JONES..
MY MOTHER GIVES THIS MAN MY NUMBER WHERE I CURRENTLY LIVE ON GUEST COURT.:
HE CALLS AND LEAVES MESSAGE WITH ONE OF THE TENENTS AT THIS ROOMING HOUSE..
I RETURN PHONE CALL AT 248-245-7511
TALK TO THIS MAN ABOUT THE LOT AND  PRICE
THIS MAN TELLS ME HE WILL TALK TO HIS WIFE, AND GET ALL HE'S DUCKS IN A ROW AND CALL ME BACK..

Page 2 of 12

HE KEEPS REPEATING THIS.. GETTING ALL HIS DUCKS IN A ROW.....

WHEN I HAD MY MEETING WITH THE FLORIDA VOCATIONAL REHAB CENTER.ABOUT APPLY FOR AID TO GET MY LEG FIXED, AND WAS TALKING TO THE FLORIDA STATE CASE WORKER,,, I TOLD HIM THAT WHEN I GET ALL MY DUCKS IN A ROW.ON THIS KNEE REPLACEMENT ISSUE.......I CAN MOVE ON
SHORTLY THERE AFTER.. I GET A PHONE CALL FROM A MAN IN MICHIGAN....HE IS INTERESTED ON MY VACANT LOT FOR SALE......HE TELLS ME HE HAS TO GET ALL HIS DUCKS IN A ROW FIRST, HE KEEPS CONTINUING ON SAYING THIS, I TELL HIM TO GET ALL HIS DUCKS IN A ROW AND CALL ME BACK...I KNOW THIS IS ANOTHER ONE OF THE GOVERMENT MIND GAMES THEY PLAY.... AND HE WILL CONTACTED ME BACK..ONE OF THE MALE TENENTS NAMED BUTCH,IS STANDING RIGHT THERE, HE GOES AND SAYS YOU SHOULD HAVE NEVER SAID WHAT YOU DID..THIS IS THE SAME MAN WHO OPEDED THE DOOR WHEN I FIRST WALKED UP THE DOOR WHEN I WAS MOVING IN....AND NEW MY NAME
I ALWAYS WONDER ABOUT THIS MAN WHEN I MOVED INTO THIS ROOMING HOUSE...
AND NOW I KNOW, HE IS ANOTHER POLICE INFORMANT/TEAM PLAYER.....

DURING MY TIME BACK AT WORK, ON LIGHT DUTY..
I WAS ATTACKED BY THIS MAN NAME——— FRAN WAY..
HE WOULD LOOK AT ME LIKE I WAS A PIECE OF SCUM
AND WOULD SHAKE HIS HEAD BACK N FORTH LIKE IN DISCUST..
HE WOULD EVERY ONCE IN A WHILE, SAY SOME THING TO ME
THEN ONE DAY, HE CAME TO ME, AS I'M WORKING ON THE GRINDER.
HE STARTS TALKING ABOUT WORKERS COMP, AND HE SAYS..
WHERE JUST GOING TO GIVE YOU AN OFFER, AND YOU CAN GO ON YOUR WAY, AND GET THE HELL OUT OF HERE..
FRAM WAY PUTTING HIS HANDS UP IN THE AIR AND MOTIONING A BRUSH OFF....
I LOOKED HIM RIGHT IN THE EYE, SAID NOTHING
AND HE JUST WALKED AWAY....
I DID NOT DOCUMENT THE DAY HE SAID THIS. BUT IT WOULD HAVE HAPPENED IN JANUARY...
OR IF I DID, I SEE A LOT OF THE NOTES I TOOK HAVE BEEN TAKEN.
THIS MAN FRAN WAY, IN MY HUMBLE OPINION OF WATCHING HIM FOR THE 10 MONTHS I WAS BACK AT RJ VANNS MECHANICAL..
HE IS NOT A POSITIVE PERSON FOR THIS COMPANY, AND HE IS ABOUT AS TWO FACED AS THEY COME...

MONDAY JANUARY 27 2003
AT— RJ VANNS MECHANICAL..
I SAY HELLO TO JIMMY HEIGHTSMAN
HE LOOKS AT ME AS IF HE WOULD LIKE TO KILL ME..
SHAKES HIS HEAD BACK IN FORTH IN DISGUST..
HE WALKS TO FRONT OFFICE

20 MINUTES LATER
RAY SHEPHARD COMES OUT TO THE SHOP, AND STARTS TALKING TO ME.
HE STARTS TALKING ABOUT MY WORKERS COMP.
THIS RAY SHEPHARD SAYS THAT KEN VANN IS REALLY PISSED OFF AT ME. BECAUSE OF MY WORKERS COMP CLAIM
RAY SHEPHARD STARTS TELLING ME THAT A MAN THAT USE TO WORK HERE, FELL DOWN AND HURT HIS SHOULDER, THAT WORKERS COMP DENIED HIS CLAIM BECAUSE HE HAD BONE SPURS, AND THAT THIS GUY DID NOT SUE WORKERS COMP......
I TOLD THIS RAY SHEPHARD I WANT MY BODY FIXED...
HOW WOULD THIS WORKER RAY SHEPHARD HAVE ANY KNOWLEDGE OF MY CASE, I TOLD NOBODY NOTHING..
THERES ONLY ONE WAY, THE GOVERMENT THAT IS INVESTIGATING ME, IS INFORMING THEM OF MY HEALTH CONDITIONS AND TRYING TO FURTHER PROVOKE ME, AND INTIMADATE ME...

THEN LATER THIS SAME DAY
DAVE BRINKLY COMES BY..AND STARTS TALKING TO ME..
STARTS ASKING ME ABOUT WORKERS COMP.
THEN THIS DAVE BRINKLEY ASKS ME IF I AM LOOKING FOR A SETTLEMENT..
I TOLD HIM NO, AND THAT I WANT MY LEG FIXED..
THIS IS RAY SHEPHARDS BOSS.
THEY ARE NUMBER ONE AND NUMBER TWO MEN IN MANAGEMENT OF THE( FIRE SPRINKLER DIVISION)

Page 3 of 12

LATER THIS DAY
GERRY MAGGIO COMES OUT OF THE OFFICE AREA, AND BACK INTO THE SHOP.
THIS WOMEN STARTS SCREAMING AT ME ABOUT BEING ON MY FEET...
THIS AGAIN IS ANOTHER WAY THE MANAGEMENT AND STAFF PEOPLE HAVE ATTACKED ME FOR MONTHS..
SCREAMING AT ME, THROWING STUFF AT ME...AS I AM ON THE GRINDER..
THEN CONSTANTLY TALKING ABOUT MT WORKERS COMP CLAIM AND WHY I AM SUING...

SAME DAY,JANUARY 27 2003 SHERIFF COUNTY CAR, PARKED NEXT DOOR WHERE I LIVE ON GUEST
CT...WHEN I DRIVE HOME FROM WORK.

SAME DAY AGAIN, JAN 27 2003..HERE I LIVE IN THIS ROOMING HOUSE, TWO OF THE TENENTS ACTING VERY
STRANGE, AND ACTING AS IF THERE TRYING TO FURTHER PROVOKE ME..
BOTH OF THESE 2 WOMEN ARE ON (SSI)... DISABILITY..
AND IF YOU KNOW THE GOVERENT LIKE I DO, THEY USE PEOPLE IN THESE CASES,AS POLICE INFORMANTS...

AGAIN ON THIS SAME DAY, JANUARY 27 2003..AS I AM DRIVING HOME, AND ALMOST HOME, A BLACK MAN
STANDING ON THE CORNER OF ORANGE GROVE AND,
CAN'T READ MY NOTES I MADE..BUT A SIDE ROAD
THERE IS A BLACK MAN ON A BIKE, AS I AM  APPROACHING, THIS MAN STOPS, STANDS UP, AND REACHES IN
HIS BACK POCKET AND PULLS OUT HIS WALLET AND LOOKS AT ME, AS I DRIVE BY...HE IS TRYING TO SAY HE
WANTS TO GIVE ME MONEY....THE GOVERMENT THAT HAS ALWAY TRYED TO TAKE EVERYTHING AWAY FROM
ME, IS WANTING TO GIVE ME MONEY NOW, ..
FOR TRYING TO KILL ME...THESE PEOPLE ARE FUCKIN SCUM AND I'M GOING TO MY GRAVE SAYING
THAT....THE LOWEST FORM OF LIFE.....THE SICO POLICE FORCE.....

DURING MY RETURNING TO WORK, AS I WOULD DRIVE TO WORK, THERE WHERE CONSTANTLY CLOSE
DRIVING ACCIDENTS THAT WHERE BEING STAGED.. ·
AGAIN THE GOVERMENT WILL NEVER LEAVE ME ALONE...

TUES FEB 4 2003--KEN FISHER, THE FOREMAN AT THE SHOP...
HIS SON-IN LAW SHOWS UP AT THE SHOP, ASKS ME WHERE KEN FISHER IS..
THIS MAN TELLS ME, HE USE TO WORK HERE AT RJ VANNS.
ACTING AGAIN VEY STRANGE

THE NEXT DAY
FEBUARY 5 2003
I AM DRIVING TO WORK
ANOTHER CAR ACCIDENT IS BEING STAGED, AS I TURN ON TO HANSON RD
OLDER WHITE FORD VAN IN FRONT OF ME THAT TURNED SAME WAY..
DRIVING REAL SLOW, 30 MPH UNDER THE SPEED LIMIT.
THEN ALL OF A SUDDEN, A VEHICAL AHEAD OF ME, PERPINDICULAR TO THE ROAD I'M TRAVING ON, ON THIS
SIDE STREET ENTRANCE, TURNS ON ITS HEAD LIGHTS, AND COMES FLYING OUT OF THIS SIDE STREET,  AND
TURNS RIGHT GOING TOWARDS US 41
THIS VEHICAL DID NOT STOP AT ALL FOR THE STOP SIGN, AND WHAT THEY TRYED TO DO WAS TO HAVE  ME
PASS THIS WHITE VAN, THAT WAS DRIVING SO SLOW, THEN THIS OTHER SMALL WHITE VEHICAL WAS GOING
TO COMMING SHOOTING OUT OF THIS SIDE ROAD AND TURN RIGHT, AS I AM PASSING THIS VAN, AND CAUSE
A HEAD ON COLLISION...
I JUST PURCHASED ANOTHER NEW VAN AFTER THIS PAST CAR ACCIDENT, AND ALL I CARRY IS 1 MILLION
DOLLAR LIABILITY AND NO COLLISION..
AND THEY WOULD HAVE MADE THIS ACCIDENT AGAIN, AS IF IT WHERE MY FAULT, AND I AM OUT ANOTHER 4
THOUSAND DOLLARS FOR THIS CAR...
THE GOVERMENT HAS ALWAYS TAKEN AWAY EVERYTHING FROM ME, AND DESTOYED EVERYTHING I OWN..
THEY FINANCIALY DESTOY YOU TILL THEY OWN YOU....THEY ARE FUCKIN SCUM.....

SAME DAY AT WORK...
KEN FISHER IS BEING REAL NEGITIVE TOWARDS ME
I HAVE HAD PROBLEMS WITH THIS MAN AND HIS WIFE, THAT ALSO  WORKS AT RJ VANNS MECHANICAL
HERE NAME IS NANCY FISHER
BOTH KEN FISHER AND NANCY FISHER LEAVE AT 3 PM
THEY COME BACK AT 3.25 PM

Page 4 of 12

KEN FISHER GETS OUT OF HIS TRUCK..
LOOKS AT ME LIKE HE WOULD LIKE TO KILL ME..
AT THE SAME TIME NANCY FISHER IS STILL IN THE TRUCK, SHE IS ON THE PHONE, AND SHE IS LOOKING AT ME, LIKE SHE WOULD LIKE TO KILL ME.
I GET OFF WORK AT 3:30 PM
I BELIEVE THEY WHERE TRYING TO SEE IF I WAS LEAVING WORK EARLY..
TO GIVE THEM SOME REASON TO GO OFF ON ME, OR TO POSSIBLY HAVE ME FIRED..
AND BECAUSE I DID NOT TAKE THE BAIT, THEY ARE FURIOUS..
WHO IS NANCY FISHER ON THE PHONE WITH AT THIS TIME.....

AS I AM WIRE BRUSHING FITTINGS
I AM CONSTANTLY HAVING THINGS THROWN AT ME...
THEY COME UP BEHIND ME AND START SCREAMING AT ME...
THEN WALK AWAY LAUGHING..

AROUND FEBUARY 24 2003 I RECIEVED NOTICE THAT KNEE REPLACEMENT WAS ATHORIZED BY CNA INSURANCE..

MONDAY MARCH 4 2003
I CALL CINDY AT DOCTOR HODGES OFFICE IN WEST PALM BEACH FLORIDA ON LITITURE ON A 3-D KNEE REPLACEMENT..
SHE TELLS ME SHE WILL OVERNIGHT MAIL, LITITURE ON 3-D KNEE REPLACEMENT, AND I WILL RECIEVE TOMORROW AFTERNOON

MONDAY MARCH 4 2003--ON THIS DATE I START WORK AT 6:30 AM-- BECAUSE ONE OF THE ROOMMATE NEEDS RIDE TO WORK
HIS NAME IS THOMAS CERVENIK
HE IS AN X EMPOLYEE OF THE US FEDERAL COURT HOUSE IN CLEVELAND OHIO..
HE IS ANOTHER TEAM PLAYER, WORKING WITH THE GOVERMENT AS YOU WILL READ ABOUT...LATER
HE IS FURTHER MORE A COMPLETE,,,CRONNIC ALCOHOLIC.....

TUESDAY MARCH 6 2003
I CALL MY MOTHER IN THE HOSPITAL.SHE IS HOSPITILIZED
MY AUNT MARIE ANSWERS THE PHONE...
AUNT MARIE TELLS ME MY MOTHER WILL BE RELEASED HERE SOON, AND TO MEET THEM AT THE HOUSE..
I TELL AUNT MARIE I AM GOING OVER TO HOUSE TO PICK UP MAIL AND THE PACKAGE BEING MAILED..

I DRIVE TO MY MOTHERS HOUSE, THE NEXT DOOR NEIGHBOR, LIBRA AND SOME OTHER WOMAN ARE WAITING OUTSIDE HER HOME..
THERE ARE ACTING AS IF THEY WHERE WAITING FOR ME..
THEY WALK UP TO ME AND ASK ME ABOUT MY MOTHER.
I WALK AWAY FROM BOTH THESE WOMEN
I HAVE ALWAYS HAD PROBLEMS WITH THIS LIBRA, AND SO HAS MY MOTHER....
SHE IS ENVOLVED WITH THE SICO POLICE, AND NEIGHBORHOOD WATCH...

WEDNSDAY MARCH 6 2003
I'M AT WORK--DAVE MILLER COMES OUT INTO THE SHOP AND ASKS ME IF I'M GOING TO HAVE DOCTOR KAGAN DO MY KNEE REPLACEMENT..
I SAY TO MYSELF, WHO IS TALKING TO DAVE MILLER
ON MONDAY.. TWO DAYS EARLIER, I CALLED TO HAVE KNEE-REPLACEMENT LITITURE MAIL TO ME... FROM DOCTOR ANDREW HODGE IN WEST PALM BEACH FLORIDA....
AND NOW DAVE MILLER IS ASKING ME QUESTION ABOUT KAGAN DOING MY KNEE REPLACEMENT..
THE GOVERMENT THAT LISTENS TO ALL MY PHONE CALLS...AND INFORMING RJ VANN OF MY MOVEMENTS...

SAME DAY-WEDNESDAY MARCH 6 2003
AS USUAL. I DRIVE TO THE GAS STATION FOR FOOD...I AM ALWAYS BEING STALKED BY THE SICO SICK POLICE FORCE..
I DRIVE DOWN THE ROAD TO THE INTERSECTION OF WORK AND HANSON,,
I AM GOING TO TURN LEFT ONTO HANSON. I NOTICE A VEHICAL ON THE OTHER SIDE OF HANSON, WITH TWO BLACK MEN IN IT...THEY ARE ACTING VERY SUSPISIUS AS I AM WATCHING THEM..THEY ARE TURNING LEFT....I WAIT AND JUST SIT THERE.. BOTH THESE TWO BLACK MEN ARE LOOKING AT ME, AND YOU CAN

Page 5 of 12

TELL,, THAT I KNOW THAT I AM ON TO THEM...THEY TURN AND PASS RIGHT IN FRONT OF ME..I AM WATCHING THEM,, AND THEY BOTH ARE LOOKING AS GUILTY AS HELL..IF I WOULD HAVE PULLED OUT, THEY WOULD HAVE PULLED OUT ALSO, AND THERE WOULD HAVE BEEN ANOTHER CAR ACCIDENT, I HAVE NO COLLISION COVERAGE, AND THERE AGAIN GOES MY CAR,  IF THESE ACCIDENTS THAT THEY STAGE ACCURED, I WOULD HAVE NO TRANSPORTATON TO WORK..AND POSSIBLY LOSS MY DRIVERS LICENSE BECAUSE OF ALL THESE ACIDENTS...

AFTER I MAKE THIS TURN,  SITTING ON THE SHOULDER OF THE ROAD, IS A VEHICAL PARKED WITH A MAN INSIDE, HE TURNS HIS HEAD, AND LAUGHS AT ME AS I DRIVE BY.....THEY HAVE PEOPLE CONSTANTLY WAITING FOR ME, TRYING TO PROVOKE ME.. AND INSTEAD OF JUST ONE, THEY HAVE 2 OR THREE OTHER PEOPLE, SO THEY HAVE WITNESS TO THE INCIDENTS, AND THEY WILL GIVE FALSE REPORTS TO FURTHER DAMAGE ME.....THESE PEOPLE ARE THE SICKEST FORM OF LIFE THAT CRAWLS ON THE FACE OF THIS EARTH....

MARCH 19 2003
I DRIVE MY ROOMATE THOMAS CERVENIK TO WORK.
THEN I DRIVE TO WORK, AND START WORK AT 6:30 AM, AS I HAVE BEEN FOR WEEKS.
I DRIVE TO THE GAS STATION ON THE CORNER ON HANSON AND METRO PARKWAY FOR LUNCH...
I GET OFF WORK AT 2:30 PM
I GET IN MY CAR, AND DRIVE OFF, I KNOW SOMETHING IS WRONG RIGHT AWAY WHEN I HIT THE BRAKES, AS I DROVE DOWN WORK STREET..
I AM HITTING THE BRAKES, AND THE PETAL IS GOING TO THE FLOOR, AND I HAVE NO BRAKES..
I DRIVE THE BACK ROADS, REAL SLOW, AND STOP AT A SUBDIVISON MARKET, I GO IN AND BUY BRAKE FLUID...
WHEN I COME OUT THERE IS A BLACK WOMEN IN A CRANBERRY FORD TARRUS, PULLING IN AND BACKING UP AND DRIVING NUTTY RIGHT AROUND ME AS TO PROVOKE ME AND INTIMADE ME...THEN A BLACKMAN COMES PULLING IN WITH A SILVER LINCOLN CONTINENTAL...THS WOMEN IN THIS FORD TARRUS, THEN TAKES OFF.. I CHECK MY BRAKE FLUID, ITS WAY DOWN. I FILL RESOVOIR, AND CHECK THE  BRAKES, AND THEY DO'NT WORK...
I SAID TO MYSELF,,, WHAT THE HELL DID THEY DO TO MY CAR...
I DRIVE THE BACK ROADS REAL SLOW...
I GO TO THE TIRE STORE THAT I HAVE GONE FOR THE LAST 8 YEARS...
WHEN I GET THERE, MY FOREMAN AT WORK, KEN FISHER.
HIS SON IN LAW IS BEHIND THE COUNTER..AT THIS TIRE STORE——TIRE KINGDOM
I TELL HIM THE PROBLEMS, AND HE SAYS WE WILL CHECK IT OUT..
THEY CHECK OUT MY VEHICAL, AND I HAVE 2 BLOWN REAR WHEEL CYINDERS..
KEN FISHERS SON-IN LAW TELLS ME THE PRICE,,,, AND I SAY FIX IT....
AS I AM WAITING, A MAN APROX. 60-65 COMES WALKING IN....
HE START TALKING TO KEN FISHERS SON-IN LAW...
HE TURNS TO ME AS IF HE WANTS ME TO SEE HIM.
HE'S WEARING SHORTS AND A TEE SHIRT..
ON THIS TEE SHIRT IT HAS A SAYING ON IT..

IF YOU LOVE SOMEONE
SET THEM FREE
IF THEY DO'NT COME BACK
HUNT THEM DOWN
AND KILL E'M

 I AM ENRAGED RIGHT NOW...I BLURT OUT TO THIS OLD, WHAT THE HELL IS THAT SUPPOSE TO MEAN ON YOUR SHIRT..
I WALKED RIGHT OVER TO THIS MAN AT THE COUNTER..
AND I AM MIGHT PISSED RIGHT NOW..
THIS MAN PUT ON A SHOW AS IF HE DOES NOT KNOW, AND SAYS HE BOUGHT A PACKAGE OF TEE SHIRTS, AND THATS WHAT THEY SAID ON IT..
I ASKED THIS MAN WHERE HE WAS FROM..
THIS MAN GETS LOUD..AND NASTY... AND SAYS WHAT DOES THAT MATTER WHERE I'M FROM
I AM UTTERLY PISSED OFF..
AND I'M THINKING ABOUT STRIKING THIS OLD MAN. AND I NEW IT..
HE DID NOT FLINCH..
THIS IS IN FACT ANOTHER SICO POLICE FORCE THAT IS HAUNTING ME....
THIS MAN IS DRIVING A NEW WHITE FORD VAN--CARGO SYYLE

I DID NOT GET PLATE #
HE LEFT TO SOON...
BUT IT WAS A FLORIDA PLATE..
COPY OF REPAIR TICKET ATTACHED HERETO AS EXHIBIT_____

WHEN I LEAVE THIS TIRE STORE, AFTER THEY REPAIRED THE BRAKES.. I WENT DIRRECTLY HOME..
I CALLED MY INSURANCE COMPANY, AND HAD COLLISION ADDED TO MY POLICY..
I HAVE TO UTTERLY LIVE IN FEAR OF THESE PEOPLE, AND THAT THERE GOING TO CAUSE A CAR ACCIDENT
AND DESTROY MY CAR..
I SAID I'M GETTING FULL COVERAGE NOW...
COPY OF INCREASE IN CAR INSURANCE COPY ATACHED HERETO AS EXHIBIT_____

GETTING OFF THE SUBJECT HERE.
THE FOLLOW IS SOME MORE NONSENSE, THAT I HAVE LIVED THROUGH IN THE STATE OF MICHIGAN
 HAD A MAN COME INTO MY HOUSE THAT I WAS TRYING TO SELLING IN MICHIGAN..
I COULD NEVER SELL THIS HOUSE, BECAUSE OF THE POLICE FORCE...
BUT ON FEBUARY 8-9 1998
 I RECIEVED THIS PHONE CALL.
MAN WANTS TO SEE MY HOUSE..
HE COMES TO MY HOUSE
HE IS WITH A GIRL
HE ASKS ME WHY I AM SELLING THIS HOUSE..
I KNOW THIS IS THE FRIGGIN POLICE.....
HE STARTS TELLING ME THAT THE MICHIGAN GOVERMENT IS NOT GOING TO LET ME SELL MY  HOUSE..
THIS MAN ASKS IF I WANT TO GO OUT TO DINNER, AND TAKES ME WITH THIS GIRL 2 HOURS NORTH ON
INTERTERSTATE I-75
THIS MAN TAKES ME TO FRANKENMUTH MICHIGAN WHERE HE TRYED TO INTRDUCE ME TO THE HEAD WHITE
ASS NIGGER FOR THE MICHIGAN STATE POLICE FORCE..
I UTTERLY REFUSED..
THIS MAN TELLS ME THAT I NEED TO GROW MY HAIR LONG,, PUT IT IN A PONY TAIL, AND WORK AS A
MICHIGAN STATE POLICE INFORMANT, AND IF I DIDN'T MY LIFE IS GOING TO BE REAL HARD....AS IT HAS BEEN
FOR 20 PLUS YEARS... THESE ARE THE SICKEST OF THE SICKEST IN THE POLICE....THEY ARE UTTER
SCUM......AND THERE WORSE THAN THE KLU KLUX KLAN--KKK--BECAUSE THEY THINK THERE ABOVE THE
LAW.....

I HAVE BATTLED JUDGES--THAT TOLD ME
-----------------MR FOX-----------------
WHEN THE POLICE WANT YOU
THERE GOING TO GET YOU....
AND BECAUSE OF THIS. I AM STRIPED OF MY RIGHTS,
 I HAVE BEEN THROWN IN A 30 DAY INPATIENT MENTAL HOSPITAL.
 BECASE I REFUSED TO PLEA BARGIN.
 I HAD THIS JUDGE TELLING ME, WHEN I WAS BEING CHARGED WITH 4 DIFFERENT OFFENSES..
AND I PLEAED INOCENT, TO THESE CHARGES.AND DEMANDED A JURY TRAIL..
THIS JUDGE STATES.... NO MR FOX, YOU CAN PLEA THIS DOWN.. I UTTERLY REFUSED..
AND I DEMANDED A JURY TRIAL..
 I HAD THE POLICE BY TE BALLS AND THEY KNEW IT..
AND THE JUDGE KEEP INSISTING THAT I PLEA BARGIN,
 AND I REFUSED....
I WAS ARRESTED AT A LATTER DATE ON FALSE CHARGES..
I WAS KICKED OUT OF MY OWN HOME WHERE I LIVED FOR 16 YEARS, AND I HAD TO MOVE 200 MILES
NORTH..IN MICHIGAN...ITS AN UTTER DISGRACE WHAT THESE POLICE ARE CAPABLE OF,
 AND I'M GOING TO MY GRAVE STATING THAT THEY ARE THE LOWEST FORM OF LIFE...ON THIS EARTH....
JUST WANTED TO GIVE A LITTLE PAST HISTORY ON MYSELF, REGAURDING THE POLICE
AND HOW THE PAST IS STILL HAUNTING ME.....

I SHALL CONTINUE...
BACK TO WORK AT RJ VANN MECHANICAL...

MARCH 20 2003
I COME TO WORK THE NEXT MORNING.

Page 78 12

I HAVE TRIED TO FIGURE OUT HOW THEY DESTROYED MY WHEEL BRAKES CLYINDERS..
AND I AM VERY UPSET OVER THIS
I AM TALKING TO KEN FISHER AND JON WILLIAMS, IN THE MORNING
I TELL BOTH OF THESE INDIVIDULES WHAT HAPPEN, AND THAT SOME ONE TAMPERED WITH MY BRAKES..
THEY BOTH AWAY AND HANG THERE HEADS DOWN, THERE LOOKING MIGHTY ASHAMED AND LOOKING
MIGHTY GUILTY, AND THEY BOTH NEW WHAT HAD HAPPENED TO MY CAR........AND WHO DID IT.....

 FRIDAY MARCH 21 2003
MAN COMES TO RJ VANNS IN OLD FORD PICK UP
YEAR 66 TO 72 YEAR
FLORIDA PLATE #
——B97FY——
TAMPA BAY BUCKINEER LOGO PLATE....
NEVER SEEN THIS MAN BEFORE
AND HE IS SMILING AT ME AND ACTING REALLY STRANGE...
I IGNORE HIM, I KNOW HE IS ONE OF THE SICO POLICE..
I BELIEVE THIS MAN IS PART OF THE TAMPA BAY SICO POLICE..
AND WAS INFACT PART OF TAMPERING WITH MY BRAKES.

DURING PART OF MY TIME WHILE I WAS WORKING AT THE SHOP, ONE OF THE TENETS WHERE I LIVED
NEEDED RIDES TO WORK EVERY MORNING..
TOM CERVENIK, THIS IS THE MAN THAT USE TO WORK AT THE FEDERAL COURT HOUSE IN CLEVELAND
OHIO...
HE HAD TO START WORK AT 6 AM—AND WE WOULD LEAVE THE HOUSE AT 5:15 AM EVERY MORNING...
TOM CERVENIK ALWAYS WANTED ME TO STOP AT THIS ONE GAS STATION ON MARTIAN LUTHER KING BLVD.
RIGHT BY INTERSTATE I-75...
WE STOPPED THERE EVERY MORNING...
AS TIME PASSED ON,, AND I AM TAKING THIS TOM CERVENIK TO WORK... THERE WHERE NIGHTS THAT I
COULD NOT EVEN SLEEP, I MEAN I DID NOT SLEEP ONE WINK... AND I SAID TO MYSELF, THEY ARE POISONING
ME AGAIN...
THEN AS I WOULD TAKE THIS TOM CERVENIK TO WORK, AS WHERE DRIVING DOWN THE ROAD, HE WOULD
ASK ME HOW I SLEPTED LAST NIGHT.....
I WOULD NOT REPLY... WE WOULD STOP AT HIS GAS STATION EVERY MORNING, AND ON THESE 5-6
OCASSIONS WHERE I WAS UP ALL NIGHT, EVERYTIME WE CAME TO THIS GAS STATION, THERE WAS A BLACK
MAN STANDING AT THE ENTRANCE TO THE STORE/GAS STATION.. HE WOULD TALK TO TOM CERVENIK..
I SAID YEA, THIS IS ANOTHER ONE IN THIS CONSPIRACY OF POSIONING ME...I WOULD SAY HELLO TO THIS
BLACK MAN, BUT NO MORE..
THEN AS I'M AT WORK, EVERY TIME I WAS POSIONED, TO WHERE I WAS UP ALL NIGHT, KEN FISHER WOULD
LOOK AT ME ALL STRANGE, AND MAKE THESE STRANGE FACIAL EXPRESSIONS AT ME.. I WOULD ALWAYS
LOOK AWAY WHEN HE DID THIS, AND IGNORE HIM...
THEY WHERE ALWAYS CAUSING ME AS MUCH PAIN AND SUFFERING AS THEY COULD..
TRYING TO BREAK ME DOWN
AS THIS CONTINUED, AND THESE NIGHTS I COULD NEVER SLEEP,, IT REALLY HAD ME UTTERLY PARINOD,
 I WAS WONDERING HOW WHERE THEY DOING THIS TO ME, I STOPPED SLEEPING IN MY BEDROOM, AND
SLEPT ON THE COUCH IN THE LIVING ROOM... I GOT TO WHERE I WAS USING A RAG WHEN I WOULD GO TO
GET IN MY CAR. AND WIPE THE HANDLE OF THE DOOR. I WOULD WIPE OFF THE STEERING WHEEL... WHEN I
WOULD GRAB DOOR KNOBS, IN THE HOUSE WHERE I WAS LIVING, I WOULD USE A RAG.. I WAS HAVING A
REAL PROBLEM WITH THIS..

 THIS IS AN UTTER DISGRACE.....MENTALLY AND PHYISICLY, THEY ARE TRYING TO BREAK ME DOWN...
THEY WHERE LOOKING FOR WAYS TO KEEP ME FROM COMMING TO WORK, FROM THIS POSIONING TO
WHERE I WAS TO TIRED TO COME TO WORK.
OR THESE CAR ACCIDENTS THEY WHERE TRYING TO CAUSE.. OR BY GIVING ME THE NASTIEST JOB THEY
COULD FIND IN THE SHOP, SO I WOULD QUIT..
TRYING TO PAINT A PICTURE THAT I AM NOT A GOOD WORKER, AND THAT I HAVE PROBLEMS.
I HAVE PROBLEMS ALRIGHT.. AND ITS THESE SICO SICK POLICE FORCE, FROM THE FEDERAL LEVEL, TO THE
STATE, AND THE COUNTY, AND THE CITY POLICE, FATURNITY OF POLICE/FATURNITY ORDER OF COUNTY
SHERIFF DEPT/AND ALL OTHER FATURNITY OF POLICE ORDER, INCLUDING THE VFW, AND THE LEGION OF
AMERICANS AND THERE BROTHERHOOD...

I WILL NEVER STOP FIGHTING THESE PEOPLE, AND I WILL NOT EVER ASSOCIATE WITH THEM...OR HAVE ANY

Page 8 of 12

KIND OF DEALINGS WITH THEM...

APRIL 21 2003 AT MY HOME, WHERE I WALK OUT WITH LETTER IN MY HAND, ONE OF THE TENNETS ELLEN, SEES ME, TIME IS APPROX. 4:30 PM
I DRIVE TO MY MOTHERS HOME, I STAY QUITE A WHILE.... THEN I DRIVE TO FORT MEYERS  DOWNTOWN POST OFFICE,, TIME IS APPROX 9:00 PM——BELIEVE..
I GO INTO POST OFFICE AND DROP OFF MAIL, THERE IS A MAN APROX. 42-46 YEARS OLD. WITH A BLACK MUSTACH STANDING INSIDE, I SAY HOWS IT GOING..HE TURNS TO ME AND SAYS ITS GOING TO GET A LITTLE HOT DOWN HERE.. I JUST WALK AWAY. I GO OUTSIDE AND BACK TO MY CAR.
 NOW THERE IS A BLUE MAZDA CAR, WITH FLORIDA PLATE A11 XEU SHINNING ITS LIGHTS ON ME, WHEN I COME OUT.. I GET IN MY CAR AND JUST WAIT.. THIS CAR JUST SITS THERE..WITH ITS BRIGHT LIGHTS SHINNING ON ME...I LEAVE AFTER 5 MINUTES AND DRIVE BEHIND IT, AND GET THE PLATE NUMBER, YOU CAN SEE THERE IS A YOUNG SMALL GIRL IN THIS VEHICAL, SHE IS ON THE PHONE, TIME IS APPROX—9:15 PM
 THIS IS ANOTHER INCIDENT WHERE THEY ARE TRYING TO FURTHER PROVOKE ME..TO LET ME KNOW THERE WATCHING EVERY MOVE I MAKE...TO FURTHER INTIMADE AND PROVOKE ME,,,,,,,AND THERE SCUM....

TUES APRIL 22 2003
LETTER LEFT ON MY CAR WHERE I PARK ON THE OTHER SIDE OF THE ROAD IN A VACANT LOT
NOTE SAYS—PLEASE USE ONLY ONE PARKING SPACE..THANK YOU
LEFT BETWEEN THE HOURS OF 12:30 TO 3:00 PM
THIS LETTER IS CRAZY...I'M PARKED IN A GRASS FIELD, ACROSS FROM RJ VANNS...

WED. APRIL 23 2003
I SHOW LETTER TO  KEN FISHER
I  ASK KEN FISHER WHOS WRITING THIS IS..
KEN FISHER TELLS ME IT LOOKS LIKE RANDY VANNS....THEN HE CHANGES HIS MIND
RANDY VANN  HE IS THE OWNER OF RJ VANN MECHANICAL

WEDNESDAY APRIL 23 2003
AT LUNCH TIME, I GO TO MY CAR AND DRIVE AROUND THE INDUSTRIAL BLOCK, AS I LEAVE 2 MEN IN A LEXUS 450 WITH PERSONAL FLORIDA PLATE (SURETY) PULL OUT AS I DO.. I DRIVE AROUND BLOCK, AND AS I PULL BACK IN TO MY PARKING AREA, ON THE OTHER SIDE OF THE ROAD, THIS SAME CAR PULLS BACK IN THE SHOP PARKING LOT...
NOW—AS I AM SITTING THERE AT LUNCH TIME
THE BLUE MAZDA CAR THAT SHINED ITS LIGHTS ON ME AT THE POST OFFICE 2 NIGHT EARLIER, DRIVES IN FRONT OF ME, AND THE MAN THAT WAS WAITING IN THE POST OFFICE FOR ME, IS DRIVING THE CAR, HE'S THE ONE THAT SAID ITS GOING TO GET HOT DOWN HERE..
WHO IS THIS GUY.. IS HE ONE OF MICHIGAN STATES SICO POLICE, THAT WANT ME TO COME BACK TO MICHIGAN TO LIVE.. AND IF I DO'NT THERE GOING TO TERRORIZE ME, UNTIL I DO...

SAME DAY APRIL 23 2003—MAN IN WHITE LINCOLN MECURY, WITH HILLSBOUGH FLORIDA TAGS IS AT SHOP
RANDY VANN COMES TO WORK APPROX. 12:30 PM
PARKS HIS TRUCK NEXTED TO MINE, HE NEVER PARKS ON THAT SIDE OF THE ROAD, AND ALWAYS PARKS IN THE SAME SPOT AT THE OFFICE.
RANDY VANNS TRUCK IS BACKED IN LIKE I ALWAYS DO..
I GO TO MY VEHICAL WHEN I GET OFF WORK
I FIND MY KEY IS TURNED ON, AND RADIO IS TURNED ON..
THERE STARTING TO PLAY THERE MIND GAMES AGAIN..
I ALWAYS LEAVE A SINGLE IGNITION KEY, IN THE IGNITION..
BUT THE CAR IS LOCKED, I CARRY THE KEYLESS ENTRY ON ME..

FRIDAY APRIL 25 2003
MAN FROM HILLSBROUGH COUNTY IS AT RJ VANNS AGAIN
I CAN NOT FIND HIS PLATE NUMBER

I HAVE KNOW FOUND THAT MORE STUFF IS BEING STOLEN FROM ME..
I PARK MY CAR, AND THEY GO ALL THROUGH MY CAR, AND THEY HAVE DONE THIS FOR YEARS
THEY HAVE STOLEN ALL PLATE NUMBERS AND NOTES I MADE ON BEING ATTACKED MY THESE SICO SICK POLICE..
THEY ARE GOOD AT DISHING IT OUT, BUT IF THEY KNOW THAT YOU ARE DOCUMENTING INFORMATION ON

Page 9 of 12

THEM, THEY GET EVEN SICKER, AND FURTHER MORE YOU HAVE NO RIGHTS POLICING THEM. THEY HOLD THEMSELFS FAR ABOVE THE LAW...WHEN IN FACT THEY ARE THE REAL TERRORISTS...

ON OR AROUND MAY 13-14—— I AM APPROACHED BY JIMMY HEIGHTSMAN, AND FRAN WAY..
AS I AM WORKING IN THE SHOP...
THEY ASK ME IF I WILL GO OUT IN THE FIELD AND WORK..
I SAID SURE, I'LL GO WORK IN THE FIELD
SINCE THERE GOING TO FIX MY KNEE..
DOCTOR KAGAN HAS ME ON ONLY 4 HOURS ON FEET IN AN 8 HOUR DAY

I AM TOLD TO GO TO THE JOB SITE OFF OF IMMOCKLEE RD IN NAPLES FLORIDA...
AND SEE THE FOREMAN DOUG BROWN....
I BEGIN WORKING THERE ON OR AROUND MAY 16 2003
WHEN I GET THERE, RJ VANNS HAS SOME RENTED PLUMBERS FROM SOME EMPLOYMENT SERVICE..
AS I MET THE WORK CREW, I SEE THAT THIS IS A POSSIBLE SET UP, BY THE POLICE
MAN NAME DAVE, A PLUMBER FOR RJ VANNS, LOOKS AS IF HE WOULD LOVE TO KILL ME
SAME THING WITH OTHER MAN NAMED NICK. HE LOOKS AT ME AS IF HE WOULD LOVE TO KILL ME..
NICK IS FROM WISCONSIN—DRIVING RED CHRSLER MINI VAN
DAVE FROM PENNSYVANIA.
I BEGIN WORKING, AS I WORK THROUGH THE DAYS, MY TOOLS ARE BEING STOLEN FROM ME
MY HARD HAT IS BEING TAKEN, AND AGAIN WHERE BACK TOO THE SAME SICO POLICE FORCE TACTICS AGAIN..
THIS HIRED RENTED HELP THAT I'M WORKING WITH, I BELEIVE HIS NAME IS ROBERT. HAS LONG HAIR IN A PONY TAIL.
I FIGURED RIGHT AWAY THIS IS ONE OF THE STATES INFORMANTS...
AND IT IS, THIS MAN AS WE WORK, IS ALWAYS TRYING TO INTIMADE ME AND CUT ME UP AND DOWN..
HE WOULD BE TELLING ME FRAN WAY WAS HERE LOOKING FOR YOU,, ALWAYS TALKING ABOUT FRAN WAY..
TELLING ME I'M SLOW...

THEN THIS MAN NAMED NICK FROM WISCONSIN, ATTACKING ME AND MY WORK SCREAMING AT ME AT TIMES.
EVERY TIME HE WOULD SEE ME, NEGITIVE STATEMENTS COMMING OUT OF HIS MOUTH....
ON SATURDAY MAY 21 2003
NICK IS BASHING ME AGAIN-TRYING TO PROVOKE ME AND INTIMADE ME...TELLING ME A MIND IS A TERRIBLE THING TO WASTE, A MIND IS A TERRIBLE THING TO DESTROY....
LATER AS TIME PASSES...I HEAR NICK TALKING ABOUT HIS WORTHLESS PIECE OF SHIT DAUGHTER, SAYING THAT SHE'S 36 YEARS OLD AND DRUG ADDICT, AND THAT SHE TRYING TO GET OFF THE STUFF,AND IS COMMING HOME TO LIVE....
I SAID YEP. HERE WE GO AGAIN...ITS ALL ABOUT THE DRUGS.....THIS DEAL ABOUT ME COMMING OUT OF THE SHOP, AND BACK INTO THE FIELD WAS A TOTAL SET UP......

DURING MY EMPLOYMENT AT THIS JOB SITE, I WOULD COME BACK TO MY CAR AT LUNCH TIME OR BREAK TIME, AND I WOULD FIND MY CAR UNLOCK. OTHER TIMES I WOULD FIND MY CAR LOCKED, BUT MY ELECTRIC POWER FRONT SEAT IS MOVED IN ALL DIFFERENT POSITION. I HAVE ALWAYS HADE THIS PROBLEM, IN MICHIGAN AND FLORIDA, WHERE THE POLICING GOVERMENT IS LETTING YOU KNOW THERE IN YOUR STUFF..
I HAVE COME BACK TO MY CAR, FOUND IT LOCKED, BUT THE IGNITION KEY IS TURNED ON AND THE RADIO IS PLAYING....THIS NONSENSE NEVER ENDS....

WEDNESDAYJUNE 25 2003
JIMMY HEIGHTSMAN TELLS ME THAT 2 PEOPLE FROM EVERY CREW
ARE GOING TO ANOTHER JOB SITE..
HE TELLS ME HE WANTS ME TO GO, AND GIVES ME DIRRECTIONS
I AM TO REPORT THE FOREMAN MARK CAMPENERA
I SAID TO MYSELF, O NO, HERE WE GO AGAIN..
THIS GUY IS A REAL NUT, AND DOES INFACT WORK WITH THE SICO POLICE.

THURSDAY JUNE 26 2003
I GO TO JOB SITE
THERE IS NO FOREMAN
MAN WAITING THERE IS STEVE GODFREY—IT'S MY BELIEF RIGHT AWAY THAT THIS GUY IS POLICE...
LICENSE PLATE # G55 ZPS—FLORIDA
AS WHERE WAITING, THIS STEVE GODFREY STARTS TALKING ABOUT HOW HE GOT A HURNIA ON THE JOB

Page 10 of 12

AND THATS  GERRY MAGGIO, AT RJ VANNS MECHANICAL WILL NOT SUBMIT THE CLAIM...I AM REALLY
THROWN OFF ON THIS... IS THIS NOT ANOTHER SICO IN THE STATE POLICE...THIS IS THE WOMAN AT RJ
VANNS THAT WAS TELLING ME HER HUSBAND WORKS FOR THE STATE OF FLORIDA.....THIS IS ANOTHER SET
UP...
THE FOREMAN—— MARK CAMPENERA SHOWS UP 30 MINUTES LATE...
STARTS SREAMING RIGHT AWAY, AT ME....RANTING AND RAVING, ABOUT WHAT I'M DOING..
DID I NOT JUST START HERE..
I KNOW NOTHING OF THIS JOB SITE..
AND THIS FOREMAN IS SCREAMING AT ME ONLY
WHY IS HE NOT SCREAMING AT THE MAN THATS BEEN ON THIS WORK SITE FOR WEEKS..ANOTHER STAGED
BEATING COMMING FOR ME
FOREMAN—MARK CAMPENERA TELLS ME HE WANTS ME TO INSTALL TOILETS..
THIS FORMAN IS WATCHING ME LIKE A HAWK..HE STARTS BEATING ME DOWN, TELLING ME I'M SLOW, AND
THAT I'M NOTHING MORE THAN A CRY BABY..
LATER IN THE DAY, HE COMES SREAMING IN, YELLING WHAT ARE YOU , A STUPID MOTHER FUCKER...HE
TELLS ME ALL DAY LONG THAT I'M SLOW, AND THAT HES GOING TO TELL DAVE MILLER...
AT LUNCH TIME FRAN WAY COMES. HE ASKS ME WHAT I AM DOING HERE, I WAS TOLD TO COME BY JIMMY
HIEGHTSMAN, FRAN WAY SAYS I DID NOT THINK YOU WOULD COME, FRAN WAY ACTING VERY PROKING AND
INTIMIDATING, AND WALKS AWAY..

FRIDAY MARCH 27 2003
AT SAME JOB SITE
THIS FOREMAN MARK CAMPENERA TELLING ME I BETTER GET MORE THAN 6 TOILETS DONE FOR THE DAY,
TELLING ME TO GET TO WORK YOU FAT ASS..
RIGHT BEFORE LUNCH THIS MARK CAMPENERA..STARTS SCREAMING AT ME AGAIN, SAYING I'D HAD BETTER
TAKE MY FAT ASS AND GO LOOK FOR ANOTHER JOB, BECAUSE YOU SURE CAN'T WORK HERE, RIGHT NOW A
MAN WALKS IN BEHIND HIM WITH A BIG SMILE ON HIS FACE, I LOOKED THIS GUY RIGHT IN THE EYES, AND HE
COULD'NT EVEN LOOK AT ME...I SAID SURE MARK, WHAT IS THIS.. ANOTHER POLICE STING OPERATION.
JUST LIKE YOU AND THE OTHER FOREMAN FROSTY TRYED TO GET RED OF ME LAST YEAR...

I SAID TO THIS FOREMAN MARK CAMPENERA—COME ON AND TELL THE TRUTH NOW.....

MARK CAMPENERA IS REALLY LOOKING GUILTY..THE MAN BEHIND HIM THAT WALKED IN, TURNS 90
DEGREES, AND LOOKS REALLY GUILTY
AND HE LEAVES..
THEN MARK CAMPENERA, THE FOREMAN LEAVES TELLING ME I'M A FAT ASS..
ITS LUNCH TIME
I LEAVE AND GO TO THE GAS STATION TO MAKE PHONE CALL TO SHELLIE AT ISLAND AIRWAYS IN MICHIGAN-
1-800 #
AS SOON AS I PULL OUT ON TO OLD 41, THERE IS A VEHICAL TAIL GATING ME, FOLLOWS ME RIGHT INTO THE
GAS STATION, RIGHT ON TOP OF ME. THEN A WOMAN IN A BLAZER COMES FROM A DEAD STOP, AND
SUDDENLY ACCERATES RIGHT AT ME, SLAMS ON THE BRAKES. AND STOPS 3-4 FEET AWAY FROM HITTING
ME. I BACK INTO CAR PARKING AREA THE WOMAN THAT WAS TAIL GATING ME PULLS UP RIGHT NEXT TO ME.
I TELL HER SHE CAN THANK GOD SHE DID'NT HIT ME..THIS WOMAN STARTS BAD MOUTHING ME, I TELL HER
AGAIN, YOU CAN THANK GOD YOU DID'NT HIT ME..I WALK TO THE PHONE, SHE FOLLOWS ME...I TELL HER,
HERE WE GO AGAIN WITH THE WACKED OUT POLICE FORCE AGAIN...THIS WOMEN APPROX. 28-34 HOLDS
HER HEAD DOWN IN GUILT..SHE WALKS INTO THE GAS STATION..I CALL ISLAND AIRWAYS AND TALK TO
SHELLIE....AS I AM TALKING TO SHELLIE IN MICHIGAN REGARDING MY VAN, THERE IS A WOMEN NOW ON THE
OTHER PHONE, SHE IS STARRING AT ME, AND LISTENING TO EVERY WORD I SAY...... NO MATER WHERE I GO..
THE SICKEST FORM OF LIFE IS RIGHT BEHIND ME..RIGHT IN FRONT OF ME.....THERE ON BOTH SIDE OF ME.

THE NEXT DAY, I WENT BACK TO THE FIRST JOB SITE, I WAS TOLD TO GO WHEN LEAVING THE SHOP, I
WOULD NO LONGER PUT UP WITH THE BULLSHIT AT THIS JOB SITE......
 AS I CONTINUE TO WORK, THERE ARE MORE NEW PEOPLE COMMING TO WORK FOR RJ MECHANICAL,
THROUGHT THIS TEPORARY JOB EMPLOYER.
I AGAIN HAD MORE OF THESE GOVERMENT TEAM PLAYERS BEING MOVED IN...
I WOULD GET INTO SOME UNREAL SCREAMING MATCHES, WITH ONE OF THESE SICOS..THEY NO NOTHING
ABOUT PLUMBING, AND THE CODES,I WOULD TRY TO EXPLAIN WHAT GOING ON, AND HOW TO RUN THE PIPE,
I AM TOLD TO SHUT THE FUCK UP, YOU FAT FUCK.I WOULD HAVE TO ARGUE, AND IT WENT FROM BAD TO
WORSE....THEN THESE PEOPLE AT BREAK TIME, AND LUNCH TIME WOULD ACT REAL NICE,  THEY WHERE
TALKING ABOUT ME AND TRYING TO GET ME TO GO TO THE BAR AFTER WORK WITH THEM, MANY TIMES...

Page 11 of 12

FROM MY ~~PAST EXPERIENCES, THIS IS ANOTHER~~ PLOY TO SET YOU UP, AND HAVE YOU ARRESTED FOR
DRUNK ~~DRIVING, WHEN YOU LEAVE THE BAR..~~
2 OF THESE PEOPLE WHERE DISMISSED FROM COMMING TO THIS JOB SITE, AND EVENTUALLY ALL THESE
SUBCONTRACTED HELP WAS LET GO..

AT THIS JOB SITE IN NAPLES, AS THIS JOB WAS COMMING TO AN END, I WAS TOLD, I WAS TO GO TO WORK
AT THE NEW GOLDEN GATE HIGH SCHOOL..
I HAVE BEEN WORKING SOME SATURDAYS AT THIS JOB SITE..
I BEGIN WORKING AT THIS JOB SITE..FULL TIME
FOR SOME REASON, I BEGIN TO GET FLAT TIRES,, AFTER FLAT TIRES,, AT  THIS JOB SITE..
AND AGAIN I SAID TO MYSELF.. IS THIS THE SICK SICO POLICE FORCE, AGAIN ATTACKING ME..
I HAD THIS SAME PROBLEM BEORE, IN THE STATE OF MICHIGAN..AND WHERE I MOVED TO IN NAPLES...
EVERYWHERE I WENT, MY TIRES WHERE FLATENED, AND I KNOW FOR A FACT THEY WHERE PUTTING NAILS
AND SCREWS UNDER BY TIRES, THEN AS I DRIVE AWAY, I PUNCTURE MY TIRE...THEY DID THIS TO ME
RELENTLESSLY IN MICHIGAN..

AS I AM WORKING, I HAVE PEOPLE WATCHING ME LIKE A HAWK..THERE WOULD EVEN BE A GROUP OF
PEOPLE WATCHING ME THAT WHERE IN DRESS PANTS AND DRESS SHIRTS.
AS THESE PEOPLE ARE WATCHING ME... I WOULD HAVE ONE OF THESE GROUP LEADERS COME IN THAT IS
WORKING FOR RJ VANS MECHANICAL,  START SREAMING AT ME, AND TREATING ME LIKE I'M SOME KIND OF
IDIOT... THEY WOULD DO THIS, IT SEEMED LIKE EVERY-TIME THESE PEOPLE WHERE WATCHING
ME..ANOTHER STAGED ATTACK BY SICO GOVERMENT OFFICALS...
I AGAIN ASK MYSELF. WHAT ARE THEY DOING  NOW...
THE BEST I COULD FIGURE, THEY WANTED TO SEE MY REACTION, AND HOW I RESPONDED TO THIS VERBAL
ABUSE, POSSIBLY SETTING ME UP FOR A FIRING, IF I WAS TO LASH BACK.

ALSO AS I AM WORKING AT THIS NEW JOB SITE, AND IN THE AREA I WAS WORKING  IN...
I AM WORKING BESIDE A MAN THAT WORKS FOR A DIFFERENT COMPANY INSTALLING THE DUCK WORK FOR
THE HEATING AND COOLING..
THIS IS A OLDER MAN, APPROX. 63-65..
I HAVE NOTICED THIS MAN KEEPING A CLOSE I ON ME, HE WHERE'S US MILITARY CLOTHING AND BASEBALL
HATS.
HE HAS MILITARY LOGOS AND STICKERS ON HIS TRUCK.
WE TALK SOMETIMES, HE TELLS ME ONCE HE IS RETIRED, BUT DOES THIS WORK TO KEEP HIMSELF BUSY..
I TRULY BELIEVE THIS IS ANOTHER GOVERMENT MAN THAT IS WATCHING ME FOR SOME REASON...

I GET INJURIED WITH A HURNIA ON AUGUST 15 2003...AT THIS JOB SITE....
THE FOLLOWING IS A DESCRIPTION OF EVENTS AND THE ABUSE AGAIN

Page 12 of 12

*Real 3rd*

# HURNIA ACCIDENT

ON AUGUST 15 2003
I AM WORKING AT THE NEW GOLDEN GATE HIGH SCHOOL

I PICK UP A 16 INCH. POWER MITRE BOX SAW FOR CUTTING PIPE..
AS I AM WALKING WITH THIS SAW IN MY LEFT HAND, MY LEFT KNEE BUCKELS..THE KNEE THAT I INJURIED PREVIOUSLY..
I WENT AND JERKED MY BODY TO CORRECT THIS SUDDEN FALL TO MY LEFT. WHEN I JERKED REAL HARD, I FELT SOMETHING INSIDE ME RIPE/TEAR
I WAS STILL HOLDING THIS SAW IN MY HAND..
I HAD A SUDDEN BURNING SENSATION... I JERKED AGAIN FROM THIS SUDDEN PAIN AND IT HURT EVEN MORE..
I KNOW SOMETHING IS WRONG
I SEE THE FOREMAN..
HE CALLS THE SHOP AT RJ VANNS MECHANICAL.
I AM GIVEN ORDERS TO GO TO LEE MERMORIAL HOSPITAL, AND TO GO TO THE LEE CONVENIENT CARE THERE..
I DRIVE THERE.. I GO, I BELIEVE TO THE 2ND FLOOR OF THE HOSPITAL
AS I AM WAITING IN THE WAITING ROOM, I NOTICE A COUPLE OF DIFFERENT PEOPLE COME IN AFTER ME, ONE IS A MAN AND ONE IS A PRETTY BLOND HAIRED GIRL..THEY ARE WATCHING ME... I GET UP AND START WALKING TO THE BATHROOM.. THIS BLOND HAIRED GIRL IS ON THE PHONE NOW, LOOKING AT ME MANY TIMES, AND LOOKING AT ME REAL MEAN LIKE, WHEN WALK TO THE BATHROOM.. I'M IN THE BATHROOM.. I HERE A GIRLS VOICE SAYING HE GOT HURT AT WORK AND IS DOING ANOTHER WORKERS COMP CLAIM...I LEAVE THE BATHROOM AND OPENING THE BATHROOM DOOR, AND HERE IS THAT BLOND HAIRED GIRL STANDING RIGHT OUTSIDE THE BATHROOM DOOR, AND SHE IS ON THE PHONE, I STARE THIS GIRL DOWN NOW, AND SHE KNOWS THAT I HEARD HER.
SHE IS LOOKING MIGHTY GUILITY...AND LOOKS AWAY..
I SAID HERE WE GO AGAIN, THE SICO POLICE FORCE IS RIGHT BEHIDE ME..
I SIT DOWN AND WAIT
LATER, I AM TAKEN IN TO THE EXAM ROOM..
WHERE I AM CHECKED OUT...
I TELL THEM THE PAIN I'M IN, AND THE AREA..
I DROP MY PANTS,AND SHOW THEM MY HURNIA
SHE SAID YEA, I CAN SEE THE AREA
MY WHOLE LEFT SIDE OF MY GROIN AREA IS SWELL OUT 1 INCH.AND THEN SOME.
THEY TELL ME TO COUGH, AS THERE CHECKING FOR A HURNIA...THEY TELL ME THEY CAN FIND NO HURNIA
THEY SAY THERE IS DIFFERNTLY SOMETHING WRONG, AND YOU MIGHT HAVE A HURNIA THAT COMPLETLY DID A COMPLETE TWIST OR FLOP
THEY WROTE A REPORT AND REFERED ME TO SEE A SURGEN...
I AM TOLD TO GO BACK TO WORK ON LIMITED WORK DUTIES
I GO BACK TO WORK THE NEXT DAY

I PICK A GENERL SURGEN IN FORT MEYERS FLORIDA
CNA INSURANCE MAKES THE APPOINTMENT..
I GO TO THIS APPOINTMENT ON SEPT 8 2003
WHEN I GET TO THE OFFICE BUILDING, THERE IS A MAN WAITING OUTSIDE THE BUILDING FOR ME. A VERY TALL AND SLENDER MAN,, I IGNORE HIM. I GO INSIDE AND GO TO THE ELEVATOR.
THEN A BLACK HEAVY SET WOMEN STORMS UP ON ME, AS I WAIT FOR THE ELEVATOR. I IGNORE HER ALSO...
I GO UP THE ELEVATOR AND GET OFF ON 2ND FLOOR...I GO TO THE OFFICE OF DOCTOR LAWRENCE BLACK.....
ADRESS IS 13691 METRO PARKWAY #350 FT.METERS FLORIDA 33912--PH#239-768-5313....
I OPEN THE DOOR TO THIS SURENS OFFICE... THERE IS A MAN AND A WOMAN STARRING AT ME AS I OPEN THE DOOR, THEY LOOK AT ME, AS IF THEY WANTED TO KILL ME... I IGNORE THEM ALSO..THERE IS NO ONE ELSE IN THIS WAITING ROOM FOR THIS DOCTOR, OR ANY OTHER DOCTORS IN THIS OFFICE.
I FOUND THAT TO BE QUITE OUT OF THE ORDINARY..
I SEE THE DOCTORS SECRATARY..
I FILL OUT PAPER WORK, AND WAIT.. DOCTOR-BLACK...COMES AND GETS ME.... TELLS ME TO COME ON IN HERE... HE TAKES ME INTO HIS OWN PRIVATE OFFICE.. A BEAUTIFUL OFFICE....TELLS ME TO SIT DOWN HERE, AS HE STANDS IN THE DOOR WAY, AND HE HAS ME FACING A CETAIN DIRRECTION.. I SAY TO MYSELF THEY HAVE CAMERAS AND VOICE RUNNING ON ME.. THIS DOCTOR SAYS TELL ME WHAT YOU DID... I EXPLAIN THE

INCIDENT:.

THIS DOCTOR THEN SAYS COME IN MY EXAIME ROOM SO I CAN LOOK AT YOU.. HE DOES HIS EXAMINATION ON ME, HE TELLS ME ALL THE SWELLING IS FROM PAST SURGURIES, AND HE CAN FIND NO HURNIA..AND THERE IS NOTHING WRONG..

I TELL THIS DOCTOR THAT SOMETHING INSIDE ME IS CHURNING AND TURNING....HE SAYS NOTHING. HE SAYS THIS IS A WORKERS COMP CASE, AND HE WILL NOT OPERATE TILL HE KNOWS WHAT IS WRONG.. I TELL HIM AGAIN, ABOUT THE FEELING INSIDE MY BODY..

I TELL HIM OF AN INCIDENT WHEN I WAS DRIVING MY CAR THAT SOMETHING INSIDE ME WAS TURNING AND I FELT AS IF IT WAS GOING TO TEAR, IT WAS REAL TOUGH PAIN, I TOLD HIM I THOUGHT IT MIGHT KILL ME WHAT EVER IT WAS, I TOLD HIM HOW I LAYED THE DRIVERS SEAT ALL THE WAY DOWN AND SAT ON THE SIDE OF THE ROAD UNTIL THE PAIN WENT AWAY..

THIS DOCTOR BLACK CONTINUES ON TELLING ME THERE IS NOTHING WRONG AND HE CAN NOT FIND ANYTHING WRONG, HE TELLS ME TO GO BACK TO WORK, AND WHEN I CAN FEEL A LUMP DOWN THERE, TO COME BACK AND SEE HIM.. I KEEP PUSHING THIS DOCTOR, I'M ASKING HIM WHAT THE TEAR FEELING I HAD AND THE BURNING INSATION IN MY BODY WAS WHEN I INJURIED MYSELF...AND WHY NOW IS THE LEFT SIDE OF MY GROIN SWELLED WAY OUT OVER ONE INCH.....THIS DOCTORS ATTITUDE AGANIST ME WAS NEGITIVE FROM THE BEGINING, AND HE WAS AGAIN TIPPED OFF BY THE SICO SICK POLICE TRACKING ME..

THIS DOCTOR THEN OPENS THE PATIENT EXAM ROOM DOOR, AND THERE IS THE MAN AND WOMAN THAT WAS WAITING FOR ME WHEN I OPEN THE DOOR TO THE OFFICE FOR THIS DOCTOR.. THEY AGAIN ARE LOOKING AT ME LIKE THEY LIKE TO KILL ME...TRYING TO FURTHER PROVOKE AND INTIMADATE ME..

I AGAIN JUST IGNORE THEM AND WALK BY THEM..THIS DOCTOR LEADS ME TO THE SECRETARY AND SAYS TO SIGN THIS FOR YOUR COPY. I TELL HIM I WANT A COPY OF THIS OFFICE HIS EXAIME. THE DOCTOR TELLS ME IT WILL BE READY IN A WEEK...THIS DOCTOR IS VERY INTIMIDATING SAYING GOOD LUCK TO YOU MR FOX, GOOD LUCK TO YOU...IN A STERN AND WICKED TONE OF VOICE....

I AM UTTERLY SHOCKED AT WHAT HAS JUST HAPPENED....I CAN NOT BELIEVE WHAT IS HAPPENING..
THE LEFT SIDE OF MY GROIN IS BLOWN OUT 1 INCH AND THEN SOME,,, AND THE PAIN I HAVE INSIDE MY BODY...
AND THIS DOCTOR WO'NT HELP ME..

I LEAVE THE OFFICE AND GO DOWN STAIRS. I GO OUTSIDE AND WALK TO MY CAR, THEN ALL OF A SUDDEN THIS WHITE MERCEDES BENZ STARTS UP...AND JERKS BACK REAL FAST AND THEN STOPS.. I AM LOOKING REAL MEAN AT THESE TWO PEOPLE.....
MAN DRIVING AND WOMAN IN THE PASSANGER SEAT.. THEY ARE LOOKING AT ME REAL MEAN AND TOUGH LIKE, THEN WHEN THEY SEEN ME STARRING THEM DOWN IN A TOTAL FIT OF ANGER.. BOTH THESE PEOPLES EXPRESSION CHANGE, TO LOOKING GUILTY AND THEY BOTH HUNG THERE HEADS DOWN AS IF THEY WHERE ASHAMED...THESE ARE THE SICKO POLICE, EITHER YOU WORK AS A POLICE INFORMANT OR I AM AMBUSED BY THESE SICK SICO SCUM POLICE TEAM PLAYERS...

I'M BEING STALKED, AND RAPED BY THESE PEOPLE.. EVERYWHERE I GO...AND I AM ROBBED OF MEDICL TREATMENT...

I GO BACK TO WORK THE NEXT DAY, I TRY TO SEE IF THE HEALTH INSURANCE I HAVE WILL PAY FOR THE OPERATION, THE ANSWER IS NO BECAUSE IT IS WORK RELATED......

I TRYED TO GET 2ND OPINION FROM CNA INSURANCE, BUT AGAIN THIS IS ANOTHER BATTLE..
AFTER BATTLING MY CASE WORKER AT CNA INSURANCE, AND GETTING LAYED OFF FROM WORK

RANDY VANN THE OWNER OF R J VANN MECHANICAL COMES OUT IN THE WORK SHOP WHEN I HAVE BEEN USING THE PHONE..
TRYING TO SOME HOW GET MY BODY FIXED...I HAVE BEEN CALLING CNA INSURANCE FOR A SECOND OPINION...
BECAUSE I WANT MY BODY FIXED...
RANDY VANN TELLS ME, I AM NOT GOING TO BE THE ONE DRIVING UP HIS WORKERS COMP RATE...
I AM LAYED OFF OCT 3RD 2003

I FINALLY GET BRUCE BACON AS MY 2ND OPINION DOCTOR

THEN BRUCE BACON RETIRES.
I TAKE ANOTHER SURGEN FROM THIS MEDICAL OFFICE..DR. BIRCH
MORE TIME GOES BY BECAUSE I HAVE TO RESCHEDULE WITH THIS NEW DOCTOR

Page 2 of 3

I GO

AND ~~ ~~ ~~ ~~ ~~ ~~ ~~ ~~ ~~ ~~ ~~ AT THIS OFFICE TALKS TO ME AND TELLS ME DR. BIRCH IS OUT AND
HE WI~~ ~~ ~~ ~~ ~~ ~~ ~~ ~~
I AM REALLY ~~ ~~ ~~ ~~ ~~ ~~ ~~ ~~
BUT I AGRE~~ ~~ ~~ ~~ ~~ ~~
DOCTOR ~~ KARLA EXAMINED ME,~~ AND SAYS BY ALL MEANS YOU HAVE A HURNIA...
I AM UTTERLY ELATED ~~ WHEN HE SAYS THIS.~~
HE SAYS HE WILL CONTACT CNA FOR A APPROVAL FOR THE SURGURY. AND FOR ME TO CONTACT BARBRA,,
HIS SECRATERIES TO SCHUDLE A SURGURY DATE..
I FEEL EXCELLANT RIGHT NOW...ANOTHER MAJOR BATTLE...
BUT LITTLE DO I KNOW, CNA INSURANCE, AND ITS SICO POLICE ARE PLANNING ANOTHER TRAP TO SEE IF I
WILL TAKE THE BAIT...

AND NOW I AM MISSING PAPER WORK, WITH APPOINMENT DATES FOR 2ND OPINIONS AND WHEN CNA
APPROVED THE HURNIA OPPERATION THROUGH DR KARLA., AND NOW CNA INSURANCE HAS SCHEDUALED
A DEPOSITION ON DECEMBER  2, 2003 THEN ALSO SCHEDUALED  A MEDIATION HEARING ON DECEMBER 11
2003, WHEN I HAVE BEEN APPROVED FOR A KNEE REPLACEMENT AND A HURNIA OPERATION...AND HOW
THEY DID EVERYTHING THEY COULD TO TRY TO FORCE ME INTO ACCEPT A SETTLEMENT AT THIS MEDIATION
HEARING ON DEC 11 2003 ...
EVEN MY OWN ATTORNEY SOLD ME OUT....AND I'M SITTING AT THIS DEPOSTION HEARING WITH THE NOTICE
OF A KNEE REPLACEMENT ATHORIZATION..
AND MY ATTORNEY SAY I HAVE NOT BEEN APPROVED, AND SO ALSO SAYS THE MEDIATOR...MY ATTORNEY
TELLING ME NOT TO TAKE OUT THE PROOF..
BUT I DID, AFTER THE ALL LEFT THE MEDIATION TABLE....
THEN THEY ALL PUT THIS ACT ON, THAT THEY DID'NT KNOW THEY WHERE APROVED..

AS I GO SEE BARBRA AT DR KARLA OFFICE-- TO MAKE AN APPOINTMENT FOR THE SURGURY FOR MY HURNIA
THIS IS SOMETIME IN NOVEMBER OF 2003..
BARBRA STARTS QUESTIONING ME..
SHE FURTHER ASKS ME IF I'M GOING TO TAKE A CASH  SETTLEMENT FROM THE INSURANCE COMPANY...
I CAN'T BELIEVE WHAT SHE IS ASKING ME...
I SAID HELL NO..
I WANT MY BODY FIXED....

I HAVE SURGURY JANUARY 12 2004

I WAS INJURIIED ON AUGUST 15 2003, AND I FINALLY GET OPERATED ON JANUARY 12 2004
5 MONTHS LATER..

THIS IS JUST FURTHER PROOF..THAT EVERTHING IN MY LIFE IS A COMPLETE BATTLE...I HAVE TO BATTLE THE
POLICE AND THE GOVERMENT OFFICALS....
THEY ARE UTTER SCANDILISE PEOPLE...WITH UTTERLY NO REGAURD FOR MY LIFE.....OR WELL BEING....

WILL THERE EVER BE JUSTICE FOR ME...

THERE IS LOT MORE TO BOTH OF THESE WORKER COMP CLAIMS..
WHERE THEY HAVE FALSIFIED DOCOR REPORTS, CHANGED XRAYS OF MY KNEES...
AND HOW I'M ATTACK BY THE SICO POLICE BECAUSE I WANT MY BODY FIXED
 I'M REALLY WAITING TO HERE YOUR DECISION ON ALL THIS INFORMATION I AM SUPPLYING YOU WITH...

THANK YOU AGAIN FOR YOUR TIME...

IT ONLY GETS WORSE AS YOU CONTINUE READING.....

Real 4th

THIS IS A BREIF SUMMARY OF MY TIME IN VEGAS AND THE SURROUNDING AREA..

I ARRIVED IN THE VEGAS AREA, AFTER LEAVING FLORIDA.
IN THE WINTER OF 2004 2005 SEASON

I DRIVE INTO BOULDER CITY NEVEDA
 I GO TO GAS STATION TO FIND NEWS PAPER TO CALL ON ROOMS TO RENT FROM SOME HOME OWNER..
AFTER READING THE CLASSIFIED SECTION.
I DRIVE TO ANOTHER GAS STATION, JUST NORTH OF DOWNTOWN BOULDER CITY..
I HAVE CIRCLED ROOMS FOR RENT, IN NEWSPAPER AND GO TO PAY PHONE..
AS I AM ON THE PHONE, I AM CALLING PEOPLE AND MAKING APPOINTMENTS AND GETTING DIRRECTIONS TO
SEE THE ROOM AND THERE HOMES..

AS I AM ON THE PHONE
I HAVE A RETIRED OLD MAN AND LADY PULL IN NEXT TO ME.
THEY ARE IN A BRONZE SUBCOMPACT CAR WITH A TOW LIFT ON IT...

THEY ASK ME IF I WILL HELP THEM.. MAN ASKS IF I WILL CHECK HIS TIRES FOR AIR AND FILL THEM IF
NESSASARY..
I AGREE AND CHECK HIS TIRES...
I AM BEING QUESTION BY THIS MAN AND WOMEN,
WHERE I'M FROM, WHERE AM I GOING.
I TELL THEM, BUT IN THE BACK OF MY MIND, I AM ASKING MYSELF, ARE THESE TEAM PLAYERS IN THE
GOVERMENT, POLICE FORCE
THESE PEOPLE TELL ME THEY OWN NO HOME AND TRAVEL THE COUNTRY IN THERE MOTOR HOME.
THEY TELL ME THEY PULL THIS CAR BEHIND THERE MOTOR HOME..
THESE PEOPLE ASK IF I OWN A HOME...QUESTIONING ME RELENTLESSLY..
I TELL THESE PEOPLE I HAVE MORE CALLS TO MAKE. TRYING TO FIND A PLACE TO LIVE...
THESE TWO PEOPLE KIND OF GO OFF ON ME..
WHEN THEY LEAVE THEY ARE TELLING ME..
GOOD LUCK TO YOU, GOOD LUCK TO YOU..
THEY ARE VERY NASTY, AND JUST KEEP TELLING ME GOOD LUCK TO YOU..
I SAY TO MYSELF, THESE PEOPLE ARE IN THE GOVERMENT SICO POLICE  DIVISION..

I MAKE MORE PHONE CALLS...
I GET MORE DIRRECTIONS TO HOUSES, BUT CAN MAKE ONE APPOINTMENT FOR RIGHT NOW...
I SAY TO MYSELF, LETS GO SEE THE AREA OF THESE HOUSES..
I DRIVE OFF TO THESE LOCATIONS...THERE  ON STREETS THAT ARE IN ALPHEBETICAL LETTERS..A-B-C-D-E-F-
G-H AND SO ON.
ALL ARE IN THE SAME GENERAL VICINITY..

AS I DRIVE BY THESE HOUSES, I NOTICE THAT THESE ARE NOT THE VERY NICE AREAS.
I DO  HAVE THESE STREET ADDRESS , I DRIVE BY AND DRIVE ON..AND LOOK AT OTHER HOUSES...
I THEN CIRCLE BACK AND STOP AND SEE THE ONE ROOM FOR RENT, AND TALK TO THIS GENTELMAN..
I TELL HIM, I WILL GET BACK WITH HIM LATER..THIS PLACE IS A DUMP....AND I'M THINKING THIS IS NOT MY
AREA TO LIVE...
I DRIVE BACK BY THE OTHER HOUSES AGAIN.
AS I DRIVE BY AGAIN, ONE OF THE NEXT DOOR NEIGHBORS COMES BOLTING OUT OF HIS HOUSE, AS I DRIVE
BY LOOKING AT THIS HOUSE..
HE IS RUBBINNG HIS NOSE VERY INTENSLY, AS IF HE IS TRYING TO INSINUATE SOMETHING. ALMOST LETTING
HIM KNOW THAT THEY ARE ON TO ME..
I DRIVE BY, AND PULL OUT ON TO THE MAIN ROAD, AND PULL INTO THE CHURCH PARKING LOT, TO WALK
OVER TO THIS HOUSE..
I WALK OVER TO THIS HOUSE. AND I NOTICE,THE MAN IS NO LONGER ON THE PORCH NEXT DOOR..
I LOOK AT THE HOUSE, FROM THE OUTSIDE.
THEN THE MAN NEXT DOOR COMES OUT AND STARTS MESSING WITH ONE OF THE VEHICALS PARKED ON
THE ROAD...HE DOES NOT LOOK AT ME NOW..I LOOK AROUND SOME MORE, THEN I WALK BACK OVER TO MY
VAN AND DRIVE OFF..
NEXT THING I KNOW, THIS NEXT DOOR NEIGHBOR THAT WAS WAITING FOR ME, COMES FLYING UP BEHIND
ME IN HIS PICK UP TRUCK , THEN ALONG SIDE OF ME, HE IS ACTING VERY PROVOKING, SMILING AT ME AND
LAUGHING AT ME, HE AGAIN IS RUBBING HIS NOSE IN AN INSINUATING WAY, AS HE IS TRYING TO PROVOKE

Page 1 of 5

ME..
 HE THEN SPEEDS OFF, PULLS IN FRONT OF ME. THEN TURNS INTO A SIDE ROAD, AND TURNS A COMPLETE 180 DEGREE TURN TO WHERE HE IS NOW FACING ME, WHEN I DRIVE BY.... I SAID TO MYSELF, HERE WE GO AGAIN WITH THE SICO POLICE.. I DRIVE BY THIS MAN,, I'M RUBBING MY NOISE LIKE HE DID ME... I'M LAUGHING AT HIM..AND ACTING VERY NUTTY...AND I AM LAUGHING HARD.........I FIGURE I'M GOING TO PLAY HIS LITTLE GAME..
I DRIVE BY HIM STARING HIM DOWN...PUTING ON MY ACT..
YOU SHOULD HAVE SEEN THIS MANS EXPRESSION CHANGE, HE WAS LAUGHING AT ME AT FIRST, BUT WHEN HE SEEN ME LAUGHING AT HIM AND RUBBING MY NOSE, HE GOT VERY UPSET, AND YOU COULD SEE HOW ANGRY HE GOT...I DROVE BY, AND THEN THIS MAN PULLS OUT AND GOES DRIVING BY ME, I LOOK OUT MY SIDE DOOR WINDOW, LAUGHING AT HIM AS HE GOES BY..THIS MAN LOOKS REALLY PISSED...I SAID YEA, THATS IT,, ANOTHER ONE OF THESE SICO POLICE THAT CAN DISH IT OUT, BUT ONCE YOU RETURN FIRE, THEY CAN'T TAKE IT AND GO OFF LIKE A NUT..

NEXT THING, I LOOK IN MY SIDE VIEW MIRROW, AND THERE IS A POLICE CAR BEHIND ME...
I TURN OFF OF THIS 5 LANE ROAD AND TURN RIGHT INTO A SUBDIVISON ROAD, THIS POLICE CAR FOLLOWS ME..
I SAID YEP,, THERE RIGHT ON ME...WONDERING IS HE GOING TO PULL ME OVER...
I DRIVE DOWN THIS STREET, AND I COME BACK ON TO THE ROAD THAT I ORIGINALLY TURN OFF OF..
I TURN NORTH, SO DOES THE POLICE CAR, THERE RIGHT BEHIND ME..
I NOTICE A HOTEL ON MY LEFT AND I PULL IN..I'M THINKING THIS POLICE OFFICER WILL HAVE TO DO SOMETHING NOW...
POLICE DRIVE BY AS I TURN IN TO HOTEL, BUT THIS POLICE CAR GOES DOWN 2 OR 3 BUILDINGS DOWN ON THE SAME SIDE OF THIS HOTEL AND TURNS IN...I SAY YEA HE WAS ON ME..
I GO IN AND TALK TO THE OWNER,, I BELIEVE OF THE HOTEL, WE GO OVER PRICES AND SO-ON
THEN WE START TALKING CASUALLY, HE TELLS ME HE FROM OHIO, AND HOW HE GOT HERE TO BOULDER CITY NEVEDA...AS WE CONTINUE TALKING, HE SAYS WHAT THE HELL IS GOING ON, HE BOLTS AROUND THE COUNTER, I LOOKS BACK OUTSIDE, AND THERE ARE 2 POLICE CARS SURROUNDING MY VAN AND TRAILER..
I TELL THIS GUY I AM TALKING TO.... THEY WANT ME..
I GO OUT SIDE, STICK MY HANDS IN THE AIR AND SAY WHAT,, ARE YOU LOOKING FOR ME..THE WHITE POLICE OFFICER COMES STORMING AT ME, TELLING ME, YOUR LUCKY THAT YOU CAME HERE INSTEAD OF ME COME LOOKING FOR YOU...
I SAY WHAT WRONG....I HAVE ALL DOCUMENTATION ON MY VAN AND TRAILER ..
HE SAYS HE WANTS EVERYTHING....I SAY WHAT DO YOU WANT, I HAVE DONE NOTHING WRONG....
THIS POLICE OFFICER TELLS ME THAT THEY GOT PHONE CALLS THAT THERE IS A SUSPIOUS MAN DRIVING AROUND IN A MINI VAN PULLING A WHITE TRAILER....
I TELL HIM I JUST GOT INTO TOWN, AND NOBODY WOULD BE CALLING ON ME...
I GET THIS POLICEMAN ALL INFORMATION ON MY VEHICAL..
AS I'M BEING QUESTIONED.....AND WHERE TALKING
I MENTION ABOUT THE INCIDENT WITH THE NEXT DOOR NEIGHBOR TO THE ONE HOUSE I DROVE BY, AND HOW HE CAME DOWN THE ROAD IN HIS TRUCK AFTER ME.. THE POLICE SAY NOTHING
THEY RUN ME ON THERE COMPUTERS..
I AM BEING ASKED WHAT I AM DOING HERE..AND WHERE I CAME FROM..
HE TELLS ME I HAVE A FLORIDA PLATE ON MY TRAILER, AND A MICHIGAN PLATE ON THE VAN...
I  SHOW THIS POLICE OFFICER THE NEWS PAPER AND THE DIRRECTIONS TO THE HOUSES THAT I HAD APPOINTMENTS WITH TO SEE THESE HOUSES..
THESE POLICE LET ME GO, AND FURTHERMORE THEY SAY THEY WOULD LOVE TO HAVE ME LIVE IN BOULDER CITY...
I LEFT, AND SAID I WILL NOT LIVE IN THIS CITY...

NEXT DAY I DECIDE TO GO TO THE HOUSE APPOINTMENT, THAT I MADE WITH A WOMAN. TO WHERE THIS MAN WAS NEXT DOOR, THAT CAME AFTER ME..
I PULL IN THERE, AND THERE IS A WOMAN OUTSIDE THIS HOUSE.. I INTRODUCE MYSELF..SHE SAYS O-YEA...SHE SAYS I'M LUCKY I CAUGHT HER HERE, THAT SHE WAS JUST LEAVING.. I SAID WE MADE AN APPOINTMENT FOR RIGHT NOW.. SHE SAYS I KNOW...THINGS HAVE CHANGE,,, SHE TELLS ME SHE CAN NOT RENT ME THE ROOM,,, THAT MY HUSBAND HAS SOMEONE FROM WORK THAT IS GOING TO RENT IT...WE TALKED...
I THEN ASK WHATS THE DEAL IS WITH YOUR NEXT DOOR NEIGHBOR...I EXPLAIN A LITTLE OF YESTERDAYS DEALINGS WITH THIS MAN.
SHE PROCEEDS TO TELL ME HE WORKS FOR THE BOULDER CITY POLICE....I SAID HE DOES..I THOUGHT HE WAS IN THE CONSTUCTION FIELD WITH THE DIFFERENT KIND OF VEHICALS HE HAD PARKED ON THE

Page 2 of 5

STREET..SHE TELLS ME NO, AND THAT HE IS BOULDER CITY POLICE...
I SAY GOOD BYE TO THIS WOMAN..
I SAID TO MYSELF... THIS LADY EITHER DOES NOT OWN THIS HOUSE, AND THE POLICE ARE SETTING THIS
WHOLE STAGED INCIDENT UP RIGHT NOW..
OR THE MAN NEXT DOOR TALKED TO TO THIS WOMEN, AND MADE SURE I DID'NT GET A ROOM NEXT DOOR...
I WOULD HAVE NEVER RENTED THIS ROOM ANYWAYS, I'M GLAD I WENT, BECAUSE I FOUND OUT HE IS
POLICE NEXT DOOR, IF WHAT THE LADY WAS TELLING ME IS TRUE..

ITS THE SAME OLD BROKEN RECORD WITH THESE SICO POLICE....THE SAME-OLD ROUTINE, HOW MANY
PEOPLE MAKE THE SAME CLAIMS I DO..
THEN YOU KNOW THE POLICE TACTICS...

I FOUND A PLACE TO STORE MY TRAILER IN HENDERSON NEVEDA..
AND I TAVEL AROUND THE WEST COAST FOR A WHILE..

EVERTWHERE.. I WENT, I BEING STALKED, OR THERE WAITING FOR ME,

I EVENTUALLY END BACK IN THE LAS VEGAS AREA FOR THE WINTER.....
AS I'M IN THE LAS VEGAS AREA. I'M GOING TO FED X KINKOS AND USING THERE FREE INTERNET SERVICE..
AS I AM TRYING TO TRADE STOCKS FOR A LIVING..

I WAS USING THE FED X KINKOS IN HENDERSON NEVEDA, AS LIKE A HOME BASE....
I'M LIVING IN MY VAN...
IF I WAS ELSE WHERE IN THE VEGAS AREA, I WAS GOING TO THE DIFFERENT FED X KINKOS, IN WHAT EVER
GENARAL AREA I WAS IN...

WHERE-EVER I WENT, I AM BEING STALKED..IN THE CASINOS IN THE GROCERY STORES, IN THE GAS
STATIONS, THE TRUCK STOPS WHERE I WOULD SHOWER AT, AT THE LAKE MEAD NATIONAL PARK, WHERE I
SHOWERED, THESE PEOPLE ARE EVERYWHERE CHASING ME.

EVERY FED X KINKOS I WENT TO, AS SOON AS I ARRIVE AND GET SET UP,, PEOPLE COME IN AND WIRE UP
ALSO... NEXT TO ME AROUND ME, THEY ALL ACT REAL FRIENDLY, AND WANT TO GET TO KNOW ME...ONE
NIGHT A MAN NAMED NICK COMES IN WITH A FEW OTHERS......I HAVE MY STOCKS UP AND RUNNING, ITS
AROUND 12 MIDNIGHT AND I'M JUST CHECKING THINGS FOR TOMORROW, THIS MAN STARTS TALKING TO ME
AND ACTS LIKE WHERE BEST OF FRIENDS.
 I LET MY GAURD DOWN AND BECAME FRIENDLY WITH THIS MAN...HE TELLS ME HE TRADES THE FUTURES,
AND WE REALLY GET TALKING....HE TELLS ME HE WANTS TO GO TO THE FED X KINKOS IN HENDERSON BUT
DOES NOT KNOW WHERE ITS AT...THIS IS THE FED X KINKOS I USE IN THE MORNING TIME...OR BASICLY MY
MAIN FED X KINKOS I USE...
I TELL NICK SAMBINO THIS, AND HE TELLS ME HE WILL SEE ME TOMORROW THERE..
SURE AS HECK THIS MAN SHOWS UP AT KINKOS IN HENDERSON..HE IS REALLY NICE ,AND ACTS IF WE HAVE
BEEN FRIENDS FOR YEARS, HE TELLS ME HIS NAME IS NICK SAMBINO, AND GIVES ME HIS PHONE NUMBER.
NICK SAMBINO TELLS ME HE IS WAITING TO CLOSE ON HIS CONDO, AND IS LIVING WITH A FRIEND UNTIL HE
CLOSES, AND THAT HE HAS TO  COME TO KINKOS FOR THE INTERNET UNTIL HE GETS IN HIS NEW CONDO...
NICK TELLS ME HE HAS BEEN LIVING IN CALIFORNIA FOR SOME TIME, AND THAT THE'S FROM WISCONSIN
ORIGINALY..
AND HE'S BOUGHT A SMALL 100 THOUSAND DOLLAR CONDO...TELLS ME HE USE TO BE IN THE PITS AT THE
CHICAGO EXCHANGE...

 NICK SAMBINO STARTS SHOWING ME WEB SITES FOR FUTURES TRADING  AND SHOWING ME HOW TO USE
IT.
ALONG WITH OTHER SITES...

 THIS NICK SAMBINO STARTS INTRODUCING ME TO PEOPLE THAT HE CLAIMS HE HAS MET HERE AT KINKOS..
I HAD BOTH THESE PEOPLE MOVE RIGHT IN ON ME...JOHN IS SUPPOSELY A CANDY SALES MAN..
THE OTHERS NAME IS  JEFF AND HE IS A WHAT EVER..

ANOTHER ONE OF THEM KIND THAT TELL ME THAT THEY USED TO WORK FOR THER DAD OR THEY ARE
WORKING FOR THERE DAD...
THIS MAN CLAIMS HE USE TO WORK FOR HIS DAD. HE IS ALSO SUPOSELY LIVING IN HIS CAR ALSO...AS I
AM..THIS MAN TRYS TO GET ME TO GO TO HOTELS LATE AT NIGHT WHERE THERE OUTSIDE JAQUZZIS AND

Page 3 of 5

BATH IN THEM.. I SAID,, WHAT ARE YOU TRYING TO DO, SET ME UP WHERE I GET BUSTED FOR
TRESSPASSING AND GET THROWN IN JAIL..I TELL THIS MAN, I NEED NO PROBLEMS WITH YOU AND YOUR
NIGGER SICO POLICE FORCE..
ONE TIME HE ASK ME IF I CALLED NICK SAMBINIO A NIGGER..I TOLD HIM I NEVER CALLED NICK A NIGGER......

NICK AND THIS GUY WAS ALWAYS AFTER ME, FOR WHERE I TAKE SHOWERS AT, I TOLD THEM, NOT
THINKING ANYTHING WAS WRONG,
THEN I WAS BEING ATTACKED BY THE LOWEST FORM OF LIFE AT THESE TRUCK STOPS AND PLACES I
SHOWERED AT....I WOULD BE IN THE SHOWER, AND THE SHOWERS WOULD UTERLY SHUT OFF. I'M IN THE
SHOWER COMPLETLY SOAPED UP.. I HAVE TO GET OUT OF THIS SHOWER STALL AND FIND SOMEONE, AND
GET ANOTHER SHOWER STALL.. I AM GOING TO  TRUCK STOPS AND THIS IS HAPPENING....OTHER TIMES I
HAVE MY TIRE ON THE DRIVERS SIDE COMPLETLY FLAT WHEN I COME OUT.. ANOTHER TME I HAVE THIS
SKINNY WOMAN IN A BLACK LETTER JACKET, WITH ALL KINDS OF PATCHES ON IT STALKING ME,AT THE
TRUCK STOP.. ITS RAINING OUT SIDE.. SHE IS DRIVING AROUND ME IN HER OLD SMALL COMPACT CAR, SHE
HAS IDAHO PLATES ON HER CAR, SHE PULLS UP BEHIND MY CAR..GETS OUT, OPENS HER FRONT HOOD AS IS
DOING SOMETHING.. CLOSES IT. PULLS OUT, AND STARTS DRIVING AROUND ME....I DID NOT GO IN THE
SHOWER BECAUSE I THOUGHT THEY WOULD BE DOING SOMETHING TO ME. I WENT TO LEAVE THE PARKING
LOT, AND MY REAR TIRE, AGAIN, IS COMPLETLY FLAT, SOME ONE LET THE AIR OUT OF MY TIRE AS I WAS
SITTING THERE.. I DRIVE OVER TO THE AIR PUMP AND SOME WOMAN DRIVES UP IN A WHITE BUICK  JUMPS
OUT OF THE CAR AND GETS THE AIR HOSE BEFORE I CAN, THIS WOMAN IS ASKING ME HOWS IT GOING AND
LAUGHING AT ME..... ACTING VERY PROVOKING.. THE SCUM IS CRAWLING ALL OVER ME....OTHER TIMES THE
HOT WATER WOULD BE SHUT OFF AS I'M SHOWERING.. I ENDED UP DRIVING TO OTHER TRUCK STOPS, AND
THEY WOULD FOLLOW ME THERE....I GOT TO WHERE I WOULD ONLY SHOWER ONCE EVERY TWO WEEKS
AND JUST WASH MYSELF IN THE BATHROOMS AT KINKOS, AND WHERE EVER...CARRY IN FRESH CLOTHES..
WHAT A WAY TO HAVE TO LIVE BECAUSE THESE SICO SICK SCUM SUCKIN POLICE...FEDERAL--STATE--
COUNTY----CITY POLICE----AND THER BROTHERHOOD....

AS I AM TRADING STOCKS, THIS NICK SAMBINIO WOULD TELL ME NOT TO SELL NOT TO BUY...
 I AM BUYING AND SELLING (EMTK)-SYMBOL----I'M TELLING NICK SAMBINO THAT I HAVE BEEN TALKING TO THE
INVESTOR RELATION MAN AT EMTK, AND ABOUT THE NEWS BEING POSTED ON EMTK WEEKLY...THEN ALL OF
A SUDDEN ALL THE NEWS POSTS STOPPED BEING POSTED...I MADE A TRADE ON MORE STOCK I BOUGHT ON
EMTK, I AM UP OVER 3000 DOLLARS IN A COUPLE OF DAYS, I TELL NICK SAMBINO THE GOOD NEWS, YOU
SHOULD HAVE SEEN HOW PISSED OFF HE GOT, WHY WOULD HE GET UPSET, I TELL HIM I'M SELLING THIS
SUCKER...  HE STARTS RANTING AND RAVING DO NOT SELL THAT STOCK,
I LISTENED TO THIS MAN, AND I LOST ALL MY PROFIT AND WENT IN THE HOLE SEVERLY...ON OTHER STOCKS
I WAS TRYING TO DEAL, HE WAS DOING THE SAMETHING TO ME.. I SHOULD HAVE NEVER LET THIS MAN IN
CLOSE TO ME, I WATCHED  MY PORFOLIO DROP 75,000 DOLLARS, AFTER I MET THIS MAN...

THEN THE MAN THAT NICK SAMBINO INTRODUCED ME TO JOHN, HE WOULD BE AT FED X KINKOS STALKING
ME...WOULD COME UP BEHIND ME, AS I'M ON THE COMPUTER, ASKING ME QUESTION, WHEN I HAVE THE
SREENS UP...
ON DAY  I'VE GOT MY NMKT SYMBOL UP AND CHART ON IT..HE SAYS THAT STOCK LOOKS GOOD ON THAT
CHART...HE ASKS IF I WOULD WRITE DOWN THE STOCK SYMBOL, I TELL THIS MAN JOHN ALL THE GOOD
NEWS ON THIS STOCK....THIS JOHN BEING REALLY NICE GIVES ME A WEB ADDRESS TO A INVESMENT
COMPANY AND SO ON..
DURING THIS TIME,, THIS STOCK PEAKED,, AND HAS SOLD OFF TO HAS PLUMMETED TO 28 CENTS....
THIS STOCK WAS EXPECTED TO GO TO 1.25 A SHARE...
THERE ARE NEWS POSTS ATTACHED AS TO PEOPLE WHO SHORT STOCKS, AND THIS ONE IS ON NMKT...DID
THIS MAN HAVE PEOPLE THAT ENDED UP SHORTING THIS STOCK AND DRIVING THE PRICE DOWN FROM THE
80 CENT PER SHARE TO 28 CENT PER SHARE.. UTERLY DESTOYING IT...
COPY OF NMKT SHORTING ATTACHED HERE-TO AS EXHIBIT_____ .

ONE DAY I FEEL MYSELF GETTING SICK, I HAVE HAD THIS SAME FEELING OVER AND OVER BEFORE WHEN
LIVING IN MICHIGAN...... I TRY TO SLEEP THAT NIGHT, I CAN'T SLEEP AT ALL..THAT NIGHT I TOLD MYSELF
THEY POSIONED ME AGAIN.. THE SCUM POLICE, POSIONED ME AGAIN...JUST LIKE THEY DONE TO ME
BEFORE....
I WENT INTO FED X KINKOS THAT NEXT  MORNING AROUND 530 AM/PST
NICK SAMBINO IS THERE, I SIT  NEXT TO HIM, AND HOOK UP MY COMPUTER.. HE ASKS ME HOW I SLEPT LAST
NIGHT, AND STARTS LAUGHING AT ME.. HE TELLS ME I BET YOU DID'NT SLEEP A WINK..HOWS YOUR HEALTH
MIKE AND CONTINUES TO LAUGH AT ME. I UTTERLY IGNORE THIS MAN..

Page 4 of 5

SHORTLY AFTER THIS I NEVER SAW NICK SAMBINO AGAIN, I WAS SICK FOR DAYS, I MEAN REAL SICK. JUST LIKE I USE TO GET SICK UP IN MICHIGAN..

ALSO THIS MAN NAMED JOHN  DISAPPEAR ALSO....

AFTER NICK SAMBINO LEFT, THIS MAN NAMED  JEFF THAT NICK ALSO INTRODUCE ME TO, THAT HAS BEEN MOVING IN ON ME...EVERY TIME I SHOW UP AT KINKOS, HE WOULD BE RIGHT BEHIND ME.. COMING IN AND POSTS UP NEXT TO ME.....

THERE IS A TREMENDUS MORE I NEED TO DOCUMENT THAT HAPPENED IN  LAS VEGAS.......I MEAN ALOT MORE

PLEASE READ TE REST OF WHAT I HAVE LEFT YOU...
THANK YOU MICHAEL FOX

*Real 5th*

LAKE TAHOE TIME.....
THE FOLLOWING IS JUST A BRIEF SUMARY OF MY TIME IN LAKE TAHOE...
THERE ARE A LOT OF OTHER INCIDENTS THAT OCCURED...

I ARRIVE IN LAKE TAHOE IN MAY OF 2005...TO SPEND THE SUMMER..
AND I LEFT LAKE TAHOE IN THE 3RD WEEK OF SEPT. OF 2005....

I JOIN THE INCLINE VILLAGE REC CENTER FOR 1 MONTH AT A TIME..
I DO THIS FOR A WEIGHT LOSS PROGRAM AND TO TAKE SHOWERS.
I AM STILL LIVING IN MY VAN...

AS I AM GOING TO THIS REC CENTER, I A BEING STALKED BY BOTH MEN AND WOMEN...
I HAVE A MAN WITH WHITE/SILVER HAIR COMMING IN EVERYTIME I GO TO THE REC. CENTER..
HE LOOKS AT ME, EVERY TIME, LIKE HE WOULD LOVE TO KILL ME..
I GAVE HIM THE SAME LOOK BACK..I JUST SAY TO MYSELF,, THE SICO POLICE WILL NEVER LEAVE ME ALONE
THIS WENT ON FOR WELL OVER A WEEK
THEN THIS MAN TALKS TO ME, IN A NICE AND POLITE MANNER ONE DAY...I THOUGHT THIS WAS VERY ODD..
AND I AM POLITE BACK, AS WE HAVE A SHORT CONVERSATION....
SAW HIM ONLY ONE OTHER TIME AFTER THIS INCOUNTER..
I WAS THERE 4 MONTHS..
ITS MY BELIEF THIS IS A DETECTIVE FROM MICHIGAN..OR FROM SOMEWHERE...POSSIBLE A ELECTED
GOVERMENT OFFICAL...

I HAVE ANOTHER YOUNG MAN WITH RED/AUBURN HAIR,LONG AND ALWAYS IN A PONY TAIL... COMING IN
EVERYTIME I'M THEIR..
HE TRYS TO GET ME TO ASSOCIATE WITH HIM, I WOULD HAVE NO DEALINGS WITH THIS MAN..I KNOW HE IS
BAD NEWS...AND INVOLVED WITH THE SICO POLICE..
THIS WENT ON FOR ALMOST 2 MONTHS, THEN HE DISAPPEARED,
I NEVER SAW HIM AGAIN, THERE AFTER
HE IS DRIVING A JEEP CHEROKEE..
THIS IS AND WAS ONE OF THE GOVERMENT TRAVELING INFORMANTS, OR POSSIBLE UNDER COVER
POLICE....
I WILL NOT HAVE, AND DO NOT WANT THESE PEOPLE IN MY LIFE...

I HAVE A WOMEN AT THIS REC CENTER THAT WORKS OUT IN THE GYM..I FIND THEM MANY TIMES RIGHT
BEHIND ME, AS I AM LEAVING THE REC-CENTER OR JUST DRIVING DOWN THE ROAD, THERE RIGHT BEHIND
ME,,, AT ALL DIFFERENT TIMES OF THE DAY, THESE WOMEN ARE IN THE SAME PLACES I GO TO.. THIS GOES
ON CONSTANTLY...I TELL MYSELF, ARE THEY STALKING ME...AND I IGNORE THEM..

I WOULD GO HIKING IN THE MOUNTAINS, ALMOST EVERY DAY.
AND AGAIN THERE ARE PEOPLE FOLLOWING ME EVERYWHERE..
AND AFTER A-WHILE THEY WHERE ALREADY IN THE TRAILS WAITING FOR ME, BECAUSE THEY KNEW MY
DAILY RUTINE
THEY ARE WAITING IN THERE CARS WHEN I COME BACK FROM MY HIKING,
OR WHEN I ARRIVE, TO GO HIKING.. THESE PEOPLE THAT ARE WAITING IN THERE CARS, JUMP OUT OF
THERE CAR WHEN I DO....
AND START ACTING VERY INTIMADATING...TALKING LOUD AND LAUGHING...I AGAIN IGNORE THEM...

I AM SLEEPING IN MY VAN FOR THE TIME I SPENT IN TAHOE..
AS I AM SLEEPING IN DIFFERENT LOCATIONS,
THE NEXT MORNING I WOULD FIND ONE OF MY TIRES ALMOST FLAT, ALWAYS THE SAME TIRE.
I WOULD FILL THE TIRE, AND NOT HAVE ANYMORE PROBLEMS WITH THIS TIRE....
THEN AFTER ABOUT 4 TO 7 DAYS LATER... ON OTHER MORNINGS,, I GET UP, THIS TIRE IS FLAT AGAIN..I FILL IT
AGAIN, AND THERE ARE NO LEAKS..ITS FINE UNTIL THE NEXT TIME..
ON AT LEAST 6 DIFFERRENT TIMES, AS I AM DRIVING TO THE GAS STATION TO FILL MY TIRE, OR LEAVING
WHERE I WAS PARKED TO GET THE TIRE FILLED, DIFFERERENT CARS, WOULD EITHER COME FLYING UP ON
ME, AND PASS ME, THEN PULL UP ALONG SIDE OF ME, AS I'M DRIVING DOWN THE ROAD, OR COME FLYING
OUT OF SIDE STREETS AT ME.. ALL THESE DRIVER'S WOULD BE LAUGHING AT ME... THERE HEADS SWAYING
BACK AND FORTH..ACTING ALL STUPID AS TO INTIMATED ME, AND PROVOKE ME...TRYING TO SET ME OFF, TO
SEE IF I WOULD CHASE THEM...THIS IS THE SICO POLICE THAT TRACK ME EVERWHERE I GO, AGAIN CAUSING
ME AS MUCH ANGUISH AS THEY CAN, AND TO FURTHER MAKE MY LIFE DIFFICULT...

I WOULD GO TO ROOKIES,, A BAR TO SHOOT POOL..TO KILL TIME AND FOR ENJOYMENT AND RELAXATION......ALSO I USE THE WIRLESS INTERNET SERVICE THERE...
AFTER A WHILE I HAD PEOPLE FOLLOWING ME INTO THIS BAR, WHILE I AM SHOOTING POOL, SOME OF THESE PEOPLE TRYING TO GET ME TO DRINK.. AND BUYING ME DRINKS...I WOULD ALWAY REFUSE TO DRINK THEM...THE SICO POLICE TRYING TO SET ME UP FOR A DRUCK DRIVING...

MET ONE MAN NAMED SKIP..50 YEARS OLD..GREAT POOL PLAYER..DOES NOT DRINK
AFTER A WHILE, ASSOCIATING WITH THIS MAN, HE TURNS ON ME LIKE A RAT, YELLING AT ME,, TELLING ME TO SHUT THE FUCK UP... AND CARRY ON,, PUTTING AN ACT ON...TO SEE MAYBE HOW I WOULD ACT..
I WOULD NEVER REACT TO THIS MANS, ANTICS..I NOW HE IS TRYING TO SET ME UP...
THEN HE WOULD SWITCH AND WOULD ACT LIKE WE WHERE BEST OF FRIENDS, AND THE MIND GAMES JUST CONTINUE..
IF I RAN IN TO HIM AT ANOTHER BAR, HE ACTS AS IF HE HATED TO SEE ME, OR WAS EXTREAMLY FRIENDLY...
HE CLAIMS HE IS FROM SAN FRANSICO..
AS IS MANY OF THESE OTHER TEAM PLAYERS THAT I HAVE MEET HERE IN THE TAHOE AREA.
AND THEY WHERE BASICLY ALL THE SAME TYPE, THE GOVERMENT INFORMANTS....

EVERYDAY I AM GOING TO THE INCLINE VILLAGE REC CENTER, I WOULD SHOWER AFTER MY WORK OUT, AND ALWAYS LEAVE THE REC CENTER AROUND 10PM
THE NEXT DAY I GO TO THE REC CENTER.. I WORK OUT, I THEN GO TO THE SHOWER AFTER WORKING OUT.... I ALWAYS GO TO THE SAME SHOWER, AND I FIND THERE IS MY SHAMPOO...I DID NOT LEAVE THIS SHAMPOO FROM THE NIGHT BEFORE..
SOMEONE WENT EITHER IN MY LOCKER WHEN ITS LOCKED, AND GOT THE SHAMPOO OUT AND PUT IT IN THE SHOWER, WHILE I WAS WORKING OUT..OR THEY HAD GOTTEN THE SHAMPOO OUT OF MY CAR EARLIER THAT DAY AS THE CAR WAS PARKED..
EVERY NIGHT AT 10 PM THIS REC CENTER HAS A 3 PERSON CLEANING CREW COME IN AND CLEAN THE LOCKER ROOMS, AND SHOWERS COMPLETLY
THIS CLEANING CREW, LEAVES NOTHING IN THE SHOWERS AFTER THEY CLEAN THEM EVERY NIGHT...I WENT AND ASKED THEM...THEY TELL ME THEY THROW ALL BOTTLES AND HARD ITEMS AWAY, ALL CLOTHING THEY FIND, THEY PUT IN A RECLAIM BOX, IN THE POOL AREA.....

I HAD PEOPLE THAT I HAVE MET AT THIS BAR ROOKIES, EVENTUALLY THEY JOIN THE INCLINE VILLAGE REC CENTER. AND ARE WORKING OUT IN THE GYM..
NOW THE SHAMPOO BOTTLE IS CONSTANTLY BEING PUT IN THE SHOWER, AFTER I AM DONE SHOWERING, AND I WOULD LEAVE THE BUILDING. I AM WALKING OUT TO THE PARKING LOT, AND THERES THIS MAN FROM THE BAR, ROOKIES, THAT IS NOW WORKING OUT AT THE GYM, STANDING IN THE PARKING LOT..WAITING FOR ME, AND AS SOON AS HE SEES ME... HE STARTS WALKING RIGHT AT ME, BIG SMIRK ON HIS FACE, LAUGHING, AND ASKING ME,, HOWS IS IT GOING.. I WOULD TELL HIM,, ITS ANOTHER DAY OF DEALING WITH THE LOWEST FORM OF LIFE.. THIS MAN THEN WOULD LAUGH, AND CARRY ON, TRYING TO FURTHER TRY TO GET ME TO LASH OUT, AND GET IN TO A PHYSICAL CONFRONTATION, THERE WE TRYING TO PUT ME IN JAIL, AND FURTHER BE ABLE TO PROVE THAT I AM AN UNSTABLE PERSON....THIS HAPPEN 5 TIMES WITH THIS ONE MAN, HE SPOKE WITH AN ACCENT. AND SOME OF THE GIRLS HE WAS WITH WHERE FROM NORWAY AND OTHER COUNTRYS...THESE ARE THE LOWEST FORM OF LIFE RIGHT HERE....THEY ARE PREDITORS AND UTTERLY RAPING ME, RELENTLESSLY..

I ALSO HAD THE MANAGEMENT AT THIS REC-CENTER DOING THE SAME THING, FOLLOWING ME AROUND, TALKING REAL LOUD, AND ASKING ME HOWS IT GOING, LAUGHING AND SMILING AT ME...
AS I CONTINUED WORKING OUT, I WOULD ALSO FIND UNDERWARE OR MY SHIRTS GONE OUT OF MY GYM BAG WHEN I'M DONE SHOWERING, I WOULD FINISH DRESSING AND LEAVE THE GYM AND WALK OUT TO MY VAN, AND THIS SAME FORIEGN MAN WITH THE BEARD WAS WAITING FOR ME IN THE PARKING LOT, AND AS SOON AS HE SEES ME, HE COMES WALKING RIGHT AT ME AND ASKING ME HOWS IT GOING, TRYING TO AGAIN FURTHER PROVOKE ME...
THEY WHERE CONSTANTLY TRYING TO GET ME TO GO OFF ON HIM,, AND START A FIGHT, THEY WANT TO PUT ME IN A JAIL CELL... SO THEY CAN FURTHER TOURMENT ME, THEY AGAIN WANT ME TO LOOK AS IF I AM UNSTABLE...
I WOULD ALWAYS FIND THE UNDERWARE OR SHIRTS BACK IN MY CAR, EVENTUALLY THEY STOLE MY COMBINATON LOCK...I ALWAYS HAD MY LOCKER, LOCKED...
I BOUGHT A COMBINATION LOCK IN CARSON CITY JUST FOR THIS REASON, SO THAT THEY COULD NOT PICK THE LOCK..
AND THEY STILL CAN GET INTO MY LOCKER WITH A COMBINATION LOCK...WHO ARE THESE PEOPLE...WHAT

Page 2 of 8

KIND OF SICO SICK POLICE GOVERMENT OFFICALS ARE THEY...
THEY WHERE REALLY POURING ON THE JUICE THE LONGER I WAS A THIS REC CENTER..AND THE
SURRONDING AREA'S I VISITED.... THE LONGER I STAYED IN TAHOE...THE WORSE IT BECAME....
THEY WHERE TRYING TO DRIVE ME OUT OF TAHOE...AND THEY DID EVENTUALLY...

I WAS ALSO USING THE WIRLESS  INTERNET SERVICE THEY HAD AT THIS REC CENTER, AND DOING MY
BUSINESS ON THE PAY PHONE AT THE REC CENTER,
FOR A FEW DAYS IN A ROW, I AM CALLING CREDIT CARD COMPANYS AND DOING THINGS WITH MY CREDIT
CARDS,
 I HAD ALL KINDS OF PAPER WORK ON MY CREDIT CARDS THAT I HAD ALL WRITTEN OUT ON PAPER,,, AND I
KEEP ALL THESE PAPERS IN A 9 BY 14 INCH ENVELOPE....THIS ENVELOPE WITH ALL THE PAPER WORK, WITH
ALL MY CREDIT CARD INFORMATION WAS KEPT IN THE SMAE SPOT IN MY VAN, OR IT WAS IN MY COMPUTER
BAG, FOR WHEN I WAS ON THE INTERNET CHECKING MY ON LINE STATEMENTS.....
I WAS ON THE PHONE FOR A COUPLE OF DAYS FROM THIS INCLINE VILLAGE REC CENTER,, CALLING THESE
CREDIT CARD COMPANYS,  FIGURING FINANCES. AND TRANSFERING OF MONIES..
ONE MORNING,,,  I AM AGAIN CALLING THE CREDT CARD COMPANYS, I WALK OUT TO VAN TO GET THE PAPER
WORK, I NEEDED, IN THIS ENVELOPE..
 I CANNOT FIND IT,,,, I WOULD SWEAR I HAD IT IT MY FILING BOX IN THE VAN AT THIS TIME.... I GO BACK
INSIDE THE REC CENTER, I LOOK IN MY COMPUTER BAG, AND ITS NOT IN ANY OF THOSE FILES, I AM
CARRYING.... AND I REMEMBER IT BEING IN THE VAN...
I WALK BACK OUT TO THE VAN, AND AGAIN I LOOK.. ITS NOT THERE,,,,, I AM GETTING REALLY  PISSED RIGHT
NOW. SAYING THEM SCUM LOW LIFE POLICE... HAVE STOLEN MY FILES AND CREDIT CARD INFORMATION..

I GO BACK INSIDE THE REC-CENTER AGAIN, I AM GOING THROUGH MY ENTIRE BAG..CHECKING EVERY
SPOT..THE ENVEOPE WITH THE  PAPER WORK IS NO WHERE...
I AM ALMOST READY TO GO OFF AND GET CRAZY, I CAN FEEL MYSELF BECOMING UN-GLUED OVER THIS.. I
MEAN, I AM REALLY PISSED...MY HEART IS POUNDING REALLY FAST, AND I AM SWEATING RIGHT NOW....
 I CAN NOT EVEN SIT IN MY CHAIR AND RELAX.. I CAN FEEL MY BODY INSIDE, STARTING TO TIGHTEN UP....I GO
OUT TO THE VAN AGAIN, I AM FEELING A VERY ILL FEELING RIGHT NOW..
AS I WALK OUT TO THE VAN, I'M WALKING ACROSS THE PARKING LOT, A MAN WITH A BEARD IN A BLACK
TAHOE SUBURBAN STYLE TRUCK COMES PEELING OUT OF A PARKING SPOT, DRIVING REAL FAST,,,, HE IS
HEADING RIGHT AT ME..I AM GRITING MY TEETH AND I WILL NOT MOVE... I AM STARRING THIS MAN RIGHT
DOWN,,, AS HE IS STARRING ME DOWN, AS HE GETS CLOSER TO ME, HE TURNS HIS VEHICAL AWAY FROM
HITTING ME, I WOULD HAVE MADE THIS SICK SICO GOVERMENT POLICE AGENT RUN ME OVER......
 I GET BACK IN MY VAN AND LOOK FOR THIS ENVELOPE AGAIN,,,, AND NOW THERES MY ENVELOPE AND THE
PAPER WORK. IN THE PLACE I HAVE BEEN LOOKING FOR IT,, THE PAST 2 TIMES OUT TO MY VAN..
THEY WHERE WATCHING ME AND EVERY MOVE I MADE, AND THEY WENT AND PUT THE ENVELOPE WITH ALL
THE PAPER WORK BACK, WHEN THEY SEE I'M READ TO GO OFF....THEY DO THIS  TO FURTHER INTIMATED
AND PROKE ME...AND TO TERERIRIZE ME...  AND HOPEFULLY WILL GET ME TO STRIKE BACK,, AND THROW
ME IN A JAIL CELL AGAIN,,,  AND TO FURTHER BE  ABLE TO FALL BACK AND SAY,, THIS IS AN UNSTABLE MAN,
HE HAS A RECORD AND A PAST HISTORY.... I HAVE A PAST HISTORY OF THESE SCUM RAPING ME FOR 20
YEARS OF MY LIFE...
 AS I HAVE ALWAYS STATED, THESE ARE THE LOWEST FORM OF LIFE THAT WALKS ON THE FACE OF THE
EARTH...THEY DESTROY ANYBODYS MIND, BECAUSE THEY CAN,,,, I WILL GO TO MY GRAVE CALLING THESE
PEOPLE NIGGERS.....AND THIS IS NO DISREPECT TO THE AFRICAN AMERICAN RACE...I HAVE NEVER IN MY
LIFE REGARDED THE AFRICAN AMERICAN RACE AS NIGGERS.....BUT I HAVE SOME OF THEM ALSO BEATING
ME.......

I  WALK BACK TO THE BUILDING AFTER FINDING THIS ENVELOPE AND PAPERS,  WHEN I WALK IN THE FIRST
SET OF DOORS, HERE IS A WOMAN LOOKING AT THE BULLITEN BOARD. SHE TURNS AND LOOKS RIGHT AT ME
AS I WALKED IN, SHE HAS A BIG SMILE ON HER FACE,, AND STARTS LAUGHING AT ME, REAL CRAZY LIKE...I
JUST STARRED THIS GIRL DOWN AND WALKED RIGHT BY HER,THIS GIRL WALKS OUT OF THE BUILDING,
AFTER I HAD WALKED BY HERE..
I GO AND GET ON THE PHONE....I AM FEELING BETTER THAT I HAVE THIS PAPER WORK IN MY POSSESSION...
AGAIN THIS IS THE SICO SICK GOVERMENT OFFICALS AND THERE SICK POLICE FORCE THEY HAVE RAPING
ME OF MY PIECE AND JOY IN LIFE, AND TO UTTERLY TERRIORIZE ME....THESE SCUM HAVE BEATEN ME LIKE
THIS FOR 20 YEARS....TAKING EVERYTHING FROM ME...

AS I CONTINUE USING THIS WIRLESS INTERNET, AT THE INCLINE VILLAGE REC CENTER,, ITS THE SAME
THING, PEOPLE COMING IN AFTER I DO...EVERYDAY
EVENTUALLY,,,I WOULD  START LOSING MY SIGNAL WHEN I HAD MY PROGRAMS RUNNING..

Page 3 of 8

I'D HAVE THESE PEOPLE WATCHING ME AS THIS WAS HAPPENING, AND THERE ON THERE COMPUTERS, AND HAVING NO PROBLEMS...
I HAD ONE MAN COME IN TO THIS REC. CENTER, FIRST TIME EVER, SAME THING, PROBLEMS WITH MY COMPUTER, AND HIS COMPUTER WORKS FINE...
ON ONE OCCASION, I GO TO LEAVE, THIS MAN ASKS ME IF I CAN GIVE HIM A JUMP, HIS BATTERY IS DEAD.. I SAID SURE, HE TELLS ME HE LIVES IN THE AREA, BUT CAME FROM THE SAN FRANSICO AREA.. I GO OUT TO MY CAR, UNLOCK THE CAR AND DRIVE OVER TO HIS PARKED VEHICAL... I GO TO UNLOCK THE HOOD LATCH, AND I FIND THE HOOD LATCH IS ALREADY UN-DONE..AGAIN THIS IS ANOTHER WAY THEY WANT YOU TO KNOW THERE ON TO YOU, AND TO LET YOU KNOW THERE IN YOUR VEHICAL AND TRY TO GET YOU TO POP, AND GET IN A PHYSICAL ALTERCATION..AND CHARGE YOU WITH A CRIME AND PUT YOU IN JAIL.....THERE FUCKIN SCUM....
THIS MAN ACTS LIKE NOTHING IS WRONG..HE WAS THERE TO SEE IF HE COULD GET ME TO GO OFF ON HIM...OR POSSIBLE BREAK MY SILENCE AND TALK TO THIS LOW LIFE GOVERMENT AGENT OR POLICE...I IGNORE THE SITUATION..
 I TELL THIS MAN THAT I'M GOING TO THE NEW LIBARY TO GET ON THE INTERNET..AND TIRED OF THE BULL SHIT HERE AT THIS REC CENTER...
"O" HE SAY, I'LL CALL THERE FOR YOU, I DO'NT THINK THERE OPEN TODAY. HE CALLS AND NO ONE ANSWERS..HE SAYS,, YEA THERE NOT OPEN. I SAID MAYBE ITS TO EARLY FOR THEM TO BE OPEN, HE SAYS HE'LL CALL SOMEONE ELSE, HE CALLS AND STARTS TALKING TO SOMEONE , HE ASKS IF THE LIBARY IS OPEN TODAY, HE THEN GETS OFF THE PHONE, AND TELLS ME THE LIBARY IS CLOSED TODAY,
I KNOW THIS MAN IS LYING, I SAY GOOD BY TO THIS MAN,,, AND DRIVE AWAY..
I GO TO THE LIBARY,, AND ITS OPEN..
EVERYTHING IS A LIE, AND EVERY IS A BETRAIL OF THE TRUTH...I UTTERLY HATE THE SITE OF THESE PEOPLE..
THIS MAN CAME INTO THE REC-CENTER MANY TIMES AFTER, I JUST IGNORED HIM...AND HE ALWAYS TRIED TO GET ME TO TALK TO HIM...HE IS GOVERMENT SCUM.....AND I REFUSE TO EVER HAVE DEALINGS WITH THESE PEOPLE..

ANYTIME I WENT TO THE REC CENTER TO USE THE INTERNET..THESE PEOPLE COME  IN AFTER I'M THERE,, AND MY COMPUTER GOES OFF AND ON AGAIN, LOSSING MY SIGNAL...I HAD TO COMPLETLT RE-BOOT MY COMPUTER...MY COMPUTER WORKS GOOD UNTIL THESE PEOPLE GET ON THERE COMPUTER...AND ACCESS THE INTERNET...THE GOVERMENT AGAIN DESTOYING EVERYTHING I HAVE EVER TRIED TO DO...AND MAKING EVERYTHING AS DIFFICULT AS POSSIBLE FOR ME...TRYING TO BREAK ME DOWN UNTIL I BECOME ONE OF THERE KIND....I WILL NEVER BOW MY LIFE TO THESE LOW LIFE SCUM.....

EVENTUALLY MY HARD DRIVE GOES OUT ON MY COMPUTER..I DO NOT KNOW THIS AT THIS TIME..
 I DRIVING AROUND THE INCLINE VILLAGE AREA TRYING TO FIND A COMPUTER REPAIR SHOP. I AM BEING FOLLOWED EVERYWHERE. I AM TOLD AT THIS ONE COMPUTER SHOP AFTER THEY TRYED TO FIX IT, THAT MY HARD DRIVE WAS BAD, I TELL THEM THIS IS UNDER EXTENDED WARRANTY AT BEST BUY, I ASK DIRRECTION HOW TO GET TO BEST BUY...I LEAVE THIS COMPUTER SHOP, AND GO OUT TO THE PARKING LOT, I FIND THE MAN THAT HAS BEEN STALKING ME AT RALLEYS GROCERY STOREWAITING FOR ME.
, HE IS DRIVING AROUND ME IN HIS GOLD JEEP CHEROKEE, I LEAVE  AND DRIVE TO BEST BUY..I SAID TO MY SELF, I'M SURE YOU GOT INTO MY COMPUTER AND DESTROYED IT,,
 WHEN I GET TO BEST BUY THEY WHERE WAITING FOR ME...AS I PULL INTO PARKING LOT, I FIND A PARKING SPOT..
 THESE PEOPLE IN THERE CARS BLASTING OFF AS I PULL IN..THEN STOP AND BACKBACK IN, THEN PULL OUT AND THEN EVENTUALLY  LEAVE...
THEY HAD MASSECHUTTS PLATES AND TEXAS PLATES...

I HAVE A REPAIR TECH LOOKS AT MY COMPUTER AND HE SAYS I NEED A NEW HARD DRIVE, HE INSTALLS A NEW HARD DRIVE....I TRYED TO TAKE THE HARD DRIVE, BUT THEY WOULD NOT LET ME...
I BELIEVE THE GOVERMENT RUINED MY HARD DRIVE SO THEY COULD RETRIEVE WHAT I WAS DOING ON THIS COMPUTER......I HAVE BEEN TOLD THAT ALL HARD DRIVES CAN BE CHECK FOR ALL INFORMATION SENT AND RECIEVED...
AND WHAT DID THEY FIND---NOTHING.....THEY WILL NEVER LEAVE ME ALONE....AND WHILE I'M IN BEST BUY, I HAD ALL KINDS OF PEPLE WATCHING ME, BRUSHING UP AGANIST ME AS I'M STANDING OR SITTING  ON THE STOOL, AS WHERE FIXING AND PROGRAMING THE COMPUTER BACK TO THE WAY IT WAS... AND THERES ALL KINDS OF ROOM AROUND ME, AND NOBODY TO BLOCK THESE PEOPLE, AND THEY JUST KEEP BRUSHING UP AGANIST ME.

BACK IN INCLINE VILLAGE....I BEGIN WALKING UP AND DOWN A ROAD NAMED LAKESHORE BLVD. IN INCLINE

Page 4 of 8

VILLAGE NEVEDA, IN LAKE TAHOE...
AGAIN I AM UNDER ALL KINDS OF SEVELLENCE, PEOPLE FOLLOWING ME AS I WALK THIS ROAD, CARS
SHOOTING OUT OF SIDE ROADS, PEOPLE DRIVING OUT OF SIDE ROADS WAITING FOR ME AS I WALK IN
FRONT OF THERE CARS, THERE LAUGHING AT ME, ACTING VERY PROVOKING..I JUST SHAKE MY HEAD AND
WALK ON...
I WOULD ALWAYS PARK MY VAN ON THE SHOULDER OF THE ROAD AT THE ENTRANCE OF LAKESHORE BLVD.
AT THIS CORNER INTERSECTION IS PARK BENCH AND A DRINKING FOUNTAIN..SAMETHING AT THE THE
OTHER END OF LAKE SHORE BLVD...
TO WALK FROM ONE END TO THE OTHER END, AND BACK.. THS TOOK APPROX. 1.75 HOURS..TOO WALK..
ONE DAY I MAKE THIS WALK, AND I COME BACK TO WHERE MY CAR IS.
I GO TO SIT ON THE BENCH, AND I SIT OUT IN THE SUN.
BUT THIS ONE DAY, I NOTICE A COUPLE OF SHERIFF DEPUTY PATROL CARS DOWN THE ROAD.
AS I'M SITTING WHERE I ALWAYS DO, MY MIND STARTS WONDERING, IS THIS ANOTHER SET UP, WITH THE
GOVERMENT... I'M HAVING A FEELING INSIDE, THAT SOMETHING IS NOT RIGHT...SO AS I AM SITTING IN THE
SUN AND SUNNING MYSELF, IN THE BEAUTIFUL SUNSHINE, BOTH THESE DEPUTY VEHICALS, DRIVE UP AND
PARKED BEHIND MY VAN AND THESE DEPUTYS ARE WALKING AT ME...
ONE DEPUTY ASKS ME IF THEY CAN TALK TO ME..I SAID SURE...
THEY START TELLING ME THAT THEY HAVE NOTICED MY VEHICAL PARKED HERE FOR SOMETIME NOW, FOR
THE PAST FEW WEEKS, AND HAVE NOTICED ME AROUND TOWN...THEY TELL ME THAT THIS HOUSE WAS
JUST BROKEN INTO.....
I SAID... YOU MEAN WHERE YOU WHERE JUST PARKED AT, DOWN THE ROAD THERE.. THEY SAID YES...
THEY ASK ME WHERE I AM STAYING,,, HOW LONG I HAVE BEEN HERE, WHY AM I HERE,,,THEY ASK ME IF I
HAVE A RECORD...I ANSWERD ALL QUESTIONS TRUTHFULLY AS I ALWAYS DO.....
THESE OFFICERS ASK ME WHATS THE WRITING IN DIRT ON THE REAR WINDOW OF YOUR CAR.....
WHICH STATES..
BEWARE..UNDER ATTACK BY SICO POLICE.
BEWARE THEY ARE ABOVE THE LAW.
AND THEY ARE SCUM..
THEY ASK ME WHATS THAT ALL ABOUT..
I SAID ITS JUST LIKE YOUR HERE NOW, TRYING TO INTIMADATE ME,,, AND TO FURTHER INSINUATE, THAT I
BROKE IN TO A HOUSE AND STOLE THINGS....
I SAID, I DEAL WITH THE SICKEST PEOPLE IN LIFE IN THE GOVERMENT THAT ALWAYS TRY TO SET ME UP...
I ALSO SAID TO THESE OFFICERS HERE WE GO AGAIN,,, JUST LIKE THEY DID TO ME IN ROANOKE VIRGINA,
WHERE I TRYED TO MOVE TO IN 1997
THESE OFFICERS ASK ME WHAT HAPPENED...
I TELL THESE OFFICERS, HOW SOME SICO SICK POLICE DETECTIVE SET UP A FALSE ROBBERY, WHEN I WAS
LIVING IN MY VAN, AND HOW THE FRANKIN COUNTY SHERRIF DEPT. IN VIRGINA CAME AFTER ME,, JUST LIKE
YOU ARE RIGHT NOW, AND HOW THEY TELL ME THAT I MUST OF DONE THE ROBBERY BECAUSE I AM LIVING
IN MY VAN,,, AND HOW I TOOK LIE DETECTOR TESTS, AND THIS SICO WOMEN NAMED NAN HUNT THAT TOOK
THE LIE DETECTOR TEST, FALISIFED IT, AND SAID I WAS GUILTY WITH FLYING COLORS..
I TELL THESE OFFICERS, I HAVE YOUR DETECTIVES COMMING INTO THE INCLINE VILLAGE REC CENTER
WHERE I WORK OUT AT, AND FUCKING WITH ME ALL THE TIME, I ASK THESE OFFICERS WHO SENT YOU OUT
HERE, ONE OF YOUR DETECTIVES, I TOLD THEM,,, YOUR DETECTIVES SENT YOU OUT HERE TO BUST MY
BALLS, AND TRY TO PROVOKE AND HARRASE ME...
THESE OFFICERS NODDED THERE HEADS,,, ACKNOWLDGE THIS STATEMENT THAT I JUST MADE, AND THEY
NEW, THAT I KNEW THAT THIS IS ANOTHER STADGED INCIDENT BY THE GOVERMENT OFFICALS...
THESE OFFICERS ASK ME IF I HAVE EVER BEEN ADMITED TO A HOSPITAL FOR MENTAL DISORDERS, I TELL
THEM YES... AND AGAIN HOW THE GOVERMENT FROM THE STATE OF MICHIGAN FALSEIFIED POLICE
REPORTS, HAD PEOPLE FALSIFY INCIDENTS REPORTS, AND HOW I'M LOCKED UP FOR IT, AND HOW I
DEMANDED A JURY TRAIL, AND HOW THE JUDGE TOLD ME I COULD PLEA BARGIN....AND I REFUSED, AND
BECASE I REFUSED TO PLEA BARGIN, I'M AGAIN CHARGED WITH CRIMES THAT I NEVER DID...AND HOW I
SPENT 30 DAY IN A EVALUATION MENTAL HOSPITAL, AND AT THE END OF THIS 30 DAY EVALUATION, IM
FOUND FIT TO STAND TRAIL, AND THEN ALL CASES ARE DISMISSED AGAINST ME.....THE BEATINGS THAT I
HAVE TAKEN BECAUSE OF THESE SICK SICO POLICE....
THE OFFICERS SAID NO MORE REGARDING THIS
BUT THE OFFICERS ASK IF THEY CAN LOOK IN MY VAN.. I SAID YES..
I ASKED THEM WHEN THIS ROBBERY HAPPENED
THEY SAID THIS MORNING..
I TELL THESE OFFICERS I HAVE BEEN ON THE COMPUTER SINCE 6 AM THIS MORNING AT THE REC CENTER,
AND TO CHECK WITH THE PEOPLE THERE. I AM ALWAYS AT THE REC CENTER AT THIS TIME EVERY
MORNING..

Page 5 of 8

I FURTHER MORE TOLD THESE OFFICERS THAT I HAVE ELECTONIC TRACKING DEVICES ON THIS VEHICAL,
AND THE GOVERMENT KNOWS WHERE I AM AT ALL TIMES....
I LET THE OFFICERS LOOK IN MY VAN..
THE OFFICERS TELL ME WHAT WAS STOLEN WAS TO BIG FOR MY MINI VANN.
THESE OFFICERS LEFT..

THEN BACK AT THE REC CENTER, WHEN I AM WORKING OUT, ONE OF THESE DETECTIVES WOULD LOOK
AWAY, AND WOULD NOT EVEN LOOK AT ME..
HE LOOKED TOTALLY ASHAMED OR HUMILIATED...AND HE NEW I WAS PISSED OFF...
IT WOULD HAVE BEEN NICE FOR HIM,, IF I WOULD HAVE BLOWN UP, OVER THIS DEAL. AND WENT OFF LIKE A
NUT BECAUSE OF ALL THE ABUSE I HAVE GONE THROUGH...
I WOULD HAVE BEEN ARRESTED, AND POSSIBLY SENT FOR A MENTAL EVALUATION...
THESE ARE TRULY THE SICKEST FORM OF LIFE THAT WALKS THE EARTH..
THEY STALK YOU, RAPING YOU OF YOUR PIECE AND JOY IN LIFE, THEY DO THIS, BECAUSE YOU REFUSE
THERE AGRESSION. AND YOU DO'NT ABIDE BY THERE RULES, EITHER YOU WORK AS A POLICE INFORMANT,
OR THEY WILL DESTROY YOU...I HAVE CURSED THESE POEPLE FOR BETTER THAN 15 YEARS...I NEVER
SPOKE A WORD TO EITHER ONE OF THESE DETECTIVES OR GOVERMENT OFFICAL WHILE I WAS AT THE
INCLINE REC CENTER FOR OVER 3 MOTHS....I REFUSE TO ASSOCIATE WITH THESE KIND EVER....

DURING THIS TIME OF ME GETTING ATTACKED BY THIS SICO SICK POLICE FORCE..
ANOTHER YOUNG BLOND HAIR GIRL SHOWS UP AT THE REC-CENTER, APPROX. 20-22 YEARS OLD..
THIS GIRL WOULD ALWAYS SHOW UP AT THE REC CENTER AFTER I GET THERE...FOLLOW ME AROUND IN
THE WORK OUT AREA, I  IGNORE HER BECAUSE I AM VERY LEARY OF WHO IT IS,,, SICO POLICE..
AFTER A WHILE OF THIS CONSTANTLY HAPPENING... I WOULD PULL INTO THE REC-CENTER PARKING LOT,
AND WAIT IN MY VEHICAL..THEN THIS GIRL WOULD DRIVE IN TO THE PARKING LOT, ALWAYS APPROX 15
MINUTES LATER..
SINCE THIS TIME, I TALKED  WITH HER TWICE, SHE SEEMED KIND OF NICE..
I ALWAYS GO TO RALLYS GROCERY STORE AND EAT IN THE DELI,  NOW THIS GIRL STARTS SHOWING UP ALL
THE TIME, I KIND OF IGNORE HER AGAIN...THIS IS ALWAYS THE SENIARIO, I GO TO RALLYS AND SHE IS RIGHT
BEHIND ME..AT THE DELI WHERE I AM EATING...THEN ONE DAY AT THIS DELI INSIDE THIS GROCERY STORE, I
WALK UP TO HER AS I AM USING THE TOASTER TO TOAST THE BAGELS ,  I START TALKING TO THIS GIRL, SHE
GETS A LITTLE NUTTY AND GOES OFF, MUMBLING SOMETHING, AND WALKS OFF...

I AM IN RALLEYS GROCERY STORE ALMOST EVERY NIGHT  AT 10 PM  AFTER WORKING OUT AT THE REC-
CENTER, AND HERE IS THIS GIRL AGAIN FOLLOWING ME AROUND.
ONE NIGHT SHE LOOKED REALLY DOWN AND DEPRESSED, I ASKED HER IF SHE WAS OK, AND IF THERE WAS
ANYTHING I COULD DO FOR HER...SHE AGAIN GETS ALL NUTTY, AND MUMBLES SOMETHING AND STORMS
OFF, I SAID TO MYSELF, THE GOVERMENT IS REALLY GOING TO TRY TO SET ME UP WITH THIS GIRL, SHE'S
GOING TO FILE A COMPLAINT AND I'M GOING TO GO TO JAIL AGAIN ON FALSE CHARGES...I SAID I WILL NEVER
TALK TO THIS GIRL AGAIN...AND WILL DO EVERYTHING TO AVOID HER...BUT AGAIN EVERYWHERE I WENT,
SHE SHOWS UP 15 MINUTES LATER..I STARTED TELLING MYSELF, I CAN LONGER LIVE HERE.. THERE SURLY
GOING TO BE SLAMMING ME IN A JAIL CELL, AGAIN ON FALSE CHARGES...

 I AM AT THE REC-CENTER AND TALKING TO CRISS WHO IS EMPLOYED THERE, THIS GIRL AGAIN WALKS IN
THE REC CENTER, I IGNORE HER, I AM AT THE FRONT DESK WHERE YOU CHECK IN AT, AND TALKING TO THIS
CRISS AS I STATED EARLIER, CRISS CHECKS PEOPLE FOR THERE MEMBERSHIPS.
 CRISS STARTS TALKING TO THIS GIRL...THEN SHE GOES DOWN STAIRS TO THE GYM.
CRISS THEN STARTS TALKING TO ME ABOUT THIS GIRL, HE KNOWS THIS GIRL HE SAYS, I TELL CRISS ABOUT
MY INCOUNTERS WITH THIS GIRL AND HOW SHE IS ALWAYS RIGHT BEHIND ME.. CRISS CLAIMS THIS GIRL
LIVES HERE, AND HAS BEEN FOR SOME TIME...
WHY ALL OF A SUDDEN DOES THIS GIRL SHOW UP AFTER I HAVE BEEN AT THE REC-CENTER FOR 3 MONTHS,
I NEVER SAW HER BEFORE, AND SHE SHOWS UP WHEN I AM BEING UTTERLY ATTACKED BY THE SICO
POLICE,  GOING THROUGH MY LOCKER AT THIS REC--CENTER, MY TIRES THE AIR IS LEFT OUT OF THEM,
THERE TAKING OIL OUT OF MY VEHICAL, GOING THROUGH MY VEHICAL.
 THIS GIRL WAS INFACT PART OF A PLAN TO INTIMADE AND PROVOKE ME... AND SOMEHOW BUST ME,, AND
PUT ME IN A JAIL CELL..

NOW WHEN I AM GETTING READY TO LEAVE LAKE TAHOE, BECAUSE OF ALL THIS NON-SENSE GOING ON..
I AM AT THE LAUNDRY MAT DOING MY LAUNDRY, WHILE THE LAUNDRY IS BEING WASHED, I AM WASHING THE
INTERIOR OF MY MINI VANN..
I AM BEING WATCHED AS ALWAYS..

Page 6 of 8

I HAVE MY VAN BACKED IN AND THE TAIL GATE OPEN, I WAS SRUBBING THE FRONT DRIVERS SIDE FLOOR CARPET...TRYING TO CLEAN OIL SPOTS IN THE FLOOR WHERE THE SOMEONE WENT INTO MY VAN, AND LOOSENED THE CAP ON THE OIL BOTTEL THAT I HAD UNDERTHE DRIVERS SEAT.....
NOW I'M IN THE BACK CLEANING MY REAR TAIL GATE AREA OF THE MINI VANN..
A YOUNG MAN IN GOLD MERCEDES BENZ PULLS RIGHT NEXT TO ME..THIS MAN GETS OUT OF HIS CAR, AND IS ACTING VERY INTIMIDATING, ACTING LIKE A REAL BIG SHOT.. ACTING LIKE A REAL TOUGH MAN...LOOKING AT ME LIKE I'M A PIECE OF SCUM....HE WALKS AROUND THE BACK OF MY CAR, AND SNICKERS, AND WALKS TO THE OTHER SIDE, I SAY HERE WE GO AGAIN, THE SICO POLICE IS HERE.. HE JUST STARES ME DOWN..I JUST WORK ON MY VAN, AND THIS MAN JUST STANDS THERE WATCHING ME FOR A WHILE, THEN THIS MAN LEAVES, HE IS TALL AND SLIM...APPROX. 30-34 YEARS OLD...
HE LOOKS LIKET THE SICO FATURNITY ORDER OF POLICE THAT I HAVE HAD CASING ME IN MICHIGAN....DRIVING THE SAAME KIND OF VEHICAL, AND DRESSING AND LOOKING THE SAME.....

NOW A FEW DAYS LATER WHEN I'M LEAVING LAKE TAHOE, I FIND SOMEONE HAS BROKEN INTO MY CAR, AND POURED DIRTY MOTOR OIL IN THE DRIVERS SIDE FLOOR, IN THE AREA I JUST CLEANED AT THE LAUNDRY MAT.....
I MEAN THIS IS BLACK DIRTY ENGINE OIL..AND SOMEONE UNLOCKED MY VEHICAL, AND POURED DIRTY ENGINE OIL ALL OVER THE DRIVERS SIDE CARPETING...I AM ENRAGED.... I AM SMOKING MAD RIGHT NOW.... AGAIN ITS THE SICO SICK POLICE THAT DESTROY EVERYTHING I OWN..EVERTHING...

ALSO,, DURING MY STAY IN TAHOE, I CHANGED MY OWN MOTOR OIL, I PUT IN CASTROL GTX 20-50 WEIGHT... ONE TIME..I STOPPED JUST FOR THE HECK OF IT WHEN I WAS IN SOUTH TAHOE WHEN I WAS BUYING MORE OIL AT THE K-MART..FOR RESERVE OIL...
WHEN I CHECKED THE OIL. I WAS DOWN A FULL QUART OF OIL...I CAN'T BELIEVE THIS....I PUT IN ANOTHER QUART AT THIS TIME...I CHECKED FOR LEAKS AND THERE IS NONE, I CHECKED THE ODOMETER, AND I ONLY HAVE 500 MILES ON THIS OIL CHANGE..I SAY TO MYSELF, DID THEM SICK SICO POLICE DRAIN MY OIL, WHILE I WAS SLEEPING...I PUT A QUART OF OIL IN, I DRIVE ANOTHER 2500 MILES, AFTER THIS.. I CHECK THE MOTOR OIL EVERY FILL UP, AND AT THE END OF THESE 2500 MILES THIS CAR BURNED NO MOTOR OIL..SOMEONE DID DRAIN MY MOTOR OIL..I ALWAYS PURCHASE THE SINGLE 5 QUART BOTTLES OF CASTROL OIL....SO I DID NOT FORGET TO PUT IN A QUART OF OIL....AND I HAVE RECIEPTS PROVING THIS...THIS IS AGAIN THE SICO GOVERMENT DESTROYING EVERTHING I OWN....AND THEY WILL DO THIS UNTIL THEY KILL ME... OR I FINIALLY EXPLODE AND POSSIBLY KILL SOMEONE OR SEVERLY HURT SOMEONE...

ON A PREVOIUS OIL CHANGE I CHECKED THE OIL, AND I WAS DOWN A LITTLE LESS THAN A HALF QUART OF OIL, I PUT OIL IN MY CAR, AND I PUT THE LEFT OVER QUART UNDER MY DRIVERS SEAT, I REMEMBER MAKING THE TOP TO THE BOTTLE REAL TIGHT. I WANTED NO LEAKS IN THE CAR...
AFTER A COUPLE OF WEEKS OR SO, I SEE THAT OIL IS LEAKING ALL OVER MY DRIVERS SIDE CARPET. I GET THE BOTTLE OUT, AND SOMEONE HAS LOOSENED THE CAP, THE FRIGGIN CAP IS HALF UNSCREWED...SOMEONE WENT INSIDE MY CAR LIKE THEY ALWAYS DO, AND LOOSED THIS CAP TO THE BOTTLE....THIS IS THE OIL I WAS CLEANING UP, WHEN I WAS AT THE LAUNDRY MAT, WHEN THE MAN CAME PULLING IN HIS GOLD MERCEDEZ BENZ...
THEN WHEN I GET IT ALL CLEANED UP, SOME SICK--SICK, GOVERMENT POLICE FORCE, POURS DIRTING MOTOR OIL IN MY DRIVER SIDE FLOOR CARPET, ALMOST IN THE SAME SPOT WHERE ALL THIS CLEAN MOTOR OIL DRIPPED OUT AT...

I CAN NOT GET THIS DIRTY MOTOR OIL TO COME OUT...

AS I HAVE STATED MANY TIMES AS YOU HAVE RED...THESE ARE THE SICKEST FORM OF LIFE THAT LIVE ON THE FACE OF THIS EARTH....THEY ARE ABOVE THE LAW, AND UTTERLY TRUE GOVERMENT TERRORISTS...

NOW AT A GAS STATION THAT I GO TO. I PULL IN TO GET A SODA POP..I SEE THIS BLACK SUBURBAN STYLE TAHOE TRUCK PULL IN AFTER I'M THERE... LIKE THE ONE THAT ABOUT RAN ME OVER IN THE PARKING LOT WHEN THEY WHERE STEALING MY ENVELOPE FULL OF PAPER WORK..AT THE REC CENTER...
MAN JUMPS OUT OF THIS VEHICAL, AND WALKS OFF AT A HIGH RATE OF SPEED, I HAD TO TURN BACK AND TALK TO THE CASHIER, AND I LOST SITE OF THIS MAN... I WALK OUT TO THIS BLACK SUBURBAN, I NOTICE ITS JUST LIKE THE ONE THAT ABOUT RAN ME OVER, BUT IT HAD DIFFERENT WHEELS ON IT. I LOOKED IN THE WINDOWS, THEN I HERE SOME ONE ASK ME IF THEY CAN HELP ME,, THIS GUY IS LAUGHING AT ME AND ACTING VERY PROKING, ALMOST LIKE I'M A JOKE, HE ASKS ME WHAT I WANT.
I SAID... I HAD A SCUM SUCKIN LOW LIFE AT THE REC CENTER ALMOST RUN ME OVER IN A VEHICAL LIKE THIS, BUT YOU HAVE DIFFERENT WHEELS ON YOURS TRUCK HERE..
THIS GUY REPLIES, WHAT ARE YOU GOING TO DO.. BEAT HIM UP, ARE YOU GOING TO KICK HIS ASS..HE IS

Page 7 of 8

ACTING REALY INTIMADATING, AND IS RIGHT IN MY FACE
I SAID NO, THATS WHAT THESE NIGGERS WANT ME TO DO.. BUT I WAS WONDERING IF YOU WHERE ONE OF
THESE NIGGERS,, FOLLOWING ME AROUND, TRYING TO PROVOKE ME..
THIS GUYS FACE WENT TO COMPLETE GUILT, AND HE LOOKED DOWN AS IF HE WAS COMPLETLY ASHAMED
OF HIMSELF, THE WITH-IN SECONDS, HE REGAIN HIS COMPOSURE, LOOKED UP AT ME, AND STARTED UP
AGAIN, TELLING ME GOOD LUCK TO YOU.. AND YOUR TRAVELS....I SAID YEA, YOU ARE ONE OF THEM
NIGGERS, HE NODDED HIS HEAD IN THE YES POSTION AND TURNED AWAY WALKING LAUGHING AND SAYING
GOOD LUCK TO YOU.....
I LEFT JUST SAYING THESE SCUM ARE EVERYWHERE.....THE GOVERMENTS FINEST, SICOS......

AS THE LONGER I STAYED THERE IN TAHOE, AND THE DIFFERENT BARS THAT I WENT TO, TO SHOOT POOL..
 THE SICO POLICE ALREADY HAD A POLICE FORCE OF INFORMANTS WAITING FOR ME...THEY HAD BOTH
MALE AND FEMALE, I HAD WOMEN  HUGGING ME AND COMMING ON TO ME.. I'M THINKING TO MYSELF, IF I
WAS TO GO OUT WITH SOME OF THESE GIRLS, AND HAVE SEX WITH ONE OF THEM, WOULD THESE LOW LIFE
POLICE POSSIBLE STAGE A RAPPING AND I WOULD BE GOING OF TO JAIL. I EVENTUALLY STOPPED GOING TO
MANY OF THESE PLACES.
THEN AFTER A WHILE THESE PEOPLE WHERE COMMING FROM THESE OTHER BARS, FROM THE OTHER SIDE
OF LAKE TAHOE TO WHERE I WAS...THIS WENT ON CONSTANTLY,,THEY JUST KEEP STALKING ME...

I LEFT TAHOE BECAUSE I KNEW EVENTUALLY, I WOULD BE GETTING IN TROUBLE WITH THE LAW, AND I WANT
NO PART OF THESE SICK SICO POLICE...
ITS THE FATURNITY ORDER POLICE AND THE FATURNITY ORDER  OF SHERRIFF ASSOCIATION,,, AND I
BELIEVE THE STATE ATTORNEYS OFFICE....AND THERE WACKO DETECTIVES...

I LEFT AND DROVE TO CALIFORNIA.

BEFORE I LEFT TAHOE, I WAS USING THE PAY PHONE AT THE REC CENTER, I WAS CALLING ON A PASSPORT,
CALLING ON INSURANCE FOR MEXICO, AND CALING THE MEXICAN EMBASSYS TO GET INFORMATION ON THE
VEHICAL PERMIT, AND TOURIST CARD I NEED, TO TRAVEL LEGALLY IN  MEXICO... I'M MAKING PLANS FOR MY
NEAR FUTURE,  AND SINCE THIS PHONE IS WIRE TAPPED BECAUSE I AM USING IT...THESE POLICE OFFICALS
AND THERE GOVERMENT, KNOW WHERE I'M HEADING

AND THEY WHEE WAITING FOR ME...

Real 6

I LEAVE INCLINE VILLAGE IN LAKE TAHOE, BECAUSE OF THE ATTACKS I HAVE ENCOUNTER THERE, AND THE FEAR OF BEING LOCKED UP AGAIN...ON FALSE CHARGES...

I HAVE MADE SEVERAL CALLS FROM THE INCLINE VILLAGE REC CENTER IN NEVEDA, AND BECAUSE OF THE WIRE TAPS, THE GOVERMEN KNOWS I AM LEAVING FOR MEXICO, ON FRIDAY THE 14TH OF OCTOBER...

I GO TO CALIFORNIA UNTIL I LEAVE FOR MEXICO.

I AM IN OCEANSIDE AND CARLSBAD CALIFORIA  AND THE SURROUNDING AREA....

I JOIN THE 24 HOUR FITNESS CENTER, TO WORK OUT AND TAKE SHOWERS...AS I AM CAMPING IN MY VAN...

I AM GOING TO THE FED-X-KINKOS IN OCEANSIDE CALIFORNIA, TO WORK ON THE COMPUTER...

AT BOTH KINKOS AND 24 HOUR FITNESS I AM BEING WATCHED, AND PEOPLE TRYING TO TALK TO ME...
I DO EVERYTHING TO AVOID PEOPLE, BECAUSE I KNOW WHAT THESE GOVERMENT POLICE ARE LIKE...

ONE DAY I COME INTO FED-X KINKOS, THERE IS A MAN THERE, ALREADY ON HIS LAP TOP, I HAVE NEVER SEEN THIS MAN EVER THERE BEFORE..
HE STARTS TALKING TO ME REAL NICE AND SWEET...AND ASKS ME HOW I'M DOING..I KNOW THIS IS A GOVERMENT OFFICAL/POLICE....

I TELL HIM ITS ANOTHER DAY, I GUESS DEALING WITH THE LOW-LIFE ASSHOLES,, THIS MAN CHOKES UP...THEN HE STATES, WELL, WHY DO'NT YOU TELL THIS ASSHOLE WHAT HE WANTS TO KNOW, HE TELLS ME I AM ENTITLED TO A LOT OF MONEY, AND I MEAN A LOT OF MONEY....HE STARES ME DOWN, I JUST SHAKE MY HEAD AND IGNORED THIS MAN, HE TRYED TO FURTHER TALK TO ME BUT,, I JUST IGNORE HIM...

THIS MAN GETS UP AND LEAVES AFTER ABOUT 10 MINUTES, WHEN HE LEAVES, HE GOES TO THE MAN ON THE FLOOR THAT WORKS AT FED X KINKOS AND TALKS TO HIM.. YOU CAN TELL THEY ARE TALKING ABOUT ME, I GO OUT SIDE AND ACT LIKE I AM GETTING THINGS OUT OF MY CAR, AS I WANT TO GET HIS LICENSE PLATE NUMBER...

ONLY ONE OTHER TIME I SEE THIS MAN AFTER THIS FIRST OCCASION, THEY KNOW WHAT TIME I GO TO FED X KINKOS, AND THIS MAN IS ALREADY THERE, I WORK WITH 8AM EASTERN STANDARD TIME, WHICH IS 5 AM PACIFIC STAND TIME....
THIS MAN TRYED TO BE FRIENDLY TO ME AGAIN, BUT I IGNORED HIM AGAIN....NEVER SAW HIM AGAIN...

AS I AM GOING TO 24 HOUR FITNESS, I AM BEING WATCHED, I HAVE PEOPLE APPROACHING ME IN THE WHIRPOOL, AND POOL AREA  EVERYDAY..AND IN THE GYM  ROOM.
AFTER A WHILE, I AM APPROACHED BY A MEXICAN,, THIS MAN IS TRYING TO GET ME TO TALK, THIS IS ANOTHER UNDER COVER POLICE OR AN INFORMANT..
AFTER A WHILE HE STARTS TELLING ME HE DID TWO AND A HALF YEARS IN PRISON, BECAUSE THE FEDS SET HIM UP ON A DRUG CHARGE..HE TELLS ME HE GOT CAUGHT WITH 5 GRAMS OF COCAINE...AND THAT HE WAS SET UP....I SAID TO MYSELF HERE WE GO AGAIN. ANOTHER GOVERMENT SICO SICK  MIND TRIP GAME...

AT THE NEAR END OF MY 2 WEEK PASS AT 24 HOUR FITNESS, THIS MAN WAS CONSTANTLY ON ME EVERY TIME I WENT TO 24 HOURS, HE WOULD SHOW UP AFTER I DID. HE HAD A STORY THAT HE LIVED IN SAN-DIEGO AND WAS TAKING CARE OF HIS MOTHER IN OCEANSIDE...

ANOTHER MAN THAT WAS STALKING ME  IN THE BASKETBALL GYM, HE WAS ALWAYS TRYING TO GET ME TO TALK, HE ASKING ME ABOUT WHAT DO YOU THINK ABOUT  FEMA, THE HURRICANE DISASTOR GOVERMENT AGENCY, I ASKED HIM WHAT DO YOU MEAN, THIS MAN TELLS ME HE KNOWS A MAN THAT FEMA PAYED HIM A LOT OF MONEY FOR SOME KIND OF FOREST FIRE THAT BURNT PART OF HIS HOUSE DOWN, AND THAT THIS MAN NOW LIVES IN A HOUSE FREE AND CLEAR, AND THAT FEMA PAYED HIM TO MUCH, HE STARTS TELLING ME I COULD BE IN A POSTION TO RECIEVE 200 TO 300 THOUSAND DOLLARS FROM FEMA....I SAID WHAT THE HELL ARE YOU TALKING ABOUT, I OWN NO HOME AND I SURE AM NOT LOOKING TO BUY ONE EITHER, I KNOW THIS IS SOME KIND OF GOVERMENT IDIOT.
TO SEE IF I WILL TAKE MONEY FOR THE PAST GOVERMENT BEATINGS I HAVE TAKEN...THIS MAN JUST KEPT ON TALKING STUPID....FINALY HE LEFT AFTER HE RECIEVED SOME PHONE CALLS ON HIS CELL PHONE. THIS MAN TELLING ME GOOD LUCK TO YOU...GOOD LUCK TO YOU.....
AFTER THIS INCIDENT, I NEVER SAW THIS MAN AGAIN...

Page 1 of 3

ANOTHER MAN WHICH WAS STALKING ME, WHICH WAS WAITING FOR ME EVERYTIME I WENT TO THE SHOWERS AT THE END OF THE WORK OUT.  THIS MAN DID EVERYTHING TRYING TO PROKE ME...I WOULD DO EVERYTHING TRYING TO IGNORE HIM, HE JUST KEEP ASKING ME QUESTIONS AND TRYING TO GET ME TO TALK, I FINALY SAID, WHICH ONE ONE OF THE SICO POLICE AGENCYS ARE YOU WORKING FOR, THIS MAN ACTING VERY INTIMADATING, SAYS  THE POLICE, WHAT ARE YOU TALKING ABOUT...I AM NO POLICE,,, I SAID YEA RIGHT, YOU EXPECT ME TO BELIEVE THAT...

I NEVER SAW THIS MAN EVER IN THE WORK OUT GYM, THE BASKETBALL GYM OR THE POOL AREA, THE ONLY PLACE I EVER SAW HIM WAS IN THE SHOWER AREA OR THE LOCKER ROOM...

I  ASKED HIM WHERE HE WAS FROM, HE TELLS ME HE IS FROM SAN DIEGO....I SAID YEA, YOU ARE PARNTERS IN CRIME WITH SOME OTHERS HERE THAT ARE SO CALLED FROM SAN DIEGO...I SAID YOU ARE THE SICO POLICE... THIS MAN LOOKS LIKE HE WANTS TO KILL ME....
I DID EVERYTHING TO IGNORE THIS MAN, EVERYTIME I SAW HIM, BUT HE WAS ALWAYS IN THE LOCKERROOM OR SHOWERS, WAITING FOR ME, TRYING TO INTIMIDATE ME....ALWAYS TALKING TO ME...WHY DOES HE KEEP ON TRYING TO TALK TO ME, WHEN I ACUSE HIM OF BEING THE SICO POLICE... BECAUSE HE WAS...HE WAS WNTING ME TO POSSIBLY ASSULT HIM, SO I CAN BE CHARGED WITH ANOTHER CRIME...

WHEN I WENT TO THE BOTTOM OF THE BAHA PENISULA IN MEXICO, I SAW THIS SAME MAN DRIVING A SILVER SUV STYE VEHICAL.. WHEN HE MADE A MOTION IN HIS VEHICAL, HE DID THIS SO I WOULD LOOK AT WHO WAS DRIVING, HE DID THIS BECAUSE HE WANTED ME TO SEE HIM.
AND WE MADE EYE CONTACT, HE ACTED VERY INTIMADATING, LAUGHING AT ME, AND ACTING STUPID, AS HE KNOWS I SEE HIM.....I JUST SAID YEA, HERE WE GO AGAIN WITH THE SICK AND SICO GOVERMENT. THEY JUST NEVER LAY OFF...

OTHER ENCOUNTES I HAD AT THE 24 HOUR FITNESS CENTER ARE WHEN I GO TO THE WHIRLPOOL...
ONE MAN TELLING ME HE WENT TO SCHOOL IN GAINSVILLE FLORIDA, AT UNIVERSITY OF FLORIDA...
THIS MAN ASKING ME ALL KINDS OF QUESTION, ASKING ME HOW I WANT TO LIVE AND SO ON...
I TOLD THIS MAN I WANT TO LIVE LIKE A KING....HE SAYS ALRIGHT.....THATS GOOD...
I WAS GOING TO ASK HIM, IF THE FLORIDA STATE GOVERMENT SENT HIM TO MAKE A OFFER TO ME, BUT I SAID NOTHING..
THERE WAS ANOTHER MAN THERE AT THIS TIME, AND HE WAS IN WHIRPOOL IN THE PAST AND FUTURE SINCE THIS ONE OCASSION.. HE WAS ALWAYS IN THE WHIRPOOL AREA WHEN I WENT THERE, BUT WAS NEVER IN THE GYM, OR ANYWHERE ELSE.
 THE GOVERMENT THAT SET UP THESE MIND GAMES HAD THE SAME PEOPLE IN THE SAME AREA OF THE GYM FACILITY, ALL THE TIME STALKING ME...

THIS MAN THAT WENT TO COLLEGE IN FLORIDA TELLING ME HE HAS TO LEAVE CALIFORNIA, AND IS MOVING TO ARIZONA. THAT HE CAN'T AFFORD TO LIVE IN CALIFORNIA...HE ACTING VERY STRANGE......I JUST ASK MYSELF WHAT KIND OF MIND TRIP GAME ARE THESE PEOPLE PLAYING..

I ONLY SEEN THIS MAN ONCE FROM FLORIDA UNIVERSITY....

WHEN I AM LEAVING FOR MEXICO ON FRIDAY EVENING OCT 14TH 2005
I  HAVE A BUCH OF DIRTY LAUNDRY I NEED TO WASH...

I STOPPED AT THIS LAUNDRY MAT.. THERE ARE TWO MEN THERE DOING LAUNDRY...
I STARTED THE LAUNDRY, I ASKED ONE OF THE GUYS WHERE I COULD GO TO GET MONEY FROM AN  ATM MACHINE...
I GO TO MONEY MACHINE ON COURNER..
I COME BACK, AS I AM WAITING, THE MAN THAT TOLD ME WHERE THE ATM MACHINE WAS, STARTED TALKING...
AFTER WE TALK FOR A WHILE, THIS MAN TELLS ME HE HAS BEEN BUSTED FOR USING DRUGS, AND THE OCEANSIDE POLICE ARE AFTER HIM..
HE TELLS ME HE HAS DONE 90 DAYS FOR DRUGS, HE TELLS ME HE IS CLEAN NOW...HE TELLS ME THE POLICE ARE BUSTING HIS BALLS BECAUSE THEY WANT A NAME, AND HE SAID HE WILL NOT GIVE UP HIS DRUG DEALERS NAME...THIS MAN TELLS ME, HE HAS A OLDER BROTHER WHO IS A FBI AGENT... THEN HE KEEPS TELLING ME THE POLICE WANT A NAME, THE POLICE WANT A NAME...
I SAID TO MYSELF, YEA- HERE WE GO AGAIN... THE SICO SICK GOVERMENT IS STALKING ME,  THEY ARE WAITING FOR ME TO DO THE LAUNDRY BEFORE I LEFT FOR MEXICO...I LISTENED TO HIM TALK MORE, HE

Page 2 of 3

ASKS ME HOW THE POLICE ARE TREATING ME, ARE THEY LEAVING YOU ALONE SINCE YOU HAVE BEEN HERE, HE IS ACTING VERY INTIMMADATING...AND LOOKING AT ME REAL STERN...

I GO TO MY LAUNDRY MACHINE NOW, AND TRY TO IGNORE THIS MAN, AND HE KNOWS THAT I KNOW, WHO HE IS.
AT THIS TIME 2 OTHER GUYS AND ONE WOMAN WHO ARE DRINKING COME IN THE LAUNDRY MAT.. I AM FOLDING MY CLOTHES AS FAST AS I CAN, TRYING TO GET AWAY FROM THESE PEOPLE, THEY ARE TRYING TO GET ME TO TALK, THEY ARE NOT DOING ANY LAUNDRY, THIS WOMAN IS FOLLOWING ME EVERYWHERE, BACK AND FORTH TO MY MINI VAN AS I LOAD MY LAUNDRY, SHE IS ASKING ME WHERE I AM GOING, AND IF SHE CAN GO... THIS MAN THAT TOLD ME HIS BROTHER IS A FBI AGENT, GETS HIS LAUNDRY AND JUMPS IN HIS OLD FORD PICK-UP TRUCK AND TAKES OFF, I AM STARRING HIM DOWN, AND HE WAS ACTING VERY GUILTY, AND HE KNEW THAT I KNEW I WAS BEING SET UP... THESE TWO MEN AND ONE WOMAN WHERE CRAWLING ALL OVER ME....

ANOTHER ENCOUNTER WHERE THE SICK POLICING GOVERMENT IS STALKING ME...

I LEAVE AND DRIVE TO THE BOARDER OF MEXICO....I DRIVE THROUGH, I AM FEELING VERY UP TIGHT AS I GO INTO MEXICO.. I DRIVE THROUGH THE BOARDER AND SEE NO MEXICAN BOARDER PATROL. I STOP AND EAT A BURGER KING THAT I BOUGHT... I AM LOST AND I CAN'T READ THE SPANISH, BECAUSE I DO'NT SPEAK SPANISH....I ASK A MEXICAN IF HE SPEAKS SPANISH, HE GIVES ME DIRRECTIONS TO GET TO THE MEXICAN EMBASSY WHERE I CAN GET MY VEHICAL PERMIT AND TOURRIST CARD... THIS IS A 24 HOUR MEXICAN OFFICE I AM TOLD...
WHEN I GET THERE THERE, A WHITE FORD PICK UP TRUCK PULLS UP WHEN I DO, THERE IS A MEXICAN DRIVING THIS VEHICAL, AND LOOKING REAL MEAN AND TOUGH AT ME. THIS VEHICAL HAS CALIFORNIA PLATES.
ITS 12:10AM ON SATURDAY OCT 15TH 2005.. I WALK TO THE BUILDING BUT IT IS CLOSED, MEXICANS INSIDE TELL ME OFFICE IS CLOSED, AND THEY JUST CLOSED AT MIDNIGHT.... I WAS TOLD THIS IS A 24 HOUR EMBASSY...
I WALK AWAY, I SEE THIS MEXICAN WATCHING EVERY MOVE I MAKE, WHO IS IN THIS WHITE FORD PICK UP... I WALK UP TO HIS VEHICAL AND TRY TO TALK TO HIM. HE IS ACTING VERY RELUCTANT TO ROLL THE WINDOW DOWN... HE IS LOOKING AT ME REAL MEAN AND TOUGH LIKE, I KNOW HE IS SOME KIND OF AMERICAN/MEXICAN POLICE...

I ASK HIM QUESTIONS, AND AFTER A LITTLE CONVERSATION,, THIS MAN ACTS COMPLETLY DIFFERENT, AND ACTS FREINDLY, HE ASKS ME QUESTIONS WHERE I'M GOING AND WHAT I'M DOING IN MEXICO...
I ASK HIM WHERE HE IS FROM AND WHAT IS HE DOING DOWN HERE WITH CALIFORNIA PLATES...HE TELLS ME HE IS WAITING ON HIS BROTHER, AND THAT HE LIVE IN THE SACREMENTO CALIFORNIA AREA...
HE STARTS QUESTIONING ME ABOUT CROSSING THE BOARDER...HE ASKS ME IF I SEEN THE LIGHTS THAT ARE GREEN AND RED BEFORE CROSSING THE BOARDER... I SAID,, I SAW NOTHING,, AND I THOUGHT THIS WAS REALLY STRANGE THAT THERE WAS NO MEXICAN GATE TO CROSS. HE TELLS ME ITS NOT LIKE CROSSING INTO AMERICA..
THIS MAN TELLS ME I WAS TO STOP IF THE LIGHT WAS RED, AND A MEXICAN BOARDER PATROL OFFICER WANTED TO SEE ME AND TALK TO ME, AND POSSIBLY SEARCH THE VEHICAL.
I SAID TO MYSELF, YEA THIS IS THE AMERICAN/MEXICAN POLICE THAT KNEW IS WAS CROSSING THE BOARDER TONIGHT..

THIS MANS BROTHER SHOWS UP, AND HE DRILLS ME FULL OF QUESTIONS... THEY TELL ME I CAN GET A ROOM AROUND HERE, TO SPEND THE NIGHT..
I TELL THEM I AM STAYING IN MY VAN...
THEY TELL ME THEY WILL TALK TO THE SECURITY AT THE EMBASSY, AND I CAN SLEEP OUT SIDE OF THE EMBASSY...
AND THATS WHAT I DO...

NEXT MORNING, I HAVE TO PULL INSIDE THE GATE AT THIS EMBASSY..
I PARK AND GO INSIDE TO GET VEHICAL PERMIT AND TORRIST CARD FOR TRAVELING IN MEXICO..
I WAS SAYING TO MYSELF, I BET THEY ARE GOING THROUGH MY VAN LOOKING TO SEE IF I'M TRAVLING WITH LARGE SUMS OF MONEY...

Pag 3 of 3

I AM NOW IN MEXICO, I DRIVE APPROX. 16,000 MILES AS I AM IN THIS COUNTRY....

I WILL FAST FOWARD THIS DOCUMENTION TO WHEN I REACH CANCUN MEXICO..WHERE I AM ATTACKED RELENTLESSLY AGAIN BY THE SICO GOVERMENT AND UNDER COVER POLICE...

I AM WORKING ON THE INTERNET, AND GOING TO DOWNTOWN CANCUN EVERYDAY..

AS I AM GOING TO DOWNTOWN CANCUN USING THE INTERNET COMPUTER PLACES THERE, THERE ARE PEOPLE SITTING OUT IN THE SIDEWALK AREA IN FRONT A COFFEE HOUSE NAMED LUCY'S...

THESE PEOPLE ARE OF AMERICAN AND MEXICAN DESENT, THEY ALWAYS ACT VERY NICE, AND TALK TO ME AS I WALK BY.
I AM WONDERING IF THESE ARE GOVERMENT PEOPLE, ON THE WAY THEY APPROACH ME, AND ARE ALWAYS TRYING TO GET ME TO STOP AND TALK TO THEM..

I AM IN CANCUN MEXICO FOR APPROX. 4 WEEKS..

EVENTUALLY I START ASSOCIATING WITH THESE PEOPLE, AS THEY ARE REALLY NICE...

THERE IS A MAN NAMED PETER, HE CLAIMS HE IS 40 YEARS OLD, HE SAYS HE IS FROM COLORADO, AND IS IN CANCUN, BECAUSE OF HIS DADS CONDO IN THE HOTEL ZONE IN CANCUN, THAT WAS HIT BY THE HURRICANE,, THAT HIT THEM IN 2005. HE FUTHER CLAIMS HE OWNS A  SNOW PLOWING BUSSINESS AND LANDSCAPING BUSSINESS IN COLORADO....HE FUTHER CLAIMS HE USE TO TRADE FOREX, AND DEAL IN SOME OF THE COMODITIES EXCHANGES...I HAVE ASKED THIS MAN FOR HIS DRIVERS LICENSE TO SEE HIS NAME AND TO SEE IF HE IS FROM COLORADO, HE WOULD NEVER BE CARRYING HIS DRIVERS LICENSE...AND HE CLAIMS THIS VEHICAL HE IS DRIVING IS A RENTAL CAR..I ALWAYS SEE HIM WALKING.....THINGS DO'NT ADD UP HERE...

I KNOW THERE IS SOMETHING VERY FUNNY ABOUT THIS MAN, AND I'M SURE HE IS SOME KIND OF GOVERMENT EMPLOYEE/OFFICAL OR POLICE.

ALL OF THESE PEOPLE ARE FRIENDS WITH THE MAN WHO OWNS THE COFFEE HOUSE NAMED LUCYS...MAN WHO OWNS COFFEE HOUSE IS FROM WASHINGTON STATE, AND HIS NAME IS STEVE, I DO'NT HAVE HIS LAST NAME...

THEN THERES A MAN NAMED JAMIL, HE IS REALLY NICE TO ME, TAKES ME TO PLACES AND BUYS ME FOOD AND ICE CREAM ALL THE TIME, HE WOULD BUY ME ICE COFFEE'S AT THIS COFFEE HOUSE, HE IS BEING OVERLY NICE, AND YOU KNOW HE IS SOME KIND OF TEAM PLAYER IN THE GOVERMENT..

THEN THERES A MAN WHO'S NAME I CAN'T REMEMBER, HE CLAIMS HE WORKS FOR THIS HUGE CORPORATION, AND HE'S HERE OVER SEEING THE REBUILD ON A HOUSE IN THE HOTEL ZONE THAT WAS DAMAGED IN THE HURRICANE, THIS MAN FUTHER CLAIMS HE IS A SILIENT PARTNER WITH STEVE IN THIS COFFEE HOUSE...

THERES ANOTHER MAN WHO I ALSO FORGOT HIS FIRST NAME, HE CLAIMS HE SELLS ICE CREAM TO THE HOTELS AND HAS RENTAL PROPERTY. IN THE AREA..THIS MAN HAS GREY AND WHITE HAIR.
AFTER I WAS ALMOST KILLED IN GALVESTON TEXAS, ON FEBUARY 4TH 2006..AND I LEFT TEXAS, I WAS IN CARLSBAD CALIFORNIA, AND I WAS AT THE POST OFFICE THERE, WHILE I'M THERE HERE IS THIS SAME MAN, HE IS LOOKING AT ME, AND LOOKING VERY MUCH LIKE HE WANTS TO TALK TO ME.. I JUST LOOKED AT HIM, AND I AM REALLY PISSED OFF.....I JUST WALKED AWAY FROM THIS MAN......AND DRIVE OFF.. THE RELENTLESS POLICE, THEY NEVER STOP...NEVER SAW HIM AGAIN...

THEN THERES JAMILS FRIEND WHO CLAIMS TO BE FROM MERIDA MEXICO..JAMIL WOULD CONSTANTLY BE TELLING ME WHAT A DRUNK HE USE TO BE, AND CARRY ON ABOUT THIS MANS PAST. THIS WAS VERY STRANGE..

NOW THIS PETER WAS ASKING ME WHERE I SHOWER AT.... I TELL HIM I JOINED THE A HEALTH CLUB HERE IN CANCUN AND AM WORKING OUT, AND I SHOWER THERE, AND AT A MARINA/BAR RESTURANT..IN THE HOTEL ZONE....

I JOINED A HEALTH CLUB CALLED "CLUB ALBATROS" IN CANCUN, I GOT, I BELIEVE A THREE QUARTER  MONTH

PASS, IT EXPIRED ON DECEMBER 15TH 2005..

AS I AM GOING TO THIS HEALTH CLUB, THE SAME NONSENSE THAT HAPPENED IN LAKE TAHOE AND 24 HOURS FITNESS IN OCEANSIDE CALIFORNIA STARTED HAPPENING....I WOULD PUT MY GYM BAG IN A LOCKER, AND LOCK MY LOCKER.. THEN AFTER MY WORK OUT, I WOULD GO TO MY LOCKER, I WOULD FIND THAT SOMEONE MOVED ALL MY STUFF TO ANOTHER LOCKER IN ANOTER ROW OF LOCKERS...THIS WENT ON CONSTANTLY, MY LOCKED LOCKER WAS BEING OPENED AND THE GYM BAG MOVED EVERYWHERE, THEN THERES THE PEOLE THAT ARE WATCHING EVERY MOVE I MAKE THAT FOLLOW ME INTO THE LOCKER ROOM AND ASK ME HOWS IT GOING, WHEN THEY SEE ME LOOKING ALL OVER THE LOCKER ROOM FOR MY LOCKER.. I WOULD HAVE TO LOOK FOR THE COMBINATION LOCK THAT I HAD,, TO FIND THE LOCKER THEY MOVE IT TO...
THEN THERE IS THE SWIMMING COACH AND LIFE GAURD NAMED JOHNNY, HE GAVE ME 3 DIFFERENT SWIM CAPS THAT YOU HAD TO WHERE IN THE POOL.
I WOULD PUT THE SWIM CAP IN MY LOCKER, AND WHEN I WENT TO GO GET IT, THE SWIM CAP WAS GONE, JOHNNY TOLD ME I COULD HAVE THESE SWIM CAPS. THIS JOHNNY WOULD BE LAUGHING AS I TELL HIM WHATS HAPPENING. HE ALWAYS HAD SOMEONE STANDING BY HIM WHEN I WOULD GO SEE HIM, JOHNNY SPOKE LITTLE ENGLISH,, AND AS I SAID, THERE WAS ALWAYS SOMEBODY BY JOHNNY THAT SPOKE ENGLISH WHEN I WENT TO GO SEE HIM...THEY WERE SETTING ME UP TO SEE IF THEY COULD GET ME TO BLOW UP...AND FURTHER CAUSE ME GREAT EMOTIONAL HARM...

ONE NIGHT THAT I WAS THERE, AND THIS IS CLOSE TO THE END OF MY TEMPORARY PASS I HAD.. THESE PEOPLE WHERE REALLY ATTACKING ME, THEY MOVED MY GYM BAG TWICE IN ONE NIGHT AND STOLE AGAIN ANOTHER SWIM CAP, THEY WHERE WATCHING ME LOOK FOR MY LOCKER, AND LAUGHING AT ME, TRYING TO PROKE ME INTO A FIGHT,, THEY JUST KEEP LAUGHING AT ME..I AM REALLY PISSED OFF RIGHT NOW....I KEEP COOL THOUGH...
I GO TO LEAVE, AND ITS DARK OUTSIDE. I PULLOUT OF MY PARKING AREA, AND I AM DRIVING TOWARDS THE EXIT,ENTRAANCE OF THIS HEALTH CLUB.
I SEE THIS BLACK MERCADES BENZ, DRIVING IN CIRCLES, AND AS I DRIVE BY THIS CAR. IT CHANGES DIRRECTION AND DRIVES RIGHT AT ME, WITH ITS BRIGHT LIGHTS ON ME.. I SAID YEA, HERE WE GO...I DRIVE BY,, I REFUSE TO MOVE AS THIS MERCEDES COMES AT ME... I REFUSED TO STOP. THIS CAR STOPPED AND THEN GOT RIGHT BEHIND ME WITH ITS BRIGHT LIGHTS ON ME.. I AM GETTING REALLY PISSED RIGHT NOW,, I PULL OUT AND HEAD TOWARDS DOWNTOWN CANCUN..THIS VEHICAL PULLS OUT,, AND IS TAILGATING ME WITH ITS BRIGHT LIGHTS ON, I JERK INTO THE LEFT LANE , AND HIT THE BRAKES, THIS MERCEDES DRIVES UP BESIDE ME AND THERE IS A YOUNG 23 TO 26 YER OLD MAN DRIVING, HE IS LAUGHING AT ME, AND HE HAS A YOUNG GIRL IN THE DRIVERS SEAT..SHE IS ALSO LOOKING AT ME,, AND LAUGHING AT ME...

I SAID YEA, YOU LIKE PLAYING YOUR GAMES, YOU PUNK LITTLE WHITE NIGGER... THIS MAN STARTS LAUGHING AT ME, AND TALKING, I CAN TELL NOW, HE IS A BRITISH CITIZEN FROM HIS ACCENT HE HAD.. I SAID YOU FUCKIN LOW LIFE BRITISH NIGGER..YOU LIKE PLAYING YOUR GAMES....HE GOES OFF AND STARTS SCREAMING AT ME TO PULL OVER, I PULL OVER AND I AM REALLY PISSED, THIS MAN RUNS TO THE PASSANGER WINDOW OF MY VEHICAL WHICH IS COMPLETLY DOWN...HE IS TELLING ME HES GOING TO KICK MY ASS, TELLS ME TO GET OUT OF THE CAR...I HAVE MY FIST CLINCHED AND I WAS WAITING FOR HIM TO GET CLOSER SO I COULD POP HIM.
HE SEEN HOW PISSED OFF I WAS, AND HE STARTED TO LOOK REALLY SCARED, AND HE STARTS BACKING OFF.. I AM EVERY BIT OF 60 LBS. OVER HIM, HIS GIRL FRIEND ALSO SPEAKING IN THE SAME ACCENT AS THIS MAN... I KEEP DRILLING HIM FROM WHERE HE IS FROM, HE TELLS ME HE IS FROM ENGLAND, WE ARE STILL YELLING AT EACH OTHER, AND HIS GIRL FRIEND SAY ITS NOT WORTH IT.. I DROVE OFF, I NEVER GOT OUT OF THE CAR...I KNOW THERE SETTING ME UP TO GO TO JAIL POSSIBLY...
I CONTINUE ON, I DRIVE TO SECOND TRAFFIC LIGHT, MAN COMES FLYING UP ON RED LIGHT WHERE I'M AM WAITING, I LOOK OVER AND HERE IS A MAN IN A BLACK CHRYSLER CAR, HE IS LOOKING AT ME LIKE HE WOULD LOVE TO KILL ME.. LIGHT TURNS GREEN AND THIS MAN SPEEDS OFF AT A HIGH RATE OF SPEED... I SAID YEA, HERE WE GO WITH ANOTHER SICO FOLLOWING ME.. THE NEXT LIGHT IS RED, I PULL UP NEXT TO THIS CAR . I START TO TRY TO GET THIS MANS ATTENTION, HE ROLLS DOWN HIS WINDOW AND ASKS WHAT DO YOU WANT. HE HAS THE SAME ACCENT LIKE THE MAN I JUST HAD A INCCIDENT WITH... I SAID WHERE ARE YOU FROM, HE STATES WHAT DO YOU CARE, THIS MAN IS ACTING VERY GUILTY AND LOOKING REALLY DOWN... I SAID,,, YOUR JUST ANOTHER ONE OF THESE SICO SICK POLICE THAT LIKE TO PROKE ME ARE'NT YOU.. HE LOOKS AT ME LIKE HE WOULD LIKE TO KILL ME, AND HE JUST TAKES OFF FROM WHERE WE ARE WAITING FOR THE LIGHT TO TURN GREEN...

I SAID YEA, ITS THE SICO POLICE.. I DID NOT CHASE THIS MAN LIKE I'M SURE HE WOULD HAVE LIKED ME TO....

THESE PEOPLE AT LUCYS COFFE SHOP THAT I MET, KNEW I WAS LEAVING MEXICO AND DRIVING TO BELIZE IN CENTRAL AMERICA...AND THIS IS A BRITISH COUNTRY....WHY NOW AM I BEING STALKED BY THE BRITISH...THEY STALK ME NO MATTER WHERE I GO...AND PROKE ME NO MATTER WHERE I GO.......THEY WILL NEVER LEAVE ME ALONE....

NOW I AM GOING TO BACK UP TO A EARLIER TIME, WHEN I'M IN CANCUN.. I AM TRYING TO GET MY PASPORT SO I CAN GO INTO CENTRAL AMERICA...
I GO TO THE AMERICAN EMBASSY IN THE HOTEL ZONE IN CANCUN TO APPLY, THEY TELL ME TO GO TO MERIDA MEXICO, AND YOU WILL GET IT A LOT FASTER....I DRIVE TO MERIDA CANCUN TO APPLY FOR A PASS-PORT..I GET TO MERIDA MEXICO, AND THE EMBASY IS CLOSED FOR THE DAY.. I KNEW IT WOULD BE CLOSED... I HAVE PLANS ALSO TO SEE YUCATAN PENNISULA AREA..
THAT NIGHT I DRIVE AROUND AND I FIND A PLACE TO CAMP THAT NIGHT...I AM THERE APPROX. 10 MINUTES...A MERIDA POLICE CAR COMES FLYING RIGHT UP ON ME.. AND SLAMS ON THE BRAKES, THE DRIVER AND THE PASSANGER IN THIS POLICE CAR JUMP OUT AND COME RIGHT AT ME...THEY ARE BOTH POLICE OFFICERS...THEY HAVE BROKEN ENGLISH, THEY ARE QUESTIONING ME.. ASKING WHAT I AM DOING, THEY HAVE THERE FLASHLIGHTS GOING ALL THROUGH MY VAN....LIKE I AM DOING SOMETHING WRONG... AFTER THEY SEE I'M NOT UP TO NOTHING WRONG, AND I AM IN MERIDA TO APPLY FOR A PASSPORT THEY LEFT ME ALONE, AND SAID OK, AND DROVE OFF.. ONLY THE PEOPLE THAT I MET AT LUCYS COFFEE SHOP KNEW I WAS GOING TO MERIDA...AND GOING TO VACTION HERE FOR A WHILE...AND THE ONLY OTHER ONES ARE THE ONE THAT MONITOR ME, WITH THER ELECTRONIC TRACKING DEVICES THEY HAVE ON MY VEHICAL...
IT'S THE PARINOID GOVERMENT THAT CHASES ME ALL OVER, AND SICK THESE POLICE ON ME...

THE NEXT DAY I APPLYIED FOR MY PASSPORT, AND THEY SAID THEY WOULD MAIL IT TO THE AMERICAN EMBASY WHEN THEY RECIEVE IT.. SO I DO'NT HAVE TO DRIVE FROM CANCUN TO GET IT...I DRIVE BACK TO CANCUN AFTER A COUPLE OF DAYS....

THIS PETER FROM THE COFFEE SHOP KEEP ASKING ME WHEN I'M GOING TO GET MY PASSPORT, I TOLD HIM THEY SAID I WOULD RECIEVE IT IN ABOUT TWO AND A HALF WEEKS, I HAD THE DATE BUT DO'NT REMEMBER NOW.. PETER KEEP ASKING ME DID I GET MY PASSPORT YET, I TOLD HIM ITS NOT TIME..THEN WHEN  IT WAS TIME  TO COME..I TOLD THIS PETER I WAS GOING TO GET IT.... I WENT TO THE EMBASSY IN CANCUN AND THERE IS A MAN IN A  PONY-TAIL STALKING ME, AND HE IS ALSO GOING TO THE AMERICAN EMBASSY...I GO TO GET MY PASSPORT, I TALK TO THE PEOPLE AT THE EMBASSY AND THEY TELL ME FOR SOME REASON, THE TRUCK THAT DELIVERYS THE MAIL HAS NOT SHOWN UP, THAT THIS IS THE FIRST TIME EVER THAT THIS HAS HAPPENED...THEY  SAY THE TRUCK IS COMMING, AND FOR ME TO WAIT.. I WAIT OVER ONE HOUR AND THE TRUCK NEVER COMES...I SAID YEA, THEY ARE SETTING ME UP.. THIS MAN THAT FOLLOWED ME INTO THE EMBASSY WAS TRYING TO GET ME TO TALK TO HIM, I WANT NO DEALINGS WITH THIS MAN..
I LEAVE...LATER THAT NIGHT I GO TO THE INTERNET PLACE, PETER IS AT THE COFFEE SHOP, PETER ACTING VERY INTIMADATING, DID YOU GET YOU PASSPORT TODAY, HE IS BEAMING ME IN THE EYE, AND ACTING LIKE YEA, WE HAVE IT BUT YOUR NOT GETTING IT YET...I JUST IGNORE HOW THIS PETER IS PLAYING...
PETER ALSO DID THIS WHEN I WAS GETTING MAIL MAILED TO ME A THE POST OFFICE IN CANCUN,  I WAS HAVING MAIL SENT GERERAL DELIVERTY TO ME..I BELIEVE THE MAIL WAS  THERE, BUT THEY WHERE NOT GIVING IT TO ME... I HAD MEXICANS IN  DRESS SHIRTS AND DRESS PANTS STALKING ME AT THIS POST OFFICE, AND LAUGHING EVEYTIME I WENT TO GET MY MAIL...THEY WERE HOLDING MY MAIL BACK, AND THIS PETER WAS ASKING ME IF I WAS GETTING MY MAIL, AND ACTING VERY PROVOKING.....I ALSO MAILED MAIL FROM MEXICO, IN CANCUN, BUT IT WAS NEVER RECIEVED TO WHOM I SENT IT TO....

AS I BEGIN TO STOP QUITE OFFEN AT THE COFFEE SHOP, AND TALK TO THESE GROUP OF PEOPLE, THIS PETER STARTS ASKING ME ABOUT MY VAN..HE ASKS ME ABOUT THE MOTOR IN MY VAN AND WHAT KIND OF GAS MILAGE I GET, I TELL PETER I GET SOMETIMES 30 MILES PER GALLON WITH IT..
I TELL PETER THE SICO SICK POLICE ARE STEALING GAS OUT OF MY VAN WHEN I'M SLEEPING IN IT..I TELL THIS PETER I FILLED THE VAN UP A COUPE OF NIGHTS AGO, AND DROVE 6 MILES, AND I WENT TO CHECK IT THE NEXT MORNING, AND THE VAN TOOK OVER 4 GALLONS IN GAS... THEY WHO STALK ME STOLE 4 GALLONS OF GAS......
I TOLD THIS PETER THAT THIS WAS THE SAME THING THEY DID TO ME IN LAS VEGAS,, THEY WHERE STEALING GAS FROM ME CONSTANTLY...10-20 GALLONS A  WEEK I TOLD THIS PETER....

I TOLD THIS PETER, YOU KNOW HOW YOU ARE WORKING WITH THE GOVERMENT, I WANT YOU TO TELL THEM, I WANT 50 BILLION DOLLARS FOR THE RAPING I HAVE TAKEN FOR OVER 20 YEARS...PETER JUST LOOKED AT ME, AND MADE A LITTLE NOISE...
AS I CONTINUED STAYING IN CANCUN AFTER THIS TALK WITH PETER, MY MILAGE KEEP GOING DOWN.. THE

GOVERMENT HAS ALWAYS DESTROYED EVERYTHING I HAVE EVER OWNED......AND STEAL FROM ME ALL THE TIME......

AS TIME GOES ON, I AM SPENDING TIME WITH THIS JAMIL. HE TELLS ME HE WAS BORN I BELIEVE IN LEBANON. HE TELLS ME HE LIVED IN MIAMI FLORIDA AND THATS WHERE HIS WIFE LIVES IN A CONDO..HE TELLS ME HE IS A UNITED STATES CITIZEN... THIS JAMIL SHOWS ME HIS FLORIDA DRIVERS LICENSE, AND HIS MEXICAN DRIVERS LICENSE..
HE TELLS ME I CAN GET A MEXICAN DRIVERS LICENSE... THIS JAMIL TELLS ME I CAN MOVE HERE TO MEXICO AND GIVE UP MY UNITED STATES CITIZENSHIP, AND BECOME A MEXICAN CITIZEN....I TOLD THIS JAMIL YOU HAVE TO BE CRAZY TO EVERY GIVE UP YOUR AMERICAN CITIZENSHIP.....THIS MAN JAMIL WAS ALWAY TRYING TO GET ME TO STAY IN MEXICO...

THIS JAMIL IS OFTEN ASKING ME TO WALK WITH HIM AND I'LL BUY YOU A ICE CREAM DOWN THE ROAD....THIS IS DOWN TOWN CANCUN...ONE DAY AS WE ARE WALKING, HE RUNS INTO A GROUP OF PEOPLE HE CLAIMS HE HAS KNOWN FOR A LONG TIME, A BLACK MAN AND 3 WHITE MEN, THEY ARE FROM MICHIGAN, THE BLACK MAN IS FROM DETROIT, AND SO IS ONE OF THE WHITE MEN...THESE ARE THE SICK AND SICO GOVERMENT POLICE, THAT RELENTLESS STALK ME...I AM BEING SET UP AGAIN....

THEN SOON AFTER...ONE DAY THIS JAMIL ASKS ME IF I WANT TO GO OUT FOR A FISH LUNCH OR DINNER, I TOLD HIM I WAS BUSY, HE LOOKS AT ME LIKE I KNEW WHAT HE WAS UP TO....AND I HAD THIS FUNNY FEELING HE WAS GOING TO BE SETTING ME UP....

AFTER A COUPLE OF DAYS, I SAID TO MYSELF, I WANT TO SEE WHAT THIS MAN IS UP TO, SO I SAID JAMIL, HOW ABOUT THE LUNCH YOU WANT TO BUY ME.. JAMIL SAYS SURE WE CAN GO TOMORROW, HE SAYS WE WILL GO TO A FISH HOUSE HE GOES TO...

I TRULY BELIEVE THIS MAN JAMIL IS SETTING ME UP, THE NEXT DAY, I DRIVE OVER TO JAMILS HOTEL HE IS BUILDING...WE LEAVE AND DRIVE TO A BEATEN DOWN DUMP OF A FISH HOUSE RIGHT ON THE GULF OF MEXICO.. WE GO WALKING IN, THERE A MEXICAN MAN WITH HIS WIFE, AND KID SITTING AT A TABLE, AND THIS MEXICAN MAN IS FACING ME WHEN I COME WALKING IN, HE LOOKS AT ME LIKE HE WOULD LIKE TO KILL ME.....I JUST SMILED AT HIM, AND I KNEW I WAS BEING SET UP.. THIS MEXICAN IS WEARING A BOSTON RED SOX BASEBALL HAT...

JAMIL AND I SIT DOWN AND WE ORDER ARE FOOD...AS WE ARE TALKING, JAMIL STARTS TELLING ME HIS BROTHER GOT BUSTED FOR DRUGS, AND IS IN PRISON... HE TOLD ME HE COULD NOT BELIEVE HIS BROTHER WAS INVOLVED IN DRUGS. JAMIL KEEP SAYING HOW DRUGS RUINED HIS BROTHERS LIFE...
I JUST SAID TO MYSELF HERE WE GO AGAIN DEALING WITH THE SICK AND SICO GOVERMENT...
I ASKED JAMIL HOW MUCH WEIGHT DID YOUR BROTHER GET CAUGHT WITH....THIS JAMIL STUMBELS,AND HIS FACE EXPRESSION WENT GUILTY...THEN HE BLURTS OUT, HALF A POUND OF COCAINE......

 AS HE CONTINUES ON TALKING ABOUT HIS BROTHER...JAMIL TELLS ME THEY WANT A NAME,,, HE TELLS ME I WILL BE ABLE TO HAVE A GOOD LIFE, AND YOU BETTER HOPE ITS WANT THEY WANT TO HEAR,, OR ELSE YOU WILL BE LUCKY TO HAVE ANY LIFE..... THEY WANT A NAME... I LAUGHED AT THIS MAN, I TURNED AND LOOKED AT THIS MEXICAN THAT WAS WAITING FOR ME,, WHEN I CAME INTO THE FISH HOUSE, AND I SHOOK MY HEAD AT HIM....HE WAS WATCHING US DURING THIS CONVERSATION WE WHERE HAVING..
I TELL JAMIL, THAT I HAVE CALLED YOU PEOPLE THE SCUM OF THE EARTH, I HAVE CALLED YOU PEOPLE THE ANTICHRIST, I HAVE CALLED YOU... THE SATAN ON THE EARTH, AND I HAVE CALLED YOU THE DICIPLES OF SATIN...I TELL THIS JAMIL YOU HAVE RAPED ME OF OVER 20 YEARS OF MY LIFE, AND YOU WANT A NAME.. I TOLD HIM HE WAS THE SCUM OF THE EARTH..
 I TOLD JAMIL I WILL NEVER TELL YOU A THING..
 I TOLD HIM I KNOW I HAVE NOTHING TO LIVE FOR...AND THAT YOU AND YOUR KIND WILL ALWAYS TAKE EVERYTHING FROM ME... BECAUSE YOU CAN..
 I KEEP TELLING HIM THAT I HAVE BEEN RAPED FOR OVER 20 YEARS, AND THAT YOU AND YOUR KIND HAVE TAKEN EVERYTHING FROM ME........I SAID YOU ARE ABOVE THE LAW AND PEOPLE LIKE YOU ARE EXCEMPT FROM LEGAL PROSECUTION, BECAUSE YOU ARE ABOVE THE LAW.....I TOLD JAMIL YOU PEOPLE ARE WORSE THAN THE KLU KLUX KLAN.....AND WHAT THEY DID TO THE AFRICAN AMERICAN RACE...
 I TOLD THIS THE JAMIL THAT THE GRACE OF GOD IS GOING TO AVENGE THIS, HE IS GOING TO DESTROY ANYTHING HE WANTS, AND THERES NOTHING YOU CAN DO ABOUT IT....
 JAMIL IS REALLY SHAKEN...HE THOUGHT BECAUSE THE GOVERMENT HAS BEATEN ME DOWN, THE WAY THEY HAVE... THAT THEY COULD HAVE ME...I WILL NEVER BE ONE OF THESE LOW LIFE SCUM...AND I KNOW NOTHING ANYWAYS....THE GOVERMENT THINKS I KNOW DRUG DEALERS, AND I KNOW NOTHING..

Page 4 of 8

MY LIFE HAS BEEN RELENTLESSLY DISTROYED BY THESE SICO SICK POLICE THAT WANT INFORMATION, AND I KNOW NOTHING.........

I FUTHER TOLD JAMIL, YOU CAN GO TO THE 50 STATES IN AMERICA,AND THERE GOVERMENTS, AND GO TO THE COUNTRYS OF MEXICO, ENGLAND AND CANADA, AND THE US GOVERMENT, AND YOU TELL THEM I WANT 50 BILLION DOLLARS FOR RAPING ME FOR OVER 20 YEARS OF MY LIFE......JUST PUT ALL THE MONEY TOGETHER, AND MAKE SURE IT ADDS UP TO 50 BILLION....JAMIL SAYS DO'NT YOU THINK THAT TO MUCH...ISAID HELL NO....I SAID A LOT OF PEOPLE WOULD GO TO PRISON IF I COULD EVER GET A LAWER TO TAKE THIS CASE, AND IF A JUDGE EVER HEARD OF AND SEEN WHAT HAS HAPPENED TO ME, YOU CAN BET, A LOT OF PEOPLE ARE GOING TO JAIL...AT THIS TIME I AM REALLY PISSED OFF....

I TURNED AROUND AND LOOKED RIGHT BEHIND ME, AND NOW THERE IS AN AMERICAN WHITE MAN APPROX. 55-60 YEARS OLD.
THIS MAN LOOKS AT ME, LIKE HE WOULD LIKE TO KILL ME....I JUST SMILED AT HIM, AND SHOOK MY HEAD...THIS MANS EXPRESSION ON HIS FACE CHANGED RIGHT AWAY..

WHEN JAMIL DROPS ME OFF NEAR MY CAR, PARKED AT HIS HOTEL THAT HE IS BUILDING, HE SHAKES MY HAND, AND SAYS TO HAVE A GOOD WEEK END...I WALK AROUND THE COURNER TO MY VAN, AND HERE COMES A FERERAL POLICE TRUCK WITH TWO MEXICAN MEN IN IT....I JUST IGNORE THEM AND GET IN MY VAN AND DRIVE OFF...

I SAW PETER LATER THAT DAY, AND PETER IS ASKING ME IF I HAD A GOOD DINNER, AND ASKED ME HOW MUCH IT WAS...IT WAS A STANGE QUESTIONING HE WAS PUTTING ME THROUGH...

ITS MY BELIEF THAT THIS JAMIL IS WORKING WITH THE FLORIDA STATE AND THE TEXAS STATE AND FEDERAL AMERICAN POLICE..., AND THE MEXICAN GOVERMENT....

ALSO DURING MY CONVERSATIONS OUT ON THE SIDE WALK, AT THE COFFE SHOP, THIS STEVE WAS ALWAYS TELLING ME WHAT AN ALCHOHLIC HE USE TO BE, TELLING ME HE GOES TO AA MEETING RIGHT ACROSS THE STEET...THIS STEVE JUST KEEP ON ABOUT THIS...I SAY TO MYSELF..WHAT KIND OF MIND TRIP GAME ARE THEY PLAYING NOW...THEN AS TIME WENT ON, AND DURING OTHER CONVERSATIONS WITH THIS OWNER OF THE COFFEE HOUSE..HE ASKS ME IF I HAVE EVER ATTEMPTED SUICIDE, OR HAVE I EVER THOUGHT OF KILLING MYSELF....I SAID WHAT, WHAT THE HELL ARE YOU TRYING TO SAY HERE....THIS STEVES TELLS ME, IF I LIVED A LIFE LIKE YOU HAVE MIKE, I SURLY WOULD HAVE KILLED MYSELF.....STEVE TELLS ME HE THINKS OF KILLING HIMSELF SOMETIMES....AND BEING AN ALCOHOLIC IS EVEN WORSE, HE STATES....
HOW DOES THIS STEVE KNOW ANYTHING ABOUT MY LIFE...I NEVER TOLD THIS MAN OR ANYBODY THERE, A THING...AND HES TELLING ME IF HE WOULD HAVE LIVED A LIFE LIKE MINE, HE WOULD HAVE KILLED HIMSELF A LONG TIME AGO...THIS STEVE MAKES THESE STATEMENTS WITH PETER BEING THERE, AND JAMILS FRIEND FROM MERIDA MEXICO.....THEN THIS PETER SPEAKS UP, AND SAYS, I DO'NT KNOW HOW YOU DO IT MIKE......I JUST STARED THIS MAN DOWN I SAID NO MORE...
BINGO..ALL THESE INDIVIDULS HAVE BEEN INFORMED BY GOVERMENT OFFICALS OF MY PAST BEATINGS I HAVE TAKEN, AND EVEN ARE WORKING WITH THESE GOVERMENT OFFICALS TO TRY TO BREAK ME DOWN EVEN FURTHER.........

I LEAVE CANCUN FOR CENTRAL AMERICA...

I GO TO BELIZE AND THE GOVERMENT THERE IS WAITING FOR ME.. I CANNOT GET THE ATM MACHINES TO WORK IN THE FIRST CITY I WENT INTO, I HAVE TO GET THE BELIZE DOLLAR, I WENT TO 3 BANKS AND NONE OF THEM WORK, THEY HAVE THERE BRITISH SNITCHES AND POLICE LAUGHING AT ME, AT EVERY LOCATION I WENT TO....I WENT BACK AND TRYED THE FIRST ONE AFTER I TRYED ALL THE OTHER ONES, AND NOW IT WORKS...

AS I WENT TO THESE ATM LOCATIONS, SOMEONE WENT IN MY CAR AND TOOK OUT PAPER WORK ON MY VEHICAL THAT I AM DRIVING. I HAVE A FOLDER THAT HAS ALL MY MY VEHICAL INFORMATION FOR TRAVELING, THEN THESE SICO POLICE TOOK THIS PAPER WORK BACK TO THE BELIZE INSURANCE OFFICE AT THE BOARDER CROSSING, AND ALSO THE BELIZE CUSTOMS OFFICE.. I HAD TO GO BACK TO THE INSURANCE COMPANY TO PAY HIM IN BELIZE DOLLARS FOR INSURANCE, BECAUSE HE SAID HIS CREDIT CARD MACHINE WAS NOT WORKING THAT DAY, NOW WHEN I GO BACK TO PAY HIM, HE TELLS ME I HAD LEFT THIS PAPER WORK BEHIND....I LEFT NOTHING BEHIND, BECAUSE I MADE SURE I HAD EVEYTHNG IN THIS FOLDER, AND NOW HE TELLS ME I LEFT MY ORIGINAL TITLE TO THIS VAN IN HIS OFFICE,,, HE IS LYING...

THEN THE PHONE RINGS, AND ITS THE CUSTOMS OFFICE AT THE BOARDER, AND THEY TELL THIS INSURANCE MAN THAT I NEED TO DRIVE BACK OVER BECAUSE I LEFT SOME PAPER WORK THERE..
I HAD LEFT THIS INSURANCE MAN A CORDLESS POWER DRILL AND FLASH LIGHT KIT FOR COLADERAL, FOR A 2 WEEK INSURANCE POLICY..
 LIKE I SAID, I HAD TO DRIVE INTO THE FIRST CITY TO GET BELIZE MONEY...AND COME BACK TO GET MY DRILL BACK AND PAY HIM IN CASH... I OPENED THE DRILL BOX AND CHECKED TO MAKE SURE ALL THE TOOLS WHERE IN THE BOX...
I WATCHED THIS MAN SQIRM WHEN I DID THIS, ALL TOOLS WHERE IN THE BOX...
I DRIVE OVER TO THE CUSTOMS OFFICE AND GET THE PAPER WORK THAT I SUPPOSILY LEFT... THEN I DROVE INTO THE COUNRTY OF BELIZE..

THIS IS THE SAME THING THEY DID TO ME IN CANCUN, NOW I GO TO BELIZE, THE CREDIT CARD MACHINE DOES NOT WORK, SO I CAN PAY FOR THE INSURANCE, THEN THE MONEY MACHINES DO'NT WORK AT THREE LOCATIONS, AND AT ALL THESE LOCATIONS, I AM BEING STALKED AND LAUGHED AT, THEN THEY TAKE PAPER WORK OUT OF MY VAN,  AND TAKE IT BACK TO THE INSURANCE OFFICE AND THE BELIZE CUSTOMS.....
AND TRY TO TELL ME I LEFT IT BEHIND....AS I CONTINUE ON SAYING, I DEAL WITH THE LOWEST FORM OF HUMAN LIFE THAT THERE IS....

EVERYWHERE I WENT IN BELIZE, I WAS ATTACKED...

I DROVE TROUGH THIS ENTIRE COUNTRY..
I WAS GOING TO STAY 2 WEEKS OR MORE.  BUT I LEFT BECAUSE OF THE GOVERMENT.
I DRIVE TO GUADEMALA, AND AT THIS BOARDER...THEY ARE WAITING FOR ME...

AS I SAID EARLIER, WHEN THIS PETER IN CANCUN WAS ASKIG ME ON MORE THAN ONE OCASION ABOUT MY GAS MILAGE, AND MY MILAGE WAS CONTINUING ON GOING DOWN, WHEN I WENT INTO THESE OTHER COUNTRIES, MY MILAGE JUMPED WAY UP, AS MUCH AS 10-15 MILES PER GALLON.
WHAT WHERE THEY DOING TO MY VEHICAL BESIDES STEALING GAS..

WHEN IM IN GUADEMALA, I STOP AT A GAS STATION AND FILL UP WITH GAS, I AM BEING FOLLOWED, I ASK THE MAN THAT IS FOLLOWING ME, DIRRECTIONS, HE SPEAKS FLUENT ENGLISH, AND HE IS FROM GUADEMALA HE TELLS ME...AS WHERE TALKING HE TELLS ME A GREAT PLACE TO GO TO...HE TELLS ME YOU CAN ONLY GET THERE BY BOAT, HE TELLS ME TO VISIT LIVINGSTON....I TAKE HIM UP ON HIS ADVICE....
THE NEXT MORNING I AM DRIVING BY THE PLACE WHERE YOU CATCH THE BOAT TO GO TO LIVINGSTON...BECAUSE I GOT THERE SO EARLY, I AM WAITING FOR THE BOAT TO TAKE OFF...AND HERE COMES THE SICO POLICE....THERE ARE 2 GIRLS I MET, THEY SAY THERE FROM WASHINGTON STATE ...THEY ARE BOTH  STALKING ME....THERE IS STATE AND FEDERAL US AGENTS.....THERE IS A OLDER WHITE MAN APPROX. 60-65 YRS OLD THAT IS FROM AMERICA. HE WOULD WALK RIGHT IN FRONT OF ME. STOP, AND LOOK AT ME AND JUST LAUGH AT ME....EVERYWHERE I WENT THIS OLD MAN WOULD BE SMILING AND LAUGHING AT ME....I IGNORED HIM COMPLETLY...

SPEEDING THINGS UP HERE....I GO INTO EAT LUNCH AT THE BOAT DOCKS 30 MINUTES BEFORE WE ARE TO LEAVE...I AM BEING STALKED BY THIS BLACK MAN...HE FOLLOWS ME INTO THE RESTURANT AND STAYS WITH ME UNTIL I LEAVE ON THE BOAT....AS I'M EATING HE ASKS ME ALL KINDS OF QUESTIONS....I ASKED HIM IF HE WAS THE POLICE...THIS MAN SAYS I HAVE A REAL PROBLEM WITH POLICE,,, I SAID YOU HAVE NO IDEA...THIS BACK MAN SAYS I CAN GET YOU SOME EXCELLANT WEED TO SMOKE,,, I SAID YOU ARE THE POLICE, ARE YOU TRYING TO SET ME UP...HE SAYS THE WAY I ACT I NEED TO SMOKE WEED,,, I'LL GO GET YOU SOME, I TOLD THIS MAN I WANT NOTHING FROM YOU, AND I TELL HIM ITS BEEN WELL OVER 20 YEARS SINCE I SMOKED THAT CRAP...THIS BLACK MAN KEPT TELLING ME I NEED TO SMOKE WEED.... AND I SHOULD GET OVER EVERTHING...HE LEFT AND CAME BACK WITH THE WEED....I JUST LEFT AND WENT TO THE BOAT....AND THIS BLACK MAN WAS RIGHT BEHIND ME....HE IS MOTIONING TO A WHITE MAN WITH A BEARD AND MUSTACH IN THE BOAT...THIS MAN THEN LOOKING AT ME LIKE HE WOULD LOVE TO KILL ME...I WAS BEING SET UP , AND I WILL NOT BREAK DOWN TO THERE STANDARDS...THIS IS A 2 HOUR RIDE BACK TO THE ORIGIN....WE ARE DROPPING PEOPLE OFF AT DIFFERENT LOCATIONS ON THE RIVER, WE STOP AT A CAMP GROUND ON THE RIVER WHERE THESE STATE OR FEDERAL AGENTS GET OFF, THEY INVITE THESE 2 GIRLS FROM WASHINGTON STATE TO COME OVER LATER TONIGHT AND PARTY WITH THEM, AND ASK ME IF I WOULD LIKE TO COME, I SAID HELL NO, I'M LEAVING, THEY ARE NOT HAPPY...AND WALK AWAY..WHEN WE REACH THE MARINIA WHERE WE LEFT,, THESE 2 GIRLS ARE LEAVING ALONG WITH ME, THEY ARE ACTING LIKE THEY WANT ME TO STAY, I SAID GOOD BY TO THEM, AND THE ONE GIRL GOT REAL NASTY WITH ME, SAYING GOOD LUCK TO YOU, GOOD LUCK TO YOU, YOU WILL SURLY NEED IT...AND SHE GOES STORMING OFF...I WAS AMAZED AT WHAT JUST HAPPENED....

THEY WHERE SETTING ME UP FOR SOME KIND OF A DOWN FALL, AND I WANTED NO PART OF IT....
I AM THINKING,, IS THIS PART OF STEVES SICO POLICE FORCE BACK IN CANCUN MEXICO, WHO WAS FROM WASHINTON STATE...

I LEFT AND DROVE TO THE PACIFIC OCEAN SIDE OF GUADEMALA....I AM BEING TRACKED EVERYWHERE...
I DRIVE DOWN TO EL-SALVIDOR BOARDER AND DECIDE THIS IS NOT WORTH IT...THE GOVERMENT CRAWLING ALL OVER ME...I WAS GOING TO DRIVE TO COSTA-RICA...BUT SAID THIS IS JUST TO MUCH.. I TURNED AROUND AND DROVE BACK TO MEXICO...

WHEN I GO THROUGH THE BOARDER CROSSING FROM GUADEMALA INTO MEXICO, THE MEXICAN BOARDER PATROL ATTACK ME...THEY ARE ALMOST BREAKING LEVERS TO OPEN MY FRONT HOOD TO LOOK IN THE ENGINE DEPT CRAWLING ALL THROUGH MY VAN, GOING ALL UP UNDER-NEATH THE VAN.....

AFTER I GET BACK INTO MEXICO, I DRIVE TO PUERTO ESCONDIDO, I AM BEING FOLLOWED BY AMERICANS AND MEXICANS AT THIS TIME...
I HAVE THESE 2 YOUNG AMERICAN GUYS FOLLOWING ME AROUND, I END UP RUNNING INTO THEM ON THE BEACH, AND WE GET TALKING...I ASK THEM WHERE THERE FROM, THEY TELL ME THERE FROM COLORADO, I SAID ANOTHER ONE OF YOUR KIND, THEY LAUGHED AT ME,, AND SAID YEA HERE WE ARE, AND WHERE NOT LEAVING...
I WAS REFERING BACK TO THIS PETER FROM CANCUN THAT WAS FROM COLORADO....
I SAID TO MYSELF, I AM LEAVING HERE....

WHEN I WAS IN THE CENTRAL AMERICAN COUNTRIES, MY VAN IS GETTING 25-30 MILES PER GALLON....NOW I'M BACK IN MEXICO...I LEAVE PUERTO ESCONDIDO AFTER A COUPLE OF DAYS.....I START HEADING TOWARDS MEXICO CITY...I STOP IN ONE TOWN ALONG THE WAY...STAY A COUPLE OF DAYS, THEN HEAD TOWARD S MEXICO CITY..

MY VAN IS GETTING AROUND 22 MILES PER GALLON RIGHT NOW....

AS I'M GOING TO MEXICO CITY, AND I'M APPROX 15 TO 20 MILES FROM MEXICO CITY...I STOP TO BUY GROCIERIES...I PARKED MY VEHICAL ACROSS THE STREET IN A GAS STATION PARKING LOT...AND MY VEHICAL IS BACKED IN...I GO OVER AND BUY MY FOOD AND COME OUT....MAN IS WAITING FOR ME WHO IS STANDING BY MY VAN.. HE WALKS RIGHT AT ME, WHEN I AM WALKING TO MY VAN, I STOP AND ASK HIM SOME QUESTIONS ABOUT HOW FAR IS MEXICO CITY.. HE BRUSHES ME OFF..I KNOW SOMETHING IS NOT RIGHT WITH THIS GUY THE WAY HE IS ACTING.. HE WALKS AWAY... THEN HE TURNS AROUND LOOKING BACK AT ME, GIVING ME DIRTY LOOKS....I GET THE MAP OUT OF MY VAN AND GO ASK SOME OTHER GUYS THAT ARE STANDING BY THE PUMPS.. I AM SHOWING THEM THE MAP AND ASK THEM WHERE I AM.. THEY POINT TO WHERE I AM O THE MAP...I GOT IN MY VAN AND DRIVE TOWARDS MEXICO CITY....I DO'NT GO 200 FEET DOWN THE ROAD, AND I HAVE 2 DIFFERNT POLICE PULLING ME OVER....HERE WE GO AGAIN

THESE POLICE TELL ME THEY ARE SEIZING MY VAN, AND I WILL NOT BE ABLE TO GET IT OUT OF IMPOUND TILL TOMORROW, IT WILL COST ME 500 PESOS TO GET MY VAN OUT... THEY TELL ME THAT MEXICO CITY HAS A VEHICAL RESTRICTION, GOING BY THE LAST NUMBER OF YOUR LICENSE PLATE, AND DEPENDING ON YOUR LAST NUMBER ON YOUR PLATE YOU ARE NOT ALLOWED TO DRIVE YOUR VEHICAL ON THAT PERTICULAR DAY, THIS IS FOR VEHICAL POLUTION, RESTRICTIONS...THE POLICE ARE SHOWING ME THIS LAW THAT IS WRITTEN IN SPANISH AND ENGLISH IN A FOLDER THAT THEY ARE CARRYING IN THEE CARS......THEY ARE TAKING MY VAN THEY SAY,,BECAUSE TODAY MY VAN IS NOT TO BE DRIVEN BECAUSE OF THE LAST NUMBER ON MY LICENSE PLATE....
I SAY YOUR NOT TAKING MY VAN...I SAID HOW THE HELL DO I KNOW YOUR LAW, AND I DO NOT READ SPANISH...AND I FURTHER SAID,,, IS THIS POSTED ON A SIGN ANYWHERE.. THE POLICE STUMBLED, THEN SAID IT WAS POST DOWN THE ROAD THE WAY YOU CAME.. I TELL THEM I DO'NT READ SPANISH...THEY TELL ME ITS POSTED IN ENGLISH ALSO...THIS IS A TOTAL LIE,, AND THIS IS FURTHER ANOTHER ATTACK, BY THE SICO AMERICAN AND MEXICAN SICO POLICE...I GET OUT MY MAP, AND SAY I'M EVERY BIT OF 15 TO 20 MILES OUT OF MEXICO CITY, SO THIS MEANS NOTHING..THEY TELL ME IT ALSO INCLUDES THE SURROUNDING AREA... THEY KEEP TELLING ME THERE TAKING MY VEHICAL....I AM REALLY GETTING PISSED.......
THESE POLICE QUSTIONING ME WHERE I'M GOING... THEY ASK ME IF I'M GOING BACK TO AMERICA...I SAID YES... THEY SAID WE WILL LET YOU GO...
I WAS GOING TO MEXICO CITY TO STAY A FEW DAYS, BUT I SAID I'M OUT OF HERE NOW...POLICE LEFT ME GO..I DECICED I AM LEAVING MEXICO, BUT I AM GOING TO VERECRUZ FOR A WHILE......I ARRIVE IN VERECRUZ....

Page 7 of 8

I SEE THAT I HAVE SOME GOVERMENT POLICE THAT I HAVE SEEN IN PONTIAC MICHIGAN, NOW FOLLOWING ME IN VERECRUZ MEXICO....

SPEEDING THINGS UP...

I AM IN A BANK IN VERECRUZ TO SEE IF I CAN SET UP AN ACCOUNT THERE AND TO SEE IF I CAN RECIEVE I WIRE....

I AM BEING STALKED BY 2 PEOPLE AT THIS TIME...

I AM TALKING TO THE MANAGER OF THE BANK

ITS HARD NOT SPEAKING SPANISH...
I GO ASK THIS ONE MAN THAT CAME IN THE BANK WATCHING ME....
HE HELPS WITH THE INTERPITATION..

THEN THIS MAN AND I START TALKING, HE IS QUESTIONING ME ABOUT MY VEHICAL...AND HOW ITS RUNNING, I TELL HIM ITS DOING BETER THAN IT WAS.. AND I TOLD HIM ABOUT THE GAS MILAGE DEAL....THIS MAN STARTS LAUGHING AT ME,, AND SAYS YOUR VEHICAL WILL BE LUCKY TO GET 12 MILES TO THE GALLON AROUND HERE.. I TOLD HIM HE WAS CRAZY.... HE SAYS I'LL BET YOU.. AND STARTS LAUGHING...HE TURNS AROUND AND LEAVES AND IS SAYING GOOD LUCK TO YOU,  BEST TO LUCK TO YOU HERE IN VERECRUZ...GOOD LUCK...HE IS LAUGHING AND ACTING VERY PROVOKING...I JUMP UP FROM WHERE I AM SITTING AND FOLLOW THIS MAN, I AM GOING TO GET HIS LICENSE PLATE NUMBER AND VEHICAL.. THIS MAN KNEW I WAS TRYING TO GET HIS PLATE NUMBER.. HE JUMPED IN A GOLD HONDA MINI VAN AND IS YELLING AT THE BLOND HAIRED WOMEN TO GO... THEY TOOK OFF TO FAST FOR ME TO GET THE LICENSE PLATE NUMBER.

AS I AM STAYING IN VERECRUZ, THE MILAGE ON MY MINIVAN, GOES DOWN AS LOW AS 8.5 TO 9 MILES PER GALLON....I CANNOT BELIEVE THIS...

I DO A COMPLETE TUNE UP ON THIS VEHICAL, INCLUDING A FUEL INJECTOR CLEANING, AND THE MILAGE DOES NOT GET ANY BETTER..
THIS MAN THAT WAS IN THE BANK AND HIS SICO-SICK POLICE FORCE HAS AGAIN DONE SOMETHING TO MY VEHICAL.. JUST LIKE THEY DID IN CANCUN MEXICO.....

I GOT SICK AND TIRED OF ALL THIS CRAP I AM GOING THROUGH IN MEXICO, AND I LEAVE AND HEAD TOWARDS THE AMERICAN BOARDER...

I FILLUP WITH GAS THE NIGHT I PULL INTO THE HALF WAY POINT TO THE AMERICAN BOARDER...I SLEEP NEXT TO A GAS STATION WHERE I FILLED UP WITH GAS.. WHEN I GET UP THE NEXT MORNING, THE SECURITY GAURD AT THE GAS STATION IS ON THE PHONE AND IS WATCHING ME...I ASK MYSELF WHAT DO YOU THINK THE SICOS ARE UP TO NOW... I LEAVE AND DRIVE DOWN THE ROAD, I STOP AND HAVE THE VAN FILLED WITH GAS....AND AGAIN, I HAD  FILLED THE VAN UP THE NIGHT BEFORE, AND IT HAS 4 MILES ON THE FILL UP, AND I HAVE IT FILL THE NEXT MORNING, AND IT TAKES 5 GALLONS OF GAS... I DROVE BACK TO THE STATION I WAS PARKED NEAR.. THE SECURITY GAURD IS GONE....I AM REALLY PISSED OFF...

IT DOES NOT MATTER WERE I GO, THE SICO SICK GOVERMENT JUST CONTINUES TO STEAL FROM ME AND RAPE ME OF MY PEACE AND JOY IN LIFE......
THEY JUST WILL NEVER LEAVE ME ALONE....

I AM APPROX. 250 MILES FROM THE AMERICAN BOARDER....

I CONTINUE ON...AND I MAKE IT TO THE BOARDER...

THE NEXT FOLLOWING PAPERS ARE WHEN THEY ATTACK ME AT THE BOARDER, AND WHEN THEY TRYED TO KILL ME.....

\J,\1

Read 8th

THESE PAGES ARE DOCUMENTATION OF WHEN I AM JUST LEAVING MEXICO, AND COME INTO TEXAS.AND LEAVE TEXAS....
AND WHEN THE GOVERMENT TRYED TO KILL ME, OR SERIOUSLY HARM ME....
AND WHO'S INVOLVED....


I DRIVE INTO MATAMORES MEXICO... TO CROSS BOARDER INTO BROWNSVILLE TEXAS..

AS I'M DRIVING THRU MATAMORES, I HAVE TEXAS PLATED VEHICALS CUTTING ME OFF AND JUST PULLING RIGHT IN FRONT OF ME, EACH DRIVER LOOKING AT ME AND LAUGHING AT ME, AND EACH ONE OF THESE DRIVERS ARE ON THE PHONE,
THEY WOULD SPEED OFF, AS THEY MAYBE WANTED ME TO CASE THEM,
I WAS TRYING TO GET THERE LICENSE PLATE NUMBERS,, THEY WHERE DOING EVEYTHING POSSIBLE TO PROVOKE ME...
I COULD NEVER GET THERE LICENSE PLATE NUMBERS.

I FINALLY MADE IT TO THE BOARDER, ITS COMPLETLY BACKED UP...LONG LINES...AS I GET CLOSER TO THE BOARDER, ONE OF THE GATES THAT WHERE CLOSED OPENED FOR SERVICE. THIS WAS A STAGED SET UP FOR ME....THE GOVERMENT WAS WAITING FOR ME...AND SETTING A TRAP...

ONE CAR TOOK OFF FOR THE GATE, AND I WAS NEXTED RIGHT BEHIND THIS CAR..

THE CAR IN FRONT OF ME GOES THROUGH AFTER TALKING TO BOARDER PATROL..

I COME UP TO THIS MAN, AND HE STARTS SCREAMING AT ME, HE TELLS ME I WAS TO WAIT ON THE GREEN LIGHT BEFORE PROCEEDING FOWARD, I AM CALM, AND TELL HIM I HAVE NEVER CROSSED THE BOARDER BACK INTO AMERICA BEFORE FROM MEXICO.. HE CONTINUES YELLING.
HE THEN ASKS ME IF I HAVE ANYTHING TO CLAIM. I SAID I HAVE NOTHING. HE ASKS ME HOW MY MEXICAN TRIP WAS.. THEN HE ASKS ME IF I EVER MADE IT TO CENTRAL AMERICA..
HOW WOULD HE HAVE KNOWN I WENT TO CENTRAL AMERICA, AND WHY WOULD HE BE ASKING THESE QUESTIONS.
BECAUSE THEY ARE STALKING ME...AND INFORMED...
I TELL HIM I WAS IN CENTRAL AMERICA...
THIS BOARDER PATROL OFFICER TELLS ME TO GO DOWN TO MY LEFT AND PULL INTO THERE, AS HE POINTS, HE TELLS ME THEY ARE WAITING FOR ME....

I LOOKED DOWN THERE, AND I COULD SEE 3 PEOPLE WITH GLARING EYES STARRING AT ME....
I JUST SAID HERE WE GO. I AM GOING TO DEAL WITH THE SICOS IN THE GOVERMENT...
I PROCEED FOWARD AND PULL INTO WHERE THEY WANT... THERE IS A MAN IN A BOARDER PATROL UNIFORM, AND THERE ARE 3 OTHERS THAT ARE DRESSED DIFFERENTLY BUT WHERE WEARING SOME KIND OF UNIFORM.. THEY ASK ME IF I'M CARRY ANY THING ILLEGAL..
THEY WANT ME TO TAKE EVERYTHING OUT OF MY CAR, THEY ASK ME IF I HAVE FRUIT IN THE VEHICAL, THEY TAKE ALL OF MY FRUIT ...ONE MAN IS TRYING TO GET INTO THE PASSAGER REAR SIDE DOOR ON MY MINI VANN. IT IS LOCKED, AND HE IS LAUGHING, AND TRYING TO BREAK MY DOOR HANDLE, HE IS LAUGHING AND THINKING THIS IS A JOKE, I START YELLING AT HIM, YOUR GOING TO BREAK THE DOOR HANDLE.. HE AGAIN TRYS TO OPEN THE DOOR, KNOWING THE DOOR IS LOCKED...HE GRABS THE HANDLE AND HE DID EVERYTHING HE COULD TO BREAK IT, AS HE IS LAUGHING.. I USE MY KEYLESS ENTRY, AND UNLOCK THE DOOR, AND I AM YELLING AT HIM, HE IS LAUGHING AND TELLING ME HE'S GOING TO CALL THE COUNTY SHERRIFFS DEPTARTMENT AND HAVE ME ARRESTED..I TELL THIS MAN HE'S A PUNK AND A CRY BABY..HE TELLS ME HE GOING TO HAVE ME THROWN IN JAIL FOR DISTURBING THE PIECE..HE STARTS TELLING ME WELCOME BACK TO AMERICA, WELCOME HOME, HE IS REALLY TRYING TO INTIMADATE ME...
.I AM TRULY THINKING ABOUT ATTACKING THIS WHITE PUNK POLICE IDIOT...AS THIS IS HAPPENING, THE BOARDER PATROL OFFICER THAT IS IN CHARGE COMES SHOOTING OUT OF HIS OFFICE, HE TELLS ME TO SHUT MY MOUTH OR I'M GOING TO PUT YOU IN JAIL, HE KEEPS TELLING ME TO SHUT MY MOUTH OR I'M GOING TO JAIL, I TELL HIM THAT THIS GUY TRIED TO BREAK MY DOOR HANDLE , THIS MAN IN CHARGE TELLS ME HE DID NOT, AND HE WAS WATCHING THE WHOLE THING,
THIS MAN IN CHARGE IS LYING, HE WAS INSIDE THE BOOTH WHERE HE WAS ON THE OTHER SIDE OF THE CAR...HE KEEP TELLING ME TO SHUT UP, BECAUSE HE HAS A JAIL CELL INSIDE, AND HE WILL PUT ME IN THERE..THERE WAS A BOARDER PATROL OFFICER THAT DID WHITNESS THIS MAN TRYING TO BREAK MY DOOR HANDLE, BUT HE SAID NOTHING...

Page 1 of 12

I AM REALLY PISSED OFF RIGHT NOW..
I AM TOLD TO TAKE EVERYTHING OUT OF THE VEHICAL, I DO, I HAVE 2 OF THESE PEOPLE THAT ARE
WEARING DIFFERENT UNIFORMS THAN THE BOARDER PATROL GOING THROUGH EVERTHING. THE MAN IN
CHARGE WEARING A BOARDER PATROL UNIFORM LOOKING REAL HARD UNDER MY VEHICAL

THE ONE BOARDER PATROL OFFICER THAT WATCHED THE WHOLE THING BUT NEVER LIFTED A FINGER.
ASKED THESE GUYS WEARING DIFFERENT UNIFORMS IF THEY HAVE SEEN ENOUGH, AND GOT WANT THEY
WANTED, THE 2 OFF THEM SMILED AND SAID YES, AND WALKED AWAY, COMPLETLY FROM THE SEARCH
AREA FOR VEHICALS, THE MAN THAT TRYED TO BREAK MY DOOR HANDLE, NEVER CAME BACK AFTER I WAS
YELLING AT HIM...
AND HIM TELLING ME HES GETTING THE SHERRIFF DEPT...

I BELIEVE THESE ARE THE SICO POLICE THAT TRACK ME, I BELIEVE THEY WERE FROM ANOTHER STATE,
THEY ARE WITH THE FEDERAL OR STATE POLICE.. THEY WHERE NOT BOARDER PATROL, BUT THEY ALERTED
THE BOARDER PATROL I WAS COMING BACK TO THE UNITED STATES...

I LEAVE THE BOARDER PATROL SEARCH AREA, AND GO PARK FOR A WHILE, I AM CHURNING INSIDE...I LEAVE
AFTER A WHILE AND DRIVE TO SOUTH PADRA ISLAND, I AM ON THE MAN DRAG IN SOUTH PADRA AND
DRIVING 20 MPH. OVER THE SPEED LIMIT. I GET A TICKET, I AM REALLY UPSET AND I CAN FEEL MYSELF
CURNING INSIDE..I USUALLY NEVER DRIVE LIKE THIS..

I SPENT THAT NIGHT IN SOUTH PADRA ISLAND, I AM THINK ABOUT STAYING FOR A WHILE, BUT THE SICO
POLICE WHERE CRAWLING ALL OVER ME..
THE NEXT DAY I WENT AND PAID THE TICKET I GOT FOR 20 OVER, I THEN TRYED TO FIND A MECHANIC TO
FIND OUT WHAT IS WRONG WITH MY CAR.

I AM BEING STALKED AT THIS GARAGE A MAN REFERED ME TO..

I GO TO A INTERNET ACSESS COMPUTER SHOP, THERE IS SOMETHING WRONG WITH MY COMPUTER NOW, IT
WILL NOT ALLOW PAGES TO BE ACCESSED...MAN THAT WORKS ON COMPUTERS LOOKED AT IT,,, AND SAID
DID YOU DO THIS, IT HAS A  ACCESS NUMBER THAT WILL NOT WORK, HE DELETES THESE NUMBERS, AND
PUNCHES IN THE CORRECT NUMBERS AND IT WORKED...I ASK THIS MAN IF SOMEONE COULD HAVE GOTTEN
INTO MY CAR, AND IF THEY DID'NT HAVE INTERNET ACCESS, COULD THEY HAVE CHANGED THESE NUMBERS,
HE SAYS YES, YOU NEED NO INTERNET ACCESS TO CHANGE YOUR NUMBERS, HE TELLS ME I MUST HAVE
DONE IT BY MISTAKE....I DO'NT THINK SO. SOME ONE GOT INTO MY VAN AND GOT TO MY COMPUTER...
I GET ON THE WEB AND STAY AT LEAST 2 HOURS I BELIEVE, AS I'M THERE, ALL KINDS OF PEOPLE START
COMMING IN, OLD MEN COMMING IN HAVING THIS MAN REPAIR THERE COMPUTERS, AND NOT CHARGING
THEM A THING, THEN I HEAR THESE CUSTOMERS ASKING THIS MAN WHO I WAS.. WHEN I GO TO LEAVE, I ASK
HOW MUCH I OWE YOU, HE WANTS 20 DLLARS FOR REPAIRING MY COMPUTER, IT TOOK HIM LESS THAN 3
MINUTES... I PAY THIS MAN, ,,,AN I LEAVE... I THOUGHT TO MYSELF, YOU FIX OTHER PEOPLES COMPUTER,
AND SPEND 15 MINUTES FIXING THEM, CHARGE THEM NOTHING, AND HYOU WORK LESS THAN 3 MINUTES ON
MY COMPUTER, AND CHARGE ME 20 DOLARS....HUM...WHAT HAPPENING HERE..

I LEFT SOUTH PADRA ISLAND AND DROVE TO CHORPUS CHRISTI TEXAS...AS I AM IN CHORPUS CHRISTI
TEXAS, I AM TRYING TO FIND A GYM TO EXERCISE IN..
I AM BEING STALKED BY ALL KINDS OF PEOPLE..
ONE GYM I WENT TO CHECK OUT, WHEN I SAID I WILL GET BACK WITH YOU, THIS MAN THAT WAS
INTERVIEWING ME, IS TELLING ME GOOD LUCK TO YOU, GOOD LUCK TO YOU, I SAID TO MYSELF, I THINK THIS
MAN WAS WAITING FOR ME TO SHOW UP AT THE HEALTH CLUB.. YOU CAN TELL THE WAY HE WAS ACTING
WHEN I FIRST MET HIM, AND THE WAY HE WAS ACTING AS WE TALKED.. AND THE GOVERMENT KNOWS I GO
TO HEALTH  CLUBS, TO WORK OUT AND SHOWER...THESE POLICE WORK REAL FAST....I LEAVE AND GO OUT
TO MY CAR, HERE I FIND A VEHICAL THAT HAS A LICENSE PLATE, THAT HAS NUMBERS ON IT, AND SAYS
STATE JUDGE UNDER NEATH THE NUMBERS ON THE PLATE, ALSO THERE IS A MERCEDES BENZ PARKED
NEXT TO THIS JUDGES CAR...NEITHER OF THESE CARS WERE PARKED THERE WHEN I PARKED, I SAID TO
MYSELF,,  THE STATE PROSECUTERS OFFICE KNOWS  I'M IN TOWN, AND THERE GOING TO START THERE
NONSENSE.....I LEFT, AND SAID I WILL NOT JOIN THIS CLUB..I'M SURE THIS IS THE SICO POLICE FORCE
AGAIN...

I GO GET A FREE 1 WEEK PASS AT ANOTHER GYM, I GET THE PASS, BUT I AM BEING STALKED AS I AM THERE,
I DO NOT WORK OUT OR SHOWER...I JUST LEFT, I DO'NT WANT TO BE AROUND THESE SCUM...

Page 2 of 12

AS TIME GOES BY, I AM TRYING TO GET MY VAN FIXED, IT IS JUST EATING GAS, AND GETTING POOR GAS MILAGE, ITS BEEN LIKE THIS EVER SINCE I WAS ATTACKED IN MEXICO..

IT SEEMED AS EVERY SERVICE GARAGE I WENT TO, THAT THEY WHERE EXPECTING ME, I COULD NOT GET MY VAN FIXED..

I GO TO ONE GARAGE AND THEY CHECK IT OUT AND THEY TELL ME MY CADILITIC CONVERTER IS BAD THEY SAY THATS WHY ITS SUCKING GAS, I HAVE A NEW CADILITIC CONVERTER INSTALLED BUT THAT DOES NOT FIX THE PROBLEM.

AS I'M DRIVING AROUND TO DIFFERENT LOCATIONS TRYING TO GET THIS VAN FIXED, I AM CONSTANTLY BEING STALKED MY PEOPLE DRIVING BRAND NEW FORD PICK UP TRUCKS..I WAS BEING FOLLOWED EVERYWHERE..AND NO-ONE KNOWS WHATS WRONG WITH MY VEHICAL..

I AM OUT ON ONE OF THE BARRIIER ISLANDS, AND I STOP AT A HOTEL TO USE THERE  PAY PHONE TO CALL MY CREDIT CARD COMPANIES TO GET CASH ADVANCES..AS I AM THERE, I SEE SOME OF THESE PEOPLE FROM MICHIGAN WHERE I USE TO LIVE.. THIS IS ONE OF THE MEN THAT ATTACKED ME RELENTLESSLY WITH OTHER NIEGHBORS, HE ACTTING LIKE HE WANTS TO TALK TO ME LAUGHING AND MAKING GESTURE TOWARDS ME.. I JUST GAVE HIM A MEAN AND WICKED LOOK BACK,   I UTTERLY REFUSE TO GIVE HIM THE TIME OF THE DAY.....

THE PEOPLE IN MICHIGAN THAT RAPED ME FOR DECADES OF MY LIFE WANT ME TO ACCCIATE WITH THEM...THEY ARE REALLY SICK...

I GO TO THE SUPERMARKETS TO BUY LUNCH AND DINNER.
 ON TWO OTHER OCASIONS THE SAME CAR THAT HAS STATE JUDGE WRITTEN ON THE LICENSE PLATE, AND THE SAME MERCEDES BENZE IS PARKED RIGHT NEAR MY VAN..WHEN I COME OUT OF THE STORE....I SAID, I HAVE A STATE JUDGE STALKING ME NOW... THIS IS ALL I NEED, I'M GOING TO BE GETTING ATTACKED BY THE STATE JUDGES SICO POLICE FORCE, I WONDER IF THERE GOING TO BE PUTTING ME IN JAIL...

I AM GOING TO DIFFERENT SUPPERMARKETS, AS I COME OUT, THERE IS THE SAME OLD MAN HANDING OUT NEWSPAPERS FOR FREE, THIS MAN IS ALWAYS ASKING ME IF I'M GOING TO LIVE HERE.THE LAST TIME I SAW HIM,  I TOLD THIS MAN I AM LEAVING CHORPUS CHRISTI, THIS MANS FACIAL EXPRESSION TURNS TO ANGER AND GRINDS HIS TEETH. I ASKED HIM WHERE HE WAS FROM, HE TELLS ME HE IS FROM MINNISOTA....
I SAID TO MYSELF, I WAS RIGHT,, THIS IS ANOTHER MAN STALKING ME...I SAW THIS MAN AT THREE DIFFERENT SUPPERMARKETS...AND ALWAYS SHOWS UP WHEN I AM LEAVING THE STORE....

I AM GOING TO FED EX KINKOS TO GET ON THE INTERNET WITH MY T-MOBIL WIRELESS...I HAVE ALL KINDS OF PEOPLE STALKING ME IN FED X KINKOS..
I AM SENDING EMAILS TO MY WORKERS COMP AJUSTER, I AM TRYING TO GET A KNEE DOCTORS, AND A HURNIA DOCTOR FOR MY TWO INJURIES I HAVE FROM WORK, I'M TRYING TO GET THESE DOCTORS FOR THE CORPUS CHRISTI AREA...
THIS AJUSTER SENDS LETTERS TO A GENERAL DELIVERY ADDRESS I GAVE HIM AT A CHORPUS CHRISTI POST OFFICE, EVERYTHING WAS GOING ALONG SMOOTHLY  WITH THIS NEW NEW AJUSTER THAT TOOK THIS CASE OVER... AND I CAN'T BELIEVE IT...EVENTUALLY THE POST OFFICE WAS NOT GIVING ME MY GENERAL DELIVERY MAIL. AND THE GOVERMENT RAPING STARTS OVER AGAIN.

ONE TIME IN THE MORNING I AM IN FED X KINKOS A MAN DRESSED IN BLACK DRESS PANTS AND A WHITE DRESS SHIRT  SITS DOWN NEXT TO ME, AND GETS ON THE WEB.. HE GET ON HIS CELL PHONE AND IS TALKING, I HERE HIM SAY THAT HE JUST MOVED FROM HOUSTON TO CORPUS CHRISTI... THIS MAN IS MAYBE 25 YEARS OLD,   AND I AM HAVING VERY BAD VIBES OFF HIM SITTING NEXT TO ME..
I GET UP AND GO TO THE BATHROOM, I COME BACK AND I SEE ALL MY PAPERS ARE MOVED AND MY LAP TOP THAT I CLOSED WHEN I LEFT IS OPEN, THIS MAN IS LOOKING AT ME WITH A WICKED LOOK IN HIS EYES, AND ITS LIKE HE IS EGGY ME ON TO TALK TO HIM, AND TO POSSIBLE PROVOKE ME INTO A FIGHT.. I UTTERLY REFUSE TO EVER TO TALK TO THESE LOW LIFE SICK POLICE THAT STALK ME...I GET MY STUFF TOGETHER AND I LEAVE...

ONE OTHER TIME THIS GUY CAME INTO FED X KINKOS WHEN I  WAS THERE, AND HE TRYED TO GET ME TO TALK TO HIM, AND I IGNORED HIM..I LEFT AGAIN..

I AM NOT GOING TO THE GYM LIKE I WANT TO, BECASE I KNOW THERE GOING TO ATTACK ME LIKE THEY DID

Page 3 of 12

IN MEXICO AND TAHOE.AND EVERYWHERE ELSE..THIS ONE WEEK FREE PASS THAT I HAVE AT THE GYM I NEVER USED, I WENT THERE APPROX. 5 DAYS AFTER GETTING IT, AND I AM BEING STALKED BY ONE OF THESE BALD HEADED SICO POLICE FORCE, I WENT AND TOOK A SHOWER, AND WHEN I LEAVE AND GO OUT SIDE, THIS BALD HEADED MAN IS OUT SIDE AND IS WAITING FOR ME, AND AS SOON AS HE SEES ME,, HE COMES WALKING STRAIGHT AT ME LIKE HES GOING TO DO SOMETHING.. I TELL MYSELF I NEED TO LEAVE THIS PLACE... THESE SICK AND SICO POLICE WILL NEVER LAY OFF, I BET THIS BALD HEADED MAN IS EITHER COUNTY OR STATE POLICE...
THIS IS THE LAST WEEK OF JANUARY OR THE FIRST COUPLE DAYS OF FEBUARY, NOW IN MAY OF THIS YEAR, WHEN I'M IN LAKE SHASTA AND AT THE DAM THAT MAKES THIS LAKE IN CALIFORNIA, THIS SAME MAN AND HIS WIFE ARE THERE..
 THIS MAN FROM TEXAS  NOW HE SEES ME, AND HE COULD NOT EVEN LOOK AT ME IN THE EYE, THIS MAN LOOKED COMPLETLY ASHAMED AND GUILTY, WHY WAS HE IN CALIFORNIA NOW....THE TEXAS SICO POLICE, I JUST CONTINUED ON, AND IGNORED THIS MAN AND HIS WIFE....AND I LEAVE THE AREA

AN ATTORNEY THAT I AM TAKING TO IN MIAMI FLORIDA TO POSSIBLY TAKE OVER MY WORKERS COMP CASE IS SENDING ME MAIL, AND I NEVER GET IT...
 ALL THE COMMUNICATION WITH THE WORKERS COMP AJUSTER COMES TO A HAULT, I NEVER RECIEVE ANY APPOINTMENTS WITH THESE DOCTORS, THAT I HAVE CHOSEN THAT I SUPPLYIED THIS CASE WORKER WITH...
I SAY TO MYSELF, IS THE SICO SICK GOVERMENT AGAIN STARTING TO BLOCK ALL MY APPOINTMENTS..I KEPT GOING BACK TO THE POST OFFICE HOPING TO RECIEVE THESE DOCTORS APPOINTMENTS,  WITH THESE DOCTORS I WANTED TO SEE..AND NOTHING EVER CAME..
I GO TO THE POST OFFICE AGAIN,  THE POST MASTER I AM TALKING TO GIVES ME THIS LETTER I WAS LOOKING FOR FROM THIS ATTORNEY.......IT HAS BEEN IN THE POST OFFICE FOR QUITE SOMETIME, BUT THEY NEVER GAVE IT TO ME...THIS POST MASTER OF MEXICAN DESENT WAS VERY PROVOKING AND TOLD ME WHEN I LEFT, GOOD LUCK TO YOU MR FOX GOOD LUCK TO YOU MR FOX...

AS I AM SENDING EMAILS TO THIS CHARLES BARD WHO IS THE CASE WORKER AT CNA INSURANCE, I AM HAVING THEM SENT BACK TO ME ALSO, I DO THIS SO I HAVE RECORD OF WHAT IS HAPPENING....I GO INTO FED X KINKOS, AND GET ON THE INTERNET, I SIT DOWN AT A BOOTH WHERE THERE IS A MEXICAN MAN AND A WOMAN APPROX 30 YEAR OLD. I GET ON THE WEB, AND I AM ON MY EMAILS, I SEE THE EMAIL I SENT TO CHARLES BARD WAS RETURNED TO ME AS ALWAYS,,, , I GO THROUGH MY OTHER EMAILS, I AM READING THEM. AS THIS IS GOING ON BOTH THIS MEXICAN MAN AND WOMEN ARE LOOKING OVER AT ME, I AM WONDERING IF THEY ARE ONE OF THE SICO POLICE FORCE THAT IS STALKING ME... THEY ARE TALKING IN SPANISH..AS I CONTINUE ON READING MY EMAILS, I GO BACK TO THE EMAIL I SENT CHARLES BARD, I CAN NOT FIND IT. I AM LOOKING AGAIN AND AGAIN.. AND THIS EMAIL THAT WAS THERE IS GONE, I SAY OUT LOUD THE FUCKIN SCUM HAVE GOTTEN ON MY COMPUTER... I CAN'T BELIEVE THIS...MY EMAIL IS GONE..AS THIS IS HAPPENING THE MEXICANS NEXT TO ME START TALKING LOUDLY IN SPANISH AND START LAUGHING, THEY GET UP ALMOST EMEDIATLY, AND LEAVE..I WAS GOING TO SAY SOMETHING TO THEM, BUT I WAS SO PISSED OFF THAT I WAS AFFRAID I MIGHT GO OFF ON THIS MEXICAN,, I AM RAPED AGAIN BY THESE SICK SICO POLICE...

I SENT THIS CHARLES BARD ANOTHER EMAIL WRITTEN LIKE I SENT THE OTHER ONE, AND I ASKED HIM IF HE WOULD SEND ME A COPY OF THE EMAIL I SENT HIM. I HAVE NEVER RECIEVED ANYTHING EVER AGAIN FROM THIS CASE WORKER....

AFTER THE CONTINUING BULL SHIT THAT I WAS GOING THROUGH IN COURPUS CHRISTI, I DECIDED, ITS TIME FOR ME TO LEAVE.....

ON FEBUARY 3RD 2006 I LEAVE CHORPUS CHRISTI BECAUSE I AM SICK OF THIS SICO SICK POLICE FORCE THAT IS AFTER ME...

I DRIVE INTO GALVESTON TEXAS ON FEBUARY 3RD 2006. ITS IN THE EVENING,  I FILL UP MY CAR WITH GAS, I THEN DRIVE AROUND A LITTLE...
I AM HEADING NORTH EAST ON SEA SHORE BLVD...I FIND A PLACE TO PARK..RIGHT ON SEAS SHOE BLVD.
I PARK IN-BETWEEN 2 PARKED VEHICALS..
 I LEFT 8 TO 9 FEET OF SPACE FROM THE VEHICAL BEHIND ME, AND THERE WAS 6 FEET OF CLEAR SPACE OF THE CAR THAT WAS PARKED IN FRONT OF ME...
I PARKED LIKE THIS, BECAUSE IF THERE WAS ANY KIND OF A REAR COLLISION, THERE WOULD BE A CUSHION OF SPACE, I AM ALWAYS THINKING IF THE GOVERMENT STAGES ANOTHER CAR ACCIDENT, I WILL ALSO BE PROTECTED BY THIS COLLISION..

I KNOW WHAT KIND OF RUTHLESS SCUM THESE PEOPLE ARE FROM MY PAST EXPIERENCES IN MICHIGAN, FLORIDA AND GEORGIA...AND EVERYWHERE ELSE I HAVE EVER GONE...

AFTER I PARKED THIS VEHICAL, I AM SITTING IN THE FRONT SEAT, I SAID TO MYSELF, I HAVE A VERY BAD FEELING RIGHT NOW....
I AM NOT PARKED THERE 5 MINUTES,, AND A GALVESTON POLICE CAR GOES BY HEADING IN THE OTHER DIRRECTION ON SEA SHORE BLVD.
RIGHT AWAY MY, I TOLD MYSELF TO LEAVE..I AM HAVING VERY BAD FEELINGS ABOUT THIS..
I SAID I WILL STAY ONLY 20 MINUTES OR SO, AND FIND ANOTHER PLACE TO STAY FOR THE NIGHT....
I RECLINED THE DRIVERS SEAT ALL THE WAY BACK, TO RELAX....BUT I FELL ASLEEP......
I HAVE NO IDEA HOW LONG I WAS ASLEEP UNTIL I WOKE UP...
WHEN I WOKE UP,,, I SAID THE HELL WITHIT,,,, I'LL JUST SLEEP HERE FOR THE NIGHT...
I CLIMB IN THE BACK OF MY VAN, TO WHERE MY BED IS AND GO TO SLEEP.....

THE NEXT THING I KNOW IS ————BANG—————— IF FEEL MY ENTIRE BODY FLYING AND TWISTED ALL OVER THE PLACE....I FEEL SOMETHING PIERCING THE SKIN ON MY FACE......I FEEL MY NECK AND SPINE TWISTING ALL OVER AS MY BODY TWISTED FROM THE IMPACT...

WHAT A FEELING IT WAS.....

WHAT HAPPENED IS.. A WOMEN DRIVING A CAR, COMING NORTH EAST ON SEA-SHORE BLVD... REAR END THE FORD EXPEDITION THAT WAS PARKED BEHIND ME, DRIVING THIS VEHICAL INTO THE BACK OF MINE, RIGHT WHERE MY HEAD IS WHILE I'M SLEEPING, THEN DRIVING MY CAR INTO THE CAR PARKED IN FRONT OF ME....

HOW FAST WAS THIS LADY TRAVELING WHEN THIS HAPPENED, SHE PUSHED A FORD EXPEDITION 8 FEET INTO THE BACK OF MY VEHICAL THEN SHOVING MY VEHICAL 6 FEET INTO THE BACK OF THE FORD TAURUS, THAT WAS PARKED IN FRONT OF ME.....

I CLIMB OUT OF MY VAN AFTER ABOUT 5 MINUTES...I WAS REALLY SHAKEN, AND HURTING...
WHEN I GET OUT, THERE ARE 2 VEHICALS THAT HAVE STOPPED..

THESE ARE ALL YOUNG PEOPLE APPROX. THE SAME AGE...23-26 YERS OLD....
ONE OF THE MALES THERE, ASKING ME, YOU WHERE IN THE BACK OF YOUR VEHICAL
WHY WOULD HE SAY THIS, IN THE BACK OF MY VEHICAL.. BINGO...THIS IS A GOVERMENT STAGED ACCIDENT....
I WALKED RIGHT AWAY FROM THIS MAN, HE FOLLOWED ME EVERYWHERE I WENT, ASKING ME ALL KINDS OF QUESTIONS...
I IGNORED THIS  MAN COMPLETLY...

THE POLICE SHOW UP, ALONG WITH AMBULANCES AND WRECKER SERVICE COMPANYS...

THE AMBULANCES PEOPLE WANTING TO TAKE ME TO THE HOSPITAL, I SAID I THINK I SHOULD GO...
I ASKED THEM IF I CAN TAKE SOME OF MY BELONGINGS WITH ME...
THEY BLUNTLY TOLD ME THIS IS NOT A LUGGAGE CARRY AMBULANCE, I TOLD THEM THERE IS IMPORTANT PAPER WORK AND COMPUTERS AND ECT. IN MY VEHICAL, THEY SAID I COULD NOT BRING ANYTHING...

I SAID,  I WILL NOT GO...THEY ARE VERY UPSET, THE POLICE OFFICER THERE TELLING ME I SHOULD GO IN THE AMBULANCE, AND ALL MY VALUBALES WILL BE  SAFE, I SAID TO MYSELF, YOU ARE A LIER, YOU PEOPLE ARE NEVER TO BE TRUSTED...

THEY KEPT TRYING TO GET ME TO GO IN THE AMBULANCE...I RE-FUSED, THEY HAD ME SIGN PAPERS THAT I REFUSED TO BE TAKEN TO THE HOSPITAL....

AFTER I GET ALL THE IMPORTANT PAPER WORK THAT I AM CARRYING OUT OF MY VEHICAL, MY COMPUTER, AND OTHER MATERIALS, I AM ON THE SIDE OF THE ROAD, THE POLICE TELL ME I CAN GET A MOTEL ROOM SOMEWHERE, I STAYED AT THE SEEN OF THIS ACCIDENT UNTIL ALL WRECKERS TOWED ALL VEHICALS AWAY, AND ALL DEBRI WAS CLEANED UP... AND THE POLICE LEAVE..
I AM STANDING ON THE SIDE OF THE ROAD, WITH ALL MY BAGGAGE, AND THE POLICE JUST DRIVE OFF, THESE PEOPLE DO'NT EVEN OFFER TO GIVE ME A RIDE TO A HOTEL....I WOULD HAVE NEVER EXCEPTED A RIDE FROM THEM IF THEY WOULD HAVE OFFERED, BUT ITS JUST THE WAY THE POLICE ARE WHEN THEY

ARE THE ONES THAT CAUSED THIS, AND THERE PARTNERS IN CRIME, THERE GOVERMENT OFFICALS THAT TRACK ME AND FOLLOW ME THROUGH THERE ELECTRONIC TRACKING DEVICES THEY HAVE ON MY VEHICAL...AND I HAVE ALWAYS SAID, SOMEDAY THEY WILL KILL ME......

DURING THE CLEAN UP OF THIS CAR ACCIDENT, AND THE POLICE TAKING THE POLICE REPORT, THE WOMEN THAT CAUSED THIS WRECK, HER SO CALLED HUSBAND, SHOWS UP AND PARKS JUST UP FROM MY VEHICAL, AND HE'S DRIVING A OLD FORD PICK-UP..THIS MAN TALKING TO HIS SO CALLED WIFE, ARE YOU ALRIGHT..THEN WALKING PAST ME, BACK TO HIS TRUCK AND BACK TO HER, TALKING OUT LOUD THIS WHOLE TIME...YOU CAN TELL THE WAY THIS MAN IS ACTING, HE IS PUTTING A SHOW ON.. I JUST STARE THIS MAN AND WOMEN DOWN CONSTANTLY, AND THEY UTTERLY IGNORE ME....THEN WHEN THEY GO TO LEAVE IN THIS OLD FORD PICK UP, THEY WALK BY ME, I AM STARRING THEM DOWN, THEY BOTH HAVE THERE SHOULDERS ALL THE WAY BACK, AND THERE HEADS UP HIGH, THEY DO'INT EVEN FLINCH AS THEY WALK RIGHT BY ME, AND THEY HAVE THIS WICKED LOOK IN THERE EYE, AND TO ME, THERE ACTING LIKE YEA, WE GOT YOU SUCKER...WE GOT YOU....
THESE PEOPLE NEVER ASKED ME IF I'M ALRIGHT, OR ANYTHING...

THESE PEOPLE ARE FROM HOUSTON TEXAS, THIS WOMEN IS DRIVING A NEW MODEL CAR, AND IN  LESS THAN 20 MINUTES TIME, HER SO CALLED HUSBAND SHOWS UP IN AN OLD FORD PICK UP TRUCK...YEA RIGHT.... WHY DO THEY HAVE TWO VEHICALS, AND THERE FROM HOUSTON TEXAS..
THIS DOES NOT ADD UP...

ALSO AFTER THIS ACCIDENT, I AM LOOKING ALL AROUND, THERE ARE 3 CARS PARKED ON THE OTHER SIDE OF THE ROAD, WITH PEOPLE IN THEM, I SEE A MAN IN A FORD GRAND MARCIUS OR CROWN VICTORIAN... I SEE A WOMEN IN A SUV STYLE VEHICAL, AND I BELIEVE ANOTHER WOMEN IN A MINI VAN....AT THE END OF THIS CLEAN UP, AND WHEN THE WREKER SERVICE TOWS  MY VEHICAL AWAY, I WATCHED EVERY ONE OF THESE CARS PULL OUT AND FOLLOW THE WRECKER CARRYING MY CAR, AND TURNED ON THE SAME ROAD, THAT THIS WRECKER DID....

AFTER EVERYBODY LEAVES..
I  LEAVE AND WALK DOWN TO A CONVIENT STORE/GAS STATION..
I GET ON THE PHONE AND CALL MY INSURANCE COMPANY, I RIGHT AWAY HAVE PEOPLE DRIVING IN AND LOOKING AT ME, AND WATCHING EVERY MOVE I MAKE....AS I'M ON THE PHONE, A MAN APPROX. 30 YEARS OLD.. BACKS A OLD FORD PICK UP TRUCK NEAR ME. HE GETS OUT, AND LOOKS AT ME LIKE HE WOULD LIKE TO KILL ME....I SAID TO MYSELF, YEA BUDDY, I'M STILL ALIVE...
AS  I'M ON THIS PHONE, THE PERSON I AM TALKING TO ASKS ME WHAT THE ZIP CODE IS WHERE I'M AT...THIS MAN IN THIS FORD PICK UP IS NOW COMMING OUT OF THE STORE, I ASKED HIM IF HE KNOWS THE ZIP CODE IS HERE, THIS MAN ACTS LIKE HE WOULD LIKE TO KILL ME AGAIN, HE IS GRITTING HIS TEETH AND THE ANGER ON HIS FACE IS UNREAL,  HE TELLS ME THE ZIP CODE, AND IS REALLY ACTING LIKE HE WOULD LIKE TO ATTACK ME....HE GETS IN HIS FORD PICK UP AND FLYS OUT OF THE PARKING LOT..

AFTER I MADE ALL THESE PHONE CALLS, AND FOUND A ENTERPRIZE CAR RENTAL IN TEXAS CITY TEXAS, THAT HAD A CAR I COULD GET THROUH MY CAR INSURANCE, I START WALKING TO TEXAS CITY...ITS APPROX 10 MILES FROM WHERE I'M AT...

AS I'M WALKING DOWN SEA SHORE BLVD. I NOTICE A GIRL WITH LONG BLOND HAIR DRIVING A BLUE FORD EXPEDITION DRIVING BY ME, SHE DOES THIS ON THREE DIFFERENT OCASSIONS. THEN AS I GET CLOSE TO THIS HOTEL, SHE PULLS INTO THIS HOTELS PARKING LOT, AND COMES OUT AT THE OTHER ENTRANCE/EXIT AND SHE WAITS FOR ME TO WALK BY, ITS LIKE SHE WANTS ME TO STOP AND TALK TO HER...I JUST STARRED HERE DOWN AS I WALKED BY, AND I SAID,, I WILL NEVER TALK TO YOU AND YOUR KIND, YOU JUST TRYED TO KILL ME, OR SERIUSLY HARM ME, AND NOW YOU LOW LIFE SCUM WANT TO GET ME A MOTEL ROOM....
THIS WOMEN IN THIS CAR PULLED OUT ON SEA SHORE BLVD. AND DROVE OFF...
I CONTINUE ON WALKING, AS I'M WALKING, THERES DIFFERNT UNMARK POLICE CARS DRIVING BY ME....
I AM PISSED OFF, AND I SAID, SOME DAY YOU NIGGERS WILL KILL ME, YOU ARE THE LOWEST FORM OF LIFE THERE IS.......
I FINALLY MAKE IT TO THE ROAD THAT TURNS INTO INTERSTATE I-45 NORTH TOWARDS HOUSTON TEXAS...AS I'M WALKING ON THE NORTH BOUND SIDE, I AM HITCH HIKING....ITS APPROX. 3-4 AM IN THE MORNING...
I HAVE CARS BLOWING THERE HORNS AT ME AS I'M HITCH HIKING, I HAVE VEHICALS TURNING THERE HEAD LIGHTS OFF AND ON.. AS I CONTINUE ON.. I HAVE PEOPLE TURNING THERE INSIDE LIGHTS ON IN THERE VEHICALS WHEN THEY DRIVE BY, THIS HAPPENED 3 TIMES, WITH 3 DIFFERENT VEHICALS...
I SAID TO MYSELF, YOU SCUM WILL NEVER STOP WITH YOU MIND TRIP GAMES YOU LIKE TO PLAY....YOU ARE UTTER SCUM....AND YOU KNOW IT....

I CONTINUE ON,  I AM ON I-45 AND I'M STILL HITCH HICKING STILL, NOW HERE COMES A CAR WITH A MAN HANGING OUT OF THE PASSANGER WINDOW, AND HE'S YELLING OUT——(MARCH ON FOX,,,, MARCH ON FOX)——AT THIS TIME I AM JUST UTTERLY AMAZED HOW THESE SICO SICK PEOPLE ARE....THEY TRY TO CAUSE ME GREAT PHYSICAL AND EMOTIONAL AND  IRREPTABLE HARM  EVERYWHERE I GO IN LIFE....I CAN REMEMBER YELLING AT THIS MAN AFTER HE DROVE BY——SOME DAY YOU WILL KILL ME.....I WILL NEVER BECOME ONE OF YOU LOW LIFE SCUM........

I STOPPED ON THE SIDE OF THE FREEWAY AND TRYED TO SLEEP FOR A WHILE, I AM EXTREAMLY TIRED, AND HURTING FROM THIS ACCIDENT....
CAN'T SLEEP, SO I MOVE ON, I CONTINUE WALKING AND HITCH HIKING, IT TURNS LIGHT OUTSIDE
A YOUNG BLACK MAN PICKS ME UP, I TELL HIM WHAT HAS HAPPENED, THIS YOUNG MAN DRIVES ME RIGHT TO ENTERPRIZE CAR RENTAL. I AM THERE 2 HOURS BEFORE THEY OPEN AND I GET BREAKFEAST AT THIS DINER RIGHT DOWN THE ROAD... AND AGAIN THE SICO POLICE COME IN AND ARE WATCHING EVERY MOVE I MAKE..

I LEAVE AND GET A RENTAL CAR...THEY ARE STALKING ME AT THE CAR RENTAL...I LEAVE WITH THE RENTAL CAR, I BEGIN LOOKING FOR ANOTHER CAR RIGHT AWAY..
I AM BEING FOLLOWED EVERYWHERE I GO... I HAVE PEOPLE IN PICK UP TRUCKS IT SEAMS LIKE EVERYWHERE I GO, FOLLOWING ME INTO ALL THE USED CAR LOTS..AND PRIVATE INDIVIDUALS SELLING CARS THAT I MADE APPOINTMENTS WITH...THE RELENTLESS SICO POLICE. AND THERE TEAM PLAYERS.

I GO TO THE GALVESTON POLICE STATION TO GET A COPY OF THE POLICE REPORT.. SO I CAN GET THE WOMEN THAT CAUSED THIS ACCIDENTS INSURANCE CARRIERS NAME AND PHONE NUMBER....I GET THE POLICE REPORT, AND THEN I'M LOOKING FOR THE BATHROOM IN THE POLICE STATION, I ASK A POLICE SARGENT, OR LUTENIET, WHO HAS A LOT OF STRIPS ON HIS SHIRT....THIS MAN STARTS RUBBING HIS NOSE, AND LOOKING AT ME FUNNY...THEN STARTS LAUGHING AT ME...HE TELLS ME REAL LOUD AND STERN LIKE, THEN HE STARTS RUBING HIS NOSE AGAIN......AND LAUGHING..
THIS IS A CONTINUING THING, THAT I AM A COCAINE DEALER, AND THEY RUB THERE NOSE AS TO INTIMIDATE ME....I HAVE UTTERLY NOTHING TO DO WITH DRUGS..

ON SUPER BOWL SUNDAY, IN GALVESTON TEXAS, I WALK INTO A BAR TO WATCH THE SUPER BOWL, THEY HAVE A FREE SMALL FREE BUFFET, AT THIS BAR, I WALK UP TO THE BUFFET WHEN I GET THERE, AND GET SOME FOOD. I TURN AROUND, AND I SEE THESE PEOPLE LOOKING AT ME LIKE THEY WOULD LIKE TO KILL ME, OR LIKE I'M A PIECE OF SCUM...I SAID TO MYSELF, THESE MUST ME THE SICO POLICE THAT HAVE BEEN SHOWN A PICTURE OF MYSELF, AND TOLD ABOUT MYSELF.......AND I AM CORRECT AGAIN.

I SIT DOWN AT A TABLE BEHIND THEM, AND OFF TO ONE SIDE OF THEM, I AM WATCHING THE GAME AND EATING, I GO BACK UP TO THE BUFFET AND GET MORE FOOD, AND GO BACK AND SIT DOWN, AND AGAIN THESE SAME GROUP OF PEOPLE ARE LOOKING AT ME LIKE THEY WOULD LOVE TO KILL ME...
I  PUT MY ONE LEG UP ON A EXTRA CHAIR BECAUSE IT IS HURTING ME...
DURING THESE TWO TIMES OF ME GETTING FOOD, I WATCHED THESE PEOPLE GET CLOSER TOGTHER AND TALKING, AND I'M SURE THERE TALKING ABOUT ME,, AND THEY WOULD BE TURNING AROUND TO WATCH ME, AND GIVE ME DIRTING LOOKS, I JUST SMILED AT THEM AND LAUGHED A COUPLE OF TIMES AT THEM.....AND I SAID TO MYSELF THESE ARE THE SICO POLICE....

AS I'M SITTING THERE, WITH MY SECOND ROUND OF FOOD, AND MY LEG IS UP ON THE ONE CHAIR, THE CLOSEST MAN SITTING AT THE TABLE WITH THESE PEOPLE THAT ARE TRYING TO INTIMADATE ME, STARTS TELLING ME TO GET MY LEG OFF THE CHAIR, HE TELLS ME WHAT KIND OF PLACE DO YOU THINK THIS IS, DO YOU LIVE LIKE THIS AT YOUR HOUSE....I TOLD THE MEXICAN TO MIND HIS OWN BUSINESS AND SHUT UP...THIS MAN AGAIN TELLS ME TO GET MY LEG OFF THIS CHAIR, I CAN'T BELIEVE HOW THIS MEXICAN IS TALKING TO ME, I TOLD THIS MEXICAN TO SHUT YOUR FUCKIN MOUTH, AND TO MIND YOUR OWN BUSINESS....ALL OF A SUDDEN THE WHOLE TABLE GETS UP...I HAVE THESE TWO MEN APPROACH ME, TELLING ME THEY ARE BAR SECURTY AND ONE MAN TELLING ME HE IS GALVISTON VICE SQUAD...AND I'M OUT OF HERE....I SAID YOU GOT THAT RIGHT.... I AM TOLD TOO TAKE MY FOOD AND  LEAVE, I SAID YOU CAN KEEP YOUR FOOD...
THEY ESCORT ME TO THE SIDEWALK IN FRONT OF THE BAR, THEY TELL ME I'M NEVER ALLOWED BACK IN THE BAR, THEN THERES ANOTHER MAN THAT STARTS UP, HE MOUTHING OFF THAT HE IS ALSO A DETECTIVE AND THIS IS HIS CAR, THEY BOTH SHOW ME THERE BADGES REAL QUICK....

THEY TELL ME NEVER TO COME BACK OR I WILL BE ARRESTED FOR TRESSPASSING....

Page 7 of 12

I LEAVE.. I WALK DOWN THE ROAD, AND AM LOOKING FOR ANOTHER BAR TO WATCH THE SUPER BOWL IN...
I COULD FIND NO OTHER BAR, I END UP WALKING BY THIS BAR THAT THEY THREW ME OUT OF... I STOPPED
AND STARTING WATCHING THE GAME FROM THE SIDE WALK, THIS BAR HAS 2 SETS OF DOUBLE DOORS THAT
ARE OPENED TO THE SIDE WALK, APPROX 6 FEET ON EACH DOOR, I AM APPROX. TWO AND A HALF FEET
AWAY FROM THESE DOORS, OR TWO AND A HALF FEET OUT ON THE SIDE WALK.....I'M WATCHING THE GAME,
I SEE THE DETECTIVE THAT SAYS HE IS GALVISTON VICE STARRING ME DOWN, I SEE HIM GET ON THE
PHONE, AND IS LOOKING AGAIN AT ME LIKE HE WOULD LIKE TO KILL ME..

I'M WATCHING THE GAME FROM THE SIDE WALK, AND AFTER ABOUT 3-5 MINUTES, THESE 2 DETECTIVES AND
THE REST OF THE TABLE COME AFTER ME, THE DETECTIVE TELLING ME, I TOLD YOU WHERE NEVER TO
COME BACK HERE... I SAID I'M ON THE SIDE WALK AND I'M NOT IN THE BAR, BOTH OF THESE DETECTIVES
GRAB ME AND TELL ME TO PUT MY HANDS ON THIS CAR.. THEY FRISK ME, TAKING MY WALLET, LOOK
THROUGH MY WALLET, PATTING ME DOWN, FOR DRUGS OR WEAPONS....THERE TELLING ME I'M GOING TO
JAIL, I SAID YOUR CRAZY, I'M ON A GALVISTON SIDEWALK AND THE BAR DOES NOT OWN THE SIDE WALK, I
TOLD HIM I'M A UNITED STATES CITIZEN, AND I'M ALLOWED TO WALK THE SIDEWALKS ANYWHERE...
 THESE TWO DETECTIVES TELL ME NOT HERE YOU DO'NT...THEN THE MAN THAT OWNS THE BAR STARTS
TALKING, AND SAYS COME ON NOW, WE DO'NT NEED TO DO THIS...HE IS TRYING TO STOP THESE TWO SICO
POLICE FROM DOING WHAT THERE DOING, HE TELLS ME HE WANTS ME TO COME BACK IN THE BAR AND I'M
WELCOME ANY-TIME...THEN THIS SICO POLICE DETECTIVE THAT SAYS HE IS GALVISTON VICE SQUAD
STARTS TELLING THE BAR OWNER NO, HE IS NOT COMMING IN THE BAR AND HE IS NEVER ALLOWED IN THIS
BAR, THE BAR OWNER IS BEING TOLD THAT I'M NOT ALLOWED IN HIS BAR BY THIS SICK SICO POLICE
DETECTIVE...AND PEOPLE WONDER WHY I HATE THE POLICE THE WAY I DO, YOU DO WHAT THESE THUGS
SAY OR ELSE..... I ASK THIS DETECTIVE IF HE MEXICAN, HE TELLS ME HE IS ITAILIAN...AND LAUGHS..
A POLICE CAR COMES, THEN THESE TWO DETECTIVES BACK OFF, AND THIS MAN THAT CAME IN THE POLICE
CAR GIVES ME A RIDE DOWN THE ROAD, AND SHOWS ME WHERE THERE IS A SPORTS BAR FOR ME TO GO
TO, THEN DROPS ME OFF AT MY CAR,
I DRIVE TO THIS SPORTS BAR RIGHT AFTER HE DROPS ME OFF, AND AS I'M THERE AGAIN, THE SICO POLICE
ARE COMMING INTO THIS BAR....

I ENDED GOING TO THIS BAR OTHER TIMES TO WATCH SPORTING EVENTS ON TV AND TO PLAY POOL...
ONE OF THE TIMES I GO THERE, THERE IS A TABLE OF 4 MEN AND 2 WOMEN, ONE OF THESE WOMEN LOOK
JUST LIKE THE GIRL DRIVING THE BLUE FORD EXPEDITION THE NIGHT OF MY CAR ACCIDENT, AND WAS
DRIVING BY ME, AND PULLING INTO THE HOTEL PARKING LOT AS I WALKED BY...
ONE OF THESE MEN ARE AFRICAN AMERICAN, I SAID TO MYSELF, ARE THESE ONE ONE OF THESE POLICE
TRAVING SICO POLICE SQADS THAT FOLLOW PEOPLE AROUND,
I CALL THEM DOMESTIC TERREROIST POLICE CELLS....THERE UTTER SCUM......
I WATCH THESE PEOPLE VERY CLOSELY, AND THEY KNOW I'M WATCHING THEM, THEY ARE ACTING
GUILTY.....THE LONG BLOND HAIRED GIRL THAT I BELIEVE WAS THE GIRL FOLLOWING ME THE NIGHT OF THE
CAR WRECK, WHEN WE MAKE EYE CONTACT LOOKS AWAY ALL THE TIME, YOU CAN TELL THAT SHE KNOWS
THAT I KNOW WHO SHE IS...THESE MEN ARE ALL WEARING DRESS PANTS, AND DRESS SHIRTS......THEY
LEAVE 30 MINUTES AFTER ME ARRIVING.....I WATCHED THEM LEAVE, BUT THEY WALK DOWN TE ROAD, AND
WALKED INTO ANOTHER BUILDING, I WAS HOPING TO GET THERE LICENCE PLATE NUMBERS.....

AS I'M IN GALVESTON, I'M GOING TO STARBUCKS COFFEE, THIS IS A HOT SPOT FOR T-MOBIL WIRLESS
INTERNET, AND I HAVE THIS SERVICE....AS I TRADE STOCKS.....

AS I'M GOING TO STARBUCKS COFFEE, THERE IS ALL KINDS OF PEOPLE COMING IN AND WATCHING ME...

AT THIS TIME I AM GOING LONG AND SHORT ON A MINING STOCK I TRADE......I HAVE JUST PURCHASED 20,000
SHARES OF CDE MINES ON A SHORT SIDE...
THIS IS WHERE YOU ARE EXPECTING THE STOCK TO GO DOWN....AND THE STOCK  IS....
THE NEXT DAY, SOMEONE HAD SUPPOSILY MADE A BOMB THREAT ON THE CAPITAL BUILDING, IN
WASHINGTON DC..
I AM REALLY UPSET, THIS CAUSES THE PRICE OF SPOT SILVER AND GOLD TO GO UP...AS THE METALS GO
UP, SO DOES THE SHARES OF MINING STOCKS.....
AS I AM IN STARBUCKS, I HAVE ALL KINDS OF PEOPLE COMMING IN, THEY ARE WATCHING ME..SOME STOP
AND STAND RIGHT IN FRONT OF ME, AND JUST STARE AT ME... I WOULD NEVER SAY A THING TO THESE
PEOPLE....THEN THERE WOULD BE ANOTHER GROUP OF PEOPLE SIT ACROSS FROM ME, TALKING AND
LAUGHING, AND LOOKING OVER AT ME ALL THE TIME....

I SOLD ALL THESE SHARES, FEARING THAT THE GOVERMENT WOULD CONTINUE FALSIFIY NEWS AND

Page 8 of 12

MINUPULATING THE MARKETS, AND CAUSE ME MORE FINANCIAL LOSS....I LOST APROX. 4300 DOLLARS.....I HAVE NOT YET TOLD YOU HOW THEY HAVE GOTTEN TO ALL MY STOCKS, AND DESTROYED MY PORFOLIO....AS I HAVE SAID, ANYTHING I HAVE EVER DONE, IT IS EITHER DESTROYED, OR TAKEN FROM ME....

 ANOTHER TIME THAT  I AM AT STARBUCKS AND ON THE INTERNET SITTING IN THE SAME LOCATION, TRADING STOCKS... 2 LONG HAIRED MEN WITH PONY TAILS, SIT RIGHT IN FRONT OF ME... THESE TO MEN ARE TALKING, AND STARING AT ME, THEY ARE TALKING ABOUT ME, TALKING ABOUT ME DOING CRIMINAL ACTIVITIES...
SAYING I BETTER BE CAREFUL, AND THEY JUST STARE AT ME.. AS I JUST STARE THEM DOWN.....
I PACKED UP MY COMPUTER AND I LEFT..
I UTTERLY REFUSE TO TALK TO THESE KIND OF PEOPLE EVER... IF IM SUCH A CRIMINAL,,, THEN WHERE IS MY PROFIT FOR BEING A CRIMINAL....THE REAL CRIMINALS ARE THESE PARINOD AND DELUSIONAL PEOPLE THAT CASE ME ALL OVER THE COUNTRY, BREAKING INTO MY CARS, MY LOCKERS AND TAKING WHAT EVER THEY WANT OF MINE....EITHER YOU BECOME ONE OF THESE LOW LIFE SCUM, OR THEY WILL DESTROY YOU.....AND THEY HAVE SURLY DONE ME OUT OF EVERTHING I HAVE EVER OWNED.....

I GO TO THE FEDERAL COURT HOUSE IN GALVESTON TEXAS, BECAUSE THERE WAS A POST OFFICE INSIDE THIS COURT HOUSE..
I TALK TO THE FEDERAL MARSHAL THERE, BREIFLY THERE...

I GO TO THE THE POST OFFICE AGAIN, AND  THERE ARE 2 DIFFERENT FEDERAL MARSHALS THERE,  ONE OF THEM WAS ACTING LIKE THEY WHERE EXPECTING ME...I GO TO THE POST OFFICE AGAIN.
 AFTER THE POST OFFICE. I GO TALK TO THESE TWO MARSHALS, AS THEY ARE SECURITY BEFORE YOU GO UP STAIRS TO THE COURTS OR FEDERAL OFFICES, I ASK THEM WHERE THE COURT CLERKS OFFICE IS, THEY ASK ME WHAT I WANT THE COURT CLERK FOR, I TELL THEM BRIEFLY ABOUT THIS CAR ACCIDENT, AND I NEED COURT INFORMATION ON FILING A COMPLAINT, THEY  FRISK ME FOR ARMS, AND TELL ME WHAT FLOOR TO GET OFF ON, AND WHERE TO TURN, THEY ARE ACTING VERY PROVOKING NOW, I GO UP STAIRS AND GET WHAT I WANT, I COME BACK DOWN STAIRS, AND NOW THESE 2 FEDERAL MARSHALS ARE GONE, AND THERES ONLY ONE FEDERAL MARSHAL THERE NOW... I ASKED HIM WHERE ARE THE OTHER 2 MARSHALLS, HE LAUGHS, AND SAYS THEY LEFT.....I STARTED ASKING THIS NEW FEDERAL MARSHAL QUESTIONS...THEN ONE OF THE COURT CLERKS THAT I WAS TALKING TO UP STAIRS JUST CAME DOWN THE ELEVATOR, SO I ASKED HERE THE QUESTIONS IN NEEDED ANSWERED, I START TALKING MORE TO THIS FEDERAL MARSHAL ABOUT A VERY GOOD ATTORNEY, I NEED FOR A CASE HERE IN GALVISTON, HE TELLS ME THERE ARE EXCELLANT ATTORNEY IN HOUSTON TEXAS...BUT HE WILL GIVE NO NAMES...HE STARTS ACTING INTIMIDATING, AND I SAY IT'S TME FOR ME TO LEAVE,
I TELL THIS MAN GOOD BY, AND HE STARTS TELLING ME,, GOOD LUCK TO YOU, GOOD LUCK TO YOU, I TELL HIM I NEED IT, I NEED ALL THE HELP I CAN GET, WITH THE TYPE OF PEOPLE I DEAL WITH...THIS FEDERAL MARSHAL, SHAKES HIS HEAD, AND LOOKS DOWN AS I STARE AT HIM...I LEAVE...I SAID TO MYSELF I AM LEAVING GALVESTON TEXAS AND I DID....

WHEN I LEAVE THE COURT HOUSE AND WALK OUT TO MY CAR THERE IS A MEXICAN IN A BLUE PONTIAC, AS SOON AS HE SEE'S ME. AND I  AM LOOKING AT HIM, HE LEAVES, AND CONTINUSE TO LOOK AT ME, HE WAS PARKED BEHIND ME...

I LEAVE AND DRIVE TO DALLAS TEXAS TO SEE MY INSURANCE COMPANY..

I HAVE BEEN TALKING WITH SHANNON WILLIAMS AND DAVID WATERHOUSE AT AIG INSURANCE , WHO IS MY INSURANCE CARRIER..

I SEE DAVID WATERHOUSE, SHANNON WILLIAM IS OUT WHEN I GET THERE, I GIVE DAVID WATERHOUSE ALL RECIEPTS I HAVE ON MY VEHICAL, ON REPAIRS AND NEW PARTS, I AM HOPING TO GET A CHECK FOR MY VAN THAT WAS DESTROYED, SO I CAN PURCHASE A NEW VEHICAL...
DAVID WATERHOUSE TAKES ALL RECIEPTS TO HIS MANAGER, THEN AFTER WAITING APPROX 30 MINUTES, DAVID WATERHOUSE COMES OUT AND SAY AIG WILL ONLY GIVE ME 2200 0R 2300 FOR MY VEHICAL...I TELL THE DAVID  HE'S CRAZY...DAVID WATERHOUSE SAY I KNOW....HE TELLS ME THAT I NEED TO GO TO THAT LADYS INSURANCE COMPANY THAT HIT ME....

I ASKED DAVID WATERHOUSE  HOW MUCH MONEY DO YOU THINK I SHOULD RECIEVE FROM THIS LADYS INSUANCE FOR MY VEHICAL AND ALL THE RECIEPTS I HAVE FOR REPAIRS.DAVID WATERHOUSE SAYS I SHOULD RECIEVE ANYWHERE BETWEEN 5-6 THOUSAND DOLLARS...

Page 9 of 12

DAVID WATERHOUSE NOW HAS THE LADY WHO HIT ME, HAS HER CORRECT INSURANCE CARRIER...
AND GIVES ME THE CASEWORKERS NAME AN PHONE NUMBER AND CLAIM NUMBER AT AMICA INSURANCE..

AS I'M THERE WITH DAVID WATERHOUSE, THERE IS A BLACK MAN THAT COMES INTO THE BUILDING LOOKING AT ME AGAIN LIKE HE WOULD LIKE TO KILL ME..... THEN WHEN HE LEAVES, HE TURNS AROUND AND MAKES SURE HE SEES ME, AS I AM ALSO WATCHING HIM, HE LOOKS LIKE HE WANTS TO CAUSE ME SOME GREAT HARM...THIS MAN LOOKS LIKE ANOTHER MAN THAT I HAVE SEEN IN MICHIGAN AND FLORIDA....I BELIEVE THIS IS SOME KIND OF POLICE THAT IS TRYING TO HIDE THESE PEOPLE THAT HIT ME...

WHEN THE POLICE REPORT WAS WRITTEN, THE POLICE WROTE IN THAT THE WOMENS INSURANCE CARRIER WAS AMERICAN MUTUAL
I TRIED TO CONTACT THEM SHORTLY AFTER GETTING THE POLICE REPORT.....AND THERE IS NO SUCH INSURANCE CARRIER FOR THIS WOMAN

DAVID WATERHOUSE CALLED THIS WOMEN WHO CAUSED THIS ACCIDENT  PERSONALLY, AND SPOKE TO HER, DAVID WATERHOUSE TELLING ME, THAT THIS WOMEN CUT HIM OFF, AND SAID SHE WILL CALL HIM BACK WITH THE INFORMATION, THIS WOMEN THAT CAUSED THIS CAR WRECK NEVER CALLED  DAVID WATERHOUSE BACK.
I KEEP CALLING DAVID WATERHOUSE TO GET THE INFORMATION I NEEDED, AND HE TELLS ME HE HAS NOT HEARD FROM THIS WOMEN, AND THAT HE HAS LEFT ADDITIONAL MESSAGES FOR HER TO CALL HIM FOR HER INSURANCE INFORMATION....

THIS IS THE BEGINING OF THE COVER UP, AND THIS WAS A STAGED CAR WRECK AND NOW THE INSURANCE SCAM THAT GOES ALONG WITH IT.......

I LEAVE DALLAS TEXAS, AND I AM HEADING TO HENDERSON NEVEDA, TO WHERE MY TRALIER IS, TO GET RIDE OF SOME OF THE STUFF I HAD IN MY VAN..
THIS RENTAL CAR IS A LOT SMALLER THAN MY VAN AND THIS CAR I HAVE IS PACKED FROM FLOOR TO CEILING, AND THE TRUCK IS ALSO PACKED...

I AM DRIVING IN NEW MEXICO AND HEADING WEST ON I-40.....I HAVE THE CRUSIE CONTROL SET AT 60 MPH...MAXIUME SPEED IS POST 75 MPH..
AS I'M DRIVING,,, THERE IS A PARKED MOTOR HOME IN THE RIGHT HAND SIDE OF THE SHOULDER OF THE ROAD... I STAY IN THE RIGHT LANE,, THEN AS I AM RIGHT ON TOP OF THIS MOTOR HOME, I SEE A POLICE OFFICER HE WALKING TOWARDS THE MOTORHOME, AND HIS CAR IS PARKED IN FRONT OF THIS MOTOR HOME, HE IS MOTIONING FOR ME TO MOVE OVER INTO THE OTHER LANE, I DO AS HE IS MOTIONING, THIS IS ANOTHER STAGED INCIDENT WITH THE POLICE...

I CONTINUE ON, NO MORE THAN 3 MINUTES LATER THIS SAME NEW MEXICO STATE TROOPER IS BEHIND ME, BUT IN THE OTHER LANE...I AM STARTTLED, AND I SAID TO MYSELF, THEY ARE AGAIN UP TO SOMETHING....I AM NOT WEARING MY SEAT BEALT AT THIS TIME, I REACH OVER AND GRAB MY SEAT BELT AND FASTEN IT, I SWIRVED THE CAR  A LITTLE DOING THIS, AND THEN, THE POLICE GET RIGHT BEHIND ME, AND TURNS ON ITS LIGHTS AND PULLS ME OVER.. I AM LOOKING IN MY REAR VIEW MIRROW, AND I SEE HIM IN A SEMI LAUGHING MANNER....

THIS POLICE OFFICER IS YOUNG APPROX. 30 OR YEAR LESS.. HE IS VERY UN AFFRAID AND NOT ACTTING LIKE OTHER POLICE THAT ARE SHIELDING THEMSELF IN DEFENSE IF YOU ARE TO DO SOMETHING, I THOUGHT THIS WAS ODD, HE ASKS FOR MY LICENSE AND THE CARS PAPER WORK...HE SAID THIS IS A RENTAL CAR AND HE WANTS TO SEE THE PAPER WORK, HOW DOES HE KNOW THIS IS A RENTAL CAR...BECAUSE THIS IS ANOTHER STAGED INCIDENT WITH THE POLICE..
THE POLICE OFFICERS ASKS ME WHY I AM DRIVING SO  SLOW, I TELL HIM I AM IN NO HURRY, AND I HAVE A LOT OF THINGS I AM THINKING OF, HE LOOKS AT ME FUNNY,
HE ASKS ME WHY I DID NOT DO A LANE CHANGE WHEN I SAW THE MOTOR HOME....
I TELL HIM IF YOU WOULD HAVE BEEN PARKED BEHIND THE MOTOR HOME WITH YOUR FLASHERS ON, I WOULD HAVE, I WOULD HAVE MERGED OVER. I ASKED HIM WHY WHERE YOU PARKED IN FRONT OF THIS MOTORHOME, HE LOOKS AT ME REAL STURN LIKE, AND IS KIND OF PISSED THAT I AM QUESTIONING HIM, HE GIVES NO AMSWER.
HE LETS ME GO WITH NO MOVING VIOLATIONS....
AS I TAKE OFF FROM THIS SPOT, I AGAIN AM LOOKING IN MY REAR VIEW MIRROW, AND THIS POLICE OFFICER IS LAUGHING AS HE GETS INTO HIS CAR...

I PROCEED ON TO HENDERSON NEVEDA...THEN AS WE ALL KNOW, VICE PRESIDENT DICK CHENEY IS IN CHORPUS CHRISTI TEXAS, AND HAS SUPPOSIBLY ALMOST KILLED HIS FRIEND HE IS HUNTING WITH....A MAN THAT IS 72 YEARS OLD, AND HE IS AN ATTORNEY FROM HOUSTON TEXAS....AND IS SHOT IN THE CHEST....AND HE DOES NOT DIE....YOU WOULD ALMOST THINK THAT HE WOULD HAVE WENT INTO CARDIATIC ARREST... DO YOU REALLY EXPECT THE AMERICAN PUBLIC TO BELIEVE THIS...WHATS GOING ON WITH THIS...I AM REALLY WONDERING WHAT THESE SCANDILISE GOVERMENT OFFICALS ARE UP TO NOW.....

I AM IN HENDERSON NEVADA NOW, I SPEND THE NIGHT....IN THE MORNING, I GO TO AN EMPTY FIELD, IN HENDERSON NEVADA. I AM TAKING EVERYTHING OUT OF MY CAR TO SORT THROUGH , SO I KNOW WHAT TO PUT IN MY TRAILER...

AS I'M DOING THIS, HERE COMES THE  HENDERSON POLICE, 2 SURBUBAN STYLE POLICE VEHICALS COMMING AT ME, I SAID TO MYSELF, HERE WE GO AGAIN WITH THE SICO POLICE...AND SURE AS HELL HERE WE GO........

FIRST OFFICER GETS OUT OF HIS CAR, AND I HEAR HIM SAY,,, MICHAEL FOX, IS THAT YOU MICHAEL FOX....I SAID YOU GOT ME....I AM A LITTLE PISSED OFF RIGHT NOW..HE TELLS ME TO COME HERE.. I WALK TOWARDS HIM, THIS OFFICER ASKING ME IF I REMEBER HIM... I SAID I REMEBER..I WAS YOU GINNIE PIG THAT NIGHT YOU HARRASED ME, AND TERRORIZED ME... HE SAYS YOU WHERE NO GINNIE PIG....I SAID,, YES I WAS....

THIS OFFICER SAYS REMBER HOW WE DID THIS LAST TIME, PUT YOUR HANDS ON THE FRONT OF MY VEHICAL...
I'M SAYING TO MYSELF HERE WE GO AGAIN WITH THE INTERIGATION AND THERE GOING TO HAVE IT ON CAMERA...
THE POLICE THAT HAVE THERE VOICE AND CAMERA RUNNING WHEN YOUR IN FRONT OF THERE CAR...

THIS MAN STARTS TELLING ME HE REMBERS ME CARRYING THE EXPIRED LICENSE IN MY WALLET AND THEN IN MY OTHER WALLET THAT WAS LOCKED UP, UNDER MY SEAT IN MY MINI VANN..WITH ALL THE CREDIT CARDS...

HE SAYS IS THAT THE SAME WAY AGAIN....
HE SAYS I SEE YOU GOT A NEW VEHICAL
I TELL HIM ITS A RENTAL CAR, AND THAT THE SICOS IN THE GOVERMENT TRYED TO KILL ME IN GALVISTON TEXAS....AND YOU KNOW THAT...
I TELL HIM, YOU POLICE WITH ALL YOUR ELECTRONIC TRACKING DEVICES YOU HAVE ON ME, AND HERE YOU ARE BUSTING MY BALLS AGAIN, FOR WHAT....

THIS OFFICER SAYS THAT I'M OUT HERE IN THE DESERT AND ALL KINDS OF STUFF OUT OF MY CAR AND THE TRUNK AND DOORS ALL OPEN, IT LOOKS REALLY SUSPISIOUS..
I SAID,, I'M NOT IN THE DESERT, I'M IN HENDERSON NEVEDA, IN A VERY POPULATED AREA...
HE  TELLS ME I'M ON PRIVATE PROPERTY AND I'M TRESSPASSING,
I SAID WHERE DOES IT SAY NO TRESSPASSING, THERE ARE NO SIGNS..
AND THE LAST TIME I WAS LIVING HERE, THIS PROPERTY WAS COMPLETLY FENCED OFF, EXCEPT FOR THE ENTRANCE INTO THE VANCANT LOT..
POLICE OFFICE SAY YOU REMEMBERED....

THIS POLICE OFFICER STARTS DRILLING ME ABOUT DICK CHENEY THE VICE PRESIDENT, AND HIM BEING IN CHORPUS CHRISTI TEXAS, AND WHAT I THINK...

I SAID –(HUM–– I WAS JUST THERE)–HUM...
I FURTHER SAID THE REPUBLICAN PARTY IS THE MOST CRIMINAL AND CURRUPT BUNCH OF PEOPLE THERE IS....

THIS OFFICER ASKS ME HOW LONG I'M STAYING IN THE AREA..
I SAID YOU WANT TO KNOW WANT I'M GOING TO DO, I AM PISSED OFF RIGHT NOW
I SAID I'M LEAVING THIS FUCKIN PLACE....
THEN  I'M DRIVING UP TO WHERE MY TRAILER IS, I TELL HIM WHERE THE TRAILER IS, BUT I SAY YOU KNOW WHERE MY TRAILER IS DO'NT YOU....
THEN I'M  UNLOADING THE STUFF I DO'NT NEED FROM MY CAR AND PUTING IT IN THE TRAILER, AND I'M LEAVING THIS PLACE.....OFFICER ACTS KIND OF UPSET, THAT I'M LEAVING.......

OFFICER ASKS ME HOW LONG I WILL BE SORTING MY STUFF...

Page 11 of 12

I SAID I HAVE NO IDEA, BUT IT WILL BE AS SOON AS POSSIBLE..
OFFICER SAYS I CAN GO.....

 LATER I FIND OUT, THAT A BUCH OF PAPER WORK IS GONE THAT I HAD ON THESE SICO POLICE, DID THE
HENDERSON POLICE HAVE SOMEONE GOING THROUGH MY STUFF,WHILE I HAD MY BACK TURNED TO MY
RENTAL CAR, I WAS FORCED TO KEEP BOTH HANDS ON THE FRONT OF HIS POLICE SUBURBAN DURING THIS
INTERIGATION I WAS GOING THROUGH....
EVERYTIME I WOULD TRY TO TURN AROUND, AND TAKE MY HANDS OFF THE HOOD OF SUBURBAN, I WAS
TOLD TO KEEP MY HANDS ON THE HOOD...

HENDERSON POLICE LEFT ME GO, I FINISH SORTING MY BELONGINGS, AND I DRIVE TO MY TRAILER.
I GO INSIDE THE GAS STATION THATS HOLDING MY TRAILER, AND THERE IS ONE OF THE UNDER COVER SICO
POLICE INSIDE TALKING TO THE ATTENDANT....THIS MAN LOOKING AT ME LIKE I'M A PIECE OF SCUM...
I GAVE HIM THE SAME KIND OF LOOK....
I GO TO MY TRAILER, AND ITS LOCKED WITH COMBINATION LOCKS, JUST LIKE THE LOCK I HAD IN LAKE
TAHOE, AND THE LOCK THAT THEY WHERE ABLE TO BREAK THROUGH AND TAKING STUFF OUT OF MY
LOCKER, THEN THEY EVENTUALLY STOLE THE COMBINATION LOCK...
NOW I SEE SOME THINGS THAT WHERE IN MY TRAILER, ON THE OUT SIDE OF MY TRAILER, AND MY TRAILER
IS LOCKED....
THEY JUST BREAK THROUGH ANYTHING I OWN, AND MESS WITH MY MIND ANYTIME THEY WANT.....

ALSO IF YOU REMEMBER, ABOUT 2 MONTHS AGO, THE SO CALLED CIA DIRECTOR IN WASHINTON DC.  HAD
TO RESIGN FROM HIS JOB....
I BELIEVE THIS IS ANOTHER GOVERMENT COVER UP AND LIE..LIKE DICK CHENEY AND HUNTING ACCIDENT IN
CHORPUS CHRISTI TEXAS...
THIS MAN, THEY SAY WAS THE CIA DIRRECTOR, WAS IN LAKE TAHOE, AND WAS STALKING ME WHERE I HIKE
AT, AROUND 1 MONTH AGO..
HE TRYING TO GET ME TO TALK TO HIM..
I JUST TALKED TO HIM AS I WALKED BY, AND JUST KEEP WALKING....
I BELIEVE THIS IS A HIGH RANKING GOVERMENT OFFICIAL....HE WAS NO CIA...
HE IS THE SICO POLICE, MAN THAT WAS IN CHARGE OF RAPING ME OUT OF MY LIFE FOR YEARS...
JUST MY INSTICT....

THIS IS THE END OF THE GOVERMENT HIT ON ME IN TEXAS...
AND YOU CAN SURLY SEE OF THE EVENTS THAT I HAVE STATED, WHAT THESE SICK SICO POLICE THAT
STALK ME EVERYWHERE..AND TRY TO HARM ME...BOTH PHYSICALY AND FINANCIALY..........AND WHO THEY
HAVE BACKING THEM.........
I AM A INOCENT MAN AND I COMMIT NO CRIMES....
I NEED LEGAL REPRESENTATION....

*Read 9th*

TO THE SPENCE LAW FIRM..

I HAVE NOT EVEN COME CLOSE TO DOCUMENTING THE BEATING I HAVE TAKEN..
ITS BASICLY A SUMMAY OF MY LIFE LONG BEATING I HAVE LIVED THROUGH....
AND THERE'S PLENTY MORE, THAT I HAVE NOT WRITTEN ABOUT...
I WANT TO KNOW IF YOU WILL RERESENT ME, BEFORE CONTINUING ON DOCUMENTING EVENTS....
IT IS QUITE SHOCKING

THE FOLLOWING WILL SHOCK YOU AS WELL....
AND WHAT THE GOVERMENT AND THERE INFORMANTS HAVE OFFERED ME IN MONEY OFFERINGS......
AND FURTHER WHAT I AM ASKING FOR.....AS WHAT YOU HAVE PREVIUSLY READ...

IN THE WINTER OF 1995-1996 IN FORT MEYERS FLORIDA...
WHILE WORKING FOR A CARPENTRY COMPANY... THE SUPERINTENDENT, CONSTANTLY TELLING ME YOUR
CHECKS ARE IN FAIRFAX VIRGINA..
YOUR MONEY IS IN FAIRFAX.....

WHEN I WENT BACK TO MICHIGAN IN THE SUMMER OF 1996,
MY NEXT DOOR NEIGHBOR,,,, JASON HAMI...TELLING ME, THAT THEY ARE GOING TO PAY ME 10,000 DOLLARS
PER MONTH...120 THOUSAND A YEAR..
I SAID TO MYSELF, YOU ARE CRAZY....YOU RAPED ME FOR HOW MANY YEARS OF MY LIFE....
AND YOU OFFER ME CHUMP CHANGE.
THIS MAN JASON HAMI, APPROACHED ME SEVERAL TIMES, ABOUT MY 10,000 PER MONTH...
I IGNORED HIM....

IN THE WINTER OF 1996-1997
WHILE WORKING FOR FLORIDIAN PLUMBING, I AM WORKING WITH A MAN THAT CLAIMS HE WAS BUSTED BY
THE (IRS) FOR NOT PAYING HIS TAXES.
SAID HE HAD HIS OWN PLUMBING BUSNESS, AND WAS MAKING BIG MONEY..HE TELLS ME HE IS NOW
MARRIED TO A UNITED STATES ATTORNEY FROM THE TAMPA BAY OFFICE, BUT LIVES IN FORT EYERS
FLORIDA, AND THEY HAVE A HOUSE IN CAPE CORAL FLORIDA...SHE HAS LONG BLOND HAIR.....
AS TIME GOES ON,, AS WE WORK TOGTHER....HE TELLS ME   I'M INCLINED TO RECIEVE 25 MILLION
DOLLARS....
I TOLD THIS MAN THE PRICE TAG IS 100 MILLION DOLLARS....HE NEVER SAID A THING...
AND I CAN'T REMEMBER HIS NAME....
HE NEVER MADE A BIGGER OFFER..
BUT KEEP OFFERING THE 25 MILLION

ALSO IN THE WINTER OF 1996-1997
MY COUSIN KIMMY FROM NEW YOUR CITY
SHE IS SUGGESTING ME ON TAKING A 25 MILLION DOLLAR PAY CHECK..

AGAIN IN THIS SAME WINTER OF 1996-1997
FRANK MAJ. WHO IS MARRIED TO MY COUSIN TONYA
WHILE HE IS VISITING FLORIDA, HE MAKES SUGGESTIONS FOR ME TO PLAY THE FLORIDA LOTTERY..AND
KEEPS INSISTING ON ME TO PLAY THE FLORIDA LOTTERY...
HE TELLS ME I WILL WIN....
AFTER THIS, IF I WENT INTO A CONVIENT STORE GETTING SOMETHING, I WOULD HAVE A MAN BRUSHING UP
AGANIST ME, YELLING OUT THAT HE NEEDS LOTTERY TICKETS, AND WOULD CONTINUE ON PUSHING UP
AGAINST ME....THIS ALSO WENT ON IN OTHER STATES THAT WAS IN...I NEVER PLAYED THE LOTTERY...
IS THIS ANOTHER WAY THE GOVERMENT PAYS YOU BACK, BY RIGGY THE STATE LOTTERY..AFTER THEY
HAVE TAKEN EVERYTHING AWAY FROM YOU...AND DESTOYED YOU...AND DESTROYED EVERYTHING YOU
OWN...
I'VE ALWAYS SAID, THE GOVERMENT IS THE LARGEST CRIMINAL OPERATING ORGANIZATION IN THE
WORLD.....THEY ARE UTTERLY SCANDILISE..AND THEY GET AWAY WITH ANYTHING THEY WANT, BECAUSE
THEY CAN.....

WHEN I MOVED TO THE ROANOKE VIRGINIA AREA IN SEPT 1997
I MET A MAN NAMED CARL..
I CAN'T REMEMBER HIS LAST NAME, BUT I HAVE IT WRITTEN DOWN IN MY FILES...
I HAVE TO GO BACK TO MICHIGAN IN DECEMBER OF 1997

I CALLED THIS CARL ON FEBUARY 17 OR AROUND THERE..IN 1998
AS WE ARE TALKING ON THE PHONE, HE TELLS ME, IF I MARRY A UNITED STATES ATTORNEY, SHE IS ABOUT
44 YEARS OLD AND HAS BLOND HAIR AND I'LL RECIEVE 10,000 A MONTH
AND SHE MAKES 120 THOUSAND A YEAR...ALSO
I CAN LIVE GOOD...
ARE YOU CRAZY... I SAID TO MYSELF...
I IGNORED WHAT THIS MAN HAS SAID......
THE GOVERMENT AGAIN THAT DECIDES HOW MUCH MONEY YOUR ALLOWED TO MAKE..
OR HOW MUCH THEY WILL PAY YOU, FOR RAPING YOU OUT OF YOUR LIFE...AND NOW I HAVE TO MARRY A
UNITED STATES ATTORNEY, AND THEY WILL PAY ME 10 THOUSAND DOLLARS A MONTH...THIS WILL NEVER
HAPPEN......NEVER...!!!!!!!!

 LIKE YOU RED IN THE BLACK BINDER, ABOUT THE MAN THAT CAME IN MY HOUSE,IN FEBUARY OF 1998,
TELLING ME THAT I HAVE TO WORK AS A MICHIGAN STATE POLICE INFORMANT, OR IF I DO'NT MY LIFE WILL
BE REALLY HARD.....
THIS MAN TOLD ME THAT I COULD COLLECT MONEY FROM PEOPLE WEARING DETROIT TIGER SHIRTS OR
HATS
TOLD ME TO COLLECT MONEY FROM......PEOPLE WEARING DETROIT LIONS SHIRTS OR HATS
TOLD ME TO COLLECT MONEY FROM......PEOPLE WEARING DETROIT RED-WINGS SHIRTS, OR HATS
TOLD ME TO COLLECT MONEY FROM......PEOPLE WEARING MICHIGAN STATE SHIRTS, OR HATS
TOLD ME TO COLLECT MONEY FROM......PEOPLE WEARING UNIVERSITY OF MICHIGAN SHIRTS..OR HATS
THIS MAN NEVER GAVE AN DOLLAR AMOUNT..
 BUT I WAS BEING STALKED RELENTLESSLY BY ALL KINDS OF PEOPLE WEARING THE ABOVE ITEMS, FOR
YEARS..WEARING THERE SHIRTS OR HATS.... THESE PEOPLE TRYING TO GET ME TO ASSOCIATE WITH
THEM..
AND STILL AT TIMES, I HAVE THESE PEOPLE STILL COMING AT ME...
AND I CONTINUE TO IGNORE THEM, AND REFUSE TO SPEAK TO THEM.....
THE SICO SICK TEAM PLAYERS WITH THERE SICO SICK POLICE.....
NEVER WILL I SPEAK TO THESE TYPE PEOPLE..
OR IS IT, THAT THEY WANT TO PAY ME TO BE AN INFORMANT, AND TO BELONG TO ONE OF THESE TEAM
PLAYER POLICE ORGANIZATIONS...

IN MICHIGAN IN THE WINTER OF 2001-2002
I AM WORKING AT HAGGARDS PLUMBING AND HEATING...
I AM WORKING WITH LOUIE HOLM...
THIS LOUIE HOLM IS TELLING ME HE WOULD LIKE 450 THOUSAND FOR RETIREMENT.
THAT I COULD COLLECT 30 MILLION DOLLARS...

I TOLD LOUIE THE PRICE IS 100 MILLION DOLLARS FOR FUCKING ME, FOR YEARS OF MY LIFE....

ABOUT A WEEK LATER LOUIE HOLM ASKS ME IF I WOULD ACCEPT 90 MILLION...

I TOLD LOUIE HOLM,,,, I CHANGED MY MIND,
 I WANT 500 MILLION DOLLARS....
LOUIE HOLM NEVER SAID A THING
AND I NEVER HEARD LOUIE EVER AGAIN MAKE ANOTHER OFFER...

THESE ARE DIFFERENT POLICE AGENCYS MAKING OFFERS TO PAY ME FOR THE RAPING THAT THEY
COMMITED ON ME....
SOME OF THEM ARE FEDERAL, SOME ARE STATE, SOME ARE COUNTY, SOME ARE POLICE, AND SOME ARE
MILITARY...SOME ARE  BUSNESS OWNERS THAT ARE WITH THE CAMBER OF COMMERICE...

IN JUNE OR JULY OF 2003
 I'M IN FORT MEYERS FLORIDA WORKING FOR—— R. J. VANN MECHANICAL..
I AM ON SENITARRY WORK STATUS..
I AM ASKED IF I WILL GO OUT IN THE FIELD AND WORK...
I SAID SURE I WILL, THE WORKERS COMP INSURANCE—CNA INSURANCE HAS ATHORIZED AND APPROVED
MY KNEE REPLACEMENT.
THIS WAS A SET UP BY RJ VANN MECHANICAL, AND SOME GOVERMENT OFFICALS...
I WENT DOWN TO NAPLES FLORIDA TO A JOB SITE...
I AM WORKING FOR DOUG BROWN THE FOREMAN...

AFTER THEY TRYED TO BEAT ME DOWN AND TRYED TO GET ME TO QUIT, BUT I TOOK THERE BULLSHIT AND
CONTINUED TO WORK EVERYDAY...
THE GOVERMENT AND THERE INTORMANTS AND UNDER COVER POLICE... AGAIN IS MAKING AN OFFER...
THERE IS A BLACK MAN NAMED CHARLIE, THAT WAS WORKING THROUGH A TEMPORARY EMPLOYMENT
AGENCY THAT WAS WORKING WITH US AT THIS JOB SITE..
HE STARTS TELLING ME AT A LUNCH BREAK WHILE I'M IN THE JOB SITE TRAILER, WITH DOUG BROWN THAT
BILL CLINTON AND JESSIE JACKSON ARE MAKING AN OFFER....
A MAN CALLS DOUG BROWN ON HIS CELL PHONE, AND THEY ARE TALKING,  DOUG AND WHO HE IS TALKING
TO,  ARE ASKING FOR 1 MILLION DOLLARS FOR THEM, FOR HELPING ME COLLECT MONEY....I HERE DOUG
SAYING I WILL COLLECT 25 MILLION DOLLARS, AND THATS A GOOD DEAL FOR US TO RECIEVE 1 MILLION
DOLLARS...ITS BETTER THAN PAYING ATTORNEYS.......
I TOTALLY IGNORED THESE PEOPLE AGAIN......
WHEN I WENT HOME THAT NIGHT, THERE IS A MAN PULLING UP NEXT TO ME, AND TOYING WITH ME, HE
LOOKS LIKE A HIGH RANKING GOVERMENT OFFICIAL... HE IS WELL DRESSED AND GROOMED...
CHARLIE WHO DRIVES A WHITE BUICK AND IS IN FRONT OF ME, AS WE ARE DRIVING DOWN THE ROAD,  IS
LOOKING IN HIS REAR VIEW MIRROW WATCHING WHAT I'M GOING TO DO.. I WROTE DOWN THE TIME AND
DATE AND PLATE NUMBERS......
I NEVER PURSUED TRYING TO COLLECT THIS MONEY, FROM THESE PEOPLE......

I HAD TO GO BACK TO MICHIGAN IN APRIL OF 2005
AND AGAIN THE GOVERMENT HAS FASIFIED DOCUMENTS, AND ENDED UP SIEZING MY TRAILER AND UTILITY
VAN...IN MICHIGAN...
I HAVE NOT YET WRITTEN TO YOU, WHAT THEY DID TO ME IN 2004 AND 2005 IN MICHIGAN..
I WENT BACK TO TRYING TO SAVE EVERYTHING I OWN...
I HAVE TO GO TO COUNCIL MEETINGS, IN CHARLEVOIX MICHIGAN
I AM AT A CITY COUNCIL MEETING FOR MY VAN AND TRAILER....
THERE IS A MAN THAT I HAVE SEEN DRIVING A CADILIAC SUV STYLE THERE..ALSO I HAVE SEEN THIS MANS
CADILIAC PARKED  MANY TIMES OUTSIDE THE CHARLEVOIX POLICE STATION..
THIS MAN GETS UP TO VOICE HIS OPINION ON A COUNCIL DECISION...
HE STARTS TALKING ABOUT THE PAST GOVERENER OF MICHIGAN....JOHN ENGLER
THIS MAN STARTS SAYING HOW JOHN ENGLER  HAS MISS APROPRIATED 500 MILLION DOLLARS...
THIS MAN IS TURNING AROUND, AND LOOKING AT ME AFTER HE SAYS THIS...
HE WAS THERE WITH 3 OTHER MEN..
ALL OF THESE OTHER MEN ALSO WHERE TURNING AROUND AT THIS MEETING, AND LOOKING AT ME...I AM
WONDERING WHY...
I AM AT LEAST 5 ROWS BEHIND THESE GROUP OF PEOPLE...
IS THIS SOME KIND OF OFFER FOR ME...I SAID TO MYSELF...
WHEN THIS LOUIE HOLM OFFERED ME 90 MILLION DOLLARS, WHILE WORKING FOR HAGGARDS PLUMBING
I TOLD LOUIE HOLM I WANTED 500 MILLION DOLLARS...
WHEN THESE PEOPLE WHERE DONE AND LEFT THE COUNCIL MEETING, THEY WHERE ALL STARING ME
DOWN...
A COUPLE OF THEM LOOKED AS IF THEY WOULD LOVE TO KILL ME...THEY LOOKED MIGHTY ANGRY
THIS MAN THAT WAS SPEAKING ABOUT THE 500 MILLION DOLLARS, I HAVE SEE HIS CADILLAC SUV. SEVERAL
TIMES AT THE CHARLEVOIX POLICE STATION, WHEN I WENT TO TALK TO THE POLICE REGARDING MY VAN
AND TRAILER THAT WAS BEING HELD BY THEM—CHARLEVOIX POLICE....

NOW WHEN I'M IN VERACRUZ MEXICO LATE DECEMBER OF 2005 AND 1ST WEEK OF JANUARY 2006
I AM GOING TO COSTCO EVERYDAY TO USE THEIR INTERNET SERVICE..
I AM BEING STALKED AGAIN RELENTLESSLY..
THERE ARE 2 YOUNG ENGLISHMEN FROM ENGLAND THERE, THEY ARE TALKING TO ME AND TOYING WITH
ME...I TELL THEM ARE YOU READY TO PAY ME, YOU OWE ME 50 BILLION DOLLARS....I TOLD THEM...
THEN A THIRD MAN WHO IS THERE, SAYS, YOU SHOULD BE HAPPY AND TAKE HALF THAT...25 BILLION...
I TELL HIM THE PRICE TAG IS 50 BILLION DOLLARS....
THIS MAN LOOKS AT ME , AND  LEAVES.......

WHAT YOU HAVE JUST READ IS THE TRUTH..
ITS AMAZING THE HIGH RANKING PEOPLE THAT ARE MAKING OFFERS....
AND THE HIGH RANKING GOVERMENT OFFICALS THAT ARE ENVOLVED...
IT IS ALSO UN—REAL THAT I NEVER TOOK THIS MONEY....
BUT I HAVE ALWAYS THOUGHT I WAS ENTITLED TO A LOT MORE.
THEY JUST CONTINULY ATTACK ME

I HAVE BEEN UTTERLY DESTROYED BY THESES PEOPLE..
 THE MORE I REFUSED THESE OFFERS, AND THE MORE I TRYED TO WORK, AND MAKE A LIVING FOR
MYSELF...
THE MORE THESE SICO GOVERMENT  POLICE ATTACKED ME...
I HAVE ALWAYS TRYED TO MAKE IT OWN MY OWN, AND THESE SICK AND PARINOD—DELUSIONAL POLICE,
RAPE ME MORE, BECAUSE THEY THINK I'M BREAKING THE LAW.....

THIS IS THE YEAR 2006
THEY STARTED MAKING OFFERS IN 1996.
I HAVE ALWAYS REFUSED THEIR OFFERS, AND FOR TEN MORE YEARS OF MY LIFE THEY HAVE WHIPED AND
RAPED ME....
THEY HAVE POSIONED ME,,,, TO WHERE I CAN'T SLEEP ALL NIGHT.... TRYING TO MAKE IT LOOK LIKE I CAN'T
WORK..OR I AM IRRESPONSIBLE..
THEY HAVE STAGE 2 MAJOR CAR ACCIDENTS, WHERE BOTH TIMES MY CARS ARE TOTALED...
THEY HAVE ALSO STAGED OTHER CAR ACCIDENTS, BUT I AVOIDED THEM, ON NEAR  MISSES...
 AND THE LAST AND MOST RECENT  CAR WRECK, ON FEBUARY 4TH 2006
WHERE THEY ALMOST KILLED ME
OR SERIESLY HARMED ME..
THEY HAVE DESTROYED MY FINANCES...
THE  WAY THAT I MAKE A LIVING...
THESE GOVERMENT PEOPLE——NEVER—— NEVER—— TELL THE TRUTH.
THEY CAN GET AWAY WITH MURDER......

I DO'NT KNOW HOW OR WHAT YOU THINK OF THESE PAPERS YOU HAVE RED
BUT
THEY ARE THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP ME GOD.
I SWEAR TO IT....

WILL YOU PLEASE HELP ME...

I LOOK FOWARD TO WORKING ALONG SIDE YOU
IF YOU WILL ACCEPT REPRESENTING ME...

THANK YOU
MICHAEL FOX

EMAIL ADDRESS
LFOX449@HOTMAIL.COM
ALL IN SMALL CAPS
THIS IS THE ONLY WAY I CAN BE REACHED...

**§JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Michael Fox

*Plaintiff claims no state as Residence*

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Seeking Appointment of Legal Counsel

## DEFENDANTS
US Attorneys office [ ] San Diego
FBI — Federal Bureau of Investigators
United States Justice DEC 26 Washington DC

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Attorneys (If Known)

**'07 CV 2388 DMS POR**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [ ] 625 Drug Related Seizure | 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury - | of Property 21 USC 881 | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | [ ] 830 Patent | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | [ ] 490 Cable/Sat TV |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ |
| of Veteran's Benefits | [X] 350 Motor Vehicle | [X] 380 Other Personal | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | Act | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge |
| [ ] 190 Other Contract | Product Liability | [ ] 385 Property Damage | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal | Product Liability | [ ] 730 Labor/Mgmt.Reporting | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | Injury | | & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [X] 442 Employment | Sentence | [ ] 791 Empl. Ret. Inc. | or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | **Habeas Corpus:** | Security Act | [ ] 871 IRS—Third Party | [ ] 895 Freedom of Information |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | | 26 USC 7609 | Act |
| [X] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | | [ ] 900 Appeal of Fee Determination |
| [X] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | [ ] 540 Mandamus & Other | | | Under Equal Access |
| | Employment | [ ] 550 Civil Rights | | | to Justice |
| | [ ] 446 Amer. w/Disabilities - | [ ] 555 Prison Condition | | | [ ] 950 Constitutionality of |
| | Other | | | | State Statutes |
| | [X] 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Deprivation of civil Rights under Color of The Law
Brief description of cause:
Petition in forma Deprivation of civil Rights under color of the Laws & Monetary Restitution

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- **DEMAND $** Demands monthly checks/e & Owing
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: **SIGNATURE OF ATTORNEY OF RECORD** 12-20-07

## FOR OFFICE USE ONLY

RECEIPT # 145745   AMOUNT $350   12/20/07 BY   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

### UNITED STATES
### DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

### # 145745    — BH
### * * C O P Y * *
### December 20, 2007
### 09:38:45

### Civ Fil Non-Pris

USAO #.: 07CV2388 CIVIL FILING
Judge..: DANA M SABRAW
Amount.:                    $350.00 CC

### Total—>   $350.00

FROM: CIVIL FILING
      FOX V. U.S ATTORNEY'S OFFICE