```
                                    FILED
                                07 DEC 20 AM 9:38
                             CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA

                           BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Michael Fox
General Delivery
San Diego CA 92138

v.

San Diego Federal Bureau of investigation
San Diego US Attorney's office
Department of Justice
Washington DC

Civil No. **07 CV 2388 DMS POR**

REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e-5(f)(1); DECLARATION IN SUPPORT OF REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   A. my claim is meritorious (that is, I have a good case), and

   B. I have made a reasonably diligent effort to obtain counsel, and

   C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

   ____ Yes       ____ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

  B. Do you question the correctness of the Commission's "no reasonable cause" determination?

   ____ Yes  ____ No

  C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.</u>

(Attach additional sheets as needed)

1  4.   Have you talked with any attorney about handling your claim?
2       ☒ Yes       ___ No
3       If "YES," give the following information about each attorney with whom you talked:
4  Attorney: _Many Attornys I Have Contacted And furthermore_
5  When: _is in Petition & Complaint and Exhibits for_
6  Where: _Proof. Even Contacting FBI in San Diego CA,_
7  How (by telephone, in person, etc.): _And Taking A 15 Page Large Complaint_
8  Why attorney was not employed to handle your claim: _To Justice Dept and Senators_
9  _and Congressman of the United States. 50 Page Complaint (200 Page Exhibits)_
10 _Everything Stated is in Complaint for the Petition Attached_
11 _Hereto_
12 Attorney: _____
13 When: _____
14 Where: _____
15 How (by telephone, in person, etc.): _____
16 Why attorney was not employed to handle your claim:
17 _____
18 _____
19
20 Attorney: _____
21 When: _____
22 Where: _____
23 How (by telephone, in person, etc.): _____
24 Why attorney was not employed to handle your claim:
25 _____
26 _____
27 _____
28 (Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

Documented in Petition & Complaint & Exhibits

6. Give any other information which supports your application for the court to appoint an attorney for you:

Attaches is Petition and Complaint Regarding: Unable to Seek Legal Counsel And the Attorneys I Have Contacted. Further Contacting FBI in San Diego CA. And priors To Washington DC - filed Complaint with Justice Dept and Senator & Congressman for Help

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

None

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

  A. <u>Employment</u>

Are you employed now? ___ yes  X  no  ___ am self-employed

Name and address of employer:

| | |
|---|---|
| 1 | If employed, how much do you earn per month? _____ |
| 2 | If not employed, give month and year of last employment: __Jan 5 2007__ |
| 3 | How much did you earn per month in your last employment? ~~$~~ 4,000.⁰⁰ |
| 4 | If married, is your spouse employed? ___ yes  X  no |
| 5 | If "YES," how much does your spouse earn per month? _____ |
| 6 | If you are a minor under age 21, what is your parents' or guardians' approximate monthly |
| 7 | income? _____ |

B.     Assets

(i)     Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources?  ___ yes  X  no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

(Attach additional sheets as necessary)

1             (ii)    Cash

2  Have you any cash on hand or money in savings or checking accounts? _X_ yes ___ no

3  If "YES," state total amount: __VARYS__

4             (iii)    Property

5  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property

6  (excluding ordinary household furnishings and clothing)? _X_ yes ___ no

7  If "YES," give value and describe it:

8          Value                         Description

9

10  __Trade Stocks or Try to Have lost 80,000 Dollars__

11  __In Last 3 Years__

12  __200,000.00__  __Vacant Michigan Lot__

13  (__This Vacant Lot is__)  __Lot 23 Timberline Estates__

14  (__part of my Petition and Complaint__)  __Clarkston MI 48316__

15      C.    Obligations and Debts

16             (i)    Dependents

17  Your marital state is: _X_ single ___ married ___ widowed, separated or divorced.

18  Your total number of dependents is: __myself__

19  List those person you actually support, your relationship to them, and your monthly

20  contribution to their support:

21        Name/Relationship              Monthly Support Payment

(ii)    Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |

Rent: _Live in Vehical_

Mortgage on Home: (I own no Home)

Others:

                          Monthly Payment      Amount owed

- Bank of America — 300.00 — 1200.00
- Bank of America — 0 — 0
- Bank of America — 500.00 — 2707.94
- Bank of America — 350.00 — 8,508.96
- Bank of America — 1100.00 — 1100.00
- National City — 400.00 — 9950.00
- Capital One — 400.00 — 91,450 — 63.34
- AT&T — 63.34
- Chase Credit Card — 350.00 — 4188.28
- Citi Bank — 350.00 — 8268.48
- Washington Mutual — 200.00 — 800.00

9.    Signature

I declare under penalty of perjury that the above is true and correct.

Dated: _Dec 19 2007_

_____
Signature

(Notarization is not required)