Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 DEC 20 AM 9:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Michael T Fox

vs

Federal Bureau of Investigations
United States Attorneys office
United States Justice Department

**SUMMONS IN A CIVIL ACTION**

Case No.:          BY:          DEPUTY

**07 CV 2388 DMS POR**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Plaintiff  Michael T. Fox
General Delivery
San Diego CA. 92138

Waiting on Judge to Appoint Counsel

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.        12/20/07
CLERK                           DATE
ARVAUN VICTORIA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)