# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Michael T. Fox

vs

Federal Bureau of Investigations
United States Attorneys office
United States Justice Department

FILED
2008 JAN 22 AM 10: 58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

**07 CV 2388 DMS POR**

TO: (Name and Address of Defendant)

United States Department of Justice
950 Pennsylvania Ave
Washington DC 20530
Criminal Section PHB

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Plaintiff  Michael T. Fox
General Delivery
San Diego CA 92138

Waiting on Judge to Appoint Council

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

ARVAUN VICTORIA

12/20/07
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT:14443\1 May 5, 1999 (11:34am)

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me

**DATE** January 4, 2008

FILED 2008 JAN 22 PM 4:38
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**NAME OF SERVER**
B. Tony Snesko

**TITLE**
Process Server

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served:
United States Department of Justice
950 Pennsylvania Ave., NW, Washington, DC 20530

[X] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:
Willo T. Lee, Authorized Agent

Name of person with whom the summons and complaint were left: Willo T. Lee, Authorized Agent

[ ] Return unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: January 4, 2008
Date

Signature of Server: B. Tony Snesko
1322 Maryland Ave., NE, Wash, DC 20002
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\144431\1 May 5, 1999 (11:34am)