HEARING--PETITION...

UNITED STATES DISTRICT COURT
OF SOUTHERN CALIFORNIA
SAN DIEGO

FILED
08 JAN 30 AM 10: 30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:
DEPUTY

PLAINTIFF/PETITIONER

MICHAEL FOX
GENERAL DELIVERY
SAN DIEGO CA 92138

CASE NUMBER 07 CV 2388 DMS POR

        VS.


DEFENDANTS

FEDERAL BUREAU OF INVESTIGATION
9797 AERO RD
SAN DIEGO CA 92123

UNITED STATES ATTORNEYS OFFICE
880 FRONT ST--ROOM 6293
SAN DIEGO CA 92102

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYVANIA AV.
WASHINTON DC 20530
SECTION CIVIL RIGHTS DIVISON
COMPLAINT ADJUDICATION OFFICE NALC


     NOTICE OF PETITION HEARING ON MICHAEL FOX THE PLAINTIFF/PETITIONER ON THE COMPLAINT AND
PETITION FOR RELIEF OF ABUSE AND MONETARY RIGHTS, FURTHER CONTINUING COMPLAINT OF DEPRIVATION
                  OF RIGHTS/CIVIL RIGHTS UNDER COLOR OF THE LAW


          SAN DIEGO CALIFORNIA UNITED STATES FEDERAL DISTRICT COURT
               CIVIL COMPLAINT NUMBER  07 CV 2388 DMS POR


     THAT NOTICE IS HEAR BY GIVEN THAT ON  3-21-08  AT  1:30 pm , OR AS SOON AS THE

MATTER CAN BE HEARD, IN COURT ROOM _____ IN THE SAN DIEGO CALIFORNIA UNITED STATES

FEDERAL COURT HOUSE. AT 880 FRONT STREET IN SAN DIEGO CALIFORNIA.


THE PLAINTIFF/PETITIONER MICHAEL T. FOX WILL APPLY TO THE COURT, FOR COURT ORDERS DISCRIBED

IN THE FORE-GOING PETITION, ON THE GROUNDS SET OUT IN THE PETITIONERS COMPLAINT AND
EXHIBITS..

                              MAILED TO--FEDERAL BUREAU OF INVESTIGATION
                                     9797 AERO RD
                                     SAN DIEGO CA 92123
                              CERTIFIED MAIL# 7007 2560 0000 6545 9174


                              MAIL TO--UNITED STATES ATTORNEY OFFICE
                                     880 FRONT ST.    ROOM-(6293)
                                     SAN DIEGO CA. 92101
                              CERTIFIED MAIL# 7007 2560 0000 6545 9181


                              MAILED TO UNITED STATES JUSTICE DEPARTMENT
                                     950 PENNSYVANIA AVE.
                                     WASHINGTON DC 20530
                                     CIVIL RIGHTS DIVISON
                                     COMPLAINT ADJUDICATION OFFICE NALC
                              CERTIFIED MAIL# 7007 2560 0000 6545 9198


PLANITIFF/PETITIONER

MICHAEL T. FOX
GENERAL DELIVERY
SAN DIEGO CA 92138

DATE OF JAN 30 2008