PLAINTIFF

MICHAEL FOX
GENERAL DELIVERY
SAN DIEGO CALIFORNIA 92138

VERSES

DEFENDANTS

FEDERAL BUREAU OF INVESTIGATIONS
9797 AREO RD
SAN DIEGO CALIFORNIA

UNITED STATES ATTORNEYS OFFICE
880 FRONT ST.   ROOM 6293
SAN DIEGO CALIFORNIA 92101

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYVANIA
WASHINGTON DC 20530
SECTION CIVIL RIGHTS DIVISON
COMPLAINT ADJUDICATION OFFICE NALC

CASE # 07 CV 2388 DMS POR

FILED
08 JAN 30 PM 4:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:            DEPUTY

TO DEFENDANTS INVOLVED IN THIS FORE-GOING PETITION AND
COMPLAINT PLEASE FIND THE FOLLOWING

ENCLOSED IS A COPY OF THE NOTICE OF PETITION HEARING FILED IN FEDERAL COURT IN

SAN DIEGO CALIFORNIA IN REFERENCE TO THE COMPLAINT AND PETITION YOU HAVE RECIEVED

FROM THE PLAINTIFF MICHAEL T. FOX

FURTHERMORE ENCLOSED IS A COPY OF A AMMENDED COMPLAINT TO THIS ORIGINAL

COMPLAINT, IN REGARDS TO THE STAGED CAR WRECK IN GALVISTON TEXAS ON FEB 4 2006. IN WHICH THE PLAINTIFF MICHAEL T FOX WAS ALMOST KILLED.

MAILED TO FBI CERTIFIED MAIL # 7007 2560 0000 6545 9174

MAILED TO US ATTORNEYS OFFICE
CERTIFIED MAIL # 7007 2560 0000 6545 9181

MAIL US JUSTICE DEPT.
CERTIFIED MAIL # 7007 2560 0000 6545 9198
                      PLAINTIFF

MICHAEL T. FOX