ANSWER TO EXTENSION OF TIME

UNITED STATED DISTRICT COURT

IN THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO CALIFORNIA

FILED
2008 MAR -3 PM 1:14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**NUNC PRO TUNC**
FEB 28 2008

PLAINTIFF/PETITIONER

MICHAEL T FOX
GENERAL DELIVERY
SAN DIEGO CALIFORNIA 92138

CASE NUMER

07-CV2388 DMS (POR)

VERSES

DEFENDANTS

THE UNITED STATES OF AMERICA

UNITED STATES ATTORNEYS OFFICE
880 FRONT ST   ROOM# 6293
SAN DIEGO CALIFORNIA 92101-8893

FEDERAL BUREAU OF INVESTIGATIONS
9797 AERO ROAD
SAN DIEGO CALIFORNIA 92123

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYVANIA AVE
WASHINGTON DC

NOW COMES MICHAEL T. FOX IN ARGUMENT OF DEFENDANTS EX-PARTE ORDER GRANTING AN

EXTENSION OF TIME IN A COMPLAINT AND PETITION THAT WAS FILED UPON THE DEFENDANT

ON DEC 28 2007

1) THAT DEFENDANTS WHERE SERVED NOTICE OF A COMPLAINT AND PETITION ALONG WITH EXHIBITS 1

   THRU 20 ON DEC 28 2008

2) THAT THE DEFENDANTS HAD TO FILE AN ANSWER BY FEB 25 2008

3) THERE ARE THE DATES OF (DEC 28-29-30-31)-(JAN 1-31)-( FEBUARY 1-25) WHICH REPRESENT THE

   DEFENDANTS 60 DAYS TO ANSWER THE COMPLAINT.

Page 1

ANSWER TO EXTENSION OF TIME

4) THE PLAINTIFF WENT TO THE CLERKS OFFICE OF THE FEDERAL COURT ON FEBUARY 26 2008 TO SEE IF AN ANSWER HAS BEEN FILED.

5) THAT PLAINTIFF FINDING THAT NO ANSWER BEING FILED, STATED TO THE CLERK THAT THEY ARE IN DEFAULT AND I THE PLAINTIFF AM ENTITILED TO A DEFAULT JUDGEMENT.

6) THAT MICHAEL FOX AFTER EXITING THE ELEVATOR ON THE LOBBY FLOOR FROM THE 4TH FLOOR OF THE US COURT HOUSE. ONLY TO FIND A WOMAN DRESSED UP WAITING FOR THE PLAINTIFF MICHAEL FOX TO RETURN.
ITS THE OPINION OF MICHAEL FOX THAT THIS IS A US ATTORNEY OR A FEDERAL FBI AGENT, FURTHER SHOWING THE SERVALIENCE OF THE PLAINTIFF

7) THAT MICHAEL FOX THE PLAINTIFF STATING TO THIS WOMAN, DEFAULT-- DEFAULT JUDGEMENT AS THE PLAINTIFF WALKED BY THIS WOMAN. THAT THIS WOMAN SMILING AND TURNING AWAY AS THE PLAINTIFF WALKED BY...

8) MICHAEL FOX THE PLAINTIFF GOING BACK TO THE FEDERAL COURT ON FEB 27 2008 AGAIN TO THE CLERKS OFFICE ONLY TO HAVE BEEN TOLD THAT THE US ATTORNEYS OFFICE HAS ASKED FOR AN EXTENSION OF TIME. WHICH WAS FILED ON FEB 26 2008

9) THAT MICHAEL FOX THE PLAINTIFF RECIEVING THIS NOTICE OF THE DEFENDANTS REQUEST FOR AN EX-PARTE ORDER GRANTING AN EXTENSION OF TIME ON FRIDAY FEB 28 2008

10) THAT THE DEFENDANTS ARE AWARDED 60 DAYS TO ANSWER ANY COMPLAINT AS A RULE THAT THEY ARE A GOVERMENTOF DIFFERENT ENTITIES AND THERE GOVERMENT EMPLOYEES.

11) THAT ANY OTHER NON GOVERMENT ENITIES OR PRIVATE PERSONS ARE BY RULED TO RESPOND BY 20 DAY RULE AS STATED FUTHERMORE IN DEFENDANTS EXPARTE PETITION SEEKING ADDITIONAL TIME AS GOVERMENT ENTITIES

12) THAT THE DEFENDANTS ARE AN ARMY OF GOVERMENT EMPLOYEES THAT ARE ALL ACROSS THIS COUNTRY, KNOWN AS THE UNITED STATES OF AMERICA.

13) THAT THERE CONTINUING GROSS MISCONDUCT IN HANDLING OF THIS PETITION AND COMPLAINT WITH ITS ATTACHED EXHIBITS 1 TRU 20 IS FURTHER EVEDIENCE OF THERE INTENT TO FALTER AND DENY THE PLAINTIFF HIS RIGHTS, AND TO FURTHER MAKE CONTINUING EXCUSES..

14) THAT THE DEFENDANTS WHERE SERVED ON FEB 6TH 2008 A COPY OF A 1ST AMEDENDED COMPLAINT AND

ANSWER TO EXTENSION OF TIME

A NOTICE OF A PETITION HEARING SET FORTH ON MARCH 21 2008 AT 1:30PM IN COURT ROOM 2-10 IN THE SAN DIEGO CALIFORNIA DISTRICT COURT.

15) THAT THE US ATTORNEYS OFFICE IS ASKING FOR AN EXTENSION OF TIME OF 22 DAYS FURTHER STATING THE GOVERMENTS RESPONSE WILL BE DUE ON OR BEFORE MARCH 21 2008

16) THAT THERE IS A PETITION HEARING SET FORTH ON MARCH 21 2008, AND THAT MICHAEL FOX WILL BE UNABLE TO RESEARCH THE GOVERMENTS ANSWER AND HAVE TIME TO PREPARE FOR THIS PETITION HEARING.

17) THAT AGAIN THESE GOVERMENT EMPLOYEES ARE BY AND THROUGH THE US ATTORNEYS OFFICE TRYING TO AMBUSH THE PLAINTIFF IN THIS HEARING SCHEDULED FOR MARCH 21 2008 AT 1:30 PM IN COURT ROOM 2-10

18) THAT FURTHERMORE THAT DEFENDANTS WHICH ARE NAMED AS THE UNITED STATES OF AMERICA IN THE EXPARTE ORDER ASKING FOR EXTENSION OF TIME ARE IN DEFAULT OF THERE FILING, SEEKING AN ADDITIONAL 22 DAYS TO ANSWER.

19) THAT THE PLAINTIFF PETITIONER ASKS THAT THERE EXPARTE ORDER NOT BE GRANTED AS IT IS NOT DUE AN OWING AS THE DEFENDANTS HAVE SURPASSED THERE 60 DAY PERIOD. AND ARE IN DEFAULT BY LAW.

PLAINTIFF/PETITIONER
MICHAEL T. FOX
IN PRO PER

THAT I MICHAEL T. FOX THE PLAINTIFF HAVE SENT A COPY OF THE ANSWER TO A EXPARTE ORDER THE DEFENDANTS ARE REQUESTING.

FURTHER SENDING APPLICATION TO THE COURT FOR DEFAULT JUDGEMENT

FURTHER SENDING A 2ND COPY OF THE PETITION HEARING SET FOR MARCH 21ST 2008

THAT ALL OF THE ABOVE HAVE BEEN SENT CERTIFIED MAIL

CERTIFIED MAIL NUMBER 7007 2560 0000 6545 9013