FEDERAL DEFAULT JUDGEMENT

UNITED STATES DISTRICT COURT

OF SOUTHERN CALIFORNIA

SAN DIEGO CALIFORNIA

FILED
2008 MAR -3 PM 1:13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ RM _____ DEPUTY

**NUNC PRO TUNC**
**FEB 28 2008**

PLAINTIFF/PETITIONER

MICHAEL T. FOX
GENERAL DELIVERY
SAN DIEGO CALIFORNIA 92138

CASE NUMBER
07 CV 2388 DMS (POR)

VERSES

DEFENDANTS

UNITED STATES OF AMERICA

FEDERAL BUREAU OF INVESTIGATIONS
9797 AERO RD.
SAN DIEGO CALIFORNIA 92123
ITS UNKNOWN AGENTS WORKING THIS CASE

UNITED STATES ATTORNEYS OFFICE OF SAN DIEGO CA.
800 FRONT STREET ROOM# 6293
SAN DIEGO CALIFORNIA 92101-8893

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYVANIA AVE
WASHINGTON DC
CRIMINAL CIVIL RIGHTS SECTION

NOW COMES THE PLAINTIFF MICHAEL T. FOX IN PRO PER UPON THIS HONORABLE COURT REQUESTING COURT ORDERS OF THIS COURT AS REQUESTED IN THE PETITION FILED ALONG WITH ITS COMPLAINT AND EXHIBITS. THAT FURTHERMORE THE DEFENDANTS NOT ANSWERING THE COMPLAINT WITHIN THERE 60 DAY TIME LIMIT ARE IN DEFAULT. AS PLAINTIFF SEEKS DEFAULT ORDERS IN THE FILED PETITION AND COMPLAINT & EXHIBITS AS FOLLOWS.

1) THE PLAINTIFF PETITIONER MICHAEL FOX COMES TO THIS HONORABLE COURT IN REFERENCE TO A

FEDERAL DEFAULT JUDGEMENT

COMPLAINT AND PETITION THAT WAS FILED ON DEC 26 2007 IN THE FEDERAL COURT IN SAN DIEGO.

2) THAT THE FBI AND THE US ATTORNEYS OFFICE BEING SERVED ON DEC 28 2007 WITH THE COMPLAINT AND PETITION INCLUDING EXHIBITS 1 THRU 20

3) THAT THE US JUSTICE DEPARTMENT BEING SERVED ON JAN 4 2008 WITH THE COMPLAINT AND PETITION INCLUDING EXHIBITS 1 THRU 20

4) THAT AS OF FEBUARY 25 2008 THE FBI AND US ATTORNEYS OFFICE NOT ANSWERING THE COMPLAINT WITHIN THE 60 DAY TIME LIMIT IS IN DEFAULT OF THE PLAINTIFFPETITIONERS COMPLAINT AND PETITION BY LAW..

5) THAT MICHAEL FOX COMES TO THIS COURT SEEKING ORDERS IN ALL OF THE PETITIONERS REQUESTS AS LISTED IN THE PLAINTIFF MICHAEL FOXES PETITION WHICH IS PART OF THE FORE-GOING COMPLAINT, AND EXHIBITS..

6) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER ASKING FOR A JUDGEMENT OF 50 BILLION DOLLAR PLUS AMOUNT THE PLAINTIFF WAS SEEKING IN THE FOREGOING COMPLAINT AND THRU ITS EXHIBITS..

7) THAT DUE TO THE CITY, COUNTY, STATE, AND FEDERAL GOVERMENTS, AND INDEPENDANT SECURITY COMPANYS AND PRIVATE DETECTIVES INCLUDING ACTIVE US MILITARTY AND RETIRED MILATARY AND THERE LEGIONS WHICH HAVE CAUSED GROSS INFLICTION OF INTENTFUL HARM, INFLICTED UPON PLAINTIFF/PETITONER MICHAEL FOX IN THE COURSE OF THE PAST 20 PLUS YEARS. AND THE SEVERE AND EMOTIONAL AND IRRUPTABLE HARM THE PLAINTIFF HAS SUFFERED, AND FURTHERMORE THE GRAVE RESULTS OF INJURIES THAT THE PLAINTIFF HAS SUFFERED THROUGH DUE TO THERE ACTIONS THE PLAINTIFF WILL MOSTLY DIE AS A RESULT OF THERE DISPICKABLE ACTIONS WHERE AS THE PLAINTIFF/PETITIONER SEEKS A DEFAULT JUDGEMENT IN THE AMOUNT 150 BILLION DOLLARS.. PLUS INTREST, PENALTIES AND COURT COST.

8) THAT MICHAEL FOX THE PLAINTIFF/PETITIONER FURTHER SEEKS ADDTIONAL ORDERS OF THIS COURT, TO ENFORCE THE FBI - US ATTORNEYS OFFICE AND US JUSTICE DEPARTMENT TO INVESTIGATE AND PROSECUTE ANY AND ALL INVOLVED IN THIS FORGING COMPLAINT AND EXHIBITS ATTACHED HERETO PENDING THIS CASE.

9) THAT IF THE COURT DOES NOT ALLOW THE DEFENDANTS THERE EXPARTE ORDER FOR AN EXTENSION OF

## FEDERAL DEFAULT JUDGEMENT

TIME, PLAINTIFF REQUESTS THAT THERE BE A DEFAULLT JUDGEMENT ENTER ON MARCH 21 2008.

10) THAT IF THE COURT DOES ALLOW AN EXTENSION OF TIME ON AN EXPARTE ORDER GRANTING IN REFERENCE TO THERE ANSWER FILING. THAT ON MARCH 21 2008 MICHAEL FOX BE GRANTED ALL OF THE PETITIONERS REQUEST WITH ORDERS OF THIS HONORABLE COURT. AS LISTED IN PLAINTIFFS PETITION SET FORTH..

PLAINTIFF/PETITIONER
MICHAEL T. FOX
IN PRO PER