1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

| MICHAEL FOX, | CASE NO. 07cv2388 DMS (POR) |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S "HEARING-PETITION"** |
| vs. | |
| PAULA PATSON, et al., | [Docket No. 8] |
| Defendants. | |

16        On December 20, 2007, Plaintiff Michael Fox, proceeding pro se, filed his original Complaint

17   in this case.  On January 30, 2008, he filed a First Amended Complaint, along with a document

18   entitled "Hearing-Petition."  (See Docket No. 8.)  Plaintiff requested a hearing date associated with

19   this document, so the Court scheduled the matter for hearing on March 21, 2008.

20        As stated in this Court's March 7, 2008 Order denying the Federal Defendants' ex parte

21   application for an extension of time, it is unclear whether Plaintiff has served his First Amended

22   Complaint on any of the named Defendants.  It is also unclear what relief Plaintiff is seeking in the

23   "Hearing-Petition" filed on January 30, 2008.  In light of these two circumstances, Plaintiff's

24   "Hearing-Petition" is hereby denied.

25        **IT IS SO ORDERED**.

26   DATED:  March 14, 2008

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -                                                                 07cv2388