# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

08 MAR 19 

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Judge Dana M Sabraw
FROM: J. Hinkle, Deputy Clerk   RECEIVED DATE: 03/18/08
CASE NO.: 07cv2388-DMS(POR)   DOCUMENT FILED BY: Michael T Fox, Pro Se
CASE TITLE: Fox v US Attorneys Office et al
DOCUMENT ENTITLED: Response to order Denying Dft's add time / Application for Default Judgement

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Was not served on all parties prior to bringing in to file. No provision for responses to orders in local rules. Application not signed by Dft. Proposed order attached. |

Date forwarded: 3/18/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Sabraw

Dated: 3/18/08   By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

REJECTED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DEIGO CALIFORNIA

PLAINTIFF

MICHAEL T. FOX

CASE NUMBER

07 CV 2388 DMS POR

VERSES

DEFENDANTS

FEDERAL BUREAU OF INVESTIGATIONS

UNITED STATES ATTORNEYS OFFICE

UNITED STATES DEPARTMENT OF JUSTICE .

RESPONSE TO JUDGE SABAROW ORDER DENYING DEFENDANTS EX-PARTE ORDER FOR ADDITIONAL TIME TO RESPONSE TO PLAINTIFFS PETITION AND COMPLAINT. BY A IST AMENDED COMPLAINT.

NOW COMES MICHAEL T FOX THE PLAINTIFF IN PRO PER AND STATES TO THIS HONORABLE COURT THE FOLLOWING.

1) THAT PLAINTIFF FILED A PETITION AND COMPLAINT INCLUDING EXHIBITS 1 THRU 20 IN THE FEDERAL DISTRICT COURT IN SAN DIEGO CALIFORNIA ON DEC 20 2007

2) THAT THE DEFENDANTS KNOWN AS THE FEDERAL BUREAU OF INVESTIGATIONS AND UNITED STATES ATTORNEYS OFFICES BEING SERVED ON DEC 28TH 2007

3) THE PLAINTIFF MICHAEL FOX DRIVING ACROSS THE UNITED STATES OF AMERICA TO WASHINGTON DC. TO SERVE THE UNITED STATES DEPARTMENT OF JUSTICE. WITH SERVICE BEING EXECUTED ON JAN 4TH 2008 ON THE UNITED STATES JUSTICE DEPARTARTMENT.

4) THAT MICHAEL T FOX THE PLAINTIFF FILED A 1ST AMMENDED COMPLAINT, ONLY IN REGARDS TO THE STAGED CAR WRECK IN GALVISTON TEXAS ON JANUARY 30 2008.

CR

**REJECTED**

UNITED STATES DISTRICT COURT

OF SOUTHERN CALIFORNIA

SAN DIEGO CALIFORNIA

PLAINTIFF/PETITIONER

MICHAEL T FOX
GENERAL DELIVERY
SAN DEIGO CALIFORNIA 92138

CASE# 07 2388 DMS POR

VERSES

FEDERAL BUREAU OF INVESTIGATIONS
9797 AREO DRIVE
SAN DIEGO CALIFORNIA 92123

UNITED STATES ATTORNEYS OFFICE
880 FRONT STREET ROOM
SAN DIEGO CALIFORNIA

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYVANIA AVE
WASHINGTON DC

Application For
DEFAULT JUDGEMENTS AS TO
DEFENDANTS NOT FILING ANSWER
OR FILING EXTENSION OF TIME WITH
60 DAY TIME LIMIT--FURTHER JUDGE
SABRAW DENYING EX-PARTA MOTION
REQUESTING ADDTIONAL TIME TO
FILE AN ANSWER BY DEFENDANTS

THAT THE COMPLAINT AND PETITION OF MICHAEL T FOX THE PLAINTIFF AND THROUGH ITS EXHIBITS 1 THRU 20-- THAT THIS COMPLAINT AND PETITION NOT BEING ANSWERED WITHIN THE ANSWER FILING RULE IN FED R. CIV. P.12(a)(2) IS IN DEFAULT. FURTHERMORE DEFENDANTS BEING DENIED THERE EXPARTA ORDER GRANTING AND EXTENSION OF TIME TO FILE WHICH WAS FILED ELECTRONICLY ON FEBUARY 26 AT 5:06PM/PST. THAT DEFENDANTS EX-PARTA MOTION HAS UTTERLY NO MERIT AND IS IN DEFAULT BY LAW, BY FILING EITHER THERE ANSWER OR THERE EX-PARTA MOTION SEEKING ADDITIONAL TIME WITH-IN THE 60 DAY RULE.

DEFENDANTS FURTHER BEING DENIED THERE EX PARTA ORDER SEEKING ADDITIONAL TIME THAT THIS HONORABLE COURT FINDS AS FOLLOWS AS TO THE ORDERS BEING REQUESTED

Page 1