FILED

08 APR -1 AM 11:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DEIGO CALIFORNIA

PLAINTIFF

MICHAEL T. FOX

CASE NUMBER

07 CV 2388 DMS POR

VERSES

DEFENDANTS

FEDERAL BUREAU OF INVESTIGATIONS

UNITED STATES ATTORNEYS OFFICE

UNITED STATES DEPARTMENT OF JUSTICE.

RESPONSE TO JUDGE SABRAWS ORDER DENYING DEFENDANTS EX-PARTE ORDER FOR ADDITIONAL TIME PER 60 DAY RULE AS PLAINTIFF FILED A 1ST AMENDED COMPLAINT

ON JAN 30 2008

PLAINITIFFS 2ND ATTEMPED TO FILE

NOW COMES MICHAEL T FOX THE PLAINTIFF IN PRO PER AND STATES TO THIS HONORABLE COURT THE FOLLOWING.

1) THAT PLAINTIFF FILED A PETITION AND COMPLAINT INCLUDING EXHIBITS 1 THRU 20 IN THE FEDERAL DISTRICT COURT IN SAN DIEGO CALIFORNIA ON DEC 20 2007

2) THAT THE DEFENDANTS KNOWN AS THE FEDERAL BUREAU OF INVESTIGATIONS AND UNITED STATES ATTORNEYS OFFICES BEING SERVED ON DEC 28TH 2007

3) THE PLAINTIFF MICHAEL FOX DRIVING ACROSS THE UNITED STATES OF AMERICA TO WASHINGTON DC. TO SERVE THE UNITED STATES DEPARTMENT OF JUSTICE. WITH SERVICE BEING EXECUTED ON JAN 4TH 2008 ON THE UNITED STATES JUSTICE DEPARTARTMENT.

4) THAT MICHAEL T FOX THE PLAINTIFF FILED A 1ST AMMENDED COMPLAINT, ONLY IN REGARDS TO THE STAGED CAR WRECK IN GALVISTON TEXAS ON JANUARY 30 2008.

5) THAT MICHAEL T FOX THE PLAINTIFF FILED THIS 1ST AMENDED COMPLAINT FOR THE REASONS OF THE 2 YEAR SATUTORY LIMITATIONS FILING RULE ON OR BEFORE FEB 3RD 2008---

5A) THAT ON JAN 30 2008 THE PLAINTIFF FILED WITH THE FEDERAL COURT CLERKS OFFICE THE 1ST AMENDED COMPLAINT WITH ALL THE DEFENDANTS NAMES THAT THE PLAINTIFF KNEW OF FROM THIS STAGED CAR WRECK FROM GALVISTON TEXAS...

6) THAT THE PLAINTIFF MICHAEL T FOX DROVE TO GALVISTON TEXAS AND FILED IN THE GALVISTION COUNTY STATE COURT, THE IDENTICAL 1ST AMENDED COMPLAINT THAT WAS FILED IN FEDERAL COURT IN SAN DIEGO CALIFORNIA. (EXCEPT FOR A FEW TYPING CHANGES)

7) THAT MICHAEL T FOX THE PLAINTIFF FILED THIS ACTION IN STATE COURT IN GALVISTON TEXAS ON FRIDAY FEB 1ST 2008

8) THAT MICHAEL T FOX THE PLAINTIFF HAVING TO DO THIS DUE TO THE 2 YEAR STATUED OF LIMITATIONS RUNNING OUT ON FEBUARY 3RD 2008-- IF NOT THE PLAINTIFF WOULD LOSE ALL RIGHTS BY LAW TO SUE FOR DAMAGES, INCLUDING PUNITIVE DAMAGES BY LAW IN STATE COURT..

9) THAT MICHAEL T FOX THE PLAINTIFF HAS NEVER SERVED ANY OTHER DEFENDANT BUT THE THREE GOVERMENT ENTITIES WHICH THE UNITED STATES ATTORNEYS OFFICE, IS REPRESENTING AS OF JANUARY 28TH 2008 SINCE THE TIME OF THERE SERVICE.

9A) THAT MICHAEL T FOX THE PLAINTIFF HAS NOT SERVED ANY DEFENDANTS IN THE 1ST AMENDED COMPLAINT IN FEDERAL COURT, OR THE COMPLAINT FILED IN STATE COURT IN GALVISTON TEXAS.

9B) THAT MICHAEL T FOX THE PLAINTIFF WAS WAITING ON THE ORIGINAL PETITION & COMPLAINT & EXHIBITS TO BE ANSWER BY THE GOVERMENT DEFENDANDS SO THE PLAINTIFF COULD AMEND ADDTIONAL COMPLAINTS AGAINST THE UNKNOWN DEFENDANTS, PER THERE INVESTIGATION.

9C) THAT THERE WAS A PETITION HEARING/MOTION SET FOR MARCH 21 2008-WHICH WAS TERMINATED ON MARCH 14 2008 BY THE COURT.

10) THAT THE PLAINTIFF FILED THE ORIGINAL PETITION AND COMPLAINT INCLUDING EXHIBITS 1 THRU 20---SCHEDULED A MOTION HEARING SET FOR MARCH 21ST 2008 AT 1:30 PM IN COURT ROOM 2-10 SEEKING ORDERS OF THE COURT IN EACH OF THE PARAGRAPHS IN THE FORE-GOING PETITION.

10A) THAT THE DEFENDANTS WHERE SERVED WITH NOTICE OF THE PETITION HEARING, INCLUDING

THE PLAINTIFFS 1ST AMENDED COMPLAINT ON OR AROUND FEBUARY 6TH 2008 BY CERTIFIED MAIL. WHICH IS DOCUMENTED IN COURT FILINGS OF THE PLAINTIFFS.

11) THAT THE UNITED STATES ATTORNEYS OFFICE HAD TO FILE FOR AN ANSWER OR EXTENSION OF TIME , TO THE ORIGINAL PETITION AND COMPLAINT WITH ITS EXHIBITS ON OR BEFORE MARCH 25TH 2008.

12) THE 1ST AMENDED COMPLAINT DOES NOT LIST THE FERERAL BUREAU OF INVESTIGATIONS, UNITED STATES ATTORNEYS OFFICE NOR THE UNITED STATES DEPARTMENT OF JUSTICE, AS DEFENDANTS. IT IS CURRENTLY UNKNOWN TO THE PLAINTIFF IF THERE IS ANYONE FROM ANYONE OF THERE OFFICES LOCATED THROUGH OUT THE UNITED STATES OF AMERICA ENVOLVED IN THIS STAGED CAR WRECK IN GALVISTON TEXAS ON FEB 4TH 2006

13) THAT THE 1ST AMENDED COMPLAINT ONLY LISTS THE DEFENDANTS THE PLAINTIFF CURRENTLY KNOWS OF, AS A DIRRECT RESULT OF THIS STAGED CAR WRECK ON FEB 4TH 2008.

14) THE ORIGINAL COMPLAINT WITH ITS PETITION AND THRU IT'S EXHIBITS 1 THRU 20 IS ASKING THIS HONORABLE COURT TO FORCE THE THREE DEFENDANT TO INVESTIGATE AND PROSECUTE THE KNOWNS AND UNKNOWS IN THIS GROSS INFLICTION OF THE PLAINTIFFS CIVIL RIGHTS UNDER DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW. PLAINTIFF FURTHER SEEKING AN INVESTIGATION, AND CIVIL AND CRIMINAL CHARGES BROUGHT AGANIST THESE KNOWNS & UNKNOWN DEFENDANTS.

15) THAT THE ORIGINAL COMPLAINT AND PETITION WITH IT EXHIBITS ALSO INCLUDES THE PAYMENTS OF MONATARY RIGHTS OF (2) TEN THOUSAND DOLLAR PER MONTH CHECKS, ASKING FURTHER FOR BACK CHECKS DATING BACK TO JAN 1ST 1995 WITH INTREST PAID AT 1% PER MONTH ON THE UNPAID BALANCE AND PENALITIES AT 1% PER MONTH, INCLUDING COST OF LIVING AJUSTMENTS AT 3% PER YEAR AND YEARLY RAISES AT 4% PER YEAR BEGINING FROM 1995... AND TO FURTHER PAY THIS MONTHLY AMOUNT INCLUDING YEARLY COST OF LIVING AJUSTMENTS AND YEARLY RAISES, UNTIL THE PLAINTIFFS DEATH.

16) THE ORIGINAL COMPLAINT AND PETITION ALSO INCLUDES HEALTH AND DENTAL AND OPTICAL BENIFITS FOR THE LIFE TIME OF THE PLAINTIFF. ANY AND ALL OPERATIONS THE PLAINTIFF SEEKS. AT THE GOVERMENTS EXPENSE.

17) THE ORIGINAL COMPLAINT AND PETITION ALSO INCLUDES THE GOVEREMENT TO PURCHASE A

VACANT LOT IN THE THE STATE OF MICHIGAN FOR TWO HUNDRED THOUSAND DOLLARS...
AND FURTHER FIND THE PEOPLE RESPONSIBLE FOR DENYING THE PLAINTIFF TO SELL THIS LOT
AND FORCE THESE PEOPLE/DEFENDANTS TO PAY THE FEDERAL GOVERMENT BACK THIS
200 THOUSAND DOLLAR FOR THIS VANCANT PROPERTY AND CHARGE INTREST, AND
INVESTIGATION TIME

18) PETITION AND COMPLAINT FUTHER ASKS FOR COURT ORDERS OF WITNESS PROTECTION, OR
PROTECTIVE CUSTODY. AND THAT THE PLAINTIFF WILL BE RELOCATED AT ANYTIME THE PLAINTIFF
SO WISHES AND DESIRES, FURTHER THE GOVERMENT WILL PURCHASE ALL PROPERTYS AT FAIR
MARKET VALUE, AND OTHER PERSONAL ITEMS AT REPLACEMENT VALUE.

19) COMPLAINT AND PETITION FURTHER SEEKS ORDERS OF THE COURT TO UTTER FORCE A
INVESTIGATION INTO THE LIFE LONG ABUSE THAT HAS BEEN INFLICTED UPON THE PLAINTIFF
DUE TO THESE HORRIFIC UNWARRANTED INFLICTIONS OF CILVIL RIGHTS VIOLATIONS UNDER
DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW, BY THE FBI=US ATTORNEYS OFFICE
AND US. JUSTICE DEPT.

19) PETITION AND COMPLAINT FURTHER REQUESTS A COURT ORDER THAT ALL FEDERAL AND STATE
INCOME TAX THAT IS OWED YEARLY.. THAT PLAINTIFF IS EXEMPT FROM STATE AND FEDERAL
INCOME TAXES FOR THE PLAINTIFFS ENTIRE LIFE. PLAINTIFF WILL NEVER PAY ANY SUCH FEDERAL
OR STATE INCOME TAX FOR THE REMAINDER OF THE PLAINTIFFS LIFE. PLAINTIFF IS EXEMPT
IN REGARDS TO THIS UNWARRANTED GROSS INFLICTION OF CIVIL RIGHTS VIOLATIONS BY ALL
FEDERAL AND STATE GOVERMENTS.

20) THAT THE DEFENDANTS HAD A RIGHT TO FILE AN ANSWER TO THE COURT ON OR BEFORE
FEBUARY 25TH 2008 OR ASK FOR AN EXTENSION OF TIME ON OR BEFORE FEBUARY 25TH 2008

21) THAT THE GOVERMENT/DEFENDANTS ARE NOT ENTITLED TO AN EXTENSION OF TIME, AS THEY
ARE NOT LISTED AS DEFENDANTS IN THE FIRST AMENDED COMPLAINT. AS IT WAS FILED ONLY
WITH THE CURRENTLY KNOWN DEFENDANTS, AND HAD TO BE FILED PRIOR TO FEBUARY 3RD
2008 AS BY THE 2 YEAR STATUED OF LIMITATIONS LAW.

22) THAT IT'S THE OPINION OF THE PLAINTIFF, THAT THE DEFENDANTS HAVE DONE THIS INTENTIONLLY
TO NOT FILE THERE ANSWER OR FILE AN EXTENSION OF TIME WITHIN THERE SIXTY DAY TIME LIMIT.

ITS FURTHER THE OPINION OF THE PLAINTIFF THAT THE GOVERMENT/DEFENDANTS DID THIS SO THIS CASE CAN BE TIED UP IN COURT ON LEGAL FORMALITIES, AND FURTHER APPEALS, AND POSSIBLE APPEALS TO THE UNITED STATES SUPREME COURT.

23) BY DOING THIS THE DEFENDANTS CAN AND WILL TIE THIS COMPLAINT AND PETITION UP FOR POSSIBLE 5 TO 10 YEARS ON A CALCULATED MIND SET TO FURTHER DEPRIEVE THE PLAINTIFF OF THE JUSTICE AND MONETARY RIGHTS THE PLAINTIFF SO SEEKS AND DESIRES.

24) THAT THERE IS A GREAT POSSIBLITY THE PLAINTIFF WILL BE DEAD BY THE TIME THE APPEALS PROCESS HAVE RAN IT'S COURSE.

25) THE GOVERMENT/DEFENDANTS HAVE UTTERLY NO RIGHTS TO ANY EXTENSION OF TIME. ORIGINAL DEFENDANTS ARE NOT LISTED AS DEFENDANTS IN 1ST AMENDED COMPLAINT.. THE DEFENDANTS SEVERLY IN DEFAULT.  THESE ARE US ATTORNEYS THAT KNOW THE LAW, AND KNOW THERE OBLIGATIONS. THIS WAS INFACT A CALCULATED MOVE ON BEHALF OF THE GOVERMENT DEFENDANTS AS STATED IN THE ABOVE PARAGRAPHS.

26) ITS FURTHER THE BELIEF OF THE PLAINTIFF THAT THE GOVERMENT WILL NOT INVESTIGATE OR ABIDE BY THE PLAINTIFFS REQUEST IF COURT ORDERS ARE NOT ISSED UPON THEM.

PLAINTIFF/PETITIONER
MICHAEL FOX
IN PRO PER

Date 3-31-08