



FILED

08 APR -1 AM 11:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/   DEPUTY

UNITED STATES DISTRICT COURT

OF SOUTHERN CALIFORNIA

SAN DIEGO CALIFORNIA

PLAINTIFF/PETITIONER

MICHAEL T FOX
GENERAL DELIVERY
SAN DIEGO CALIFORNIA 92138

CASE NUMBER
07 CV 2388 DMS POR

VERSES

DEFENDANTS

UNITED STATES ATTORNEYS OFFICE
880 FRONT ST    (ROOM 6293)
SAN DIEGO CAIFORNIA 92101-8893

PROOF OF SERVICE ON DEFENDANTS

1) Copy of default motion hearing
2) Copy of requested orders of the court
3) Copy of answer to courts motion denying
defendants exparta motion for addtional
time to answer.

FEDERAL BUREAU OF INVESTIGATION
9797 AERO RD
SAN DIEGO CALIFORNIA 92123

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYVANIA AVE
WASHINGTON DC 20530
CRIMINAL CIVIL RIGHTS SECTION PHB

NOW COMES MICHAEL T FOX THE PLAINTIFF PETITIONER AND STATING THE FOLLOWING

1) PLAINTIFF MICHAEL T FOX  MAILED TO FEDERAL BUREAU OF INVESTIGATIONS ON 9797 AERO RD SAN DIEGO

COPY OF DEFAULT HEARING NOTICE
COPY OF REQUEST FOR DEFAULT JUDGEMENTS AS LISTED IN PLAINTIFFS ORIGINAL PETITION & COMPLAINT
COPY OF ANSWER TO JUDGE SABRAWS ORDER DENYING DEFENDANTS EX-PARTA MOTION FOR ADDTIONIAL
TIME OF THE 60 DAY RULE TO ANSWER THE COMPLAINT, BY 1ST AMENDED COMPLAINT...

MAILED CERTIFIED MAIL# (7005 0390 0005 8232 4994)

2) PLAINTIFF MICHAEL T FOX MAILED TO UNITED STATES ATTORNEYS OFFICE AT 880 FRONT ST SAN DIEGO CA

COPY OF DEFAULT HEARING NOTICE

COPY OF REQUEST FOR DEFAULT JUDGEMENTS AS LISTED IN PLAINTIFFS ORIGINAL PETITION & COMPLAINT
COPY OF ANSWER TO JUDGE SABRAWS ORDER DENYING DEFENDANTS EX-PARTA MOTION FOR ADDTIONAL TIME OF THE 60 DAY RULE TO ANSWER THE COMPLAINT

MAILED CERTIFIED MAIL#  (7004 1350 0005 6967 2063)

3) PLAINTIFF MICHAEL T FOX MAILED TO UNITED STATES DEPARTMENT OF JUSTICE AT 950 PENNSYVANIA AVE WASHINGTON DC

COPY OF DEFAULT HEARING NOTICE
COPY OF REQUEST FOR DEFAULT JUDGEMENTS AS LISTED IN PLAINTIFFS ORIGINAL PETITION & COMPLAINT
COPY OF ANSWER TO JUDGE SABRAWS ORDER DENYING DEFENDANTS EXPARTA MOTION FOR ADDTIONAL TIME OF THE 60 DAY RULE TO FILE AN ANSWER

MAILED CERTIFIED MAIL#  (7005 0390 0005 8232 5007)

ATTACHED HERETO AS EXHIBIT (1)  COPY OF CERTIFIED MAILED RECIEPTS  AS PROOF OF SERVICE

PLAINTIFF/PETITIONER
MICHAEL T FOX

Date 3-31-08

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7004 1350 0005 6967 2063

Sent To: United States Attorneys office
Street, Apt. No.; or PO Box No.: 880 Front St Room 6293
City, State, ZIP+4: San Diego CA 92101-8893

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7005 0390 0005 8232 4994

Sent To: Federal Bureau of Investigations
Street, Apt. No.; or PO Box No.: 9797 Aero Rd
City, State, ZIP+4: San Diego CA 92123

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7005 0390 0005 8232 5007

Sent To: United States Department of Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave
City, State, ZIP+4: Washington DC 20530 Criminal Civil

PS Form 3800, June 2002 — See Reverse for Instructions