FILED

'08 APR -1  AM 11: 01

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

UNITED STATES DISTRICT COURT

OF SOUTHERN CALIFORNIA

SAN DIEGO CALIFORNIA

PLAINTIFF/PETITIONER

MICHAEL T FOX
GENERAL DELIVERY
SAN DEIGO CALIFORNIA 92138

CASE# 07 2388 DMS POR

VERSES

DEFENDANTS

FEDERAL BUREAU OF INVESTIGATIONS
9797 AREO DRIVE
SAN DIEGO CALIFORNIA 92123

UNITED STATES ATTORNEYS OFFICE
880 FRONT STREET  ROOM
SAN DIEGO CALIFORNIA

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYVANIA AVE
WASHINGTON DC

REQUEST FOR
DEFAULT JUDGEMENTS AS TO
DEFENDANTS NOT FILING ANSWER
OR FILING EXTENSION OF TIME WITHIN
60 DAY TIME LIMIT--JUDGE SABRAW
DENYING EX-PARTA MOTION
REQUESTING ADDTIONAL TIME TO
FILE AN ANSWER BY DEFENDANTS

Default Judgement Motion
Set May 2 2008 1:30 Pm

THAT THE COMPLAINT AND PETITION OF MICHAEL T FOX THE PLAINTIFF AND THROUGH ITS

EXHIBITS (1 THRU 20) THAT THIS COMPLAINT AND PETITION NOT BEING ANSWERED WITHIN THE

ANSWER FILING RULE IN FED R. CIV. P.12(a)(2) IS IN DEFAULT. FURTHERMORE DEFENDANTS

BEING DENIED THERE EXPARTA ORDER GRANTING AND EXTENSION OF TIME TO FILE WHICH

WAS FILED ELECTRONICLY ON FEBUARY 26 AT 5:06PM/PST. THAT DEFENDANTS EX-PARTA

MOTION HAS UTTERLY NO MERIT AND IS IN DEFAULT BY LAW,  BY FILING EITHER THERE

ANSWER OR THERE EX-PARTA MOTION SEEKING ADDITIONAL TIME. WITH-IN THE 60 DAY RULE.

DEFENDANTS FURTHER BEING DENIED THERE EX PARTA ORDER SEEKING ADDITIONAL TIME

THAT THIS HONORABLE COURT FINDS AS FOLLOWS AS TO THE ORDERS BEING REQUESTED

FOR BY THE PLAINTIFF/PETITIONER AS TO THE COMPLAINT AND PETITION WITH ITS EXHIBITS

WHICH WHERE FILING ON DEC 20 2007 IN THE FEDERAL COURTS CLERKS OFFICE..

1) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 1 OF PLAINTIFFS PETITION

   THAT THE FBI–US ATTORNEYS OFFICE AND US JUSTICE DEPARTMENT ARE HEREBY ORDERED

   TO INVESTIGATE EVERYONE AND ANYBODY IN VIOLATION OF THE PLAINTIFFS CIVIL RIGHTS IN

   REFERENCE TO THE COMPLAINT AND EXHIBITS , AND PROSECUTE EACH AND EVERY ONE OF

   THEM AS NEEDED..

1A) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 1A) OF PLAINTIFFS

   PETITION. THE COURT ORDERING THE FBI–US ATTORNEYS OFFICE AND US DEPARTMENT OF

   JUSTICE. TO USE EVER BIT OF THE COMPLAINT AND ITS EXHIBITS TO PROSECUTE EACH AND

   EVERYONE INVOLVED IN THIS COMPLAINT WITH CRIMINAL CHARGES AND FURTHER CHARGE

   SEVERE CIVIL PENALTIES AND FINES AS NEEDED TO BE.

2) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARGRAPH 2 OF PLAINTIFFS PETITION

   THIS COURT HERE-BY ORDERS THAT ALL CRIMINAL AND CIVIL FILINGS IN THIS CIVIL RIGHTS

   CLAIMS BE HEARD IN THE UNITED STATES DISTRICT COURT IN SAN DIEGO CALIFORNIA, NO

   MATTER IN WHICH STATE OF THE USA OR OTHER COUNTRY THE CRIMINAL CIVIL RIGHTS

   VIOLATION HAVE OCCURED..

3) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 3 OF PLAINTIFF PETITION

   THAT THIS COURT WILL FURNISH A COURT APPOINTED ATTORNEY, FOR THE PLAINTIFF AND

   THAT THE LAW FIRM WILL BE OF CHOICE OF THE PLAINTIFF, AND WILL BE OF A LARGE

   CAPACITY OF ATTORNEYS FAMILAR WITH CIVIL RIGHTS VIOLATIONS, AND FEDERAL LAW

   PRACTICE. THAT IF THERE IS A NEED FOR ADDITIONAL ATTORNEYS BECAUSE OF THE

COMPLEXITY OF THIS CASE. THAT THIS COURT WILL FURNISH ADDITTIONAL ATTORNEYS AS

NEED. ALL PAYABLE AT THE GOVERMENTS EXPENSE..

4) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGHAPH 4 OF THE PLAINTIFFS

PETITION. THAT THIS COURT ORDERS THE GOVERMENT/DEFENDANTS TO PAY MICHAEL FOX

THE PLAINTIFF THE (1ST)–TEN THOUSAND DOLLAR PER MONTH CHECK BEGINING FROM JANUARY

1ST 1995 TO THE DATE OF MAY 1ST 2008— IN A LUMP SUM PAYMENT INCLUDING ALL PAST DUE

INTREST AT ONE PERCENT PER MONTH, PENATLIES AT ONE PERCENT PER MONTH. COST OF

LIVING INCREASES AT THREE PERCENT PER YEAR, AND YEARLY RAISES AT FOUR PERCENT

PER YEAR, BEGINING FROM JAN 1ST 1995

THAT THIS MONEY WILL BE PAID FOR ON OR BEFORE MAY 2ND 2008–OR FACE ADDTIONAL

PENATLIES.

4A) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 4A OF PLAINTIFFS

PETITION, THAT THIS COURT ORDERS THE GOVERMENT/DEFENDANTS TO PAY THE PLAINTIFF

ALL BACK DUE COST OF LIVING INCREASES AT 3% PER YEAR AND YEARLY RAISES IN THE

AMOUNT OF FOUR PERCENT PER YEAR BEGINING FROM JANUARY 1ST 1995 TO MAY 1ST 2008

IT IS FURTHER ORDER THAT THE PLAINTIFF WILL HAVE ALL COST OF LIVING INCREASES

AND YEARLY RAISES DUE ON JANUARY CHECK OF EVERY NEW YEAR.

5) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 5 OF THE PLAINTIFFS

PETITION. THIS COURT HEREBY ORDERS THE GOVEREMENT/DEFENDANTS TO PAY THE

PLAINTIFF ALL ARREARAGE AMOUNTS DUE FROM JAN 1ST 1995 TO MAY1ST 2008.. INCLUDING

PENALTIES, INTREST, AND COST OF LIVING INCREASES, AND YEARLY RAISES.

6) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 6 0F PLAINTIFFS PETITION

THAT IT IS AN ORDER OF THIS COURT THAT THE PLAINTIFF BE PAID ONE PERCENT PER MONTH

ON THE UNPAID BALANCE BEGINING JANUARY 1ST 1995 UNTIL THE BALANCE IS PAID IN FULL

6A) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 6A OF PLAINTIFFS PETITION

   THAT IT IS FURTHER ORDERED THAT THE GOVERMENT/DEFENDANTS PAY THE PLAINTIFF THIS

   MONTHLY CHECK INCLUDING ALL PAST COST OF LIVING INCREASES AND RAISES AND FUTURE

   COST OF LIVING INCREASES AND YEARLY RAISES UNTIL THE PLAINTIFFS DEATH...

6B)  THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 6B OF PLAINTIFFS PETITION

   THAT IT IS AN ORDER OF THIS COURT FOR THE GOVERMENT/DEFENDANTS TO PAY THE PLAINTIFF

   HIS 2ND TEN THOUSAND DOLLAR PER MONTH CHECK BEGINING FROM JAN 1ST 1995 TO ~~APRIL 1ST~~ MAY 2nd

   2008. WHICH THIS LUMP SUM PAYMENT IS DUE ON OR BEFORE MAY 2ND 2008– WHICH INCLUDES

   BACK INTREST AT 1% PER MONTH–PENALTIES OF 1% PER MONTH–YEARLY COST OF LIVING

   INCREASES OF 3% PER YEAR-AND YEARLY RAISES OF 4% PER YEAR. ALL YEARLY COST OF

   LIVING INCREASES AND YEARLY RAISES DUE ON THE 1ST PAYABLE CHECK OF THE NEW YEAR

   WHICH IS JANUARY..

6C) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 6C OF PLAINTIFFS PETITION

   THAT THIS COURT ORDERS THE GOVERMENT/DEFENDANTS TO PAY THE PLAINTIFF ALL ARREARAGE

   AMOUNTS DUE INCLUDING PENALTIES, INTREST, YEARLY COST OF LIVING INCREASES AND YEARLY

   RAISES FROM JAN 1ST TO MAY 2ND 2008

6D) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGHRAPH 6D OF PLAINTIFFS PETITION

   THAT THIS COURT HERE-BY ORDERS THE GOVERMENT/DEFENDANTS TO PAY THE PLAINTIFF ONE

   PERCENT PER MONTH INTREST, PENTALTIES OF ONE PERCENT PER MONTH ON THE UNPAID

   BALANCE BEGINING FROM JAN 1ST 1995 TO MAY 2ND  2008

6E) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 6E OF PLAINTIFFS PETITION

   THIS COURT ORDERS THE GOVERMENT/DEFENDANTS TO PAY THE PLAINTIFF ALL COST OF LIVING

   INCREASES AT THREE PERCENT PER YEAR,  AND YEARLY RAISES AT FOUR PERCENT PER YEAR.

BEGINING FROM JAN 1ST 1995 TO MAY 2ND 2008.

6F ) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 6F OF PLAINTIFFS PETITION
THAT THIS COURT HEREBY ORDERS THE GOVERMENT/DEFENDANTS TO PAY THE PLAINTIFF THIS
SECOND MONTHLY CHECK WITH COST OF LIVING INCREASES AND YEARLY RAISES UNTIL THE
PLAINTIFFS DEATH...

7) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH  7 OF PLAINTIFF PETITION
THIS COURT ORDERS THE GOVERMENT/DEFENDANTS TO PAY ANY AND ALL MEDICAL AND
SURGURYS THE PLAINTIFF SO DESIRES FOR THE LIFE TIME OF THE PLAINTIFF.
THIS COURT FURTHER ORDERS THE DEFENDANTS TO SUPPLY THE PLAINTIFF WITH LIFE TIME
MEDICAL/PERSCRIPTION--DENTAL--AND OPTICAL INSURANCE AT THE GOVERMENTS FULL EXPENSE..

8) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 8 OF PLAINTIFFS PETITION
THAT THIS COURT HEREBY ORDERS THE GOVERMENT/DEFENDANTS TO PLACE THE PLAINTIFF
INSIDE THE WITNESS PROTECTION PROGRAM, AND THE PLAINTIFF IS TO BE RELOCATED
ANYWHERE IN THE USA OR ANY WHERE IN THE WORLD WHERE THE PLAINTIFF SO CHOOSES
TO LIVE. WHEN THE PLAINTIFF SO DESIRES...

9) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 9 OF PLAINTIFFS PETITION
THAT THIS COURT ORDERS THE GOVERMENT/DEFENDANTS--THAT AT ANYTIME THE PLAINTIFF SO
SEEKS THE DESIRE TO MOVE, OR THE PLAINTIFF IS FOUND IN THE WITNESS PROTECTION
PROGRAM. THE GOVERMENT WILL BUY ANY AND ALL REAL ESTATE PROPERTY AT FAIR MARKET
VALUE. AND WILL BUY ANY PERSONAL PROPERTY AT  FAIR MARKET VALUE OR REPLACEMENT
COST.

10) THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGHRAPH 10 OF PLAINTIFF PETITION
THAT THIS COURT ORDERS THE GOVERMENT/DEFENDANTS TO PAY ALL TRANSPORTATION FEES

AND COST OF LIVING DURING THE INVESTIGATION AND CRIMINAL PROSECUTION. OF ANY AND ALL

OF KNOWN AND UNKNOWN FUTURE DEFENDANTS..

11) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 11 OF PLAINTIFF PETITION

THAT ITS AN ORDER OF THIS COURT THAT THE GOVERMENT/DEFENDANTS BUY LOT NUMBER 23

IN TIMBERLINE ESTATES ON BRONCO DRIVE IN CLARKSTON MICHIGAN (INDEPENDENCE TOWNSHIP)

PROPERTY ID NUMBER (J 08 31 229 012)-(A VACANT WATERFRONT LOT)- FOR TWO HUNDRED

THOUSAND DOLLARS WITH THE GOVERMENT FURTHER PAYING FOR ALL SPECIAL ACESSMENTS.

PLAINTIFF/PETITIONER TO BE PAID FOR THIS PROPERTY ON OR BEFORE JUNE 2ND 2008...

12) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PARAGRAPH 12 OF PLAINTIFFS PETITION

THAT IT IS AN ORDER OF THIS COURT THAT THE PLAINTIFF WILL NEVER PAY ANY FEDERAL INCOME

TAXES FROM JAN 1ST 2006 TO ANYTIME DURING THE PLAINTIFFS LIFE. THAT THE PLAINTIFF IS

EXEMPT FROM ALL FEDERAL INCOME TAX. BEGINING FROM JAN 1ST 2006--IT IS FURTHER ORDERED

THAT THE PLAINTIFF PETITIONER NEVER PAY ANY STATE INCOME TAX NO MATTER WHAT STATE

THE PLAINTIFF RESIDES IN BEGINING FROM JAN 1ST 2006  THE PLAINTIFFS IS EXEMPT FROM

ANY STATE TAX IN ANY STATE OF THE USA.

13) THAT THIS COURT HERE-BY GRANTS AND ORDER AS TO PHARAGRAPH 13 OF PLAINITIFFS PETITON

THAT THE COURT SETS AN ORDER THAT THE PLAINTIFF HAS THE RIGHT TO AMMEND COMPLAINTS

ALL THE WAY BACK TO JAN 1ST 1980AD-KNOWING THAT THE STATUED OF LIMITATIONS HAS RUN

OUT- ONLY TO BE USED AS EVIDENCE OF HOW LONG THESE  CONTINUING RELENTLESS ATTACKS

HAVE BEEN HAPPENING. AND THE TOLL IT HAS TAKEN ON THE PLAINTIFFS PHYSICAL AND MENTAL

STATE OF MIND.

14) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PHARAGRAPH 14 OF PLAINTIFFS PETITION

THIS COURT ORDERS THAT THE PLAINTIFF CAN ADD ANY ADDTIONAL COMPLAINTS DUE TO INFLICTIONS

OF ANY LAWS BEING BROKEN UPON THE PLAINTIFF FROM  RECENTLY TO FUTURE INCIDENTS..

15) THAT THIS COURT HERE-BY GRANTS AND ORDER AS TO PHARAGRAPH 15 OF PLAINTIFFS PETITION IT IS AN ORDER OF THIS COURT THAT THE (TWO) ORIGINAL TEN THOUSAND DOLLAR PER MONTH CHECKS THAT ARE DUE AND OWING ALONG WITH COST OF LIVING INCREASES AND YEARLY PAY RAISES. AND BACK DUE INTREST AND PENATIES BEGINING FROM JAN 1ST 1995. THAT THESE TWO CHECKS AND ARREARAGE AMOUNTS CAN NOT BE DEDUCTED FROM THE 50 BILLION PLUS MONEY JUDGEMENT THE PLAINTIFF IS SEEKING.

16) THAT THIS COURT HERE-BY GRANTS AN ORDER AS TO PHARAGRAPH 16 IN PLAINTIFFS PETITION THIS COURT HEREBY ORDERS THAT ALL LEGAL FEE'S WILL BE PAID FOR BY THE GOVERMENT, INCLUDING ALL PERCENTAGE FEE'S THE GOVERMENT HAS TO PAY ON THE 50 BILLION DOLLAR PLUS MONEY JUDGEMENT FOR LEGAL REPRESENTATION. THAT THE PLAINTIFF WILL BE REIMBURSTED ALL COURT COSTS AND PROCESS SERVICES AND COST AND MILAGE  AT 45 CENTS PER MILE IN REGARDS TO ANY AND ALL OF THIS FORE-GOING COMPLAINT.

17) THAT THIS COURT HERE-BY GRANTS AN ORDER TO PHARAGRAPH 17 IN PLAINTIFFS PETITION THAT THIS COURT HEREBY ORDERS THE GOVERMENT/DEFENDANTS TO STOP ALL ILEGAL SURVALENCE, AND GPS TRACKING ON THE PLAINTIFF BY ALL GOVERMENT AGENCIES AND MILITARY AND PRIVATE SECURITY COMPANYS, IT IS FURTHER ORDRED THAT THE UNITED STATES ATTORNEYS OFFICE THROUGH THE FBI INVESTIGATIONS WILL FIND THESE PEOPLE AND GIVE THEM NOTICE TO STOP OR FACE CONTINUING CRIMINAL PROSECUTION.

18) THAT THIS COURT HERE-BY GRANTS AN ORDER TO PHARAGRAPH 18 IN PLAINTIFFS PETITION THAT THIS COURT ORDERS THAT NO ONE CAN STOP THE PLAINTIFF FROM GOING PUBLIC AS TO THE PEOPLE INVOLVED IN ANY PART OF THIS ON GOING COMPLAINT.

19) THAT THIS COURT HERE-BY GRANTS AN ORDER TO PHARAGRAPH 19 IN PLAINTIFFS PETITION THAT IT IS AN ORDER OF THIS COURT THAT THIS CASE WILL BE BEHIND CLOSED DOORS AND

CLOSED TO THE PUBLIC. THAT ANY AND ALL PEOPLE HAVING NO BEARING ON THIS CASE WILL

NOT BE PERMITTED INTO THE COURT ROOM UNLESS AGREED TO BY ALL PARTIES. THAT ANY

ONE THAT IS ENVOLVED IN THIS CASE WILL HAVE TO BE AGREED UPON BY BOTH PLAINTIFF

AND DEFENDANTS/CURRENTLY THE US ATTORNEYS OFFICE.

20) THAT THIS COURT HEREBY GRANTS AN ORDER AS TO NO PHARAGRAPH IN PLAINTIFFS PETITION

AS TO WHERE THE PLAINTIFF REQUESTS AND ORDER FOR THE GOVERMENT/DEFENDANTS TO

PAY THE SUM OF 150 BILLION DOLLARS AS PLAINTIFF WAS SEEKING DAMAGES IN THE

COMPLAINT AND PETITION AND THRU EXHIBITS 1 THRU 20 —SEEKING DAMAGES AND PUNTIVE

DAMAGES IN THE AMOUNT OF 50 BILLION DOLLARS PLUS FOR WELL OVER 20 YEARS OF THE

PLAINTIFFS LIFE. AND FURTHERMORE THE CONTINUING ABUSE THE PLAINTIFF IS CURRENTLY

LIVING THROUGH. THAT DUE TO THE GROSS BEHAVIOR OF ALL FEDERAL AND STATE

GOVERMENTS AND US MILATARY AND THERE LEGIONS, THE COUNTY AND CITY POLICE, AND

ALL THE FATURNITY ORDERS OF POLICE, COUNTY SHERIFF STATE POLICE AND FATURNITY

ORDER OF CHIEF OF POLICE. PRIVATE SECURITY COMPANYS PRIVATE DETECTIVES AND

OTHER UNKNOWNS. THE PLAINTIFF WILL MOST LIKELY DIE AS A RESULT OF THERE ACTIONS.

THAT THE PLAINTIFF HAS SUFFERED GREAT EMOTIONAL AND IRRUPTABLE HARM IN THE EXCESS

OF 20 YEARS OF THE PLAINTIFFS LIFE, AS DOES THE PLAINTIFF CURRENTLY.

THAT DUE TO THE GROSS NEGLIGENCE OF THE DEFENDANTS, NOT FILING THERE REPSONSE.

THAT THE PLAINTIFF PETITIONER IS REQUESTING A 150 BILLION DOLLAR JUDGEMENT AS TO

THE FORGOING COMPLAINT AND ITS EXHIBITS

NOW COMES MICHAEL T FOX THE PLAINTIFF/PETITIONER IN PRO PER TO THIS HONORABLE COURT

AND ASKS FOR COURT ORDERS OF THIS COURT AS NUMBERED ABOVE IN PARAGRAPHS 1 THRU 20

IN REFERENCE TO THE ORIGINAL COMPLAINT WITH EXHIBITS AND PETITION FILED IN FEDERAL COURT

CLERKS OFFICE ON DEC 20TH 2007-DEFENDANTS BEING SERVED ON 12-28-07 AND 1-4-08

THAT DEFENANTS FAILING TO FILE AN ANSWER TO THE COMPLAINT AND PETITION AND THRU ITS

EXHIBITS WITHIN THERE 60 DAYS ARE IN DEFAULT BY LAW. FURTHER DEFENDANTS BEING DENIED

THERE EXPARTA ORDER REQUESTING ADDTIONAL TIME BY JUDGE SABRAW ON MARCH 7 2008

DEFENDANTS STILL  NOT ANSWERING THE COMPLAINT AS OF *April 1st 2008*  PLAINTIFF

PETITIONER RESPECTFULLY REQUESTS ORDERS OF THE COURT TO BE ENTER AS STATED ABOVE IN

PARAGHRAPHS LISTED AS 1 THRU 20 OF THIS DEFAULT

> PLAINTIFF/PETITIONER
> MICHAEL T FOX
> IN PRO PER
> DATE OF MARCH 31 2008

THE ABOVE MATTER HAVING BEING PRESENTED TO THE COURT ON A DEFAULT JUDGEMENT HEARING

ON MAY 2 2008 AT 1:30PM

IT IS HEREBY ORDERED OF THE COURT THAT THE PLAINTIFF PETITIONERS REQUESTS FOR ORDERS ARE

HEREBY GRANTED AS STATED ABOVE THROUGH PARAGRAPHS 1 THRU 20 OR AMENDED AS STATED IN

THE DEFAULT HEARING..

> HONORABLE JUDGE
> DANA M SABRAW.
> DATE OF