UNITED STATES DISTRICT COURT

OF SOUTHERN CALIFORNIA

(SAN DIEGO CALIFORNIA)

FILED
08 APR -1 AM 11:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

PLAINTIFF

MICHAEL T FOX

VERSES

DEFENDANTS

UNITED STATES ATTORNEYS OFFICE
880 FRONT STREET --ROOM 6293
SAN DIEGO CALIFORNIA

FEDERAL BUREAU OF INVESTIGATIONS
9797 AERO RD
SNA DIEGO CALIFORNIA 92123

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYVANIA AVE
WASHIGHTON DC
CRIMINAL CIVIL RIGHTS SECTION

CASE NUMBER

07 CV 2388 DMS POR

DEFAULT JUDGEMENT MOTION
HEARING NOTICE.

THAT NOTICE IS HEREBY GIVEN THAT ON MAY 2ND 2008 AT 1:30PM, OR AS SOON AS THE MATTER CAN BE HEARD IN COURT ROOM 10 ON THE 2ND FLOOR OF THE SAN DIEGO CALIFORNIA FEDERAL COURT HOUSE, AT 880 FRONT STREET IN SAN DIEGO CALIFORNIA.

THAT PLAINTIFF PETITIONER MICHAEL T FOX WILL APPLY FOR DEFAULT JUDGEMENT ORDERS AS DISCRIBED IN PLAINTIFFS COMPLAINT ITS EXHIBITS AND PETITION--SEEKING COURT ORDERS ON THE GROUNDS SET OUT IN PLAINTIFF PETITION AND COMPLAINT AND THRU ITS EXHIBITS FILED ON DEC 20TH 2007 IN FEDERAL DISTRICT

COURT IN SAN DIEGO CALIFORNIA, AND SERVED ON DFENDANTS DEC 28 2007 AND JAN 4 2008 AS DEFENDANTS FAILING TO ANSWER THE COMPLAINT WITHIN THERE 60 DAY TIME LIMIT AS BY LAW.. FURTHER DEFENDANTS BEING DENIED THERE EX-PARTA EXTENSION OF TIME TO FILE BY MARCH 21ST 2008 BY HONORABLE JUDGE DANA M. SABRAW ON MARCH 7TH 2008--THAT DEFENDANTS ARE IN DEFAULT BY LAW.

MICHAEL T FOX
PLAINTIFF/PETITIONER

*[signature]*

Date 3-31-08