```
KAREN P. HEWITT
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
California Bar No. 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-5682
```

Attorneys for all Federal Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al<br><br>　　　　　　Defendant. | Civil Case No. 07CV2388-DMS (POR)<br><br>THE FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S ACTION<br><br>Date:　　May 16, 2008<br>Time:　　1:30 p.m.<br>Crtrm:　　10<br>Judge:　　Hon. Dana Sabraw<br><br>[No Oral Argument per local rule Unless Requested by the Court] |

　　　　Please take notice that on or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Dana Sabraw, the Federal Defendants, through their attorneys of record, Karen P. Hewitt, United States Attorney, and Steve B. Chu Assistant U.S. Attorney, will bring on their motion to dismiss Plaintiff's action pursuant to Federal Rules of Civil Procedure ("F.R.C.P.") 12(b)(1)-(6). Counsel need not appear for oral argument unless requested by the court.

　　　　This motion for dismissal with prejudice is based on the ground that Plaintiff has failed to plead with sufficient specificity, based his case upon insubstantial allegations, and failed to exhaust his administrative remedies.

1    This motion is based on this Notice, the accompanying Memorandum of Points and Authorities and exhibits filed in support thereof, Plaintiff's Complaint, First Amended Complaint, the court's files and records in this and pending related actions, and any other matter the court may consider at oral argument or otherwise.

DATED: April 7, 2008

KAREN P. HEWITT
United States Attorney

/s Steve B. Chu

STEVE B. CHU
Assistant U.S. Attorney
Attorneys for all Federal Defendants