IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. FOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>et al.<br><br>　　　　Defendants | DECLARATION OF<br>AYANA K. WASHINGTON<br><br>Case No. 07 CV 2388 DMS POR |

<u>DECLARATION OF AYANA K. WASHINGTON</u>
<u>FEDERAL BUREAU OF INVESTIGATION</u>

I, AYANA K. WASHINGTON, hereby declare as follows:

1.　I am employed by the Federal Bureau of Investigation (FBI), and I am currently a paralegal specialist with Civil Discovery Review Unit I, Office of the General Counsel, located in Washington, D.C. I have served in this capacity from approximately August 2003 to the present.

2.　As a paralegal specialist with Civil Discovery Review Unit I, I have access to the indices of the records contained in the FBI's Central Records System.

3.　The records in the Central Records System include records of administrative claims submitted to the FBI under the Federal Tort Claims Act. All administrative claims submitted to the FBI are indexed into the FBI's Central Records System. Once indexed, a record of an administrative claim is retrievable through a search of the general indices to the FBI's Central Records System.

4.　I have made a diligent search of the general indices to the FBI's Central Records System as of April 2, 2008, for any records retrievable to the name of plaintiff Michael T. Fox. This search disclosed no record of any administrative claim submitted to the FBI by or on behalf of Michael T. Fox, the plaintiff in the above-captioned lawsuit. To the best of my knowledge, the FBI has not received an administrative claim from Mr. Fox.

1
2
3   I declare under penalty of perjury that the foregoing is true and correct.
4   Executed this ___3rd___ day of April, 2008.
5
6
7
8   Ayana K. Washington
    Paralegal Specialist
9   Civil Discovery Review Unit I
    Office of the General Counsel
10  Federal Bureau of Investigation
    Washington, D.C.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28