```
 1  KAREN P. HEWITT
    United States Attorney
 2  STEVE B. CHU
    Assistant U.S. Attorney
 3  California Bar No. 221177
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 5  Telephone: (619) 557-5682

 6  Attorneys for all Federal Defendants
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al<br><br>            Defendant. | Civil Case No. 07CV2388-DMS (POR)<br><br>CERTIFICATE OF SERVICE BY MAIL AND ELECTRONIC COURT FILING ("ECF") |

IT IS HEREBY CERTIFIED that:

I, Steve B. Chu, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **April 7, 2008,** I am causing service of the following (accompanying) documents:

THE FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S ACTION

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ACTION

DECLARATION OF AYANA WASHINGTON

1 on Plaintiff, by electronically filing the foregoing document with the Clerk of the District Court
2 using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which
3 filing and System results in electronic notification to said attorney of said filing.
4     Notice has also been delivered by mail to Plaintiff's address of record:
5 Michael Fox
  General Delivery
6 San Diego, California 92138
7 I declare under penalty of perjury that the foregoing is true and correct.
8     Executed on this Day of April 7, 2008
9
10                         _____s/ Steve B. Chu_____
                           STEVE B. CHU