FILED

08 APR 11 AM 9:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| PLAINTIFF | CASE NUMBER |
|---|---|
| MICHAEL FOX | 07 CV 2388 DMS (POR) |
| | |
| VERSES | ANSWER TO MEMORANDUM OF POINTS IN SUPPORT OF FEDERAL DEFENDANTS MOTION |
| | |
| DEFENDANTS | TO DISMISS PLAINTIFFS ACTION |
| UNTITED STATES OF AMERICA, et al | |

_____ )

### ANDSWER TO DEFENDANTS --- 1. INTRODUTION

) PLAINTIFF FILED A PETTIION AND COMPLAINT WITH EXHIBITS ON DEC 20 2008-- DEFENDANTS BEING SERVED

ON DEC 28TH 2007AND JAN 4TH 2008

.) DEFENDANTS STATE PLAINTIFF HAS LISTED NUMEROUS DEFENDANTS IN ITS MOTION FOR DISMISSAL..

) THAT PLAINTIFF HAS LISTED NUMEROUS DEFENDANTS ONLY IN ITS EXHIBITS IN THE ORIGINAL PETITION AND

COMPLAINT.

() WHERE AS DEFENDANTS INTRODUTION LISTS PLAINTIFF HAS  LISTED VARIOUS FEDERAL AGENCIES AND

EMPLOYEES. -------(THIS IS INCORRECT)-- A FALSE ALLEGATION BY THE DEFENSE--PLAINTIFF HAS LISTED

ONLY THREE DEFENDANTS IN ITS ORIGINAL COMPLAINT..SEEKING COURT ORDERS TO FORCE THESE

DEFENDANTS TO INVESTIGATE THESE CIVIL RIGHTS CRIMES INFLICTED ON THE PLAINTIFF. FURTHER PLAINTIFF

SEEKING MONETARY RIGHTS, AND OTHER ORDERS OF THE COURT.

) PLAINTIFF  HAS ONLY LISTED 3 DEFENDANTS IN THE ORIGINAL PETITON AND COMPLAINT IN COURT CLERKS

OFFICE ON DEC 20TH 2007.. PLAINTIFF LISTED LOTS OF STATE AND FEDERAL ENTITIES IN ITS EXHIBITS.

INCLUDING MILITARY AND THE LEIGIONS--FAUTURNITY ORDERS OF SEVERAL DIFFERRENT POLICE AGENCIES.

ALSO LISTING SECURITY COMPANYS AND PRIVATE DECTIVES, AND ECT. IN THE EXHIBITS OF THE COMPLAINT..

1) THAT PLAINTIFF IS SEEKING COURT ORDERS IN THIS ORIGINAL PETITION ITS COMPLAINT AND ITS EXHIBITS

ASKING  THE COURT TO ENFORCE THE FBI--US ATTORNEYS OFFICE AND US JUSTICE DEPARTMENT TO

INVESTIGATED AND PROSECUTE THE PEOPLE BEHIND THESE HORRIFFIC VIOLATIONS OF HUMAN AND CIVIL

RIGHTS VIOLATIONS UNDER DEPERVATION OF CIVIL RIGHT UNDER COLOR OF THE LAW..

2) PLAINTIFF FURTHER SEEKING MONETARY RIGHTS AS TO TWO SEPERATE 10,000 DOLLARS PER MONTH, ON

CHECKS THAT WHERE OFFERED TO THE PLAINTIFF IN 1996 AND 1998..DATE AND TIME OF PHONE CALL AS

TO PROOF OF ONE OFFER. WHICH THERE IS RECORD OF AS THE PLAINTIFFS PHONE WAS WIRE TAPED..

GASSON HAMI THE PLAINTIFFS NEXT DOOR NEIGHBOR IN MICHIGAN THE OTHER PERSON MAKING A SEPERATE

TEN THOUSAND DOLLAR PER MONTH OFFER...BOTH OF THESE OFFERS ARE PART OF THE ORIGINAL

PETITION AND COMLAINT AND ITS EXHIBITS...

3) DEFENDANTS FURTHER WRITE IN THERE INTRODUTION IN THERE MOTION TO DIMISS PLAINTIFF COMPLAINT..

ITS  FURTHER A REVIEW OF PLAINTIFFS 1ST AMENDEND COMPAINT THAT IT DEMONSTATES THAT IT IS WITH-

OUT MERIT AND MORE OVER PLAINTIFF HAS FAILED TO COMPLY WITH APPLICATION STATUTORY

PREREQUISITES TO FILE A LAW SUIT ANGAINST FEDERAL DEFENDANTS--PLAINTIFF  STATES THAT THE 1ST

AMENDED COMPLAINT DOES NOT LIST THE FEDREAL BUREAU OF INVESTIGATION NOR THE UNITED STATES

ATTORNEYS OFFICE OR THE UNITED STATES DEPARTMENT OF JUSTICE..THAT THE ORIGINAL COMPLANT AND

PETITION WAS TO FORCE THE ORIGINAL 3 DEFENDANTS BY COURT ORDER TO INVESTIGATE AND PROSECUTE,

ANY AND ALL VIOLATORS AGANIST THE PLAINTIFF, DUE TO VIOLATIONS OF HUMAN RIIGHTS AND DEPERVATION

OF CIVIL RIGHT UNDER COLOR OF THE LAW..FURTHER MONETARY RIGHTS.   PLAINTIFF FURTHER SEEKING

MONETARY DAMAGES IN EXCESS OF 50 BILLION DOLLARS OF OVER 20 YEARS OF CIVIL RIGHTS VIOLATIONS

UNDER DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW WHICH INCLUDE PUNITIVE DAMAGES..

) PLAINTFF FURTHER STATES THAT THE US ATTORNEYS OFFICE IS TRYING TO SNOWBALL THE COURT AND

FURTHER DEPRIEVE THE PLAINTIFF OF HIS RIGHTS TO BE HEARD IN THE COURT OF LAW. THAT THE US

ATORNEYS OFFICE IS PROTECTING FELLOW EMPLOYEES OF OTHER DEPARTMENTS OF THE US GOVERMENT

ENITIES..AND STATE GOVERMENT ENTITIES. DEFENDANTS ARE GROSSLY PROTECTING THESE ENTITIES..

6) PLAINTIFF STATES THE 1ST AMENDED COMPLAINT HAS HUGE MERRITS AND IS OF FACT BY AND THROUGH ITS

STATED COMPLAINT AND EXHIBITS.

FURTHER ADDTIONAL COMPLAINTS AND STATEMENTS AND ITS EXHIBITS, WHICH IS LISTED IN EXHIBIT ONE

AND TWO OF THE ORIGINAL COMPLAINT..

7) DEFENDANTS ARE REACHING FOR A COURT ORDER TO SAVE THEM FROM THERE GROSS MISCONDUCT IN

HANDLING OF THIS CASE. DEFENDANTS ARE NOT ENTITILED TO ANY SUCH DISMISSAL AS DEFENDANTS ARE

GROSSLY IN DEFAULT..

ANSWER TO DEFENDANTS —II. RELEVANT FACTS AND PROCEDURAL BACK GROUND

2) PLAINTIFF STATES HE HAS TRYED TO FILE AN ANSWER TO JUDGE SABRAWS ORDER DENYING DEFENDANTS

EXPARTE ORDER ASKING FOR ADDTIONAL TIME. (IN THIS ORDER WAS ASKED QUESTION OF THE COURT) .

3) PLAINTIFF DRAFTING AN ANSWER TO THE COURTS QUESTIONS BEING ASKED IN THE ORDER DENYING

DEFENDANTS THERE EXPARTA MOTION AS THERE REQUEST IS MUTE...

4) THIS ANSWER TO COURTS ORDER WAS REJECTED AND SENT BACK TO PLAINTIFF ALONG WITH THE

APPLICATION FOR DEFAULT ORDERS FOR NOT SERVING DEFENDANTS PRIOR TO FILING IN CLERKS OFFICE,

AND FOR FAILURE OF PROOF OF SERVICE... PROOF OF SERVICES WAS TYPED IN THE BACK PAGE OF

THE ANSWER TO JUDGE SABRAWS ORDER DENYING DEFENDANTS THERE EXTENSION OF TIME AS IT IS MUTE.

BOTH ANSWER TO JUDGE SABRAWS MOTION DENYING DEFENDANTS MOTION AND APPLICATION FOR

DEFAULT JUDGEMENTS WHERE MAILED CERTIFIED TO ALL 3 SEPERATE DEFENDANTS.. THIS WAS THE 1ST

MAILING OF THESE DOCUMENTS--

5) PLAINTIFF REFILED PROPERLY THESE SAME DOCUMENTS ON APRIL 1ST 2008 AND SENT THE 2ND MAILING OF

THESE DOCUMENTS CERTIFIED MAIL TO EACH OF THE DEFENDANTS LISTED IN THE ORIGINAL COMPLAINT..

MAILINGS INCLUDED-- A COPY OF MOTION HEARING FOR DEFAULT JUDGEMENT, PROOF OF SERVICE AND

ANSWER TO THE COURTS MOTION DENYING DEFENDANTS EXPARTE MOTION ASKING FOR ADDTIONAL TIME.

16) IF DEFENDANTS HAD READ THE PLAINTIFFS ANSWER OF TO JUDGE SABRAWS ORDER DENYINING

DEFENDANTS THERE EXTENSION OF TIME. THE DEFENDANTS WOULD HAVE KNOWLEDGE OF THE PLAINTIFFS

ANSWER TO THE COURTS QUESTIONS WETHER OR NOT PLAINTIFF SERVED THE DEFENDANTS IN THE 1ST

AMENDED COMPLAINT..DEFENDANTS ARE GROSSLY MISS HANDLING THIS CASE, AND CONTINUE TO MAKE

EXCUSES.. DEFENDANTS ARE GROSSLY IN DEFAULT BY LAW.  DEFENDANTS  CAUSING  STRESS AS TO

THERE NONSENSE CLAIM BY CONTINULY DICTATING FALSE QUESTIONS AND DEFENSE THAT HAS UTTERLY

NO MERRIT..

17) DEFENDANTS FURTHER  WRITE TO THE COURT--- THAT PLAINTIFF HAS FAILED TO OFFER  ANY EVIDENCE

ESTABLISHING HE HAS SERVED ANY DEFENDANTS IN THE 1ST AMMENDED COMPLAINT.. THAT THIS IS A FULLY

OUTRAGES STATEMENT, THE US ATTORNEYS OFFICE IS MAKING EXCUSES, READ ANSWER TO JUDGE

SABRAWS ORDER DENYING DEFENDANTS MOTION FOR AND EXTENSION OF TIME..QUESTIONS WHERE

ANSWERED..

1) THESE DEFENDANTS HAVE BEEN SERVED TWICE WITH ANSWER TO JUDGE SABRAWS MOTION DENYING

DEFENDANTS  MOTION OF AN EXTENSION OF TIME AS IT IS MUTE, STATING PLAINTIFFS POSTION IN THIS

MATTER. THAT THE PLAINTIFF HAS ANSWERED THE COURTS QUESTION AS  THE PLAINTIFF HAS NOT  SERVE

THE DEFENDANTS IN THE 1ST AMENDEND COMPLAINT, AND FURTHER-MORE THE PLAINTIFF DID NOT LIST THE

ANY OF THE ORIGINAL DEFENDANTS WHICH ARE THE FBI-US ATTORNEYS OFFICE, THE US DEPARTMENT OF

JUSTICE.. PLAINTIFF FURTHER STATING THAT THE 1ST AMENDED COMPLAINT ONLY LISTS THE DEFENDANTS

THE PLAINTIFF ONLY KNOWS OF, AND THAT IT IS UNKNOWN TO THE PLAINTIFF IF (FBI-)US ATORNEYS OFFICE)

OR US DEPARTMET OF JUSTICE IS ENVOLVED IN THIS STAGED CAR WRECK IN GALVISTON TEXAS.

1) DEFENDANTS FURTHER STATING THAT  THE PLAINTIFFS CASE IS  IMPROPER AND DEFECTIVE AND THE

REQUEST FOR DEFAULT JUDGEMENTS MUST BE DENIED------PLAINTIFF STATES THAT THE US ATTORNEYS

OFFICE IS IN GROSS MISCONDUCT. US ATTORNEYS OFFICE FAILING TO ANSWER ANY OF THE PLAINTIFFS

COMPLAINT IN THE ORIGINAL PETITION AND  COMPLAINT AND EXHIBITS, AND FURTHERMORE DEFENDANTS

KEEP RUNNING BACK TO A 1ST AMMENDED COMPLAINT AS A HAIL MARRY TO SAVE THEMSELFS FROM THERE

GROSS MISCONDUCT IN HANDLING THIS CASE--NOW FURTHER ASKING THE COURT TO DISMISS THIS PENDING

CASE AS IT SUFFERS FROM SEVERAL FATAL DEFECTS AND SHOULD BE DISMISSED WITH PREJUDICE..

26) WHERE-AS THE PLAINTIFF STATES THAT THIS HAIL MARRY ATTEMP BY THE DEFENDANTS TO CON THE COURT WITH A BUNCH OF LEGAL MUMBO JUMBO IS TOTALLY FALSE IN ITS ACCUSATION, AND FURTHER EVIDENCE OF THE DEFENDANTS LACK OF NOT ANSWERING THE PLAINTIFFS REQUEST IN THE ORIGINAL PETITION AND COMPLAINT. THAT THERE ACTIONS ARE TOTALLY WILLFUL AND INTENTFUL TO DEPRIEVE THE PLAINTIFF OF HIS RIGHTS TO BE HEARD OF THE HORRIFFIC CIVIL RIGHTS VIOLATIONS--AND HUMAN RIGHTS THE PLAINTIFF HAS SUFFERED THROUGH FOR OVER 20 YEARS OF THE PLAINTIFFS LIFE. IN THE COURT OF LAW..

1) FURTHER-MORE PLAINTIFF FIGHTING FOR HIS LIFE, HAS YET TO BE GRANTED AN ATTORNEY FOR LEGAL REPRESENTATION IN THIS MATTER, WHICH IS PART OF THE ORIGINAL PETITION AND COMPLAINT AND ITS EXHIBITS AND ASKING FOR A COURT APPOINTED ATTORNEY WHEN FILING THIS COURT CASE WITH THE FEDERAL COURT CLERK ON DEC 20 2007 THE DEFENDANTS TAKING FULL ADVANTAGE OF THIS, THROUGH THE US ATTORNEYS OFFICE TRYING TO TAKE FULL ADVANTAGE OF A LEGALY ILITERATE INDIVIDULE KNOWN AS THE PLAINTIFF IN THIS CASE..TO BOMB-BARD THE PLAINTIFF WITH LEGAL ISSUES THE PLAINTIFF IS UNKNOWN OF..

2) PLAINTIFF STATES WHY DOES THE US ATTORNEYS OFFICE CONTINUE NOT TO ANSWER THE ORINIGAL PETITION AND COMPLAINT.. US ATTORNEYS OFFICE IS PROTECTING STATE AND FEDERAL ENTITIES AND OTHERS..AND DOES NOT WANT THIS CASE TO BE HEARD. DEFENDANTS RUNNING TO THE COURT TO SAVE THEM IN THERE GROSS INCOMPETENCE IN HANDLING THE PLAINTIFF CASE..USING BOGIS LEGAL CASE LAW THAT HAS UTTER NO MERIT TO PLAINTIFFS CASE..

PLAINTIFFS ANSWER TO DEFENDANTS ---- III. LEGAL ARGUMENT

3) THAT PLAINTIFF FILED A PETITION A COMPLAINT WITH A HUGE AMOUNT OF EXHIBITS WITH THE FEDERAL COURT CLERKS OFFICE IN SAN DIEGO CA. ON DEC 20TH 2007

DEFENDANTS STATE PLAINTIFFS CASE IS TO LONG AND RAMBLING--NOT ACCEPABLE BY FEDERAL GUIDE LINES.

FURTHER DEFENDANTS STATE THEY ARE ATTACKED BY FRIVOUSE LAWSUITS. STATING CASE LAW..

PLAINTIFF STATES HE HAS DONE THE BEST HE CAN AS TO MAKE HIS CASE THROUGH ITS PETITION AND COMPLAINT AND THROUGH ITS EXHIBITS.. THIS CASE IS OF TRUTHFUL FACT, AND HAS GREAT MERIT AND TRUTH TO ITS COMPLAINT AND EXHIBITS.. ALL YOU HAVE TO DO IS READ THE CASE IN ITS ENTIRITY

4) DEFENDANTS ARE REACHING FOR A HAIL MARRY PASS TO SAVE THE DEFENDANTS AS TO THERE CONTINULY GROSS MISCONDUCT IN HANDLING THIS CASE THE PLAINTIFF HAS BROUGHT FORTH. COMING TO THE COURT WITH CONTINULY FALSE STATEMENTS AND CASE LAW THAT DOES NOT FIT, DEFENDANTS ARE IN DENIAL

5) DEFENDANTS NOW COME TO COURT AFTER BEING DENIED THERE EXPARTA ORDER FOR AN EXTENSION OF TIME.. COURT FINDS THERE MOTION AS MUTE. PLAINTIFF APPLIES FOR DEFAULT JUDGEMENTS. PLAINTIFF SCHEDULES A DEFAULT MOTION HEARING FOR MAY 2ND 2008.

6) DEFENDANTS RECIEVE THE PLAINTIFFS MAILING OF DEFAULT JUDGEMENT HEARING AND APPLICATION FOR DEFAULT JUDGEMENTS AS TO PETITION AND COMPLAINT REQUEST. FURTHER 2ND MAILING OF ANSWER TO JUDGE SABRAWS ORDER DENYING DEFENDANTS THERE EXTENSION OF TIME..ON APRIL 2 2008

7) SINCE DEFENDANTS RECIEVING PLAINTIFFS MAILINGS, DEFENDANTS HAVE ATTACKED THE PLAINTIFF WITH LEGAL CASE LAW THAT HAS NO MERRIT TO PLAINTIFFS CASE. DEFENDANTS ARE IN DEFAULT AND HAVE RESORTED TO UTTER MANIPULATION OF CASE LAW TO SAVE THE DEFENDANTS FROM THERE GROSS MISHANDLING OF PLAINTIFFS CASE.

8) IN THE PETITION AND COMPLAINT AND EXHIBITS, THE PLAINTIFF IS ASKING FOR COURT ORDERS OF THE COURT TO ENFORCE THE FBI THE US ATTORNEYS OFFICE AND US DEPARTMENT OF JUSTICE TO INVESTIGATE & PROSECUTE THE PEOPLE BEHIND THE HORRIFFIC VIOLATIONS OF DEPERATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW..

9) PETITION AND COMPLAINT ASKS FOR SEVERE PRISON TERMS OF THESE VIOLATORS OF PLAINTIFFS CIVIL RIGHTS AND ATTEMPED MURDER CHARGES.. THAT MOST LIKLY PLAINTIFF IS GOING TO DIE AS A RESULT OF THESE PEOPLE WHO ARE OUT TO DESTROY THE PLAINTIFF..

10) FUTHER THE COMPLAINT ASKS FOR COURT ORDERS OF 2 TEN THOSAND DOLLAR PER MONTH CHECKS THAT WHERE OFFERED TO THE PLAINTIFF ONE IN 1996 BY THE PLAINTIFFS NEXT DOOR NEIGHBOR.. GASSIN HAMMI ANOTHER OFFER IN A PHONE CONVERSATION ON OR AROUND FEB 17 1998 FROM A MAN NAMED CARL FROM VIRGINIA--THAT WARE THE PLAINTIFF WAS OFFERED A TEN THOUSAND DOLLAR PER MONTH CHECK. IF MICHAEL FOX THE PLAINTIFF IS TO MARRY A 42 TO 44 YEAR OLD US ATTORNEY--THAT THE PLAINTIFF CAN HAVE

1) A GOOD LIFE IF HE DOES. BUT THERE WHERE STIPULATIONS THAT THE PLAINTIFF HAD MARRY A US ATTORNEY. THAT PLAINTIFFS PHONE IS WIRE TAPED AND THIS PHONE CONVERSATION IS OF RECORD. WHERE IS THE RECORD OF THIS PHONE CONVERSATION. PLAINTIFF HAS RIGHTS TO IT RECORDS. IT'S PROOF..

2) THAT BOTH CHECKS DUE AND OWING ARE SUBJECT TO YEARLY COST OF LIVING INCREASES OF 4% AND YEARLY RAISES OF 3%--FURTHER BOTH CHECKS ARE DUE TO BE PAID 1% PER MONTH COMPOUNDED MONTHLY ON THE UNPAID BALANCE-FURTHER THE PLAINTIFF IS TO BE PAID PENALITIES OF 1% PER MONTH COMPOUNDED MONTHLY. ON ARREARAGE AMOUNT INCLUDING BACK COST OF LIVING AND YEARLY RAISES.

3) COMPLAINT AND PETITION FURHTER ASKS FOR WITNESS PROTECTION—AND TO BE RELOCATED ANYWHERE IN THE USA OR THE WORLD, THE GOVERMENT TO PURCHASE ALL PROPERTIES AND PERSONAL BELONGINGS AT FAIR MARKET VALUE.

4) PETITION AND COMPLAINT ASK FOR THE GOVERMENT TO PURCHASE A PIECE OF REAL ESTATE IN MICHIGAN FOR 200K, FURTHER ASKNG FOR A COURT ORDER TO FIND THESE PEOPLE THAT DENIED THE PLAINTIFF FROM SELLING THIS LOT. AND FORCE THESE PEOPLE TO PAY THE US GOVERMENT ITS MONEY BACK, INCLUDING INTREST AND INVESTIGATION TIME..

5) PETITION AND COMPLAINT ASKS FOR A CIVIL JUDGEMENT IN THE EXSESS OF 50 BILLION DOLLARS BY AND THROUGH ITS PETITION ITS COMPLAINT AND EXHIBITS..

6) US ATTORNEYS OFFICE CONTINIUES NOT TO ANSWER THE COMPLAINT, STATING IN ITS MOTION TO DISMISS PLAINTIFFS CASE, THEY HAVE UNTIL APRIL 7 2008 TO FILE AN ANSWER, SINCE PLAINTIFF FILIED A 1ST AMENDED COMPLAINT. AS OF APRIL 11 2008 DEFENDANTS CONTINUE TO NOT ANSWER COMPLAINT..DEFENDANT CHOSE INSTEAD TO RUN TO THE COURT, AND CON THE COURT IN PREVOUIS CASE LAW THAT PLAINTIFFS CASE MUST BE DISMISSED.

7) THE US ATTORNEYS OFFICE IS PROTECTING THESE PEOPLE WHOM HAVE RELENTLESSLY DESTROYED THE PLAINTIFF PHYSICALLY FINANCALY AND FURHTER HAS DESTOYED THE PLAINTIFFS MIND...

8) THAT THE US ATTORNEYS OFFICE WILL NOT UP HOLD THE CONSITUTION OF THE UNITED STATES AS THEY ARE TO.. THESE GOVERMENT AGENCYS AND ENTITIES AND THERE EMPLOYEES ARE UTTERLY EXEMPT FROM

CRIMINAL PROSECUTION, WHERE AS IF YOU READ THE DEFENDANTS AGUMENT THEY TRY TO BLIND SIDE THE

PLAINTIFF WITH LEGAL FORMALITIES, AND CASE LAW. TO CON THE COURT INTO GRANTING THE DEFENDANTS A

PREJUDICE DISMISSAL OF THE PLAINTIFFS CLAIMS...

39) PLAINTIFF STATES THIS IS NO FRIVOLOUS LAWSUIT. AS DEFENDANTS HAVE TRYED TO CON THE COURT INTO

BELIEVING.  IN FACT THIS IS A CASE WHERE GOVERMENT DEFENDANTS HAVE FOUND OUT THAT THE PLAINTIFFS

COMPLAINT IS FULLY TRUTH-FULL AND THAT THEY THE 3 DEFENDANTS CAN NOT ALLOW THIS CASE TO BE

HEARD, IT MUST BE SQASHED ANYWAY POSSIBLE..BY SLANDER AND CHARACTOR ASSINATION..DESTROY

THE PLAINTIFFS CREDABLITY..

40) THIS MEANS THAT THEY LIE-CHEAT-CON AND CONVICT INOCENT PEOPLE IF SO NEEDED TO BE..  AS THIS HAS

HAPPENED FOR CENTURIES.. YOU DO NOT FIGHT FOR YOUR RIGHTS, YOU DO NOT TELL ON YOUR VIOLATORS..

11) DEFENDANTS STATE THAT PLAINTIFFS COMPLAINT IS RAMBLING, INCOMPREHENSIBLE, UNNECESSARILY

VOLUMINIOUS TO MEET RULE 8'S MINIMUM STANDARDS—COMPLAINT IS VAGUE AND CONCLUSORY CLAIMS

WITH NO SPECIFIC FACTS SUPPORTING THE ALLEGATIONS MAY NOT GIVE THE DEFENDANTS FAIR NOTICE OF

THE CLAIMS AGAINST  THE PLAINTIFF, AND THUS NOT ALLOW THE DEFENDANT TO DEVISE A COMPETENT

DEFENSE..PLAINTIFF STATES THIS IS ANOTHER EXCUSE TO SNOWBALL AND CON THE COURT IN A LEGAL

PHRASE OF LAWYERS TERMINOLIGY..

12) DEFENDANTS CONTINUE TO TRY TO AMBUSE THE PLAINTIFF WITH A LEGAL BUNCH OF MUMBO JUMBO...

WHERE AS THEY ATTEMP TO CON THIS COURT THAT PLAINTIFFS CASE HAS NO MERRIT, PLAINTIFFS CASE

IS FULLY UNWARRANTED, AND HAS UTTERLY NO MERRIT.

DEFENDANTS RESULTING TO A LEGAL  BATTLE OF WORDS  TO COVER THE DEFENDANTS GROSS MISCONDUCT

IN HANDLING THIS CASE...

13) THE ORINIGAL PETITION AND COMPLAINT HAS ASKED FOR COURT ORDERS FORCING THE FBI—US ATTORNEYS

OFFICE AND US DEPARTMENT OF JUSTICE TO INVESTIGATE AN PROSECUTE ALL INVOLVED IN THE CRUSFICATION

OF THE PLAINTIFF FOR THE EXCESS OF 20 YEARS...

14) FURHTER ON PAGE THREE OF THE DEFENDANTS  MOTION, AT THE BOTTOM. THE LAST PARAGHRAPH

DEFENDANTS STATE THEY HAVE UNTIL APRIL 7TH TO ANSWER THIS COMPLAINT IN ITS ENTIRTLY. AS OF APRIL

11TH 2008 THE DEFENDANTS STILL HAVE YET TO ANSWER THE ORIGINAL COMPLAINT WHICH WAS DUE ON FEB

25TH 2008 AND FURTHER DEFENDANTS RELENTLESS MAKING UP FALSE ACUSATIONS TO DREPRIVE THE

PLAINTIFF TO BE HEARD.DEFENDANTS ARE IN GROSS MISCONDUCT AND GROSSLY IN DEFAULT..

15) ANSWER TO DEFENDANTS MOTION PAGE 4 SECTION B COURT LACKS JURISDICTION OVER THIS CASE.

IN THE ORINGINAL COMPLAINT AND PETITION AND ITS EXHIBITS  PLAINTIFF ASKS FOR ALL CIVIL RIGHTS

VIOLOATIONS TO BE HEARD IN THE SOUTHERN DISTRICT COURT OF CALIFORNIA.. AND IF THIS IS NOT PROPER,

THAT THIS COURT TRANSFER THIS CASE TO THE PROPER JURISDICTION IF NEEDED TO BE.

THE 1ST AMENDED COMPLAINT IS FOR A STAGED CAR WRECK FROM GALVISTON TEXAS. THE GALVISTON

TEXAS FEDERAL GUIDE LINE STATES THAT A PLAINTIFF MAY FILE IN FEDERAL COURT WHERE THE PLAINTIFF

SO RESIDES, PLAINTFF RESIDES IN CALIFORNIA.. COPY OF TEXAS RULE ATTACHED HERETO AS EXHIBIT 1

16) DEFENDANTS KEEP RANTING ABOUT A CASE THAT HAS NO MERRIT, A CASE BUILT ON DELUSION, A CASE

THAT HAS NO  MERRIT, A CASE OF UNSUBSTANTIAL AS TO BE ABSOLUTELY DEVOID OF MERIT..PLAINTIFF IS

DELUSIONAL AND HAS MADE UP ALLEGATIONS...

17) DEFENDANTS LABEL DIFFERENT ACTIONS OF SUPREME COURT ACTIONS AND FURTHER COURT LAW AS TO

PLAINTIFFS CLAIMS ARE FANTASTICAL AND DIVORCED FROM THE REAL WORLD.. DEFENDANTS CONTINUE ON

RANTING ABOUT FANTASTIC AND PARINIOD.. THEN DEFENDANTS STATE ON PAGE 5 THAT PLAINTIFF STATES

HE IS TRACKED THROUGH GPS TRACKING...THEN DEFENDANTS STATE ABOUT ANOTHER CASE LAW OF BEING

DIMMISED AS ANOTHER PLAINTIFF IS STATING AS BEING A GUINEA PIG BY INJECTING THE PLAINTIFF WITH

GERMS AND ELECTRICAL SHOCK.. THIS DOES NOT PERTAIN TO THE PLAINTIFFS CASE WHAT SO EVER..

PLAINTIFF HAS PETITION THE COURT FOR COURT ORDERS THROUGH ITS COMPLAINT, AND EXHIBITS.

DEFENDANTS REFUSE TO ANSWER. DEFENDANTS ARE IN DEFAULT BY LAW..

8) DEFENDANTS ARE FAR REACHING TO THIS COURT, WITH  UNRELATED CASE LAW TO HUMILIATE SLANDER

AND INTIMADATE THE PLAINTIFF WITH THERE OUT RIGHT LIES AND THERE TOTAL MISCONDUCT IN LEADING

THE COURT TO THERE FANTASY WORLD OF LIES, THERE EXTREME UNWILLFULLNESS TO HONESTLY ANSWER

THE COMPLAINT. AS THEY CONTINUE TO MAKE EXCUSE AFTER EXCUSE WHY THE CASE SHOULD BE DISMISS

WITH PREJUDICE. BUT TO ONLY COME UP WITH FALSE ACCUSATIONS OF THE PLAINTIFF AS TO SAVE THE

DEFENDANTS FROM THERE GROSS MISHANDLING OF THIS CASE..DEFENDANTS  ARE DESPERATE..

A) FURHTERMORE, IN-FACT BY LAW. THERE IS WRITTEN AND DOCUMENTED HISTORY BY FEDERAL AND STATE
AUTHORITIES ON THE PLAINTIFF THAT HAVE FOLLOWED THE PLAINTIFF FOR THE EXCESS OF 20 YEARS
FURTHER A LISTED DOCUMENTATION OF AMOUNTS OF MONIES PAID TO TRACK THE PLAINTIFF MICHAEL FOX.
THE MAN HOURS AND PEOPLE PAID TO INVESTIGATE THE PLAINTIFF.. THERE IS RECORD OF THIS..
PLAINTIFF HAS UTTERLY NO WAY OF HOW TO RETRIEVE THIS INFORMATION.

2) THERE HAS TO BE A COURT ORDER AS TO PLAINTIFFS PETITION AND COMPLAINT TO FORCE THE FBI TO
INVESTIGATE THIS. THAT THIS IS PROOF OF THE PLAINTIFFS CLAIM. BUT THE PLAINTIFF CAN GET NO WHERE
IF A FEDERAL JUDGE DOES NOT ORDER AN INVESTIGATION INTO THE MATTER.
THAT THE CONTINUING GROSS VIOLATIONS WILL CONTINUIE IN THE PLAINTIFFS LIFE, UNTIL THE RELIEF THE
PLAINTIFF IS SEEKING, IS ORDERED BY THE COURT.. OR THERE WILL BE ON JUSTICE..

1) PLAINTIFFS CASE HAS HUGE MERRIT AND IS OF TRUTH --DEFENDANTS ACTION OF ASKING FOR DISMISSAL
OF PLAINTIFFS CASE ACTION MUST BE DENIED. AND COURT ORDERS NEED TO BE ISSUED AS TO THE
PLAINTIFFS PETITION.

2) AS DEFENDANTS ATTEMPT TO DEFRAUD THE PLAINTIFF OF HIS RIGHT TO BE HEARD FOR THE REASON THAT
PLAINTIFFS CASE HAS NO MERRIT. THROUGH DEFENDANTS ATTEMPED TO CON THE COURT WITH THERE
STATED CASE LAW. WHAT DEFENSE HAS STATED FOR GROUNDS OF DISMISSAL DOES NOT PERTAIN TO THE
PLAINTIFFS CASE NOR DOES IT PERTAIN TO THE PLAINTIFF PERSONALY.. PLAINTIFFS CASE IS TRUTHFULL
AND HAS HUGE MERRIT..

3) ITS THE DEFENDANTS GROSS MISHANDLING OF THIS CASE FROM THE BEGINING, IS PROOF OF THERE
LAST DITCH ATTEMP TO SAVE THEM BY RUNNING TO THE COURT FOR RELIEF, ON UNSUBSTANTATED
ALLEGATIONS.. DEFENDANTS ARE LIVING IN DENIAL AND DELUSION—DEFENDANTS HAVE BECOME
UTTERLY PARINIOD AS FROM THER GROSS MISS HANDLING OF THIS CASE AND HAVE RESORTED TO
SLANDER AND CHARACTOR ASSATIONATION OF THE PLAINTIFF.

4) PLAINTIFFS ANSWER AS TO DEFENDANTS- C- PLAINTIFF LAWSUIT MUST BE DISMISSED FOR HIS FAILURE
TO EXHAUST HIS ADMINISTATIVE REMEDIES

5) PLAINTIFF HAS NO IDEA OF TORT LAWS.

PLAINTIFF HAS ASKED FOR AN ATTORNEY FROM THE BEGINING OF FILNG OF THIS LAW SUIT.. PLAINTIFF IS NO

ATTORNEY.

PLAINTIFF HAS OTHER RIGHTS AS OF REPRESENTING HIMSELF, AND SEEKS THEM AS STATED IN

DEFENDANTS STATEMENT ON PAGE 3 LINE 18 OF THERE MOTION THAT PLAINTIFF IS ENTITLED TO SOME

DEGREE OF LATITUDE IN COMPOSING A COMPLAINT see hilska v. jones 217 F.R.D.16,21(D.D.C.2003).

6) AS THIS ORIGINAL PETITION AND COMPLAINT AND ITS EXHIBITS  BECAME A FEDERAL CASE. THE PLAINTIFF

COMPLAINT CONTAINS A PETITION REQUESTING FOR COURT ORDERS TO FORCE THE FBI -- US ATTORNEYS

OFFICE AND US DEPARTMENT OF JUSTICE TO INVESTIGATE AND PROSECUTE EVERYONE AND ANYBODY

ENVOLVED IN THIS GROSS MISCARRIAGE OF CIVIL RIGHTS VIOLATION AGAINST THE PLAINTIFF MICHAEL

FOX---PLAINTIFF LISTED FEDERAL AGENTS AS TO WHOM PLAINTIFF GAVE EXHIBIT 1  OF THE COMPLAINT

AND KNOWING THAT NOTHING WAS GOING TO BE DONE OF THESE HORRIFIC CRIMES ANGANST THE PLAINTIF.

PLAINTIFF IS MAKING HIS LAST DITCH EFFERT BY SEEKING COURT ORDERS TO FORCE AN INVESTIGATION..

OTHERWISE THE PLAINTIFF WILL NEVER HAVE JUSTICE AND FURTHER THE PEACE IN THE PLAINTIFFS

LIFE IF COURT ORDERS ARE NOT ISSUED.. THE FACTS ARE PART OF THIS CASE, AS EVERYWHERE THE

PLAINTIFF HAS GONE TO LIVE. THESE PARINIOD WACKO'S HAVE CHASED THE PLAINTIFF TO EVERY

LOCATION THE PLAINTIFF HAS MOVED TO.. AND SET UP STING OPERATION AFTER STING OPERATION

TO PROVOKE HARRASES AND TERRORIZE THE PLAINTIFF UNTIL THEY DESTROY THE PLAINTIFF COMPLETLY.

7) AS FAR AS THE TORT LAW THAT DEFENDANTS SAY EXSIST...THAT THE FEDERAL TORT LAW DOES

NOT COME INTO PLAY AS MICHAEL FOX WAS ASKING FOR COURT ORDERS TO FORCE THE FBI--US ATTORNEYS

OFFICE AND US DEPARTMENT OF JUSTICE AS TO THE PETITION AND  COMPLAINT AND ITS EXHIBITS TO

INVESTIGATE AND PROSECUTE THESE PEOPLE, THAT HAVE HARMED THE PLAINTIFF FOR WELL OVER 20 YEARS

OF THE PLAINTIFFS LIFE. PLAINTIFF IS NOT ACTULLY SUEING ANY ONE NAMED FBI AGENT. ONLY MAKING A

STATEMENT, THAT THE PLAINTIFF HAD GIVEN A COPY OF A PARTCIAL WRITTEN COMPLAINT REGARDING A STAGED

CAR WRECK IN GALVISTON TEXAS. AND THAT THEFBI WILL NOT DO ANYTHING IF A COURT ORDER IS NOT ISSUED

UPON THEM. PLAINTIFF KNOWING THAT THERE IS HIGHER UP FBI AGENTS PREVENTING AN INVESTIGATION- AND

CRIMINAL CONVICTION OF THESE PEOPLE.

58) THAT THE DEFENDANTS FAILED TO ANSWER THE COMPLAINT, AND CONTINUE TO FAIL TO ANSWER THE COMPLAINT. DEFENDANTS HAVE DONE THIS, IN THERE FACT FINDING, THAT THE PLAINTIFF HAS TOLD THE TRUTH IN THE PLAINTIFFS ALLEGATIONS, AND NOW THE US ATTORNEYS OFFICE HAS TO FIND A WAY TO HIDE THE EVIENDENCE.

q) THAT DEFENDANTS ARE WITH MALISE, ATTACKING THE PLAINTIFFS CREDITABLITY-THE PLAINTIFFS CHARACTOR- AND IT WILL NOT STOP. UNTIL THERE IS COURT ORDERS FORCING THE US ATTORNEYS OFFICE TO FBI AND US DEPARTMENT OF JUSTICE TO INVESTIGATE AND PROSECUTE THESE PEOPLE TO THE FULLEST EXTENT OF THE LAW ..

D) DEFENDANTS CLAIM PLAINTIFF HAS NOT FILED A ADMINSTRAIVE CLAIM- BEFORE FILING A LAW SUIT FOR CONTINUING GROUNDS OF DISMISSAL.

PLAINTIFF FILED A PETITION COMPLAINT AND EXHIBITS ON A CIVIL RIGHTS VIOLATIONS AND WAS ASKING A COURT FOR AN ORDER TO FORCE THE FBI–US ATTORNEYS OFFICE AND US JUSTICE DEPARTMENT TO INVESTIGATE AND PROSECUTE ANY AND ALL PEOPLE INVOLVED IN THIS 20 YEARS PLUS OF TORTURE INFLICTED ONTO THE PLAINTIFF.. PLAINTIFF LISTED PEOPLES NAMES OF FBI AGENTS THE PLAINTIFF GAVE COPYS OF A PARTICAL COMPLAINT . AS TO THIS STAGED CAR WRECK IN GALVISTON TEXAS.. PLAINTIFF KNOWING THAT NOTHNG IS GOING TO BE DONE DRAFTED A PETITION AND COMPLAINT WITH ITS EXHIBITS AND FILED A FEDERAL CASE FOR COURT ORDERS AS TO PETITION AND COMPLAINT.. PLAINTIFF ONLY MENTIONED FBI AGENTS NAMES HE HAD COME IN CONTACTED WITH. PLAINTIFF HAS ASKED FOR NO MONEY DAMAGES AS OF THESE ENCOUNTER, PLAINTIFF SEEKING COURT ORDER TO FORCE AN INVESTIGATION OF THE COMPLAINT. PLAINTIFF KNOWS NOTHING OF THIS ALLEDGED PRODEDURE TO FOLLOW. THAT THERE HAS TO BE A ADMINISTRATION CLAIM FIRST,WITH THE FBI–RESULTING FROM A FBI EMPLOYEE.. THIS IS A UNWARANTED ISSUE. PLAINTIFF HAS NOT SUED THE FBI AGENTS THT ARE NAMED, ONLY USING THESE FBI AGENTS NAMES AS FERERENCE TO THE FACTS AS THE FBI WILL DO NOTHING UNLESS COURT ORDERS ARE NOT ISSUED. PLAINTIFF FILED A PETITION AND COMPLAINT, AND IS SEEKING COURT ORDERS TO ENFORCE THESE THREE GOVERMENT ENTITIES , KNOWN AS FBI–US ATTORNEYS OFFICE–US DEPARTMENT OF JUSTICE TO INVESTIGATE THE RELENTLESS CRIMES OF CIVIL RIGHTS VIOLATIONS FOR WELL OVER 20 YERS OF THE PLAINTIFFS LIFE.. AS FAR AS THE PLAINTIFF SEE'S--HE WAS NOT OBLIGATED TO FIRST FILE A ADMINISTRATION CLAIM REGARDING ANY FBI AGENT..

DEFENDANTS SEEKING DISSMISAL AS TO THIS NOT FILING A ADMINISTRATION CLAIM IS UNWARRANTED AS FOR DISMISSAL OF PLAINTIFF CASE.

1) PLAINTIFF CONTINUES SEEKING COURT ORDERS AS TO THE PETITION AND COMPLAINT, AND FURHTER ITS EXHIBITS..

2) PLAINTIFF STATES- THIS IS NOT AN ORDINARY LAW SUIT AS DEFENSE MIGHT WANT IT TO BE. THE DEFENDANTS HAVE FAILED TO ANSWER THE PETITION AND COMPLAINT, AND ITS EXHIBITS. DEFENDANTS REACHING FOR A HAIL MARRY PASS TO SAVE THEM FROM THERE GROSS MISHANDLING OF THIS CASE FROM THE BEGINING.. FURTHER DEFENDANTS FILED THIS MOTION FOR DISMISSAL, ONLY AFTER PLAINTIFF SEEKING DEFAULT ORDERS AND JUDGEMENTS AS STATED IN PRIOR COURT FILINGS..

3) DEFENDANTS HAVE UTTERLY NO RIGHT TO ANY DISMISSAL OF PLAINTIFFS CASE, PLAINTIFF ASKS THIS COURT TO DISMISS DEFENDANTS MOTION TO DISMISS PLAINTIFFS CASE AND DISMISS DEFENDANTS MOTION WITH PREJUDICE..

4) PLAINTIFFS ANSWER TO DEFENDANTS PARAGRAPH D PAGE 7 PLAINTIFF CAN NOT TAKE A DEFAULT JUDGEMENT AGANIST FEDERAL DEFENDANTS..

5) DEFENDANTS CONTINUE TO MAKE FALSE ACCUSATIONS AGANIST THE PLAINTIFF AS TO PLAINTIFF HAS OFFERED NO EVIDENCE TO SHOW PROOF OF SERVICE TO FEDERAL DEFENDANTS.

6) PLAINTIFF WAS WITH PROCESS SERVER WHEN SERVICE WAS MADE ON FBI AND US ATTORNEYS OFFICE IN SAN DIEGO CALIFORNIA. MICHAEL FOX WITNESS A FBI AGENT COME OUT OF THE FBI OFFICE AT 9797 AREO RD AND GIVE HIS NAME AND TITLE WHEN BEING ASKED WHOM WAS PERSONAL BEING SERVED..

7) PLAINTIFF WITNESS SERVICE AS A GAURD WAS BEING SERVED PAPERS ON THE 6TH FLOOR AT THE US ATTORNEYS OFFICE AT 880 FRONT STREET..

8) PLAINTIFF DROVE ACROSS THE UNITED STATES AND HIRED A LICENSED PROCESS SERVER AND PRIVATE DECTIVE TO SERVE THE US DEPARTMENT OF JUSTICE AT 950 PENNSYVANIA AVE WASHINGTON DC PLAINTIFF WITNESS THIS SERVICE

1) PLAINTIFF HAND DELIVERED TO THE US FEDERAL COURT CLERKS OFFICE ALL LEGAL DOCUMENTED NOTICE OF SERVICE IN THIS CASE. EACH ONE OF THESE NOTICES OF SERVICE ARE DOCUMENTED IN COURT CLERK FILINGS. ALL DEFENDANTS WHERE SERVED WITH A SUMMONS AS REQUIRED.. THIS IS ANOTHER UNWARRANTED LEGAL MUMBO JUMBO THE DEFENSE IS STATING--UTTER NONSENSE TO ITS CREDIBLITY AND FINDINGS..

b) THESE ALLEDGED ACCUSTION OF THE DEFENDANTS THAT THEY HAVE NOT BEEN SERVED IS OUT RIGHT LIE. AND FURTHER THE DESPERATION THESE DEFENDANTS ARE WILLING TO GO TO. THEY DO NOT, AND WILL NOT TELL THE TRUTH. CAUSING CONTINUING UNWARRANTED CONFUSION AND DECIEPITION IN THIS MATTER BEFORE THE COURT.

1) DEFENDANTS HAVE RELENTLESS RAN BACK TO THE 1ST AMMENDED COMPLAINT THAT WAS MAILED CERTIFIED MAIL TO EACH OF THE 3 DEFENDANTS.

2) DEFENDANTS CONTIUNE TO HARP ON A MATTER THAT PLAINTIFFS CASE  HAS NO MERRIT.  DEFENDANTS WERE TO ANSWER THE ORIGINAL PETITION AND COMPLAINT BY FEB 25TH 2008. THAT THE 3 DEFENDANTS ARE NOT PART OF THE 1ST AMENDEND COMPLAINT..

3) PLAINTIFF HAD TO FILE A 1ST AMENDED COMPLAINT BY FEB 3RD 2008 OR LOSE THE ABILITY TO ASK FOR DAMAGES BY STATUTORY LAW..THAT THE PAINTIFF HAS SUFFERED DUE TO THIS STAGED CAR WRECK.

4) PLAINTIFF HAS STATED IN OTHER COURT FILINGS THAT THE PLAINTIFF WAS WAITING FOR THE PETITION HEARING THAT WAS SCHEDULED ON MARCH 21ST 2008 FOR ADDTIONAL EVIDENCE THE PLAINTIFF WAS SEEKING THROUGH THE FBI AND US JUSTICE DEPARTMENT FROM THE ORIGINAL PETITION AND COMPLAINT AND EXHIBITS. BEFORE SERVING THE 1ST AMENDED COMPLAINT ON ITS DEFENDANTS.

5) THAT MICHAEL FOX THE PLAINTIFF HAS UNTIL  JUNE 3 2008 TO SERVE THE DEFENDANTS AS TO THE 1ST AMENDED COMPLAINT.  THE ORIGINAL THREE DEFENDANTS MAKING CONTINUING NONSENSE ALLEGATIONS AS TO THERE ASKING THE COURT TO DISMISS THE PLAINTIFFS CASE AS TO NOT SERVING THE DEFENDANTS WITHIN THE 120 DAY RULE. PLAINTIFF FILING 1ST AMENDED COMPLAINT ON JAN 30 2008 HAS UNTIL MAY 29 2008 TO SERVE COMPLAINT ON ITS DEFENDANTS..

16) PLAINTIFF FUTHER STATES HE IS SEEKING THE FINDINGS OF THE INVESTIGATION INTO THIS GALVISTON TEXAS

STAGED CAR WRECK...AND AMEND ADDTIONAL COMPLAINTS BEFORE SERVING IT ON THE KNOWN

DEFENDANTS..  HOPEFULLY PRIOR TO MAY 29TH  2008

17) DEFENDANTS LISTED IN THE ORIGINAL PETITION AND COMPLAINT KNOWN AS THE FBI-- US ATTORNEYS OFFICE

AND THE US DEPARTMENT OF JUSTICE ARE NOT PART OF THE 1ST AMENDED COMPLAINT. THE 1ST AMENDED

COMPLAINT ONLY LISTS THE CURRENTLY KNOWN DEFENDANTS.

28) THAT IN THE ORGINAL PETITION AND COMPLAINT AND ITS EXHIBITS FILE FILED DEC 20 2007--THE PETITION AND

COMPLAINT ASKS FOR ALL CASES TO BE HEARD IN FEDERAL COURT IN SAN DIEGO CALIFORNIA--THAT THE

PETITION STATES THAT IF NOT ACCEPTABLE TO THE COURT, PLAINTIFF ASKS THE COURT TO TRANSFER THE

CASE TO THE JURISDICTION IT SHOULD BE HEARD..

5) PLAINTIFF SEEKS THAT ALL CIVIL RIGHTS VIOLATIONS BE HEARD IN THE SOUTHERN DISTRICT OF CALIFORNIA..

AS STATED IN THE PETITION AND COMPLAINT..FILED DEC 20 2007--PLAINTIFF FURTHER ASKED THAT THE

COURT ORDER THE FBI TO CONTACTED EACH STATE IN WHICH THESE VIOLATIONS  HAVE OCCURED AND

INFORM THE STATE ATHORITIES OF THEM AND TO FOR STATE CHARGES TO BE BROUGHT AGAINST THE

PEOPLE AT FAULT OF THE  VIOLATIONS AGAINST THE  PLAINTIFF..

4) THE US ATTORNEYS OFFICE DOES NOT WANT TO ALLOW THIS 1ST AMENDED COMPLAINT CASE TO BE HEARD

IN CALIFORNIA. (PLAINTIFF SO DESIRES IT TO BE)

3) THE THREE ORIGINAL DEFENDANTS ARE NOT LISTED AS DEFENDANTS IN THE 1ST AMENDED COMPLAINT.

THESE THREE DEFENDANTDS ARE ONLY BEING ASKED TO INVESTIGATE AND FIND THE PEOPLE INVOLVED

AND PROSECUTE THEM AND SENTENCE THEM TO PRISON TERMS FURTHER SEEKING CIVIL FINES AND

PENALTIES. AS REQUESTED IN ORIGINAL PETITION AND COMPLAINT..

2) THE 3 ORIGINAL DEFENDANTS HAVE BEEN ONLY PETITIONED BY THE PLAINTIFF WHERE THE PLAINTIFF IS

SEEKING FOR COURT ORDERS TO FORCE AN INVESTIGATE INTO THE PLAINTIFFS PETITION AND  COMPLAINTS

AND ITS EXHIBITS..

3)PLAINTIFF FURTHER STATING THAT THE DEFENDANTS ARE IN FACT ACTING LIKE, THEY HAVE STATED THE
PLAINTIFF IS SUFFERING FROM IN THERE FILING ASKING FOR DISMISSAL. THE DEFENDANTS ARE ACTING
PARINIOD--DELUSIONAL--NOT TRUTHFULL.. THE  DEFENDANTS HAVE MADE INSUBSTANTIAL ALLEGATIONS..
DEFENDANTS HAVE FURTHER BECOME UTTERLY PARINIOD OF THIS SITUATION, AND HAVE BECOME GROSSLY
BELIGERENT, AND HAVE STATED UTTERLY FALSE ALLEGATIONS AS TO THE PLAINTIFF CHARACTOR, IN
PLAINTIFFS PENDING CLAIMS..
THE GOVERMENT AS THE PLAINTIFF HAS ALWAYS STATED.. THEY DO NOT, AND WILL NOT TELL THE TRUTH.


ANSWER TO----IV. CONCLUSION OF DEFENDANTS

4)PLAINTIFF  STATES DEFENDANTS ARE REACHING FOR A HAIL MARRY PASS AS DUE TO THERE GROSS MISS
CONDUCT IN HANDLING THIS CASE , HAVE NOW RESULTED TO SLANDER-INTIMADATION-HUMILIATION-LIES
AND OUT RIGHT FALSE ALLEGATIONS OF THE PLAINTIFF. AND HIS CHARACTOR..
PLAINTIFF SERVED EACH OF THE DEFENDANTS AS BY LAW WITH A LICENCED COURT PROCESS SERVER
DEFENDANTS ARE MAKING UTTERLY FALSE ACCUSATIONS TO PROTECT THEMSELF THROUGH THE US
ATTORNEYS OFFICE.. THE LIES AND INTIMADTION IS RELENTLESS BY THESE PEOPLE...

5) DEFENDANTS WILL NOT INVESTIGATE NOR PROSECUTE ANYONE THAT HAVE INFLICTED THESE HORRIFIC
VIOLATIONS OF DEPERVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW,  IF COURT ORDERS ARE NOT
ISSUED UPON THEM,  AS THE PLAINTIFF SEEKS..

6)DEFENDANTS STATE THAT PLAINTIFF HAS FAILED TO COMPLY WITH APPTICALE PLEADING REQUIREMENTS,
PLAINTIFF MAKING INSUBSTATIAL ALLEGATIONS PLAINTIFF HAS FAILED TO EXHAUST HIS ADMINISTRATIVE
REMEDIES WHERE-AS THE DEFENDANTS ASK THE COURT TO DISMISS PLAINTIFFS FAC WITH PREJUDICE.

7)DEFENDANTS ARE NOT ENTITLED TO ANY RELIEF FROM THE COURT AS TO THERE MOTION SEEKING AN
EXPARTA ORDER DISMISSING THE PLAINTIFF CASE ON THE GROUNDS OF CASE LAW THAT DOES NOT
PERTAIN TO PLAINTIFF

8)THE PLAINTIFF HAS BEEN A VICTIM OF SEVERE CIVIL RIGHTS VIOLATIONS FOR THE EXCESS OF 20  YEARS AND
THE DEFENDANTS DO NOT WANT TO HAVE HEARD IN THE COURT OF LAW, OF THESE OUTRAGES ACTS OF

VIOLENCE,

1) PLAINTIFF STATES LOOK AT THE EVIDENCE OF HOW THE DEFENDANTS HAVE HANDLED THIS CASE  AS OF
THE BEGINING OF ITS SERVICE,  ITS ONLY OBVIOUS OF THERE INTENT. TO DEFRAUD THE PLAINTIFF OF HIS
RIGHTS. AND HAVE NOW RESORTED TO UTTER OUT RIGHT CHARACTOR ASSINATION AND SLANDER..

b) IF YOU READ AND INVESTIGATE THE COMPLAINT AND ITS EXHIBITS, YOU WILL FIND THAT THE PLAINTIFF HAS
TOLD THE TRUTH THROUGH OUT THE PLAINTIFFS ENTIRE PETITION COMPLAINT AND EXHIBITS...
THIS CASE IS A HUGE CIVI RIGHTS CASE UNDER DEERVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW.

3) PLAINTIFF FURTHER STATES THE GOVERMENT NEVER TELLS THE TRUTH AS TO THE HORRIFFIC VIOLATIONS IT
INFLICTS UPON THERE VICTIMS..AND NEVER WILL. THEY WILL CONTINULY RUN A LINE OF LIES AND SLANDER
TO DISCREDIT THE TRUE FACTS..

2) THERE IS A WAR IN IRAQ WHERE THE ENTIRE WAR IS BASE ON A LIE. GEORGE TENENT THE FORMER CIA
DIRECTOR LIES.. REAGARDING NUCULAR PROGRAM IN IRAQ--THERE IS A COVER BY THE PRESIDENT AND
VICE PRESIDENT OF THE UNITED STATES..
GEORGE TENENT THE FORMER CIA DIRRECTOR WRITES A BOOK ON HIS ACESSMENT OF THE REASON FOR
WAR AND THE LIES THAT CAUSED THE WAR. THIS MAN THE FORMER CIA DIRRECTOR GEORGE TENENT REAPS
MILLIONS OF DOLLARS ON HIS BOOK. THERE ARE OVER 4000 DEAD MILITARY MEN AND WOMAN CURRENTLY
AND HOW MANY WOUNDED FOR LIFE SOLDIERS.. AND MOST OF ALL THE EXTREME DEATH TOLL OF CIVILIAN
IRAQ'S- MOUNTING IN THE HUNDREDS OF THOUSANDS DEAD. AS A DIRRECT RESULT OF A LIE..
IRAQ--A COUNTRY THAT WILL LIE IN RUINS FOR DECADES.  WITH A CONTINUED DEATH TOLL AND THE SEVERE
EMOTIONAL TOLL THAT HAS BEEN INFLICTED ON THE IRAQ'IE PEOPLE.. ALL DUE TO A LIE--THESE LIES IN
WHICH ARE GOVERMENT EMPLOYESS ARE  CAPPABLE OF, MADE WITH NO REGAURD AS TO THE TRUE FACTS.
GOVERMENT INDIVIDULES THAT CAN DESTROY ANYTHING AND ANYBODY THEY WANT.. AND NOT BE HELD
ACOUNTABLE..

3) THAT MICHAEL FOX THE PLAINTIFF BEING DENIED HIS RIGHTS RELENTLESSLY-- DEFENDANTS RESORTING
TO CHARACTOR ASASINATION THROUGH THERE UN-RELATED CASE LAW. IT'S LEGAL MANIPULATION AND LIES.

14) YOU DO NOT FIGHT FOR YOUR RIGHTS OR THEY DISTROY YOU. YOU DO NOT SUE FOR YOUR RIGHTS, FURTHER

TELL OF THE HORRIFIC VIOLATIONS OF CIVIL RIGHTS VIOLATIONS THAT HAVE BEEN INFLICTED AGAINST YOU.

15) PLAINTIFF STATES HE HAS FOUGHT THE DEVIL AND HAS INDEED LIVED A MISRABLE LIFE FOR IT..

6) WHERE AS THE PLAINTIFF ASKS THE COURT THAT THE DEFENDANTS MOTION TO DISMISS THE PLAINTIFFS

CASE IN ITS ENTIRTY BE DENIED WITH PREJUDICE.

7) FURTHERMORE THAT ALL DEFAULT JUDGEMENTS BE ENTERED AS REQUEST BY THE PLAINTIFF AT THE MOTION

HEARING ON DEFAULT JUDGEMENTS AGANIST THE DEFENDANTS AS LAYED OUT IN PLAINTIFFS PETITION AND

COMPLAINT AND EXHIBITS..

DEFAULT MOTION DATE OF MAY 2ND 2008 AT 1:30PM

        DATE APRIL 11TH 2008                PLAINTIFF IN PROPER

                                        MICHAEL FOX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CASE# 07 CV 2388 DMS (POR)

PLAINTIFF

MICHAEL FOX

VERSES

DEFENDANTS

UNITED STATES OF AMERICA, et al

MAILING OF
PROOF OF SERVICES
ON DEFENDANTS
1) PLAINTIFFS DEFENSE TO DEFENDANTS MOTION TO DISMISS
2)PLAINTIFFS ANSWER TO DEFENSE MOTION TO DISMISS
3)PLAINTIFFS ANSWER TO DECLARATION CLAIM-VIOLATION
4)PROOF OF SERVICE

MICHAEL FOX THE PLAINTIFF IN PRO PER STATES THAT ON APRIL 11TH 2008 HE MAILED COPIES TO ALL 3

DEFENDANTS KNOWN AS THE FEDERAL BUREAU OF INVESTIGATION, US ATTORNEYS OFFICE AND US JUSTICE

DEPARTMENT, COPY OF PLAINTIFFS ANSWERS AS TO DEFENDANTS MOTION TO HAVE PLAINTIFFS CASE

DISMISSED WITH PERJUDICE.--COPY OF PLAINTIFFS DEFENSE IN DEFENDANTS MOTION TO

DISMISS--COPY OF PLAINTIFFS  ANSWER TO DECLARATION CLAIM VIOLATION--COPY OF PROOF OF SERVICE

FBI------------------------------CERTIFIED MAIL# 7007 2560 0000 6545 9044
9797 AERO RD
SAN DIEGO CA 92123

US ATTORNEY------------CERTIFIED MAIL# 7007 2560 0000 6545 9037
880 FRONT ST.  (ROOM 6293)
SAN DEIEGO CA. 92101

US DEPT JUSTICE-------CERITIFIED MAIL# 7007 2560 0000 6545 9020
950 PENNSYVANIA AVE
WASHINGTON DC 20530
CRIMINAL CIVIL RIGHTS SECTION PHB

DATE OF

*April 11 2008*

PLAINTIFF/PETITINER--IN PRO PER

MICHAEL T FOX