# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>                      Plaintiff,<br>   vs.<br>PAULA PATSON, et al.,<br><br>                      Defendants. | CASE NO. 07cv2388 DMS (POR)<br><br>**ORDER RE: ORAL ARGUMENT** |

Plaintiff's request for default judgments is currently scheduled for hearing on May 2, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED**.

DATED: April 23, 2008

HON. DANA M. SABRAW
United States District Judge