1  KAREN P. HEWITT
   United States Attorney
2  STEVE B. CHU
   Assistant U.S. Attorney
3  California Bar No. 221177
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-5682

6  Attorneys for all Federal Defendants

7

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
   MICHAEL FOX,                      )   Civil Case No. 07CV2388-DMS (POR)
11                                    )
                   Plaintiff,         )
12                                    )   CERTIFICATE OF SERVICE OF
        v.                            )   ELECTRONIC FILING
13                                    )
   UNITED STATES OF AMERICA           )
14                                    )
                                      )
15                 Defendant.         )
                                      )
16                                    )
                                      )
17 _____)

18  IT IS HEREBY CERTIFIED that:

19       I, Steve B. Chu, am a citizen of the United States over the age of eighteen years and a

20  resident of San Diego County, California; my business address is 880 Front Street, San Diego,

21  California; I am not a party to the above-entitled action.

22       On **May 8, 2008,** I am causing service of the following (accompanying)

23  documents:

24  FEDERAL DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO
                    DISMISS PLAINTIFF'S ACTION
25

26  on Plaintiff, by electronically filing the foregoing document with the Clerk of the District Court

27  using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which

28  filing and System results in electronic notification to said attorney of said filing.

1    Notice has also been delivered by mail to Plaintiff's address of record:

2    Michael Fox
     General Delivery
3    San Diego, California 92138

4    I declare under penalty of perjury that the foregoing is true and correct.

5    Executed on this Day of  May 8, 2008

6                                               s/ Steve B. Chu
                                                STEVE B. CHU
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2