# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>PAULA PATSON, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 07cv2388 DMS (POR)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendant's motion to dismiss is currently scheduled for hearing on May 16, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED**.

DATED: May 12, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　United States District Judge