# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 MAY 13 AM 8:48

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Sabraw__
FROM: __K. Hammerly,__ Deputy Clerk    RECEIVED DATE: __5/12/2008__
CASE NO.: __07cv2388__    DOCUMENT FILED BY: __Plaintiff Fox__
CASE TITLE: __Fox v. United States of America__
DOCUMENT ENTITLED: __Answer to Defts Reply Brief in Support There Motion to Dismiss Pltiffs Action__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: No provisions for an 'Answer' to be filed. *Surreply not allowed absent leave of Court.* |

Date forwarded: __5/12/2008__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __Judge Sabraw__

Dated: __5/12/08__    By: __nm__
cc: All Parties

**REJECTED**

UNTITED STATES DISTRICT COURT

SOUTHERN DISTRICT O CALIFORNIA

MICHAEL FOX

    PLAINTIFF                                         CASE NUMBER 07 CV 2388 DMS (POR)

    VERSES

                                                ANSWER TO DEFENDANTS REPLY BRIEF IN SUPPORT
                                                THERE MOTION TO DISMISS PLAINTIFFS ACTION

UNITED STATES OF AMERICA et. al              PLAINTIFFS BRIEF OF FACTS..

    DEFENANTS

NOW COMES MICHAEL FOX THE PLAINTIFF IN PRO PER AND STATES THE

BRIEF OF FACTS TO THIS HONORABLE COURT

1) DEFENDANTS CONTIUNE TO LIVE IN THERE SELF-CENTERED WORLD OF DELUSIONAL DENIAL. DEFENDANTS CONTINUE TO ASK THIS COURT TO SAVE THE DEFENDANTS IN THERE GROSS MISCONDUCT IN HANDLING THIS PETITION AND COMPLAINT AND ITS EXHIBITS.... CONTINUING TO STATE FALSE ALLEGATIONS, WHEN DEFENDANTS ARE IN DEFAULT..

1A) PLAINTIFF FILED A PETITION AND COMPLAINT WITH A HUGE AMOUNT OF EXHIBITS ON DEC 20 2008 IN THE FEDERAL COURT CLERKS OFFICE.

2) DEFENDANTS BEING SERVED DEC 28 2007 AND JAN 4 2008

2A) DEFENDANTS HAD UNTIL FEB 25 2008 TO ANSWER THIS PETITION AND COMPLAINT--

2B) ON FEB 26 2008 DEFENDANTS ASKED THE COURT FOR A EXTENSION OF TIME, DEFENDANTS STATING THEY NEED MORE TIME DUE TO THE COMPLEXITY OF THIS CASE, AND TO DUE A GOOD AND THOURAL JOB ANSWERING THE ISSUES. ALSO DUE TO 1ST AMMENDED COMPLAINT WHICH GRANTS THE ADDTIONAL TIME TO FILE--WHICH HAS UTTERLY NO BEARING ON THIS ISSUE AT HAND.

3) THE COURT DENYING DEFENDANTS MOTION, FOR EXTENSION OF TIME AS IT IS MUTE.. ON MARCH 7 2008

4) PLAINTIFF FILES FOR DEFAULT JUDGEMENTS AND AN ANSWER TO JUDGE SABRAWS ORDER DENYING