# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

**MAY 1 5 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

TO:  ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   _Sabraw_

FROM:  _K.Hammerly,_   Deputy Clerk   RECEIVED DATE:   _5/14/2008_

CASE NO.:   _07cv2388_   DOCUMENT FILED BY:   _Plaintiff Fox_

CASE TITLE:   _Fox v. United States of America, et al_

DOCUMENT ENTITLED:   _Plaintiffs Brief of Facts_

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded:   _5/14/2008_

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐  The document is to be filed nunc pro tunc to date received.

☒  The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

ECL

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: _Judge Sabraw_

Dated: _5/15/08_   By: _nnn_

cc: All Parties

# REJECTED

UNTITED STATES DISTRICT COURT

SOUTHERN DISTRICT O CALIFORNIA

MICHAEL FOX

     PLAINTIFF                                CASE NUMBER 07 CV 2388 DMS (POR)

     VERSES

United States of America ET. AL         PLAINITFFS BRIEF OF FACTS

     DEFENANTS

NOW COMES MICHAEL FOX THE PLAINTIFF IN PRO PER AND STATES THE

BRIEF OF FACTS TO THIS HONORABLE COURT

1) DEFENDANTS CONTIUNE TO LIVE IN THERE SELF-CENTERED WORLD OF DELUSIONAL DENIAL. DEFENDANTS CONTINUE TO ASK THIS COURT TO SAVE THE DEFENDANTS IN THERE GROSS MISCONDUCT IN HANDLING THIS PETITION AND COMPLAINT AND ITS EXHIBITS.... CONTINUING TO STATE FALSE ALLEGATIONS, WHEN DEFENDANTS ARE IN DEFAULT..

1A) PLAINTIFF FILED A PETITION AND COMPLAINT WITH A HUGE AMOUNT OF EXHIBITS ON DEC 20 2008 IN THE FEDERAL COURT CLERKS OFFICE.

2) DEFENDANTS BEING SERVED DEC 28 2007 AND JAN 4 2008

2A) DEFENDANTS HAD UNTIL FEB 25 2008 TO ANSWER THIS PETITION AND COMPLAINT--

2B) ON FEB 26 2008 DEFENDANTS FILE FOR AN EXPARTA MOTION TO THE COURT FOR A EXTENSION OF TIME, DEFENDANTS STATING THEY NEED MORE TIME DUE TO THE COMPLEXITY OF THIS CASE, AND TO DUE A GOOD AND THOURAL JOB ANSWERING THE ISSUES. ALSO DUE TO 1ST AMMENDED COMPLAINT WHICH GRANTS THE DEFENDANTS ADDTIONAL TIME TO FILE---PLAINITFFS 1ST AMENDENDED COMPLAINT WAS IN REFERENCE TO A STAGED CAR WRECK IN GALVISTON TEXAS WITH NON OF THE PETITIONED DEFENDANTS NAMES ON IT.