Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Michael Fox

vs

Paula Patson And Her Husband
Ronald Patson

See Attachments of Additional Defendants
and Any Unknown Defendants

TO: (Name and Address of Defendant)

FILED
08 MAY 15 PM 2:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'07 CV 2388 DMS POR

1ST Amended Complaint

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon ~~PLAINTIFF'S ATTORNEY~~ Plaintiff Michael Fox

Michael Fox
General Delivery
San Diego CA. 92138

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 1 5 2008

W. Samuel Hamrick, Jr.             _____
J. PARIS                            DATE

_____
By      Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

UNTITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ATTACHEMENTS OF DEFENDANTS IN A SUMMONS IN A CIVIL ACTION <------> CASE NUMBER 07 CV 2388 DMS POR

ADDTIONAL DEFENDANTS ARE AS FOLLOWS

GALVESTON POLICE DEPARTMENT
2517 BALL STREET
GAVISTON TX 77550
AND THERE EMPLOYEES
GALVISTON POLICE OFFICER S. BTEWER ID# 378-OR-398
ANY ND ALL OTHER POLICE OFFICERS AND DECTIVES, AND OTHER
EMPLOYEES OF THE GALVISTON POLICE FORCE CURRENTLY UNKNOWN

AIG INSURANCE
640 CENTURY POINT
LAKE MARRY FLORIDA 32746
AND THERE EMPLOYEES/AJUSTERS
TATA PAYNE-FLORIDA OFFICE
SHANNON WILLIAMS-DALLAS OFFICE
DAVID WATERHOUSE-DALLAS OFFICE
ANY UNKNOWN AIG INSURANCE EMPLOYEES

AMICA INSURANCE
2277 PLAZA DRIVE--(SUITE400)
SUGURLAND TEXAS 77479
AND THERE EMPLOYEES/AJUSTERS
TERRY SCOLARI--SAN DIEGO CA
SHERRON CHAPA--SUGURLAND TX
EREKIA HYDGINS-SUGARLAND TX
RICHARD PARMELEE--COSTA MESA CA
JAMES ZERBA--COSTA MESA CA
AMY SMITH--NEW AJUSTER
ANYUNKNOWN AMICA INSURANCE EMPLOYEES AND AGENTS
INCLUDING HIRED PRIVATE DETECTIVES

ANY OTHER POSSIBLE DEFENDANTS NOT CURRENTLY KNOWN-SUCH AS
MICHIGAN STATE POLICE AND THE STATE OF MICHIGAN EMPLOYEES AND RESIDENTS
ANY OTHER BRANCHS OF GOVERMENT POLICE-PUBLIC OR PRIVATE FROM THE STATE OF MICHIGAN

ANY AND ALL OTHER EMPLOYEES OF ANY FEDERAL-STATE-COUNTY-OR CITY BRANCH OF GOVERMENT
OR ANY KIND OF POLICE OR RESIDENCE OF ANY STATE IN THE COUNTRY OF
THE UNITED STATES OF AMERICA, CURRENTLY UNKNOWN

ANY AND ALL OTHER EMPLOYEES OF THE STATE OF TEXAS-AND THERE GOVERMENT-INCLUDING
ALL RESIDENCE OF THE STATE OF TEXAS CURRENTLY UNKNOWN

ANY AND ALL PRIVATE SECURITY COMPANYS FROM ANYWHERE IN THE UNITED STATES OF AMERICA
AND ALL FOREIGN PRIVATE SECURITY COMPANYS CURRENTLY UNKNOWN

ANY AND ALL PRIVATE DETECTIVE FIRMS AND THERE EMPLOYEES OF ANY KIND FROM THE UNITED STATES OF AMERICA CURRENTLY UNKNOWN

ANY AND ALL PRIVATE DECTIVE FIRMS FROM ANY FOREIGN COUNTRY AND THERE EMPLOYEES CURRENTLY NOT KNOWN...