FILED
08 MAY 19 PM 12: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
OF SOUTHERN CALIFORNIA

MICHAEL FOX

    PLAINTIFF

VS.

UNITED STATES OF AMERICA et. al

    DEFENDANTS

CASE NUMMBER
O7 CV 2388 DMS (POR)

EVIDENTIAL MOTION OF
PLAINTIFFS PETITION &
COMPLAINTS AND EXHIBITS

Proof of Service

EVENDENTIAL MOTION ON JUNE 20th 2008 AT 1:30 PM
IN JUDGE DANA M SABRAW COURT 2ND FLOOR COURTROOM 10

NOW COMES MICHAEL FOX THE PLAINTIFF IN-PRO PER AND STATES TO THIS HONORABLE COURT THE FOLLOWING

1) PLAINTIFF FILED A PETITION AND COMPLAINT WITH EXHIBITS 1 THRU 20 IN CLERKS OFFICE ON DEC 20 2007

2) THREE DEFENDANTS ARE US ATTORNEYS OFFICE----US DEPARTMENT OF JUSTICE---FEDERAL BUREAU OF INVESTIGATIONS.

3) US ATTORNEYS OFFICE AND FEDERAL BUREAU OF INVESTIGATIONS WHERE SERVED ON DEC 28 2007

US DEPARTMENT OF JUSTICE IN WSHINGTON DC.---- SERVED ON JAN 4 2008

4) PLAINTIFF FILED FIRST AMMENDED COMPLAINT ON JAN 30 2008 IN REGARDS TO A STAGED CAR WRECK IN GALVISTON TEXAS ON FEB 4 2006

4A) (3)-ORIGINAL DEFENDANTS RECIEVING THIS FIRST AMENDED COMPLAINT ON FEB 2 2008--BY CERTIFIED MAIL.. WHERE-AS THE THREE ORIGINAL DEFENDANTS ARE NOT LISTED AS DEFENDANTS IN FIRST AMENDED COMPLAINT.

4B) PLAINTIFF APPLYING FOR, AND RECIEVING SUMMONS TO PLAINTIFFS AMENDED COMPLAINT ON MAY 15 2008 PLAINTIFF HAS YET TO SERVE 1ST AMMENDED COMPLAINT--BUT WILL BEOFORE 120 DAY RULE EXPIRES.

4C) PLAINTIFF SEEKING JUSTICE AFTER 25 YEARS OF HORIFFIC CIVIL RIGHTS VIOLATIONS UNDER DEPRVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW..  AND FURTHER HUMAN RIGHTS AS SEEN FIT.
PLAINTIFF FURTHER SEEKING MONETARY RIGHTS THAT ARE RIGHTFULLY DUE THE PLAINTIFF

5) PLAINTIFF HAD A PETITION HEARING SCHEDULED FOR MARCH 21 2008 SEEKING COURT ORDERS AS LAYED

OUT IN PLAINTIFFS PETITION AND COMPLAINT AND EXHIBITS. PLAINTIFF FURTHER SEEKING INFORMATION FROM THE THREE DEFENDANTS AS TO PLAINTIFFS PETITION & COMPLAINT AND ITS EXHIBITS.

5A) PLAINTIFFS PETITION MOTION HEARING WAS TERMINATED BY TH COURT MARCH 14 2008

6) PLAINTIFF FILING FOR DEFAULT JUDGEMMENTS AS DEFENDANTS HAVE FAILED TO ANSWER COMPLAINT WITHIN THERE 60 DAY RULE--FURTHER DEFENDANTS BEING DENIED THERE EXPARTA MOTION SEEKING ADDTIONAL TIME TO ANSWER. PLAINTIFF HAD MOTION DATE OF MAY2ND 2008 FOR DEFAULT JUDGEMENTS

6A) THE COURT ON APRIL 23 2008 ENTERS A MOTION THAT PLAINTIFFS DEFAULT JUDGEMENT IS SUITABLE FOR SUBMISSION WITHOUT ORAL ARGUMENTS.

6B) DEFENDANTS FILE FOR DISMISSAL OF PLAINTIFFS CASE WITH PREJUDICE ON APRIL 7 2008 WITH A MOTION HEARING OF MAY 16 2008

6C) COURT ENTER ITS OWN MOTION ON MAY 12 2008 THAT DEFENDANTS MOTION TO DISMISS PLAINTIFFS CASE IS SUITABLE FOR SUBMISSION, WITHOUT ORAL ARGUMENTS.

7) PLAINTIFF FILES THIS EVIDENTIAL MOTION SEEKING EVIDENCE FROM THE THREE DEFENDANTS. AS TO THIS STAGED CAR WRECK IN GALVISTON TEXAS AND TO THE PETITION & COMPLAINT & EXHIBITS... PLAINTIFF SEEKING THE TRUTH FROM THESE THREE DEFENDANTS TO THE CLAIMS SET OUT IN THIS FORGOING PETITION AND COMPLAINT& ITS EXHIBITS.. PLAINTIFF HAS BEEN SEEKING AN INVESTIGATION INTO THE HORIFFIC CIVIL RIGHTS VIOLATIOS THAT THE PLAINTIFF HAS INDURED FOR OVER 25 YEARS FOR UTTERLY NO JUST CAUSE.

8) PLAINTIFF SEEKING JUSTICE TO THE PLAINTIFFS LIFE BEING DESTROYED--PLAINTIFF FURTHER SEEKING THE INCARCERATION OF THESE PEOPLE WHOM HAVE VIOLATED THE PLAINTIFFS CIVIL RIGHTS AND HUMAN RIGHTS. FURTHERMORE PLAINTIFF SEEKING MONETARTY RIGHTS, AS STATED IN THE PETITION AND COMPLAINT.

9) THAT THESE THREE DEFENDANTS HAVE A DUTY TO ANSWER TO THE PLAINTIFFS PETITION AND COMPLAINT AND ITS EXHIBITS, AT THIS EVIDENTIAL HEARING--

DEFENDANTS TO FURTHER SHOW THE TRUTH TO THE ALLEGATIONS THE PLAINTIFF HAS STATED IN THE PETITION AND COMPLAINT AND ITS EXHIBITS.

10) THAT THE PLAINTIFF IS MOST LIKELY GOING TO DIE AS A RESULT OF THESE PREDATORS THAT PREY ON THE PLAINTIFF.. FURTHERMORE THAT THE PLAINTIFF WILL NEVER LIVE IN PEACE ANYWHERE, IF THE PLAINTIFF IS NOT GRANTED RELIEF FROM THIS COURT. AS LAYED OUT IN THE PETITION AND COMPLAINT AND ITS EXHIBITS

WHERE-AS PLAINTIFF REQUEST THAT THIS HONORABLE COURT GRANT THE PLAINTIFF HIS RIGHT TO THIS EVENDENTIAL MOTION HEARING.. THAT THERE MUST BE JUSTICE FOR 25 YEARS OF SEVERE CIVIL RIGHT VIOLATIONS UNDER DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW, AND HUMAN RIGHTS..

THAT THESE THREE DEFENDANTS MUST ANSWER TO THE COURT AND FURTHERMORE TO THE PLAINTIFF.

OF THE PLAINTIFFS PETITION AND COMPLAINT AND IT'S EXHIBITS..

PLAINTIFF NEEDS THIS EVIDENTIAL HEARING AND FURTHER THE PETITIONED COURT ORDERS SO THE PLAINTIFF CAN FINALLY HAVE JUSTICE FOR THE DESTRUTION OF THE PLAINTIFFS LIFE, AND FURTHER THE PLAINTIFF CAN LIVE IN PEACE FOR WHAT EVER YEARS THE PLAINTIFF HAS TO LIVE

DATE OF MAY 19 2008                    PLAINTIFF MICHAEL FOX IN PRO PER

PROOF OF SERVICE AS STATED BELOW

THAT I MICHAEL FOX THE PLAINTIFF MAILED CERTIFIED MAIL TO EACH DEFENDANT A COPY OF THIS EVIDENTIAL MOTION HEARING AND ITS PROOF OF SERVICE ON MONDAY MAY 19 2008

MAILED TO FEDERAL BUREAU OF INVESTIGATIONS AT 9797 AREO RD SAN DIEGO CA 92123
CERTIFIED MAIL# 7007 2560 0000 6545 9105

MAILED TO US ATTORNEYS OFFICE AT 880 FRONT ST SAN DIEGO CA 92101
CERTIFIED MAIL# 7007 2560 0000 6545 9082

MAILED TO US DEPARTMENT OF JUSTICE AT 950 PENNSYVANIA AVE WASHINGTON DC 20530
CERTIFIED MAIL# 7007 2560 0000 6545 9099

DATE OF MAY 19 2008                    PLAINTIFF---MICHAEL FOX---IN PRO PER