UNITED STATES DISTRICT COURT
OF SOUTHERN CALIFORNIA

FILED
08 MAY 19 PM 12:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

MICHAEL FOX

   PLAINTIFF

VERSES

UNITED STATES OF AMERICA en. al

   DEFENDANTS

CASE NUMBER 07 CV 2388 DMS (POR)

EXPARTA MOTION
PLAINTIFF SEEKING ADDTIONAL
   TIME TO SERVE 1ST AMMENDED
COMPLAINT...

Proof of Service

NOW COMES THE PLAINTIFF IN PRO PER TO HONORABLE COURT AND STATES THE FOLLOWING

1)-PLAINTIFF FILED A PETITION AND COMPLAINT WITH A LARGE AMOUNT OF EXHIBITS ON DEC 20 2007 IN FEDERAL DISTRICT COURT CLERKS OFFICE

2)-PLAINTIFF SERVING US ATTORNEYS OFFICE AND FBI ON DEC 28TH 2007

3)-PLAINTIFF SERVING US DEPARTMENT OF JUSTICE IN WASHINGTON DC ON JAN 4 2008

4)-PLAINTIFF SETTING A MOTION DATE OF MARCH 21 2008 SEEKING ORDERS OF THE COURT AS LAYED OUT IN PLAINTIFFS PETITION---PLAINTIFF SEEKING INFORMATION REGAURDING THIS STAGED CAR WRECK FROM GALVISTON TX AND FURTHER ORDERS OF THE COURT IN REFERENCE TO PETITION AND COMPLAINT..

5)-PLAINTIFFS MOTION WAS TERMINATED BY THE COURT ON MARCH 14TH 2008

5)-PLAINTIFF WAS SEEKING ADDTIONAL INFORMATION FROM THE 3 DEFENDANTS-- BEFORE FILING A FIRST AMENDED COMPLAINT IN FEDERAL COURT AND FURTHER FILING A COMPLAINT IN GALVISTON TEXAS COUNTY STATE COURT BEFORE FEB 3 2008 THE LAST DAY TO FILE FOR A CLAIM DUE TO A TWO YEAR STATUED OF LIMITATIONS.

6)-PLAINTIFF FILED A FIRST AMMENDED COMPLAINT ON JAN 30 2008

7)-PLAINTIFF FILING FOR SUMMONS TO 1ST AMMENDED COMPLAINT ON MAY 15TH 2008

8) ON FRIDAY MAY 16 2008---PLAINTIFF MAILING TO HOUSTON COURT PROCESSORS--A COMPANY TO SERVE DEFENDANTS IN TEXAS----A COPY OF THE SUMMONS AND THE 1ST AMMENDED COMPLAINT...

9) THAT THERE MIGHT BE A POSSIBLITY THAT ALL 4 DEFENDANTS WILL NOT BE SERVED IN TIME BEFORE THE 120 DAY RULE TO SERVE THE 1ST AMMENDED COMPLAINT..





10) PROCESS SERVICE COMPANY CLAIMS THAT THEY WILL INDEED HAVE ALL DEFENDANTS SERVED IN TIME.

11) THAT TWO DEFENDANTS ARE INSURANCE COMPANYS AND ONE IS THE GALVISTON POLICE DEPARTMENT

12) THE FOURTH DEFENDANTS ARE PAULA AND RONALD PATSON--ITS THE PLAINTIFFS BELIEF THAT THIS PERSONAL SERVICE WILL BE HARD TO EXECUTE IN TIME OF THE 120 DY RULE OF THE COURT FILING DATE.

13)-THAT THE PERSONAL SERVICE OF THE PLAINTIFFS 1ST AMMENDED COMPLAINT MUST BE EXECUTED ON OR BEFORE MAY 28 2008..

14) PLAINTIFF REQUEST THAT THIS HONORABLE COURT GRANT A 30 DAY EXTENSION OF TIME TO SERVE THE 1ST AMENDED COMPLAINT ON THE DEFENDANTS JUST AS A PRECAUTIONARY MEASURE.

DATE OF MAY 19TH 2008                    PLAINTIFF---MICHAEL FOX---IN PROPER

--------PROOF OF SERVICE--------

PLAINTIFF MICHAEL FOX STATES THAT ON MAY 19 2008 PLAINTIFF SENT CERTIFIED MAIL A COPY OF MOTION FOR EXTENSION OF TIME--AND PROOF OF SERVICE..

MAILED TO FBI AT----9797 AREO RD. SAN DIEGO CALIFORNIA 92123
CERTIFIED MAIL# 7007 2560 0000 6545 9105

MAILED TO US ATTORNEYS OFFICE AT--- 880 FRONT ST (ROOM 6293) SAN DEIGO CA 92101
CERTIFIED MAIL # 7007 2560 0000 6545 9082

MAILED TO US DEPARTMENT OF JUSTICE AT----950 PENNSYVANIA AVE WASHIGHTON DC 20530
CERTIFIED MAIL # 7007 2560 0000 6545 9099

DATE OF MAY 19 2008                    PLAINTIFF----MICHAEL FOX----IN PROPER