FILED

UNITED STATES FEDERAL COURT 08 MAY 20 AM 10: 33

SOUTHERN DISTRICT OF CALIFORNIA U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| MICHAEL FOX | CASE NUMBER |
| PLAINTIFF | 07 CV 2388 DMS (POR) |
| VERSES | EX-PARTA MOTION |
| UNITED STAES OF AMERICA et. al. | PLAINTIFF SEEKING COURT ORDER |
| | FOR A SUPPLEMENTAL DOCUMENT |
| DEFENDANTS | KNOWN AS PLAINTIFFS BRIEF OF FACTS |
| | PROOF OF SERVICE |

NOW COMES MICHAEL FOX THE PLAINTIFF IN PRO PER AND RESPECTFULLY STATES THE FOLLOW

1) THAT PLAINTIFF FILED A BRIEF OF FACTS AND ANSWER TO DEFENDANTS REPLY BRIEF IN SUPPORT OF

DEFENDANTS MOTION TO DISMISS PLAINTIFFS CASE WITH PREJUDICE

2) THAT PLAINTIFFS BRIEF OF FACTS AND ANSWER TO DEFENDANTS REPLY BRIEF WAS REJECTED BY

THE COURT FOR NO PROVISION TO ANSWER--ON MAY 13 2008

3) PLAINTIFF REFILED JUST A BRIEF OF FACTS TO THE CASE ON MAY 13 2008

4) THAT PLAINTIFFS BRIEF OF FACTS WAS  REJECTED BY THE COURT FOR FAILURE OF NON COMPLIANCE

OF LOCAL RULE--ON MAY 15 2008

4A) THAT THE PLAINTIFF IS IN NEED OF A SUPPLEMENTAL COURT ORDER GRANTING PLAINTIFF THE RIGHT TO

SUBMIT PLAINTIFFS BRIEF OF FACTS, OF THIS CASE BEFORE THE COURT.

5) THAT THE PLAINTIFF ASKS THIS COURT FOR THE OPPURTUNITY TO FILE HIS BRIEF OF FACT ON THIS

MATTER BEFORE THE COURT.

6) THAT IN DEFENDANTS REPLY BRIEF TO DISMISS PLAINTIFFS ACTION -- DEFENDANTS STATE ADDTIONAL

COMPLAINTS TO THE COURT AS TO DISMISS PLAINITFFS CASE.

7) THAT PLAINTFF ASKS THE COURT FOR A SUPPLEMENTAL COURT ORDER--GRANTING PLAINTIFF TO FILE

A BRIEF OF FACTS AS TO THIS PENDING CASE IN FRONT OF THIS COURT..

8) THAT DEFENDANTS HAVE FAILED TO ANSWER THE PETITION AND COMPLAINT--AND--HAVE BEEN DENIED

A EXTENSION OF TIME TO FILE---THAT DEFENDANTS ARE IN DEFAULT AS OF FEB 26 2008.

9) THAT DEFENDANTS HAVE FILED A MOTION TO DISMISS PLAINTIFF CASE WITH CASE LAW THAT HAS UTTERLY

NO REFLECTION AND NO MERRIT TO PLAINTIFF CASE..

DATE OF MAY 20TH 2008                    PLAINTIFF--- MICHAEL FOX--- IN PRO PER

PLAINTIFF MICHAEL FOX STATES THAT HE MAIL BY CERTIFIED MAIL TO THE THREE LISTED DEFENDANTS A

COPY OF PLAINTIFFS EX-PARTA MOTION SEEKING A SUPPLEMENTAL COURT ORDER

AND PROOF OF SERVICE AS FOLLOWS

MAILED TO FEDERAL BUREAU OF INVESTIGATIONS AT 9797 AREO RD SAN DIEGO CA 92123
CERTIFIED MAIL# 7007 2560 0000 8993

MAILED TO US ATTORNEYS OFFICE AT 880 FRONT ST SAN DIEGO CA 92101 (ROOM 6293)
CERTIFIED MAIL# 7007 2560 0000 6545 9006

MAILED TO US DEPARTMENT OF JUSTICE AT 950 PENNSYVANIA AVE WASHINGTON DC 20530
CERTIFIED MAIL# 7007 2560 0000 6545 8986

DATE OF MAY 20TH 2008                    PLAINTIFF--MICHAEL FOX---IN PRO PER