# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>　　　　　　Plaintiff,<br>vs.<br>PAULA PATSON, et al.,<br><br>　　　　　　Defendants. | CASE NO. 07cv2388 DMS (POR)<br><br>**ORDER RE: ORAL ARGUMENT** |

　　　Plaintiff's motions for hearing are currently scheduled for hearing on June 20, 2008. The Court finds these matters suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

　　　**IT IS SO ORDERED**.

DATED: June 16, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge