

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Donald G. Rez, SBN 82615
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone:    (619) 233-4100
Facsimile:    (619) 231-4372

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
William S. Helfand
Ryan O. Cantrell
1200 Smith Street, Suite 1400
Houston, TX 77002
Telephone:    (713) 658-2536
Facsimile:    (713) 658-2553

Attorneys for Defendant City of Galveston

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>    Plaintiff,<br><br>v.<br><br>GALVESTON POLICE DEPARTMENT, "GALVESTON POLICE OFFICER S. BREWER ID #378-OR-398, ANY AND ALL OTHER POLICE OFFICERS AND DETECTIVES, AND OTHER EMPLOYEES OF THE GALVESTON POLICE FORCE CURRENTLY NOT KNOWN"<br><br>    Defendants. | Case No. 07CV2388 DMS (POR)<br><br>**CITY OF GALVESTON POLICE DEPARTMENT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:    July 18, 2008<br>Time:    1:30 p.m.<br>Ctrm:    10 (2nd Floor)<br><br>Judge:    Hon. Dana M. Sabraw<br>Complaint Filed: December 20, 2007 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 18, 2008 at 1:30 p.m., or as soon thereafter as this matter may be heard in the United States District Court, Southern District, Courtroom 10, 2nd Floor, before The Honorable Dana M. Sabraw, Defendant City of Galveston Police Department will move the Court to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(2).

1 | Defendants' Motion is based on the fact that these Defendants are not subject to personal jurisdiction in this Court nor have they consented to the jurisdiction of a California court.

This Motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and request for judicial notice the Court file and on all pleadings and evidence that may be presented upon the hearing in this matter.

*Respectfully submitted,*

Dated: June 16, 2008

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN

AND

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: /s/ Donald G. Rez
Donald G. Rez
Attorneys for Defendant
City of Galveston