## TABLE OF CONTENTS

Exhibit A ................................................................................................................................1-43

# EXHIBIT A

05/29/2008  11:04    4897973...

CIVIL CITATION

## 08-049

THE STATE OF TEXAS
CAUSE NO. 08CV0100-405TH

MICHAEL FOX
VS
PAULA PATSON, ET VIR, ET AL

*(CITY SECRETARY'S OFFICE / RECEIVED / MAY 28 2008 stamp)*

TO:  GALVESTON POLICE DEPARTMENT
     2517 BALL ST.
     GALVESTON, TX. 77550
                                        Defendant, Greeting:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and FIRST AMENDED petition, a default judgment may be taken against you. Said written answer may be filed by mailing same to District Clerk's Office, 600 59th Street, Ste. 4001, Galveston, Texas 77551-2388. The case is presently pending before the 405TH Judicial District Court of Galveston County sitting in Galveston, Texas, and the FIRST AMENDED petition was filed on the 20TH day of MAY, 2008. It bears cause number 08CV0100 and the parties to the suit are: MICHAEL FOX, Plaintiff (SEE ATTACHED PETITION FOR LISTED PARTIES), Defendants.

The name and address of the plaintiff or the attorney of record is:

MICHAEL FOX, PRO SE
GENERAL DELIVERY
SAN DIEGO, CALIFORNIA 92138

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's FIRST AMENDED petition and made a part hereof.
If this citation is not served, it shall be returned unserved.
Issued and given under my hand and the seal of said court at Galveston, Texas, this the 22ND day of May, A.D., 2008

ATTEST:
LATONIA D. WILSON, DISTRICT CLERK
District Court, Galveston County, Texas

By _____, Deputy
     TERRIE KAHLA

NOTE:

STATUS CONFERENCE SET AUGUST 21, 2008 at 9:30 A.M.

=================================================================
OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on _____ day of _____ May _____, 20___ at 12:00 o'clock ___, and executed in _____ County, Texas by delivering to the within named defendant GALVESTON POLICE DEPARTMENT, in person or by registered or certified mail, return receipt requested, a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the Plaintiff's FIRST AMENDED petition, at the following times and places, to-wit:

| NAME | Date | Time of Service | Place |
|------|------|-----------------|-------|
|      |      |                 |       |

Fees - Serving _____
                        Name of Officer or Authorized & Disinterested Person
Amount $_____                                  County, Texas

By _____
Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
     Sworn to and subscribed before me, on this ____ day of _____, 20__.
                        Notary's Name Printed: _____

     Notary Public In and for the State of Texas _____
                        Commission Expires: _____

`CIVIL CITATION`

08-049

THE STATE OF TEXAS
CAUSE NO. 08CV0100-405TH

MICHAEL FOX
VS
PAULA PATSON, ET VIR, ET AL

TO:    GALVESTON POLICE DEPARTMENT
2517 BALL ST.
GALVESTON, TX. 77550

Defendant, Greeting:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and FIRST AMENDED petition, a default judgment may be taken against you. Said written answer may be filed by mailing same to : District Clerk's Office, 600 59th Street, Ste. 4001, Galveston, Texas 77551-2388. The case is presently pending before the 405TH Judicial District Court of Galveston County sitting in Galveston, Texas, and the FIRST AMENDED petition was filed on the 20TH day of MAY, 2008. It bears cause number 08CV0100 and the parties to the suit are: MICHAEL FOX, Plaintiff (SEE ATTACHED PETITION FOR LISTED PARTIES), Defendants.

The name and address of the plaintiff or the attorney of record is:

MICHAEL FOX, PRO SE
GENERAL DELIVERY
SAN DIEGO, CALIFORNIA 92138

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's FIRST AMENDED petition  and made a part hereof. If this citation is not served, it shall be returned unserved.
Issued and given under my hand and the seal of said court at Galveston, Texas, this the 22ND day of May, A.D.,  2008

ATTEST:
LATONIA D. WILSON, DISTRICT CLERK
District Court, Galveston County, Texas
By _____, Deputy
TERRIE KAHLA

NOTE:

STATUS CONFERENCE SET AUGUST 21, 2008 at 9:30 A.M.

=========================================================================
OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN
Came to hand on ___18th___ day of ___May___, 2008 at ___12:00___
o'clock __a__, and executed in _____ County, Texas by delivering to the within named defendant GALVESTON POLICE DEPARTMENT, in person or by registered or certified mail, return receipt requested, a true copy of this Citation , with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the Plaintiff's FIRST AMENDED petition , at the following times and places, to-wit:

| NAME | Date | Time of Service | Place |
|------|------|-----------------|-------|
|      |      |                 |       |
|      |      |                 |       |

Fees - Serving _____
Amount $_____

Name of Officer or Authorized & Disinterested Person
_____ County, Texas

By
Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
Sworn to and subscribed before me, on this _____ day of_____, 20___.
Notary's Name Printed: _____

Notary Public In and for the State of Texas _____
Commission Expires: _____

08 MAY 20 AM 11:18

GALVESTON TEXAS

COUNTY DISTRICT COURT

DISTRICT CLERK
GALVESTON COUNTY, TX

——PLAINTIFF——

MICHAEL FOX                        CASE NUMBER—08 CV 0100

  VERSES                           1ST AMENDENDED COMPLAINT

——DEFENDANTS——

RON AND PAULA PATSON

AMICA INSURANCE

AIG INSURANCE

GALVISTON POLICE DEPARTMENT

CURRENTLY UNKNOWN DEFENDANTS REMAINING

ALL DEFENDANTS BEING SERVED JOINTLY AND SEVERLY

NOW COMES THE PLAINTIFF MICHAEL FOX IN PRO PER AND STATES THE FOLLOWING

A)—PLAINTIFF SEEKING FROM THE COURT ONE CITATION PER EACH DEFENDANT STATED ABOVE FOR
    SERVICE OF PLAINTIFFS COMPLAINT .. TOTAL OF 4 CITATIONS NEEDED.

B)—THAT PLAINTIFF WILL BE MAKING PROCESS SERVICE TO EACH DEFENDANT AS FOLLOWS

C)—PLAINTIFF HAVING COMPLAINT SERVED TO  DEFENDANTS PAULA AND RONALD PATSON WHO'S ADDRESS

IS 311 KICKERVILLO DR HOUSTON TX 77079—BY A COURT PROCESS SERVER A COPY OF THE 1ST AMENDED

COMPLAINT—COURT PROCESS SERVER COMPANY NAME IS  HOUSTON COURT PROCESSORS—IN WEBSTER

TX



D)—PLAINTIFF HAVING COMPLAINT SERVED TO DEFENDANT AMICA MUTUAL INSURANCE WHO'S ADDRESS IS 2277 PLAZA DR SUITE (400) SUGURLAND TX 77479—BY A COURT PROCESS SERVER A COPY OF THE 1ST AMENDED COMPLAINT—COURT PROCESS SERVER COMPANY NAME IS HOUSTON COURT PROCESSORS— FROM WEBSTER TX

E)-PLAINTIFF HAVING COMPLAINT SERVED TO DEFENDANT AIG INSURANCE WHOS ADDRESS IS 608 DEVELOPMENT DRIVE—BUILDING 2 SUITE 100 IN PLANO TX 77074—BY A COURT PROCESS SERVER A COPY OF THE 1ST AMENDED COMPLAINT—COURT PROCESS SERVER COMPANY NAME IS HOUSTON COURT PROCESSORS FROM WEBSTER TX

F) PLAINTIFF HAVING COMPLAINT SERVED TO DEFENDANT—GALVISTON POLICE DEPARTMENT WHOS ADDRESS IS 2517 BALL STREET GAVISTON TX 77550—BY A COURT PROCESS SERVER- A COPY OF THE 1ST AMMENDED COMPLAINT COURT PROCESS SERVER COMPANY NAME IS HOUSTON COURT PROCESSORS FROM WEBSTER TX.

G)—THAT MICHAEL FOX THE PLAINTIFF IS A NON RESIDENT OF TEXAS—AND IS CURRENTLY A NON RESIDENT OF ANY STATE OF THE UNITED STATES OF AMERICA...

H)—PLAINTIFF HAS BEEN IN THE MAJORITY LIVING IN AND AROUND THE SAN DEIGO CALIFORNIA AREA..

I)—PLAINTIFF IS A LICENSED DRIVER FROM THE STATE OF MICHIGAN

J)—PLAINTIFF USES A MAILING ADDRESS AS OF
MICHAEL FOX
GENERAL DELIVERY
SAN DIEGO CA. 92138

K) PLAINTIFF USES A EMAIL ADDRESS OF LFOX449@HOTMAIL.COM —(SMALL CAPS ONLY) FOR VERBAL TRANSMISSIONS OF CONVERSATION. ———————— PLAINTIFF HAS NO PHONE

DATE OF MAY 16 2008————MICHAEL FOX——PLAINTIFF

PLAINTIFF HAS FILED A COMPLAINT IN GALVISTON TEXAS DISTRICT COURT WHERE AS PLAINTIFF ASKS FOR TRIAL BY JURY AS IS PLAINTIFFS RIGHT...

PLAINTIFFS COMPLAINT READS AS FOLLOWS IN THE FOLLOWING PAGES AND EXHIBITS.

IN THE COUNTY COURT HOUSE OF
THE DISTRICT COURT OF
GALVISTON TEXAS

PLAINTIFF

    'HAEL FOX
    'NERAL DELIVERY
SAN DIEGO CALIFORNIA 92138

CASE NUMBER   *O 8 CV 0100*

*1 ST Amended Complaint*

VERSES

DEFENDANTS—(ALL SERVED JOINTLY AND SEVERLY)

PAULA PATSON AND HER HUSBAND-RONALD PATSON
311 KICKERVILLO DR.
HOUSTON TEXAS 77079

GALVISTON POLICE DEPARTMENT
2517 BALL ST.
GALVISTON TEXAS 77550
AND THERE EMPLOYEES
GLAVESTON POLICE OFFICER S. BREWER ID# 378-OR-398
ANY AND ALL OTHER POLICE OFFICERS AND DETECTIVES, AND OTHER
EMPLOYEES OF OF THE GALVISTON POLICE FORCE CURRENTLY NOT KNOWN.

AIG INSURANCE
640 CENTURY POINT
LAKE MARY FLORDIA 32746
AND THERE EMPLOYESS/AJUSTERS

TARA PAYNE-FLORIDA OFFICE OFFICE
SHANNON WILLIAMS-DALLAS OFFICE
DAVID WATERHOUSE-DALLAS OFFICE
ANY UNKNOWN AIG INSURANCE EMPLOYEES

*/*



Defendants

AMICA INSURANCE
2277 PLAZA DRIVE--(SUITE-400)
SUGARLAND TEXAS 77479

AND THERE EMPLOYESS/AJUSTERS
TERRY SCOLARI- SAN DIEGO CA.
SHERRON CHAPA- SUGURLAND TX
EREKIA HUDGINS- SUGURLAND TX
RICHARD PARMELEE-COSTA MESA CA
JAMES ZERBA-COSTA MESA CA
AMY SMITH--NEW AJUSTER
ANY UNKNOWN AMICA INSURANCE EMPLOYEES AND AGENTS
INCLUDING HIRED PRIVATE DETECTIVES

ANY OTHER POSSIBLE DEFENDANTS NOT CURRENTLY KNOWN-SUCH AS
MICHIGAN STATE POLICE AND THE STATE OF MICHIGAN EMPLOYEES AND RESIDENTS
AND OTHER BRANCHES OF GOVERMENT POLICE-PUBLIC OR PRIVATE. FROM STATE OF MICHIGAN

ANY AND ALL EMPLOYEES OF ANY FEDERAL-STATE-COUNTY-OR CITY BRANCH OF GOVERMENT
OR ANY KIND OF POLICE OR RESIDENCE OF ANY STATE IN THE COUNTRY OF THE
UNITED STATES OF AMERICA, CURRENTLY NOT KNOWN.

ANY AND ALL OTHER EMPLOYEES OF ANY FORM OF GOVERMENT FROM ANY COUNTRY OUTSIDE
THE UNITED STATES AND THERE POLICE ANGENCY OF ANY SUCH KIND. OR ANY SUCH PRIVATE
RESIDENCE FROM ANOTHER COUNTRY CURRENTLY NOT KNOWN...

ANY AND ALL OTHER EMPLOYEES OF THE STATE OF TEXAS-AND THERE GOVEMENT-INCLUDING
ALL RESIDENCE OF THE STATE OF TEXAS CURRENTLY NOT KNOWN

ANY AND ALL PRIVATE SECURITY COMPANYS FROM ANYWHERE IN THE UNITED STATES OF AMERICA
AND ALL FOREIGN PRIVATE SECURITY COOMPANYS CURRENTLY UNKNOWN..

ANY AND ALL PRIVATE DETECTIVE FIRMS AND THERE EMPLOYEES OF ANY KIND FROM THE
UNITED STATES OF AMERICA CURRENTLY NOT KNOWN

ANY AND ALL PRIVATE DECTECTIVE FIRMS FROM ANY FOREIGN COUNTRY
AND THERE EMPLOYEES CURRENTLY NOT KNOWN.

NOW COMES THE PLAINTIFF MICHAEL FOX TO THIS HONORABLE COURT SEEKING JUSTICE OF THIS

FOREGOING COMPLAINT IN REGARDS TO A STAGED CAR ACCIDENT IN WHICH THE CIVIL RIGHTS OF

THE PLAINTIFF HAVE BEEN RELENTLESSLY VIOLATED UNDER DEPRIVATION OF CIVIL RIGHTS UNDER

COLOR OF THE LAW--- TO WHERE DEATH HAS ALMOST OCURED, AND THE GREAT POSSIBLITY THAT

DEATH WILL OCCUR DUE TO CONTINUED HEALTH ISSUES IN THE STATED COMPLAINT AS LISTED BELOW

2

:COMPLAINT READS AS FOLLOWS:

1) THAT MICHAEL FOX THE PLAINTIFF HAS FILED A PETITION AND COMPLAINT. IN FEDERAL COURT IN

SAN DIEGO CALIFORNIA. ON OR AROUND DEC 20 2007

1A) THAT THE PLAINTIFF RESERVES THE RIGHT TO AMEND ANY PART OF THE PETITION AND COMPLAINT

TO THIS SAID COMPLAINT FILED SAN DIEGO CA. GIVING ALL DEFENDANTS INVOLVED THE PROPER

NUMBER OF DAYS TO FILE AN ANSWER.

1B) THAT THE PLAINTIFF MICHAEL FOX RESERVES THE RIGHT TO ADD ADDITIONAL PARTIES INVOLVED TO

THIS COMPLAINT WHICH ARE CURRENTLY UNKNOWN, AND WILL BE SERVED JOINTLY AND SEVERLY.

1C) PLAINTIFF FURTHER RESERVES THE RIGHT TO ADD ADITIONAL COMPLAINTS TO THIS COMPLAINT

WHICH IS NOT STATED IN THIS ORIGINAL COMPLAINT.

1D) ANY AND ALL ADDTIONAL COMPLAINTS WILL BE SERVED ON DEFENDANTS THROUGH CERTIFIED MAIL

THAT ALL DEFENDANTS MUST ANSWER THE AMENDED NUMBER COMPLAINT WITHIN THE SAME NUMBER

OF DAYS AS WAS THE ORIGINAL COMPLAINT RECIEVED.

1E) THE PLAINTIFF MICHAEL FOX IS CURRENTLY A 49 YEAR OLD MAN WITH A MICHIGAN DRIVERS LICENSE.

1F) THAT MICHAEL FOX IS UNABLE TO GET LEGAL REPRESENTATION DUE TO THIS CAR INCIDENT WHICH

FURTHER SHOWS THE PLAINTIFF MICHAEL FOX UNABLE TO GET LEGAL REPRESENTATION  DUE TO THE

POLICE AND GOVERMENTS THAT DENY THE PLAINTIFF HIS CIVIL RIGHTS.

2) THAT THE PLAINTIFF HAS CLAIMED NO STATE AS RESIDENCEY SINCE LEAVING FLORIDA IN

APRIL OF 2002

2A) THAT THE PLANTIFF RESIDES ON AND OFF IN SAN DIEGO CALIFORNIA.

2AA) THAT THE PLAINTIFF WORKED FOR WILLIAM KELLY AND SONS OF CALIFORNIA AS A PLUMBER

FROM OCT 2006 TO JAN OF 2007--BEING LAYED OFF DUE TO HOUSING INDUSTRY COLLAPSING.

2B) THAT THE PLAINTIFF HAS USED ON AND OFF A GENERAL DELIVERY ADDRESS SINCE COMMING TO

SAN DIEGO CA.

2C) THAT MICHAEL FOX HAS LIVED IN A VANN SINCE LEAVING FLORIDA IN OCT OF 2004 AS THE

3

PLAINTIFF IS CURRENTLY AT THIS TIME, IN THE SAN DIEGO CALIFORNIA AREA.

.D) THAT THE PLAINTIFF HAS NO PHONE, BUT ONLY EMAIL ADDRESS OF LFOX449@HOTMAIL.COM

ALL SMALL CAPS.

.E) THAT PLAINTIFF USES EMAILS AS WAY OF COMMUNICATION.

:F) THAT PLAINTIFF MICHAEL FOX CAN GET NO POST OFFICE BOX FOR MAIL DELIVERY SINCE NOT

HAVING A PHYSICAL ADDRESS, AND PROOF OF UTILITY SERVICES, DUE TO HOME LAND SECURITY

AND POST OFFICE RULES SINCE 9-11-01 ATTACKS

3) THAT MICHAEL FOX THE PLAINTIFF WAS INVOLVED IN A STAGED CAR WRECK ON FEB 4 2006 IN

GALVISTON TEXAS, ON SEAWALL BLVD JUST WEST OF 81ST STREET

3A) AT THE TIME OF THIS STAGED CAR ACCIDENT ON FEB 4 2006-PLAINTIFF WAS 47 YEARS OLD.

(B) THAT AT THE TIME OF THIS STAGED CAR WRECK THE PLAINTIFF WEIGHED 225 POUNDS

3C) SINCE THIS STAGED CAR WRECK THE PLAINTIFF HAS GAINED 50 TO 70 POUNDS..

I) THAT MICHAEL FOX THE PLAINTIFF HAD COME BACK FROM MEXICO ON OR AROUND JAN 8 2006

AFTER BEING IN MEXICO AND CENTRAL AMERICA AFTER ALMOST 90 DAYS.

5) THAT THE PLAINTIFF MICHAEL FOX HAD MADE A DECISION TO LEAVE MEXICO AND CENTRAL AMERICA

.AFTER UNKNOWN GOVERMENT AGENCYS UTTERLY ATTACKING THE PLAINTIFF EVERWHERE THE PLAINTIFF

WENT TO LIVE AND ENJOY

5) THAT MICHAEL FOX THE PLAINTIFF ENTERED THE UNITED STATES AT THE BROWNSVILLE TEXAS

AREA BORDER CROSSING.

7) THAT MICHAEL FOX THE PLAINTIFF WAS ATTACKED BY THE US CUSTOMS, AND BORDER PATROL WHEN

TRYING TO RE-ENTER THE UNITED STATES, FOR UTERLY NO REASON.

8) THAT MICHAEL FOX THE PLAINTIFF AFTER BEING ATTACKED AT THE BORDER CROSSING LEFT AND DROVE

TO SOUTH PADREA ISLAND, WHERE THE PLAINTIFF RECIEVED A TICKET AFTER DRIVING 20 MPH OVER

THE SPEED LIMIT. DUE TO THE FACT THAT THE PLAINTIFF WAS TOTALY UNFOCUSED AND WAS UTTERLY

PISSED OFF AFTER BEING ATTACK AT THE BORDER CROSSING IN BROWNSVILLE TEXAS. BY THE US

BORDER PATROL AND US CUSTOMS.

9) THAT MICHAEL FOX THE PLAINTIFF WAS ISSUED A SPEEDING TICKET FOR DRIVING 20 MPH OVER

THE POSTED SPEED LIMIT.

4



10) THAT MICHAEL FOX WAS UNDER A FULL FLEDGE WATCH LIST BY GOVERMENT POLICE AND SECURTIY

AFTER RE-ENTERING THE UNITED STATES. AS WAS THE PLAINTIFF PRIOR TO RE-ENTERING THE USA.

11) MICHAEL FOX THE PLAINTIFF HAD SOMEONE TAMPPER WITH THE PLANTIFFS CAR WHILE IN MEXICO

THAT THIS VEHICAL NEEDED SOME TYPE OF REPAIR TO IT...

12) THAT MICHAEL FOX THE PLAINTIFF TRYED TO GET HIS VEHICAL FIXED IN THE SOUTH PADRA ISLAND

AREA, BUT EVERYWHERE THE PLAINTIFF WENT, MICHAEL FOX WAS FOLLOWED AND PROVOKED BY UNKNOWN

GOVERMENT POLICE, AND THERE TEAM PLAYERS.

13) THAT MICHAEL FOX THE PLAINTIFF LEFT SOUTH PADRA ISLAND DUE TO THIS, AND DROVE TO CHORPUS

CHRISTI TEXAS..

14) THAT MICHAEL FOX WAS FOLLOWED BY AND THROUGH THE ELECTRONIC TRACKING DEVICES THAT ARE ON

THE PLAINTIFFS VEHICAL KNOWN AS GPS TRACKING.

14A) THAT MICHAEL FOX HAS BEEN TRACKED THROUGH GPS TRACKING FOR WELL OVER 20 YEARS OF THE

PLAINTIFFS LIFE.

15) THAT THE PLAINTIFF MICHAEL FOX HAS BEEN UNDER SERVALLENCE FOR MORE THAN 20 YEARS, AND

HAS FOUGHT THESE SICO SICK GOVERMENT POLICE DURING THE PAST 20 PLUS YEARS.

16) THAT MICHAEL FOX THE PLAINTIFF WAS AGAIN ATTACKED IN CHORPUS CHRISTI TEXAS AREA. WHEN

THE PLAINTIFF WAS TRYING TO GET HIS VEHICAL FIXED.

17) THAT MICHAEL FOX WAS TOLD WHAT WAS WRONG WITH THE PLAINTIFFS VEHICAL AND HAD IT REPAIRED.

17A) THAT MICHAEL FOX THE PLAINTIFF HAD PAID OVER 200 DOLLARS TO HAVE VEHICAL FIXED, BUT

THE REPAIR WORK THAT WAS DONE DID NOT REPAIR THE THE VEHICAL.

17B) THAT MICHAEL FOX CONFRONTED THE OWNER OF THIS REPAIR SHOP ONLY TO BE LAUGHED AT, AND

FURTHER PROVOKED, AND HUMILIATED..

18) THAT MICHAEL FOX WAS BEING FOLLOWED BY SOME KIND OF POLICE THAT WHERE DRIVING A VEHICAL

THAT HAD A TEXAS STATE LICENSE PLATE THAT UNDER THE NUMBERS ON THIS LICENSE PLATE

WHERE STATE JUDGE.

18A) THAT THERE WAS A MERCEDES BENZ VEHICAL PARKED RIGHT BY THIS STATE JUDGES VEHICAL.

19) THAT MICHAEL FOX THE PLAINTIFF HAD THIS SAME JUDGES CAR, WITH THE SAME TEXAS PLATED

NUMBERS ON IT AND UNDER-NEATH THE NUMBERS STATING (STATE JUDGE) AND THAT THE SAME

MERCEDES BENZ PARKED NEXT TO OR NEAR THE PLAINTIFF MICHAEL FOXES CAR AT SERVERAL

DIFFERENT OTHER LOCATIONS. WHEN PLAINTIFF IS LEAVING HEALTH CLUBS, OUTSIDE OF

SUPERMARKETS AND ELSE WHERE, THAT MICHAEL FOX THE PLAINTIFF HAD VISITED.

9B) THAT ITS MICHAEL FOXES OPINION THAT THIS IS INFACT THE SECRECT POLICE USING A FALSE

LICENSE PLATE, AND FOLLOWING THE PLAINTIFF ALONG WITH THIS MERCEDES BENZ ONLY TO FURTHER

PROVOKE AND INTIMADE THE PLAINTIFF MICHAEL FOX..

0) THAT MICHAEL FOX WAS RECIEVING MAIL GENERAL DELIVERY AT THE POST OFFICE ON EVERHART RD

IN CHORPUS CHRISTI TEXAS.

21) THAT MICHAEL FOX WAS BEING FOLLLOWED TO THIS POST OFFICE.

21A) THAT MICHAEL FOX WAS BEING DENIED DELIVERY OF THE PLAINTIFFS MAIL, BY UNKNOWN GOVERMENT

POLICE, AND SECURITY COMPANYS. ONLY TO BE FURTHER PROKED AND INTIMADATED..

21B) THAT MICHAEL FOX WAS BEING DENIED ACESS TO HIS MAIL WHERE ATTORNEYS FROM FLORIDA WHERE

SENDING THE PLAINTIFF FOR POSSIBLE REPRESENTATION ON WORKERS COMP CLAIMS FROM THE

STATE OF FLORIDA..

21C) THAT MICHAEL FOX THE PLAINTIFF WAS RECIEVING LETTERS FROM CNA INSURANCE FROM WORKERS

COMP INJURYS FROM THE STATE OF FLORIDA.. PLAINTIFF DOES NOT KNOW IF HE WAS GIVEN ALL

INCOMMING MAIL FROM THIS CNA INSURANCE.

22) THAT MICHAEL FOX WAS A DAILY VISITOR TO THE FED EX KINKOS IN CHORPUS CHRISTI TEXAS.

22A) THAT THE PLAINTIFF WAS RELENTLESS FOLLOWED TO THIS FED EX KINKOS LOCATION, AT 3850

S. PADRA ISLAND DR. CORPUS CHRISTI TEXAS  AND WAS ALWAYS SURROUNDED WITH GOVERMENT

POLICE OR SECURITY OF SOME KIND.

23) THAT MICHAEL FOX THE PLAINTIFF, HAD EMAILS ERASED FROM HIS COMPUTER THAT THE PLAINTIFF

WAS SAVING. WHICH THE PLAINTIFF WAS SENDING TO WORKERS COMP AJUSTERS IN MAITLAND FLORIDA

DUE TO 2 WORKERS COMP INJURIES.

23A) MEXICAN MAN AND WOMAN SITTING NEXT TO PLAINTIFF DURING THIS INCIDENT, AND LAUGHING

AS THE PLAINTIFF BECAME ENRADGED AS THIS EMAIL BEING ERASED WHILE SITTING IN THIS FEDEX

KINKOS AT THIS TIME.

23B) THAT THIS MAN AND WOMAN CAME IN AFTER THE PLAINTIFF ARRIVED AND SAT NEXT TO THE PLAINTIFF

ON THERE PERSONAL LAPTOP COMPUTER.

6

 

23C) THAT EVERYONE THAT SAT NEXT TO MICHAEL FOX THE PLAINTIFF AT THIS CHOURUS CHRISTI TX

FEDEX KINKOS WAS FROM HOUSTON TEXAS, WHEN THEY WOULD INTRODUCE THEMSELFS TO THE

PLAINTIFF OR WHEN ANYONE WAS SITTING NEXT TO MICHAEL FOX AND TALKING ON THE PHONE TO

SOMEONE, THAT THESE PEOPLE WHERE ALSO FROM HOUSTON TEXAS.. THAT EVERYONE THE PLAINTIFF

MEET WAS FROM HOUSTON TEXAS, OR HAD JUST MOVED TO CHORPUS CHRISTI TEXAS FROM HOUSTON TEXAS

24) THAT MICHAEL FOX GOT SICK AND TIRED OF THE NONSENSE IN CHORPUS CHRIST TEXAS. AND ON

FEBUARY 3RD 2006. THE PLAINTIFF DROVE TO GALVISTON TEXAS.

25) THAT WHILE DRIVING TO GALVISTON TEXAS ON FEB 3RD 2006. THE PLAINTIFF WAS BEING FOLLOWED

BY A MEXICAN MAN DRIVING A BLACK CHEVY CAMARIO, WITH UNITED STATES DEPARTMENT OF DEFENSE

STICKERS ON THE WINDSHILD. MAN DRIVING IS HISPANIC. OTHER VEHICALS WITH US DEPARTMENT

OF DEFENSE WHERE ALSO TRACKING THE PLAINTIFF MICHAEL FOX AT THIS SAME TIME.

26) THAT MICHAEL FOX ARRIVED IN GALVISTON TEXAS IN THE EARLY EVENING HOURS OF FEBUARY 3RD 2006

27) THAT MICHAEL FOX THE PLAINTIFF DROVE AROUND A LITTLE, THEN WENT AND FILLED UP THE

INTIFFS VEHICAL WITH GAS.

28) THAT MICHAEL FOX THEN DROVE AROUND LOOKING FOR A PLACE TO PARK THE VAN, AND TO SLEEP

OVER NIGHT.

29) THAT MICHAEL FOX PARKED HEADING EAST ON THE SHOULDER OF THE ROAD ON SEAWALL BLVD. IN

GALVISTON TEXAS

30) THAT MICHAEL FOX PARKED IN-BETWEEN TWO OTHER PARKED CARS ON SEASHORE BLVD.

31) THAT MICHAEL FOX THE PLAINTIFF PARKED 8 TO 9 FEET IN FRONT OF A PARKED FORD EXPLORER.

AND WAS APPROX 6 TO 7 FEET PARKED BEHIND A RED FORD TAURUS.

32) THAT MICHAEL FOX THE PLAINTIFF DID THIS JUST IN CASE THERE WAS ANY KIND OF A CAR ACCIDENT

THAT THERE WOULD BE A HUGE CUSHION OF EMPTY SPACE TO PREVENT ANY KIND OF DAMAGE.

33) THAT WITHIN 5 MINUTES AFTER MICHAEL FOX THE PLAINTIFF HAD PARKED HIS VEHICAL. A GALVISTON

POLICE CAR DRIVES BY, DRIVING WEST ON SEAWALL BLVD, AT A SLOW PACE.

34) WITH ALL THE PAST INCIDENTS WITH THE POLICE, THAT THE PLAINTIFF HAS HAD, FROM ALL OVER

THE UNITED STATES. THE PLAINTIFF MICHAEL FOX HAS VERY BAD VIBES, AND SAYS TO HIMSELF

TO LEAVE, AND FIND ANOTHER LOCATION TO PARK.

5) THAT MICHAEL FOX THE PLAINTIFF FELL ASLEEP IN THE FRONT DRIVERS SEAT OF HIS VEHICAL.

AT THIS LOCATION JUST WEST OF 81ST STREET ON SEAWALL BLVD. TIME IS UNKNOWN..

5) THAT MICHAEL FOX THE PLAINTIFF DID WAKE UP LATER THAT NIGHT, TIME IS UNKNOWN. AND CLIMBED

IN THE BACK OF THE MINI VANN AND WENT TO SLEEP IN THE PLAINTIFFS BED...

7) THAT AT APPROX MIDNIGHT OR A LITTLE AFTER MIDNIGHT ON FEB 4 2006. A WOMAN KNOWN AS

PAULA PATSON FROM HOUSTON TEXAS. DRIVING AT A HIGH RATE OF SPEED HEADING EAST ON SEAWALL

BLVD. HIT THE PARKED FORD EXPLORER ON SEAWALL BLVD. WHICH WAS PARKED BEHIND THE PLAINTIFF

MICHAEL FOXES MINI VAN.

8) THAT THIS FORD EXPLORER WAS DRIVEN FOWARD FROM THE IMPACT FROM PAULA PATSON THE DEFENDANT

HITTING THE DRIVERS SIDE OF THE REAR END OF THIS FORD EXPLORER. CAUSING THIS FORD

EXPLORER TO LEAP FORWARD, AND ALSO CAUSING THE FORD EXPLORER TO VEAR OFF TO THE RIGHT

DUE TO IMPACT OF THE FORCE ON THE LEFT SIDE OF THE REAR OF THIS FORD EXPLORER.

9) THAT THIS FORD EXPORER WAS DRIVEN OVER 8 TO 9 FEET FORWARD INTO THE BACK OF THE PLAINTIFF

MINI VANN WHERE THE PLAINTIFF WAS SLEEPLING ON THE DRIVERS SIDE IN THE BACK OF THE

PLAINTIFFS VAN ON THE FLOOR IN A BED THAT THE PLANITIFF HAD. SINCE LEAVING FLORIDA ON

OCT 22 2004

10) THAT MICHAEL FOX WAS SMACKED ON THE RIGHT SIDE OF THE HEAD FROM THE REAR HATCH OF THE

PLAINTIFFS VEHICAL DUE TO THE IMPACT OF THE FORCE OF THIS FORD EXPLORER, THAT WAS HIT

FROM BEHIND FROM PAULA PATSON THE DEFENDANT WHO WAS DRIVING AT UNSUALY HIGH RATE OF SPEED

11) THAT MICHAEL FOX THE PLAINTIFF WAS TWISTED AND TURNED ALL OVER THE PLAINTIFFS MINI VANN

AS THE PLAINTIFF LAYED ASLEEP. HAVING GLASS BREAKING AND PEIRCING THE SKIN ON THE

PLAINTIFFS FACE.

12) FROM THIS IMPACT CAUSED BY PAULA PATSON THE DEFENDANT-- MICHAEL FOX THE PLAINTIFF

LAYING ASLEEP ON HIS BACK. AND THE SEVERVE BLUNT FORCE OF THIS IMPACT THE PLAINTIFF

HAD HIS HEAD DO A SUDDEN SERVERE JERK TO ONE SIDE. CAUSING SEVERE NECK WHIPP LASH.

13) THAT FROM BEING THROWN ALL AROUND INSIDE THIS VAN. MICHAEL FOX THE PLAINTIFF ALSO

SUFFERED FROM SOME SORT OF HIP DAMAGE TO HIS RIGHT HIP.

14) THAT DUE TO THE EXCESSIVE SPEED THAT THIS PAULA PATSON WAS DRIVING ON SEAWALL BLVD. AT

THE TIME PAULA PATSON CAUSED THIS ACCIDENT. THAT THE PLAINTIFFS VEHICAL WAS DRIVEN



FORWARD 6 TO 7 FEET INTO THE BACK OF THE RED FORD TAURAS PARKED INFRONT OF THE

PLAINTIFFS 1995 PLYMOUTH GRAND VOYAGER.

45) THAT PAULA PATSON HAD TO BE DRIVING IN THE EXCESS OF 85MPH. TO HAVE A FORD EXPLORER.

MOVE FORWARD 8 TO 9 FEET, THEN HAVE THIS FORD EXPLORER HIT A PARKED 1995 PLYMOUTH GRAND

VOYAGER. AND TO THEN DRIVE THIS PLYMOUNTH GRAND VOYAGER ANOTHER 6 TO 7 FEET FOWARD INTO

THE BACK OF A RED FORD TAURUS.

45A) THAT THE POSTED SPEED ON SEAWALL BLVD IS 45 MPH. THAT AGAIN PAULA PATSON HAD TO BE

DRIVING IN THE EXCESS OF 85MPH TO MOVE A FORD EXPLORER 8 TO 9 FEET AND DRIVE THIS

FOR EXPLORER INTO THE BACK OF A PARKED 1995 PLYMOUTH GRAND VOYAGER, THEN TO MOVE

THIS PARKED 1995 PLYMOUTH GRAND VOYAGER 6 TO 7 FEET INTO THE BACK OF A PARKED RED

FORD TAURUS.

46) THAT MICHAEL FOX CLIMBED OUT OF THE MINI VANN AFTER THIS ACCIDENT, AND FOUND TWO YOUNG

COUPLES STANDING AROUND THE OUTSIDE OF THIS COLLISION AREA.

47) MICHAEL FOX THINKING TO HIMSELF THIS IS A FULLY STAGED CAR WRECK AT THIS TIME. AND

THE WAY THESE 4 PEOPLE WHERE ACTING, YOU COULD CLEARLY TELL.

47A) ONE YOUNG MAN APPROX 22 -25 YEARS OLD. ASKING THE PLAINTIFF WHERE YOU INSIDE THAT

VEHICAL. THAT THIS YOUNG MAN FOLLOWING THE PLAINTIFF AROUND AS THE PLAINTIFF WALKED OFF

THIS COLLISION, ASKING THE PLAINTIFF ALL KINDS OF QUESTIONS. AND BY HIS ACTIONS, YOU

COULD TELL HE WAS PART OF THIS STAGED CAR WRECK.

48) GALVISTON POLICE ARRIVE AND TAKE PLAINTIFFS DRIVERS LICENSE, AND VEHICAL INFORMATION.

PLAINTIFF IS QUITE STUNNED AT THIS TIME.

49) AMBULANCE ARRIVES AND WANTS TO TAKE MICHAEL FOX TO HOSPITAL. MICHAEL FOX WANTS TO BRING

COMPUTER AND OTHER FILES AND BELONGINGS.

49A) AMBULANCE PEOPLE AND POLICE TELL PLAINTIFF THAT HE CAN NOT BRING A THING AND THAT THIS

IS NOT A TAXIE CAB.

50) MICHAEL FOX DECLINES TO GO. BECAUSE OF THIS. AND IS FORCED TO SIGN A RELEASE OF

LIABILITY FORM THE AMBULANCE ATTENDANTS SO REQUIRED..

51) PAULA PATSONS HUSBAND ARRIVES APPROX 10-15 MINUTES AFTER THIS STAGED CAR ACCIDENT.

14
EXHIBIT A

THIS MAN DRIVING A OLD FORD PICK UP, WITH A FUNNY TYPE NEW PAINT JOB. CAMAFLODGE LOOK

52) THAT MICHAEL FOX WALKED BY THE VEHICAL THAT HAD CAUSED THIS ACCIDENT AND SEE'S A BLOND

HAIRED WOMAN LOOKING TO BE APPROX 55 IN THE DRIVERS SEAT. WITH LONG BLOND HAIR.

53) THAT THIS WOMAN HAD A SEAT BELT ON LIKE THE PLAINTIFF HAD NEVER SEEN BEFORE. THAT THIS

BELT DID NOT LOOK LIKE A FACTORY SEAT BELT.

54) THAT AFTER PAULA PATSONS ALLEDGED HUSBAND CAME TO THIS ACCIDENT AND GETTING HIS WIFE,

BOTH OF THESE INDIVIDULES, WALKED RIGHT BY MICHAEL FOX THE PLAINTIFF AS THE PLAINTIFF

STARED THEM BOTH DOWN.

54A) BOTH PAULA PATSON AND HER HUSBAND RONALD PATSON WALKING BY THE PLAINTIFF WITH THERE

SHOULDERS LEANED BACK AND THERE CHEST STICKING OUT. WALKED BY LOOKING REAL TOUGH AND

WICKED LIKE. LOOKING REAL TOUGH

54B) THAT THE LOOK IN BOTH PAULA AND RONALD PATSON EYES, AND FACIAL EXPRESSIONS WHERE AS YEA

MICHAEL FOX WE HAVEGOTTEN YOU. WE HAVE GOTTEN YOU MICHAEL FOX...

55) THAT BOTH OF THESE PEOPLE WALKED RIGHT PAST MICHAEL FOX THE PLAINTIFF, NEVER ASKING IF

THE PLAINTIFF IS ALRIGHT. THAT MICHAEL FOX KNOWS THAT THESE PEOPLE DO NOT GIVE A DAM

ABOUT THE WELFARE OR HEALTH OF MICHAEL FOX THE PLAINTIFF. AND YOU COULD CLEARLY TELL THAT

THEY NOT CARE. THAT THIS WAS IN FACT A FULL FLEDGE GOVERMENT HIT. BY THE PEOPLE WHO TRACK

FOLLOW THE PLAINTIFF MICHAEL FOX THROUGH THERE GPS TRACKING DEVICES.

56) THAT THE GALVISTON POLICE WHERE TOLD BY MICHAEL FOX THAT HE HAD JUST DRIVEN INTO TOWN

TONIGHT, AND THAT THE PLAINTIFF KNOWS NO-ONE FROM GALVISTON TEXAS.

57) THAT AS MICHAEL FOX STOOD ON THE SIDE OF THE ROAD AND AS THESE VEHICALS WHERE BEING TOWED

AWAY. THAT ON THE WEST BOUND SIDE OF THE ROAD THERE WHERE 3 VEHICALS WAITING. MAN IN GOLD

COLOR FORD CROWN VICTORIAN, AND A WOMAN IN A MINI VAN, AND A WOMAN IN A SUV.

57A) THAT AS MICHAEL FOXES CAR WAS TOWED AWAY, ALL THREE OF THESE VEHICALS PULLED OUT

FOLLOWING THE WRECKER TOWING MICHAEL FOXESS VEHICAL. THAT THESE THREE VEHIALS FURTHER

TURNED ON THE SIDE ROAD WEST OF 81ST STREET FOLLOWING THIS WRECKER DRIVER, AS THIS

WRECKER HAD TURNED ONTO THIS SIDE STREET.

57B) THAT MICHAEL FOX THE PLAINTIFF STATING TO HIMSELF THAT THESE 3 SCUM MUST BE GOING TO GO

THROUGH THE PLAINTIFFS UTTERLY DESTROYED VEHICAL.

*10*

 

) THAT MICHAEL FOX AFTER HAVING HIS TOTALED VAN TOWED AWAY, WAS LEFT ON THE SHOULDER OF THE

ROAD ON SEAWALL BLVD. BY THE GALVISTON POLICE.

;A) THAT MICHAEL FOX THE PLAINTIFF WAS NEVER ASKED BY THE POLICE IF THEY COULD GIVE THE

PLAINTIFF A DRIVE TO A SECURE LOCATION, OR HELP THE PLANTIFF OUT IN ANYWAY.

;A) THAT THE GALVISTON POLICE WHERE PRE-INFORMED OF MICHAEL FOX ENTERING THERE CITY. AND WAS

IN FACT PART OF THIS STAGED CAR ACCIDENT INFLICTED UPON MICHAEL FOX THE PLAINTIFF. AND IT

WAS EVIDENT BY THERE ACTIONS DURING THIS INCIDENT OF THERE INTENTIONS. AND KNOWLEDGE.

9) THAT MICHAEL FOX WALKED FROM JUST WEST OF 81ST STREET TO 69TH STREET ON SEAWALL BLVD ON

THE EARLY MORNING HOURS OF FEB 4TH 2006 CARRYING HIS COMPUTER AND OTHER BELONGINGS.

0) THAT MICHAEL FOX WENT TO THE GAS STATION ON THIS COURNER, AND CALLED HIS INSURANCE  ..

COMPANY AIG INSURANCE TO SET UP A RENTAL CAR. AND TO REPORT THIS COLLISION.

ADDRESS OF GAS STATION IS 6902 SEAWALL BLVD. GALVESTON TEXAS.

1) THAT AS MICHAEL FOX THE PLAINTIFF IS ON THIS PHONE MAKING PHONE CALLS FROM THIS GAS

STATION. A MAN APPROX 28-32 YEARS OF AGE BACKS UP INTO A PARKING AREA BY THE PLAINTIFF.

HE IS DRIVING AND IDENTICAL FORD PICK UP TRUCK, AS WAS THIS ALEDGED HUSBAND OF THE

DEFENDANT PAULA PATSON THAT CAME TO PICK UP THIS ALLEDGED WOMAN NAMED PAULA PATSON THE

DEFENDANT FROM THIS STAGED CAR WRECK JUST A COUPLE OF THE BLOCKS DOWN THE ROAD ON SEAWALL

BLVD. THAT THIS FORD TRUCK IS IDENTICAL IN PAINT DESIGN IN FAMAFLODGE, BUT A

DIFFERENT COLOR.

52) THAT THIS MAN DRIVING THIS FORD PICK UP- LOOKS AT MICHAEL FOX THE PLAINTIFF AS IF HE

WOULD LOVE TO KILL THE PLAINTIFF MICHAEL FOX. THE PLAINTIFF THEN GIVING THE SAME LOOK BACK

AT THIS MAN---THE PLAINTIFF MICHAEL FOX KNOWING THIS MAN IS PART OF THIS CONSIRACY-AND

STAGED CAR WRECK BY HIS ACTIONS

53) WHEN THIS MAN WALKS OUT OF THE CONVIENT STORE OF THIS GAS STATION, THE PLAINTIFF IS STILL

ON THE PHONE WITH AIG INSURANCE. THAT MICHAEL FOX NEEDS THE ZIP CODE OF THIS AREA. AND

THAT MICHAEL FOX ASKS THIS MAN THE ZIP CODE. THIS MAN LOOKING AT THE PLAINTIFF LIKE HE IS

CRAZY, THEN RESPONDING. GIVING THE ZIP CODE OF THIS AREA.

THAT THIS MAN MUST BE FROM GALVISTON TX. SINCE KNOWING THIS ZIP CODE.

4) MICHAEL FOX IS TOLD THAT HE WILL HAVE TO GO TO TEXAS CITY TEXAS TO GET A RENTAL CAR FROM

ENTERPRISE CAR RENTAL. THAT THERE IS NO AVALABILITY IN GALVISTON TEXAS FOR A VEHICAL.

5) THAT MICHAEL FOX GETS DIRRECTIONS ON HOW TO GET TO TEXAS CITY TEXAS, THE PLAINTIFF WALKS

TO 61ST STREET AND SEAWALL BLVD. THEN WALKS DOWN 61ST STREET TOWARD BROADWAY. AS THE

PLAINTIFF IS WALKING. THERE IS A UNDERCOVER WHITE FORD GRAND MARCIS OR CROWN VICTORIAN

DRIVING BY. THEN TURNING AROUND, AND DRIVING BY AGAIN. THIS HAPPENED ON 3 SEPERATE

OCCASSIONS AS THE PLAINTIFF WALKED TOWARDS TEXAS CITY TEXAS. THAT THE PLAINTIFF IS STILL

UNDER FULL SURVALLENCE.

6) THAT AS MICHAEL FOX THE PLAINTIFF CROSSES OVER BROADWAY, AND WALKS TOWARD HOUSTON TEXAS

ON BROADWAY TO INTERSTATE 45 NORTH.. MICHAEL FOX HAS ALL KINDS OF YOUNG PEOPLE DRIVING

BY HONKING THERE HORN AT THE PLAINTIFF AS HE WALKS, AND IS HITCH HIKING. PLAINTIFF

KNOWING THESE ARE IN FACT THE SICO SICK POLICE, AND THERE TEAM PLAYERS.

7) THAT AS THE PLAINTIFF MICHAEL FOX CONTINUES ON WALKING, AND HITCH HIKING, A VEHICAL IS

APPROACHING, AND A TALL SLENDER MAN IS HANGING OUT OF THE PASSANGER WINDOW YELLING TO

THE PLAINTIFF... MARCH ON FOX-MARCH ON FOX... AND IS LAUGHING.

8) THAT MICHAEL FOX THE PLAINTIFF IS ON THE SIDE OF THE ROAD TRYING TO HITCH HIKE-AND THEN

THIS GOVERMENT POLICE TEAM PLAYER GOES BY SCREAMMING AT THE PLAINTIFF. TO MARCH ON FOX.

MARCH ON FOX---THAT MICHAEL FOX THE PLAINTIFF WAS SCREAMMING LIKE A CRAZING MAN ON THE

SIDE OF THE ROAD AS THIS CAR WAS DRIVING AWAY.

9) THAT MICHAEL FOX KNOWING THAT THIS WAS INFACT A FULL FLEGDE GOVERMENT HIT. AND THAT

THE PLAINTIFF KNOWING THAT THEY HAD ALMOST KILLED HIM... AND NOW THE SCUM JUST KEEP

COMMING BY, TRYING TO FURTHER PROVOKE AND INTIMADE THE PLAINTIFF MICHAEL FOX..

70) THAT THERE WAS OTHER VEHICALS THEN DRIVING BY, THAT AS THE PLAINTIFF WAS HITCH HIKING.

WOULD TURN ON THERE INTERIOR LIGHTS AS THEY DROVE BY.

70A) THIS HAS HAPPENED JUST LIKE THIS SAME SINARIO AS MICHAEL FOX THE PLAINTIFF LIVED IN

FLORIDA AND WAS VISITING THE LIBARY IN CAPE CORAL FLORIDA, AND THEN COMMING OUT TO HIS

VEHICAL IN THE DARK EVENING HOURS, ONLY TO FIND A CAPE CORAL POLICE OFFICER SITTING AND

WAITING FOR THE PLAINTIFF MICHAEL FOX TO COME OUT, AND THEN HAVE THIS POLICE OFFICER TURN

12

ON HIS INTERIOR LIGHT. THAT THIS HAD HAPPENED 4 TO 6 TIMES AS MICHAEL FOX WOULD LEAVE

THIS CAPE CORAL LIBARY.

0B) THAT NOW AS THE PLAINTIFF WALKS DOWN BROADWAY TO INTERSTATE I-45 THE SAME THING IS GOING

ON AFTER THESE GOVERMENT POLICE ALMOST KILLED THE PLAINTIFF MICHAEL FOX.

1) THAT MICHAEL FOX THE PLAINTIFF GETS HIS RENTAL CAR FROM TEXAS CITY TEXAS. THAT MICHAEL

FOX THE PLAINTIFF HAD DRIVEN TO THE GALVISTON POLICE FOR A COPY OF THIS POLICE REPORT

THAT WAS WRITTEN ON THIS STAGED CAR WRECK..

2) THAT MICHAEL FOX SEES THAT THIS PAULA PATSON AND HER ALLEDGED HUSBAND ARE FROM HOUSTON

TEXAS.

2A) THAT WRITTEN IN THIS POLICE REPORT IS AN INSURANCE COMPANY NAMED AMERICAN MUTUAL

INSURANCE AND THE POLICY NUMBER TO THIS INSURANCE POLICY ON THIS CAR PAULA PATSON THE

DEFENDANT USED IN THIS STADGED CAR ACCIDENT, TRYING TO KILL OR SEVERLY PHYSICALY HARM

THE PLAINTIFF MICHAEL FOX..

73) THAT MICHAEL FOX CALLS INFORMATION TRYING TO FIND THE TOLL FREE NUMBER TO AMERICAN

MUTUAL INSURANCE. THAT THERE IS ONLY A LISTING AS AMERICAN INSURANCE CO.

73A)THAT THE PLAINTIFF MICHAEL FOX HAD CALLED THIS NUMBER TO AMERICAN INSURANCE CO. BUT

THERE IS NO SUCH INSURANCE POLICY WITH AMERICAN INSURANCE CO.

74) THAT MICHAEL FOX THE PLAINTIFF HAD CALLED HIS AIG AJUSTER AND TALKED WITH DAVID

WATERHOUSE OUT OF DALLAS TEXAS, AND THAT HE WOULD TRY TO FIND THIS WOMANS INSURANCE

COMPANY.

75) THAT WRITTEN IN THIS POLICE REPORT IS THAT PAULA PATSON HAS STATED THAT SHE HAD TAKEN

THE DRUG ZANEX PRIOR TO DRIVING AND HAD NOT EATEN ANYTHING IN HOURS AND THAT SHE

MUST HAVE FALLEN ASLEEP AT THE WHEEL OF THE CAR.

76) THAT PAULA PATSON WAS NOT ISSUED ANY TICKETS FOR DRIVING UNDER THE INFLUENCE OF DRUGS.

FURTHERMORE SHE WAS NOT TICKETED FOR WRECKLESS OR CARLESS DRIVING AS SHE SO RIGHTFULLY

SHOULD HAVE BEEN. IN WHICH TWO OF THE THREE ABOVE CITATIONS SHOULD HAVE BEEN WRITTEN.

77) THAT THE GALVISTON POLICE ARE IN FACT PART OF THIS CONSIRACY OF THIS STAGED CAR WRECK

THAT THE GALVISTON POLICE ARE IN FACT PART OF THE COVER UP. FURTHER PROTECTING THIS

DEFENDANT PAULA PATSON THAT HAD ALMOST KILLED, OR SEVERLY INJURIED THE PLAINTIFF

 

MICHAEL FOX.

8) THAT THE POSTION OF THE VEHICALS ARE NOT CORRECT THAT IS DESCRIBED IN THIS POLICE

REPORT AT THE END OF THIS STAGED CAR WRECK.

9) THAT ITS FURTHER THE BELIEF OF THE PLAINTIFF, THAT POSSIBLY THAT BOTH OF THESE PEOPLE

PAULA PATSON AND RONALD PATSON ARE NOT THERE TRUE NAMES, AND IDENTITY.

9) THAT MICHAEL FOX GOING TO THE FEDERAL COURT HOUSE IN GALVISTION TEXAS, ONLY TO BE

PROVOKED AND INTIMADED AT THE ELEVATOR GOING TO THE CLERKS OFFICE BY DIFFERENT

UNITED STATES FEDERAL MARSHALLS. AS THE PLAINTIFF IS SEEKING HOW TO FILE A LEGAL

COMPLAINT IN THIS STAGED CAR WRECK.

10) THAT ONE OF THESE FEDERAL MARSHALLS, THE PLAINTIF MICHAEL FOX WAS ASKING FOR NAMES

OF EXCELLANT ATTORNEYS THAT HE KNEW OF.

30A) THAT THIS US. MARSHALL TELLING MICHAEL FOX THAT HE CAN NOT GIVE ADVICE. BUT THERE ARE

GREAT ATTORNEYS IN HOUSTON TEXAS.

30B) THEN THIS U.S. MARSHALL TELLING MICHAEL FOX THE PLAINTIFF AS HE WALKED AWAY. GOOD LUCK

TO YOU MR FOX. THAT MICHAEL FOX THE PLAINTIFF HAD NEVER STATED HIS NAME TO THIS FEDERAL

MARSHALL EVER. AND THAT THIS U.S. FEDERAL MARSHALL HAD BEEN PRE INFORMED OF THE PLAINTIFF

MICHAEL FOX.

30C)THAT AS MICHAEL FOX WALKED AWAY FROM THIS ENCOUNTER, PLAINTIFF STATING TO THE US MARSHALL

GOOD LUCK YOU SAY---I DEAL WITH THE LOWEST FORM OF HUMAN LIFE THAT CRAWLS ON THE FACE

OF THE EARTH. AND I NEED ALL THE HELP I CAN GET.. THIS US MARSHALL JUST LAUGHED.

81) THAT MICHAEL FOX THE PLAINTIFF AFTER THIS, DROVE TO DALLAS TEXAS TO THE PLAINTIFFS

INSURANCE COMPANY AIG . AND PERSONALLY SEE'S AIG AJUSTER DAVID WATERHOUSE.

82) THAT MICHAEL FOX PRESENTED DAVID WATERHOUSE WITH ALL RECIEPTS OF REPAIRS AND EXTRAS

TO THE PLAINTIFFS VEHICAL, WHICH ARE ALSO DOCUMENTED ON PAPER.

82A) AS MICHAEL FOX THE PLAINTIFF WAS AT THIS OFFICE AND FURTHER TALKING TO DAVID WATERHOUSE

THE AIG CLAIMS REPRESENTIVE. THERE WHERE ALL KINDS OF AFRICAN AMERICAN MEN COMMING IN

THIS FAUCILTY AND LOOKING REAL HARD AT THE PLAINTIFF MICHAEL FOX THE PLAINTIFF.

THAT THE PLAINTIFF HAD SEEN SOME OF THESE SAME INDIVIDUALS IN OTHER STATES.

14

PLAINTIFF KNOWING HE IS UNDER FULL SERVALLENCE RIGHT NOW.

3) THAT THIS AIG AJUSTER DAVID WATERHOUSE TAKES ALL RECIEPTS TO HIS MANAGER AND COMES BACK

WITH A NUMBER OF 22 HUNDRED DOLLARS FOR THE PLAINTIFFS VEHICAL.

3A)THAT MICHAEL FOX STATES THAT HE WILL NEVER ACCEPT THIS SMALL AMOUNT OF MONEY. THAT

MICHAEL FOX STATES HE WANTS A LOT MORE MONEY WITH ALL THE REPAIRS THAT WHERE DONE TO THE

PLAINTIFFS VEHICAL AND NEW PARTS THAT WHERE INSTALLED.

4) MICHAEL FOX MAKING COMPLAINTS TO DAVID WATERHOUSE THAT THIS IS A PROPERTY DAMAGE CASE.

THIS VEHICAL WAS PARKED AND NOT DRIVING DOWN THE ROAD. IT FALLS UNDER PROPERTY DAMAGE

CAUSED BY A DRIVER. AND THAT THE PLAINTIFF WAS SEEKING REIMBURSTMENT OF ALL NEW PARTS

INSTALLED INCLUDING LABOR AND THE WORTH OF THE VEHICAL.

14) DAVID WATERHOUSE SAYS HIS MANAGER WILL NOT BUDGE. MICHAEL FOX IS TOLD BY DAVID

WATERHOUSE THAT IT WOULD BE BETTER FOR THE PLAINTIFF TO GO TO THE WOMANS INSURANCE THAT

CAUSED THIS ACCIDENT..

35) DAVID WATERHOUSE STATES THAT HE HAS THE DEFENDANTS PAULA PATSONS INSURANCE COMPANY

NAME AND PHONE NUMBER AND POLICY NUMBER..

86) THAT MICHAEL FOX MAKES CONTACT WITH AMICA INSURANCE AND THERE DIFFERENT AJUSTER FOR

MEDICAL ATTENTION AND VEHICAL DAMAGE.

87) THAT MICHAEL FOX IS TOLD HE CAN RECIEVE APPROX 3100 HUNDRED DOLLARS FOR HIS VAN. AFTER

THE PLAINTIFF HAD MAILED COPYS OF ALL RECEIPTS ON THIS 1995 PLYMOUTH GRAND VOYAGER.

87A)MICHAEL FOX THE PLAINTIFF COMPLETLY DECLINES THIS OFFERING. STATING THAT THIS IS A

PROPERTY DAMAGE CASE. AND THAT THE PLAINTIFF HAS MAILED YOU AT AMICA INSURANCE RECIEPTS

OF OVER 7000 DOLLARS ON THIS VEHICAL. AND THAT THE PLAINTIFF WANTS 7000 DOLLARS FOR

THIS PROPERTY DAMAGE CAUSED BY THIS STAGED CAR WRECK..

87B) THAT AMICA INSURANCE HAS DENIED THE PLAINTIFF HIS RIGHTFUL CLAIM, AND WOULD PAID NOTHING

MORE THAN 3100 FOR THIS VEHICAL. BY SHERRON CHAPA THE AMICA INSURANCE AJUSTER.

88) THAT AS OF TODAYS DATE JAN 30 2008. MICHAEL FOX HAS NOT RECIEVED A THING FOR

REIMBURSTMENT OF THE PLAINTIFFS TOTALED VEHICAL.. FROM EITHER HIS OWN PERSONAL

INSURANCE AIG-OR FROM AMICA INSURANCE THE DEFENDANTS INSURANCE..

88A) NOTING THAT AIG INSURANCE STATED THEY WILL PAY THE PLAINTIFF NO MORE THAT

15

THE 22 HUNDRED DOLLARS WHEN BEING RE-CONTACTED AFTER THE PLAINTIFF DECLINING TO ACCEPT

OFFER MADE BY AMICA INSURANCE

9) THAT MICHAEL FOX DUE TO THIS STAGED CAR WRECK. WENT FROM SLEEPING IN A BED IN HIS

PLYMOUTH GRAND VOYAGER. TO SLEEPING UP RIGHT IN THE FRONT SEAT OF RENTED CARS FROM

THRIFTY CAR RENTAL FROM THE DATE OF THIS ACCIDENT FEB 4TH 2006 TO SEPT 21 2006.

90) THAT MICHAEL FOX MADE DILIGENT ATTEMPTS TO GET PAYED FOR HIS TOTALED VEHICAL SO HE

COULD BUY ANOTHER MINI VANN, AND SLEEP THE WAY THE PLAINTIFF MICHAEL FOX USE TO PRIOR

TO THIS STAGED CAR WRECK THAT WAS INFLICTED ONTO THE PLAINTIFF.

91) THAT FROM SLEEPING IN THE FRONT SEAT OF SMALL SUB COMPACT CARS FROM THE DATE OF THIS

ACCIDENT OF FEB 4 2006 UNTIL SEPT 21 2006- SOME SEVEN AND A HALF MONTHS LATER.

THAT DURING THIS TIME FRAME, THE PLAINTIFF MICHAEL FOX HAD DEVELOPED BLOOD CLOTS IN

THE PLAINTIFFS RIGHT CALF, AND PARTS OF THE BLOOD CLOTS HAD BROKEN OFF FROM THE PLAINTIFF

RIGHT CALF AND LODGED IN BOTH OF THE PLAINTIFFS LUNGS..

92) THAT MICHAEL FOX WAS HOSPITALIZED IN YUMA REGIONAL HOSPITAL ON SEPT 21 2006 AND WAS

RELEASED ON SEPT 25TH 2006.. FROM YUMA REGIONAL HOSPITAL IN YUMA ARIZONIA.

93) THAT MICHAEL FOX THE PLAINTIFF IS TOLD THAT HE IS VERY LUCKY TO BE ALIVE, AND SINCE

YOU ARE ALIVE. YOU ARE VERY LUCKY YOU HAVE NOT HAD A STOKE, AND ARE PARILIZED IN SOME

SORT.. THAT MICHAEL FOX IS TOLD YOU REALLY DO'NT KNOW HOW LUCKY YOU ARE....

93A)THAT MICHAEL FOX THE PLAINTIFF WAS TOLD THIS BY SEVERAL DIFFERENT VISITING DOCTORS, AND

SEVERAL NURSES ON STAFF..

93B) THAT ONE NURSE HAD TOLD MICHAEL FOX THE PLAINTIFFF THAT DO YOU REMEMBER DAVID BLOOM

OF NBC NIGHTLY NEWS-- THAT HE HAD DIED WHILE BEING IN IRAQ-AND WAS IN CRAMPED QUARTERS

IN M-1 TANKS WHILE BROAD-CASTING NEWS ON THE 2ND GULF WAR. AND AFTER THE AUTOPSY IT WAS

FACT THAT DAVID BLOOM DIED OF BLOOD CLOTTING IN HIS LEGS AND WENT TO HIS LUNGS, THEN

HIS BRAIN, AND THAT DAVID BLOOM DIED ASA RESULT OF LOSS OF BLOOD FLOW.

93C) THAT AGAIN MICHAEL FOX IS TOLD YOU REALLY DO NOT KNOW HOW LUCKY YOU ARE.

94) THAT DUE TO THIS STAGED CAR WRECK THAT WAS INFLICTED UPON THE PLAINTIFF MICHAEL FOX.

THE PLAINTIFF HAS SUFFERED SERVER AND EMOTIONAL AND IRREPTABLE HARM DUE TO THIS STAGE

CAR WRECK.. AND WILL CONTINUE FOR THE REST OF THE PLAINTIFFS NATURAL LIFE.

) THAT MICHAEL FOX THE PLAINTIFF HAD ASKED TO BE PAID WHAT AMICA INSURANCE THOUGHT WAS DUE FOR THE TOTALED VAN OF THE PLAINTIFFS. AND TO HAVE THE ADDTIONAL MONIES OWED AND DUE MICHAEL FOX THE PLAINTIFF BE SET FOR ARBITRATION..

) THAT AMICA INSURANCE TOLD MICHAEL FOX THAT THEY DO NOT WORK THAT WAY. EITHER YOU ACCEPT WHAT WE OFFER YOU. AND SIGN OFF ON YOUR CLAIM OF DAMAGES.

5A) OR YOU CHOOSE ARBITRATION, AND YOU WILL NOT GET PAID UNTIL AFTER ARBITRATION. AND THAT IT COST MONEY, FOR AN UMPIRE AND REFERRE TO HEAR YOUR COMPLAINT.

7) THAT DUE TO THIS STAGED CAR WRECK. THE PLAINTIFF MICHAEL FOX WILL NEED MEDICAL TREATMENT FOR THE REST OF HIS NATURAL LIFE.

8) THAT MICHAEL FOX CAN AND WILL SUFFER FROM CONTINUED BLOOD CLOTTING FOR THE REST OF HIS NATURAL LIFE, POSSIBLY CAUSING A STOKE OR EVEN THE POSSILITY OF DEATH IN THIS CASE..

9) THAT THE BLOOD VESSELS IN THE PLAINTIFFS LEG ARE SERVERLY DAMAGED, AND THAT THESE BLOOD VESSEL WILL NOT PROPERLY MOVE THE BLOOD IN THE PLAINTIFFS RIGHT CALF.

THIS WILL ONLY FURTHER CAUSE BLOOD CLOTTING IF THE PLAINTIFF DOES NOT WATCH HIS LEG AND SITUATIONS OF PROLONG DRIVING OR SITTING IN AN AREA TO LONG.

00) THAT AS THE PLAINTIFF GETS OLDER. THIS IS EVEN GOING TO BECOME MORE OF A DANGER AS YOU BECOME MORE RELAXED AND IM-MOBIL IN YOUR OLDER AGE... AND YOUR VEINS DETERIORATE IN YOUR OLDER AGE, FURTHER INCREASING THE PLAINTIFF TO SUFFER IN FURTHER BLOOD CLOTTING, CAUSING POSSIBLE DEATH, OR BECOMING PARILISED IN SOME SHORT, FROM A STOKE. OR DEATH

101) THAT DUE TO THIS STAGED CAR WRECK. ITS A GREAT POSSIBLTY THAT MICHAEL FOX WILL DIE BECAUSE OF THIS DEFENDANT PAULA PATSON AND FURTHER THE FULL INTENTFULL ACTIONS AND HER FELLOW CONSPIRITORS.

101A)ATTTACHED HERETO AS EXHIBIT 2 IS A COPY OF A NEWSPAPER ARTICAL WHERE A MAN SEVERED TIME BECAUSE HE SHOT A POLICE OFFICER. THEN SOME 41 YEARS LATER THIS POLICE OFFICER DIES. THEN THIS MAN WHO SHOT THIS POLICE OFFICER IS THEN ARRESTED AGAIN 41 YEARS LATER, AND CHARGED WITH THE MURDER OF THIS POLICE OFFICER, BECAUSE THIS POLICE OFFICER DIED FROM COMPLICATIONS DUE TO THE INJURIES IT CAUSED 41 YEARS EARLIER.

101B) THAT THERE WILL NEVER BE JUSTICE FOR MICHAEL T FOX THE PLAINTIFF IF THIS HONORABLE

17



COURT DOES NOT CHARGE AND CONVICT THE PEOPLE INVOLVED IN THIS UNWARRANTED POLICE STING

OPPERATION AND ANYONE INVOLVED.

1B) ATTACHED HERETO AS EXHIBIT 3 IS A COPY OF A MAN WHO IS WRONGLY CONVICTED OF A CRIME,

AND IS RELEASED AFTER 26 YEARS IN PRISON AND IS COMPENSATED FOR 26 YEAR OF HIS LIFE

WITH A MONEY SETTLEMENT AMOUNT OF 1.5 MILLION

1c) ATTACHED HERETO AS EXHIBIT 3 IS A COPY OF AN ARTICAL WHERE 4 CALIFORNIA LAW MEN SUED

BECAUSE THEY WHERE HARRASED AT WORK-THREATENED AT WORK- THAT THESE OFFICES WIN A 10.4

MILLION DOLLAR BIAS LAW SUIT FOR THIS..

1D) THAT MICHAEL FOX HAS ALWAYS STATED THAT THE GOVERMENT IS ALWAYS ALLOWED EXTRA MONIES

OR ALWAYS ENTITLED TO SPECIAL BENIFITS. THAT THEY ARE FURTHER EXCEMPT FROM CRIMINAL

PROSECUTION BECAUSE OF WHO AND WHAT THEY ARE..

MAN IS WRONGLY INCARCERATED FOR 26 YEARS OF HIS LIFE AND RECIEVES 1.5 MILLION.

4 POLICE OFFICERS SCREAM ABOUT HARASSMENT-JOB DISCRIMINATION, AND FURTHER THERE

SUPERVISOR THREATENING THEM AND UNDERMINING THERE WORK, AND REFUSING TO SUPPLY BACK UP

FORCE FOR ONE OFFICER... THESE 4 MEN GET OVER 2.5 MILLION DOLLARS APIECE..

1E) WHERE IS THE JUSTICE YOU SEE HERE.. AND ABOUT MY FACTS OF STATEMENTS, THE POLICE ARE

UTTER CRY BABIES AND ENTITLED TO SPECIAL PRIVLEDGES. BECAUSE THEY CRY..

THAT MICHAEL FOX UTTERLY DEMANDS JUSTICE IN THIS FOREGOING COMPLAINT WITH RIGHTFUL

CIVIL AWARDS AND THE INCARCERATION OF THE PARTIES BEHIND THIS STAGED CAR WRECK.

02) THAT MICHAEL FOX THE PLAINTIFF HAS INDURED MEDICAL BILLS DUE TO THIS STAGED CAR WRECK

THAT ARE UNPAID AS OF THIS DATE.

03) THAT MICHAEL FOX THE PLAINTIFF HAS CONTACTED THESE MEDICAL PROVIDERS AND HAVE TRYED

TO HAVE THEM LEIN THE PLAINTIFFS CLAIM AGANIST AMICA MUTUAL INSURANCE.

04) THAT ALMOST ALL OF THESE MEDICAL PROVIDERS WILL NOT ACCEPT 3RD PARTY LEINS, AND THEY

DEMANDED PAYMENT. MICHAEL FOX THE PLAINTIFF UNABLE TO MAKE PAYMENT DUE TO HIS

FINANCIAL BEING.

05) THAT DUE TO THIS, THESE MEDICAL PROVIDERS HIRED COLLECTION AGENCYS, THEN FURTHER THESE

COLLECTION AGENCYS FILING A NON PAYMENT AGAINST THE PLAINTIFFS CREDIT RATING..

106) THAT DUE TO THIS AGAIN STAGED CAR WRECK, MICHAEL FOX THE PLAINTIFF HAS HAD MARKS AGAINST

THE PLAINTIFFS CREDIT RATING.

107) THAT FURTHER DUE TO THIS. STAGED CAR WRECK. MICHAEL FOX THE PLAINTIFF HAD HAD SOME OF

HIS CREDIT CARDS CANCELLED DUE TO HIS UNPAID MARKS ON CREDIT RATING REPORT.

108) THAT FURTHERMORE DUE TO THIS STAGED CAR WRECK AND MEDICAL BILLS NOT BEING PAID. SOME

CREDIT CARD COMPANIES HAS RAISED THE INTREST RATES ON CREDIT CARDS BY 15 TO 20 PERCENT.

108A) THIS HAS CAUSED CONTINUED STRAINED ON THE PLAINTIFF, AS INTREST RATES WHERE DOUBLED

AND TRIPLED.. AT NO FAULT OF THE PLAINTIFF MICHAEL FOX.

109) THAT MICHAEL FOX HAD A GREAT CREDIT RATING PRIOR TO THIS STAGED CAR WRECK. AND STILL HAS

EXCELLANT CREDIT RATING, BUT HAS BLEMISHES ON HIS CREDIT REPORT DUE TO UNPAID MEDICAL

BILLS DUE TO THIS STAGE CAR WRECK..

110) MICHAEL FOX THE PLAINTIFF AS A RESULT OF THIS, WENT BACK TO THE PLAINTIFFS INSURANCE

PROVIDER AIG INSURANCE AND HAD HIS INSURANCE PROVIDE THE NESASARY MEDICAL TREATMENT.

111) THAT AS MICHAEL FOX THE PLAINTIFF WENT TO MEDICAL PROVIDERS FOR TREATMENT. AIG INSURANCE

AJUSTER TARA PAYNE. HAD SCHUDULED MICHAEL FOX FOR APPOINTMENTS TO SEE THERE DOCTOR, FOR A

INDEPENDANT MEDICAL EVALUATION REPORT OF INJURYS. THAT THE 1ST DOCTOR STATES PLAINTIFF IS

IN NEED OF MEDICAL ATTENTION..

112) AFTER APPROX. 5 WEEKS LATER THIS SAME TARA PAYNE FROM AIG INSURANCE FOUND A DOCTOR IN

SAN DIEGO CA. FOR MICHAEL FOX TO SEE FOR ANOTHER EVAUALTION OF HIS MEDICAL CONDITION.

ANOTHER INDEPENDANT MEDICAL PROVIDER

113) THAT THIS DOCTOR ALLEGEDLY WROTE A REPORT NEGITIVE AGANIST MICHAEL FOX THE PLAINTIFF

AND THAT AIG INSURANCE HAD STOPPED ALL PAYMENTS FOR MEDICAL ATENTION THAT IS RIGHTFULLY

DUE THE PLAINTIFF MICHAEL FOX

114) ITS FURTHER THE BELIEF THAT THESE SAME SECURITY COMPANYS, AND GOVERMENT POLICE THAT

POLICE THE PLAINTIFF MICHAEL FOX. ARE BEHIND THE STOPPING OF THE PLAINTIFF RECIEVING

MEDICAL TREATMENT THE PLAINTIFF SO SEEKS AND DESIRES...

115) THAT MICHAEL FOX THE PLAINTIFF HAS BEEN UNJUSTLY TREATED AND THE CONTINUING VIOLATIONS

OF THE PLAINTIFFS STATE AND FEDERAL CIVIL RIGHTS HAVE BEEN VIOLATED RELENTLESSLY..

116) THAT MICHAEL FOX HAS ALWAYS TRYED TO STAY ON TOP OF THE TREATMENT NEEDED, BUT THESE

24
EXHIBIT A

 

INSURANCE COMPANYS AND AJUSTERS HAVE ALWAYS THROWN UP ONE BLOCK AFTER ANOTHER TRYING TO

FORCE A SETTLEMENT ONTO THE THE PLAINTIFF MICHAEL FOX.

17) THAT MICHAEL FOX WAS CONTACTED BY AJUSTER TERRY SCOLARI. THAT THIS WOMAN IS IN CHARGE

OF THE SAN DIEGO CA. AREA. FOR AMICA INSURANCE...THE DEFENDANTS INSURANCE CARRIER.

THAT MICHAEL FOX HAD MADE ARRANGEMENTS TO MEET THIS WOMAN, BUT ONLY TO BE SET UP AT

AT THE LOCATION OF THIS MEETING.

117A)THAT THIS AMICA INSURANCE AJUSTER TERRY SCOLARI DID NOT SHOW UP AT THIS BASEBALL GAME

HERE DAUGHTER WAS ALLEDGLY PLAYING IN.

117B)THE PLAINTIFF ONLY TO BE UNDER SERVALLENCE AT THIS LOCATION.. THE PLAINTIFF MICHAEL

FOX KNOWING HE IS BEING SET UP AGAIN. AND LEFT THIS MEETING LOCATION.

117C)MICHAEL FOX CONTACTED THIS TERRY SCOLARI AND TO BE TOLD THAT THE GAME WAS SCHEDULED FOR

1:30 PM- AND NOT 8AM AS WAS ORIGINALY TOLD THE PLAINTIFF- AND FURTHER THE TIME THIS

MEETING WAS SCHEDULED FOR. AT 8AM.

118) THEN MICHAEL FOX TRYING TO GET AN AJUSTER FOR THE NEVEDA AREA OF LAKE TAHOE OR RENO

OR CARSON CITY NEVEDA AREA AFTER MOVING THERE TEMPORARY.

119) MICHAEL FOX BEING TOLD THAT AMICA INSURANCE HAS NO AJUSTERS FOR THAT AREA.. THE

PLAINTIFF BEIEVING THIS IS JUST ANOTHER LIE BY THIS INSURANCE COMPANY.

120) THAT AGAIN MICHAEL FOX THE PLAINTIFF IS APPROACHED BY TERRY SCOLARI A SENIOR AJUSTER

FROM AMICA INSURANCE. AFTER RETURNING BACK TO SAN DIEGO CALIFORNIA.

121) THAT AGAIN MICHAEL FOX AND THIS AJUSTER MAKE ANOTHER APPOINTMENT TO MEET. AND THIS

AJUSTER DOES NOT SHOW UP AGAIN..

122) THEN AFTER. THIS AJUSTER STATING SHE WILL MAKE A ONE TIME OFFER OF 5000 DOLLARS TO

SETTLE THIS CLAIM..

123) BY AND THOUGH AMICA INSURANCE AJUSTERS LISTED IN THIS COMPLAINT. AND THERE TERRORIST

WAYS OF DOING BUISNESS HAVE ADDED CONTINUED HARM AND WELL BEING TO THE PLAINTIFF MICHAEL

FOX, CAUSING UNWARRANTED PAIN AND SUFFERING AND FURTHER EMOTIONAL AND FURTHER

IRREPTABLE HARM, FOR UTTERLY NO JUST CAUSE.

124) THAT AFTER THESE INCIDENTS MICHAEL FOX WAS CONTACTED BY RICHARD PARMELEE ANOTHER AMICA

INSURANCE SENIOR AJUSTER FOR A POSSIBLE SETTLEMENT.

125) THAT THIS MAN RICHARD PARMELEE RETIRES FROM AMICA INSURANCE. AND MICHAEL FOX THE

PLAINTIFF IS CONTACTED BY HIS BOSS JAMES ZERBA OF AMICA INSURANCE FROM SOUTHERN LOS
ANGLES COUNTY IN CALIFORNIA.

126) THAT MICHAEL FOX MADE A STOP TO SEE JAMES ZERBA AT HIS OFFICE ON DEC 31 2007 AT

APPROX 1:30PM--BUT WAS UNABLE TO MAKE PERSONAL CONTACT.

127) THAT MICHAEL FOX AS OF TODAYS DATE IS UNABLE TO RECIEVE PROPER MEDICAL ATTENTION OR

TRUTHFULL MEDICAL REPORTS DUE TO THIS CONTINUED BATTLE WITH INSURANCE COMPANYS AND

THE UNKNOWN GOVERMENT POLICE AND SECURITY COMPANYS THAT FOLLOW AND INTIMADE AND

PROVOKE THE PLAINTIFF MICHAEL FOX... AND FURTHER DENY THE PLAINTIFF MEDICAL TREATMENT

128) WHERE MICHAEL FOX THE PLAINTIFF COMES TO THIS COURT SEEKING REIMBUSTMENT IN THE AMOUNT

OF CAR RENTALS FROM THE DATE OF THIS STAGED CAR ACCIDENT TO THE LAST RENTAL CAR.

128A) PLAINTIFF FURTHERMORE REQUESTING PAYMENT OF THE TIME AND EXPENSE OF HAVING TO RETURN

EVERYONE OF THESE CARS EVERY 28 DAYS FOR ANOTHER 28 DAY RENTAL.AT LOS ANGLES THRIFTY

RENTAL ON CENTURY BLVD IN LOS ANGLES CA.

128B) PLAINTIFF SEEKING REIMBUSTMENT OF 34.5 CENTS PER MILE, AND 25 DOLLARS PER HOUR IN

PERSONAL TIME USED TO SECURE ANOTHER 28 DAY RENTAL CAR.

128C) THAT MICHAEL FOX THE PLAINTIFF IS SEEKING REIMBURSTMENT OF PROPERTY DAMADE IN THE

AMOUNT OF 7000 DOLLARS FOR THE PLAINTIFFS 1995 PLYMOUTH GRAND VOYAGER DUE TO THIS

STAGED CAR WRECK THAT WAS INFLICTED UPON THE PLAINTIFF MICHAEL FOX. FROM AMICA

INSURANCE COMPANY. NOT INCLUDING INTREST AND PENALTIES OF SAID AMOUNT.

WHICH ARE FURTHERMORE DUE AND OWING ON ALL OF PARAGRAPHS NUMBER (128)

129)-THAT MICHAEL FOX SEEKS REIMBURSTMENT OF ALL MEDICAL BILLS THAT HAVE ACCUMULATED OVER

THIS STAGED CAR WRECK BEGINING FROM THE HOSPITALIZATION TO CURRENT..

130)-THAT MICHAEL FOX HAD LOST WADGES OF 5 WEEKS AT 1040.00 PER WEEK. THAT MICHAEL FOX

IS SEEKING REIMBURSTMENT OF IN THE AMOUNT OF 5200.00. FROM SEPT 25 THRU OCT 26 2006

NOT INCLUDING INTREST AND PENALTIES WHICH ARE DUE AND OWING ON SAID MONEY.

130B)-THAT MICHAEL FOX WAS JUST HIRED FOR WORK BY WILLIAM KELLEY AND SONS OF CALIFORNIA.

130C)-THAT THE PLAINTIFF WAS TO START WORK SOMETIME IN 3RD OR 4TH WEEK OF SEPT OF 2006

21

.30D)-THAT MICHAEL FOX WAS EN-ROUTE BACK TO SAN DIEGO CALIFORNIA WHEN PLAINTIFF STOPPED IN

YUMA ARIZONIA FOR DOCTORS TREATTMENT TO SWALLON RIGHT CALF AND NOT BEING ABLE TO BREATH

CORRECTLY.

130E)-THAT MICHAEL FOX WAS HOSPITILIZED ON SEPT 21 2006 DUE TO BLOOD CLOTS IN LEGS AND LUNGS

130F)-THAT PLAINTIFF MICHAEL FOX FROM THIS STAGED CAR WRECK HAS GOTTEN BLOOD CLOTS IN LUNGS

AND RIGHT LEG, PREVENTING THE PLAINTIFF FROM STARTING HIS NEW JOB..

131)-THAT DUE TO THE PLAINTIFF BEING DENIED HIS RIGHT TO A 7000 SETTLEMENT FOR PROPERTY

DAMAGE TO THE PLAINTIFFS MOTOR VEHICAL. ONLY TO BE TOLD THAT THE PLAINTIFF WOULD HAVE TO

SIGN A RELEASE OF RESPONSIBLITY IF THE PLAINTIFF EXCEPTED THE AMICA  INSURANCE COMPANYS

OFFER OF 3100.00 DOLLARS. THE PLAINTIFF NOW HAS SEVERE HEALTH ISSUES AND WILL FOR THE

ENTIRERTY OF THE PLAINTIFFS LIFE. BECAUSE OF THE GROSS CONDUCT OF THE DEFENDANTS, AND

THESE INSURANCE COMPANYS WHICH WHERE MOST LIKLY PURSUDED BY GOVERMENT OFFICIAL AND THERE

AGENTS

131A) PLAINTIFF SLEEPING IN A BED IN HIS VANN, THEN SLEEPING UPRIGHT IN SUB COMPACT CARS FOR

7.5 MONTHS DELEVOPLE BLOOD CLOTS ALL DUE TO THIS STAGED CAR WRECK

131B)PLAINTIFF WOULD HAVE NEVER BEEN SLEEPING UP RIGHT IF THIS CAR STAGED CAR WRECK NEVER WAS

INFLICTED UPON THE PLAINTIFF MICHAEL FOX.

131C) THAT IF AMICA INSURANCE WOULD HAVE SUPPLIED THE THE PLAINTIFF WITH THE 3100.00 DOLLARS.

THAT AMICA THOUGHT THEY OWED THE PLAINTIFF THE PLAINTIFF COULD HAVE POSSIBLY BOUGHT

BOUGHT ANOTHER VEHICAL.

131D) THAT THE PLAINTIFF MICHAEL FOX SEEKS UNCONDITIONAL MEDICAL TREATMENT FOR THE RESET OF

THE PLAINTIFFS NATURAL LIFE DUE TO THIS BLOOD CLOTTING AND DAMAGE DONE TO BLOOD VESSELS

AND ADDITIONAL DAMAGE DONE TO PLAINTIFFS BLOOD CLOTS IN LUNGS..

132) THAT THE PLAINTIFF FURTHER SEEKS UNCONDITIONAL MEDICAL TREATMENT TO THE PLAINTIFF

CERVICAL NECK AND SPINE AND RIGHT HIP FOR THE REST OF THE PLAINTIFFS NATURAL LIFE...

132A) THAT AMICA INSURANCE PROVIDE ALL UNCONDTIONAL MEDICAL TREATMENT AND DRUGS AND ANY

OTHER SERVICES NEEDED FOR ANYTHING RESULTING FROM THIS STAGED CAR WRECK..

133) THAT THE PLAINTIFF MICHAEL FOX WILL LIKLEY DIE AS A RESULT OF THIS STAGED CAR WRECK.

THAT AMICA MUTUAL INSURANCE PAY THE PLAINTIFF MICHAEL FOX THE SUM OF NOT LESS THAN

22



15,000 DOLLARS FOR THE BURIAL OF THE PLAINTIFF. AND NOT TO FURTHER EXCEED 25,000

DOLLARS FOR THE PLAINTIFFS BURIAL EXPENSE..

34) THAT MICHAEL FOX FURTHER COMES TO THIS COURT SEEKING THE JUSTICE THAT NEVER PREVAILS

IN AMERICA ANYMORE. LET ALONE THAT THE PLAINTIFF HAS SEEK FOR HIMSELF, IN THIS GROSS

AND DELIBERATE VIOLATION OF DEPREVATION OF THE PLAINTIFFS CIVIL RIGHTS VIOLATIONS

UNDER COLOR OF THE LAW. INCLUDING THE STATE CRIMES IN WHICH EVER STATES THE CIVIL

RIGHTS HAVE BEEN VIOLATED--WHICH ARE TEXAS AND CALIFORNIA AND POSSIBLY NEVEADA ON

THIS SAID COMPLAINT.

34A) THAT MICHAEL FOX FURTHER REQUESTS THAT THE STATES IN WHICH THESE VIOLATIONS HAPPENED

FURTHER FIND CIVIL JUDGEMENT UNDER CIVIL AWARDS AND CRIMINAL INTENT OF WRONG DOING.

35) WHERE TO THIS HONORABLE COURT FURTHER INVESTIGATE AND PROSECUTE ANY AND ALL PRIVATE

INDIVIDULES INVOLVED IN THIS MATTER. ALONG WITH THERE GOVERMENT POLICE.

FURTHERMORE THE GALVISTON POLICE. THE WOMAN WHOM CAUSED THIS STAGED WRECK PAULA PATSON

AND HER ALLEDGED HUBAND RONALD PATSON.... WHOM CAME TO PICK THIS WOMAN UP AFTER THIS

STAGED CAR ACCIDENT. AND ALL OTHERS INVOLVED.

36) PLAINTIFF FURTHER STATES, HOW DOES THIS ALLEDGED HUSBAND COME DRIVING UP TO THIS

ACCIDENT AFTER IT JUST HAPPENED. HE IS CONTACTED BY WHOM. THIS MAN AND WOMAN BOTH

FROM HOUSTON TEXAS. AND PAULA PATSON THE DEFENDANT HAS JUST DESTROYED THE FAMILY CAR.

AND THE DEFENDANT PAULA PATSONS ALEDGED HUSBAND COMES DRIVING TO THIS STAGED WRECK IN

AN OLD FORD PICK UP TRUCK BY HIMSELF.

137) THAT THIS ALLEDGED HUSBAND OF PAULA PATSON SHOWS UP. PAULA PATSON IS STILL IN THE

VEHICAL. THAT THIS MAN IS OF SOUND MIND AND FULLY ALERT. KNOWS WHERE TO RETRIVE

THE INSURANCE CERTIFICATE. AND GIVE PROPER INSURANCE INFORMATION ON THIS VEHICAL...

138) THAT WHERE DID THE POLICE OFFICER WRITTING THIS POLICE REPORT EVER RECIEVE THE INCORRC

INSURANCE INFORMATION.. WRITEN IN THE POLICE REPORT IS  AMERICAN MUTUAL INSURANCE

WHEN ITS AMICA MUTUAL INSURANCE. HOW COULD THIS POLICE OFFICER NOT SPOT THE

INCORRECT CERTIFICATE OF INSURANCE.. WHY-----BECAUSE IT IS A GOVERMENT COVER UP..

139) THAT ITS FURTHER PROOF THAT THE GALVISTON POLICE ARE INVOLVED, WHICH WHERE



BY SOME OTHER HIGH RANKING SECURITY OR POLICE DIVISION OR SOME OTHER KIND OF GOVERMENT

AGENCY THAT POLICE THE PLAINTIFF MICHAEL FOX. REPORTING THAT THE PLAINTIFF IS IN TOWN.

AND TO FURTHER COVER UP THIS STAGED CAR ACCIDENT ANYWAY POSSIBLE.

40) THAT THE GALVISTON POLICE NOT CITING THE DEFENDANT PAULA PATSON WITH WRECKLESS DRIVING

CARLESS DRIVING OR DRIVING UNDER THE INFLUENCE OF DRUGS.. THAT THIS PAULA PATSON

STATING SHE HAS TAKEN THE DRUG ZANEX PRIOR TO DRIVING . IT SURLY IS JUST ANOTHER

GOVERMENT STING OPERATION, AND FURTHER COVER UP TO DECIEVE THE TRUTH THAT IS NEVER

FOUND ANYMORE IN THE UNITED STATES OF AMERICA...

COPY OF POLICE REPORT ATTACHED HERETO AS EXHIBITS 1A THRU 1D (A FOUR PAGE EXHIBIT)

40A) THAT THE PLAINTIFF MICHAEL FOX COULD HAVE BEEN KILLED OR SEVERLY INJURIED AND THIS

WOULD HAVE GONE ON WITH-OUT THE PROPER INVESTIGATION OR CRIMINAL CHARGES BROUGHT ON..

40B) THAT ALL THAT WOULD HAVE COME OUT IS THAT A MAN WAS KILL WHILE SLEEPING IN HIS VAN

LEGALLY PARKED ON SEAWALL BLVD.

THAT NO CHARGES WOULD HAVE EVER BEEN FILED IN THE DEATH OF MICHAEL FOX THE PLAINTIFF.

WHEN IN FACT THIS WAS A FULL FLEDGE GOVERMENT HIT TO FURTHER SEVERLY HARM OR KILL

THE PLAINTIFF MICHAEL FOX.

[40C) THAT THE PEOPLE THAT POLICE MICHAEL FOX THE PLAINTIFF HAD SEEN THAT MICHAEL FOX

THE PLAINTIFF HAD PARKED IN BETWEEN TWO VEHICALS WITH A 8 TO 9 FOOT CUSHION OF

SPACE BEHIND THE PLAINTIFFS CAR. WHEN PARKED ON SEAWALL BLVD.

141D) THAT THERE WOULD HAVE TO BE A TREMENDUS BLUNT FORCE AT A HIGH RATE OF SPEED TO

PROPELL THE FORD EXPLORER INTO THE BACK OF THE PLAINTIFFS VEHICAL TO DESTROY IT.

KILLING THE PLAINTIFF OR SEVERLY INJURING THE PLAINTIFF...

141E) THAT THIS IS THE REASON WHY DEFENDANT PAULA PATSON WAS DRIVING AT LEAST TWICE THE

POSTED LEGAL SPEED LIMIT OF 45 MPH. KNOWING THAT THIS IS THE ONLY WAY TO GET TO THE

PLAINTIFF MICHAEL FOXES CAR.

141F) THAT ONLY BY SLAMMING THE VEHICAL PARKED BEHIND THE PLAINTIFFS AT A HIGH RATE OF SPEED

WOULD CAUSE DAMAGE TO THE PLAINTIFF MICHAEL FOXES VEHICAL. FURTHER SHOWING THE PROOF

OF THERE INTENT AND THERE THOUGHT PROCESS USED TO EXCUTE IT. ITS CALLED A CONSPRIRACY.

141G) THAT ITS FURTHER PROOF OF THE INTENT TO PROTECT THE DEFENDANT PAULA PATSON BY THE

GALVISTON POLICE DEPARTMENT-- AS TO THE FALSE INSURANCE COMPANY DOCUMENTED IN THIS

POLICE REPORT, THE NON ISSUANCE OF CRIMIAL CHARGES AS TO DRIVING UNDER THE INFLUENCE

OF PERSCRIPTION DRUGS, AND OTHER DRIVING VIOLATIONS AS TO WRECKLESS DRIVING OR

CARELESS DRIVING..

141H) POLICE NEVER ASKING THE PLAINTIFF MICHAEL FOX IF THEY CAN INDEED HELP OR DRIVE THE

PLAINTIFF TO A SECURE LOCATION..

141I) THAT MICHAEL FOX THE PLAINTIFF DEMANDS TO SEE PAST DOCTOR PERSRIPTIONS FOR PAULA

PATSON AND DOCTOR NOTES. AND FURTHER-MORE RECEIPTS OF PAYMENT TO THIS DOCTOR

PERSCIBING THE DRUG ZANEX FURTHERMORE THE PHARMACY WHERE THE DRUG WAS PURCHASED. AND

THOSE PAID RECIEPTS OF PAULA PATSON THE DEFENDANT..

,2) PLAINTIFF MICHAEL FOX FURTHER REQUESTS PROOF THAT THESE ALLEDGED TICKETS PAULA PATSON

RECIEVED ARE DOCUMENTED ON DEFENDANTS DRIVERS LICENSE AND FURHTERMORE PAULA PATSON

EVER PAID A SINGLE TICKET. SHOWING PROOF OF PAID RECIEPTS.

142A)ITS THE PLAINTIFF MICHAEL FOXES OPINION THAT PAULA PATSON IS NOT UNDER DOCTORS CARE

PRIOR TO THIS STAGED ACCIDENT, FOR THE DRUG ZANEX- AND ITS AN ALIBIE FOR THE STAGED

CAR WRECK ALMOST KILLING THE PLAINTIFF MICHAEL T FOX..

143) THAT AFTER THIS STAGED CAR ACCIDENT. AND ON SUPER BOWL SUNDAY.  MICHAEL FOX IS GOING TO

DIFFERENT BARS IN DOWNTOWN GALVISTON TX. ON THE STRAND

144) THAT MICHAEL FOX GOES INTO THE CURRENTLY KNOWN GRAVITY BAR AT 2120 THE STRAND.

IN DOWNTOWN GALVISTON TEXAS.

145) THE SUPER BOWL WAS ALREADY BEING PLAYED, AND THE PLAINTIFF WALKED INTO THIS BAR AND

GOES TO THE FREE BUFFET OF FOOD THEY WHERE SERVING DURING THE FOOTBALL GAME..

146) THAT AFTER THE PLAINTIFF GOT HIS PLATE OF FOOD AND TURNED AROUND TO FIND A PLACE TO

SIT. THERE IS A GROUP OF MEN. WHICH ARE MEXICAN AND WHITE MEN.

146A) THESE GROUP OF YOUNG LOOKING MEN- LOOKING AT AT THE PLAINTIFF MICHAEL FOX LIKE THEY

WOULD LOVE TO KILL THE PLAINTIFF MICHAEL FOX.

147) PLAINTIFF NODS HIS HEAD AT THEM. WALKS BY THEM AND SITS BEHIND THEM, BUT TO THE RIGHT

25

SIDE OF THERE TABLE. AS MICHAEL FOX THE PLAINTIFF DOES THIS. PLAINTIFF SAYING TO HIMSELF

THESE ARE THE SICK AND SICO POLICE. OR TEAM PLAYERS THAT KNOW THE PLAINTIFF.

47A) THAT MICHAEL FOX HAS HAD THIS SAME TREATMENT FOR AT LEAST 15 YEARS OF THE PLAINTIFFS

LIFE. AND THEY ARE ALWAYS THE SICO SICK POLICE AND THERE TEAM PLAYERS.

48) THAT AS THE PLAINTIFF MICHAEL FOX SAT THERE, A FEW OF THEM LOOK BEHIND THEM AT THE

PLAINTIFF MICHAEL FOX WHILE THE PLAINTIFF WAS EATING AND WATCHING THE GAME. PLAINTIFF

NOT DRINKING PRIOR TO COMMING TO THIS BAR. OR WHILE ENTERING AND BEING IN THIS BAR.

PLAINTIFF DOES NOT DRINK...

49) THAT MICHAEL FOX THE PLAINTIFF NEEDS A COMPLETE KNEE REPLACEMENT IN HIS LEFT KNEE.

THAT THE PLAINTIFF PUTS LEFT LEG UP ON EMPTY CHAIR AT THE TABLE THE PLAINTIFF IS

SITTING AT, BECAUSE OF PAIN IN KNEE.

50) THAT THE CLOSEST MEXICAN SITTING AT THE END OF THE TABLE TURNS AROUND AND LOOKS AT THE

PLAINTIFF, AND LOOKS DISCUSTED AT THE PLAINTIFF AND LOOKS AT THE PLAINTIFFS LEG..

THIS MEXICAN MAN MUMBLING SOMETHING.

51) THAT THE PLAINTIFF KEEPS HIS MOUTH SHUT KNOWING THESE ARE THE SICO POLICE...

51A)THAT THIS GROUP OF MEN LEAN IN TOWARDS THE TABLE. AND ARE TALKING QUIETLY. THEN THEY ALL

SIT BACK. THE CLOSET MEXICAN TO MICHAEL FOX TURNS AROUND AND ATTACKS THE PLAINTIFF

MICHAEL FOX VERBALLY. THAT THIS MEXICAN TELLS THE PLAINTIFF TO GET YOUR LEG OF THE CHAIR

AND WHAT DO YOU THINK, ARE YOU THINKING YOU ARE AT HOME..OTHERS AT THERE TABLE TURN AND

LOOK THEN TURN BACK AROUND.. THIS MEXICAN MAN TALKING TO THE PLAINTIFF AS IF HE IS PUNK.

152) PLAINTIFF TRYS TO IGNORE THIS MAN.. THIS SAME MEXICAN AFTER APPROX 20 SECONDS LATER

TELLS THE PLAINTIFF DID YOU NOT HEAR ME, GET YOUR LEG OFF THE CHAIR.

153) MICHAEL FOX THE PLAINTIFF BLURTS OUT TO THIS MEXICAN TO SHUT THE FUCK UP....

153A) THIS ENTIRE GROUP OF MEN JUMP UP FROM THIS TABLE AND ATTACK THE PLAINTIFF MICHAEL FOX.

ONE MAN TELLING THE PLAINTIFF THATS IT. YOUR OUT OF HERE..

154) PLAINTIFF IS TOLD BY ONE MAN HE IS SECURITY FOR THE BAR AND YOU THE PLAINTIFF HAVE TO

LEAVE. PLAINTIFF SAID I WILL LEAVE...PLAINTIFF LEAVES WITH UTTERLY NO PROBLEM..

155) PLAINTIFF IS LEAD TO FRONT DOOR BY THESE GROUP OF MEN.. MAN IN CHARGE OF SECUITY TELLS

MICHAEL FOX NEVER TO COME BACK HERE AGAIN..



156) MICHAEL FOX LEAVES AND WALKS DOWN THE STRAND LOOKING FOR ANOTHER BAR. BUT CAN FIND NO

BAR THAT SUITS THE PLAINTIFFS LIKING TO WATCH THE FOOTBALL GAME.

157) THAT MICHAEL FOX WALKS BACK BY THIS SAME BAR HE WAS KICKED OUT OF. PLAINTIFF STANDING

ON THE SIDEWALK LOOKING INSIDE WATCHING THE FOOTBALL GAME..

157A) THIS GROUP OF SAME MEN SITTING AT THERE TABLE JUMP UP AND ATTACK MICHAEL FOX AS HE

STANDS OUTSIDE THIS BAR LOOKING IN FROM THE SIDEWALK.

157B) MICHAEL FOX THE PLAINTIFF IS TOLD HE IS GOING TO JAIL. HE IS GRAB BY 3 DIFFERENT MEN

FORCED TO PUT HIS HANDS ON A BLUE FORD VICTORIAN OR GRAND MARCUS.

158) THAT MICHAEL FOX IS TOLD BY THE SLENDER 5FT 10IN MAN WITH DARK COMPLETION AND BLACK

HAIR HE IS GALVISTON VICE. AND IN HEAD OF SECURTIY AT THIS BAR.. AND THAT YOU THE

PLAINTIFF ARE GOING TO JAIL.. I TOLD YOU NEVER TO COME BACK HERE..

159) MICHAEL FOX IS BEING UTTERLY PROVOKED AND INTIMADED AT THIS TIME, THEY ARE TRYING TO

GET THE PLAINTIFFF MICHAEL FOX TO LASH BACK SO THEY CAN LEGALLY ARREST THE PLAINTIFF.

160) THERE IS THE MAN WHO DRIVES THIS BLUE FORD HAS HIS HAND ALL OVER THE PLAINTIFFS FOREARM

HOLDING THE PLAINTIFFS HANDS DOWN ON THE FRONT HOOD OF HIS CAR. THIS MAN APPROX 40

YRS OLD HAS DIRTY BLOND HAIR WITH A FULL BEARD AND MUSTACHE. THIS IS A DEA AGENT

POSSIBLY. OR STATE AGENT. SOME SORT OF GOVERMENT POLICE..

161) THAT MICHAEL FOX THE PLAINTIFF IS STRIP SEARCHED, HIS WALLET TAKEN. THAT THE MAN FROM

THE VICE SQUAD OF THE GALVISTON POLICE CALL FOR A POLICE CAR.

161A) THAT THE VICE SQUAD MAN FROM THE GALVISTON POLICE STATES THAT HE IS ITALIAN WHEN

MICHAEL FOX THE PLAINTIFF ASKS IF HE IS MEXICAN.

162) MICHAEL FOX IS LATER TOLD THAT THEY ARE GOING TO DRIVE THE PLAINTIFF TO ANOTHER BAR

IN DOWNTOWN. AND TO NEVER COME BACK HERE AGAIN. OR THE PLAINTIFF WILL BE ARRESTED FOR

LEGAL TRESSPASS.

163) MICHAEL FOX STATES TO THESE TWO DRUG ENFORCEMENT OFFICERS THAT THIS IS A FREE COUNTRY.

THE PLAINTIFF CAN WALK ANYWHERE IN THIS TOWN OR UNITED STATES.. THAT THE PLAINTIFF

MICHAEL FOX FURTHER STATES I AM STANDING ON THE SIDEWLALK AND YOU DO NOT HAVE NO RIGHT

TELLING ME WHERE I CAN, AND CAN NOT STAND..PLAINTIFF STATING I AM NOT IN THE BAR

27

63A)THAT THE ITALIAN MAN, HEAD OF SECURITY AND GALVISTON POLICE OFFICER IN VICE SQAUD TELLS

MICHAEL FOX THE PLAINTIFF, NOT HERE IN GALVISTON TEXAS, DUE YOU...YOU DO NOT COME

AROUND HERE OR YOU WILL GO TO JAIL. THIS IS YOUR LAST WARNING...

64) THAT THE OWNER OF THIS BAR WAS PLEADING WITH HIS HIRED SECURITY OFFICER, AND OFFICER OF

THE VICE SQUAD FROM THE GALVISTON POLICE AND THE REST OF THESE GROUP OF PEOPLE, THAT TO

LEAVE THE PLAINTIFF ALONE. THAT ITS FINE IF THE PLAINTIFF COMES BACK INTO THIS BAR..

.64A) THIS SECURITY OFFICER SAYS NO ITS NOT, HE IS NEVER ALLOWED IN YOUR BAR. I WILL NOT

PERMIT IT.

164B) THIS OWNER OF THIS BAR KEPT PLEADING WITH THESE 2 DRUG ENFORCEMENT OFFICERS AND

SECURITY. BUT THEY WOULD NOT LISTEN TO HIM..

165) THAT AGAIN MICHAEL FOX THE PLAINTIFFS CIVIL RIGHTS ARE RELENTLESSLY VIOLATED. THE

PLAINTIFF BEING ATTACKED ON TWO OCASSION, ONCE INSIDE THIS BAR BECAUSE THERE IS

PRIOR KNOWLEDGE THAT MICHAEL FOX IS IN TOWN, AND THAT THESE 2 DRUG INFORMENT OFFICER

DUE INDEED HAVE PRIOR KNOWLEDGE OF THE PLAINTIFF AND THAT ANYTIME YOU COME UPON THIS

PLAINTIFF MICHAEL FOX TO PROVOKE AND INTIMADE HIM IN ANYWAY POSSIBLE..

165A) THAT  MICHAEL FOX WALKS BY THIS SAME BAR AND IS STANDING ON THE SIDE-WALK OUTSIDE

OF THIS BAR. THE PLAINTIFF IS AGAIN ATTACKED. BODY SEARCHED AND TOLD HE IS GOING TO

IAIL.. PLAINTIFF HAVING HIS HANDS FORCEFULLY HELD BEHIND HIS BACK, THEN FORCFULLY HAD

THE PLAINTIFFS HANDS HELD ON THE TOP OF THE THIS BLUE VEHICAL PARKED OUT FRONT OF THIS

BAR.

165AA) AGAIN THE PLAINTIFF BEING RELENTLESS PROVOKED AND INTIMADED AS TO WHERE THEY ARE

TRYING TO GET THE PLAINTIFF TO LASH BACK, AND HAVE A CHARGE TO CHARGE THE PLAINTIFF

WITH SOME SORT OF CRIMINAL OFFENSE...

165B) THAT THIS IS FURTHER PROOF THAT THESE POLICE FROM GALVISTON TEXAS WHERE PRE INFORMED

OF MICHAEL FOX COMMING INTO THERE TOWN AND TO STRIKE IF THEY HAVE THE CHANCE.

THAT THESE GALVISTON POLICE DID IN FACT STRIKE AN INTENTIONAL HIT ON THE PLAINTIFF

MICHAEL FOX AS HE SLEEP INSIDE HIS VEHICAL, THEN CONTINING ON THROUGH OUT THE PERIOD OF

TIME THE PLAINTIFF STAYED IN GALVESTON TEXAS, BY AND THROUGH THERE FELLOW ASSIOCATES.

166) THAT FROM ALL THE  ABOVE STATED COMPLAINT. MICHAEL FOX COMES TO THIS COURT SEEKING

*28*



A CIVIL REWARD FOR ABUSE AND INFLICTION OF UNWARRANTED EMOTIONAL AND IRRUPTABLE

HARM WHICH WAS INTENTIONALLY INFLICTED UPON THE PLAINTIFF MICHAEL FOX, WHICH WILL

INFACT HAVE GRAVE RESULTS, AND WILL INDEED MOST LIKLY BE THE CAUSE OF THE PLAINTIFFS

DEATH.

.67) PLAINTIFF MICHAEL FOX SEEKING THE CRIMINAL CONVICTION OF ALL FEDERAL AND STATE

CRIMES INFLICTED UPON THE PLAINTIFF AND THE RELENTLESS CIVIL RIGHTS VIOLATIONS

AGAINST THE PLAINTIFF. TO WHICH ALL PARTYS ARE RESPONSIBLE

INCLUDING BUT NOT LISTED THE UNKNOWN GOVERMENT AGENCYS AND INDIVIDULES..

WHICH ARE IN FACT A DIRRECT RESULT OF THE PLAINTIFFS CIVIL RIGHTS BEING VIOLATED

UNDER DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF THE LAW. BOTH FEDERAL AND STATE

169) WHERE AS PLAINTIFF SEEKING DAMAGES JOINTLY AND SERVERLY AGAINST ALL PRIVATE INDIVIDULES.

ALL POLICE AGENCYS INVOLVED, ALL SECURITY COMPANYS INVOLVED, FEDERAL AND STATE AGENCY.

170) ALSO INCLUDING ANY AND ALL UNKNOWN POLICE AGENCYS GOVERMENT AGENCYS AND PRIVATE UNKNOWS

AND MILATARY BRANCHES.

INCLUDING ANY FOREIGN ASSOCIATIONS AND POLICE AND PRIVATE PEOPLE TO ALSO BE INCLUDED IN

THIS LAW SUIT AS JOINTLY AND SEVERLY SERVED

171) THAT IN THIS GROSS INFLICTION OF THE PLAINTIFF MICHAEL FOX CIVIL RIGHTS BEING

VIOLATED AND CONTINUIS AND UTTER INTIMADATION AND CONSTANT PROVOKING. WHICH ALL OF

THE ABOVE WAS COMMITED WITH INCULDING THE INTENT AND MALAIS TO CAUSE GREAT EMOTIONAL

AND IRRUPTABLE HARM TO THE PLAINTIFF MICHAEL FOX FOR UTTERLY NO JUST CAUSE BUT TO

FURTHER HARM THE PLAINTIFFAS TO KILL OR SEVERLY PHYSICALY HARM THE PLAINTIFF.

172) THE PLAINTIFF MICHAEL FOX IS SEEKING NOT LESS THAN 10 BILLION DOLLARS AND NOT TO

EXCEED 15 BILLION DOLLARS...WHICH INCLUDE ALL OF THE ABOVE LISTED COMPLAINTS

ALSO INCLUDED IN THIS 10 TO 15 BILLION DOLLLAR JUDGEMENT IS PUNITIVE DAMAGES

ALREADY ACESSED.

173) THAT MICHAEL FOX FURTHER MAKES THE STATEMENT THAT WHILE THE PLAINTIFF WAS WORKING FOR

HIMSELF IN FORT MEYERS FLORIDA. THE PLAINTIFF WAS TOLD HE COULD WORK AS A FBI INFORMANT

AND MOVE TO IDAHO.



73A)THE PLAINTIFF BEING TOLD HE COULD INFINTRATE THE MALISA GROUPS IN IDAHO- TELLING THESE

MALISA GROUPS HOW THE GOVERMENT HAS DONE THE PLAINTIFF WRONG HIS ENTIRE LIFE. AND

WORKING WITH THE FBI SUPPLING THEM WITH INFORMATION ON THESE MALISA GROUPS.

FOR DOING SO THAT THE PLAINTIFF CAN RECIEVE A SOCIAL SECURITY DISABILITY CHECK BECAUSE

THE PLAINTIFF MICHAEL FOX IS MENTALLY ILL.

THAT MICHAEL FOX NEVER RESPONDED TO THIS NONSENSE.

173B) THAT MICHAEL FOX WAS TOLD THIS BY A MAN ALREADY BUSTED BY THE FEDERAL DRUG ENFORCEMENT

AGENCY. AND THE FBI. THAT THIS MAN NAMED BUD, AS HE WAS CALLED. WAS A GOVERMENT PLANT.

AS THE PLAINTIFF MICHAEL FOX HAD SECURED A BUILDING JOB ON THE FORT MEYERS BEACH IN

JAN OF 1996.

174) THAT MICHAEL FOX WHILE TRYING TO SELL HIS HOME IN MICHIGAN ON FEB 8 OR 9 1998 RECIEVED

A PHONE CALL FROM A MAN THAT WANTED TO SEE THE PLAINTIFFS HOME FOR SALE. THAT THE

PLAINTIFF HAD THIS HOME FOR SALE BY OWNER.

174A)THAT A MAN CAME TO SEE HE PLAINTIFFS HOME FOR SALE WITH A WOMAN AND STARTED ASKING ALL

KINDS OF QUESTIONS AS TO WHY ARE YOU MOVING THIS IS A BEAUTIFUL LOCATION AND BEAUTIFUL

LAKE FRONT HOME YOU HAVE HERE.

174B)THIS SAME MAN AS TIME WENT ON STATING TO MICHAEL FOX THE PLAINTIFF, THAT THE PLAINTIFF

HAS TO GROW HIS HAIR LONG, AND PUT IT IN A PONY TAIL. AND THAT THE PLAINTIFF WAS INFACT

TOLD HE HAD TO WORK AS A MICHIGAN STATE POLICE INFORMANT...

174C)THE PLAINTIFF FURTHER BEING TOLD IF THE PLAINTIFF DID NOT WORK AS A MICHIGAN STATE POLICE

INFORMANT, THAT THE PLAINTIFFS LIFE WOULD BE REAL HARD, AND THAT NO MATTER WHERE THE

PLAINTIFF GOES IN HIS LIFE, THAT THE PLAINTIFFS LIFE WILL BE REAL HARD...

175) THAT DUE TO MICHAEL FOX DENING TO WORK AS A POLICE INFORMANT. THE PLAINTIFF HAS BEEN

UNJUSTLY CRUSIFIED, FOR NOT EVER WORKING AS A POLICE INFORMANT.

175A)THAT THESE TIMES OF THESE INCIDENTS TO WORK AS AN INFORMANT HAPPENED IN JAN OF 1996

AND FEB.8 1998- AND THE CURRENT TIME DATE IS JAN 30 2008..

175B)THAT MICHAEL FOX HAS BEEN ATTACKED RELENTLESSLY THROUGH OUT HIS ENTIRE LIFE FIGHTING

THESE POLICE AND GOVERMENT OFFICALS THAT POLICE THE PLAINTIFF MICHAEL FOX- RELENTLESSLY

VIOLATING THE PLAINTIFFS STATE- AND FEDERAL CIVIL RIGHTS.

176) THAT THIS CAR ACCIDENT IS JUST FURTHER PROOF OF THE POLICE MISCONDUCT, AND THESE

GOVERMENT AGENCYS AND THE COVER UP OF THIS STAGED CAR WRECK. AND THERE ABILITY TO FALSIFY

ANYTHING THEY WANT.

FURTHER INBEDDING INTO THE PLAINTIFFS MIND OF WHAT THESE PEOPLE ARE, AND WHAT THESE PEOPLE

ARE CAPABLE OF.

177)ITS FURTHER PROOF OF THE NON STOP INFLICTION OF THE PLAINTIFF CIVIL RIGHTS BEING VIOLATED.

AS TO NO MATTER WHERE THE PLAINTIFF EVER GOES IN HIS LIFE, YOUR LIFE WILL BE REAL HARD.

AS WAS TOLD THE PLAINTIFF IF HE DOES NOT WORK AS A MICHIGAN STATE POLICE INFORMANT.

178) THAT IT WILL NOT STOP UNTIL EITHER THE PLAINTIFF IS KILLED OR COURT ACTION IS IMPOSED

AGANIST THESE VIOLATORS OF THE FEDERAL AND STATE CRIMES, IN WHICH STATES THESE CRIMES

WHERE INFLICTED ONTO THE PLAINTIFF MICHAEL FOX..

179) FURTHER THE UNITED STATES CIVIL RIGHTS VIOLATIONS UNDER DEPRIVATION OF CIVIL RIGHTS

UNDER COLOR OF THE LAW, AND THAT THESE VIOLATORS ARE CONVICTED, AND SENTENCED TO HARSH

PRISON TERMS, AND HARSH CIVIL FINES AND PENALTIES AS RIGHTFULLY SHOULD BE..

WHERE AS THE PLAINTIFF COMES TO THIS HONORABLE COURT AND UTTERLY DEMANDS JUSTICE FOR THE
PLAINTIFF AS STATED IN THE ABOVE NUMBERED COMPLAINT
ALSO INCLUDING NUMBERED ALPHEBETICAL PHARAGRAPHS

PLAINTIFF

MICHAEL T. FOX
CURRENTLY IN PRO PER

*MAY 16 2008*

*Emil
        Lfox449@Hotmail.com (small caps)*

*31*

TEXAS PEACE OFFICER'S CRASH REPORT  CR3-3 (Rev. 01/05)  Submission of Crash Records: This report may be submitted via the CRIS Web Portal, electronically submitted via XML or mailed to the TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0360. Please see the DPS instructions to Police for more details regarding these submission methods or look on the CRIS Website at http://www.txdps.state.tx.us/crisportal/index.htm

☐ FATAL   ☐ CMV INVOLVED   ☐ SCHOOL BUS RELATED   ☐ RAILROAD RELATED   ☐ MEDICAL ADVISORY BOARD   ☐ HIT AND RUN   ☐ AMENDMENT/SUPPLEMENT

**PLACE WHERE CRASH OCCURRED**

LOC = 2006-____93

COUNTY **Galveston**          CITY OR TOWN **Galveston**

DRI =

IF CRASH WAS OUTSIDE CITY LIMITS INDICATE FROM NEAREST TOWN **N/A** MILES ☐☐☐☐ N S E W of **N/A**

DPS =

**ROAD ON WHICH CRASH OCCURRED** **8100**  **Seawall**  **Boulevard**
BLOCK NUMBER     STREET OR ROAD NAME     ROUTE NUMBER OR STREET CODE

CONSTRUCTION ZONE WORKERS PRESENT ☐ YES ☑ NO    SPEED LIMIT **45**
CONSTRUCTION ZONE WORKERS PRESENT ☐ YES ☑ NO

**INTERSECTING STREET OR RR X'ING NUMBER**
BLOCK NUMBER     STREET OR ROAD NAME     ROUTE NUMBER OR STREET CODE

CONSTRUCTION ZONE WORKERS PRESENT ☐ YES ☐ NO    SPEED LIMIT

NOT AT INTERSECTION **250** ☑ FT. ☐☐☐☐ ML N S E W of **51st Street**
SHOW NEAREST OR NEAREST INTERSECTING NUMBERED HIGHWAY, IF NONE, SHOW NEAREST INTERSECTING STREET OR REFERENCE POINT

MILEPOST     LATITUDE
LONGITUDE

**DATE OF CRASH** **February**  **4th**  **2006** DAY OF WEEK **Saturday**     HOUR **Midnight 0000** ☑ AM ☐ PM   IF EXACTLY NOON OR MIDNIGHT, SO STATE

UNIT # **1** ☐ 1-MOTOR VEHICLE  4-PEDESTRIAN  7-NON-CONTACT
☐ 2-TRAIN  5-MOTORIZED CONVEYANCE  8-OTHER
☐ 3-PEDALCYCLIST  6-TOWED

VIN **3C8FY78G19T266958**   ALTERED VEHICLE HEIGHT ☐ YES ☑ NO

YEAR MODEL **2004**  COLOR & MAKE **Blue/Chrysler**  MODEL NAME **GT Turbo**  BODY STYLE **4-Door**   LICENSE PLATE **06 TX Y95-NJST**

DRIVER'S NAME **Patson  Paula  Pakenham  311 Kackerillo Dr Houston TX 77079**   PHONE NUMBER **281 870 1964**
LAST  FIRST  MIDDLE  ADDRESS (STREET, CITY, STATE, ZIP)

DRIVER'S LICENSE **TX**  **09667937**  **C**  **None**  **A**  **07.23.52**   LICENSE STATUS **1**
STATE  CLASS/TYPE  ENDORSEMENTS  RESTRICTIONS  DATE OF BIRTH
1-VALID  3-SUSPENDED/REVOKED  5-OTHER
2-NOT VALID  4-CANCELLED/DENIED  6-UNKNOWN

DRIVER'S ETHNICITY **1** 1-WHITE 4-ASIAN 5-OTHER  DRIVER'S SEX ☐ MALE ☑ FEMALE  DRIVER'S OCCUPATION **Channel Territory Manager** POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE
2-HISPANIC  3-BLACK

TYPE OF ALCOHOL SPECIMEN TAKEN **4** TEST RESULTS ____
1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED
TYPE OF DRUG SPECIMEN TAKEN **3** TEST RESULTS **N/A** DRUG CATEGORY ____
1-BLOOD 2-URINE 3-NONE 4-REFUSED

LESSEE/OWNER ☑ **Same**
NAME (IF DIFFERENT SHOW LESSEE OR LESSOR, OTHERWISE SHOW OWNER)

LIABILITY INSURANCE ☑ YES ☐ NO ☐ EXP  **American Mutual Ins Co. 960842-24HK**   VEHICLE DAMAGE RATING **FD-5**
INSURANCE COMPANY NAME    POLICY NUMBER    ADDRESS (STREET, CITY, STATE, ZIP)

UNIT # **2** ☐ 1-MOTOR VEHICLE  4-PEDESTRIAN  7-NON-CONTACT
☐ 2-TRAIN  5-MOTORIZED CONVEYANCE  8-OTHER
☐ 3-PEDALCYCLIST  6-TOWED  **1**

VIN **1FMZU62E91ZA72930**   ALTERED VEHICLE HEIGHT ☐ YES ☑ NO

YEAR MODEL **2001**  COLOR & MAKE **Purple/Ford**  MODEL NAME **Explorer**  BODY STYLE **SUV**   LICENSE PLATE **06 TX N-77YGb**

DRIVER'S NAME **Legally Parked**   PHONE NUMBER
LAST  FIRST  MIDDLE  ADDRESS (STREET, CITY, STATE, ZIP)

DRIVER'S LICENSE **N/A**   LICENSE STATUS **6**
STATE  CLASS/TYPE  ENDORSEMENTS  RESTRICTIONS  DATE OF BIRTH
1-VALID  3-SUSPENDED/REVOKED  5-EXPIRED
2-NOT VALID  4-CANCELLED/DENIED  6-UNKNOWN

DRIVER'S ETHNICITY **5** 1-WHITE 4-ASIAN 5-OTHER  DRIVER'S SEX ☐ MALE ☐ FEMALE  DRIVER'S OCCUPATION **N/A** POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF CHECKED, PLEASE EXPLAIN IN NARRATIVE
2-HISPANIC 3-BLACK

TYPE OF ALCOHOL SPECIMEN TAKEN **4** TEST RESULTS ____
1-BREATH 2-BLOOD 3-URINE 4-NONE 5-REFUSED
TYPE OF DRUG SPECIMEN TAKEN **3** TEST RESULTS ____ DRUG CATEGORY ____
1-BLOOD 2-URINE 3-NONE 4-REFUSED

LESSEE/OWNER ☑ **Ramirez, Elmeda  2316 29th Ave N TexasCity TX 77590**
NAME (IF DIFFERENT SHOW LESSEE OR LESSOR, OTHERWISE SHOW OWNER)  ADDRESS (STREET, CITY, STATE, ZIP)

LIABILITY INSURANCE ☐ YES ☐ NO ☐ EXP  **Unknown**   VEHICLE DAMAGE RATING **RD-5/FD-5**
INSURANCE COMPANY NAME    POLICY NUMBER

DAMAGE TO PROPERTY OTHER THAN VEHICLES
**None**
TEXT    NAME AND ADDRESS OF OWNER    $____    FIRST FINAL TOTAL    DAMAGE ESTIMATE

IN YOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? ☑ YES ☐ NO

CHARGES FILED

NAME **Patson, Paula Pakenham**  CHARGE **Failed to Maintain Single Marked Lane** CITATION # **M 089 450 A**

NAME **Patson, Paula Pakenham**  CHARGE **Failed to Control Speed** CITATION # **M 089 450 B**

WE NOTIFIED OF CRASH **2-4-06**  **0010**  HOW **Dispatched** TIME ARRIVED AT SCENE **2-4-06**  **0011**  DATE OF REPORT **02-04-06**
DATE    TIME    DATE    HOUR

TYPED OR PRINTED NAME OF INVESTIGATOR **S. Brewer**   ID# **398** AGENCY **Galveston P.D.**  DIST/AREA **C**   REPORT COMPLETE ☑ YES ☐ NO

**EXHIBIT A**

Page 2

**TOWED DUE TO DISABLING DAMAGE** ☑ YES ☐ NO - VEHICLE REMOVED TO 5907 Ave J  BY Tony Bros Permit 4

| ITEM | SEAT POSITION | NAME | ADDRESS | SOL | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | RACE |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | 1 | Patson, Paula Pokingham | 311 Kickerilla Dr Houston TX 77079 | N | 1 | 2 | 3 | 4 | 53 | F | N |

**TOWED DUE TO DISABLING DAMAGE** ☑ YES ☐ NO  VEHICLE REMOVED TO 5100 Post Office  BY AAAA Permit #5

| ITEM | SEAT POSITION | NAME | ADDRESS | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 6 | 11 | Legally Parked | | | | | | | | | |

**NARRATIVE:**

Unit 1 was traveling Eastbound on Seawall b/w.
Units 2 and 3 were parked facing East
Unit 1 drifted to the right striking Unit 2.
Unit 2 hit Unit 3. Driver of Unit 1 stated
that she took .25 mg of Xanex 45 minutes
prior to driving with little rest and no food.

**FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION**

| UNIT | FACTORS/CONDITIONS CONTRIBUTING | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED | VEHICLE DEFECTS CONTRIBUTING | VEHICLE DEFECTS MAY HAVE CONTRIBUTED |
|------|------|------|------|------|
| 1 | 40 | 62 | 20 | 22 | 25 |

**DIAGRAM**



Seawall Blvd    To 81st Street

NOT TO SCALE

| TRAFFIC CONTROL | | ROADWAY RELATION | |
|------|------|------|------|
| | 1 | | 3 |

| PART OF THE ROADWAY | | ROADWAY ALIGNMENT | | LIGHT CONDITION | |
|------|------|------|------|------|------|
| | 1 | | 1 | | 3 |

| TYPE OF ROAD SURFACE | | WEATHER | | SURFACE CONDITION | |
|------|------|------|------|------|------|
| | 2 | | 1 | | 1 |

E1, 1A-17

S PEACE OFFICER'S CRASH REPORT  CRB-3 (Rev. 01/06)  Submission of Crash Records: This report may be submitted via the CRIS Web Portal, electronically submitted via XML or mailed to the TEXAS DEPARTMENT OF C SAFETY, PO BOX 4087, AUSTIN TX 78773-0350. Please use the DPS Instructions to Police for more details regarding these submission methods or look on the CRIS Website at http://www.txdps.state.tx.us/cris/index.htm

| | |
|---|---|
| RTAL ☐ | CMV INVOLVED ☐  SCHOOL BUS RELATED ☐  RAILROAD RELATED ☐  MEDICAL ADVISORY BOARD ☐  HIT AND RUN ☐  AMENDMENT SUPPLEMENT ☑ |

CE WHERE
SH OCCURRED                                                    LOC # 2006- 4993

NTY Galveston        CITY OR TOWN Galveston       ORI #

RASH WAS OUTSIDE CITY LIMITS ☐    MILES ☐☐☐☐ N S E W OF_____    DPS #
ICATE FROM NEAREST TOWN

D ON WHICH
SH OCCURRED   8100        Seawall        Boulevard
        BLOCK NUMBER   STREET OR ROAD NAME   ROUTE NUMBER OR STREET CODE

CONSTRUCTION ZONE ☐ YES ☑ NO    SPEED LIMIT 40
WORKERS PRESENT ☐ YES ☐ NO

RSECTING STREET
RR X'ING NUMBER   BLOCK NUMBER   STREET OR ROAD NAME   ROUTE NUMBER OR STREET CODE

CONSTRUCTION ZONE ☐ YES ☐ NO    SPEED LIMIT
WORKERS PRESENT ☐ YES ☐ NO

T AT INTERSECTION 250   ☑ FT. ☐☐☐☐  N S E W   OF 81st Street   MILEPOST   LATITUDE_____
                        ☐ MI.                                          LONGITUDE_____

E OF
SH February   4th   2006   DAY OF WEEK Saturday   HOUR 0000   Midnight   ☐ AM  IF EXACTLY NOON
                                                                              ☐ PM  OR MIDNIGHT, SO STATE

NT# 3  ☑  1-MOTOR VEHICLE  4-PEDESTRIAN  7-NON-CONTACT   VIN# 3P4GH44R5XG102288   ALTERED ☐ YES
           2-TRAIN  5-MOTORIZED CONVEYANCE  8-OTHER                                VEHICLE HEIGHT ☑ NO
           3-PEDALCYCLIST  6-TOWED

IR DEL 1995  COLOR & MAKE Brown Plymouth  MODEL NAME Voyager  BODY STYLE Mini Van   LICENSE PLATE 06 MI 1MP37

VER'S NAME Legally Parked                                                  PHONE NUMBER None
         LAST           FIRST                                             TEL

VER'S LENSE N/A
        STATE   CLASS/TYPE   ENDORSEMENTS   RESTRICTIONS   DATE OF BIRTH

LICENSE STATUS ☑   1-VALID  4-CANCELLED/DENIED
                   2-NOT VALID  5-EXPIRED
                   3-SUSPENDED/REVOKED  6-UNKNOWN

VER'S NICITY ☑  1-WHITE  4-ASIAN  DRIVER'S ☑ MALE  DRIVER'S OCCUPATION Unemployed
              2-HISPANIC 6-OTHER  SEX ☐ FEMALE                        POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF ORDERED, PLEASE EXPLAIN IN NARRATIVE
              3-BLACK

PE OF ALCOHOL SPECIMEN TAKEN ☑ TEST RESULTS   TYPE OF DRUG SPECIMEN TAKEN ☑ TEST RESULTS   DRUG CATEGORY #
BREATH  2-BLOOD 3-URINE 4-NONE 5-REFUSED        1-BLOOD 2-URINE 3-NONE 4-REFUSED

SSEE ☐
WNER ☑ Fox, Michael Thomas   PO Box 111621 Naples Fl 34108
      NAME (IF BUSINESS, SHOW LICENSE IF LEASED, OTHERWISE SHOW OWNER)   ADDRESS (STREET, CITY, STATE, ZIP)

BILITY ☑ YES   The INS Co of Pennsylvania   2 77-70 59 01425   VEHICLE DAMAGE RATING RD-5
URANCE ☐ NO    INSURANCE COMPANY NAME          POLICY NUMBER
       ☐ EXP

NT# ☐  1-MOTOR VEHICLE  4-PEDESTRIAN  7-NON-CONTACT   VIN#   ALTERED ☐ YES
           2-TRAIN  5-MOTORIZED CONVEYANCE  8-OTHER          VEHICLE HEIGHT ☐ NO
           3-PEDALCYCLIST  6-TOWED

IR DEL   COLOR & MAKE   MODEL NAME   BODY STYLE   LICENSE PLATE

VER'S NAME                                                  PHONE NUMBER
         LAST           FIRST           VEHICLE

VER'S LENSE
        STATE   CLASS/TYPE   ENDORSEMENTS   RESTRICTIONS   DATE OF BIRTH

LICENSE STATUS ☐   1-VALID  4-CANCELLED/DENIED
                   2-NOT VALID  5-EXPIRED
                   3-SUSPENDED/REVOKED  6-UNKNOWN

VER'S NICITY ☐  1-WHITE  4-ASIAN  DRIVER'S ☐ MALE  DRIVER'S OCCUPATION
              2-HISPANIC 6-OTHER  SEX ☐ FEMALE                        POLICE, FIREFIGHTER, EMS, ON EMERGENCY ☐ IF ORDERED, PLEASE EXPLAIN IN NARRATIVE
              3-BLACK

PE OF ALCOHOL SPECIMEN TAKEN ☐ TEST RESULTS   TYPE OF DRUG SPECIMEN TAKEN ☐ TEST RESULTS   DRUG CATEGORY #
BREATH  2-BLOOD 3-URINE 4-NONE 5-REFUSED        1-BLOOD 2-URINE 3-NONE 4-REFUSED

SSEE ☐
WNER ☐
      NAME (IF BUSINESS, SHOW LICENSE IF LEASED, OTHERWISE SHOW OWNER)   ADDRESS (STREET, CITY, STATE, ZIP)

BILITY ☐ YES
URANCE ☐ NO    INSURANCE COMPANY NAME          POLICY NUMBER   VEHICLE DAMAGE RATING
       ☐ EXP

MAGE TO PROPERTY OTHER THAN VEHICLES

CY   NAME AND ADDRESS OF OWNER                              COST FROM CHP   DAMAGE ESTIMATE $

FOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY?   ☐ YES  ☐ NO

RGES FILED

ME   CHARGE   CITATION #

ME   CHARGE   CITATION #

E NOTIFIED   02-04-06   0010   HOW Dispatched   TIME ARRIVED AT SCENE 02-04-06   0011   DATE OF REPORT 02-04-06
CRASH                                              DATE   HOUR

ED OR PRINTED
ME OF INVESTIGATOR S. Brewer   ID# 398   AGENCY Galveston P.D.   DIST/AREA C   REPORT COMPLETE ☑ YES ☐ NO

39
EXHIBIT A

| SEAT POSITION | SOLICITATION: | EJECTED | RESTRAINT USED | AIRBAG | HELMET USE | INJURY SEVERITY |
|---|---|---|---|---|---|---|

**3.** TOWED DUE TO ☑ YES
DISABLING DAMAGE ☐ NO · VEHICLE REMOVED TO **2317 67th**    BY **West End Point 6**

| ITEM | SEAT POSITION | NAME | ADDRESS | INJ. | EJECTED | RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | Fox, Michael Thomas | PO Box 111 621 Naples, Fl 34108 | N | 1 | 8 | a | 9 | 48 | m | N |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |

☐ TOWED DUE TO   ☐ YES
DISABLING DAMAGE   ☐ NO   VEHICLE REMOVED TO _____    BY _____

| | SEAT POSITION | NAME | ADDRESS | | | RESTRAINT USED | | | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

**DISPOSITION OF KILLED OR INJURED**

IF AMBULANCE USED, SHOW

**COMPLETE THIS SECTION IF PERSON KILLED**   (If a person dies within 30 days of the crash, please complete this area and mail the supplement to the Crash Records Bureau)

INVESTIGATOR'S NARRATIVE OPINION:

Passenger in Unit 3 was asleep in
the back of Minivan.

**DIAGRAM**

**FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION**

VEHICLE DEFECTS

PART OF THE ROADWAY

TRAFFIC CONTROL

ROADWAY ALIGNMENT

LIGHT CONDITION

ROADWAY RELATION

TYPE OF ROAD SURFACE

WEATHER

SURFACE CONDITION

Exhibit 4-D

# Murder charge is filed in police officer's death 41 years after shooting



PHILADELPHIA (AP) — Four decades after officer Walter T. Barclay was shot while trying to stop a beauty salon burglary, the gunman who left him paralyzed is being charged with murder, the district attorney said Tuesday.

Barclay died two weeks ago of an infection at age 64. The city's deputy medical examiner ruled his death a homicide, saying it stemmed from the gunshot wound Barclay suffered in 1966.

"When you set in motion a chain of events, a perpetrator of a crime is responsible for every single thing that follows from that chain of events no matter how distant," District Attorney Lynne Abraham said.

The shooter, William Barnes, is now 71. He served a 15-year sentence for attempted murder after the shooting and now works in a supermarket while living at a halfway house.

Abraham said the new charge wasn't filed because Barclay was a police officer or because of any political pressure.

"It's not to please anybody or to make nice on somebody or to do something that somebody wants me to do," the prosecutor said.

Homicide detectives said

Barnes was in custody Tuesday. It was unclear whether he had an attorney to speak for him.

Several people who have known Barnes in recent years said he has been trying to atone by publicly discussing his regrets and the lives he ruined.

**William Barnes**

However, the officer's sister Rosalyn Harrison has said Barnes should serve time for murder, saying her brother had problems for decades after the shooting including pneumonia, bedsores and recurrent infections.

Barclay was a rookie officer when he was shot on Nov. 27, 1966, while trying to stop the burglary of a beauty shop in the city's East Oak Lane section. The shooting left him a paraplegic.

He died Aug. 19.



*Exhibit 2*



**Jap**

# B
### SECTION

## BRIEFLY

### Man to get $1.5 million for wrongful jailing in Ohio

COLUMBUS, Ohio — A man who spent 26 years in prison for a bank robbery and murder he did not commit settled his wrongful-incarceration lawsuit against the state for $1.5 million. The agreement between Gary James, 54, and Attorney General Marc Dann's office pays James $700,000 up front and $500,000 to be disbursed over 15 years. His lawyers get $300,000. James was freed in 2003.

### 4 California lawmen win $10 million bias suit

LOS ANGELES — A jury awarded $10.4 million to four suburban police officers who claimed they were harassed at work over their connections to two Latino leaders. The award to the South Gate officers was among the largest ever in a police employment discrimination case.

The officers, all minorities, said supervisors and fellow officers threatened them and tried to undermine their work, in one case refusing to provide backup for one officer.

*Exhibit 3*

Jap



**B**

SECTION

---

### BRIEFLY

#### Man to get $1.5 million for wrongful jailing in Ohio

COLUMBUS, Ohio — A man who spent 26 years in prison for a bank robbery and murder he did not commit settled his wrongful-incarceration lawsuit against the state for $1.5 million. The agreement between Gary James, 54, and Attorney General Marc Dann's office pays James $700,000 up front and $500,000 to be disbursed over 15 years. His lawyers get $300,000. James was freed in 2003.

#### 4 California lawmen win $10 million bias suit

LOS ANGELES — A jury awarded $10.4 million to four suburban police officers who claimed they were harassed at work over their connections to two Latino leaders. The award to the South Gate officers was among the largest ever in a police employment discrimination case.

The officers, all minorities, said supervisors and fellow officers threatened them and tried to undermine their work, in one case refusing to provide backup for one officer.

*Exhibit 4*