```
SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
 Donald G. Rez, SBN 82615
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone:    (619) 233-4100
Facsimile:    (619) 231-4372


CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
 William S. Helfand
 Ryan O. Cantrell
1200 Smith Street, Suite 1400
Houston, TX 77002
Telephone:    (713) 658-2536
Facsimile:    (713) 658-2553


Attorneys for Defendant City of Galveston
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>             Plaintiff,<br><br>v.<br><br>GALVESTON POLICE DEPARTMENT, "GALVESTON POLICE OFFICER S. BREWER ID #378-OR-398 ANY AND ALL OTHER POLICE OFFICERS AND DETECTIVES, AND OTHER EMPLOYEES OF THE GALVESTON POLICE FORCE CURRENTLY NOT KNOWN"<br><br>             Defendants. | Case No. 07CV2388 DMS (POR)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:              Hon. Dana M. Sabraw<br>Complaint Filed: December 20, 2007 |

IT IS HEREBY CERTIFIED THAT:

I, CYNTHIA FREDERICK, am a citizen of the United States and am at least eighteen years of age. My business address is 550 West "C" Street, Suite 1500, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the following documents:

    1.    CITY OF GALVESTON POLICE DEPARTMENT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION;

::ODMA\PCDOCS\PCDOCS\285273\1      1      Case No. 07CV2388 DMS (POR)

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION;

3. ORDER.

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified them.

1. Steve B. Chu, United States Attorney's Office, 880 Front Street, Room 6293, San Diego, CA 92101

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. Michael T. Fox, General Delivery, San Diego, CA 92138

2. Hon. Dana M. Sabraw, United States District Court, Southern District of California, 940 Front Street, Courtroom 10, San Diego, CA 92101

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2008.

CYNTHIA FREDERICK