# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX, | CASE NO. 07cv2388 DMS (POR) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT** |
| vs. | |
| PAULA PATSON, et al., | [Docket No. 20] |
| Defendants. | |

This case comes before the Court on Plaintiff's request for default judgment. It appears Plaintiff is requesting that the Court enter defaults on behalf of the United States Attorneys Office, the Federal Bureau of Investigation and the United States Department of Justice, all of which were named as defendants in Plaintiff's original complaint filed on December 20, 2007. Plaintiff filed proofs of service on these entities on January 22, 2008, and he asserts he is entitled to have the Court enter their defaults since they failed to respond to the complaint within the time provided.

One of the problems with Plaintiff's request, however, is he filed a First Amended Complaint on January 30, 2008. Although it appears Plaintiff did not intend this result, the First Amended Complaint supercedes the original complaint. Furthermore, the defendants against whom Plaintiff seeks to enter defaults have entered an appearance in this case in the form of a motion to dismiss,

///
///
///

which is currently under submission. For these reasons, the Court's denies Plaintiff's request for default judgments.

**IT IS SO ORDERED.**

DATED: 6-20-08

DANA M. SABRAW
United States District Judge