# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 23 AM 8:45
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Michael Fox

vs

Paula Patson And Her Husband Ronald Patson

See Attachments of Additional Defendants and Any Unknown Defendants

**SUMMONS IN A CIVIL ACTION**

Case No.

**07 CV 2388 DMS POR**

1st Amended Complaint

Summons & Complaint To Be Served at:
AIG insurance
608 Development Drive (Building 2 Suite 100)
Plano TX. 77074

TO: (Name and Address of Defendant)

AIG Insurance
640 Century Point
Lake Mary Florida 32746
Any and all of their Adjusters & Employees included

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon ~~PLAINTIFF'S ATTORNEY~~ Plaintiff Michael Fox

Michael Fox
General Delivery
San Diego CA. 92138

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Address to Serve ↑

MAY 15 2008

W. Samuel Hamrick, Jr.

J. PARIS (SEAL)

DATE

By _____ Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT:14443:1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 6-11-08 |
| NAME OF SERVER ANDY WHITMORE | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 11001 S. WILCREST #100 HOUSTON, TX

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 6-10-08

Signature of Server: Andy Whitmore

Address of Server: P.O. Box 891001 - Houston, TX 77289-1001

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNTITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ATTACHEMENTS OF DEFENDANTS IN A SUMMONS IN A CIVIL ACTION <------> CASE NUMBER 07 CV 2388 DMS POR

ADDTIONAL DEFENDANTS ARE AS FOLLOWS

GALVESTON POLICE DEPARTMENT
2517 BALL STREET
GAVISTON TX 77550
AND THERE EMPLOYEES
GALVISTON POLICE OFFICER S. BTEWER ID# 378-OR-398
ANY ND ALL OTHER POLICE OFFICERS AND DECTIVES, AND OTHER
EMPLOYEES OF THE GALVISTON POLICE FORCE CURRENTLY UNKNOWN

AIG INSURANCE
640 CENTURY POINT
LAKE MARRY FLORIDA 32746
AND THERE EMPLOYEES/AJUSTERS
TATA PAYNE-FLORIDA OFFICE
SHANNON WILLIAMS-DALLAS OFFICE
DAVID WATERHOUSE-DALLAS OFFICE
ANY UNKNOWN AIG INSURANCE EMPLOYEES

AMICA INSURANCE
2277 PLAZA DRIVE--(SUITE400)
SUGURLAND TEXAS 77479
AND THERE EMPLOYEES/AJUSTERS
TERRY SCOLARI--SAN DIEGO CA
SHERRON CHAPA--SUGURLAND TX
EREKIA HYDGINS-SUGARLAND TX
RICHARD PARMELEE--COSTA MESA CA
JAMES ZERBA--COSTA MESA CA
AMY SMITH--NEW AJUSTER
ANYUNKNOWN AMICA INSURANCE EMPLOYEES AND AGENTS
INCLUDING HIRED PRIVATE DETECTIVES

ANY OTHER POSSIBLE DEFENDANTS NOT CURRENTLY KNOWN-SUCH AS
MICHIGAN STATE POLICE AND THE STATE OF MICHIGAN EMPLOYEES AND RESIDENTS
ANY OTHER BRANCHS OF GOVERMENT POLICE-PUBLIC OR PRIVATE FROM THE STATE OF MICHIGAN

ANY AND ALL OTHER EMPLOYEES OF ANY FEDERAL-STATE-COUNTY-OR CITY BRANCH OF GOVERMENT
OR ANY KIND OF POLICE OR RESIDENCE OF ANY STATE IN THE COUNTRY OF
THE UNITED STATES OF AMERICA, CURRENTLY UNKNOWN

ANY AND ALL OTHER EMPLOYEES OF THE STATE OF TEXAS-AND THERE GOVERMENT-INCLUDING
ALL RESIDENCE OF THE STATE OF TEXAS CURRENTLY UNKNOWN

ANY AND ALL PRIVATE SECURITY COMPANYS FROM ANYWHERE IN THE UNITED STATES OF AMERICA
AND ALL FOREIGN PRIVATE SECURITY COMPANYS CURRENTLY UNKNOWN

ANY AND ALL PRIVATE DETECTIVE FIRMS AND THERE EMPLOYEES OF ANY KIND FROM THE UNITED STATES OF AMERICA CURRENTLY UNKNOWN

ANY AND ALL PRIVATE DECTIVE FIRMS FROM ANY FOREIGN COUNTRY AND THERE EMPLOYEES CURRENTLY NOT KNOWN...