# UNITED STATES DISTRICT COURT

### Southern District of California

Michael T. Fox

                        Plaintiff,

v.                                            Case No.: 3:07–cv–02388–DMS–POR

                                                                              Judge  Dana M. Sabraw

US Attorneys Office, et al.

                        Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court grants the Federal Defendants' motion to dismiss. All other pending motions are denied as moot.

                                                                                W. Samuel Hamrick, Jr.,
                                                                                         Clerk of the Court

Date: 6/24/08

                                                                                   By: s/ L. Odierno, Deputy Clerk

                                                                                       ENTERED ON: June 24, 2008