NUNC PRO TUNC
JUL 22 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MICHAEL FOX

    PLAINITFF

CASE NO 07 CV 2388 DMS (POR)

VERSES

NOTICE OF TEMPORARY
CHANGE OF ADDRESS

UNITED STATES OF AMERICA at.el.

    DEFENDANTS


TO ALL PARTIES ENVOLVED IN THIS FOREGOING MATTER BEFORE THE COURT. PLEASE TAKE NOTICE THAT THE PLAINITFF MICHAEL FOX WILL HAVE A TEMPORARY CHANGE OF ADDRESS UNTIL FURTHER NOTICE.

THAT IT WILL CHANGE BACK TO YOUR ORIGINAL ADDRESS ON YOUR FILE. WHEN BEING FURTHER NOTIFIED AGAIN.


--NEW ADDRESS WILL BE--

MICHAEL FOX
GENERAL DELIVERY
INCLINE VILLAGE NEVADA 89450


THIS ADDRESS WILL TAKE EFFECT AS OF TUESDAY JULY 22ND 2008


PLAINITFF MICHAEL FOX MAILED TO US ATTORNEYS OFFICE AT 880 FRONT STREET (ROOM 6293)
SAN DIEGO CALIFORNIA 92101
CERTIFIED MAIL#  7007 2680 0000 2741 1878

PLAINTIFF MAILED TO ATTORNEYS OF RECORD

SULLIVAN, HILL, LEWIN, REZ, & ENGEL
550 WEST "C" STREET SUITE 1500
SAN DIEGO CA. 92101
CERTIFIED MAIL#  7007 2680 0000 2741 1885

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIAN
1200 SMITH STREET SUITE 1400
HOUSTON TX. 77002
CERTIFIED MAIL#  7007 2680 0000 2741 1892

DATE OF  July 22 2008    PLAINTIFF----MICHAEL FOX----(IN-PRO/PER)

