1  KAREN P. HEWITT
   United States Attorney
2  STEVE B. CHU
   Assistant U.S. Attorney
3  California Bar No. 221177
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-5682

6  Attorneys for all Federal Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL FOX, | ) | Civil Case No. 07CV2388-DMS (POR) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE OF ELECTRONIC FILING |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, Steve B. Chu, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **July 31, 2008,** I am causing service of the following (accompanying) documents:

OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE DEFENDANTS MOTION TO DISMISS AND FURTHER SETTING ASIDE THE COURTS ORDERS TO IT

on Plaintiff, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System results in electronic notification to said party of said filing.

1 | Notice has also been delivered by mail to Plaintiff's address of record:

2 | Michael Fox
General Delivery
3 | Incline Village, Nevada 89450

4 | I declare under penalty of perjury that the foregoing is true and correct.

5 | Executed on this Day of July 31, 2008

6 |                                              s/ Steve B. Chu
                                                 STEVE B. CHU

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28