# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>           Plaintiff,<br>vs.<br>PAULA PATSON, et al.,<br><br>           Defendants. | CASE NO. 07cv2388 DMS (POR)<br><br>**ORDER RE: ORAL ARGUMENT** |

Plaintiff's motion to set aside the Court's order dismissing his case is currently scheduled for hearing on August 15, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED**.

DATED: August 11, 2008

_____
HON. DANA M. SABRAW
United States District Judge