# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 AUG 18 AM 11:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Sabraw
FROM: J. Paris, Deputy Clerk   RECEIVED DATE: 7/3/08
CASE NO.: 07cv2388   DOCUMENT FILED BY: Mr. Fox
CASE TITLE: Fox v. USA, et al.
DOCUMENT ENTITLED: Motion appointing counsel

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Case Closed |

Date forwarded: 7/3/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Sabraw

Dated: 8/18/08    By: mm
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

UNITED STATES FEDERAL DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL FOX

        PLAINITFF                                            CASE NUMBER 07 CV 2388 DMS (POV)

VERSES

UNTITED STATES OF AMERICA et.al.         MOTION TO WHERE PLAINITFF
                                                               IS SEEKING COURT APPOINTED
        DEFENDANTS                                    ATTORNEY

_____)         MOTION DATE OF AUG 15 2008 1:30PM
                                                                    JUDGE DANA M SABRAW COURTROOM 10

1) PLAINITFF FILING PETITION AND COMPLAINT WITH EXHIBITS 1 THRU 20 ON DEC 20 2007

2) PLAINITIFF ASKING FOR A COURT APPOINTED ATTORNEY WHEN FILING IN COURT CLERKS OFFICE FOR A COURT APPOINTED ATTORNEY ON DEC 20 2007

3) PLAINTIFF NEVER HEARING A THING ABOUT HIS REQUEST FOR COURT APPOIINTED ATTORNEY--STATED IN PLAINITFFS OPPISTION OF DEFENDANTS MOTION TO DISMISS ON APRIL 11 2008..
THAT PLAINITFF HAD ASKED FOR A COURT APPOINTED ATTORNEY, AND THAT PLAINITFF HAD NOT BEEN APPOINTED COUNSEL AS REQUESTED..

4) ON APRIL 17 2008--US MAGISTATE JUDGE LOUISA S PORTER DENIED PLAINTIFFS REQUEST FOR A COURT APPOINTED ATTORNEY..

5) THAT ON JUNE 20 2008 THE COURT ENTERED ITS MOTION IN REGAURDS TO PLAINITFFS DEFAULT JUDGEMENTS PLAINTIFF IS SEEKING..

6) PLAINITFF BEING DENIED DEFAULT JUDGEMENTS AS TO A 1ST AMMENDED COMPLAINT THAT SUPERCEDES THE ORIGINAL COMPLAINT..

7) THAT PLAINTIFF IS NOT KNOWLEDGABLE OF THE LAW AND FILING PROCEDURE AS TO A 1ST AMMENDED COMPLAINT WHICH WIPES OUT THE ORIGINAL PETITION AND COMPLAINT.
THAT THIS MISTAKE PLAINTIFF HAS MADE IS HUGE. THAT THE PLAINTFF IS FURTHER INTITLED TO